UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SIMPLE HEALTH PLANS LLC, a Florida limited liability company, et al.,<br><br>Defendants. | Case No. 18-62593-CV-GAYLES<br><br>[FILED UNDER SEAL] |

**PLAINTIFF'S SUGGESTION OF RECEIVER**

Plaintiff Federal Trade Commission, pursuant to its *Ex Parte* Motion for Temporary Restraining Order with Asset Freeze, Appointment of a Receiver, and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue, and Memorandum in Support, proposes the appointment of Jonathan E. Perlman as Temporary Receiver over the Corporate Defendants.[1] Mr. Perlman is qualified to serve as Temporary Receiver and has expressed a willingness to do so in this matter. The FTC is unaware of any conflicts of interest that would prevent Mr. Perlman from carrying out his duties.

Mr. Perlman is well qualified to serve as Temporary Receiver. Courts in this district have appointed Mr. Perlman to serve as a receiver in numerous government enforcement actions. For example, in *FTC and State of Florida v. Marcus,* et al., No. 17-60907-Civ-Moreno (S.D. Fla. 2018), which involved a dozen interrelated entities selling fraudulent debt relief services, Mr.

---

[1] The Corporate Defendants are: (1) Simple Health Plans LLC; (2) Health Benefits One LLC, also doing business as Health Benefits Center, Simple Health, Simple Health Plans, Simple Insurance, Simple Insurance Plans, Simple Auto, Simple Home, Simple Home Plans, Simple Care, Simple Life, and National Dental Savings; (3) Health Center Management LLC; (4) Innovative Customer Care LLC; (5) Simple Insurance Leads LLC, also doing business as Health Insurance Services; and (6) Senior Benefits One LLC.

1

Perlman succeeded in recovering over $34 million in assets on behalf of defrauded consumers. As the court-appointed receiver in *SEC v. Creative Capital Consortium, LLC, et al.*, No. 08-81565-Civ-Hurley (S.D. Fla. 2013), which involved a number of entities perpetrating a $30 million Ponzi scheme, Mr. Perlman successfully recovered $5 million for victims of the fraud.[2] Finally, Mr. Perlman obtained similar results for consumers as the receiver in *FTC v. VGC Corporation of America et al.*, 11-Civ-21757-Martinez (S.D. Fla. 2011) and *FTC v. Hispanic Global Way Corp. et al.*, No. 14-22018-Civ-Altonaga (S.D. Fla. 2014).

In this matter, Mr. Perlman intends to rely upon the same group of supporting counsel and forensic accountants who helped him achieve his past results as a receiver. Collectively, Mr. Perlman and his team have decades of significant experience investigating and pursuing hundreds of millions of dollars in claims and assets in connection with fraudulent and deceptive schemes, as well as recovering assets wherever they are located. A receiver with Mr. Perlman and his firm's extensive experience is essential to recovering dispersed assets and, therefore, returning more money to consumers.

Mr. Perlman and his associates have agreed to perform their services at discounted rates. These rate reductions will substantially reduce the costs of the receivership.

---

[2] The *Daily Business Review* recently reported: "'The receiver has done an extraordinary job of attempting to recoup and try to make whole people,' said the judge in the case, U.S. District Judge Daniel T.K. Hurley, during a Dec. 5 (2016) hearing in West Palm Beach. 'I can't tell you the admiration I have for the effort that has been exerted here.'" *The Road to Recovery: How a Law Firm Tracked Down Ponzi Schemer's Lost Funds*, Celia Ampel, *Daily Business Review*, January 3, 2017.

A description of Mr. Perlman and his firm's knowledge, skills, and experience, and a list of their discounted hourly rates, is appended as **EXHIBIT "A."**

Dated: October 29, 2018.          Respectfully submitted,

ALDEN F. ABBOTT
General Counsel

_____
ELIZABETH C. SCOTT, Special Bar No. A5501502
escott@ftc.gov; (312) 960-5609
JAMES H. DAVIS, Special Bar No. A5502004
jdavis@ftc.gov; (312) 960-5611
JOANNIE WEI, Special Bar No. A5502492
jwei@ftc.gov; (312) 960- 5607

Federal Trade Commission
230 S. Dearborn Street, Suite 3030
Chicago, Illinois  60604
Telephone:  (312) 960-5634
Facsimile: (312) 960-5600

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION