UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>    vs.<br><br>SIMPLE HEALTH PLANS LLC, a Florida limited liability company, et al.,<br><br>        Defendants. | Case No. _____<br><br>[FILED UNDER SEAL]<br><br>**EXHIBITS TO MEMORANDUM IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER** |

<u>**Volume 1 of 4**</u>

<u>FTC Declarations</u>

Declaration of Roberto Menjivar ......................................................... Plaintiff's Exhibit ("PX") 1
*Investigator, Federal Trade Commission*

## DECLARATION OF ROBERTO C. MENJIVAR
## PURSUANT TO 28 U.S.C. § 1746

I, Roberto C. Menjivar, hereby declare as follows:

     1.     My name is Roberto C. Menjivar. I am a United States citizen and over eighteen years of age. I am employed as an investigator with the Federal Trade Commission ("FTC" or "Commission"), a position that I have held for approximately 15 years. My office address is 230 South Dearborn Street, Room 3030, Chicago, IL 60604. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I would testify to the same.

     2.     As part of my duties, I research, monitor, and investigate parties who are suspected of engaging in deceptive or unfair acts or practices in violation of Section 5(a) of the Federal Trade Commission Act, and other laws or rules enforced by the FTC, including the Telemarketing Act and the Telemarketing Sales Rule. I also gather information and review documents, financial records, and other evidence in connection with FTC investigations and federal court litigation. In my capacity as an investigator, I routinely pose as a consumer who is not affiliated with the FTC, and I am authorized to record telephonic conversations with parties suspected of violating the FTC Act and the rules the FTC enforces.

     3.     In the course of my employment, I participated in the FTC's investigation of Simple Health Plans LLC, Health Benefits One LLC, Health Center Management LLC, Innovative Customer Care LLC, Simple Insurance Leads LLC, Senior Benefits One LLC, and Steven J. Dorfman (collectively, "Defendants").

     4.     Throughout this declaration and in its attachments, information that would reveal undercover identities and accounts used and controlled by the FTC has been redacted. Additionally, information that constitutes or would reveal personally identifiable information has been redacted.

## BACKGROUND

5.        As part of the FTC's investigation of Defendants, and pursuant to Section 20 of

the FTC Act, 15 U.S.C. § 57b-1, the FTC issued Civil Investigative Demands ("CIDs") to third-

party entities having information relevant to the investigation.  FTC staff and I have reviewed

these documents.

## CORPORATE RECORDS

6.        During the course of this investigation, I obtained business records from the

Florida Department of State, Division of Corporations' publicly available website at

www.sunbiz.org for the following entities:  (a) Simple Health Plans LLC, (b) Health Benefits

One LLC, (c) Health Center Management LLC, (d) Innovative Customer Care LLC, (e) Simple

Insurance Leads LLC, and (f) Senior Benefits One LLC.  Attached hereto as **Menjivar**

**Attachment A** are true and correct copies of some of the business records for Simple Health

Plans LLC.  Attached hereto as **Menjivar Attachment B** are true and correct copies of the

business records for Health Benefits One LLC.  Attached hereto as **Menjivar Attachment C** are

true and correct copies of some of the business records for Health Center Management LLC.

Attached hereto as **Menjivar Attachment D** are true and correct copies of the business records

for Innovative Customer Care LLC.  Attached hereto as **Menjivar Attachment E** are true and

correct copies of the business records for Simple Insurance Leads LLC.  Attached hereto as

**Menjivar Attachment F** are true and correct copies of some of the business records for Senior

Benefits One LLC.  Attached hereto as **Menjivar Attachment G** are applications for

registrations of fictitious names for "America's Healthcare Network," "Americas Healthcare

Advisors," "Simple Health Plans," "Premium Health Quotes," and "Health Insurance Services."

## FLORIDA DEPARTMENT OF FINANCIAL SERVICES LICENSES

7.        During the course of this investigation, I obtained business records from the

publicly available website of the Florida Department of Financial Services at

www.myfloridacfo.com for the following entities and individual:  (a) Health Benefits One LLC;

(b) Innovative Customer Care LLC; (c) Senior Benefits One LLC; and (d) Kirschner Alteme.

Attached hereto as **Menjivar Attachment H** are the Florida Licensee Details for the entities and individual as described in this paragraph.

## BUSINESS LOCATIONS

8.      During the course of this investigation, I traveled to South Florida to verify several business locations associated with Defendants.

9.      Based on information from the Florida Department of Financial Services, Defendants listed their office address as 8400 Doral Boulevard, Suite 260, Doral, Florida 33166 ("Doral Office"). On Monday, September 24, 2018, at approximately 1:00pm, I arrived at the Doral Office location. The Doral Office was located in a six-story commercial office building with multiple suites and offices. I walked into the Doral Office building and took the elevator to the second floor. On the second floor, I noticed a nameplate on the wall next to an office marked as Suite 260 with a company name listed on the nameplate as "Simple Health."

10.     Based on Defendants' bank records, corporate records, and website, Defendants listed their office address as 2 Oakwood Boulevard, Suite 100, Hollywood, Florida 33020 ("Oakwood Office"). On Monday, September 24, 2018, at approximately 3:00pm, I arrived at the Oakwood Office location. The Oakwood Office was located in a storefront commercial space with multiple offices and retail businesses. At the Oakwood Office, I noticed a large sign above Suite 100 with the company name listed as "Simple Health" and reserved parking spaces for "Simple Health." I also noticed a Land Rover Range Rover with the license plate "CNCR51" parked behind the Oakwood Office.

11.     Based on Defendants' bank records and corporate records, Defendants listed their mailing address as 3389 Sheridan Street, #632, Hollywood, Florida 33021. This address is associated with UPS Store No. 0288. On Tuesday, September 25, 2018, at approximately 2:30pm, I visited this location and confirmed that it is a UPS Store within a shopping plaza.

12.     Based on Defendants' websites and domain registration records described below, Defendants use 401 East Las Olas, 130-627, Fort Lauderdale, Florida, 33301 as a mailing address. This address is associated with UPS Store No. 4356. On Tuesday, September 25, 2018,

3

at approximately 4:00pm, I visited this location and confirmed that it is a UPS Store within a shopping plaza in downtown Fort Lauderdale.

13.     Based on Defendants' bank records, in 2017, Defendants made several monthly rent payments to "Joel Sooden" for Unit 109 located at 1769 Blount Road, Pompano Beach, Florida 33069.  On Wednesday, September 26, 2018, at approximately 4:40pm, I visited this location and confirmed that Unit 109 is located within a commercial office and warehouse facility.

## DOMAIN REGISTRATION RECORDS

14.     In response to a CID, Domains By Proxy, LLC ("DBP") produced records to the FTC relating to several accounts held in the name of Matthew Spiewak, for Health Benefits One LLC.

15.     The DBP account ending in 4354 in the name of Matthew Spiewak was used to register the domain names simplehealthplans.com and simplemedicareplans.com.

16.     The DBP account ending in 2055 in the name of Matthew Spiewak was used to register the domain names americanhealthinsure.com and usahealthinsure.net.

17.     The DBP account ending in 6919 in the name of Matthew Spiewak was used to register the domain name usamedsupp.org.

18.     The DBP account ending in 7133 in the name of Matthew Spiewak was used to register the domain name premiumhealthquotes.com.

19.     The DBP account ending in 5699 in the name of Matthew Spiewak was used to register the domain name medigapquote.org.

20.     The DBP account ending in 4603 in the name of Matthew Spiewak was used to register the domain name ivantageinsurance.com.

21.     The DBP account ending in 7375 in the name of Matthew Spiewak was used to register the domain name freedomcarequotes.com.

22.     The DBP account ending in 4001 in the name of Matthew Spiewak was used to register the domain name healthinsurancedeadline2018.com.

23.     The DBP account ending in 3994 in the name of Matthew Spiewak was used to register the domain names hbcinsure.com, simpleinsuranceleads.com, hbcquotes.com, and trumpcarequotes.com.

24.     The DBP account ending in 6331 in the name of Matthew Spiewak was used to register the domain name hbcquotes.direct.

25.     The DBP account ending in 8772 in the name of Matthew Spiewak was used to register the domain name myobamacareapplication.com.

## WEBSITE CAPTURES

26.     During the course of this investigation, using an FTC computer, I visited and captured numerous websites on the Internet related to Defendants.  I used the print to Adobe PDF function and a software program "Snagit" to capture the contents of various web pages.  In certain instances, I was unable to capture certain web pages or pop-up windows that appeared on the monitor screen.  In order to capture these pages or pop-up windows, I selected and copied the text and pasted it into a basic text-editor program called "Notepad," and converted the document into PDF.  In other instances, I used Firefox's "Simply Page" print option to capture the website without some of the background images, graphics, buttons, and advertisements.  I also used the program Camtasia Screen Recorder to capture a video.

### Third-Party Lead Generation Websites

27.     During the course of this investigation, FTC staff identified two websites as third-party lead generators for Defendants.  Specifically, on May 21, 2018, I visited and captured the Obamacare-Plans website at www.obamacare-plans.com.  Attached hereto as **Menjivar Attachment I** is a true and correct partial copy of this website capture.  On May 29, 2018, I visited and captured the Official Health Plans website at www.official-plans.com.  Attached hereto as **Menjivar Attachment J** is a true and correct partial copy of this website capture.

### Defendants' Lead Generation Websites

28.     During the course of this investigation, FTC staff identified eleven lead generation sites owned by Defendants.  These lead generation websites share the following characteristics: (a) they are hosted at the same Internet Protocol address (38.130.241.221); (b)

they use the same contact or business name (Health Insurance Services); (c) they use the same mailing address (401 East Las Olas Boulevard, Suite 130-627, Fort Lauderdale, FL 33301); and (d) they use the same "opt-out" toll free telephone number (877-386-9926). Health Insurance Services is a fictitious business name registered to Defendants and the mailing address is associated with Defendants. As described below, I visited and captured these eleven websites.

29. On March 19, 2018, I visited and captured the "USA Med Supp" website at www.usamedsupp.org. Attached hereto as **Menjivar Attachment K** is a true and correct partial copy of this website capture.

30. On March 19, 2018, I visited and captured the USA Health Insure website at www.usahealthinsure.net. Attached hereto as **Menjivar Attachment L** is a true and correct partial copy of this website capture.

31. On March 19, 2018, I visited and captured the Health Insurance Deadline 2018 website at www.healthinsurancedeadline2018.com. Attached hereto as **Menjivar Attachment M** is a true and correct partial copy of this website capture.

32. On March 19, 2018, I visited and captured the American Health Insure website at www.americanhealthinsure.com. Attached hereto as **Menjivar Attachment N** is a true and correct partial copy of this website capture.

33. On March 19, 2018, I visited and captured the Trump Care Quotes website at www.trumpcarequotes.com. Attached hereto as **Menjivar Attachment O** is a true and correct partial copy of this website capture.

34. On March 19, 2018, I visited and captured the Medigap Quote website at www.medigapquote.org. Attached hereto as **Menjivar Attachment P** is a true and correct partial copy of this website capture.

35. On May 29, 2018, I visited and captured the Freedom Care Quotes website at www.freedomcarequotes.com. Attached hereto as **Menjivar Attachment Q** is a true and correct partial copy of this website capture.

36.     On June 14, 2018, I visited and captured the America's Healthcare Advisors website at americashealthcareadvisors.com. Attached hereto as **Menjivar Attachment R** is a true and correct partial copy of this website capture.

37.     On March 19, 2018, I visited and captured the Premium Health Quotes website at premiumhealthquotes.com. Attached hereto as **Menjivar Attachment S** is a true and correct partial copy of this website capture.

38.     On September 13, 2018, I visited and captured the Supreme Health Plans website at supremehealthplans.com. Attached hereto as **Menjivar Attachment T** is a true and correct copy of this website capture.

39.     On September 17, 2018, I visited and captured the America's Healthcare Network website at www.healthinsurance4me.com. Attached hereto as **Menjivar Attachment U** is a true and correct partial copy of this website capture.

40.     On the America's Healthcare Network website, there was an embedded video titled "Find affordable health insurance today with America's Healthcare Network." Using the Camtasia Screen Recorder, I captured the video. I copied the digital video file to an FTC flash drive (also known as a thumb drive) and uploaded it to the FTC's network through the USB port on the flash drive. I then sent the video file to For The Record, Inc. For the Record, Inc. transcribed the video recording and the onscreen text on the video, and sent the transcript to me. I reviewed the transcript against the original recording to verify the accuracy of the transcript. If there were any errors in the transcript, I noted the corrections directly on the transcript, and resubmitted the transcript to For The Record, Inc. for revisions. For The Record, Inc. then sent the revised transcript to the FTC. Attached hereto as **Menjivar Attachment V** is a true and correct copy of the transcript of the video on the America's Healthcare Network website captured on September 17, 2018.

41.     I also captured screen shots of the America's Healthcare Network video. Attached hereto as **Menjivar Attachment W** are true and correct copies of screen shots of the America's Healthcare Network video.

42.     In addition to the eleven sites listed above in paragraphs 28 through 39, FTC staff identified three additional lead generation websites owned by Defendants.  Specifically, on September 11, 2018, I visited and captured the website at myobamacareapplication.com. Attached hereto as **Menjivar Attachment X** is a true and correct partial copy of this website. On September 11, 2018, I visited and captured the HBC Quotes website at hbcquotes.direct. Attached hereto as **Menjivar Attachment Y** is a true and correct partial copy of this website. On May 14, 2018, I visited and captured the Simple Care website at simplemedicareplans.com. Attached hereto as **Menjivar Attachment Z** is a true and correct partial copy of this website.

*Defendants' Other Websites*

43.     On April 19, 2018, I visited and captured the Simple Health website at simplehealthplans.com.  Attached hereto as **Menjivar Attachment AA** is a true and correct copy of this website capture.

44.     On April 19, 2018, I visited and captured the Simple Insurance Leads website at simpleinsuranceleads.com.  Attached hereto as **Menjivar Attachment BB** is a true and correct partial copy of this website capture.

*Archive.org*

45.     During the course of this investigation, I visited the Internet Archive website at www.archive.org.  The Internet Archive is a non-profit organization that archives and preserves web pages and other information on the Internet.  The Internet Archive offers a utility called the "Wayback Machine," a public access service that allows users to view digital archived web pages saved over time.

46.     On April 19, 2018, using the Internet Archive Wayback Machine, I viewed and captured an archived version of simplehealthplans.com dated December 2015.  Attached hereto as **Menjivar Attachment CC** are true and correct copies of certain archived pages from the Wayback Machine results for simplehealthplans.com dated December 2015.

47.     On April 20, 2018, using the Internet Archive Wayback Machine, I viewed and captured archived versions of hbcinsure.com dated September 2013 and October 2014.  Attached hereto as **Menjivar Attachment DD** are true and correct copies of the archived page from the

8

Wayback Machine results for hbcinsure.com dated September 2013. Attached hereto as **Menjivar Attachment EE** are true and correct copies of certain archived pages from the Wayback Machine results for hbcinsure.com dated October 2014.

### Job Postings

48.     During the course of this investigation, FTC staff captured several Simple Health job postings on Craigslist.com. Attached hereto as **Menjivar Attachment FF** are copies of some of these job postings.

### Media Coverage

49.     On April 19, 2018, I visited and captured an online op-ed letter titled "Explore other health insurance options" by Steve Dorfman, CEO, Simple Health, dated January 11, 2018, located at www.sun-sentinel.com/opinion/letters/fl-letter-explore-health-insurance-options-20180111-story.htm. Attached hereto as **Menjivar Attachment GG** is a true and correct copy of the op-ed letter captured on April 19, 2018.

50.     On July 31, 2018, I visited and captured an online article titled "Obamacare enrollment begins Saturday" dated November 15, 2014, located at www.miamiherald.com/news/local/community/miami-dade/article3924005.html. Attached hereto as **Menjivar Attachment HH** is a true and correct copy of the online article captured on July 31, 2018.

51.     On July 25, 2018, I visited and captured an online article titled "Interview With Steve Dorfman About Simple Health" dated July 12, located at https://medium.com/@stevedorfman9/interview-with-steve-dorfman-about-simple-health-c8e347e17c58." Attached hereto as **Menjivar Attachment II** is a true and correct copy of the online article captured on July 25, 2018.

52.     On June 6, 2018, I visited and captured 15 photographs from Suzanne Delawar Studios' webpage titled "Luxury St. Regis Bal Harbour Wedding" of "Izabela & Steve," dated May 2, located at www.suzannedelawar.com/blog/luxury-miami-wedding. Attached hereto as **Menjivar Attachment JJ** are true and correct copies of the photographs of Izabela and Steve Dorfman's Wedding from Suzanne Delawar Studios' webpage captured on June 6, 2018.

## TELEPHONE SERVICE PROVIDER

53.     In response to a CID, Onvoy, LLC d/b/a Inteliquent and Vitelity ("Inteliquent") produced certain records and information to the FTC, including subscriber or account information for telephone numbers assigned to Defendants.  According to Inteliquent, an account in the name of Health Benefits Center was opened on August 26, 2014.  Telephone number 800-492-1834 was assigned to Defendants on March 3, 2015.  Based on the records, Inteliquent identified approximately 757 telephone numbers assigned to Defendants, including the following telephone numbers: (1) 844-605-8375; (2) 855-742-3584; (3) 855-825-6580; (4) 855-281-8493; (5) 844-885-2131; (6) 954-874-9602; (7) 855-821-5362; (8) 561-945-8595; and (9) 954-606-9070.

a.  Telephone number 800-492-1834 appears on the Simple Health Plans website at www.simplehealthplans.com, the Simple Insurance Leads website at www.simpleinsuranceleads.com, and on the Simple Care website at www.simplemedicareplans.com;

b.  Telephone number 844-605-8375 appears on the USA Med Supp website at www.usamedsupp.org;

c.  Telephone number 855-742-3584 appears on the USA Health Insure website at usahealthinsure.net;

d.  Telephone number 855-825-6580 appears on the Health Insurance Deadline 2018 website at www.healthinsurancedeadline2018.com;

e.  Telephone number 855-281-8493 appears on the American Health Insure website at www.americanhealthinsure.com;

f.  Telephone number 844-885-2131 appears on the Medigap Quote website at www.medigapquote.org;

g.  Telephone number 954-874-9602 appears on the 4 Core Health website at www.4corehealth.com;

h.  Telephone number 855-821-5362 appears on the Freedom Care Quotes website at www.freedomcarequotes.com;

i.   On November 21, 2017, FTC Paralegal Specialist Nathaniel Al-Najjar posed as a
fictitious consumer with the initials "J.H." and made an undercover telephone call
to Defendants at telephone number 561-945-8595.  On December 18, 2017, Al-
Najjar made an undercover telephone call to Defendants at telephone number
954-606-9070;

j.   On April 10, 2018, FTC Investigator Kenneth Hawkins posed as a fictitious
consumer with the initials "C.M." and made an undercover telephone call to
Defendants at telephone number 888-883-1831.  Telephone number 888-883-
1831 appears on the Trump Care Quotes website at www.trumpcarequotes.com.
On May 2, 2018, Hawkins made an undercover call to Defendants at telephone
number 954-606-9070;

k.   On April 24, 2018, I posed as a fictitious consumer with the initials "M.K." and
made an undercover telephone call to Defendants at telephone number 888-883-
1831.  Telephone number 888-883-1831 appears on the Trump Care Quotes
website at www.trumpcarequotes.com.  On May 15, 2018, I made an undercover
telephone call to Defendants at telephone number 954-606-9070.

54.   FTC staff analyzed call detail records produced by Inteliquent.  These records
provide detailed information about the telephone calls made and received by the telephone
numbers assigned to Defendants from January 1, 2016 through April 10, 2018.  FTC staff
summarized the voluminous call detail records as follows:

a.   Total number of telephone calls: 62,482,419

b.   Total number of answered telephone calls: 47,475,657

c.   Total number of "process-out" telephone calls: 57,021,986

d.   Total number of "inbound-service" telephone calls to one of Defendants 757-
assigned telephone numbers: 5,434,990

e.   Total number of area codes called: 777

11

## BANK RECORDS

55.     In response to a CID, JP Morgan Chase Bank, N.A. ("Chase") produced documents and records for corporate accounts (including, but not limited to, signature cards and monthly account statements) related to Defendants.  FTC staff and I have reviewed the documents produced by Chase.

56.     The chart below is a list of Chase corporate bank accounts associated with Defendants.

| ACCT | ACCT NAME / TITLE | DATE OPENED |
|---|---|---|
| 6444 | Health Benefits One LLC | 05/04/2012 |
| 7519 | Health Benefits One LLC | 03/06/2013 |
| 9206 | Health Benefits One LLC | 04/10/2013 |
| 1628 | Health Center Management Corp | 05/13/2013 |
| 3639 | Simple Insurance Leads LLC | 07/15/2013 |
| 0336 | Health Benefits One LLC | 05/23/2014 |
| 1607 | Health Benefits One LLC | 05/23/2014 |
| 7310 | Health Benefits One LLC | 05/23/2014 |
| 5910 | Senior Benefits One Inc. | 06/26/2014 |
| 7106 | Senior Benefits One Inc. | 06/26/2014 |
| 0103 | HBC Direct LLC | 12/08/2014 |
| 7736 | Simple Insurance Leads LLC | 06/28/2016 |
| 7751 | Simple Insurance Leads LLC | 06/28/2016 |
| 9171 | Simple Insurance Leads LLC | 10/31/2016 |
| 0195 | Simple Insurance Leads LLC | 10/31/2016 |
| 5170 | Innovative Customer Care LLC | 12/09/2016 |
| 5162 | Innovative Customer Care LLC | 12/09/2016 |

57.     FTC staff and I have reviewed the signature cards and related account opening
documents for each of the Chase accounts listed above.  These documents identify the authorized
signers for each account as follows:

  a. Account 0103 HBC Direct LLC: Richard Dorfman (Manager), Steven Dorfman
   (Manager), and Marc A. Spiewak (Signer);

  b. Account 7519 Health Benefits One LLC: Matthew Spiewak (President and
   Member) and Marc A. Spiewak (CFO and Manager);

  c. Account 9206 Health Benefits One LLC: Matthew Spiewak (Member) and Marc
   A. Spiewak (Manager);

  d. Account 6444 Health Benefits One LLC: Matthew E. Spiewak (Member), Steven
   Dorfman (Member), and Marc A. Spiewak (Manager);

  e. Account 0336 Health Benefits One LLC: Matthew E. Spiewak (Member) and
   Marc A. Spiewak (Member);

  f. Account 1607 Health Benefits One LLC: Matthew E. Spiewak (Member) and
   Marc A. Spiewak (Member);

  g. Account 7310 Health Benefits One LLC: Matthew E. Spiewak (Member) and
   Marc A. Spiewak (Manager);

  h. Account 1628 Health Center Management Corp: Matthew Spiewak (COO,
   Member, and Signer) and Marc A. Spiewak (President, CFO, and Manager);

  i. Account 5170 Innovative Customer Care LLC: Matthew E. Spiewak (Signer),
   Richard Dorfman (Manager), and Marc A. Spiewak (Signer);

  j. Account 5162 Innovative Customer Care LLC: Matthew E. Spiewak (Signer),
   Richard Dorfman (Manager), and Marc A. Spiewak (Signer);

  k. Account 5910 Senior Benefits One Inc.: Matthew E. Spiewak (President) and
   Marc A. Spiewak (Signer);

  l. Account 7106 Senior Benefits One Inc.: Matthew E. Spiewak (President) and
   Marc A. Spiewak (Signer);

m.  Account 3639  Simple Insurance Leads LLC: Matthew E. Spiewak (Signer) and Marc A. Spiewak (Manager);

n.  Account 9171  Simple Insurance Leads LLC: Matthew E. Spiewak (Manager) and Marc A. Spiewak (Signer);

o.  Account 0195  Simple Insurance Leads LLC: Matthew E. Spiewak (Manager) and Marc A. Spiewak (Signer);

p.  Account 7736 Simple Insurance Leads LLC: Matthew E. Spiewak (Member) and Steven Dorfman (Member); and

q.  Account 7751 Simple Insurance Leads LLC: Matthew E. Spiewak (Member) and Steven Dorfman (Member).

## CREDIT CARD RECORDS

58.     In response to a CID, American Express Company ("AMEX") produced documents and records for corporate credit card accounts related to Defendants.  FTC staff and I have reviewed the documents produced by AMEX.  AMEX produced account statements for the following corporate credit card accounts:

| ACCT | ACCT NAME / TITLE |
|------|-------------------|
| 4-15009 | Health Benefits One – Marc A Spiewak |
| 0-31008 | Health Benefits One – Matthew E Spiewak |
| 4-16007 | Health Benefits One – Marc A Spiewak |
| 7-31000 | Health Benefits One – Marc A Spiewak |
| 6-01001 | Senior Benefits One – Matthew Spiewak |
| 5-01003 | Senior Benefits One – Matthew Spiewak |
| 9-91007 | Simple Insurance – Marc A Spiewak |

59.     Based on the records, it appears that Steve Dorfman is or was an authorized user for the AMEX accounts ending in 4-15009, 0-31008, 4-16007, and 7-31000.

## MERCHANT ACCOUNT AND PAYMENT PROCESSOR RECORDS

60.     As a part of this investigation, the FTC issued a CID to EVO Payments International, LLC ("EVO").  Merchant payment processors such as EVO facilitate the processing of credit card and debit card transactions.  In response to the CID, EVO produced documents and records for merchant processing accounts related to Defendants.  FTC staff and I have reviewed the documents produced by EVO.

61.     Based on the records, EVO approved a merchant processing account ending in 5247 in the name of Health Benefits One on May 18, 2012 and closed the same account on February 9, 2018 because of "excessive risk."

62.     EVO produced an email dated January 11, 2018, to "dcaldes@simplehealthplans.com" that summarizes the prior 13 months of account activity for the Health Benefits One merchant processing account, including the chargeback and return rates. The email attached a spreadsheet named "Health Benefits One Reserve Report."  A true and accurate copy of this email without the spreadsheet is attached hereto as **Menjivar Attachment KK**.

63.     EVO produced an email dated January 9, 2018, to "healthbenefitllc@gmail.com" stating, "merchant account is currently flagging our chargeback thresholds." A true and correct copy of this email is attached hereto as **Menjivar Attachment LL**.

64.     EVO produced an email dated February 9, 2018, to "David Caldes" at "dcaldes@simplehealthplans.com," stating, among other things, "[u]nfortunately with the continued increase in chargebacks we were unable to keep the account open."  A true and correct copy of this email is attached hereto as **Menjivar Attachment MM**.

## UNDERCOVER TELEPHONE CALLS

65.     As part of the FTC's investigation, I conducted two undercover telephone calls. The first undercover telephone call was to 1-888-883-1831, a telephone number listed on trumpcarequotes.com, which is a website registered to Defendants.  I conducted the first telephone call on April 24, 2018.  The second undercover telephone call was to (954) 606-9070, a telephone number registered to Defendants.  I conducted the second telephone call on May 15,

2018. For these telephone calls, I used an undercover identity, email address, and telephone number.

66.     During the undercover telephone calls, I posed as a fictitious consumer and recorded my telephone conversation with Defendants. I recorded these conversations using a digital audio recorder. After I made the recordings, I played each recording to confirm that the conversations had been recorded properly. I copied the audio recordings from the digital recorder to the FTC's network through the USB port on the digital recorder. I then sent the audio recordings of the undercover calls to For The Record, Inc. For The Record, Inc. transcribed the recordings and sent the transcripts to me. I reviewed the transcripts against the original recordings to verify the accuracy of the transcripts. If there were any errors in the transcripts, I noted the corrections directly on the transcripts, and resubmitted the transcripts to For The Record, Inc. for revisions. For The Record, Inc. then sent the revised transcripts to the FTC.

*Undercover call on April 24, 2018*

67.     On April 24, 2018, using an FTC telephone, I posed as a fictitious consumer with the initials "M.K." and placed an undercover telephone call to Simple Health at telephone number 1-888-883-1831. Attached hereto as **Menjivar Attachment NN** is a true and correct copy of the certified transcript from the April 24, 2018 undercover telephone call.

68.     During the course of the April 24, 2018 undercover telephone call, I spoke with the following representatives with Simple Health Plans: (a) Peter Rodriguez; (b) Freddy; (c) Kirsch; and (d) Richard. I also spoke with an unidentified individual.

69.     During the telephone call, I provided an email address and mailing address associated with M.K. On April 25, 2018, I signed into the email account associated with M.K., and noticed it had received several emails dated April 24, 2018, related to the purchase I made during the telephone call on the same date. Attached hereto as **Menjivar Attachment OO** are true and correct copies of these emails dated April 24, 2018.

70.     One of the emails included a link to an online user portal, as well as login credentials for that portal. On April 25, 2018, I used the login credentials provided in the email

16

and accessed the portal. From the portal, I captured and downloaded several items that contained information related to the purchase I made during the telephone call. Attached hereto as **Menjivar Attachments PP through RR** are true and correct copies of certain items as described in this paragraph.

71.     The mailing address associated with M.K. received a packet of materials, postmarked April 27, 2018, related to the purchase I made during the telephone call. Attached hereto as **Menjivar Attachment SS** are true and correct copies of these materials as described in this paragraph. Among other things, the packet included a "ScripPal Prescription Discount Card." On May 14, 2018, I visited the ScripPal website at www.yourdiscountrx.com/scrippal. Using the ScripPal search tool, I entered the M.K. undercover address in Fayetteville, GA, and searched for the prescription drug "Victoza" to determine the prescription price. The search results indicated that with the ScripPal Prescription Savings Card the price range to fill a prescription for a 9ml Victoza 3-PAK pen injector was $854.84 to $904.24.

*Undercover Call on May 15, 2018*

72.     On May 15, 2018, using an FTC telephone, I posed as a fictitious consumer with the initials "M.K." and placed an undercover telephone call to Simple Health at telephone number 954-606-9070. Attached hereto as **Menjivar Attachment TT** is a true and correct copy of the certified transcript from the May 15, 2018 undercover telephone call.

73.     The purpose of the May 15, 2018 telephone call was to cancel and request a refund for the purchase I made during the April 24, 2018 telephone call. During the telephone call, I spoke with a Simple Health representative who identified himself or herself as "Andy."

**OTHER INVESTIGATIONS AND LITIGATION**

74.     As part of the FTC's investigation, FTC staff have identified other government investigations and other litigation involving the Defendants. In the course of this investigation, FTC staff have located or been provided documents related to these investigations or litigation, as described below.

17

*Florida Department of Financial Services*

75.     The Florida Department of Financial Services ("DFS") has investigated Defendants four times, and has provided documents and information from these investigations to FTC staff. In or around 2015, DFS conducted an investigation of Defendants and issued a "Letter of Guidance on April 30, 2015, for displaying a Better Business Bureau trademark logo on multiple websites without authorization." Attached hereto as **Menjivar Attachment UU** are true and correct copies of the documents related to the 2016 DFS investigation. Attached hereto as **Menjivar Attachment VV** are true and correct copies of the documents related to the 2017 DFS investigation. Attached hereto as **Menjivar Attachment WW** are true and correct copies of the documents related to the 2018 DFS investigation.

*Office of the Montana State Auditor*

76.     In May 2016, the Montana State Auditor named Health Benefits One LLC and Matthew Spiewak in a Notice of Proposed Agency Action and Opportunity for Hearing. Attached hereto as **Menjivar Attachment XX** is true and correct copy of the Notice.

*Indiana Department of Insurance*

77.     On July 14, 2011, the Commissioner of the Indiana Department of Insurance issued an Emergency Cease and Desist Order against Steven Dorfman. Attached hereto as **Menjivar Attachment YY** is a true and correct copy of the Indiana order.

*Nebraska Department of Insurance and Attorney General's Office*

78.     On January 4, 2012, the Nebraska Department of Insurance issued a Cease and Desist Order against Steven Dorfman. Attached hereto as **Menjivar Attachment ZZ** is a true and correct copy of the Nebraska order.

79.     On July 10, 2017, the Nebraska Attorney General's Office issued a news release warning concerning Simple Health. Attached hereto as **Menjivar Attachment AAA** is a true and correct copy of the Nebraska news release.

*Telephone Consumer Protection Act Lawsuits*

80.     Plaintiffs in two separate class action lawsuits have alleged that Defendants violated the Telephone Consumer Protection Act ("TCPA"). FTC staff retrieved these

documents from PACER, an electronic public access service of the U.S. federal court records and documents. The complaint in Charvat, et al. v. Health Benefits One, LLC, Case No. 15-cv-61388 (S.D. Fla. July 3, 2015), is attached hereto as **Menjivar Attachment BBB**. The complaint in Alan v. Simple Health Plans, Case No. 16-cv-3191 (C.D. Cal., June 9, 2016), is attached hereto as **Menjivar Attachment CCC**.

<u>**THIRD PARTY LEAD GENERATORS**</u>

81.     FTC Forensic Accountant Emil George determined that Defendants paid the following entities approximately $12,546,532.09: (a) Exact Match Media; (b) All Web Leads; (c) Go Direct Lead Generation; and (d) Rev Impact. Based on searches on the Internet, in general, I determined that these entities are affiliate networks and/or advertising and marketing companies that offer various performance-based online advertising and lead generation campaigns for consumer leads and live transfer calls, such as pay-per-call, cost-per-lead, cost-per-click, cost-per-sale for consumer.

82.     During the course of this investigation, I visited OfferVault at www.offervault.com. OfferVault is a service that allows users to research and identify affiliate marketing campaigns, pay-per-lead (also known as lead generation), cost-per-acquisition, cost-per-sale, cost-per-click, or other types of affiliate programs to promote or advertise other people's or companies' products, or drive traffic to a website.

83.     On March 19, 2018, I visited OfferVault and captured two affiliate offers for American Health Insure. Each affiliate offer displayed what appeared to be an image advertisement ("Image Ad") for American Health Insure. The Image Ads included telephone number 855-281-8493. Telephone number 855-281-8493 is assigned to Defendants and appears on the American Health Insure website at www.americanhealthinsure.com as described above. Attached hereto as **Menjivar Attachment DDD** are true and correct copies of these two affiliate offers as described in this paragraph.

84.     On March 19, 2018, I visited OfferVault and captured four affiliate offers for Premium Health Quotes. Each affiliate offer displayed what appeared to be an Image Ad for Premium Health Quotes. The Image Ads included telephone number 877-305-4326. Telephone

number 877-305-4326 appears on the Premium Health Quotes website at www.premiumhealthquotes.com. Attached hereto as **Menjivar Attachment EEE** are true and correct copies of these four affiliate offers as described in this paragraph.

85. On March 19, 2018, I visited OfferVault and captured one affiliate offer for USA Med Supp. The affiliate offer displayed what appeared to be an Image Ad for USA Med Supp. The Image Ad included telephone number 844-605-8375. Telephone number 844-605-8375 is assigned to Defendants and appears on the USA Med Supp website at www.usamedsupp.org. Attached hereto as **Menjivar Attachment FFF** is a true and correct copy of this affiliate offer as described in this paragraph.

86. On March 20, 2018, I accessed and searched the SPAM database within Consumer Sentinel for emails related to Premium Health Quotes. In general, these are unwanted emails forwarded by consumers to the FTC spam email address at "spam@uce.gov." As a part of my search results, I found an email advertisement with the subject line "Need health insurance?" and what appeared to be an Image Ad for Premium Health Quotes in the body of the email. The Image Ad for Premium Health Quotes listed its mailing address as 401 East Las Olas Boulevard, Suite 130-627, Fort Lauderdale, Florida 33301. This address is associated with UPS Store No. 4356. The email advertisement for Premium Health Quotes was forwarded to the FTC's SPAM email address at "spam@uce.gov" on or about March 9, 2018. Attached hereto as **Menjivar Attachment GGG** is a true and correct copy of this email advertisement for Premium Health Quotes as described in this paragraph. Consumer Sentinel is a database of complaints received from consumers directly, or through other law enforcement agencies, U.S. federal agencies, state agencies, local agencies, foreign agencies, and other organizations. The Consumer Sentinel database and the information contained in the database are for law enforcement purposes only.

## VEHICLE RESEARCH

87. Using the Consolidated Lead Evaluation and Reporting ("CLEAR) database, on October 5, 2018, I conducted a search to obtain information about vehicles registered to Defendants. Based on CLEAR reports, it appears that Health Benefits One LLC is the registered

owner for the following vehicles: (1) 2012 White Lamborghini Aventador; (2) 2015 Black Rolls Royce Wraith; and (3) 2013 Black Land Rover Range Rover. The mailing address for Health Benefits One is listed as 2 Oakwood Boulevard, Suite 100, Hollywood, Florida 33020. Based on the wedding photographs, Defendant Steven Dorfman is standing near what appears to be a White Lamborghini and a Black Rolls Royce (*See* paragraph 52 and Att. JJ).

88.     As described above, on September 24, 2018, I traveled to the Oakwood Office and noticed a Land Rover Range Rover with the license plate "CNCR51." The CLEAR report identified the same license plate for the 2013 Black Land Rover Range Rover listed in the previous paragraph.

## PROPERTY RESEARCH

89.     According to a CLEAR report, Defendant Steven Dorfman resides in a high-rise condominium in Miami, Florida. According to Zillow.com, the condominium is on a "high floor offering direct, unobstructed views of Downtown Miami, Miami River, Biscayne Bay, the Venetian Islands & ocean." The condominium was last sold in June 2010 for $994,800. As of October 19, 2018, the condominium has a current estimated value of $1.44 million.

I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on October 25 , 2018.

Roberto C. Menjivar

PX 1
Page 22 of 679

# Menjivar Attachment A

Florida Department of State

DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Detail By Document Number /

## Detail by Entity Name

Florida Limited Liability Company
SIMPLE HEALTH PLANS LLC

Filing Information

| | |
|---|---|
| **Document Number** | L17000001460 |
| **FEI/EIN Number** | ████6266 |
| **Date Filed** | 12/30/2016 |
| **Effective Date** | 11/25/2015 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | CONVERSION |
| **Event Date Filed** | 12/30/2016 |
| **Event Effective Date** | 12/31/2016 |

Principal Address

2 OAKWOOD BOULEVARD
SUIE 100
HOLLYWOOD, FL 33020

Mailing Address

2 OAKWOOD BOULEVARD
SUIE 100
HOLLYWOOD, FL 33020

Registered Agent Name & Address

Dorfman, Steven
2 OAKWOOD BOULEVARD
SUIE 100
HOLLYWOOD, FL 33020

Name Changed: 01/16/2018

Authorized Person(s) Detail

**Name & Address**

Title MGR

HEALTH CENTER MANAGEMENT LLC
2 OAKWOOD BOULEVARD #100
HOLLYWOOD, FL 33020

Annual Reports

| Report Year | Filed Date |
|---|---|
| 2017 | 02/16/2017 |
| 2018 | 01/16/2018 |

Document Images

| | |
|---|---|
| 01/16/2018 -- ANNUAL REPORT | View image in PDF format |
| 02/16/2017 -- ANNUAL REPORT | View image in PDF format |
| 12/30/2016 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

**MENJIVAR ATTACHMENT A**

**2018 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L17000001460

Entity Name: SIMPLE HEALTH PLANS LLC

**FILED**
**Jan 16, 2018**
**Secretary of State**
**CC5739232077**

PX 1
Page 24 of 679

**Current Principal Place of Business:**

2 OAKWOOD BOULEVARD
SUIE 100
HOLLYWOOD, FL 33020

**Current Mailing Address:**

2 OAKWOOD BOULEVARD
SUIE 100
HOLLYWOOD, FL 33020 US

**FEI Number:** ████6266

Certificate of Status Desired: No

**Name and Address of Current Registered Agent:**

DORFMAN, STEVEN
2 OAKWOOD BOULEVARD
SUIE 100
HOLLYWOOD, FL 33020 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   STEVEN DORFMAN

Electronic Signature of Registered Agent                          01/16/2018

Date

**Authorized Person(s) Detail :**

Title            MGR

Name         HEALTH CENTER MANAGEMENT LLC

Address      2 OAKWOOD BOULEVARD #100

City-State-Zip:   HOLLYWOOD FL 33020

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: STEVEN DORFMAN                       PRESIDENT                    01/16/2018

Electronic Signature of Signing Authorized Person(s) Detail                              Date

**MENJIVAR ATTACHMENT A**

**2017  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L17000001460

**FILED
Feb 16, 2017
Secretary of State
CC3928153884**

**Entity Name:** SIMPLE HEALTH PLANS LLC

**Current Principal  Place of Business:**

2 OAKWOOD BOULEVARD
SUIE 100
HOLLYWOOD, FL 33020

**Current Mailing Address:**

2 OAKWOOD BOULEVARD
SUIE 100
HOLLYWOOD, FL  33020

**FEI Number:** APPLIED FOR                                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SPIEWAK, MATHEW
2 OAKWOOD BOULEVARD
SUIE 100
HOLLYWOOD, FL  33020  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

|  | Electronic Signature of Registered Agent | Date |

**Authorized Person(s) Detail :**

| Title | MGR |
| Name | HEALTH CENTER MANAGEMENT LLC |
| Address | 2 OAKWOOD BOULEVARD #100 |
| City-State-Zip: | HOLLYWOOD  FL  33020 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MATTHEW SPIEWAK                          MGR                          02/16/2017

|  | Electronic Signature of Signing Authorized Person(s) Detail | Date |

**MENJIVAR ATTACHMENT A**

# L1700000 1460

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP      ☐ WAIT      ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____     Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



400293762624





**C. GOLDEN**

JAN - 5 2017

**MENJIVAR ATTACHMENT A**



**NATIONAL CORPORATE RESEARCH, LTD.®**
The Right Response at the Right Time, Every Time.℠

NCR National Corporate Research (Hong Kong) Limited,
a Hong Kong Limited Company

NCR National Corporate Research (UK) Limited,
Registered in England and Wales, Registry # 8010712

Albany • Charlotte • Chicago • Dover • Los Angeles • New York • Sacramento • Springfield • Tallahassee • Washington, D.C. • Hong Kong • London

Date: 01/04/2017

Name: Michelle Walker

Reference #: T007453

ENTITY NAME: SIMPLE HEALTH PLANS LLC

☐ Articles of Incorporation/Authorization to Transact Business

☐ Amendment

☐ Annual Report

☐ Change of Agent

☐ Reinstatement

☑ Conversion

☐ Merger

☐ Dissolution/Withdrawal

☐ Fictitious Name

☐ Other: _____

*Please retain original file date.*

**Please return a copy of this cover sheet with the evidence.**

Authorized Amount: _____

Signature: *Michelle Walker*

*If authorized amount is not correct, please call Michelle at 518-213-0737 for approval. Thanks!*

*115 North Calhoun Street, Suite #4, Tallahassee, FL 32301*
**Telephone: (866) 625-0838   Fax: (866) 625-0839   International +1 (212) 947-7200**
**E-Mail:** info@nationalcorp.com   **Website:** www.nationalcorp.com

MENJIVAR ATTACHMENT A



FLORIDA DEPARTMENT OF STATE
Division of Corporations

January 3, 2017

NATIONAL CORPORATE RESEARCH, LTD.

SUBJECT: SIMPLE HEALTH PLANS LLC
Ref. Number: W17000000095

We have received your document for SIMPLE HEALTH PLANS LLC and the authorization to debit your account in the amount of $160.00.   However, the document has not been filed and is being returned for the following:

You cannot sign a document before the actual date, please correct.

Please return the corrected original and one copy of your document, along with a copy of this letter, within 60 days or your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please call (850) 245-6052.

Claretha Golden
Regulatory Specialist II                    Letter Number: 317A00000028
New Filing Section

**MENJIVAR ATTACHMENT A**

**ARTICLES OF CONVERSION
FOR
"OTHER BUSINESS ENTITY"
INTO
FLORIDA LIMITED LIABILITY COMPANY**

FILED

2017 DEC 30  AH 9: 03

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

*These Articles of Conversion and the attached Articles of Organization are submitted to convert the following "Other Business Entity" into a Florida Limited Liability Company in accordance with Section 605.1045, Florida Statutes:*

1.     The name of the "Other Business Entity" immediately prior to the filing of this Certificate of Conversion is SIMPLE HEALTH PLANS INC.(the "Corporation").

2.     The "Other Business Entity" is a Florida profit corporation first incorporated under the laws of the State of Florida effective November 25, 2015 (Document No.: P15000096024).

3.     The name of the Florida Limited Liability Company as set forth in the attached Articles of Organization is: SIMPLE HEALTH PLANS LLC.

4.     The conversion is permitted by the applicable law(s) governing the other business entity and the conversion complies with such law(s) and the requirements of §605.1043, F.S., in effecting the conversion.

5.     The "Other Business Entity" currently exists on the official records of the jurisdiction under which it is currently incorporated.

6.     The conversion shall be effective at 11:59 p.m., December 31, 2016.

Signed this 29 day of December, 2016.

SIMPLE HEALTH PLANS, INC.

By: _____
Name: Steven Dorfmen
Title:    CEO

SIMPLE HEALTH PLANS LLC

By:    Health Center Management LLC, its
       Manager

By: _____
Name:  Steven Dorfman
Title:   Manager

**MENJIVAR ATTACHMENT A**

FILED

2017 DEC 30  AM 9: 03

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

## ARTICLES OF ORGANIZATION
## FOR
## SIMPLE HEALTH PLANS LLC

*(A Florida Limited Liability Company)*

*The undersigned, for the purpose of forming a limited liability company under the laws of the State of Florida, pursuant to the Florida Revised Limited Liability Company Act (the "Act"), hereby adopts the following Articles of Organization:*

### ARTICLE 1
### NAME

The name of the Limited Liability Company is SIMPLE HEALTH PLANS LLC (the "Company").

### ARTICLE 2
### DURATION

The Company shall exist on the date of filing of these Articles with the Secretary of State of the State of Florida. The duration of the Company shall be perpetual.

### ARTICLE 3
### NATURE OF BUSINESS

The Company is organized for the purpose of transacting any and all lawful business permitted under the Act.

### ARTICLE 4
### ADDRESS

The initial principal office address and mailing address of the Company is 2 Oakwood Boulevard, Suite 100, Hollywood, Florida 33020.

### ARTICLE 5
### INITIAL REGISTERED AGENT AND REGISTERED OFFICE

The street address of the initial registered office of the Company is 2 Oakwood Boulevard, Suite 100, Hollywood, Florida 33020, and the name of the initial registered agent of the Company at that address is Mathew Spiewak.

### ARTICLE 6
### MEMBERSHIP CERTIFICATES

Each member's interest in the Company may be evidenced by a membership participation or unit certificate. No member of the Company may transfer, sell, or assign its membership interest in the Company to any other person except as provided for in the Company's Operating Agreement.

**MENJIVAR ATTACHMENT A**

## ARTICLE 7
## INDEMNIFICATION

The Company shall indemnify to the fullest extent permitted under and in accordance with the laws of the State of Florida any person who was or is a party or is threatened to be made a party to any threatened, pending or completed action, suit or proceeding, whether civil, criminal, administrative, or investigative by reason of the fact that he is or was manager, member, or officer of the Company, or is or was serving at the request of the Company as a manager, member, director, officer, trustee, employee, or agent of or in any other capacity with another company, partnership, joint venture, trust or other enterprise, against expenses (including attorneys' fees), judgments, fines and amounts paid in settlement actually and reasonably incurred by him in connection with such action, suit, or proceeding.

Expenses (including attorney's fees) incurred by any member, manager, or officer in defending any civil, criminal, administrative or investigative proceeding shall be paid by the Company in advance of the final disposition of such proceeding upon receipt of an undertaking (secured or unsecured as may be determined by the Company) by or on behalf of such member, manager, or officer to repay such amount if it shall ultimately be determined that such member, manager, or officer is not entitled to be indemnified by the Company as authorized in this Article. Such expenses (including attorneys' fees) incurred by other employees and agents shall also be so paid upon such terms and conditions, if any, as the Company deems appropriate.

Notwithstanding the foregoing, indemnification or advancement of expenses shall not be made to or on behalf of any member, manager, officer, employee, or agent if a judgment or other final adjudication establishes that the actions, or omissions to act, of such member, manager, officer, employee, or agent were material to the cause of action so adjudicated and constitute any of the following:

(a)     A violation of criminal law, unless the member, manager, officer, employee, or agent had no reasonable cause to believe such conduct was unlawful.

(b)     A transaction from which the member, manager, officer, employee, or agent derived an improper personal benefit.

(c)     A distribution in violation of Section 605.0406 of the Act.

(d)     Willful misconduct or a conscious disregard for the best interests of the company in a proceeding by or in the right of the Company to procure a judgment in its favor or in a proceeding by or in the right of a member.

(e)     Recklessness, or an act or omission committed in bad faith or with malicious purpose or in a manner exhibiting wanton and willful disregard of human rights, safety or property in a proceeding by or in the right of someone other than the Company or a member.

The indemnification provided by this Article shall continue as to an indemnified person who has ceased to be a member, manager, officer, employee, or agent and shall inure to the benefit of the estate, heirs, personal representatives, beneficiaries, executors and administrators of such person. All rights to indemnification and advances under this Article shall be deemed to be a contract between the Company and each indemnified person at any time while this Article is in effect. Any repeal or modification of this Article or any repeal or modification of relevant provisions of the Act or any other applicable laws shall not in any way diminish the rights to indemnification of such indemnified person or the obligations of the Company arising hereunder for claims relating to matters occurring prior to the repeal or modification.

**MENJIVAR ATTACHMENT A**

## ARTICLE 8
## MANAGEMENT

The Company shall be manager-managed in accordance with the Company's Operating Agreement. The initial managers of the company shall be Health Center Management LLC.

## ARTICLE 9
## AMENDMENT

The company reserves the right to amend or repeal any provision contained in these Articles of Organization, and any right conferred upon the members is subject to this reservation.

**IN WITNESS WHEREOF** the undersigned has executed these Articles this 30th day of December, 2016.

_____
STEVEN DORFMAN, Authorized Person

*(In accordance with Section 605.0205(3), Florida Statutes, the execution of this document constitutes an affirmation under the penalties of perjury that the facts stated herein are true.)*

WPB_ACTIVE 7265128.1

**MENJIVAR ATTACHMENT A**

## ACCEPTANCE BY REGISTERED AGENT

Having been named as registered agent and to accept the service of process for the above-stated limited liability company at the place designated in these Articles, Mathew Spiewak hereby accepts the appointment as registered agent and agrees to act in this capacity. Mathew Spiewar further agrees to comply with the provisions of all statutes relating to the proper and complete performance of his duties, and is familiar with and accepts the obligations of his position as registered agent as provided for in Chapter 605, F.S.

MATHEW SPIEWAK

Dated: December 30, 2016

WPB_ACTIVE 7265128.1

**MENJIVAR ATTACHMENT A**

PX 1
Page 34 of 679

# Menjivar Attachment B

Florida Department of State

DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Detail By Document Number /

# Detail by Entity Name

Florida Limited Liability Company
HEALTH BENEFITS ONE LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L12000060285 |
| **FEI/EIN Number** | ████ 2195 |
| **Date Filed** | 05/04/2012 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | LC STMNT OF RA/RO CHG |
| **Event Date Filed** | 01/24/2018 |
| **Event Effective Date** | NONE |

**Principal Address**

2 Oakwood Blvd
Suite 100
HOLLYWOOD, FL 33020

Changed: 02/09/2016

**Mailing Address**

2 Oakwood Blvd
Suite 100
HOLLYWOOD, FL 33020

Changed: 02/09/2016

**Registered Agent Name & Address**

DORFMAN, STEVEN
2 OAKWOOD BLVD, SUITE 100
HOLLYWOOD, FL 33020

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

DORFMAN, STEVEN
2 Oakwood Blvd
Suite 100
HOLLYWOOD, FL 33020

**Annual Reports**

**MENJIVAR ATTACHMENT B**

| Report Year | Filed Date |
| --- | --- |
| 2016 | 02/09/2016 |
| 2017 | 02/16/2017 |
| 2018 | 01/16/2018 |

**Document Images**

| Date -- Description | |
| --- | --- |
| 01/16/2018 -- ANNUAL REPORT | View image in PDF format |
| 02/16/2017 -- ANNUAL REPORT | View image in PDF format |
| 06/13/2016 -- LC Amendment | View image in PDF format |
| 02/09/2016 -- ANNUAL REPORT | View image in PDF format |
| 02/24/2015 -- ANNUAL REPORT | View image in PDF format |
| 09/19/2014 -- LC Amendment | View image in PDF format |
| 09/08/2014 -- LC Amendment | View image in PDF format |
| 03/03/2014 -- ANNUAL REPORT | View image in PDF format |
| 03/26/2013 -- ANNUAL REPORT | View image in PDF format |
| 05/04/2012 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

**MENJIVAR ATTACHMENT B**

**2018  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L12000060285

**FILED**

**Entity Name:** HEALTH BENEFITS ONE LLC

**Jan 16, 2018**
**Secretary of State**
**CC7867082838**

**Current Principal  Place of Business:**

2 OAKWOOD BLVD
 SUITE 100
HOLLYWOOD, FL 33020

**Current Mailing Address:**

2 OAKWOOD BLVD
 SUITE 100
HOLLYWOOD, FL 33020 US

**FEI Number:** ███ 2195                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

DORFMAN, STEVEN
2 OAKWOOD BLVD, SUITE 100
HOLLYWOOD, FL 33020 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: __STEVEN DORFMAN__                                          __01/16/2018__
                Electronic Signature of Registered Agent                                     Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | DORFMAN, STEVEN |
| Address | 2 OAKWOOD BLVD<br> SUITE 100 |
| City-State-Zip: | HOLLYWOOD FL 33020 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: STEVEN DORFMAN                          MGR                __01/16/2018__
                Electronic Signature of Signing Authorized Person(s) Detail                                   Date

**MENJIVAR ATTACHMENT B**

# 2017 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L12000060285

**FILED**
**Feb 16, 2017**
**Secretary of State**
**CC9461147701**

PX 1
Page 38 of 679

**Entity Name:** HEALTH BENEFITS ONE LLC

**Current Principal  Place of Business:**

2 OAKWOOD BLVD
 SUITE 100
HOLLYWOOD,  FL  33020

**Current Mailing Address:**

2 OAKWOOD BLVD
 SUITE 100
HOLLYWOOD,  FL  33020  US

**FEI Number:** ███2195          **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SPIEWAK, MATTHEW E
2 OAKWOOD BLVD
 SUITE 100
HOLLYWOOD, FL  33020  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

|  Electronic Signature of Registered Agent | Date |

## Authorized Person(s) Detail :

| Title | MGR | | Title | MGR |
|---|---|---|---|---|
| Name | DORFMAN, STEVEN | | Name | SPIEWAK, MATTHEW |
| Address | 2 OAKWOOD BLVD<br> SUITE 100 | | Address | 2 OAKWOOD BLVD<br> SUITE 100 |
| City-State-Zip: | HOLLYWOOD  FL  33020 | | City-State-Zip: | HOLLYWOOD  FL  33020 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MATTHEW SPIEWAK                MGR                02/16/2017

| Electronic Signature of Signing Authorized Person(s) Detail | Date |

**MENJIVAR ATTACHMENT B**

# L12000060285

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP      ☐ WAIT      ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____     Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



700286551197

06/14/16--01020--007   **25.00

RECEIVED
2016 JUN 13  PM 12: 41
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

FILED
16 JUN 13  AM 8: 19
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

MENJIVAR ATTACHMENT B

# COVER LETTER

**TO:**   **Registration Section**
**Division of Corporations**

**SUBJECT:** Health Benefits One, LLC
_____
Name of Limited Liability Company

The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

Matthew Spievak
_____
Name of Person

Health Benefits One, LLC
_____
Firm/Company

2 Oakwood Blvd, Ste 100
_____
Address

Hollywood, FL 33020
_____
City/State and Zip Code

mspievak@simplehealthplans.com
_____
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

Matthew Spievak           at ( 954 )   945- 4188
_____
Name of Person                    Area Code      Daytime Telephone Number

Enclosed is a check for the following amount:

☑ $25.00 Filing Fee    ☐ $30.00 Filing Fee &       ☐ $55.00 Filing Fee &        ☐ $60.00 Filing Fee,
                            Certificate of Status       Certified Copy               Certificate of Status &
                                                        (additional copy is enclosed)    Certified Copy
                                                                                         (additional copy is enclosed)

**MAILING ADDRESS:**                        **STREET/COURIER ADDRESS:**
Registration Section                        Registration Section
Division of Corporations                    Division of Corporations
P.O. Box 6327                               Clifton Building
Tallahassee, FL 32314                       2661 Executive Center Circle
                                            Tallahassee, FL 32301

**MENJIVAR ATTACHMENT B**

# ARTICLES OF AMENDMENT
## TO
## ARTICLES OF ORGANIZATION
## OF

Health Benefits One, LLC

**(Name of the Limited Liability Company as it now appears on our records.)**
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on ___5/4/2012___ and assigned

Florida document number ___L12000060285___

This amendment is submitted to amend the following:

**A.  If amending name, <u>enter the new name of the limited liability company here</u>:**

_____
The new name must be distinguishable and contain the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

**Enter new principal offices address, if applicable:**

*(Principal office address MUST BE A STREET ADDRESS)*

**Enter new mailing address, if applicable:**

*(Mailing address MAY BE A POST OFFICE BOX)*

*SECRETARY OF STATE*
*TALLAHASSEE, FLORIDA*
*JUN 13 AM 8:19*
*FILED*

**B.   If amending the registered agent and/or registered office address on our records, <u>enter the name of the new</u> <u>registered agent and/or the new registered office address here</u>:**

Name of New Registered Agent: _____

New Registered Office Address: _____
                                        *Enter Florida street address*

_____ , **Florida** _____
              *City*                                          *Zip Code*

**<u>New Registered Agent's Signature, if changing Registered Agent</u>:**

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

_____
If Changing Registered Agent, <u>Signature of New Registered Agent</u>

**Page 1 of 3**                    **MENJIVAR ATTACHMENT B**

If amending Authorized Person(s) authorized to manage, <u>enter the title, name, and address of each person  being added or removed from our records</u>:

MGR =   Manager
AMBR = Authorized Member

| <u>Title</u> | <u>Name</u> | <u>Address</u> | <u>Type of Action</u> |
|---|---|---|---|
| MGRM | Matthew Spiewak | 2 Oakwood Blvd Ste 100 Hollywood, FL 33020 | ☐ Add ☒ Remove ☐ Change |
| MGR | Matthew Spiewak | 2 Oakwood Blvd Ste 100 Hollywood, FL 33020 | ☒ Add ☐ Remove ☐ Change |
| CCO | Candida Girouard | 2 Oakwood Blvd Ste 100 Hollywood FL 33020 | ☐ Add ☒ Remove ☐ Change |
| | | | ☐ Add ☐ Remove ☐ Change |
| | | | ☐ Add ☐ Remove ☐ Change |
| | | | ☐ Add ☐ Remove ☐ Change |

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

FILED
JUL 13
8

**MENJIVAR ATTACHMENT B**

**D. If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary.)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

FILED
16 JUN 13 AM 8 19
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

**E. Effective date, if other than the date of filing:** _____ **(optional)**
(If an effective date is listed, the date must be specific and cannot be prior to date of filing or more than 90 days after filing.) Pursuant to 605.0207 (3)(b)
**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date *on the Department of State's records.*

If the record specifies a delayed effective date, but not an effective time, at 12:01 a.m. on the earlier of:
(b)  The 90th day after the record is filed.

Dated  6/7/2016  , _____ .

_____
Signature of a member or authorized representative of a member

_____
Typed or printed name of signee

**Page 3 of 3**

**Filing Fee:  $25.00**          **MENJIVAR ATTACHMENT B**

# 2016  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L12000060285

**FILED**
**Feb 09, 2016**
**Secretary of State**
**CC2352357952**

**Entity Name:** HEALTH BENEFITS ONE LLC

**Current Principal  Place of Business:**

2 OAKWOOD BLVD
 SUITE 100
HOLLYWOOD,  FL  33020

**Current Mailing Address:**

2 OAKWOOD BLVD
 SUITE 100
HOLLYWOOD,  FL  33020  US

**FEI Number:** ▓▓▓▓2195                                    **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

SPIEWAK, MATTHEW E
2 OAKWOOD BLVD
 SUITE 100
HOLLYWOOD, FL  33020  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

_____ Electronic Signature of Registered Agent _____ Date _____

## Authorized Person(s) Detail :

| | | | | |
|---|---|---|---|---|
| Title | MGRM | | Title | MGR |
| Name | SPIEWAK, MATTHEW E | | Name | DORFMAN, STEVEN |
| Address | 2 OAKWOOD BLVD SUITE 100 | | Address | 2 OAKWOOD BLVD SUITE 100 |
| City-State-Zip: | HOLLYWOOD  FL  33020 | | City-State-Zip: | HOLLYWOOD  FL  33020 |

| | |
|---|---|
| Title | CCO |
| Name | GIROUARD, CANDIDA |
| Address | 2 OAKWOOD BLVD SUITE 100 |
| City-State-Zip: | HOLLYWOOD  FL  33020 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MARC SPIEWAK                               CFO                          02/09/2016

_____ Electronic Signature of Signing Authorized Person(s) Detail _____ Date _____

**MENJIVAR ATTACHMENT B**

PX 1
Page 45 of 679

# 2015 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L12000060285

**Entity Name:** HEALTH BENEFITS ONE LLC

**Current Principal  Place of Business:**

200 S PARK ROAD, SUITE 465
HOLLYWOOD, FL  33021

**Current Mailing Address:**

200 S PARK ROAD, SUITE 465
HOLLYWOOD, FL  33021

**FEI Number:** ▆▆▆2195

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SPIEWAK, MATTHEW E
200 S PARK ROAD, SUITE 465
HOLLYWOOD, FL  33021  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____

Electronic Signature of Registered Agent                                                                Date

**FILED**
**Feb 24, 2015**
**Secretary of State**
**CC1459750275**

## Authorized Person(s) Detail :

| | | | | |
|---|---|---|---|---|
| Title | MANAGER | | Title | MGRM |
| Name | SPIEWAK, MARC A | | Name | SPIEWAK, MATTHEW E |
| Address | 200 S PARK ROAD SUITE 465 | | Address | 200 S PARK ROAD, SUITE 465 |
| City-State-Zip: | HOLLYWOOD  FL  33021 | | City-State-Zip: | HOLLYWOOD  FL  33021 |
| Title | MGR | | Title | CCO |
| Name | DORFMAN, STEVEN | | Name | GIROUARD, CANDIDA |
| Address | 200 S PARK ROAD, SUITE 465 | | Address | 200 S PARK ROAD, SUITE 465 |
| City-State-Zip: | HOLLYWOOD  FL  33021 | | City-State-Zip: | HOLLYWOOD  FL  33021 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MARC A SPIEWAK                          MANAGER                          02/24/2015

Electronic Signature of Signing Authorized Person(s) Detail                                            Date

**MENJIVAR ATTACHMENT B**

# L12000060285

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



500263642455

08/18/14--01029--002   **30.00

SECRETARY OF STATE
TALLAHASSEE FLORIDA
14 SEP 19 PM 1: 26

SEP 2 3 2014

T. HAMPTON

MENJIVAR ATTACHMENT B

# COVER LETTER

**TO:**   **Registration Section**
          **Division of Corporations**

**SUBJECT:** ## Health Benefits One LLC

Name of Limited Liability Company

The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

## Marc A Spiewak

Name of Person

## Health Benefits One LLC

Firm/Company

## 200 S Park Road Suite 465

Address

## Hollywood FL 33021

City/State and Zip Code

### marcspiewak@hbcinsure.com

E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

## Marc A Spiewak           at ( ## 754 )  ## 888-6344 ext 2002

Name of Person                Area Code       Daytime Telephone Number

Enclosed is a check for the following amount:

☐ $25.00 Filing Fee   ☒ $30.00 Filing Fee &   ☐ $55.00 Filing Fee &   ☐ $60.00 Filing Fee,
                        Certificate of Status      Certified Copy           Certificate of Status &
                                                   (additional copy is enclosed)   Certified Copy
                                                                              (additional copy is enclosed)

**MAILING ADDRESS:**              **STREET/COURIER ADDRESS:**
Registration Section              Registration Section
Division of Corporations          Division of Corporations
P.O. Box 6327                     Clifton Building
Tallahassee, FL 32314             2661 Executive Center Circle
                                  Tallahassee, FL 32301

**MENJIVAR ATTACHMENT B**

# ARTICLES OF AMENDMENT
## TO
## ARTICLES OF ORGANIZATION
## OF

Health Benefits One LLC
_____
<u>(Name of the Limited Liability Company as it now appears on our records.)</u>
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on 05/04/2012_____ and assigned

Florida document number L12000060285_____.

This amendment is submitted to amend the following:

**A. If amending name, <u>enter the new name of the limited liability company here</u>:**

_____

The new name must be distinguishable and end with the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

**Enter new principal offices address, if applicable:**
*(Principal office address MUST BE A STREET ADDRESS)*

**Enter new mailing address, if applicable:**
*(Mailing address MAY BE A POST OFFICE BOX)*

**B. If amending the registered agent and/or registered office address on our records, <u>enter the name of the new registered agent and/or the new registered office address here</u>:**

Name of New Registered Agent:     _____

New Registered Office Address:     _____
                                    *Enter Florida street address*

                                    _____, **Florida** _____
                                         *City*                           *Zip Code*

<u>New Registered Agent's Signature, if changing Registered Agent:</u>

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties. and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

_____
**If Changing Registered Agent, <u>Signature of New Registered Agent</u>**

**Page 1 of 3**

**MENJIVAR ATTACHMENT B**

**If amending the Managers or Authorized Member on our records, <u>enter the title, name, and address of each Manager or Authorized Member being added or removed from our records</u>:**

MGR =   Manager
AMBR = Authorized Member

| <u>Title</u> | <u>Name</u> | <u>Address</u> | <u>Type of Action</u> |
|---|---|---|---|
| CCO | Candida Girouard | 200 S Park Road Suite 465 | ☑ Add |
| | | Hollywood FL 33021 | ☐ Remove |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Add |
| | | | ☐ Remove |

14 SEP 19 AM 11: 6
SECRETARY OF STATE
TALLAHASSEE FLORIDA

**MENJIVAR ATTACHMENT B**

**D.  If amending any other information, enter change(s) here:**  *(Attach additional sheets, if necessary.)*

Address change:  MGR Dorfman, Steven - 200 S Park Road Suite 465

Hollywood FL 33021; Address change: MGRM Spiewak, Matthew

200 S Park Road Suite 465, Hollywood FL 33021; Address change:

MGRM Spiewak, Marc 200 S Park Road Suite 465 Hollywood FL 33021

**E.  Effective date, if other than the date of filing:** _____ (optional)
(The effective date must be specific. cannot be prior to date of receipt or filed date and cannot be more than 90 days after
the date this document is filed by the Florida Department of State)

Dated  September 18            2014

_____
Signature of a member or authorized representative of a member

Marc A Spiewak
_____
Typed or printed name of signee

Page 3 of 3

Filing Fee: $25.00

**MENJIVAR ATTACHMENT B**

## LI200000060285



**900264007639**

900264007639
03/03/14--01041--011  **30.00

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

[ ] PICK-UP     [ ] WAIT     [ ] MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____     Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only

FILED
2014 SEP -8 PM 2: 53
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

SEP 12 2014
D. BRUCE

**MENJIVAR ATTACHMENT B**

# COVER LETTER

**TO:**   Registration Section
Division of Corporations

**SUBJECT:** ## Health Benefits One LLC

*Name of Limited Liability Company*

The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

## Marc A Spiewak

*Name of Person*

## Health Benefits One LLC

*Firm/Company*

## 200 S Park Road Suite 465

*Address*

## Hollywood FL 33021

*City/State and Zip Code*

marcspiewak@hbcinsure.com

*E-mail address: (to be used for future annual report notification)*

For further information concerning this matter, please call:

## Marc A Spiewak

*Name of Person*

at ( **754** ) **888-6344 ext 2002**

*Area Code*   *Daytime Telephone Number*

Enclosed is a check for the following amount:

☐ $25.00 Filing Fee      ☑ $30.00 Filing Fee &      ☐ $55.00 Filing Fee &      ☐ $60.00 Filing Fee,
                              Certificate of Status          Certified Copy               Certificate of Status &
                                                          *(additional copy is enclosed)*     Certified Copy
                                                                                      *(additional copy is enclosed)*

**MAILING ADDRESS:**
Registration Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**STREET/COURIER ADDRESS:**
Registration Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

**MENJIVAR ATTACHMENT B**

# ARTICLES OF AMENDMENT
## TO
## ARTICLES OF ORGANIZATION
## OF

### Health Benefits One LLC
**(Name of the Limited Liability Company as it now appears on our records.)**
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on **05/04/2012** and assigned

Florida document number **L12000060285**.

This amendment is submitted to amend the following:

**A. If amending name, <u>enter the new name of the limited liability company here</u>:**

The new name must be distinguishable and end with the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

**Enter new principal offices address, if applicable:**
*(Principal office address MUST BE A STREET ADDRESS)*

<u>200 S Park Road Suite 465</u>

<u>Hollywood FL 33021</u>

**Enter new mailing address, if applicable:**
*(Mailing address MAY BE A POST OFFICE BOX)*

<u>200 S Park Road Suite 465</u>

<u>Hollywood FL 33021</u>

**B.   If amending the registered agent and/or registered office address on our records, <u>enter the name of the new registered agent and/or the new registered office address here</u>:**

<u>Name of New Registered Agent:</u>

<u>New Registered Office Address:</u>   200  S Park Road Suite 465
                                       *Enter Florida street address*

                                       Hollywood _____, Florida 33021
                                       *City*                    *Zip Code*

<u>New Registered Agent's Signature, if changing Registered Agent:</u>

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

_____
If Changing Registered Agent, <u>Signature of New Registered Agent</u>

**Page 1 of 3**

**MENJIVAR ATTACHMENT B**

**If amending the Managers or Authorized Member on our records, <u>enter the title, name, and address of each Manager or Authorized Member being added or removed from our records</u>:**

**MGR =   Manager**
**AMBR =  Authorized Member**

| <u>Title</u> | <u>Name</u> | <u>Address</u> | <u>Type of Action</u> |
|---|---|---|---|
| MGR | Steven Dorfman | 465 Brickell Ave #5401 | ☑ Add |
| | | Miami FL 33131 | ☐ Remove |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Add |
| | | | ☐ Remove |

**MENJIVAR ATTACHMENT B**

**D. If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary.)*

_____

_____

_____

_____

_____

**E. Effective date, if other than the date of filing:** _____ **(optional)**

(The effective date must be specific, cannot be prior to date of receipt or filed date and cannot be more than 90 days after the date this document is filed by the Florida Department of State)

Dated  September 3 _____ , 2014 _____

_____
                          Signature of a member or authorized representative of a member

Marc A Spiewak
_____
                       Typed or printed name of signee

**Page 3 of 3**

**Filing Fee:  $25.00**



**MENJIVAR ATTACHMENT B**

**2014  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L12000060285

**Entity Name:** HEALTH BENEFITS ONE LLC

**FILED**
**Mar 03, 2014**
**Secretary of State**
**CC0388711168**

**Current Principal  Place of Business:**

3325 S. UNIVERSITY DR.
SUITE 210
DAVIE, FL  33328

**Current Mailing Address:**

3325 S. UNIVERSITY DR.
SUITE 210
DAVIE, FL  33328

**FEI Number:** ██████2195                                   **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SPIEWAK, MATTHEW E
3325 S. UNIVERSITY DR.
SUITE 210
DAVIE, FL  33328  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

                        Electronic Signature of Registered Agent                                                                    Date

**Authorized Person(s) Detail :**

| | | | | |
|---|---|---|---|---|
| Title | MGRM | | Title | MANAGER |
| Name | SPIEWAK, MATTHEW E | | Name | SPIEWAK, MARC A |
| Address | 3325 S. UNIVERSITY DR. SUITE 210 | | Address | 3325 S. UNIVERSITY DR. SUITE 210 |
| City-State-Zip: | DAVIE FL  33328 | | City-State-Zip: | DAVIE FL  33328 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath, that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MARC A SPIEWAK                                CFO                                03/03/2014

        Electronic Signature of Signing Authorized Person(s) Detail                                            Date

**MENJIVAR ATTACHMENT B**

**2013 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L12000060285

**Entity Name:** HEALTH BENEFITS ONE LLC

**Current Principal Place of Business:**

3325 S. UNIVERSITY DR.
SUITE 210
DAVIE, FL 33328

**Current Mailing Address:**

3325 S. UNIVERSITY DR.
SUITE 210
DAVIE, FL 33328

**FEI Number:** ▉▉▉2195                          **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SPIEWAK, MATTHEW E
3325 S. UNIVERSITY DR.
SUITE 210
DAVIE, FL 33328 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

          Electronic Signature of Registered Agent                                  Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGRM |
| Name | SPIEWAK, MATTHEW E |
| Address | 3325 S. UNIVERSITY DR. SUITE 210 |
| City-State-Zip: | DAVIE FL 33328 |

<div style="text-align:right">

**FILED**
**Mar 26, 2013**
**Secretary of State**
**CC4483887185**

</div>

Page 57 of 679

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MATTHEW SPIEWAK                 MGRM                 03/26/2013

          Electronic Signature of Signing Authorized Person(s) Detail                        Date

<div style="text-align:right">

**MENJIVAR ATTACHMENT B**

</div>

# Electronic Articles of Organization For
# Florida Limited Liability Company

L12000060285
FILED 8:00 AM
May 04, 2012
Sec. Of State
jbryan

## Article I

The name of the Limited Liability Company is:

HEALTH BENEFITS ONE LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

3325 S. UNIVERSITY DR.
SUITE 210
DAVIE, FL.   33328

The mailing address of the Limited Liability Company is:

3325 S. UNIVERSITY DR.
SUITE 210
DAVIE, FL.   33328

## Article III

The purpose for which this Limited Liability Company is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV

The name and Florida street address of the registered agent is:

MATTHEW E SPIEWAK
3325 S. UNIVERSITY DR.
SUITE 210
DAVIE, FL.  33328

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   MATTHEW SPIEWAK

**MENJIVAR ATTACHMENT B**

# Article V

The name and address of managing members/managers are:

L12000060285
FILED 8:00 AM
May 04, 2012
Sec. Of State
jbryan

    Title:  MGRM
    MATTHEW E SPIEWAK
    3325 S. UNIVERSITY DR. SUITE 210
    DAVIE, FL.  33328 US

Signature of member or an authorized representative of a member

Electronic Signature: MATTHEW SPIEWAK

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

**MENJIVAR ATTACHMENT B**

PX 1
Page 60 of 679

# Menjivar Attachment C

Florida Department of State                                                DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Detail By Document Number /

## Detail by Entity Name

Florida Limited Liability Company
HEALTH CENTER MANAGEMENT LLC

Filing Information

| | |
|---|---|
| **Document Number** | L17000001438 |
| **FEI/EIN Number** | ███ 2240 |
| **Date Filed** | 12/30/2016 |
| **Effective Date** | 05/09/2013 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | CONVERSION |
| **Event Date Filed** | 12/30/2016 |
| **Event Effective Date** | 12/31/2016 |

Principal Address

2 OAKWOOD BLVD.
SUITE 100
HOLLYWOOD, FL 33020

Mailing Address

2 OAKWOOD BLVD.
SUITE 100
HOLLYWOOD, FL 33020

Registered Agent Name & Address

Dorfman, Steven
2 OAKWOOD BLVD.
SUITE 100
HOLLYWOOD, FL 33020

Name Changed: 01/16/2018

Authorized Person(s) Detail

**Name & Address**

Title MGR

DORFMAN, STEVEN
2 OAKWOOD BLVD. #100
HOLLYWOOD, FL 33020

Annual Reports

| Report Year | Filed Date |
|---|---|
| 2017 | 08/08/2017 |
| 2018 | 01/16/2018 |

Document Images

| | |
|---|---|
| 01/16/2018 - ANNUAL REPORT | View image in PDF format |
| 08/08/2017 - ANNUAL REPORT | View image in PDF format |
| 12/30/2016 - Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

**MENJIVAR ATTACHMENT C**

PX 1
Page 62 of 679

## 2018  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L17000001438

**FILED**
**Jan 16, 2018**
**Secretary of State**
**CC7978130506**

**Entity Name:** HEALTH CENTER MANAGEMENT LLC

**Current Principal  Place of Business:**

2 OAKWOOD BLVD.
SUITE 100
HOLLYWOOD, FL  33020

**Current Mailing Address:**

2 OAKWOOD BLVD.
SUITE 100
HOLLYWOOD, FL  33020  US

**FEI Number:** ████2240                                   **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

DORFMAN, STEVEN
2 OAKWOOD BLVD.
SUITE 100
HOLLYWOOD, FL  33020  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   STEVEN DORFMAN                                                                    01/16/2018

                Electronic Signature of Registered Agent                                              Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | DORFMAN, STEVEN |
| Address | 2 OAKWOOD BLVD. #100 |
| City-State-Zip: | HOLLYWOOD  FL  33020 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: STEVEN DORFMAN                               MGR                          01/16/2018

             Electronic Signature of Signing Authorized Person(s) Detail                                      Date

**MENJIVAR ATTACHMENT C**

**2017  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L17000001438

**Entity Name:** HEALTH CENTER MANAGEMENT LLC

**FILED**
**Aug 08, 2017**
**Secretary of State**
**CC6334837387**

Page 63 of 679

PX 1

**Current Principal  Place of Business:**

2 OAKWOOD BLVD.
SUITE 100
HOLLYWOOD,  FL  33020

**Current Mailing Address:**

2 OAKWOOD BLVD.
SUITE 100
HOLLYWOOD,  FL  33020  US

**FEI Number:** ▮▮▮2240                    **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

SPIEWAK, MATHEW
2 OAKWOOD BLVD.
SUITE 100
HOLLYWOOD, FL  33020  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

| Electronic Signature of Registered Agent | Date |

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | DORFMAN, STEVEN |
| Address | 2 OAKWOOD BLVD. #100 |
| City-State-Zip: | HOLLYWOOD  FL  33020 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: STEVEN DORFMAN                          CEO                          08/08/2017

| Electronic Signature of Signing Authorized Person(s) Detail | Date |

**MENJIVAR ATTACHMENT C**



L|7000001438

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP      ☐ WAIT      ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____     Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



500293762615

C. GOLDEN

JAN - 5 2017

**MENJIVAR ATTACHMENT C**



**NCR** **NATIONAL CORPORATE RESEARCH, LTD.®**
The Right Response at the Right Time, Every Time.™

NCR National Corporate Research (Hong Kong) Limited,
a Hong Kong Limited Company.

NCR National Corporate Research (UK) Limited,
Registered in England and Wales, Registry # 8010712

Albany ◆ Charlotte ◆ Chicago ◆ Dover ◆ Los Angeles ◆ New York ◆ Sacramento ◆ Springfield ◆ Tallahassee ◆ Washington, D.C. ◆ Hong Kong ◆ London

Date: 01/04/2017                           Account #: ▮▮▮▮▮▮

Name: Michelle Walker

Reference #: T007453

ENTITY NAME: HEALTH CENTER MANAGEMENT LLC

☐ Articles of Incorporation/Authorization to Transact Business

☐ Amendment

☐ Annual Report

☐ Change of Agent

☐ Reinstatement

☑ Conversion

☐ Merger

☐ Dissolution/Withdrawal

☐ Fictitious Name

☐ Other: _____

* Please retain
original file date.

**Please return a copy of this cover sheet with the evidence.**

Authorized Amount: _____

If authorized amount is not correct, please call
Michelle at 518-213-0737 for approval.
Thanks!

Signature: _____

*115 North Calhoun Street, Suite #4, Tallahassee, FL 32301*
**Telephone: (866) 625-0838   Fax: (866) 625-0839   International +1 (212) 947-7200**
E-Mail: info@nationalcorp.com   Website: www.nationalcorp.com

MENJIVAR ATTACHMENT C



**FLORIDA DEPARTMENT OF STATE**
Division of Corporations

January 3, 2017

NATIONAL CORPORATE RESEARCH, LTD.

SUBJECT: HEALTH CENTER MANAGEMENT LLC
Ref. Number: W17000000086

We have received your document for HEALTH CENTER MANAGEMENT LLC and the authorization to debit your account in the amount of $160.00.  However, the document has not been filed and is being returned for the following:

Please correct the Certificate of Conversion to reflect the correct document number and date.

Please return the corrected original and one copy of your document, along with a copy of this letter, within 60 days or your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please call (850) 245-6052.

Claretha Golden
Regulatory Specialist II          Letter Number: 917A00000024
New Filing Section

**MENJIVAR ATTACHMENT C**

**ARTICLES OF CONVERSION**
**FOR**
**"OTHER BUSINESS ENTITY"**
**INTO**
**FLORIDA LIMITED LIABILITY COMPANY**

FILED

2016 DEC 30  AM 8: 57

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

*These Articles of Conversion and the attached Articles of Organization are submitted to convert the following "Other Business Entity" into a Florida Limited Liability Company in accordance with Section 605.1045, Florida Statutes:*

1.      The name of the "Other Business Entity" immediately prior to the filing of this Certificate of Conversion is HEALTH CENTER MANAGEMENT CORPORATION(the "Corporation").

2.      The "Other Business Entity" is a Florida business corporation first incorporated under the laws of the State of Florida effective May 9, 2013  (Document Number: P13000041881).

3.      The name of the Florida Limited Liability Company as set forth in the attached Articles of Organization is: HEALTH CENTER MANAGEMENT LLC.

4.      The conversion is permitted by the applicable law(s) governing the other business entity and the conversion complies with such law(s) and the requirements of §605.1043, F.S., in effecting the conversion.

5.      The "Other Business Entity" currently exists on the official records of the jurisdiction under which it is currently incorporated.

6.      The conversion shall be effective at 11:59 p.m., December 31, 2016.

Signed this 29 day of December, 2016.

HEALTH CENTER MANAGEMENT
CORPORATION

By:_____
Name:  Steven Dorfman
Title:    Chief Executive Officer

HEALTH CENTER MANAGEMENT LLC

By:_____
Name:  Steven Dorfman
Title:   Manager

**MENJIVAR ATTACHMENT C**

FILED

**ARTICLES OF ORGANIZATION**
**FOR**
**HEALTH CENTER MANAGEMENT LLC**

2017 DEC 30  AM 9: 58

SECRE...
TALLAHASSEE, FLORIDA

*(A Florida Limited Liability Company)*

*The undersigned, for the purpose of forming a limited liability company under the laws of the State of Florida, pursuant to the Florida Revised Limited Liability Company Act (the "Act"), hereby adopts the following Articles of Organization:*

## ARTICLE 1
## NAME

The name of the Limited Liability Company is HEALTH CENTER MANAGEMENT LLC (the "Company").

## ARTICLE 2
## DURATION

The Company shall exist on the date of filing of these Articles with the Secretary of State of the State of Florida. The duration of the Company shall be perpetual.

## ARTICLE 3
## NATURE OF BUSINESS

The Company is organized for the purpose of transacting any and all lawful business permitted under the Act.

## ARTICLE 4
## ADDRESS

The initial principal office address and mailing address of the Company is 2 Oakwood Blvd, Suite 100, Hollywood, Florida 33020.

## ARTICLE 5
## INITIAL REGISTERED AGENT AND REGISTERED OFFICE

The street address of the initial registered office of the Company is 2 Oakwood Blvd, Suite 100, Hollywood, Florida 33020, and the name of the initial registered agent of the Company at that address is Mathew Spiewak.

## ARTICLE 6
## MEMBERSHIP CERTIFICATES

Each member's interest in the Company may be evidenced by a membership participation or unit certificate. No member of the Company may transfer, sell, or assign its membership interest in the Company to any other person except as provided for in the Company's Operating Agreement.

-1-

**MENJIVAR ATTACHMENT C**

## ARTICLE 7
### INDEMNIFICATION

The Company shall indemnify to the fullest extent permitted under and in accordance with the laws of the State of Florida any person who was or is a party or is threatened to be made a party to any threatened, pending or completed action, suit or proceeding, whether civil, criminal, administrative or investigative by reason of the fact that he is or was manager, member, or officer of the Company, or is or was serving at the request of the Company as a manager, member, director, officer, trustee, employee, or agent of or in any other capacity with another company, partnership, joint venture, trust, or other enterprise, against expenses (including attorneys' fees), judgments, fines and amounts paid in settlement actually and reasonably incurred by him in connection with such action, suit, or proceeding.

Expenses (including attorney's fees) incurred by any member, manager, or officer in defending any civil, criminal, administrative, or investigative proceeding shall be paid by the Company in advance of the final disposition of such proceeding upon receipt of an undertaking (secured or unsecured as may be determined by the Company) by or on behalf of such member, manager, or officer to repay such amount if it shall ultimately be determined that such member, manager, or officer is not entitled to be indemnified by the Company as authorized in this Article. Such expenses (including attorneys' fees) incurred by other employees and agents shall also be so paid upon such terms and conditions, if any, as the Company deems appropriate.

Notwithstanding the foregoing, indemnification or advancement of expenses shall not be made to or on behalf of any member, manager, officer, employee, or agent if a judgment or other final adjudication establishes that the actions, or omissions to act, of such member, manager, officer, employee, or agent were material to the cause of action so adjudicated and constitute any of the following:

    (a)    A violation of criminal law, unless the member, manager, officer, employee, or agent had no reasonable cause to believe such conduct was unlawful.

    (b)    A transaction from which the member, manager, officer, employee, or agent derived an improper personal benefit.

    (c)    A distribution in violation of Section 605.0406 of the Act.

    (d)    Willful misconduct or a conscious disregard for the best interests of the company in a proceeding by or in the right of the Company to procure a judgment in its favor or in a proceeding by or in the right of a member.

    (e)    Recklessness, or an act or omission committed in bad faith or with malicious purpose or in a manner exhibiting wanton and willful disregard of human rights, safety or property in a proceeding by or in the right of someone other than the Company or a member.

The indemnification provided by this Article shall continue as to an indemnified person who has ceased to be a member, manager, officer, employee, or agent and shall inure to the benefit of the estate, heirs, personal representatives, beneficiaries, executors and administrators of such person. All rights to indemnification and advances under this Article shall be deemed to be a contract between the Company and each indemnified person at any time while this Article is in effect. Any repeal or modification of this Article or any repeal or modification of relevant provisions of the Act or any other applicable laws shall not in any way diminish the rights to indemnification of such indemnified person or the obligations of the Company arising hereunder for claims relating to matters occurring prior to the repeal or modification.

WPB_ACTIVE 7262849.1

**MENJIVAR ATTACHMENT C**

## ARTICLE 8
## MANAGEMENT

The Company shall be manager-managed in accordance with the Company's Operating Agreement. The initial manager of the company shall be Steven Dorfman.

## ARTICLE 9
## AMENDMENT

The company reserves the right to amend or repeal any provision contained in these Articles of Organization, and any right conferred upon the members is subject to this reservation.

**IN WITNESS WHEREOF** the undersigned has executed these Articles this $29$ day of December, 2016.

_____, Authorized Person

*(In accordance with Section 605.0205(3), Florida Statutes, the execution of this document constitutes an affirmation under the penalties of perjury that the facts stated herein are true.)*

-3-

WPB_ACTIVE 7262849.1

**MENJIVAR ATTACHMENT C**

## ACCEPTANCE BY REGISTERED AGENT

Having been named as registered agent and to accept the service of process for the above-stated limited liability company at the place designated in these Articles, Mathew Spiewak hereby accepts the appointment as registered agent and agrees to act in this capacity. Mathew Spiewak further agrees to comply with the provisions of all statutes relating to the proper and complete performance of his duties, and is familiar with and accepts the obligations of his position as registered agent as provided for in Chapter 605, F.S.

_____
MATHEW SPIEWAK

Dated: December 29, 2016

WPB_ACTIVE 7262849.1

**MENJIVAR ATTACHMENT C**

# Menjivar Attachment D

Florida Department of State                                                    DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Detail By Document Number /

## Detail by Entity Name

Florida Limited Liability Company
INNOVATIVE CUSTOMER CARE LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L16000202332 |
| **FEI/EIN Number** | ████0935 |
| **Date Filed** | 11/03/2016 |
| **Effective Date** | 11/02/2016 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

3389 SHERIDAN ST. #632
HOLLYWOOD, FL 33021

**Mailing Address**

3389 SHERIDAN ST. #632
HOLLYWOOD, FL 33021

**Registered Agent Name & Address**

DORFMAN, RICHARD
3389 SHERIDAN ST. #632
HOLLYWOOD, FL 33021

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

DORFMAN, RICHARD
3389 SHERIDAN ST. #632
HOLLYWOOD, FL 33021

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2017 | 02/16/2017 |
| 2018 | 01/16/2018 |

**Document Images**

| | |
|---|---|
| 01/16/2018 -- ANNUAL REPORT | View image in PDF format |
| 02/16/2017 -- ANNUAL REPORT | View image in PDF format |
| 11/03/2016 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

**MENJIVAR ATTACHMENT D**

**2018 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L16000202332

**Entity Name:** INNOVATIVE CUSTOMER CARE LLC

**FILED**
**Jan 16, 2018**
**Secretary of State**
**CC2250901894**

PX 1
Page 74 of 679

**Current Principal Place of Business:**

3389 SHERIDAN ST. #632
HOLLYWOOD, FL 33021

**Current Mailing Address:**

3389 SHERIDAN ST. #632
HOLLYWOOD, FL 33021

**FEI Number:** ████0935                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

DORFMAN, RICHARD
3389 SHERIDAN ST. #632
HOLLYWOOD, FL 33021 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                    Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | DORFMAN, RICHARD |
| Address | 3389 SHERIDAN ST. #632 |
| City-State-Zip: | HOLLYWOOD FL 33021 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: RICHARD DORFMAN                    MGR              01/16/2018

Electronic Signature of Signing Authorized Person(s) Detail                    Date

**MENJIVAR ATTACHMENT D**

**2017 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L16000202332

**Entity Name:** INNOVATIVE CUSTOMER CARE LLC

**FILED**
**Feb 16, 2017**
**Secretary of State**
**CC7683865423**

**Current Principal  Place of Business:**

3389 SHERIDAN ST. #632
HOLLYWOOD, FL  33021

**Current Mailing Address:**

3389 SHERIDAN ST. #632
HOLLYWOOD, FL  33021

**FEI Number:** ████0935                        **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

DORFMAN, RICHARD
3389 SHERIDAN ST. #632
HOLLYWOOD, FL  33021 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

            Electronic Signature of Registered Agent                                        Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | DORFMAN, RICHARD |
| Address | 3389 SHERIDAN ST. #632 |
| City-State-Zip: | HOLLYWOOD  FL  33021 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: RICHARD DORFMAN                    MGR                    02/16/2017

      Electronic Signature of Signing Authorized Person(s) Detail                             Date

**MENJIVAR ATTACHMENT D**

# Electronic Articles of Organization For Florida Limited Liability Company

**L16000202332**
**FILED 8:00 AM**
**November 03, 2016**
**Sec. Of State**
**lyarbrough**

## Article I

The name of the Limited Liability Company is:

INNOVATIVE CUSTOMER CARE LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

3389 SHERIDAN ST. #632
HOLLYWOOD, FL. 33021

The mailing address of the Limited Liability Company is:

3389 SHERIDAN ST. #632
HOLLYWOOD, FL. 33021

## Article III

The name and Florida street address of the registered agent is:

RICHARD DORFMAN
3389 SHERIDAN ST. #632
HOLLYWOOD, FL. 33021

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature: RICHARD DORFMAN

**MENJIVAR ATTACHMENT D**

## Article IV

The name and address of person(s) authorized to manage LLC:

Title:  MGR
RICHARD  DORFMAN
3389 SHERIDAN ST. #632
HOLLYWOOD, FL.  33021

**L16000202332**
**FILED 8:00 AM**
**November 03, 2016**
**Sec. Of State**
**lyarbrough**

## Article V

The effective date for this Limited Liability Company shall be:

11/02/2016

## Signature of member or an authorized representative

Electronic Signature: RICHARD DORFMAN

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

**MENJIVAR ATTACHMENT D**

PX 1
Page 78 of 679

# Menjivar Attachment E

Florida Department of State

DIVISION OF CORPORATIONS



Department of State  /  Division of Corporations  /  Search Records  /  Detail By Document Number  /

## Detail by Entity Name

Florida Limited Liability Company
SIMPLE INSURANCE LEADS LLC

Filing Information

| | |
|---|---|
| **Document Number** | L13000098522 |
| **FEI/EIN Number** | ███3009 |
| **Date Filed** | 07/11/2013 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | LC AMENDMENT |
| **Event Date Filed** | 06/01/2016 |
| **Event Effective Date** | NONE |

Principal Address

2 Oakwood Blvd
Suite 100
Hollywood, FL 33020

Changed: 02/09/2016

Mailing Address

2 Oakwood Blvd
Suite 100
Hollywood, FL 33020

Changed: 02/09/2016

Registered Agent Name & Address

Dorfman, Steven
2 Oakwood Blvd
Suite 100
Hollywood, FL 33020

Name Changed: 01/16/2018

Address Changed: 02/09/2016

Authorized Person(s) Detail

**Name & Address**

Title MGRM

DORFMAN, STEVE

**MENJIVAR ATTACHMENT E**

2 Oakwood Blvd
Suite 100
Hollywood, FL 33020

<u>Annual Reports</u>

| Report Year | Filed Date |
|---|---|
| 2016 | 02/09/2016 |
| 2017 | 02/16/2017 |
| 2018 | 01/16/2018 |

<u>Document Images</u>

| | |
|---|---|
| 01/16/2018 -- ANNUAL REPORT | View image in PDF format |
| 02/16/2017 -- ANNUAL REPORT | View image in PDF format |
| 06/01/2016 -- LC Amendment | View image in PDF format |
| 02/09/2016 -- ANNUAL REPORT | View image in PDF format |
| 02/24/2015 -- ANNUAL REPORT | View image in PDF format |
| 03/03/2014 -- ANNUAL REPORT | View image in PDF format |
| 07/11/2013 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

**MENJIVAR ATTACHMENT E**

**2018 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L13000098522

**FILED**
**Jan 16, 2018**
**Secretary of State**
**CC3615973319**

**Entity Name:** SIMPLE INSURANCE LEADS LLC

**Current Principal Place of Business:**

2 OAKWOOD BLVD
SUITE 100
HOLLYWOOD, FL 33020

**Current Mailing Address:**

2 OAKWOOD BLVD
SUITE 100
HOLLYWOOD, FL 33020 US

**FEI Number:** ████3009

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

DORFMAN, STEVEN
2 OAKWOOD BLVD
SUITE 100
HOLLYWOOD, FL 33020 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: **STEVEN DORFMAN**                                                                 01/16/2018

Electronic Signature of Registered Agent                                                     Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGRM |
| Name | DORFMAN, STEVE |
| Address | 2 OAKWOOD BLVD
SUITE 100 |
| City-State-Zip: | HOLLYWOOD FL 33020 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: STEVEN DORFMAN                               MGRM                    01/16/2018

Electronic Signature of Signing Authorized Person(s) Detail                             Date

**MENJIVAR ATTACHMENT E**

**2017  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L13000098522

**Entity Name:** SIMPLE INSURANCE LEADS LLC

**Current Principal  Place of Business:**

2 OAKWOOD BLVD
SUITE 100
HOLLYWOOD, FL 33020

**Current Mailing Address:**

2 OAKWOOD BLVD
SUITE 100
HOLLYWOOD, FL 33020 US

**FEI Number:** ███3009

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SPIEWAK, MATTHEW E
2 OAKWOOD BLVD
SUITE 100
HOLLYWOOD, FL 33020 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:  MATTHEW E SPIEWAK _____ 02/16/2017

　　　　　Electronic Signature of Registered Agent　　　　　　　　　　Date

**Authorized Person(s) Detail :**

| Title | MGRM | | Title | MGRM |
|---|---|---|---|---|
| Name | SPIEWAK, MATTHEW E | | Name | DORFMAN, STEVE |
| Address | 2 OAKWOOD BLVD SUITE 100 | | Address | 2 OAKWOOD BLVD SUITE 100 |
| City-State-Zip: | HOLLYWOOD  FL 33020 | | City-State-Zip: | HOLLYWOOD  FL 33020 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MATTHEW SPIEWAK 　　　　　　　MGRM 　　　　　　02/16/2017

　　　　Electronic Signature of Signing Authorized Person(s) Detail　　　　　Date

**FILED**
**Feb 16, 2017**
**Secretary of State**
**CC5959655860**

**MENJIVAR ATTACHMENT E**

L170000 98522

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



200286277412

06/01/16--01008--005  **25.00



**MENJIVAR ATTACHMENT E**

# COVER LETTER

**TO:**     **Registration Section**
             **Division of Corporations**

**SUBJECT:** Simple Insurance Leads LLC
_____
                    Name of Limited Liability Company

The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

Matthew Spiewak
_____
                    Name of Person

Simple Insurance Leads, Inc
_____
                    Firm/Company

2 Oakwood Blvd, Ste 100
_____
                    Address

Hollywood, FL 33020
_____
                    City/State and Zip Code

mspiewak@simplehealthplans.com
_____
          E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

Matthew Spiewak          at (954) 445-4188
_____
          Name of Person          Area Code     Daytime Telephone Number

Enclosed is a check for the following amount:

☑ $25.00 Filing Fee      ☐ $30.00 Filing Fee &       ☐ $55.00 Filing Fee &        ☐ $60.00 Filing Fee,
                              Certificate of Status         Certified Copy              Certificate of Status &
                                                          (additional copy is enclosed)   Certified Copy
                                                                                        (additional copy is enclosed)

**MAILING ADDRESS:**                    **STREET/COURIER ADDRESS:**
Registration Section                    Registration Section
Division of Corporations                Division of Corporations
P.O. Box 6327                           Clifton Building
Tallahassee, FL 32314                   2661 Executive Center Circle
                                        Tallahassee, FL 32301

**MENJIVAR ATTACHMENT E**

# ARTICLES OF AMENDMENT
# TO
# ARTICLES OF ORGANIZATION
# OF

Simple Insurance Leads, LLC
**(Name of the Limited Liability Company as it now appears on our records.)**
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on 7/11/2013 and assigned

Florida document number L13000098573

This amendment is submitted to amend the following:

**A.  If amending name, <u>enter the new name of the limited liability company here</u>:**

_____

The new name must be distinguishable and contain the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

**Enter new principal offices address, if applicable:**          _____

***(Principal office address MUST BE A STREET ADDRESS)***     _____

_____

_____

**Enter new mailing address, if applicable:**          _____

***(Mailing address MAY BE A POST OFFICE BOX)***     _____

_____

**B.   If amending the registered agent and/or registered office address on our records, <u>enter the name of the new registered agent and/or the new registered office address here</u>:**

Name of New Registered Agent:          _____

New Registered Office Address:          _____

*Enter Florida street address*

_____, Florida _____

*City*                                    *Zip Code*

**<u>New Registered Agent's Signature, if changing Registered Agent</u>:**

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

_____

**If Changing Registered Agent, <u>Signature of New Registered Agent</u>**

**MENJIVAR ATTACHMENT E**

If amending Authorized Person(s) authorized to manage, <u>enter the title, name, and address of each person  being added or removed from our records</u>:

**MGR =  Manager**
**AMBR =  Authorized Member**

| <u>Title</u> | <u>Name</u> | <u>Address</u> | <u>Type of Action</u> |
|---|---|---|---|
| MGRM | Robert Kneeter | 2 Oakwood Blvd | ☐ Add |
| | | Ste 100 | ☒ Remove |
| | | Hollywood, FL 33020 | ☐ Change |
| MGRM | Steve Dorfman | 2 Oakwood Blvd | ☒ Add |
| | | Ste 100 | ☐ Remove |
| | | Hollywood, FL 33020 | ☐ Change |
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | ☐ Change |
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | ☐ Change |
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | ☐ Change |
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | ☐ Change |

**MENJIVAR ATTACHMENT E**

**D. If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary.)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**E. Effective date, if other than the date of filing:** _____ **(optional)**

(If an effective date is listed, the date must be specific and cannot be prior to date of filing or more than 90 days after filing.) Pursuant to 605.0207 (3)(b)
**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

If the record specifies a delayed effective date, but not an effective time, at 12:01 a.m. on the earlier of:
(b)   The 90th day after the record is filed.

Dated \_\_\_\_\_ 5/19/ \_\_\_\_\_ , 2016

_____
Signature of a member or authorized representative of a member

_____
Typed or printed name of signee

**Page 3 of 3**

**Filing Fee:  $25.00**

**MENJIVAR ATTACHMENT E**

PX 1

**2016  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L13000098522

**Entity Name:** SIMPLE INSURANCE LEADS LLC

**FILED**
**Feb 09, 2016**
**Secretary of State**
**CC2441586051**

Page 88 of 679

**Current Principal  Place of Business:**

2 OAKWOOD BLVD
SUITE 100
HOLLYWOOD, FL 33020

**Current Mailing Address:**

2 OAKWOOD BLVD
SUITE 100
HOLLYWOOD, FL 33020 US

**FEI Number:** ▮▮▮▮3009

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SPIEWAK, MATTHEW E
2 OAKWOOD BLVD
SUITE 100
HOLLYWOOD, FL 33020 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   MATTHEW E SPIEWAK                                                                           02/09/2016

_____
Electronic Signature of Registered Agent                                                                   Date

**Authorized Person(s) Detail :**

| Title | MGRM | | Title | MGRM |
|---|---|---|---|---|
| Name | SPIEWAK, MATTHEW E | | Name | KNEETER, ROBERT |
| Address | 2 OAKWOOD BLVD SUITE 100 | | Address | 2 OAKWOOD BLVD SUITE 100 |
| City-State-Zip: | HOLLYWOOD  FL  33020 | | City-State-Zip: | HOLLYWOOD  FL  33020 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MATTHEW E SPIEWAK                             MGRM                    02/09/2016

_____
Electronic Signature of Signing Authorized Person(s) Detail                                          Date

**MENJIVAR ATTACHMENT E**

PX 1
Page 89 of 679

## 2015  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L13000098522

**FILED**
**Feb 24, 2015**
**Secretary of State**
**CC1317877676**

**Entity Name:** SIMPLE INSURANCE LEADS LLC

**Current Principal  Place of Business:**

200 S PARK ROAD
SUITE 465
HOLLYWOOD,  FL  33021

**Current Mailing Address:**

200 S PARK ROAD
SUITE 465
HOLLYWOOD,  FL  33021  US

**FEI Number:** ████3009

**Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

SPIEWAK, MARC A  CPA
200 S PARK ROAD
SUITE 465
HOLLYWOOD, FL  33021  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                                    Date

**Authorized Person(s) Detail :**

| | | | | |
|---|---|---|---|---|
| Title | MGR | | Title | MGRM |
| Name | SPIEWAK, MARC A CPA | | Name | SPIEWAK, MATTHEW E |
| Address | 200 S PARK ROAD<br>SUITE 465 | | Address | 200 S PARK ROAD<br>SUITE 465 |
| City-State-Zip: | HOLLYWOOD  FL  33021 | | City-State-Zip: | HOLLYWOOD  FL  33021 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath, that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MARC A SPIEWAK                                    MGR                          02/24/2015

Electronic Signature of Signing Authorized Person(s) Detail                                              Date

**MENJIVAR ATTACHMENT E**

**2014 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L13000098522

**FILED**
**Mar 03, 2014**
**Secretary of State**
**CC4608682790**

**Entity Name:** SIMPLE INSURANCE LEADS LLC

**Current Principal  Place of Business:**

3325 S UNIVERSITY DRIVE
210
DAVIE, FL 33328

**Current Mailing Address:**

3325 S UNIVERSITY DRIVE
210
DAVIE, FL 33328

**FEI Number:** ███3009

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SPIEWAK, MARC A CPA
3325 S UNIVERSITY DRIVE
210
DAVIE, FL 33328 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

| Electronic Signature of Registered Agent | Date |

**Authorized Person(s) Detail :**

| Title | MGR | | Title | MGRM |
|---|---|---|---|---|
| Name | SPIEWAK, MARC A CPA | | Name | SPIEWAK, MATTHEW E |
| Address | 3325 S UNIVERSITY DRIVE SUITE 210 | | Address | 3325 S UNIVERSITY DRIVE SUITE 210 |
| City-State-Zip: | DAVIE FL 33328 | | City-State-Zip: | DAVIE FL 33328 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MARC A SPIEWAK                    CFO                    03/03/2014

| Electronic Signature of Signing Authorized Person(s) Detail | Date |

**MENJIVAR ATTACHMENT E**

# Electronic Articles of Organization
## For
## Florida Limited Liability Company

L13000098522
FILED 8:00 AM
July 11, 2013
Sec. Of State
lsellers

## Article I

The name of the Limited Liability Company is:

SIMPLE INSURANCE LEADS LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

3325 S UNIVERSITY DRIVE
210
DAVIE, FL.   33328

The mailing address of the Limited Liability Company is:

3325 S UNIVERSITY DRIVE
210
DAVIE, FL.   33328

## Article III

The purpose for which this Limited Liability Company is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV

The name and Florida street address of the registered agent is:

MARC A SPIEWAK CPA
3325 S UNIVERSITY DRIVE
210
DAVIE, FL.   33328

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   MARC A SPIEWAK CPA

**MENJIVAR ATTACHMENT E**

# Article V

The name and address of managing members/managers are:

L13000098522
FILED 8:00 AM
July 11, 2013
Sec. Of State
lsellers

Title:  MGR
MARC A SPIEWAK CPA
3325 S UNIVERSITY DRIVE SUITE 210
DAVIE, FL.  33328

Title:  MGRM
MATTHEW E SPIEWAK
3325 S UNIVERSITY DRIVE SUITE 210
DAVIE, FL.  33328

Signature of member or an authorized representative of a member

Electronic Signature: MARC A SPIEWAK CPA

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

**MENJIVAR ATTACHMENT E**

PX 1
Page 93 of 679

Menjivar Attachment F

Florida Department of State

DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Detail By Document Number /

## Detail by Entity Name

Florida Limited Liability Company
SENIOR BENEFITS ONE LLC

Filing Information

| | |
|---|---|
| **Document Number** | L17000001482 |
| **FEI/EIN Number** | ████5008 |
| **Date Filed** | 12/30/2016 |
| **Effective Date** | 06/18/2013 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | LC STMNT OF RA/RO CHG |
| **Event Date Filed** | 03/05/2018 |
| **Event Effective Date** | NONE |

Principal Address

2 OAKWOOD BOULEVARD
SUITE 100
HOLLYWOOD, FL 33020

Mailing Address

2 OAKWOOD BOULEVARD
SUITE 100
HOLLYWOOD, FL 33020

Registered Agent Name & Address

CAMILLERI, MICHAEL, ATTORNEY IN FACT
55 NE 5TH AVE, SUITE 502
SUITE 100
BOCA RATON, FL 33432

Name Changed: 01/24/2018

Address Changed: 01/24/2018

Authorized Person(s) Detail

**Name & Address**

Title MGR

HEALTH CENTER MANAGEMENT LLC
2 OAKWOOD BOULEVARD #100
HOLLYWOOD, FL 33020

**MENJIVAR ATTACHMENT F**

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2017 | 02/16/2017 |
| 2018 | 01/16/2018 |

**Document Images**

| | |
|---|---|
| 03/05/2018 -- CORLCRACHG | View image in PDF format |
| 01/16/2018 -- ANNUAL REPORT | View image in PDF format |
| 03/20/2017 -- CORLCSTCOR | View image in PDF format |
| 02/16/2017 -- ANNUAL REPORT | View image in PDF format |
| 12/30/2016 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

**MENJIVAR ATTACHMENT F**

*L170000001482*

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



700308953237

02/12/18--01024--090   **25.00

18 MAR -5 AM 9:49

MAR 0 6 2018

Y SULKER

**MENJIVAR ATTACHMENT F**

FLORIDA DEPARTMENT OF STATE
Division of Corporations

February 13, 2018


MONICA HIDALGO
TWO OAKWOOD BLVD STE 100
HOLLYWOOD, FL  33020

SUBJECT: SENIOR BENEFITS ONE LLC
Ref. Number: L17000001482



We have received your document for SENIOR BENEFITS ONE LLC and your check(s) totaling $25.00.  However, the enclosed document has not been filed and is being returned for the following correction(s):

Section 605.0203(1), Florida Statutes, requires the document(s) to be signed by one person acting as an authorized representative.

The registered agent must sign accepting the designation.

Please return your document, along with a copy of this letter, within 60 days or your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please call (850) 245-6051.

Yasemin Y Sulker
Regulatory Specialist II                     Letter Number: 818A00003088


**MENJIVAR ATTACHMENT F**

www.sunbiz.org
Division of Corporations - P.O. BOX 6327 -Tallahassee, Florida 32314

## COVER LETTER

TO:  Registration Section
     Division of Corporations

SUBJECT:  Senior Benefits One LLC
_____
                Name of Limited Liability Company

Dear Sir or Madam:

The enclosed Registered Agent/Registered Office Change and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

Michael Camilleri, Attorney in fact
_____
                Name of Person

Matrix Consulting LLC
_____
                Firm/Company

55 NE 5th Avenue Suite 502
_____
                Address

Boca Raton FL 33432
_____
                City/State and Zip Code

mcamilleri@mic.bz
_____
     E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

Michael Camilleri, Attorney in fact        561        910-1056
_____ at (_____) _____
           Name of Person                   Area Code & Daytime Telephone Number

| STREET/COURIER ADDRESS: | MAILING ADDRESS: |
|---|---|
| Registration Section | Registration Section |
| Division of Corporations | Division of Corporations |
| Clifton Building | P.O. Box 6327 |
| 2661 Executive Center Circle | Tallahassee, Florida 32314 |
| Tallahassee, Florida 32301 | |

**Enclosed is a check for the following amount:**

☑ $25 Filing Fee              ❑ $55 Filing Fee & Certified Copy

INHS18 (2/14)

**MENJIVAR ATTACHMENT F**

## STATEMENT OF CHANGE OF REGISTERED OFFICE OR REGISTERED AGENT OR BOTH FOR LIMITED LIABILITY COMPANY

*Pursuant to the provisions of sections 605.0114 or 605.0116, Florida Statutes, the undersigned limited liability company submits the following statement in order to change its registered office or registered agent, or both, in the State of Florida.*

1. Name of the limited liability company: **Senior Benefits One LLC**

2. (a)

Principal office address of limited liability company:
(*Note: MUST BE STREET ADDRESS*)

**2 Oakwood Blvd Suite 100**

**Hollywood FL 33020**

(b)

Mailing address of limited liability company:
(*Note: MAY BE POST OFFICE BOX*)

**2 Oakwood Blvd Suite 100**

**Hollywood FL 33020**

**Jan 16, 2018**

3. Date of filing/registration in Florida

**L17000001482**

4. Document number

5. (a)

Registered Agent and Registered Office shown on the records of the Florida Dept. of State:

**Steven Dorfman**

Registered Office Address     (*MUST BE FLORIDA STREET ADDRESS*)

**2 Oakwood Blvd Suite 100**

**Hollywood**                , FL **33020**

(b)

Enter name of **NEW Registered Agent** and/or **NEW Registered Office address:**

**Michael Camilleri, Attorney in fact**

**NEW** Registered Office Address:

**55 NE 5th Avenue Suite 502**

**Boca Raton**                FL **33432**

If the limited liability company is not organized under the laws of the State of Florida, it is hereby confirmed that after the change or changes are made, the Florida street address of the registered office and the business office of the registered agent will be identical. Or, in the case of a Florida limited liability company, it is hereby confirmed that the change(s) was/were authorized by an affirmative vote of the members of the limited liability company or as otherwise provided in the articles of organization or the operating agreement of the limited liability company.

_____
Signature of a member or authorized representative of a member

Michael Camilleri, Attorney in fact
_____
Printed or typed name of signee

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

_____
Signature of Registered Agent

**Division of Corporations• P.O. Box 6327• Tallahassee, FL 32314**
**FILING FEE: $25.00**

INHSIS (2/14)

**MENJIVAR ATTACHMENT F**

PX 1

**2018  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L17000001482

**FILED**
**Jan 16, 2018**
**Secretary of State**
**CC6668789184**

Page 100 of 679

**Entity Name:** SENIOR BENEFITS ONE LLC

**Current Principal  Place of Business:**

2 OAKWOOD BOULEVARD
SUITE 100
HOLLYWOOD, FL 33020

**Current Mailing Address:**

2 OAKWOOD BOULEVARD
SUITE 100
HOLLYWOOD, FL 33020 US

**FEI Number:** ███5008                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

DORFMAN, STEVEN
2 OAKWOOD BOULEVARD
SUITE 100
HOLLYWOOD, FL 33020 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   STEVEN DORFMAN                                              01/16/2018
                            Electronic Signature of Registered Agent                                    Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | HEALTH CENTER MANAGEMENT LLC |
| Address | 2 OAKWOOD BOULEVARD #100 |
| City-State-Zip: | HOLLYWOOD  FL  33020 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: STEVEN DORFMAN                        PRESIDENT                   01/16/2018
                   Electronic Signature of Signing Authorized Person(s) Detail                        Date

**MENJIVAR ATTACHMENT F**

03/20/2017 13:22 FAX                    GUNSTER YOAKLEY                    ☑ 001/002

Division of Corporations                                              Page 1 of 2




Florida Department of State
Division of Corporations
Electronic Filing Cover Sheet

**Note: Please print this page and use it as a cover sheet.** Type the fax audit
number (shown below) on the top and bottom of all pages of the document.

(((H17000076527 3)))

H170000765273ABC2

**Note:** DO NOT hit the REFRESH/RELOAD button on your browser from this
page. Doing so will generate another cover sheet.

To:
    Division of Corporations
    Fax Number    : (850)617-6383

From:
    Account Name   : GUNSTER,YOAKLEY & STEWART,P.A.
    Account Number : 076117000420
    Phone          : (561)650-0726
    Fax Number     : (561)671-2527

**Enter the email address for this business entity to be used for future
annual report mailings. Enter only one email address please.**

    Email Address:_____

## LLC AMND/RESTATE/CORRECT OR M/MG RESIGN
## SENIOR BENEFITS ONE LLC

| Certificate of Status | 0      |
|-----------------------|--------|
| Certified Copy        | 0      |
| Page Count            | 01     |
| Estimated Charge      | $25.00 |

MAR 21 2017
S. YOUNG

Electronic Filing Menu        Corporate Filing Menu              Help

https://efile.sunbiz.org/scripts/efilcovr.exe

**MENJIVAR ATTACHMENT F**
3/20/2017

03/20/2017 13:22 FAX                    GUNSTER YOAKLEY                          ☑002/002

H17000076527 3

## STATEMENT OF CORRECTION
## FOR
## FLORIDA OR FOREIGN LIMITED LIABILITY COMPANY

Pursuant to section 605.0209, F.S., this document is being submitted to correct a previously filed document.

**FIRST**: The name of the limited liability company is: SENIOR BENEFITS ONE LLC

**SECOND:**   The Florida Document number of the limited liability company is: L17000001482

**THIRD**:     Document to be corrected is: Articles of Organization

### (CHECK THE APPROPRIATE BOX AND COMPLETE THE APPLICABLE STATEMENT

[x]   Contains an incorrect statement. The incorrect statement, the reason the statement is incorrect, and the corrected statement are as follows:

   Article 8 of the Articles of Organization incorrectly reflects the name of the initial manager of the company. As corrected, the body of Article 8 should read as follows:

   "The Company shall be manager-managed in accordance with the Company's Operating Agreement. The initial manager of the company shall be

   Health Center Management LLC."

**OR**

[ ]   Was defectively signed. The manner in which the document was defectively signed and the appropriate correction are as follows:

**OR**

[ ]   The electronic transmission of the record was defective.

   /s/ Steven Dorfman                                         March 20, 2017

   Signature of Authorized Representative                     Date

Signature of new registered agent, if applicable :( NOTE: if correcting the registered agent, the new registered agent must sign accepting the designation).

New Registered Agent's Signature, if changing Registered Agent:
*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

                              Registered Agent's Signature

                    **Filing Fee:**           $25.00
                    **Certified Copy:**        $30.00 (optional)

CR2E062 (9/15)

MENJIVAR ATTACHMENT F

**2017 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L17000001482

**Entity Name:** SENIOR BENEFITS ONE LLC

PX 1
Page 103 of 679

**FILED**
**Feb 16, 2017**
**Secretary of State**
**CC2531925823**

**Current Principal Place of Business:**

2 OAKWOOD BOULEVARD
SUITE 100
HOLLYWOOD, FL 33020

**Current Mailing Address:**

2 OAKWOOD BOULEVARD
SUITE 100
HOLLYWOOD, FL 33020

**FEI Number:** ████5008     **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SPIEWAK, MATHEW
2 OAKWOOD BOULEVARD
SUITE 100
HOLLYWOOD, FL 33020 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

       Electronic Signature of Registered Agent                                   Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | HEALTHCARE CENTER MANAGEMENT LLC |
| Address | 2 OAKWOOD BOULEVARD #100 |
| City-State-Zip: | HOLLYWOOD FL 33020 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MATHEW SPIEWAK            MGR                  02/16/2017

       Electronic Signature of Signing Authorized Person(s) Detail                       Date

**MENJIVAR ATTACHMENT F**

# L17000001482

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP      ☐ WAIT      ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____     Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



300293762633



C. GOLDEN

JAN - 5 2017

**MENJIVAR ATTACHMENT F**



**NCR** **NATIONAL CORPORATE RESEARCH, LTD.®**
The Right Response at the Right Time, Every Time.™

NCR National Corporate Research (Hong Kong) Limited,
a Hong Kong Limited Company

NCR National Corporate Research (UK) Limited,
Registered in England and Wales, Registry # 8010712

Albany • Charlotte • Chicago • Dover • Los Angeles • New York • Sacramento • Springfield • Tallahassee • Washington, D.C. • Hong Kong • London

Date: 01/04/2017

Name: Michelle Walker

Reference #: T007453

ENTITY NAME: SENIOR BENEFITS ONE LLC

☐ Articles of Incorporation/Authorization to Transact Business

☐ Amendment

☐ Annual Report

☐ Change of Agent

☐ Reinstatement

☑ Conversion

☐ Merger

☐ Dissolution/Withdrawal

☐ Fictitious Name

☐ Other: _____

*Account#* ▮▮▮▮▮▮▮

2016 DEC 30 AM 9:11
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

*\* Please retain original file date.*

## Please return a copy of this cover sheet with the evidence.

Authorized Amount: _____

Signature: _____

*If authorized amount is not correct, please call Michelle at 518-213-0737 for approval. Thanks!*

**115 North Calhoun Street, Suite #4, Tallahassee, FL 32301**
**Telephone: (866) 625-0838   Fax: (866) 625-0839   International +1 (212) 947-7200**
**E-Mail: info@nationalcorp.com   Website: www.nationalcorp.com**

MENJIVAR ATTACHMENT F

FLORIDA DEPARTMENT OF STATE
Division of Corporations

January 3, 2017

NATIONAL CORPORATE RESEARCH, LTD.

SUBJECT: SENIOR BENEFITS ONE LLC
Ref. Number: W17000000090

We have received your document for SENIOR BENEFITS ONE LLC and the authorization to debit your account in the amount of $160.00.   However, the document has not been filed and is being returned for the following:

You cannot sign a document before the actual date, please correct.

Please return the corrected original and one copy of your document, along with a copy of this letter, within 60 days or your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please call (850) 245-6052.

Claretha Golden
Regulatory Specialist II          Letter Number: 317A00000026
New Filing Section

**MENJIVAR ATTACHMENT F**

Articles of Conversion

FILED

2016 DEC 30   AM 9: 11

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

### ARTICLES OF CONVERSION
### FOR
### "OTHER BUSINESS ENTITY"
### INTO
### FLORIDA LIMITED LIABILITY COMPANY

*These Articles of Conversion and the attached Articles of Organization are submitted to convert the following "Other Business Entity" into a Florida Limited Liability Company in accordance with Section 605.1045, Florida Statutes.*

1.  The name of the "Other Business Entity" immediately prior to the filing of this Certificate of Conversion is SENIOR BENEFITS ONE, INC. (the "Corporation").

2.  The "Other Business Entity" is a Florida profit corporation first incorporated under the laws of the State of Florida effective June 18, 2013 (Document No.: P13000052455).

3.  The name of the Florida Limited Liability Company as set forth in the attached Articles of Organization is: SENIOR BENEFITS ONE LLC.

4.  The conversion is permitted by the applicable law(s) governing the other business entity and the conversion complies with such law(s) and the requirements of §605.1043, F.S., in effecting the conversion.

5.  The "Other Business Entity" currently exists on the official records of the jurisdiction under which it is currently incorporated.

6.  The conversion shall be effective at 11:59 p.m., December 31, 2016.

Signed this 29 day of December, 2016.

SENIOR BENEFITS ONE, INC.

By: _____
Name:  Steven Dorfman
Title:  Chief Executive Officer

SENIOR BENEFITS ONE LLC
By:    Health Center Management, LLC,
       its Manager

By: _____
Name:  Steven Dorfman
Title:   Manager

WPB_ACTIVE 7263264.1

**MENJIVAR ATTACHMENT F**

FILED

2016 DEC 30  AM 9: 11

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

## ARTICLES OF ORGANIZATION
### FOR
### SENIOR BENEFITS ONE LLC
*(A Florida Limited Liability Company)*

*The undersigned, for the purpose of forming a limited liability company under the laws of the State of Florida, pursuant to the Florida Revised Limited Liability Company Act (the "Act"), hereby adopts the following Articles of Organization:*

### ARTICLE 1
### NAME

The name of the Limited Liability Company is SENIOR BENEFITS ONE LLC (the "Company").

### ARTICLE 2
### DURATION

The Company shall exist on the date of filing of these Articles with the Secretary of State of the State of Florida. The duration of the Company shall be perpetual.

### ARTICLE 3
### NATURE OF BUSINESS

The Company is organized for the purpose of transacting any and all lawful business permitted under the Act.

### ARTICLE 4
### ADDRESS

The initial principal office address and mailing address of the Company is 2 Oakwood Boulevard, Suite 100, Hollywood, Florida 33020.

### ARTICLE 5
### INITIAL REGISTERED AGENT AND REGISTERED OFFICE

The street address of the initial registered office of the Company is 2 Oakwood Boulevard, Suite 100, Hollywood, Florida 33020, and the name of the initial registered agent of the Company at that address is Mathew Spiewak.

### ARTICLE 6
### MEMBERSHIP CERTIFICATES

Each member's interest in the Company may be evidenced by a membership participation or unit certificate. No member of the Company may transfer, sell or assign its membership interest in the Company to any other person except as provided for in the Company's Operating Agreement.

WPB_ACTIVE 7263392.1

**MENJIVAR ATTACHMENT F**

# ARTICLE 7
## INDEMNIFICATION

The Company shall indemnify to the fullest extent permitted under and in accordance with the laws of the State of Florida any person who was or is a party or is threatened to be made a party to any threatened, pending or completed action, suit or proceeding, whether civil, criminal, administrative, or investigative by reason of the fact that he is or was manager, member, or officer of the Company, or is or was serving at the request of the Company as a manager, member, director, officer, trustee, employee, or agent of or in any other capacity with another company, partnership, joint venture, trust or other enterprise, against expenses (including attorneys' fees), judgments, fines, and amounts paid in settlement actually and reasonably incurred by him in connection with such action, suit, or proceeding.

Expenses (including attorney's fees) incurred by any member, manager, or officer in defending any civil, criminal, administrative, or investigative proceeding shall be paid by the Company in advance of the final disposition of such proceeding upon receipt of an undertaking (secured or unsecured as may be determined by the Company) by or on behalf of such member, manager, or officer to repay such amount if it shall ultimately be determined that such member, manager, or officer is not entitled to be indemnified by the Company as authorized in this Article. Such expenses (including attorneys' fees) incurred by other employees and agents shall also be so paid upon such terms and conditions, if any, as the Company deems appropriate.

Notwithstanding the foregoing, indemnification or advancement of expenses shall not be made to or on behalf of any member, manager, officer, employee, or agent if a judgment or other final adjudication establishes that the actions, or omissions to act, of such member, manager, officer, employee, or agent were material to the cause of action so adjudicated and constitute any of the following:

    (a)     A violation of criminal law, unless the member, manager, officer, employee, or agent had no reasonable cause to believe such conduct was unlawful.

    (b)     A transaction from which the member, manager, officer, employee, or agent derived an improper personal benefit.

    (c)     A distribution in violation of Section 605.0406 of the Act.

    (d)     Willful misconduct or a conscious disregard for the best interests of the company in a proceeding by or in the right of the Company to procure a judgment in its favor or in a proceeding by or in the right of a member.

    (e)     Recklessness, or an act or omission committed in bad faith or with malicious purpose or in a manner exhibiting wanton and willful disregard of human rights, safety, or property in a proceeding by or in the right of someone other than the Company or a member.

The indemnification provided by this Article shall continue as to an indemnified person who has ceased to be a member, manager, officer, employee, or agent and shall inure to the benefit of the estate, heirs, personal representatives, beneficiaries, executors and administrators

**MENJIVAR ATTACHMENT F**

of such person.  All rights to indemnification and advances under this Article shall be deemed to be a contract between the Company and each indemnified person at any time while this Article is in effect.  Any repeal or modification of this Article or any repeal or modification of relevant provisions of the Act or any other applicable laws shall not in any way diminish the rights to indemnification of such indemnified person or the obligations of the Company arising hereunder for claims relating to matters occurring prior to the repeal or modification.

## ARTICLE 8
## MANAGEMENT

The Company shall be manager-managed in accordance with the Company's Operating Agreement.  The initial managers of the company shall be Healthcare Center Management LLC.

## ARTICLE 9
## AMENDMENT

The company reserves the right to amend or repeal any provision contained in these Articles of Organization, and any right conferred upon the members is subject to this reservation.

**IN WITNESS WHEREOF** the undersigned has executed these Articles this 30th day of December, 2016.

_____

STEVEN DORFMAN, Authorized Person

*(In accordance with Section 605.0205(3), Florida Statutes, the execution of this document constitutes an affirmation under the penalties of perjury that the facts stated herein are true.)*

**MENJIVAR ATTACHMENT F**

## ACCEPTANCE BY REGISTERED AGENT

Having been named as registered agent and to accept the service of process for the above-stated limited liability company at the place designated in these Articles, Mathew Spiewak hereby accepts the appointment as registered agent and agrees to act in this capacity. Mathew Spiewak further agrees to comply with the provisions of all statutes relating to the proper and complete performance of his duties, and is familiar with and accepts the obligations of his position as registered agent as provided for in Chapter 605, F.S.

_____
MATHEW SPIEWAK

Dated:   December 30, 2016

FILED
2016 DEC 30 AM 9:11
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

**MENJIVAR ATTACHMENT F**

PX 1
Page 112 of 679

# Menjivar Attachment G

Florida Department of State

DIVISION OF CORPORATIONS



Previous on List    Next on List    Return to List

Fictitious Name Owner Search

Submit

**No Filing History**

# Fictitious Name Detail

### Fictitious Name

AMERICA'S HEALTHCARE NETWORK

### Filing Information

| | |
|---|---|
| **Registration Number** | G18000059643 |
| **Status** | ACTIVE |
| **Filed Date** | 05/16/2018 |
| **Expiration Date** | 12/31/2023 |
| **Current Owners** | 1 |
| **County** | BROWARD |
| **Total Pages** | 1 |
| **Events Filed** | NONE |
| **FEI/EIN Number** | ████3009 |

### Mailing Address

2 OAKWOOD BLVD SUITE 100
HOLLYWOOD, FL 33020

### Owner Information

SIMPLE INSURANCE LEADS LLC
2 OAKWOOD BLVD SUITE 100
HOLLYWOOD, FL 33020
**FEI/EIN Number:** ████3009
**Document Number:** L13000098522

### Document Images

05/16/2018 -- Fictitious Name Filing    View image in PDF format

Previous on List    Next on List    Return to List

Fictitious Name Owner Search

Submit

**No Filing History**

Florida Department of State, Division of Corporations

**MENJIVAR ATTACHMENT G**

# APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

## REGISTRATION# G18000059643

**Fictitious Name to be Registered:**  AMERICA'S HEALTHCARE NETWORK

**Mailing Address of Business:**  2 OAKWOOD BLVD SUITE 100
HOLLYWOOD, FL  33020

**Florida County of Principal Place of Business:**  BROWARD

**FEI Number:** ███3009

**Owner(s) of Fictitious Name:**

SIMPLE INSURANCE LEADS LLC
2 OAKWOOD BLVD SUITE 100
HOLLYWOOD, FL  33020
Florida Document Number: L13000098522
FEI Number: ███3009

**FILED
May 16, 2018
Secretary of State**

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in Chapter 50, Florida Statutes, in the county where the principal place of business is located.  I understand that the electronic signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

STEVEN DORFMAN                                                    05/16/2018
   Electronic Signature(s)                                             Date

**Certificate of Status Requested (X)        Certified Copy Requested (  )**

**MENJIVAR ATTACHMENT G**

Florida Department of State

DIVISION OF CORPORATIONS



Previous on List    Next on List    Return to List

Fictitious Name Owner Search

Submit

No Filing History

# Fictitious Name Detail

## Fictitious Name

AMERICAS HEALTHCARE ADVISORS

## Filing Information

| | |
|---|---|
| Registration Number | G18000059648 |
| Status | ACTIVE |
| Filed Date | 05/16/2018 |
| Expiration Date | 12/31/2023 |
| Current Owners | 1 |
| County | BROWARD |
| Total Pages | 1 |
| Events Filed | NONE |
| FEI/EIN Number | ████3009 |

## Mailing Address

2 OAKWOOD BLVD SUITE100
HOLLYWOOD, FL 33020

## Owner Information

SIMPLE INSURANCE LEADS LLC
2 OAKWOOD BLVD SUITE 100
HOLLYWOOD, FL 33020
FEI/EIN Number: ████3009
Document Number: L13000098522

## Document Images

05/16/2018 -- Fictitious Name Filing    View image in PDF format

Previous on List    Next on List    Return to List

Fictitious Name Owner Search

Submit

No Filing History

Florida Department of State, Division of Corporations

**MENJIVAR ATTACHMENT G**

# APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

## REGISTRATION# G18000059648

**Fictitious Name to be Registered:**  AMERICAS HEALTHCARE ADVISORS

**Mailing Address of Business:**    2 OAKWOOD BLVD SUITE100
HOLLYWOOD, FL  33020

**Florida County of Principal Place of Business:** BROWARD

**FEI Number:** ███3009

**FILED**
**May 16, 2018**
**Secretary of State**

**Owner(s) of Fictitious Name:**

SIMPLE INSURANCE LEADS LLC
2 OAKWOOD BLVD SUITE 100
HOLLYWOOD, FL  33020
Florida Document Number: L13000098522
FEI Number: 46-3153009

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in Chapter 50, Florida Statutes, in the county where the principal place of business is located.  I understand that the electronic signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

STEVEN DORFMAN                                    05/16/2018
Electronic Signature(s)                                Date

**Certificate of Status Requested (X)**        **Certified Copy Requested (  )**

**MENJIVAR ATTACHMENT G**

Florida Department of State

DIVISION OF CORPORATIONS

**.org**

Previous on List       Next on List       Return to List          | Fictitious Name Owner Search |

No Filing History                                                  | Submit |

# Fictitious Name Detail

### Fictitious Name

SIMPLE HEALTH PLANS

### Filing Information

| | |
|---|---|
| **Registration Number** | G15000120221 |
| **Status** | ACTIVE |
| **Filed Date** | 11/30/2015 |
| **Expiration Date** | 12/31/2020 |
| **Current Owners** | 1 |
| **County** | BROWARD |
| **Total Pages** | 1 |
| **Events Filed** | NONE |
| **FEI/EIN Number** | ███2195 |

### Mailing Address

2 OAKWOOD BLVD SUITE 100
HOLLYWOOD, FL 33020

### Owner Information

HEALTH BENEFITS ONE LLC
2 OAKWOOD BLVD SUITE 100
HOLLYWOOD, FL 33020
**FEI/EIN Number:** ███2195
**Document Number:** L12000060285

### Document Images

11/30/2015 -- REGISTRATION   | View image in PDF format |

Previous on List       Next on List       Return to List          | Fictitious Name Owner Search |

No Filing History                                                  | Submit |

Florida Department of State, Division of Corporations

**MENJIVAR ATTACHMENT G**

# APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

Note: Acknowledgements/certificates will be sent to the address in Section 1 only.

**Section 1**

1. Simple Health Plans
   Fictitious Name to be Registered  (see instructions if name includes "Corp" or "Inc")

   2 Oakwood Blvd Suite 100
   Mailing Address of Business
   Hollywood                FL              33020
   City                     State           Zip Code

3. Florida County of principal place of business:  Broward

   (see instructions if more than one county)

   FEI Number: ████2195

FILED
15 NOV 30 PM 1:07

This space for office use only

**Section 2**

**A. Owner(s) of Fictitious Name If Individual(s): (Use an attachment if necessary):**

1.
   Last          First          M.I.

   Address

   City          State          Zip Code

2.
   Last          First          M.I.

   Address

   City          State          Zip Code

**B. Owner(s) of Fictitious Name If other than an individual: (Use attachment if necessary):**

1. Health Benefits One LLC
   Entity Name
   2 Oakwood Blvd Suite 100
   Address
   Hollywood          FL          33020
   City               State       Zip Code
   Florida Document Number  L12000060285
   FEI Number: ████2195
   ☐ Applied for    ☐ Not Applicable

2.
   Entity Name   G150001202221
                 11/30/15--01055--005  **50.00
   Address

   City          State          Zip Code
   Florida Document Number

   FEI Number:
   ☐ Applied for    ☐ Not Applicable

**Section 3**

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. In accordance with Section 865.09, F.S., I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in chapter 50, Florida Statutes, in the county where the principal place of business is located. I understand that the signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.

Signature of Owner in Section 1          Date  11/25/2015          E-mail address: (to be used for future renewal notification)

Phone Number: 954-445-4016

**Section 4**

**FOR CANCELLATION COMPLETE SECTION 4 ONLY:**
**FOR FICTITIOUS NAME OR OWNERSHIP CHANGE COMPLETE SECTIONS 1 THROUGH 4:**

I (we) the undersigned, hereby cancel the fictitious name _____

_____, which was registered on _____  and the undersigned
S.HAWKES
DEC 1 A.M.
EXAMINER

registration number _____

Signature of Owner of Registration being Cancelled    Date          Signature of Owner of Registration being Cancelled    Date

Mark the applicable boxes  ☐ Certificate of Status — $10    ☐ Certified Copy — $30
**NON-REFUNDABLE PROCESSING FEE: $50**

CR4E001 (8/15)

**MENJIVAR ATTACHMENT G**

Florida Department of State

DIVISION OF CORPORATIONS



Previous on List    Next on List    Return to List

No Filing History

Fictitious Name Owner Search

Submit

# Fictitious Name Detail

### Fictitious Name

PREMIUM HEALTH QUOTES

### Filing Information

| | |
|---|---|
| Registration Number | G16000121149 |
| Status | ACTIVE |
| Filed Date | 11/08/2016 |
| Expiration Date | 12/31/2021 |
| Current Owners | 1 |
| County | MULTIPLE |
| Total Pages | 1 |
| Events Filed | NONE |
| FEI/EIN Number | NONE |

### Mailing Address

2 OAKWOOD BLVD
SUITE 100
HOLLYWOOD, FL 33020

### Owner Information

SIMPLE INSURANCE LEADS LLC
2 OAKWOOD BLVD, SUITE 100
HOLLYWOOD, FL 33020
FEI/EIN Number: ███ 3009
Document Number: L13000098522

### Document Images

11/08/2016 -- Fictitious Name Filing    View image in PDF format

Previous on List    Next on List    Return to List

No Filing History

Fictitious Name Owner Search

Submit

Florida Department of State, Division of Corporations

**MENJIVAR ATTACHMENT G**

## APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

REGISTRATION# G16000121149

**Fictitious Name to be Registered:**  PREMIUM HEALTH QUOTES

**Mailing Address of Business:**    2 OAKWOOD BLVD
SUITE 100
HOLLYWOOD, FL  33020

**Florida County of Principal Place of Business:** MULTIPLE

**FEI Number:**

**Owner(s) of Fictitious Name:**

SIMPLE INSURANCE LEADS LLC
2 OAKWOOD BLVD, SUITE 100
HOLLYWOOD, FL  33020
Florida Document Number: L13000098522
FEI Number: ██████3009

**FILED**
**Nov 08, 2016**
**Secretary of State**

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in Chapter 50, Florida Statutes, in the county where the principal place of business is located.  I understand that the electronic signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

| MATTHEW SPIEWAK | 11/08/2016 |
|---|---|
| Electronic Signature(s) | Date |

**Certificate of Status Requested ( )**     **Certified Copy Requested ( )**

**MENJIVAR ATTACHMENT G**

Florida Department of State

DIVISION OF CORPORATIONS



Previous on List        Next on List        Return to List

No Filing History

Fictitious Name Owner Search

Submit

# Fictitious Name Detail

## Fictitious Name

HEALTH INSURANCE SERVICES

## Filing Information

| | |
|---|---|
| **Registration Number** | G15000050543 |
| **Status** | ACTIVE |
| **Filed Date** | 05/22/2015 |
| **Expiration Date** | 12/31/2020 |
| **Current Owners** | 1 |
| **County** | BROWARD |
| **Total Pages** | 1 |
| **Events Filed** | NONE |
| **FEI/EIN Number** | ████3009 |

## Mailing Address

300 S PARK ROAD, STE 140
HOLLYWOOD, FL 33021

## Owner Information

SIMPLE INSURANCE LEADS LLC
300 S PARK ROAD, STE 140
HOLLYWOOD, FL 33021
**FEI/EIN Number:** ████3009
**Document Number:** L13000098522

## Document Images

05/22/2015 -- REGISTRATION        View image in PDF format

Previous on List        Next on List        Return to List

No Filing History

Fictitious Name Owner Search

Submit

Florida Department of State, Division of Corporations

**MENJIVAR ATTACHMENT G**

# APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

Note: Acknowledgements/certificates will be sent to the address in Section 1 only.

**Section 1**

1. Health Insurance Services

Fictitious Name to be Registered  (see instructions if name includes "Corp" or "Inc")

300 S Park Road Suite 140

Mailing Address of Business

| Hollywood | FL | 33021 |
|---|---|---|
| City | State | Zip Code |

3. Florida County of principal place of business: Broward

(see instructions if more than one county)

FEI Number: ███3009

15 MAY 22 AM 8: 24

SECRETARY OF STATE

G15000050543
05/22/15--01022--020  **$0.00

This space for office use only

---

**Section 2**

## A. Owner(s) of Fictitious Name if Individual(s): (Use an attachment if necessary):

1.
| Last | First | M.I. |
|---|---|---|

Address

| City | State | Zip Code |
|---|---|---|

2.
| Last | First | M.I. |
|---|---|---|

Address

| City | State | Zip Code |
|---|---|---|

## B. Owner(s) of Fictitious Name if other than an Individual: (Use an attachment if necessary):

1. Simple Insurance Leads LLC

Entity Name

300 S Park Road Suite 140

Address

| Hollywood | FL | 33021 |
|---|---|---|
| City | State | Zip Code |

Florida Document Number L13000098522

FEI Number: ███3009

☐ Applied for   ☐ Not Applicable

2.
Entity Name

Address

| City | State | Zip Code |
|---|---|---|

Florida Document Number

FEI Number:

☐ Applied for   ☐ Not Applicable

---

**Section 3**

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. In accordance with Section 865.09, F.S., I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in chapter 50, Florida Statutes, in the county where the principal place of business is located. I understand that the signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.

| 05/18/2015 | marcspiewak@gmail.com |
|---|---|
| Signature of Owner          Date | E-mail address: (to be used for future renewal notification) |

Phone Number:  800-492-1834 ext 2002

---

**Section 4**

**FOR CANCELLATION COMPLETE SECTION 4 ONLY:**
**FOR FICTITIOUS NAME OR OWNERSHIP CHANGE COMPLETE SECTIONS 1 THROUGH 4:**

I (we) the undersigned, hereby cancel the fictitious name _____

_____, which was registered on _____ and was assigned

registration number _____

| Signature of Owner | Date | Signature of Owner | Date |
|---|---|---|---|

Mark the applicable boxes     ☐ Certificate of Status — $10     ☐ Certified Copy — $30
**NON-REFUNDABLE PROCESSING FEE: $50**

MAY 2 2 2015
R. HUNT

CR4E001 (8/10)

MENJIVAR ATTACHMENT G

PX 1
Page 123 of 679

# Menjivar Attachment H

**JIMMY PATRONIS**
**FLORIDA'S CHIEF FINANCIAL OFFICER**

Licensee
Search

Licensee
Address
Download

Licensee
Appointment
Download

Terminated
Appointment
Download

Navigator
Download

## Licensee Details

9/16/2018

**Demographic Information**

**Name of Licensee**: HEALTH BENEFITS ONE LLC
**License #**: L085834
**Business Location**: HOLLYWOOD,FL
**Agent In Charge Name** : KIRSCHNER ALTEME
**Agent In Charge License Number**: W271955

Types and Classes of Valid Licenses

| Type | Original Issue Date | Qualifying Appointment |
|---|---|---|
| AGENCY LICENSE(2105) | 10/8/2013 | Appointments are not required for insurance agencies |

Types and Classes of Active Appointments

(n/a)

- 2011 © Florida Department of Financial Services
- 

**MENJIVAR ATTACHMENT H**

Licensee
Search

Licensee
Address
Download

Licensee
Appointment
Download

Terminated
Appointment
Download

Navigator
Download

## Licensee Details

9/16/2018

**Demographic Information**

**Name of Licensee**: INNOVATIVE CUSTOMER CARE LLC
**License #**: L098528
**Business Location**: HOLLYWOOD,FL
**Agent In Charge Name** : RICHARD DORFMAN
**Agent In Charge License Number**: W208558

Types and Classes of Valid Licenses

| Type | Original Issue Date | Qualifying Appointment |
|------|---------------------|------------------------|
| AGENCY LICENSE(2105) | 1/30/2017 | Appointments are not required for insurance agencies |

Types and Classes of Active Appointments

(n/a)

- 2011 © Florida Department of Financial Services
- 

**MENJIVAR ATTACHMENT H**

**JIMMY PATRONIS**
FLORIDA'S CHIEF FINANCIAL OFFICER

Licensee Search | Licensee Address Download | Licensee Appointment Download | Terminated Appointment Download | Navigator Download

## Licensee Details

9/16/2018

**Demographic Information**

| | |
|---:|:---|
| Name of Licensee: | SENIOR BENEFITS ONE LLC |
| License #: | L085110 |
| Business Location: | HOLLYWOOD,FL |
| Agent In Charge Name : | KIRSCHNER ALTEME |
| Agent In Charge License Number: | W271955 |

Types and Classes of Valid Licenses

| Type | Original Issue Date | Qualifying Appointment |
|---|---|---|
| AGENCY LICENSE(2105) | 8/13/2013 | Appointments are not required for insurance agencies |

Types and Classes of Active Appointments

(n/a)

- 2011 © Florida Department of Financial Services
- 

MENJIVAR ATTACHMENT H

**JIMMY PATRONIS**
FLORIDA'S CHIEF FINANCIAL OFFICER

Licensee Search   Licensee Address Download   Licensee Appointment Download   Terminated Appointment Download   Navigator Download

## Licensee Details

9/16/2018

**Demographic Information**

**Name of Licensee**: ALTEME, KIRSCHNER FANES
**License #**: W271955
**Business Location**: HOLLYWOOD,FLORIDA

Types and Classes of Valid Licenses

| Type | Original Issue Date | Qualifying Appointment |
|------|--------------------|------------------------|
| LIFE INCL VAR ANNUITY & HEALTH(0215) | 8/10/2015 | YES |
| PERSONAL LINES AGENT(2044) | 3/18/2016 | NO |

Types and Classes of Active Appointments

HEALTH(0240)

| Company Name | Original Issue Date | Exp Date | Type | County |
|--------------|--------------------|---------|------|--------|
| AXIS INSURANCE COMPANY | 10/20/2017 | 12/31/2019 | STATE | Broward |

- 2011 © Florida Department of Financial Services
- 

**MENJIVAR ATTACHMENT H**

PX 1
Page 128 of 679

# Menjivar Attachment I



MENJIVAR ATTACHMENT I



PX 1
Page 130 of 679

This website is not a government website and is privately owned and intended to generate private leads for offers of insurance via telephone calls to consumers. Learn more

ObamaCare-Plans.com is an independent marketplace and is not a federal or state Marketplace website. Obamacare-Plans.com does not provide quotes or sell insurance directly to consumers, is not affiliated with any exchange, and is not a licensed insurance agent or broker. This website may not display all data on Qualified Health Plans being offered in your state through the Marketplace website. To see all available data on Qualified Health Plan options in your state, visit your state Marketplace website or go to the Health Insurance Marketplace website at www.HealthCare.gov

2018 Obamacare Marketplace
Compare rates and providers now!

INDIVIDUAL & FAMILY COVERAGE

Enter Your Zip Code:

Get Rates Now

**What is the Affordable Care Act?**

UNDERSTANDING the AFFORDABLE CARE ACT

The Affordable Care Act, also known as "Obamacare", was developed to help individuals access affordable health insurance through a health insurance marketplace where Americans can purchase federally regulated and subsidized health insurance during open enrollment.

In order to qualify, you must sign up during Open Enrollment but could still be eligible if you had a qualifying life event such as changing jobs, getting married/divorced, moving, etc. We'll help determine if you are eligible and find you the best plan in any case.

Finding the right plan can be difficult. Each plan has its pros and cons, especially considering how costs can greatly range - depending on the plan's deductibles, co-pays, premiums, provider networks, to name a few.

ObamaCare-Plans.com works with dozens of health insurance carriers and brokers, making it easy for you to compare several health insurance options. To get started, enter your zip code and tell us about yourself. If qualified for an Affordable Care Act health plan, you can work with all of the health carriers listed to compare plans and prices. Once you provide us with the information required on our form, we attempt to match you with appropriate insurance agents, brokers, carriers or other service providers to help you acquire the best health insurance.

**Chat with sales: (844) 452-4487**

MENJIVAR ATTACHMENT I

PX 1
Page 131 of 679

# Menjivar Attachment J

**OFFICIAL** HEALTH PLANS

Call **888-997-4470 now!** for FREE Health Insurance Rate Quotes

HOME | QUOTE | RESOURCES | ABOUT | CONTACT

## We Quote ALL Major Health Insurance Carriers

✓ FREE Info on **HMO · PPO · POS · HDHP**

✓ **FREE,** No Obligation Quotes

✓ Healthcare Plan for All Situations

✓ The Nation's Top Healthcare Providers

**Get Free Quotes**

Compare Trusted Health Insurance Providers and Save

      aetna

## Get To Know Your Health Insurance Options

The health insurance market offers a wide array of policies to fit your health insurance needs. It is important to understand recent legislation introduced in the United States, like the Affordable Care Act, and how it can benefit you and your family. The diversity of health insurance coverage available is vast, and by educating yourself and getting to know your options, you can select the plan that best fits your budget and health care needs.



### ObamaCare Info

The Patient Protection and Affordable Care Act, which is often referred to as either the Affordable Care Act or ObamaCare, was signed into law on March 23, 2010. This healthcare act derives its nickname from President Barack Obama's surname ...

Continue Reading >>



### Health Insurance Options for Individuals and Families

It's easy to get confused when talking about insurance. Here is a short guide to help you understand the pros and cons of several of the most popular health insurance options . .

Continue Reading >>



### Medicare: Senior Health Insurance Options

Medicare is a comprehensive health insurance program that provides good benefits, but leaves wide gaps in coverage that often result in high out-of-pocket costs for seniors. Attempting to fill these gaps has ...

Continue Reading >>



### Shopping For Health Insurance

Everyone needs to take the responsibility of purchasing health insurance. Many people fail to make the decision to be responsible enough to acquire the adequate medical coverage ...

Continue Reading >>



### Consumer Tips: Save on Health Insurance

While wages aren't increasing, health insurance costs are on the rise, and it can be difficult to afford this necessity. Life can throw an unexpected curveball at any time, and you need coverage in order ...

Continue Reading >>



### Affordable Care Act

Medicare is a comprehensive health insurance program that provides good benefits, but leaves wide gaps in coverage that often result in high out-of-pocket costs for seniors. Attempting to fill these gaps has ...

Continue Reading >>

Compare rates from top providers now to find the plan that's **best for you.**

**MENJIVAR ATTACHMENT J**

Get Free Quotes

**OFFICIAL** HEALTH PLANS     ⌂ HOME  |  QUOTE  |  RESOURCES  |  ABOUT  |  CONTACT

Copyright 2018 Official Health Plans | Privacy | Terms

**MENJIVAR ATTACHMENT J**



**OFFICIAL** HEALTH PLANS          Call **888-997-4470** now for FREE Health Insurance Rate Quotes

You are 60 seconds away from finding the LOWEST health insurance price with the best plan for you (and your family).

## Miss the Enrollment Deadline? Don't Worry - **We Can Help!**



Simply complete the information below, and we will immediately connect you with a healthcare advisor who can provide the best options available for you!

Birthday
MM  ▾   DD  ▾   YYYY  ▾

Height        Weight
--  ▾          lbs

First Name                    Last Name:

Street Address     City          State        Zip:
                                  State  ▾

Email:                        Contact Number:

**Instantly Compare ALL Major Health Insurance Carriers**

aetna    AmeriHealth    OXFORD

CIGNA    Cigna    UnitedHealthOne

- FREE Info on HMO · PPO · POS · HDHP
- FREE, No Obligation Quotes
- Healthcare Plan for All Situations
- The Nation's Top Healthcare Providers
- Protect yourself and your family. Get covered today!

**GET QUOTES →**

🔒 YOUR INFORMATION IS SECURE
VERIFIED & SECURED   McAfee SECURE

**OFFICIAL** HEALTH PLANS     🏠 HOME   QUOTE   F.A.Q   RESOURCES   ABOUT   CONTACT

Copyright 2018 Official Health Plans | Privacy | Terms

**MENJIVAR ATTACHMENT J**



Matched companies may include: Aegon US Holding Corp., Aetna, Allied Insurance, Allina Health, American Family, American Fidelity Corp., American Financial, American Life & Health, American Republic Insurance Co., Amerigroup, Anthem (BCBS, Aon Corp., Ardent Health Services, Assurant, AvMed Inc., Bankers Life and Casualty, Blue Cross/Blue Shield Association Companies, Capital District Physicians Health Plan, Caresource, Carle Clinic Association, Cigie Media, Centene Corp., Cigna, CNA Insurance, CommunityCare, Conseco Life, Coventry, Coverage One Insurance Group LLC, Dean Health, Delphi Financial, EmblemHealth, Fallon Community Health Plan, Florida Blue, Geisinger Insurance, Genworth Financial, GetInsured, GoHealth/Norvax, Golden Rule Insurance Co., Great West, GreatAmerican, Group Health Incorporated, Guardian Life, Hartford Fire & Casualty, Harvard Commonwealth Health Plan, Hawaii Medical Services Association, HCC Insurance holdings, Health Care Service Corp., HealthMarkets Insurance Agency, Health Now New York Inc., Health Option One, Health Partners of Philadelphia Inc., Health Benefits Center, Health Choice One, HealthNet, HealthPlus of Michigan, Henry Ford Health System, HIP Insurance, Hospital Services Association of NEPA, HealthPlanOne, Humana, IHC Health Plans, Independent Health Association, Insurance Care Direct, John Hancock, Kaiser Permanente, Liberty Health Group, Liberty National, Lifetime Healthcare, Lincoln National, Louisiana Health Services, M Plan Inc., Managed Health Inc., Medical Card System Inc., Medical Mutual of Ohio, Medicare Solutions, Metropolitan Insurance, Mississippi Insurance, MMM Healthcare Inc., Molina Healthcare Inc., Mutual of Omaha, MVP, National Better Living Association, Neighborhood Health Plan Inc., NewQuest, Noridian Mutual Insurance Company, Northwestern Mutual, Open Market Quotes, Physicians Health Plan, Physicians Mutual, Preferred Care, Presbyterian Healthcare Services, Principal Financial, Providence Health Plan, Prudential of America, QuoteWhiz, LLC, Renaissance Health Services Corp., Sagicor, Scan Health Plan, Secure Horizons, Security Health Plan of Wisconsin Inc., SelectQuote, SelectHealth, Senior Market Quotes, Sentara Health Management, Sierra Health Services, Spectrum Health, Spring Insurance Solutions, Stancorp Financial, State Farm, Sterling Senior Health, Sun Life Assurance Company, Three Rivers Holdings, TIAA-CREF, TRANZACT, Triple-S Inc., TrueChoice Insurance Services, Tufts Associates HMO Inc., TZ Insurance Solutions LLC, Ucare, UnitedHealthcare/UnitedHealthOne, United Medicare, United Medicare Advisors, Universal American Financial Corp., Universal Health Care, University Health Care Inc., UnumProvident Corp., UPMC Health System, USInsuranceOnline, USHEALTH Group, Vanguard Health Ventures, Velapoint Personal Insurance, Vital One Health, WEA Inc., WellCare Health Plans, Inc., WellPoint, XLHealth.

Text message and data rates may apply.

**MENJIVAR ATTACHMENT J**

**OFFICIAL** HEALTH PLANS

Call **888-997-4470 now!** for FREE Health Insurance Rate Quotes

HOME | QUOTE | RESOURCES | ABOUT | CONTACT

## Resources

- ObamaCare Info
- Health Insurance Options for Individuals and Families
- Medicare: Senior Health Insurance Options
- Shopping For Health Insurance
- Consumer Tips: Save on Health Insurance
- Affordable Care Act

## ObamaCare Info

### ■ History of ObamaCare

The Patient Protection and Affordable Care Act, which is often referred to as either the Affordable Care Act or ObamaCare, was signed into law on March 23, 2010. This healthcare act derives its nickname from President Barack Obama's surname.

The law met with some opposition. However, its constitutionality was upheld by the Supreme Court in a decision issued on June 28, 2012.

### ■ What is ObamaCare?

The focus of the law is to expand access to affordable health insurance coverage. It does this by implementing consumer protections, subsidies, taxes and other measures.

The Affordable Care Act seeks to protect Americans from bad insurance practices. It does not, however, replace private insurance or government programs such as Medicaid and Medicare.

What it does do is offer Americans new benefits. For instance, young adults may now stay on their parents' insurance until age 26. It also eliminates lifetime and annual limits on coverage. Health insurers also can no longer drop coverage on people simply due to illness. Another significant step that ObamaCare takes is requiring that insurance companies cover individuals with pre-existing conditions.

What all of this translates into is vastly expanded access to health insurance. Millions of Americans who previously could not get health care coverage now can thanks to ObamaCare.

These new benefits, rights and protections provided to the American consumer also include a requirement that preventive services be covered. This applies to all non-grandfathered health insurance plans.

Also required of all non-grandfathered plans are ten essential health benefits. Now, things such as emergency care, maternity, hospitalization and prescription drugs must be included, and there cannot be annual or lifetime dollar limits on these things.

Plans that are not grandfathered must also include free preventive services. These include health-maintaining services such as yearly check-ups and immunizations. This is part of the Affordable Care Act's goal of reducing overall healthcare costs.

Americans have already seen many of the provisions in ObamaCare enacted. The remainder will be implemented over coming years with full enactment expected to be achieved in 2022.

You can compare your health insurance options right now. Get your free, no-obligation quotes to find the plan that's best for you.

Compare rates from top providers now to find the plan that's **best for you.**

Get Free Quotes

**OFFICIAL** HEALTH PLANS

HOME | QUOTE | RESOURCES | ABOUT | CONTACT

Copyright 2018 Official Health Plans | Privacy | Terms

**MENJIVAR ATTACHMENT J**

PX 1
Page 137 of 679

# Menjivar Attachment K



**USA MED SUPP**

CALL NOW TO SPEAK TO A LICENSED AGENT
**(844) 605-8375**

# Compare **Medicare Quotes**

... in three simple steps.

1. Fill out form
2. Compare Plans
3. Save Time & Money!

80027 | **Start Quote**

UnitedHealthcare    Cigna    **AARP**    Health Net

## What is Medicare Supplement Insurance?

Medicare Supplement Insurance, or Medigap as it's often called, can help pay some of the health care costs that Medicare does not cover, such as copayments, coinsurance and deductibles. Medigap covers any gaps in coverage that would normally require you to pay out of pocket when Medicare falls short. Typically, Medicare will pay its share of the Medicare approved amount for a service and then Medigap pays its share so that the expense is paid in full. A Medigap policy is particularly valuable for seniors that live on fixed budgets and need to limit their expenses.

## Find a Medicare plan that fits your needs!

80027 | Find Plans

## Common Questions

### When is the best time to purchase a Medicare Supplement policy?

The best time to purchase a Medicare Supplement policy is during your 6-month Medigap open enrollment period. Purchasing it during this time will allow you to buy any plan offered in your state. The period automatically starts the month you turn 65 and enrolled in Medicare Part B. If you fail to buy Medigap coverage during this 6-month period, you may not be able to purchase it or it may end up costing you more.

### Why do I need Medicare Supplemental coverage?

Medicare Supplemental, or Medicare, coverage can help to cover costs that are not covered by Medicare, such as copays, deductibles, and coinsurance. Medigap coverage can protect your finances by paying expenses that you would be required to pay out of pocket.

**Compare Plans**

Copyright USAMedSupp All rights reserved.    Privacy | Terms of Use | Contact

**MENJIVAR ATTACHMENT K**

×

# Our Practices Regarding Privacy

USAMedSupp, through its www usamedsupp org website ("Site") is committed to ensuring the privacy and security of each user that visits our website. Your privacy rights are important to us and we are committed to respecting your online privacy and making sure that any information you share with us by using our website is properly protected

We have established this www usamedsupp org Privacy Policy so you know the importance we place on your privacy and so you can understand how we collect and use information collected from you when you visit our website or submit any personally identifiable information to us. This policy describes our overall privacy practices regarding information we collect on our web sites and through other Internet mediums. Our policy does not apply to the practices of companies that we do not own or control.

## Data We Collect

When you visit our website, we collect personally identifiable information ("PII") and non-personally identifiable information through various sources. PII means any information that may be used to identify an individual. including but not limited to name, address, and telephone number. Non-PII is data that is not used to specifically identify, contact or locate an individual. including but not limited to zip code, gender, and age

When you use the Site, we automatically collect certain information from you, such as your browser type (e.g., Internet Explorer, Safari, Chrome), your Internet domain. (e.g., Comcast, Time Warner, etc.), your computer's operating system, (e.g., Windows, Macintosh, UNIX, Linux), referring and exit page. operating system, the type of mobile device you use (if applicable), your mobile device's unique device ID, and your IP address. This information lets us see how users find our Site, and it tells us which pages users visit most frequently so we can make our Site more useful. We keep this information for an indefinite amount of time to improve the operation of our Site and to provide better services to our users

In addition to the data that your browser or Internet session sends us automatically, we may also collect PII if you enter it when using our website. This contact information is stored on our servers and used to fulfill your information request. If you have not opted out of its use, we may share it with our data licensees including our advertising clients and their vendors, and other advertising partners

## How We Use and Share Your Information

We may use the information we collect from and about you for the following purposes (1) to fulfill your requests for information, (2) to respond to your inquiries, (3) to review Site usage and operations, (4) to address problems with the Site, our business, or our services, (5) to protect the security or integrity of the Site and our business, (6) to monitor the Site for compliance with our Terms of Use and the law, (7) to help improve our Site or services, and (8) to contact you with Site updates, newsletters and other informational and promotional materials from us and third party marketing offers from our trusted partners, as well as from other companies

We may disclose information collected from and about you as follows (1) to our related companies and service providers, to perform a business, professional or technical support function for us, (2) to our marketing partners, advertisers or other third parties, who may contact you with their own offers (3) as necessary if we believe that there has been a violation of our Terms of Use or of our rights or the rights of any third party; (4) to respond to legal process (such as a search warrant, subpoena or court order) and provide information to law enforcement agencies or in connection with an investigation on matters related to public safety, as permitted by law, or otherwise as required by law, and (5) in the event that our company or substantially all of its assets are acquired, your personal information may be one of the transferred assets. We may also disclose your personal information with your express consent. We may share aggregate, non-personally identifiable information about Site users with third parties

## Third Parties Contacting You

Different advertisers and advertising companies have different methods of following up with you on information requests. Some send brochures in the mail, others reply via email or some may contact you by telephone. By using our service to request information from our advertising clients and advertising partners, you are giving permission to www usamedsupp org and these parties (or their partners and vendors) to contact you using the methods of their choice, even if the phone number you provide is in a corporate, state, or national do not call list, now or in the future (unless and until you opt-out from receiving communications from us or such partners, as

**MENJIVAR ATTACHMENT K**

applicable)  You are also providing your express consent to be called or texted (including prerecorded messages or using an autodialer or automated means) at the number you provide

## Cookies

Our websites use cookies (small files containing program code that reside on your computer), to provide usage statistics about our web site, and to understand where visitors learn about our web site  We also may use cookies to simplify the re-entering of your data  You can adjust your browser settings to opt out of the use of cookies by having your browser disable cookies  Look for the cookie options in your browser in the Options or Preferences menu

Additionally, we use cookies, web beacons, and other technologies to receive and store certain types of information whenever you interact with us through your computer or mobile device on the Site  This information, which may include the pages you visit on our or our partners' sites, which web address you came from, the type of browser/device/hardware you are using, or an IP-based geographic location, helps us recognize you, customize your website experience and make marketing messages more relevant  These companies use non-personally identifiable information (e g , click stream information, browser type, time and date, hardware/software information) during your visits to this and other websites in order to provide advertisements about goods and services likely to be of greater interest to you  At this time, we do not respond to browser "do not track" signals  However, we may provide you with ways to choose not to have your information collected or used in this way  To learn more about targeted ads or to opt-out of this type of advertising, visit the Network Advertising Initiative website or Digital Advertising Alliance website

## Opt-Out of Receiving Communications from www.usamedsupp.org

You may opt out by contacting us by submitting a "Stop contacting me" request on our Contact Us page, calling us at (877) 386-9926, or sending a letter to

Health Insurance Services Legal
401 E Las Olas Blvd
Suite 130-627
Fort Lauderdale, FI 33301

## Children's Privacy

We do not direct the Site to, nor do we knowingly collect any PII from any individuals less than thirteen years of age  If you are the parent or guardian and are made aware that a child under the age of 13 has provided us with PII, please contact us

## Third Party Links

This Site may contain links that direct you to websites owned and operated by other companies  www usamedsupp org does not control or endorse these websites, and we do not assume any responsibility for the content, privacy policies or practices of any third party websites, which may use cookies and collect PII from you   We recommend that you review the privacy policy posted on any external website before disclosing any PII   Please contact those websites directly if you have any questions about their privacy policies

## California Privacy Rights

Under California's "Shine the Light" law, we provide a method for consumers to "opt-out" of having their information shared with third-parties  Contact us using the methods described in the "Contact Us" section to unsubscribe

## Privacy Policy Changes

www usamedsupp org may change this Privacy Policy at any time  Should we revise this Privacy Policy in the future, we will immediately publish the amended Privacy Policy on our website  We recommend that you check our website frequently to view recent changes or updates

## Contact Us

We invite you to contact us if you have questions or comments about our Privacy Policy or you want to change the personally identifiable information you have provided to us  You may contact us by

Sending a letter to

**MENJIVAR ATTACHMENT K**

Health Insurance Services Legal
401 E Las Olas Blvd
Suite 130-627
Fort Lauderdale  Fl 33301

Calling us at 1-877-386-9926
Emailing us at  privacy@usamedsupp org

If we need, or are required to  contact you regarding your personal information, we may do so by telephone, email, or mail

Close Modal

**MENJIVAR ATTACHMENT K**

×

# Please read these terms and conditions of use before using this site.

The www usamedsupp org website ("www usamedsupp org" or the "Site") is owned and operated by www usamedsupp org  By using this Site, you signify your assent to these Terms of Use ("Terms" or "Agreement")  If you do not agree to all of these Terms  do not use this site

BY ACCESSING OR USING ANY PART OF THE SITE, YOU AGREE THAT YOU HAVE READ, UNDERSTAND AND AGREE TO BE BOUND BY THIS AGREEMENT  IF YOU DO NOT AGREE TO BE SO BOUND, DO NOT ACCESS OR USE THE SITE  PLEASE READ THESE TERMS CAREFULLY  **THEY CONTAIN A MANDATORY ARBITRATION PROVISION AND CLASS ACTION WAIVER.**

www usamedsupp org may revise and update these Terms at any time  Your continued usage of the Site will mean you accept those changes

## Use of the Website

By using the Site, you represent to www usamedsupp org that 1) you are authorized to enter into this Agreement and you are at least the age of majority in your state or province of residence, (2) you will not use the Site for any purpose or in any manner that violates any law or regulation or that infringes the rights of www usamedsupp org or any third party  (3) any information or data provided to www usamedsupp org by you will not violate any law or regulation or infringe the rights of www usamedsupp org or any third party  (4) all information that you provide to us in connection with the Site (e g , name, e-mail address, and other information) is true and accurate, and (5) you are authorized and able to fulfill and perform the obligations and meet the conditions of a user as specified herein  This Agreement provides to you a personal, revocable, limited, non-exclusive, royalty-free, non-sublicenseable, non-transferable license to use the Site conditioned on your continued compliance with the Terms of this Agreement  You may print and download materials and information from the Site solely for your personal use  provided that all hard copies contain all copyright and other applicable notices contained in such materials and information  Notwithstanding the foregoing, you may not modify, translate, decompile, create derivative work(s) of, copy, distribute, disassemble, broadcast, transmit, publish, remove or alter any proprietary notices or labels, license, sublicense, transfer, sell, mirror, frame, exploit, rent, lease, private label, grant a security interest in, or otherwise use the Website in any manner not expressly permitted herein  Specifically, and by way of illustration and not limitation  you may not (a) separate and use any graphics, photographs, or other audio, visual, or video elements from the accompanying text or material without the prior express written permission of www usamedsupp org and/or its licensor(s), (b) use any "deep link," "page scrape," "robot," "spider," or other device, program, script, algorithm, or methodology to access, acquire, copy, or monitor any portion of the Site or in any way reproduce or circumvent the navigational structure of the Site to obtain or attempt to obtain any materials documents, or information through any means not purposely made available through the Site, (c) probe, scan  or test the vulnerability of the Site or any network connected to the Site, (d) use any device, software, or routine to interfere with the proper working of the Site or any transaction conducted on the Site, (e) forge headers, impersonate a person, or otherwise manipulate identifiers in order to disguise your identity or the origin of any message or transmittal you send to www usamedsupp org on or through the Site; (f) use the Site to harvest or collect e-mail addresses or other contact information, or (g) use the Site in a manner that could damage, disparage, or otherwise negatively impact www usamedsupp org  The licenses granted by www usamedsupp org terminate if you do not comply with these Terms

The material, images, and text on the Site ("Content") is protected by copyright under both United States and foreign laws  Title to the Content remains with www usamedsupp org or its licensors  Any use of the Content not expressly permitted by these Terms and Conditions is a breach of this Agreement and may violate copyright, trademark, and other laws  Content and features are subject to change or termination without notice in the editorial discretion of www usamedsupp org  All rights not expressly granted herein are reserved to www usamedsupp org and its licensors  If you violate any of these Terms, your permission to use the Content automatically terminates and you must immediately destroy any copies you have made of any portion of the Content

## PRIVACY

Please review our Privacy Policy to understand our practices regarding personal information provided by you, which is incorporated herein by reference

**MENJIVAR ATTACHMENT K**

## Limitation of Liability and Disclaimer of Warranties

The use of the Site and the Content is at your own risk. When using the Site, information will be transmitted over a medium that may be beyond the control and jurisdiction of www usamedsupp org and its suppliers. Accordingly, www usamedsupp org assumes no liability for or relating to the delay, failure, interruption, or corruption of any data or other information transmitted in connection with use of the Site. The Site and the content are provided on an "as is" and "as available" basis and may include errors, omissions, or other inaccuracies. MOREOVER, www usamedsupp org MAY MAKE MODIFICATIONS ANY/OR CHANGES ON THIS SITE OR IN THE MATERIALS AND INFORMATION AVAILABLE ON THIS SITE AT ANY TIME AND FOR ANY REASON. www usamedsupp org MAKES NO REPRESENTATIONS, GUARANTEES, OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE SUITABILITY COMPLETENESS, TIMELINESS, RELIABILITY, LEGALITY, OR ACCURACY OF THE www usamedsupp org SERVICES OR THE INFORMATION, CONTENT, MATERIALS, PRODUCTS, OR OTHER SERVICES. OR INCLUDED ON OR OTHERWISE MADE AVAILABLE ON THE SITE. YOU EXPRESSLY AGREE THAT YOUR USE OF THE SITE IS AT YOUR OWN RISK. TO THE FULLEST EXTENT PERMISSIBLE BY APPLICABLE LAW, www usamedsupp org DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT, AND FITNESS FOR PARTICULAR PURPOSE. www usamedsupp org DOES NOT WARRANT THAT THE INFORMATION, CONTENT, MATERIALS, PRODUCTS OR OTHER SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE SITE, www usamedsupp org's SERVERS, OR ELECTRONIC COMMUNICATIONS SENT FROM www usamedsupp org ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. www usamedsupp org ALSO MAKES NO REPRESENTATION, GUARANTEE, OR WARRANTY THAT THIS WEBSITE WILL OPERATE ERROR FREE OR IN AN UNINTERRUPTED FASHION

To the maximum extent permitted by law, in no event shall www usamedsupp org, its licensors, its suppliers, or any third parties mentioned on the Site be liable for any damages (including, without limitation indirect, punitive, special, incidental, or consequential damages, personal injury/wrongful death, lost profits, or damages resulting from lost data or business interruption) resulting from the use of or inability to use the Site or the Content, the delay or inability to use the Site, or from any information, Content, materials, or www usamedsupp org services included on or otherwise made available to you through the Site, whether based in contract, tort, strict liability, or otherwise, and whether or not www usamedsupp org, its licensors, its suppliers, or any third parties mentioned on the Site have been advised of the possibility of such damages www usamedsupp org, its licensors, its suppliers, or any third parties mentioned on the Site shall be liable only to the extent of actual damages incurred by you, not to exceed U S  $100. Any claims arising in connection with your use of the Site or any Content must be brought within one (1) year of the date of the event giving rise to such action occurred

## User Submissions

You agree that you will not upload or transmit any communications or content of any type to the Site that infringe or violate any rights of any party. By submitting communications or content to the Site, you agree that such submission is non-confidential for all purposes. If you make any submission to the Site or if you submit any business information, idea, concept or invention to www usamedsupp org by email, you automatically grant-or warrant that the owner of such content or intellectual property has expressly granted www usamedsupp org a royalty-free, perpetual, irrevocable, sublicensable world-wide nonexclusive license to use, reproduce, create derivative works from, modify, publish, edit, translate, distribute, perform, and display the communication or content in any media or medium, or any form, format, or forum now known or hereafter developed. If you wish to keep any business information, ideas, concepts or inventions private or proprietary, do not submit them to the Site or to www usamedsupp org by email

## Advertisements, Searches, and Links to Other Sites

www usamedsupp org may provide links to third-party websites. www usamedsupp org also may select certain websites as priority responses to search terms you enter and www usamedsupp org may agree to allow advertisers to respond to certain search terms with advertisements or sponsored content. obamacareusa org does not endorse the content on any third-party websites. www usamedsupp org is not responsible for the content of linked third-party sites, sites framed within the Site, third-party websites provided as search results, or third-party advertisements, and does not make any representations regarding their content or accuracy. Your use of third-party websites is at your own risk and subject to the terms and conditions of use and privacy policies for such websites

## ELECTRONIC COMMUNICATIONS

When you use the Site, or send e-mails to us, you are communicating with us electronically. You consent to receive communications from us electronically. We will communicate with you by e-mail or by posting notices on or through the Site. You agree that all

**MENJIVAR ATTACHMENT K**

agreements, notices, disclosures and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing

## MODIFICATIONS

We reserve the right at any time to modify or discontinue the Site (or any part or content thereof) without notice at any time www usamedsupp org may add, modify, or delete any aspect, program, or feature of the Site  We shall not be liable to you or to any third party for any modification, suspension, or discontinuance of the Site

### Data We Collect

**Governing Law**

These Terms are governed by the laws of the State of Florida, without respect to its conflict of laws principles

## ARBITRATION

All disputes arising out of or relating to any purchase you make with via this Site, any information you provide via the Site, these Terms (including the formation, performance or alleged breach), and your use of the Site will be exclusively resolved under confidential binding arbitration in accordance with the Rules of the American Arbitration Association ("AAA") including the AAA's Supplementary Procedures for Consumer-Related Disputes (collectively, the "AAA Rules") then in effect at the time of the dispute

The AAA Rules are available at www adr org or by calling 1-800-778-7879  If you initiate arbitration, www usamedsupp org will promptly reimburse you for any standard filing fee which may have been required under AAA Rules once you have notified www usamedsupp org in writing and provided a copy of the arbitration proceedings  However, if www usamedsupp org is the prevailing party in the arbitration, applicable law may allow the arbitrator to award attorneys' fees and costs to www usamedsupp org  If for any reason the AAA is unavailable, the parties shall mutually select another arbitration forum  The arbitration will be conducted in the city of Hollywood Florida  but may proceed telephonically if the claimant so chooses

The arbitrator's award will be binding and may be entered as a judgment in any court of competent jurisdiction  To the fullest extent permitted by applicable law, no arbitration under these Terms may be joined to an arbitration involving any other party subject to these Terms  whether through class arbitration proceedings or otherwise  Notwithstanding the foregoing  we will have the right to seek injunctive or other equitable relief in state or federal court located to enforce these Terms or prevent an infringement of a third party's rights  In the event equitable relief is sought, each party hereby irrevocably submits to the personal jurisdiction of such court

## WAIVER OF CLASS ACTION RIGHTS

ANY DISPUTES ARISING OUT OF OR RELATING TO YOUR USE OF THIS SITE, ANY INFORMATION YOU PROVIDE VIA THE SITE THESE TERMS (INCLUDING THEIR FORMATION, PERFORMANCE OR ALLEGED BREACH), AND YOUR USE OF THE SITE SHALL BE SUBMITTED INDIVIDUALLY BY YOU, AND SHALL NOT BE SUBJECT TO ANY CLASS ACTION OR REPRESENTATIVE STATUS  BY ENTERING INTO THIS AGREEMENT, YOU HEREBY IRREVOCABLY WAIVE ANY RIGHT YOU MAY HAVE TO JOIN CLAIMS WITH THOSE OF OTHERS or participate as a member of a class of claimants with respect to any claim submitted to arbitration  The parties to this arbitration agreement acknowledge that this class action waiver is material and essential to the arbitration of any disputes between the parties and is nonseverable from the agreement to arbitrate claims  If any portion of this class action waiver is limited, voided, or cannot be enforced, then the parties\' agreement to arbitrate shall be null and void  YOU UNDERSTAND THAT BY AGREEING TO THIS CLASS ACTION WAIVER, YOU MAY ONLY BRING CLAIMS AGAINST www usamedsupp org IN AN INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION OR REPRESENTATIVE PROCEEDING

### Notice and Take Down Procedures; Copyright Agent

If you believe any materials accessible on or from the Site infringe your copyright, you may request removal of those materials (or access thereto) from this web site by contacting www usamedsupp org's copyright agent (identified below) and providing the following information

1  Identification of the copyrighted work that you believe to be infringed  Please describe the work, and where possible include a copy or the location (e g , URL) of an authorized version of the work

2  A description, in reasonable detail (including the applicable URL) of the material that you believe to be infringing and its location Please provide us with enough information that will allow us to locate the material

**MENJIVAR ATTACHMENT K**

3  Your name  address  telephone number and (if available) e-mail address

4  A statement that you have a good faith belief that the complained-of use of the materials is not authorized by the copyright owner, its agent  or the law

5  A statement by you  made under the penalty of perjury  that the information that you have supplied is accurate, and indicating that you are the copyright owner or are authorized to act on the copyright owner's behalf

6  A signature or the electronic equivalent from the copyright holder or authorized representative

Please send this notice to

Attn  Health Insurance Services Legal
401 E Las Olas Blvd
Suite 130-627
Fort Lauderdale, Fl 33301
Email  privacy@usamedsupp org

## Complete Agreement

Except as expressly provided in a particular "legal notice" on the Site or via e-mail from www usamedsupp org, this Agreement and the www usamedsupp org Privacy Policy constitute the entire agreement between you and www usamedsupp org with respect to the use of the Site and Content

If any provision of this Agreement is found to be invalid by any court having competent jurisdiction, the invalidity of such provision shall not affect the validity of the remaining provisions of this Agreement  which shall remain in full force and effect  No waiver of any of these Terms shall be deemed a further or continuing waiver of such term or condition or any other term or condition

© 2016 www usamedsupp org  All rights reserved

Close Modal

**MENJIVAR ATTACHMENT K**

**USA** MED SUPP



## Contact Us

Fill out the short form and click Send Message

FULL NAME

COMPANY NAME

EMAIL ADDRESS

PHONE NUMBER

MESSAGE

I have a medicare insurance question

MESSAGE

Send Message ▶

Copyright © USAMedsupp. All rights reserved.

Privacy Policy   |   Terms of Use   |   Contact Us

**MENJIVAR ATTACHMENT K**



Fill in this short form and click to get quotes.

MENJIVAR ATTACHMENT K

**USA MED SUPP**

## Carriers & Partners

Carriers and partner companies include, but are not limited to, the following:

- Accuquote
- Adam Seigel
- Aegis First
- Aegon US Holding Corp
- Aflac
- Agentia Healthcare
- AHCP
- AIG Direct
- AIG
- AIS
- Abera Healthcare
- Allied
- Alina Health
- Allstate Insurance
- America Direct
- American Family Insurance
- American Fidelity Corp
- American Financial
- American Life & Health
- American National Insurance
- American Republic Insurance Co
- American Service Insurance Agency
- Americare Group
- Americas Health Brokers
- Americas Insurance
- Amerigroup
- Ameriprise Financial Group
- Amica Insurance
- Angelic Marketing Group
- Answer Financial
- Anthem BCBS
- Aon Corp
- Ardent Health Services
- Assurant
- Astoresh
- Aviva
- AvMed Inc
- AXA Insurance Group
- Bankers Life and Casualty
- Bankrate Insurance
- Barmer Life
- Bantam Connect
- Bayside Insurance
- Blue Cross/Blue Shield Association Companies
- Bolt
- Brightway
- Caitlin Insurance Co
- Capital District Physicians Health Plan
- Caresource
- Carle Clinic Association
- Centene Corp
- Choice Direct
- Cigna
- Citigroup
- Clearlink
- CNA Insurance
- CO Farm Bureau
- Colonial Life & Accident Insurance Company
- Colorado Bankers
- Commercial Insurance nat
- CommunityCare
- Conseco Life
- Consumer United
- Cotton States Insurance
- Country Companies
- Country Financial
- CoverHound
- CSE
- CUNA Mutual Group
- Dean Health
- Delphi Financial
- Direct General
- DTRIC
- e-TeleQuote Insurance, Inc
- Efinancial
- eHealth
- Electric
- Elephant
- Emblem Health
- Erie Insurance Company
- Esurance
- Fallon Community Health Plan
- Farm Bureau
- Farmers Insurance
- Fidelity Life
- Florida Blue
- Foremost Insurance

**MENJIVAR ATTACHMENT K**

- Foremost Insurance
- Foresters
- Fortegra Insurance
- Fortis
- Freeway Insurance
- GEICO
- Geisinger Insurance
- Generation Life
- Genworth Financial
- GetAuto
- GetInsured.com
- GHI
- GMAC Insurance
- GoHealth Norvax
- Golden Outlook
- Golden Rule Insurance Co
- GoMedigap
- Great West
- GreatAmerican
- Group Health Incorporated
- Guaranteed Benefits
- Guardian Life
- Guide One
- GuidePointe Solutions
- Hanover
- Hartford
- Hartford Fire & Casualty
- Harvard Commonwealth Health Plan
- Hawaii Medical Services Association
- HCC Insurance holdings
- Health and Life Plans of America
- Health Benefits One
- Health Care Service Corp
- Health Choice One
- Health Insurance for Everyone
- Health Insurance Services
- Health Markets
- Health Now New York Inc
- Health Option One
- Health Partners of Philadelphia Inc
- HealthCare Advisors
- HealthCare Alternatives
- Healthcare Direct
- HealthCare Solutions Team
- HealthNet
- HealthPlanOne
- HealthPlus of Michigan
- HealthSpring
- Henry Ford Health System
- Highmark
- HII - Starr Insurance
- HIP Insurance
- Hiscox
- Homeinsurance.com
- Horace Mann
- Hospital Services Association of NEPA
- HPO
- HRBC Insurance
- Humana
- iCan Benefit Group
- IHC Health Plans
- IMG
- Independence Blue Cross
- Independent Carriers
- Independent Health Association
- Infinity Insurance
- ING US Life
- InsideResponse (Allied Insurance Partners)
- Insphere Insurance Solutions
- Insurance Central
- Insurance Services
- InsuranceOnly
- InsuranceQuotes.com
- InsureMe
- Insweb
- IntelliQuote
- Jackson National Life
- John Hancock
- Kaiser Permanente
- Kaiedia Health
- Kanopy
- Kemper
- Knights of Columbus
- Level One Health Group
- Liberty Mutual Insurance Company
- Liberty National
- LifeLine Direct
- Lifetime Healthcare
- Lighthouse Insurance Group
- Lincoln National
- Louisiana Health Services
- M Plan Inc
- Managed Health Inc
- MAPFRE
- Massachusetts Mutual
- Medical Card System Inc
- Medical Mutual of Ohio

**MENJIVAR ATTACHMENT K**

- Medicare Solutions
- MEGA Life and Health Insurance
- Mercury
- Metlife
- Metropolitan Insurance Co
- Midland National
- Minnesota Mutual
- Mississippi Insurance
- MMM Healthcare Inc
- Molina Healthcare Inc
- Mutual of Omaha
- MVP
- National Better Living Association
- Nations Health Group Guide One Insurance
- Nationwide
- Neighborhood Health Plan Inc.
- NetQuote
- New York Life
- NewQuest
- NextGen Leads
- Nordian Mutual Insurance Company
- Northwestern Mutual
- Ohio National Life
- Old Mutual US Life
- ONCOR Insurance Services
- Pacific Benefits Group
- Pacific Life and Annuity
- Pemco
- Penn Mutual
- Phoenix Life
- Physicians Health Plan
- Physicians Mutual
- PJP Agency
- Plymouth Rock
- Precise Leads
- Precise Solutions Group
- Preferred Care
- Premera Blue Cross
- Premier Health Plans Inc
- Presbyterian Healthcare Services
- Prime Care Health
- Principal Financial
- Principal Life
- Progressive Insurance
- Protective Life
- Providence Health Plan
- Prudential of America
- PURE
- QuoteWhiz
- RenaQuote
- Renaissance Health Services Corp
- RSA
- SAFECO
- Safeguard
- Safeway Insurance
- Safpro
- Scan Health Plan
- Secure Horizons
- Secured Health
- Security Health Plan of Wisconsin Inc
- Select Quote
- SelectHealth
- SelectQuote A&H
- Sentara Health Management
- Sentry Insurance Company
- Shelter Insurance Company
- Sierra Health Services
- Simple Health, Simple Health Plans Inc
- Simple Insurance Leads
- SureQuote LLC
- Spectrum Direct
- Spectrum Health
- Spring Venture Group
- Stancorp Financial
- State Auto
- Sterling Senior Health
- Sun Life Assurance Company
- Swiss Re
- Tech Insurance
- The General
- The Hartford
- The Hartford AARP
- The IHG Group
- The Regence Group
- Three Rivers Holdings
- Thrivent Financial for Lutherans
- TIAA-CREF
- Tiburon Insurance Services
- Titan
- Traders Insurance
- Transamerica
- Travelers Insurance Company
- Tricare
- Triple-S Inc
- TriState
- Tryton

**MENJIVAR ATTACHMENT K**

- Tufts Associates HMO Inc
- TWG
- TX Insurance
- TZ Insurance Solutions LLC
- Ucare
- Unified Rightmed
- United Medicare
- United Teacher Associates Ins Co
- UnitedHealth Group
- UnitedHealthcare/UnitedHealthOne
- Unitrin Direct
- Universal American Financial Corp
- Universal Health Care
- University Health Care Inc
- UnumProvident Corp
- UPMC Health System
- US Financial Life
- USAA
- USHEALTH Group
- USInsuranceOnline
- Vanguard Health Ventures
- VelaPoint Personal Insurance
- WEA Inc
- WellCare Health Plans
- WellPoint
- Western & Southern Life
- Western Mutual
- XLHealth
- Zurich

Copyright © USAMedSupp. All rights reserved.

**MENJIVAR ATTACHMENT K**

PX 1
Page 152 of 679

# Menjivar Attachment L



**USA** HEALTH

Call Now to Speak With a Licensed Agent: ☎ (855) 742-3584

# Health Insurance Made Easy.

Fast — Easy — No Obligation

## GET A FREE QUOTE

INSURANCE TYPE:    

Enter Your Zip Code:   80027

**Get My Free Quote →**



### Health Insurance For Smart People.

### Advantages of USA Health Insure



**Free Quotes. Expert Advice. No Obligation**

Step 1    ENTER YOUR
          ZIP CODE

Step 2    COMPLETE OUR
          SHORT FORM

Step 3    AGENT WILL CONTACT
          YOU WITH A FREE QUOTE

**MENJIVAR ATTACHMENT L**

# PRIVACY POLICY

## OUR PRACTICES REGARDING PRIVACY

UsaHealthInsure.org, through its UsaHealthInsure.org website ("Site") is committed to ensuring the privacy and security of each user that visits our website. Your privacy rights are important to us and we are committed to respecting your online privacy and making sure that any information you share with us by using our website is properly protected.

We have established this UsaHealthInsure.org Privacy Policy so you know the importance we place on your privacy and so you can understand how we collect and use information collected from you when you visit our website or submit any personally identifiable information to us. This policy describes our overall privacy practices regarding information we collect on our web sites and through other Internet mediums. Our policy does not apply to the practices of companies that we do not own or control.

## DATA WE COLLECT

When you visit our website, we collect personally identifiable information ("PII") and non-personally identifiable information through various sources. PII means any information that may be used to identify an individual, including but not limited to name, address, and telephone number. Non-PII is data that is not used to specifically identify, contact or locate an individual, including but not limited to zip code, gender, and age.

When you use the Site, we automatically collect certain information from you, such as your browser type (e.g., Internet Explorer, Safari, Chrome); your Internet domain, (e.g., Comcast, Time Warner, etc.); your computer's operating system, (e.g., Windows, Macintosh, UNIX, Linux); referring and exit page; operating system; the type of mobile device you use (if applicable); your mobile device's unique device ID; and your IP address. This information lets us see how users find our Site, and it tells us which pages users visit most frequently so we can make our Site more useful. We keep this information for an indefinite amount of time to improve the operation of our Site and to provide better services to our users.

In addition to the data that your browser or Internet session sends us automatically, we may also collect PII if you enter it when using our website. This contact information is stored on our servers and used to fulfill your information request. If you have not opted out of its use, we may share it with our data licensees, including our advertising clients and their vendors, and other advertising partners.

## HOW WE USE AND SHARE YOUR INFORMATION

We may use the information we collect from and about you for the following purposes: (1) to fulfill your requests for information; (2) to respond to your inquiries; (3) to review Site usage and operations; (4) to address problems with the Site, our business, or our services; (5) to protect the security or integrity of the Site and our business; (6) to monitor the Site for compliance with our Terms of Use and the law; (7) to help improve our Site or services; and (8) to contact you with Site updates, newsletters and other informational and promotional materials from us and third party marketing offers from our trusted partners, as well as from other companies.

We may disclose information collected from and about you as follows: (1) to our related companies and service providers, to perform a business, professional or technical support function for us; (2) to our marketing partners, advertisers or other third parties, who may contact you with their own offers; (3) as necessary if we believe that there has been a violation of our Terms of Use or of our rights or the rights of any third party; (4) to respond to legal process (such as a search warrant, subpoena or court order) and provide information to law enforcement agencies or in connection with an investigation on matters related to public safety, as permitted by law, or otherwise as required by law; and (5) in the event that our company or substantially all of its assets are acquired, your personal information may be one of the transferred assets. We may also disclose your personal information with your express consent. We may share aggregate, non-personally identifiable information about Site users with third parties.

## THIRD PARTIES CONTACTING YOU

Different advertisers and advertising companies have different methods of following up with you on information requests. Some send brochures in the mail, others reply via email or some may contact you by telephone. By using our service to request information from our advertising clients and advertising partners, you are giving permission to UsaHealthInsure.org and these parties (or their partners and vendors) to contact you using the methods of their choice, even if the phone number you provide is in a corporate, state, or national do not call list, now or in the future (unless and until you opt-out from receiving communications from us or such partners, as applicable). You are also providing your express consent to be called or texted (including prerecorded messages or using an autodialer or automated means) at the number you provide.

## COOKIES

Our websites use cookies (small files containing program code that reside on your computer) to provide usage statistics about our web site, and to

MENJIVAR ATTACHMENT L

Our websites use cookies (small files containing program code that reside on your computer), to provide usage statistics about our web site, and to understand where visitors learn about our web site. We also may use cookies to simplify the re-entering of your data. You can adjust your browser settings to opt out of the use of cookies by having your browser disable cookies. Look for the cookie options in your browser in the Options or Preferences menu.

Additionally, we use cookies, web beacons, and other technologies to receive and store certain types of information whenever you interact with us through your computer or mobile device on the Site. This information, which may include the pages you visit on our or our partners' sites, which web address you came from, the type of browser/device/hardware you are using, or an IP-based geographic location, helps us recognize you, customize your website experience and make marketing messages more relevant. These companies use non-personally identifiable information (e.g., click stream information, browser type, time and date, hardware/software information) during your visits to this and other websites in order to provide advertisements about goods and services likely to be of greater interest to you. At this time, we do not respond to browser "do not track" signals. However, we may provide you with ways to choose not to have your information collected or used in this way. To learn more about targeted ads or to opt-out of this type of advertising, visit the Network Advertising Initiative website or Digital Advertising Alliance website.

## OPT-OUT OF RECEIVING COMMUNICATIONS FROM USAHEALTHINSURE.ORG

You may opt out by contacting us by submitting a "Stop contacting me" request on our Contact Us page; calling us at (877) 386-9926; or sending a letter to:

Health Insurance Services Legal
401 E Las Olas Blvd.
Suite 130-627
Fort Lauderdale, Fl 33301

## CHILDREN'S PRIVACY

We do not direct the Site to, nor do we knowingly collect any PII from any individuals less than thirteen years of age. If you are the parent or guardian and are made aware that a child under the age of 13 has provided us with PII, please contact us.

## THIRD PARTY LINKS

This Site may contain links that direct you to websites owned and operated by other companies. UsaHealthInsure.org does not control or endorse these websites, and we do not assume any responsibility for the content, privacy policies or practices of any third party websites, which may use cookies and collect PII from you. We recommend that you review the privacy policy posted on any external website before disclosing any PII. Please contact those websites directly if you have any questions about their privacy policies.

## CALIFORNIA PRIVACY RIGHTS

Under California's "Shine the Light" law, we provide a method for consumers to "opt-out" of having their information shared with third-parties. Contact us using the methods described in the "Contact Us" section to unsubscribe.

## PRIVACY POLICY CHANGES

UsaHealthInsure.org may change this Privacy Policy at any time. Should we revise this Privacy Policy in the future, we will immediately publish the amended Privacy Policy on our website. We recommend that you check our website frequently to view recent changes or updates.

## CONTACT US

We invite you to contact us if you have questions or comments about our Privacy Policy or you want to change the personally identifiable information you have provided to us. You may contact us by:

Sending a letter to:
Health Insurance Services Legal
401 E Las Olas Blvd.
Suite 130-627
Fort Lauderdale, Fl 33301

Calling us at 1-877-386-9926
Emailing us at: privacy@usahealthinsure.org

If we need, or are required to, contact you regarding your personal information, we may do so by telephone, email, or mail.

**MENJIVAR ATTACHMENT L**

# TERMS OF USE

## PLEASE READ THESE TERMS AND CONDITIONS OF USE BEFORE USING THIS SITE.

The UsaHealthInsure.org website ("UsaHealthInsure.org" or the "Site") is owned and operated by UsaHealthInsure.org. By using this Site, you signify your assent to these Terms of Use ("Terms" or "Agreement"). If you do not agree to all of these Terms, do not use this site.

BY ACCESSING OR USING ANY PART OF THE SITE, YOU AGREE THAT YOU HAVE READ, UNDERSTAND AND AGREE TO BE BOUND BY THIS AGREEMENT. IF YOU DO NOT AGREE TO BE SO BOUND, DO NOT ACCESS OR USE THE SITE. PLEASE READ THESE TERMS CAREFULLY. **THEY CONTAIN A MANDATORY ARBITRATION PROVISION AND CLASS ACTION WAIVER.**

UsaHealthInsure.org may revise and update these Terms at any time. Your continued usage of the Site will mean you accept those changes.

### USE OF THE WEBSITE

By using the Site, you represent to UsaHealthInsure.org that 1) you are authorized to enter into this Agreement and you are at least the age of majority in your state or province of residence; (2) you will not use the Site for any purpose or in any manner that violates any law or regulation or that infringes the rights of UsaHealthInsure.org or any third party; (3) any information or data provided to UsaHealthInsure.org by you will not violate any law or regulation or infringe the rights of UsaHealthInsure.org or any third party; (4) all information that you provide to us in connection with the Site (e.g., name, e-mail address, and other information) is true and accurate; and (5) you are authorized and able to fulfill and perform the obligations and meet the conditions of a user as specified herein. This Agreement provides to you a personal, revocable, limited, non-exclusive, royalty-free, non-sublicenseable, non-transferable license to use the Site conditioned on your continued compliance with the Terms of this Agreement. You may print and download materials and information from the Site solely for your personal use, provided that all hard copies contain all copyright and other applicable notices contained in such materials and information. Notwithstanding the foregoing, you may not modify, translate, decompile, create derivative work(s) of, copy, distribute, disassemble, broadcast, transmit, publish, remove or alter any proprietary notices or labels, license, sublicense, transfer, sell, mirror, frame, exploit, rent, lease, private label, grant a security interest in, or otherwise use the Website in any manner not expressly permitted herein. Specifically, and by way of illustration and not limitation, you may not (a) separate and use any graphics, photographs, or other audio, visual, or video elements from the accompanying text or material without the prior express written permission of UsaHealthInsure.org and/or its licensor(s); (b) use any "deep link," "page scrape," "robot," "spider," or other device, program, script, algorithm, or methodology to access, acquire, copy, or monitor any portion of the Site or in any way reproduce or circumvent the navigational structure of the Site to obtain or attempt to obtain any materials, documents, or information through any means not purposely made available through the Site; (c) probe, scan, or test the vulnerability of the Site or any network connected to the Site; (d) use any device, software, or routine to interfere with the proper working of the Site or any transaction conducted on the Site; (e) forge headers, impersonate a person, or otherwise manipulate identifiers in order to disguise your identity or the origin of any message or transmittal you send to UsaHealthInsure.org on or through the Site; (f) use the Site to harvest or collect e-mail addresses or other contact information; or (g) use the Site in a manner that could damage, disparage, or otherwise negatively impact UsaHealthInsure.org. The licenses granted by UsaHealthInsure.org terminate if you do not comply with these Terms.

The material, images, and text on the Site ("Content") is protected by copyright under both United States and foreign laws. Title to the Content remains with UsaHealthInsure.org or its licensors. Any use of the Content not expressly permitted by these Terms and Conditions is a breach of this Agreement and may violate copyright, trademark, and other laws. Content and features are subject to change or termination without notice in the editorial discretion of UsaHealthInsure.org. All rights not expressly granted herein are reserved to UsaHealthInsure.org and its licensors. If you violate any of these Terms, your permission to use the Content automatically terminates and you must immediately destroy any copies you have made of any portion of the Content.

### PRIVACY

Please review our Privacy Policy to understand our practices regarding personal information provided by you, which is incorporated herein by reference.

### LIMITATION OF LIABILITY AND DISCLAIMER OF WARRANTIES

The use of the Site and the Content is at your own risk. When using the Site, information will be transmitted over a medium that may be beyond the control and jurisdiction of UsaHealthInsure.org and its suppliers. Accordingly, UsaHealthInsure.org assumes no liability for or relating to the delay, failure, interruption, or corruption of any data or other information transmitted in connection with use of the Site. The Site and the content are provided on an "as is" and "as available" basis and may include errors, omissions, or other inaccuracies. MOREOVER, UsaHealthInsure.org MAY MAKE MODIFICATIONS ANY/OR CHANGES ON THIS SITE OR IN THE MATERIALS AND INFORMATION AVAILABLE ON THIS SITE AT ANY TIME AND FOR ANY REASON. UsaHealthInsure.org MAKES NO REPRESENTATIONS, GUARANTEES, OR WARRANTIES OF ANY KIND, EXPRESS OR

**MENJIVAR ATTACHMENT L**

AND / OR ANY REASON, UsaHealthInsure.org MAKES NO REPRESENTATIONS, GUARANTEES, OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE SUITABILITY, COMPLETENESS, TIMELINESS, RELIABILITY, LEGALITY, OR ACCURACY OF THE UsaHealthInsure.org SERVICES OR THE INFORMATION, CONTENT, MATERIALS, PRODUCTS, OR OTHER SERVICES, OR INCLUDED ON OR OTHERWISE MADE AVAILABLE ON THE SITE. YOU EXPRESSLY AGREE THAT YOUR USE OF THE SITE IS AT YOUR OWN RISK. TO THE FULLEST EXTENT PERMISSIBLE BY APPLICABLE LAW, UsaHealthInsure.org DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT, AND FITNESS FOR PARTICULAR PURPOSE. UsaHealthInsure.org DOES NOT WARRANT THAT THE INFORMATION, CONTENT, MATERIALS, PRODUCTS OR OTHER SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE SITE, UsaHealthInsure.org's SERVERS, OR ELECTRONIC COMMUNICATIONS SENT FROM UsaHealthInsure.org ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. UsaHealthInsure.org ALSO MAKES NO REPRESENTATION, GUARANTEE, OR WARRANTY THAT THIS WEBSITE WILL OPERATE ERROR FREE OR IN AN UNINTERRUPTED FASHION

To the maximum extent permitted by law, in no event shall UsaHealthInsure.org, its licensors, its suppliers, or any third parties mentioned on the Site be liable for any damages (including, without limitation, indirect, punitive, special, incidental, or consequential damages, personal injury/wrongful death, lost profits, or damages resulting from lost data or business interruption) resulting from the use of or inability to use the Site or the Content, the delay or inability to use the Site, or from any information, Content, materials, or UsaHealthInsure.org services included on or otherwise made available to you through the Site, whether based in contract, tort, strict liability, or otherwise, and whether or not UsaHealthInsure.org, its licensors, its suppliers, or any third parties mentioned on the Site have been advised of the possibility of such damages UsaHealthInsure.org, its licensors, its suppliers, or any third parties mentioned on the Site shall be liable only to the extent of actual damages incurred by you, not to exceed U.S. $100. Any claims arising in connection with your use of the Site or any Content must be brought within one (1) year of the date of the event giving rise to such action occurred.

## USER SUBMISSIONS

You agree that you will not upload or transmit any communications or content of any type to the Site that infringe or violate any rights of any party. By submitting communications or content to the Site, you agree that such submission is non-confidential for all purposes. If you make any submission to the Site or if you submit any business information, idea, concept or invention to UsaHealthInsure.org by email, you automatically grant-or warrant that the owner of such content or intellectual property has expressly granted UsaHealthInsure.org a royalty-free, perpetual, irrevocable, sublicensable world-wide nonexclusive license to use, reproduce, create derivative works from, modify, publish, edit, translate, distribute, perform, and display the communication or content in any media or medium, or any form, format, or forum now known or hereafter developed. If you wish to keep any business information, ideas, concepts or inventions private or proprietary, do not submit them to the Site or to UsaHealthInsure.org by email.

## ADVERTISEMENTS, SEARCHES, AND LINKS TO OTHER SITES

UsaHealthInsure.org may provide links to third-party websites. UsaHealthInsure.org also may select certain websites as priority responses to search terms you enter and UsaHealthInsure.org may agree to allow advertisers to respond to certain search terms with advertisements or sponsored content. obamacareusa.org does not endorse the content on any third-party websites. UsaHealthInsure.org is not responsible for the content of linked third-party sites, sites framed within the Site, third-party websites provided as search results, or third-party advertisements, and does not make any representations regarding their content or accuracy. Your use of third-party websites is at your own risk and subject to the terms and conditions of use and privacy policies for such websites.

## ELECTRONIC COMMUNICATIONS

When you use the Site, or send e-mails to us, you are communicating with us electronically. You consent to receive communications from us electronically. We will communicate with you by e-mail or by posting notices on or through the Site. You agree that all agreements, notices, disclosures and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

## MODIFICATIONS

We reserve the right at any time to modify or discontinue the Site (or any part or content thereof) without notice at any time. UsaHealthInsure.org may add, modify, or delete any aspect, program, or feature of the Site. We shall not be liable to you or to any third party for any modification, suspension, or discontinuance of the Site.

## DATA WE COLLECT

### Governing Law

These Terms are governed by the laws of the State of Florida, without respect to its conflict of laws principles.

## ARBITRATION

All disputes arising out of or relating to any purchase you make with via this Site, any information you provide via the Site, these Terms (including the formation, performance or alleged breach), and your use of the Site will be exclusively resolved under confidential binding arbitration in accordance

MENJIVAR ATTACHMENT L

with the Rules of the American Arbitration Association ("AAA"), including the AAA's Supplementary Procedures for Consumer-Related Disputes (collectively, the "AAA Rules") then in effect at the time of the dispute.

The AAA Rules are available at www.adr.org or by calling 1-800-778-7879. If you initiate arbitration, UsaHealthInsure.org will promptly reimburse you for any standard filing fee which may have been required under AAA Rules once you have notified UsaHealthInsure.org in writing and provided a copy of the arbitration proceedings. However, if UsaHealthInsure.org is the prevailing party in the arbitration, applicable law may allow the arbitrator to award attorneys' fees and costs to UsaHealthInsure.org. If for any reason the AAA is unavailable, the parties shall mutually select another arbitration forum. The arbitration will be conducted in the city of Hollywood, Florida, but may proceed telephonically if the claimant so chooses.

The arbitrator's award will be binding and may be entered as a judgment in any court of competent jurisdiction. To the fullest extent permitted by applicable law, no arbitration under these Terms may be joined to an arbitration involving any other party subject to these Terms, whether through class arbitration proceedings or otherwise. Notwithstanding the foregoing, we will have the right to seek injunctive or other equitable relief in state or federal court located to enforce these Terms or prevent an infringement of a third party's rights. In the event equitable relief is sought, each party hereby irrevocably submits to the personal jurisdiction of such court.

### WAIVER OF CLASS ACTION RIGHTS

ANY DISPUTES ARISING OUT OF OR RELATING TO YOUR USE OF THIS SITE, ANY INFORMATION YOU PROVIDE VIA THE SITE, THESE TERMS (INCLUDING THEIR FORMATION, PERFORMANCE OR ALLEGED BREACH), AND YOUR USE OF THE SITE SHALL BE SUBMITTED INDIVIDUALLY BY YOU, AND SHALL NOT BE SUBJECT TO ANY CLASS ACTION OR REPRESENTATIVE STATUS. BY ENTERING INTO THIS AGREEMENT, YOU HEREBY IRREVOCABLY WAIVE ANY RIGHT YOU MAY HAVE TO JOIN CLAIMS WITH THOSE OF OTHERS or participate as a member of a class of claimants with respect to any claim submitted to arbitration. The parties to this arbitration agreement acknowledge that this class action waiver is material and essential to the arbitration of any disputes between the parties and is nonseverable from the agreement to arbitrate claims. If any portion of this class action waiver is limited, voided, or cannot be enforced, then the parties' agreement to arbitrate shall be null and void. YOU UNDERSTAND THAT BY AGREEING TO THIS CLASS ACTION WAIVER, YOU MAY ONLY BRING CLAIMS AGAINST UsaHealthInsure.org IN AN INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION OR REPRESENTATIVE PROCEEDING.

### NOTICE AND TAKE DOWN PROCEDURES; COPYRIGHT AGENT

If you believe any materials accessible on or from the Site infringe your copyright, you may request removal of those materials (or access thereto) from this web site by contacting UsaHealthInsure.org's copyright agent (identified below) and providing the following information:

1. Identification of the copyrighted work that you believe to be infringed. Please describe the work, and where possible include a copy or the location (e.g., URL) of an authorized version of the work.
2. A description, in reasonable detail (including the applicable URL) of the material that you believe to be infringing and its location. Please provide us with enough information that will allow us to locate the material.
3. Your name, address, telephone number and (if available) e-mail address.
4. A statement that you have a good faith belief that the complained-of use of the materials is not authorized by the copyright owner, its agent, or the law.
5. A statement by you, made under the penalty of perjury, that the information that you have supplied is accurate, and indicating that you are the copyright owner or are authorized to act on the copyright owner's behalf.
6. A signature or the electronic equivalent from the copyright holder or authorized representative.

Please send this notice to:

Attn: Health Insurance Services Legal
401 E Las Olas Blvd.
Suite 130-627
Fort Lauderdale, Fl 33301
Email: privacy@usahealthinsure.org

### COMPLETE AGREEMENT

Except as expressly provided in a particular "legal notice" on the Site or via e-mail from UsaHealthInsure.org, this Agreement and the UsaHealthInsure.org Privacy Policy constitute the entire agreement between you and UsaHealthInsure.org with respect to the use of the Site and Content.

If any provision of this Agreement is found to be invalid by any court having competent jurisdiction, the invalidity of such provision shall not affect the validity of the remaining provisions of this Agreement, which shall remain in full force and effect. No waiver of any of these Terms shall be deemed a

**MENJIVAR ATTACHMENT L**

further or continuing waiver of such term or condition or any other term or condition.

© 2016 UsaHealthInsure.org. All rights reserved.

Close

MENJIVAR ATTACHMENT L



MENJIVAR ATTACHMENT L

**USA** HEALTH INSURE

## Carriers & Partners

Carriers and partner companies include, but are not limited to, the following:

- Aetna Health
- Adam Segal
- Aegon Kent
- Aegon US Holding Corp
- Aflac
- Agentra Health care
- AMGP
- AIG Direct
- AIG
- AIS
- Aliera Healthcare
- Allied
- Alma Health
- Allstate Insurance
- America Direct
- American Family Insurance
- American Family Corp
- American Financial
- American Life & Health
- American National Insurance
- American Republic Insurance Co
- American Service Insurance Agency
- Ameridure Group
- American Health Brokers
- Americas Insurance
- Amerigroup
- Ameriprise Financial Group
- Amica Insurance
- Angelo Marketing Group
- Annuity Financial
- Anthem BCBS
- ANH Corp
- Ardent Health Services
- Assurant
- Astonet
- Aviva
- AxisMed inc
- AXA Insurance Group
- Bankers Life and Casualty
- Bankers Insurance
- Banner Life
- Bantam Coweta
- Beacon Insurance
- Blue Cross/Blue Shield Association Companies
- Bolt
- Brighton
- Cedar Insurance Co
- Capital District Physicians Health Plan
- Caresource
- Carle Clinic Association
- Carmen Corp
- Choice Direct
- Cigna
- Cinginta
- Clearalink
- CNA Insurance
- CO Farm Bureau
- Colonial Life & Accident Insurance Company
- Colorado Bankers
- Commerce Insurance Inc
- CommunityCare
- Conseco Life
- Consumer United
- Cotton States Insurance
- Charity Companies
- Country Financial
- CoventHealth
- CSE
- CUNA Mutual Group
- Dean Health
- Delphi Financial
- Direct General
- DTRIC
- e-TeleQuote Insurance inc
- Ehinance.al
- eHealth
- Electric
- Elephant
- Emblemhealth
- Erie Insurance Company
- Etuisurance
- Fallon Community Health Plan
- Farm Bureau
- Farmers Insurance
- Fidelity Life
- Florida Blue
- Foremost Insurance
- Founders
- Forsegra Insurance
- Forto
- Fredway Insurance
- GBGC4
- Geisinger Insurance
- Generation Life
- Genworth Financial
- GetA4G
- Getinsured.com
- GHI
- GMAC Insurance
- GoHealth/Norvax
- Golden Outlook

MENJIVAR ATTACHMENT L

- Golden Rule Insurance Co
- GoMedigap
- Great West
- GreatAmerican
- Group Health Incorporated
- Guaranteed Benefits
- Guaranteed Life
- Guide One
- GuideHealth Solutions
- Hanover
- Hartford
- Hartford Fire & Casualty
- Harvard Commonwealth Health Plan
- Hawaii Medical Service Association
- HCC Insurance Holdings
- Health and Life Plans of America
- Health Benefits One
- Health Care Service Corp
- Health Choice One
- Health Insurance for Everyone
- Health Insurance Services
- Health Markets
- Health Now New York Inc
- Health Option One
- Health Partners of Philadelphia
- HealthCare Advisors
- Health Care Alternatives
- Healthcare Direct
- HealthCare Solutions Team
- HealthNet
- HealthPlanOne
- Health Plus of Michigan
- Healthspring
- Henry Ford Health System
- Highmark
- Hill-Short Insurance
- HIP Insurance
- Hiiroo
- HM Insurance Com
- Horace Mann
- Hospital Services Association of NEPA
- HPC
- HREO Insurance
- Humana
- iCan Benefits Group
- Id2 Health Plans
- IHC
- Independence Blue Cross
- Independent Carriers
- Independent Health Association
- Infinity Insurance
- InHIS life
- Insphere Same Day Ward Insurance Partners
- Insphere Insurance Solutions
- Insurance Central
- Insurance Services
- Insurance Only
- InsuranceQuotes.com
- insurelife
- Inswob
- IntelliQuote
- Jackson National Life
- John Hancock
- Kaiser Permanente
- Kandia Health
- Kanion
- Kemper
- Knights of Columbus
- Laurel One Health Group
- Liberty Mutual Insurance Company
- Liberty National
- Lifeline Direct
- Lifetime Healthcare
- Lighthouse Insurance Group
- Lincoln National
- Louisiana Health Services
- M Plan Inc
- Managed Health Inc
- MAPFRE
- Massachusetts Mutual
- Medical Card System Inc
- Medical Mutual of Ohio
- Medicare Solutions
- MEGA Life and Health Insurance
- Mercury
- Meridia
- Metropolitan Insurance Co
- Midland National
- Minnesota Mutual
- Mississippi Insurance
- MMM Healthcare Inc
- Molina Healthcare Inc
- Mutual of Omaha
- MVP
- National Better Living Association
- Nations Health Group Guide One Insurance
- Nationwide
- Neighborhood Health Plan Inc
- NetQuote
- New York Life
- NewQuest
- NextGen Leads
- Noridian Mutual Insurance Company
- Northwestern Mutual
- Ohio National Life
- Old Mutual US Life
- ONECOR Insurance Services
- Pacific Benefits Group
- Pacific Life and Annuity

**MENJIVAR ATTACHMENT L**

- Penn ...
- Penn Mutual
- Phoenix Life
- Physicians Health Plan
- Physicians Mutual
- PIP Agency
- Plymouth Rock
- Preferred Choice
- Preferred Care
- Preferred Blue Cross
- Premier Health Plans Inc
- Presbyterian Healthcare Services
- Priority Care Health
- Principal Financial
- Principal Life
- Progressive Insurance
- Protective Life
- Providence Health Plan
- Prudential of America
- PURE
- Quote Wizz
- RehabQuote
- Reinassurance Health Services Corp
- RGA
- SAFECO
- Safeguard
- Safeway Insurance
- Sagicor
- Scan Health Plan
- Secure Horizons
- Secured Health
- Security Health Plan of Wisconsin Inc
- Select Quote
- Select Health
- SelectQuote Alert
- Sentara Health Management
- Sentry Insurance Company
- Shelter Insurance Company
- Sierra Health Services
- Simple Health  Simple Health Plans Inc
- Simple Insurance Leads
- SolidQuote LLC
- Spectrum Level I
- Spectrum Health
- Spring Venture Group
- Stancorp Financial
- State Auto
- Sterling School Health
- Sun Life Assurance Company
- Sunrise Rx
- Tech Insurance
- The General
- The Hartford
- The Hartford AARP
- The IHC Group
- The Regence Group
- Three Rivers Holdings
- Thrivent Financial for Lutherans
- TIAA-CREF
- Titan
- Titan Insurance Services
- Tran
- Tradent Insurance
- Transamerica
- Travelers Insurance Company
- Tri Care
- Triple S Inc
- TruStage
- Trustar
- Twin Arch Global HMO Inc
- TWS
- TX Insurance
- TZ Insurance Solutions LLC
- UL net
- Unified Registered
- United Medicare
- United Teacher Associates Insr Co
- UnitedHealth Group
- UnitedHealthcare/UnitedHealthOne
- United Direct
- Universal American Financial Corp
- Universal Health Care
- Universal Health Care Inc
- Univ Providers Corp
- UPMC Health System
- US Financial  Air
- USAA
- USHEALTH Group
- USInsuranceOnline
- Vanguard Health Ventures
- VistaPort Personal Insurance
- WEA Inc
- WellCare Health Plans
- WellPoint
- Western & Southern Air
- Western Mutual
- XLHealth
- Zurich

CLOSE WINDOW

2018 USA Health Insure. All Rights Reserved.

**MENJIVAR ATTACHMENT L**

PX 1
Page 164 of 679

# Menjivar Attachment M



HEALTH INSURANCE
DEADLINE 2018

CALL NOW TO SPEAK TO A LICENSED AGENT
**(855) 825-6580**

# SAVE MORE OF YOUR
## HARD EARNED MONEY!
### *BEAT THE DEADLINE!*

**FREE ONLINE QUOTES**

### Insurance Type:
○ Health Insurance    ○ Medicare Plans

Enter Your Zip Code:

80027

**Get My Free Quote**

UnitedHealthOne    Cigna    FIDELITY LIFE    Health Net

## Don't Wait Til It's Too Late!
### Get Health Insurance now before the deadline!

Whether you're 24 or 64, having health insurance is the smart move — regardless if you see it as a way to protect your health, protect your finances or avoid possible tax penalties.

No one can predict what the future will bring. Illness and injury can strike without warning. Waiting until you need care is the wrong time to look for health insurance — in fact, it's too late at that point. Take this opportunity to get the health insurance you and your family need.

**Get Quotes**

### If you don't have health insurance, you…

**Face a substantial tax penalty.** Tax filers who were uninsured in 2017 will pay an average Obamacare penalty of almost $1,000. This is likely to increase in the coming year. Avoid these penalties by getting insured today.

**Risk having to pay significant medical expenses out of your own pocket.** Getting sick or hurt can be very expensive, with health care and prescription medication costs skyrocketing. Consider this, according to the U.S. government:

- a broken leg can cost up to $7,500 to repair
- the average cost of a 3-day hospital stay is around $30,000, and
- comprehensive cancer care can cost tens of thousands, if not much much more



## Get Insured in 3 Simple Steps!

Simply enter your zip code above to begin. Whether you are eligible for income-based subsidies or not, interested in shopping on a state or federal exchange or not, we can help. And what's more, our service is 100% free to you.

Please be aware that neither healthinsurancedeadline2018.com, nor the agents who contact you are representatives of the federal or state government. The health quotes they offer you may include a combination of state and federal exchange plans along with private health plans. Not every consumer is eligible for health insurance subsidies, and the agent you speak with will help you determine your eligibility.

**01** Enter Your Zip Code

**02** Complete Short Form

**03** Speak To Licensed Agent

**MENJIVAR ATTACHMENT M**

# Our Practices Regarding Privacy



Health Insurance Deadline 2018  through its www.healthinsurancedeadline2018.com website ("Site") is committed to ensuring the privacy and security of each user that visits our website. Your privacy rights are important to us and we are committed to respecting your online privacy and making sure that any information you share with us by using our website is properly protected.

We have established this www.healthinsurancedeadline2018.com Privacy Policy so you know the importance we place on your privacy and so you can understand how we collect and use information collected from you when you visit our website or submit any personally identifiable information to us. This policy describes our overall privacy practices regarding information we collect on our web sites and through other Internet mediums. Our policy does not apply to the practices of companies that we do not own or control.

## Data We Collect

When you visit our website, we collect personally identifiable information ("PII") and non-personally identifiable information through various sources. PII means any information that may be used to identify an individual, including but not limited to name, address, and telephone number. Non-PII is data that is not used to specifically identify, contact or locate an individual, including but not limited to zip code, gender  and age.

When you use the Site, we automatically collect certain information from you, such as your browser type (e.g., Internet Explorer, Safari, Chrome); your Internet domain  (e.g., Comcast, Time Warner, etc.), your computer's operating system, (e.g., Windows, Macintosh, UNIX, Linux); referring and exit page; operating system; the type of mobile device you use (if applicable); your mobile device's unique device ID; and your IP address.  This information lets us see how users find our Site, and it tells us which pages users visit most frequently so we can make our Site more useful. We keep this information for an indefinite amount of time to improve the operation of our Site and to provide better services to our users.

In addition to the data that your browser or Internet session sends us automatically, we may also collect PII if you enter it when using our website. This contact information is stored on our servers and used to fulfill your information request. If you have not opted out of its use, we may share it with our data licensees, including our advertising clients and their vendors, and other advertising partners.

## How We Use and Share Your Information

We may use the information we collect from and about you for the following purposes:  (1) to fulfill your requests for information, (2) to respond to your inquiries, (3) to review Site usage and operations, (4) to address problems with the Site, our business, or our services, (5) to protect the security or integrity of the Site and our business, (6) to monitor the Site for compliance with our Terms of Use and the law, (7) to help improve our Site or services; and (8) to contact you with Site updates, newsletters and other informational and promotional materials from us and third party marketing offers from our trusted partners, as well as from other companies.

We may disclose information collected from and about you as follows: (1) to our related companies and service providers, to perform a business, professional or technical support function for us, (2) to our marketing partners, advertisers or other third parties, who may contact you with their own offers, (3) as necessary if we believe that there has been a violation of our Terms of Use or of our rights or the rights of any third party, (4) to respond to legal process (such as a search warrant, subpoena or court order) and provide information to law enforcement agencies or in connection with an investigation on matters related to public safety, as permitted by law, or otherwise as required by law, and (5) in the event that our company or substantially all of its assets are acquired, your personal information may be one of the transferred assets. We may also disclose your personal information with your express consent. We may share aggregate, non-personally identifiable information about Site users with third parties.

## Third Parties Contacting You

Different advertisers and advertising companies have different methods of following up with you on information requests. Some send brochures in the mail, others reply via email or some may contact you by telephone. By using our service to request information from our advertising clients and advertising partners, you are giving permission to www.healthinsurancedeadline2018.com and these parties (or their partners and vendors) to contact you using the methods of their choice, even if the phone number you provide is in a corporate, state, or national do not call list, now or in the future (unless and until you opt-out from receiving communications from us or such partners, as applicable).  You are also providing your express consent to be called or texted (including prerecorded messages or using an autodialer or automated means) at the number you provide.

## Cookies

Our websites use cookies (small files containing program code that reside on your computer), to provide usage statistics about our web site, and to understand where visitors learn about our web site. We also may use cookies to simplify the re-entering of your data. You can adjust your browser settings to opt out of the use of cookies by having your browser disable cookies. Look for the cookie options in your browser in the Options or Preferences menu.

Additionally, we use cookies, web beacons, and other technologies to receive and store certain types of information whenever you interact with us through your computer or mobile device on the Site. This information, which may include the pages you visit on our or our partners' sites, which web address you came from, the type of browser/device /hardware you are using, or an IP-based geographic location, helps us recognize you, customize your website experience and make marketing messages more relevant. These companies use non-personally identifiable information (e.g., click stream information, browser type, time and date, hardware/software information) during your visits to this and other websites in order to provide advertisements about goods and services likely to be of greater interest to you. At this time, we do not respond to browser "do not track" signals. However, we may provide you with ways to choose not to have your information collected or used in this way. To learn more about targeted ads or to opt-out of this type of advertising, visit the Network Advertising Initiative website or Digital Advertising Alliance website.

## Opt-Out of Receiving Communications from www.healthinsurancedeadline2018.com

You may opt out by contacting us by submitting a "Stop contacting me" request on our Contact Us page, calling us at (877) 386-9926, or sending a letter to

Health Insurance Services Legal
401 E Las Olas Blvd.
Suite 130-627

**MENJIVAR ATTACHMENT M**

Fort Lauderdale, Fl 33301

## Children's Privacy

We do not direct the Site to, nor do we knowingly collect any PII from any individuals less than thirteen years of age. If you are the parent or guardian and are made aware that a child under the age of 13 has provided us with PII, please contact us.

## Third Party Links

This Site may contain links that direct you to websites owned and operated by other companies. www.healthinsurancedeadline2018.com does not control or endorse these websites, and we do not assume any responsibility for the content, privacy policies or practices of any third party websites, which may use cookies and collect PII from you. We recommend that you review the privacy policy posted on any external website before disclosing any PII. Please contact those websites directly if you have any questions about their privacy policies.

## California Privacy Rights

Under California's "Shine the Light" law, we provide a method for consumers to "opt-out" of having their information shared with third-parties. Contact us using the methods described in the "Contact Us" section to unsubscribe.

## Privacy Policy Changes

www.healthinsurancedeadline2018.com may change this Privacy Policy at any time. Should we revise this Privacy Policy in the future, we will immediately publish the amended Privacy Policy on our website. We recommend that you check our website frequently to view recent changes or updates.

## Contact Us

We invite you to contact us if you have questions or comments about our Privacy Policy or you want to change the personally identifiable information you have provided to us. You may contact us by:

Sending a letter to:
Health Insurance Services Legal
401 E Las Olas Blvd
Suite 130-627
Fort Lauderdale, Fl 33301

Calling us at 1-877-386-9926
Emailing us at: privacy@healthinsurancedeadline2018.com

If we need, or are required to, contact you regarding your personal information, we may do so by telephone, email, or mail.

Close

**MENJIVAR ATTACHMENT M**

# Please read these terms and conditions of use before using this site.



The www.healthinsurancedeadline2018.com website ("www.healthinsurancedeadline2018.com" or the "Site") is owned and operated by www.healthinsurancedeadline2018.com. By using this Site, you signify your assent to these Terms of Use ("Terms" or "Agreement"). If you do not agree to all of these Terms, do not use this site.

BY ACCESSING OR USING ANY PART OF THE SITE, YOU AGREE THAT YOU HAVE READ, UNDERSTAND AND AGREE TO BE BOUND BY THIS AGREEMENT. IF YOU DO NOT AGREE TO BE SO BOUND, DO NOT ACCESS OR USE THE SITE. PLEASE READ THESE TERMS CAREFULLY. **THEY CONTAIN A MANDATORY ARBITRATION PROVISION AND CLASS ACTION WAIVER.**

www.healthinsurancedeadline2018.com may revise and update these Terms at any time. Your continued usage of the Site will mean you accept those changes

## Use of the Website

By using the Site, you represent to www.healthinsurancedeadline2018.com that (1) you are authorized to enter into this Agreement and you are at least the age of majority in your state or province of residence; (2) you will not use the Site for any purpose or in any manner that violates any law or regulation or that infringes the rights of www.healthinsurancedeadline2018.com or any third party; (3) any information or data provided to www.healthinsurancedeadline2018.com by you will not violate any law or regulation or infringe the rights of www.healthinsurancedeadline2018.com or any third party; (4) all information that you provide to us in connection with the Site (e.g., name, e-mail address, and other information) is true and accurate; and (5) you are authorized and able to fulfill and perform the obligations and meet the conditions of a user as specified herein. This Agreement provides to you a personal, revocable, limited, non-exclusive, royalty-free, non-sublicenseable, non-transferable license to use the Site conditioned on your continued compliance with the Terms of this Agreement. You may print and download materials and information from the Site solely for your personal use, provided that all hard copies contain all copyright and other applicable notices contained in such materials and information. Notwithstanding the foregoing, you may not modify, translate, decompile, create derivative work(s) of, copy, distribute, disassemble, broadcast, transmit, publish, remove or alter any proprietary notices or labels, license, sublicense, transfer, sell, mirror, frame, exploit, rent, lease, private label, grant a security interest in, or otherwise use the Website in any manner not expressly permitted herein. Specifically, and by way of illustration and not limitation, you may not (a) separate and use any graphics, photographs, or other audio, visual, or video elements from the accompanying text or material without the prior express written permission of www.healthinsurancedeadline2018.com and/or its licensor(s); (b) use any "deep link," "page scrape," "robot," "spider," or other device, program, script, algorithm, or methodology to access, acquire, copy, or monitor any portion of the Site or in any way reproduce or circumvent the navigational structure of the Site to obtain or attempt to obtain any materials, documents, or information through any means not purposely made available through the Site; (c) probe, scan, or test the vulnerability of the Site or any network connected to the Site; (d) use any device, software, or routine to interfere with the proper working of the Site or any transaction conducted on the Site; (e) forge headers, impersonate a person, or otherwise manipulate identifiers in order to disguise your identity or the origin of any message or transmittal you send to www.healthinsurancedeadline2018.com on or through the Site; (f) use the Site to harvest or collect e-mail addresses or other contact information; or (g) use the Site in a manner that could damage, disparage, or otherwise negatively impact www.healthinsurancedeadline2018.com. The licenses granted by www.healthinsurancedeadline2018.com terminate if you do not comply with these Terms.

The material, images, and text on the Site ("Content") is protected by copyright under both United States and foreign laws. Title to the Content remains with www.healthinsurancedeadline2018.com or its licensors. Any use of the Content not expressly permitted by these Terms and Conditions is a breach of this Agreement and may violate copyright, trademark, and other laws. Content and features are subject to change or termination without notice in the editorial discretion of www.healthinsurancedeadline2018.com. All rights not expressly granted herein are reserved to www.healthinsurancedeadline2018.com and its licensors. If you violate any of these Terms, your permission to use the Content automatically terminates and you must immediately destroy any copies you have made of any portion of the Content.

## PRIVACY

Please review our Privacy Policy to understand our practices regarding personal information provided by you, which is incorporated herein by reference.

## Limitation of Liability and Disclaimer of Warranties

The use of the Site and the Content is at your own risk. When using the Site, information will be transmitted over a medium that may be beyond the control and jurisdiction of www.healthinsurancedeadline2018.com and its suppliers. Accordingly, www.healthinsurancedeadline2018.com assumes no liability for or relating to the delay, failure, interruption, or corruption of any data or other information transmitted in connection with use of the Site. The Site and the Content are provided on an "as is" and "as available" basis and may include errors, omissions, or other inaccuracies. MOREOVER, www.healthinsurancedeadline2018.com MAY MAKE MODIFICATIONS ANY/OR CHANGES ON THIS SITE OR IN THE MATERIALS AND INFORMATION AVAILABLE ON THIS SITE AT ANY TIME AND FOR ANY REASON. www.healthinsurancedeadline2018.com MAKES NO REPRESENTATIONS, GUARANTEES, OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE SUITABILITY, COMPLETENESS, TIMELINESS, RELIABILITY, LEGALITY, OR ACCURACY OF THE www.healthinsurancedeadline2018.com SERVICES OR THE INFORMATION, CONTENT, MATERIALS, PRODUCTS, OR OTHER SERVICES, OR INCLUDED ON OR OTHERWISE MADE AVAILABLE ON THE SITE. YOU EXPRESSLY AGREE THAT YOUR USE OF THE SITE IS AT YOUR OWN RISK. TO THE FULLEST EXTENT PERMISSIBLE BY APPLICABLE LAW, www.healthinsurancedeadline2018.com DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT, AND FITNESS FOR PARTICULAR PURPOSE. www.healthinsurancedeadline2018.com DOES NOT WARRANT THAT THE INFORMATION, CONTENT, MATERIALS, PRODUCTS OR OTHER SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE SITE, www.healthinsurancedeadline2018.com's SERVERS, OR ELECTRONIC COMMUNICATIONS SENT FROM www.healthinsurancedeadline2018.com ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. www.healthinsurancedeadline2018.com ALSO MAKES NO REPRESENTATION, GUARANTEE, OR WARRANTY THAT THIS WEBSITE WILL OPERATE ERROR FREE OR IN AN UNINTERRUPTED FASHION.

To the maximum extent permitted by law, in no event shall www.healthinsurancedeadline2018.com, its licensors, its suppliers, or any third parties mentioned on the Site be liable for any damages (including, without limitation, indirect, punitive, special, incidental, or consequential damages, personal injury/wrongful death, lost profits, or damages resulting from lost data or business interruption) resulting from the use of or inability to use the Site or the Content, the delay or inability to use the Site, or from any information, Content, materials, or www.healthinsurancedeadline2018.com services included on or otherwise made available to you through the Site, whether based in contract, tort, strict liability, or otherwise, and whether or not www.healthinsurancedeadline2018.com, its licensors, its suppliers, or any third parties mentioned on the Site have been advised of the possibility of such damages. www.healthinsurancedeadline2018.com, its licensors, its suppliers, or any third parties mentioned on the Site shall be liable only to the extent of actual damages incurred by you, not to exceed U.S. $100. Any claims arising in connection with your use of the Site or any Content must be brought within one (1) year of the date of the event giving rise to such action occurred.

User Submissions

**MENJIVAR ATTACHMENT M**

User Submissions

You agree that you will not upload or transmit any communications or content of any type to the Site that infringe or violate any rights of any party. By submitting communications or content to the Site, you agree that such submission is non-confidential for all purposes. If you make any submission to the Site or if you submit any business information idea, concept or invention to www.healthinsurancedeadline2018.com by email, you automatically grant or warrant that the owner of such content or intellectual property has expressly granted www.healthinsurancedeadline2018.com a royalty-free, perpetual, irrevocable, sublicensable world-wide nonexclusive license to use, reproduce, create derivative works from modify, publish, edit, translate, distribute, perform, and display the communication or content in any media or medium, or any form format, or forum now known or hereafter developed. If you wish to keep any business information, ideas, concepts or inventions private or proprietary, do not submit them to the Site or to www.healthinsurancedeadline2018.com by email

## Advertisements, Searches, and Links to Other Sites

www.healthinsurancedeadline2018.com may provide links to third-party websites. www.healthinsurancedeadline2018.com also may select certain websites as priority responses to search terms you enter and www.healthinsurancedeadline2018.com may agree to allow advertisers to respond to certain search terms with advertisements or sponsored content. obamacareusa.org does not endorse the content on any third-party websites. www.healthinsurancedeadline2018.com is not responsible for the content of linked third-party sites, sites framed within the Site, third-party websites provided as search results, or third-party advertisements, and does not make any representations regarding their content or accuracy. Your use of third-party websites is at your own risk and subject to the terms and conditions of use and privacy policies for such websites

## ELECTRONIC COMMUNICATIONS

When you use the Site, or send e-mails to us, you are communicating with us electronically. You consent to receive communications from us electronically. We will communicate with you by e-mail or by posting notices on or through the Site. You agree that all agreements, notices, disclosures and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing

## MODIFICATIONS

We reserve the right at any time to modify or discontinue the Site (or any part or content thereof) without notice at any time. www.healthinsurancedeadline2018.com may add, modify, or delete any aspect, program, or feature of the Site. We shall not be liable to you or to any third party for any modification, suspension, or discontinuance of the Site

## Data We Collect

### Governing Law

These Terms are governed by the laws of the State of Florida, without respect to its conflict of laws principles

## ARBITRATION

All disputes arising out of or relating to any purchase you make with via this Site, any information you provide via the Site, these Terms (including the formation, performance or alleged breach), and your use of the Site will be exclusively resolved under confidential binding arbitration in accordance with the Rules of the American Arbitration Association ("AAA"), including the AAA's Supplementary Procedures for Consumer-Related Disputes (collectively, the "AAA Rules") then in effect at the time of the dispute

The AAA Rules are available at www.adr.org or by calling 1-800-778-7879. If you initiate arbitration, www.healthinsurancedeadline2018.com will promptly reimburse you for any standard filing fee which may have been required under AAA Rules once you have notified www.healthinsurancedeadline2018.com in writing and provided a copy of the arbitration proceedings. However, if www.healthinsurancedeadline2018.com is the prevailing party in the arbitration, applicable law may allow the arbitrator to award attorneys' fees and costs to www.healthinsurancedeadline2018.com. If for any reason the AAA is unavailable, the parties shall mutually select another arbitration forum. The arbitration will be conducted in the city of Hollywood, Florida, but may proceed telephonically if the claimant so chooses

The arbitrator's award will be binding and may be entered as a judgment in any court of competent jurisdiction. To the fullest extent permitted by applicable law, no arbitration under these Terms may be joined to an arbitration involving any other party subject to these Terms, whether through class arbitration proceedings or otherwise. Notwithstanding the foregoing, we will have the right to seek injunctive or other equitable relief in state or federal court located to enforce these Terms or prevent an infringement of a third party's rights. In the event equitable relief is sought, each party hereby irrevocably submits to the personal jurisdiction of such court

## WAIVER OF CLASS ACTION RIGHTS

ANY DISPUTES ARISING OUT OF OR RELATING TO YOUR USE OF THIS SITE, ANY INFORMATION YOU PROVIDE VIA THE SITE, THESE TERMS (INCLUDING THEIR FORMATION, PERFORMANCE OR ALLEGED BREACH), AND YOUR USE OF THE SITE SHALL BE SUBMITTED INDIVIDUALLY BY YOU, AND SHALL NOT BE SUBJECT TO ANY CLASS ACTION OR REPRESENTATIVE STATUS. BY ENTERING INTO THIS AGREEMENT, YOU HEREBY IRREVOCABLY WAIVE ANY RIGHT YOU MAY HAVE TO JOIN CLAIMS WITH THOSE OF OTHERS or participate as a member of a class of claimants with respect to any claim submitted to arbitration. The parties to this arbitration agreement acknowledge that this class action waiver is material and essential to the arbitration of any disputes between the parties and is nonseverable from the agreement to arbitrate claims. If any portion of this class action waiver is limited, voided, or cannot be enforced, then the parties agreement to arbitrate shall be null and void. YOU UNDERSTAND THAT BY AGREEING TO THIS CLASS ACTION WAIVER, YOU MAY ONLY BRING CLAIMS AGAINST www.healthinsurancedeadline2018.com IN AN INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION OR REPRESENTATIVE PROCEEDING

## Notice and Take Down Procedures; Copyright Agent

If you believe any materials accessible on or from the Site infringe your copyright, you may request removal of those materials (or access thereto) from this web site by contacting www.healthinsurancedeadline2018.com's copyright agent (identified below) and providing the following information

1. Identification of the copyrighted work that you believe to be infringed. Please describe the work, and where possible include a copy or the location (e.g., URL) of an authorized version of the work.
2. A description, in reasonable detail (including the applicable URL) of the material that you believe to be infringing and its location. Please provide us with enough information that will allow us to locate the material.
3. Your name, address, telephone number and (if available) e-mail address
4. A statement that you have a good faith belief that the complained-of use of the materials is not authorized by the copyright owner, its agent, or the law.
5. A statement by you, made under the penalty of perjury, that the information that you have supplied is accurate, and indicating that you are the copyright owner or are authorized to act on the copyright owner's behalf
6. A signature or the electronic equivalent from the copyright holder or authorized representative

**MENJIVAR ATTACHMENT M**

Please send this notice to:

Attn: Health Insurance Services Legal
401 E Las Olas Blvd
Suite 130-627
Fort Lauderdale, Fl 33301
Email: privacy@www.healthinsurancedeadline2018.com

**Complete Agreement**

Except as expressly provided in a particular "legal notice" on the Site or via e-mail from www.healthinsurancedeadline2018.com, this Agreement and the www.healthinsurancedeadline2018.com Privacy Policy constitute the entire agreement between you and www.healthinsurancedeadline2018.com with respect to the use of the Site and Content.

If any provision of this Agreement is found to be invalid by any court having competent jurisdiction, the invalidity of such provision shall not affect the validity of the remaining provisions of this Agreement, which shall remain in full force and effect. No waiver of any of these Terms shall be deemed a further or continuing waiver of such term or condition or any other term or condition.

© 2016 www.healthinsurancedeadline2018.com. All rights reserved.

Close

**MENJIVAR ATTACHMENT M**



MENJIVAR ATTACHMENT M

PX 1
Page 172 of 679

# Menjivar Attachment N





MENJIVAR ATTACHMENT N

# Our Practices Regarding Privacy



American Health Insure, through its www.americanhealthinsure.com website ("Site") is committed to ensuring the privacy and security of each user that visits our website. Your privacy rights are important to us and we are committed to respecting your online privacy and making sure that any information you share with us by using our website is properly protected.

We have established this www.americanhealthinsure.com Privacy Policy so you know the importance we place on your privacy and so you can understand how we collect and use information collected from you when you visit our website or submit any personally identifiable information to us. This policy describes our overall privacy practices regarding information we collect on our web sites and through other Internet mediums. Our policy does not apply to the practices of companies that we do not own or control.

## Data We Collect

When you visit our website, we collect personally identifiable information ("PII") and non-personally identifiable information through various sources. PII means any information that may be used to identify an individual, including but not limited to name, address, and telephone number. Non-PII is data that is not used to specifically identify, contact or locate an individual, including but not limited to zip code, gender, and age.

When you use the Site, we automatically collect certain information from you, such as your browser type (e.g., Internet Explorer, Safari, Chrome); your Internet domain, (e.g., Comcast, Time Warner, etc.); your computer's operating system, (e.g., Windows, Macintosh, UNIX, Linux); referring and exit page; operating system; the type of mobile device you use (if applicable); your mobile device's unique device ID; and your IP address. This information lets us see how users find our Site, and it tells us which pages users visit most frequently so we can make our Site more useful. We keep this information for an indefinite amount of time to improve the operation of our Site and to provide better services to our users.

In addition to the data that your browser or Internet session sends us automatically, we may also collect PII if you enter it when using our website. This contact information is stored on our servers and used to fulfill your information request. If you have not opted out of its use, we may share it with our data licensees, including our advertising clients and their vendors, and other advertising partners.

## How We Use and Share Your Information

We may use the information we collect from and about you for the following purposes: (1) to fulfill your requests for information; (2) to respond to your inquiries; (3) to review Site usage and operations; (4) to address problems with the Site, our business, or our services; (5) to protect the security or integrity of the Site and our business; (6) to monitor the Site for compliance with our Terms of Use and the law; (7) to help improve our Site or services; and (8) to contact you with Site updates, newsletters and other informational and promotional materials from us and third party marketing offers from our trusted partners, as well as from other companies.

We may disclose information collected from and about you as follows: (1) to our related companies and service providers, to perform a business, professional or technical support function for us; (2) to our marketing partners, advertisers or other third parties, who may contact you with their own offers; (3) as necessary if we believe that there has been a violation of our Terms of Use or of our rights or the rights of any third party; (4) to respond to legal process (such as a search warrant, subpoena or court order) and provide information to law enforcement agencies or in connection with an investigation on matters related to public safety, as permitted by law, or otherwise as required by law; and (5) in the event that our company or substantially all of its assets are acquired, your personal information may be one of the transferred assets. We may also disclose your personal information with your express consent. We may share aggregate, non-personally identifiable information about Site users with third parties.

## Third Parties Contacting You

Different advertisers and advertising companies have different methods of following up with you on information requests. Some send brochures in the mail, others reply via email or some may contact you by telephone. By using our service to request information from our advertising clients and advertising partners, you are giving permission to www.americanhealthinsure.com and these parties (or their partners and vendors) to contact you using the methods of their choice, even if the phone number you provide is in a corporate, state, or national do not call list, now or in the future (unless and until you opt-out from receiving communications from us or such partners, as applicable). You are also providing your express consent to be called or texted (including prerecorded messages or using an autodialer or automated means) at the number you provide.

## Cookies

Our websites use cookies (small files containing program code that reside on your computer), to provide usage statistics about our web site, and to understand where visitors learn about our web site. We also may use cookies to simplify the re-entering of your data. You can adjust your browser settings to opt out of the use of cookies by having your browser disable cookies. Look for the cookie options in your browser in the Options or Preferences menu.

Additionally, we use cookies, web beacons, and other technologies to receive and store certain types of information whenever you interact with us through your computer or mobile device on the Site. This information, which may include the pages you visit on our or our partners' sites, which web address you came from, the type of browser/device/hardware you are using, or an IP-based geographic location, helps us recognize you, customize your website experience and make marketing messages more relevant. These companies use non-personally identifiable information (e.g., click stream information, browser type, time and date, hardware/software information) during your visits to this and other websites in order to provide advertisements about goods and services likely to be of greater interest to you. At this time, we do not respond to browser "do not track" signals. However, we may provide you with ways to choose not to have your information collected or used in this way. To learn more about targeted ads or to opt-out of this type of advertising, visit the Network Advertising Initiative website or Digital Advertising Alliance website.

## Opt-Out of Receiving Communications from www.americanhealthinsure.com

You may opt out by contacting us by submitting a "Stop contacting me" request on our Contact Us page; calling us at (877) 386-9926; or sending a letter to:

**MENJIVAR ATTACHMENT N**

Health Insurance Services
401 E Las Olas Blvd.
Suite 130-627
Fort Lauderdale, Fl 33301

## Children's Privacy

We do not direct the Site to, nor do we knowingly collect any PII from any individuals less than thirteen years of age. If you are the parent or guardian and are made aware that a child under the age of 13 has provided us with PII, please contact us.

## Third Party Links

This Site may contain links that direct you to websites owned and operated by other companies. www.americanhealthinsure.com does not control or endorse these websites, and we do not assume any responsibility for the content, privacy policies or practices of any third party websites, which may use cookies and collect PII from you. We recommend that you review the privacy policy posted on any external website before disclosing any PII. Please contact those websites directly if you have any questions about their privacy policies.

## California Privacy Rights

Under California's "Shine the Light" law, we provide a method for consumers to "opt-out" of having their information shared with third-parties. Contact us using the methods described in the "Contact Us" section to unsubscribe.

## Privacy Policy Changes

www.americanhealthinsure.com may change this Privacy Policy at any time. Should we revise this Privacy Policy in the future, we will immediately publish the amended Privacy Policy on our website. We recommend that you check our website frequently to view recent changes or updates.

## Contact Us

We invite you to contact us if you have questions or comments about our Privacy Policy or you want to change the personally identifiable information you have provided to us. You may contact us by:

Sending a letter to:
HEALTH INSURANCE SERVICES
401 E Las Olas Blvd.
Suite 130-627
Fort Lauderdale, Fl 33301

Calling us at 1-877-386-9926
Emailing us at: privacy@americanhealthinsure.com

If we need, or are required to, contact you regarding your personal information, we may do so by telephone, email, or mail.

Close

**MENJIVAR ATTACHMENT N**

# Please read these terms and conditions of use before using this site.



The www.americanhealthinsure.com website ("www.americanhealthinsure.com" or the "Site") is owned and operated by www.americanhealthinsure.com. By using this Site, you signify your assent to these Terms of Use ("Terms" or "Agreement"). If you do not agree to all of these Terms, do not use this site.

BY ACCESSING OR USING ANY PART OF THE SITE, YOU AGREE THAT YOU HAVE READ, UNDERSTAND AND AGREE TO BE BOUND BY THIS AGREEMENT. IF YOU DO NOT AGREE TO BE SO BOUND, DO NOT ACCESS OR USE THE SITE. PLEASE READ THESE TERMS CAREFULLY. **THEY CONTAIN A MANDATORY ARBITRATION PROVISION AND CLASS ACTION WAIVER.**

www.americanhealthinsure.com may revise and update these Terms at any time. Your continued usage of the Site will mean you accept those changes.

## Use of the Website

By using the Site, you represent to www.americanhealthinsure.com that 1) you are authorized to enter into this Agreement and you are at least the age of majority in your state or province of residence; (2) you will not use the Site for any purpose or in any manner that violates any law or regulation or that infringes the rights of www.americanhealthinsure.com or any third party; (3) any information or data provided to www.americanhealthinsure.com by you will not violate any law or regulation or infringe the rights of www.americanhealthinsure.com or any third party; (4) all information that you provide to us in connection with the Site (e.g., name, e-mail address, and other information) is true and accurate; and (5) you are authorized and able to fulfill and perform the obligations and meet the conditions of a user as specified herein. This Agreement provides to you a personal, revocable, limited, non-exclusive, royalty-free, non-sublicenseable, non-transferable license to use the Site conditioned on your continued compliance with the Terms of this Agreement. You may print and download materials and information from the Site solely for your personal use, provided that all hard copies contain all copyright and other applicable notices contained in such materials and information. Notwithstanding the foregoing, you may not modify, translate, decompile, create derivative work(s) of, copy, distribute, disassemble, broadcast, transmit, publish, remove or alter any proprietary notices or labels, license, sublicense, transfer, sell, mirror, frame, exploit, rent, lease, private label, grant a security interest in, or otherwise use the Website in any manner not expressly permitted herein. Specifically, and by way of illustration and not limitation, you may not (a) separate and use any graphics, photographs, or other audio, visual, or video elements from the accompanying text or material without the prior express written permission of www.americanhealthinsure.com and/or its licensor(s); (b) use any "deep link," "page scrape," "robot," "spider," or other device, program, script, algorithm, or methodology to access, acquire, copy, or monitor any portion of the Site or in any way reproduce or circumvent the navigational structure of the Site to obtain or attempt to obtain any materials, documents, or information through any means not purposely made available through the Site; (c) probe, scan, or test the vulnerability of the Site or any network connected to the Site; (d) use any device, software, or routine to interfere with the proper working of the Site or any transaction conducted on the Site; (e) forge headers, impersonate a person, or otherwise manipulate identifiers in order to disguise your identity or the origin of any message or transmittal you send to www.americanhealthinsure.com on or through the Site; (f) use the Site to harvest or collect e-mail addresses or other contact information; or (g) use the Site in a manner that could damage, disparage, or otherwise negatively impact www.americanhealthinsure.com. The licenses granted by www.americanhealthinsure.com terminate if you do not comply with these Terms.

The material, images, and text on the Site ("Content") is protected by copyright under both United States and foreign laws. Title to the Content remains with www.americanhealthinsure.com or its licensors. Any use of the Content not expressly permitted by these Terms and Conditions is a breach of this Agreement and may violate copyright, trademark, and other laws. Content and features are subject to change or termination without notice in the editorial discretion of www.americanhealthinsure.com. All rights not expressly granted herein are reserved to www.americanhealthinsure.com and its licensors. If you violate any of these Terms, your permission to use the Content automatically terminates and you must immediately destroy any copies you have made of any portion of the Content.

## PRIVACY

Please review our Privacy Policy to understand our practices regarding personal information provided by you, which is incorporated herein by reference.

## Limitation of Liability and Disclaimer of Warranties

The use of the Site and the Content is at your own risk. When using the Site, information will be transmitted over a medium that may be beyond the control and jurisdiction of www.americanhealthinsure.com and its suppliers. Accordingly, www.americanhealthinsure.com assumes no liability for or relating to the delay, failure, interruption, or corruption of any data or other information transmitted in connection with use of the Site. The Site and the content are provided on an "as is" and "as available" basis and may include errors, omissions, or other inaccuracies. MOREOVER, www.americanhealthinsure.com MAY MAKE MODIFICATIONS ANY/OR CHANGES ON THIS SITE OR IN THE MATERIALS AND INFORMATION AVAILABLE ON THIS SITE AT ANY TIME AND FOR ANY REASON. www.americanhealthinsure.com MAKES NO REPRESENTATIONS, GUARANTEES, OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE SUITABILITY, COMPLETENESS, TIMELINESS, RELIABILITY, LEGALITY, OR ACCURACY OF THE www.americanhealthinsure.com SERVICES OR THE INFORMATION, CONTENT, MATERIALS, PRODUCTS, OR OTHER SERVICES, OR INCLUDED ON OR OTHERWISE MADE AVAILABLE ON THE SITE. YOU EXPRESSLY AGREE THAT YOUR USE OF THE SITE IS AT YOUR OWN RISK. TO THE FULLEST EXTENT PERMISSIBLE BY APPLICABLE LAW, www.americanhealthinsure.com DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT, AND FITNESS FOR PARTICULAR PURPOSE. www.americanhealthinsure.com DOES NOT WARRANT THAT THE INFORMATION, CONTENT, MATERIALS, PRODUCTS OR OTHER SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE SITE, www.americanhealthinsure.com's SERVERS, OR ELECTRONIC COMMUNICATIONS SENT FROM www.americanhealthinsure.com ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. www.americanhealthinsure.com ALSO MAKES NO REPRESENTATION, GUARANTEE, OR WARRANTY THAT THIS WEBSITE WILL OPERATE ERROR FREE OR IN AN UNINTERRUPTED FASHION.

To the maximum extent permitted by law, in no event shall www.americanhealthinsure.com, its licensors, its suppliers, or any third parties mentioned on the Site be liable for any damages (including, without limitation, indirect, punitive, special, incidental, or consequential damages, personal injury/wrongful death, lost profits, or damages resulting from lost data or business interruption) resulting from the use of or inability to use the Site or the Content, the delay or inability to use the Site, or from any information, Content, materials, or www.americanhealthinsure.com services included on or otherwise made available to you through the Site, whether based in contract, tort, strict liability, or otherwise, and whether or not www.americanhealthinsure.com, its licensors, its suppliers, or any third parties mentioned on the Site have been advised of the possibility of such damages www.americanhealthinsure.com, its licensors, its suppliers, or any third parties mentioned on the Site shall be liable only to the extent of actual damages incurred by you, not to exceed U.S. $100. Any claims arising in connection with your use of the Site or any Content must be brought within one (1) year of the date of the event giving rise to such action occurred.

**MENJIVAR ATTACHMENT N**

## User Submissions

You agree that you will not upload or transmit any communications or content of any type to the Site that infringe or violate any rights of any party. By submitting communications or content to the Site, you agree that such submission is non-confidential for all purposes. If you make any submission to the Site or if you submit any business information, idea, concept or invention to www.americanhealthinsure.com by email, you automatically grant or warrant that the owner of such content or intellectual property has expressly granted www.americanhealthinsure.com a royalty-free, perpetual, irrevocable, sublicensable world-wide nonexclusive license to use, reproduce, create derivative works from, modify, publish, edit, translate, distribute, perform, and display the communication or content in any media or medium, or any form, format, or forum now known or hereafter developed. If you wish to keep any business information, ideas, concepts or inventions private or proprietary, do not submit them to the Site or to www.americanhealthinsure.com by email.

## Advertisements, Searches, and Links to Other Sites

www.americanhealthinsure.com may provide links to third-party websites. www.americanhealthinsure.com also may select certain websites as priority responses to search terms you enter and www.americanhealthinsure.com may agree to allow advertisers to respond to certain search terms with advertisements or sponsored content. obamacareusa.org does not endorse the content on any third-party websites. www.americanhealthinsure.com is not responsible for the content of linked third-party sites, sites framed within the Site, third-party websites provided as search results, or third-party advertisements, and does not make any representations regarding their content or accuracy. Your use of third-party websites is at your own risk and subject to the terms and conditions of use and privacy policies for such websites.

## ELECTRONIC COMMUNICATIONS

When you use the Site, or send e-mails to us, you are communicating with us electronically. You consent to receive communications from us electronically. We will communicate with you by e-mail or by posting notices on or through the Site. You agree that all agreements, notices, disclosures and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

## MODIFICATIONS

We reserve the right at any time to modify or discontinue the Site (or any part or content thereof) without notice at any time. www.americanhealthinsure.com may add, modify, or delete any aspect, program, or feature of the Site. We shall not be liable to you or to any third party for any modification, suspension, or discontinuance of the Site.

## Data We Collect

**Governing Law**

These Terms are governed by the laws of the State of Florida, without respect to its conflict of laws principles.

## ARBITRATION

All disputes arising out of or relating to any purchase you make with via this Site, any information you provide via the Site, these Terms (including the formation, performance or alleged breach), and your use of the Site will be exclusively resolved under confidential binding arbitration in accordance with the Rules of the American Arbitration Association ("AAA"), including the AAA's Supplementary Procedures for Consumer-Related Disputes (collectively, the "AAA Rules") then in effect at the time of the dispute.

The AAA Rules are available at www.adr.org or by calling 1-800-778-7879. If you initiate arbitration, www.americanhealthinsure.com will promptly reimburse you for any standard filing fee which may have been required under AAA Rules once you have notified www.americanhealthinsure.com in writing and provided a copy of the arbitration proceedings. However, if www.americanhealthinsure.com is the prevailing party in the arbitration, applicable law may allow the arbitrator to award attorneys' fees and costs to www.americanhealthinsure.com. If for any reason the AAA is unavailable, the parties shall mutually select another arbitration forum. The arbitration will be conducted in the city of Hollywood, Florida, but may proceed telephonically if the claimant so chooses.

The arbitrator's award will be binding and may be entered as a judgment in any court of competent jurisdiction. To the fullest extent permitted by applicable law, no arbitration under these Terms may be joined to an arbitration involving any other party subject to these Terms, whether through class arbitration proceedings or otherwise. Notwithstanding the foregoing, we will have the right to seek injunctive or other equitable relief in state or federal court located to enforce these Terms or prevent an infringement of a third party's rights. In the event equitable relief is sought, each party hereby irrevocably submits to the personal jurisdiction of such court.

## WAIVER OF CLASS ACTION RIGHTS

ANY DISPUTES ARISING OUT OF OR RELATING TO YOUR USE OF THIS SITE, ANY INFORMATION YOU PROVIDE VIA THE SITE, THESE TERMS (INCLUDING THEIR FORMATION, PERFORMANCE OR ALLEGED BREACH), AND YOUR USE OF THE SITE SHALL BE SUBMITTED INDIVIDUALLY BY YOU, AND SHALL NOT BE SUBJECT TO ANY CLASS ACTION OR REPRESENTATIVE STATUS. BY ENTERING INTO THIS AGREEMENT, YOU HEREBY IRREVOCABLY WAIVE ANY RIGHT YOU MAY HAVE TO JOIN CLAIMS WITH THOSE OF OTHERS or participate as a member of a class of claimants with respect to any claim submitted to arbitration. The parties to this arbitration agreement acknowledge that this class action waiver is material and essential to the arbitration of any disputes between the parties and is nonseverable from the agreement to arbitrate claims. If any portion of this class action waiver is limited, voided, or cannot be enforced, then the parties agreement to arbitrate shall be null and void. YOU UNDERSTAND THAT BY AGREEING TO THIS CLASS ACTION WAIVER, YOU MAY ONLY BRING CLAIMS AGAINST www.americanhealthinsure.com IN AN INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION OR REPRESENTATIVE PROCEEDING.

## Notice and Take Down Procedures; Copyright Agent

If you believe any materials accessible on or from the Site infringe your copyright, you may request removal of those materials (or access thereto) from this web site by contacting www.americanhealthinsure.com's copyright agent (identified below) and providing the following information:

1. Identification of the copyrighted work that you believe to be infringed. Please describe the work, and where possible include a copy or the location (e.g., URL) of an authorized version of the work.

**MENJIVAR ATTACHMENT N**

2. A description, in reasonable detail (including the applicable URL) of the material that you believe to be infringing and its location. Please provide us with enough information that will allow us to locate the material.

3. Your name, address, telephone number and (if available) e-mail address.

4. A statement that you have a good faith belief that the complained-of use of the materials is not authorized by the copyright owner, its agent, or the law.

5. A statement by you, made under the penalty of perjury, that the information that you have supplied is accurate, and indicating that you are the copyright owner or are authorized to act on the copyright owner's behalf.

6. A signature or the electronic equivalent from the copyright holder or authorized representative.

Please send this notice to:

Attn: HEALTH INSURANCE SERVICES
401 E Las Olas Blvd
Suite 130-627
Fort Lauderdale, Fl 33301
Email: privacy@www.americanhealthinsure.com

## Complete Agreement

Except as expressly provided in a particular "legal notice" on the Site or via e-mail from www.americanhealthinsure.com, this Agreement and the www.americanhealthinsure.com Privacy Policy constitute the entire agreement between you and www.americanhealthinsure.com with respect to the use of the Site and Content.

If any provision of this Agreement is found to be invalid by any court having competent jurisdiction, the invalidity of such provision shall not affect the validity of the remaining provisions of this Agreement, which shall remain in full force and effect. No waiver of any of these Terms shall be deemed a further or continuing waiver of such term or condition or any other term or condition.

© 2016 www.americanhealthinsure.com. All rights reserved



**MENJIVAR ATTACHMENT N**

♥ American
Health Insure

CALL NOW TO SPEAK TO A LICENSED AGENT
**(855) 281-8493** ☎

## Contact Us

Fill out the form from below mention or Send Message button, we will respond back to you as soon as we can.

FULL NAME: *

COMPANY NAME: *

EMAIL ADDRESS: *

PHONE NUMBER: *

HOW CAN WE HELP YOU: *

What are you looking for?     ▼

MESSAGE:

EMAIL:
info@americanhealthinsure.com

ADDRESS:
HEALTH INSURANCE SERVICES
401 E Las Olas Blvd
Suite 130-407
Fort Lauderdale, FL 33301

SEND US YOUR MESSAGE

**MENJIVAR ATTACHMENT N**



American
Health Insure

CALL NOW TO SPEAK TO A LICENSED AGENT
**(855) 281-8493** ☎



Fill in this short form and click to get quotes.

After you submit your information one of our licensed agents will contact you with a free quote. Thank you.

GENDER:                                  DATE OF BIRTH:
MALE

HOUSEHOLD SIZE:                          EXPECTED INCOME:

DO YOU HAVE ANY HEALTH CONDITIONS?       ○ YES  ● NO
ARE YOU A SMOKER?                        ○ YES  ● NO

FIRST NAME:                              LAST NAME:

STREET ADDRESS:                          CITY:
                                         Louisville

STATE:                                   ZIP:
Colorado                                 80027

PRIMARY PHONE NUMBER:                    EMAIL ADDRESS:

Get Quotes ▶

**MENJIVAR ATTACHMENT N**

American
Health Insure

CALL NOW TO SPEAK TO A LICENSED AGENT
(855) 281-8493 📞

## Carriers & Partners

Carriers and partner companies include, but are not limited to, the following:

- Accuquote
- Adam Snigel
- Aegis First
- Aegon US Holding Corp.
- Aflac
- Agentra Healthcare
- AHCP
- AIG Direct
- AIO
- AIS
- Akera Healthcare
- Allied
- Allina Health
- Allstate Insurance
- America Direct
- American Family Insurance
- American Fidelity Corp.
- American Financial
- American Life & Health
- American National Insurance
- American Republic Insurance Co.
- American Service Insurance Agency
- Americare Group
- Americas Health Brokers
- Americas Insurance
- Amerigroup
- Ameriprise Financial Group
- Amica Insurance
- Angelic Marketing Group
- Answer Financial
- Anthem BCBS
- Aon Corp.
- Ardent Health Services
- Assurant
- Astonish
- Aviva
- AvMed Inc
- AXA Insurance Group
- Bankers Life and Casualty
- Bankrate Insurance
- Banner Life
- Bantam Connect
- Bayside Insurance
- Blue Cross/Blue Shield Association Companies
- Bolt
- Brightway
- Caitlin Insurance Co.
- Capital District Physicians Health Plan
- Caresource
- Carle Clinic Association
- Centene Corp
- Choice Direct
- Cigna
- Cingroup
- Clearlink
- CNA Insurance
- CO Farm Bureau
- Colonial Life & Accident Insurance Company
- Colorado Bankers
- CommercialInsurance.net
- CommunityCare
- Consaco Life
- Consumer United
- Cotton States Insurance
- Country Companies
- Country Financial
- Coverhound
- CSE
- CUNA Mutual Group
- Dean Health
- Delphi Financial
- Direct General
- DTRIC
- e-TeleQuote Insurance, Inc
- Efinancial
- eHealth
- Electric
- Elephant
- EmblemHealth
- Erie Insurance Company
- Esurance
- Fallon Community Health Plan
- Farm Bureau
- Farmers Insurance
- Fidelity Life

**MENJIVAR ATTACHMENT N**

- Florida Blue
- Forefront Insurance
- Foresters
- Fortegra Insurance
- Fortis
- Freeway Insurance
- GEICO
- Geisinger Insurance
- Generation Life
- Genworth Financial
- GetAuto
- Geoinsured.com
- GHI
- GMAC Insurance
- GoHealth/Norvax
- Golden Outlook
- Golden Rule Insurance Co.
- GoMedigap
- Great West
- GreatAmerican
- Group Health Incorporated
- Guaranteed Benefits
- Guardian Life
- Guide One
- GuidePointe Solutions
- Hanover
- Hartford
- Hartford Fire & Casualty
- Harvard Commonwealth Health Plan
- Hawaii Medical Services Association
- HCC Insurance holdings
- Health and Life Plans of America
- Health Benefits One
- Health Care Service Corp
- Health Choice One
- Health Insurance for Everyone
- Health Insurance Services
- Health Markets
- Health Now New York Inc
- Health Option One
- Health Partners of Philadelphia Inc
- HealthCare Advisors
- HealthCare Alternatives
- Healthcare Direct
- HealthCare Solutions Team
- HealthNet
- HealthPlanOne
- HealthPlus of Michigan
- HealthSpring
- Henry Ford Health System
- Highmark
- Hill - Starr Insurance
- HIP Insurance
- Hiscox
- HomeInsurance.com
- Horace Mann
- Hospital Services Association of NEPA
- HPO
- HRBE Insurance
- Humana
- iCan Benefit Group
- IHC Health Plans
- IMO
- Independence Blue Cross
- Independent Carriers
- Independent Health Association
- Infinity Insurance
- ING US Life
- InsideResponse (Allied Insurance Partners)
- Insphere Insurance Solutions
- Insurance Central
- Insurance Services
- InsuranceOnly
- InsuranceQuotes.com
- insureMe
- Insweb
- IntelliQuote
- Jackson National Life
- John Hancock
- Kaiser Permanente
- Kaleida Health
- Kanopy
- Kemper
- Knights of Columbus
- Level One Health Group
- Liberty Mutual Insurance Company
- Liberty National
- LifeLine Direct
- Lifetime Healthcare
- Lighthouse Insurance Group
- Lincoln National
- Louisiana Health Services
- M Plan Inc
- Managed Health Inc
- MAPRE
- Massachusetts Mutual
- Medical Card System Inc

**MENJIVAR ATTACHMENT N**

- Tryton
- Tufts Associates HMO Inc.
- TWG
- TX Insurance
- TZ Insurance Solutions LLC
- Ucard
- United Rightmed
- United Medicare
- United Teacher Associates Ins Co
- UnitedHealth Group
- UnitedHealthcare/UnitedHealthOne
- Unitrin Direct
- Universal American Financial Corp
- Universal Health Care
- University Health Care Inc
- UnumProvident Corp.
- UPMC Health System
- US Financial Life
- USAA.
- USHEALTH Group
- USInsuranceOnline
- Vanguard Health Ventures
- VelaPoint Personal Insurance
- WEA Inc
- WellCare Health Plans
- WellPoint
- Western & Southern Life
- Western Mutual
- XLHealth
- Zurich

**MENJIVAR ATTACHMENT N**

PX 1
Page 185 of 679

# Menjivar Attachment O



**CALL US TODAY!**
**(888) 883-1831**

# We care about your health!

**FAST - EASY - NO OBLIGATION**

What is your zip code?

80027   **FREE QUOTE**

Trump Care Quotes is an independent
marketplace for healthcare consumers. We're not
a government website.

UnitedHealthOne   **Anthem**   Cigna   **FIDELITY** LIFE

---

## 3 Step Process

Getting insured with Trump Care Quotes is a simple process where one of our agents takes the time to find the best plan for your needs

**LEARN MORE**

1   **STEP 01**
    Enter you zip code. We need your zip code in order to search for the best health insurance plans in your area.

2   **STEP 02**
    Complete Short Form. In order for us to find the best plan for you we need to get to know you a little better.

3   **STEP 03**
    Speak to a licensed agent. After you submit your information to us one of our licensed agents will review your information and get back to you with the best plan for you needs.

---



## Health Insurance for Smart People

Trump Care Quotes makes quality insurance easy and affordable. Rock solid, dependable coverage without the hassle, without breaking the bank. Which is exactly what smart people want.

Trump Care Quotes has partnered with the nation's leading insurance carriers to offer plans that provide exceptional coverage, protection, and value at affordable prices. You'll get a personalized plan that works for you, no matter where in life you are, no matter what your situation may be.

## Advantages of using our plans

✓ Fast Free Quote
✓ Save Time and Tons of Money
✓ Plans from the Nation's Leading Carriers
✓ Low Affordable Premiums
✓ Prescription Drug Coverage

## Free Quotes. Expert Advice. No Obligation.

Simply enter your zip code above to begin. Whether you are eligible for income based subsidies or not, interested in shopping on a state or federal exchange or not, we can help. And what's more, our service is 100% free to you

Please be aware that neither trumpcarequotes.com nor the agents who contact you are representatives of the federal or state government. The health quotes they offer you may include a mix or mixture of state and federal exchange plans along with private health plans. Not every consumer is eligible for health insurance subsidies, and the agent you speak with will help you determine your eligibility.

**LEARN MORE**

**MENJIVAR ATTACHMENT O**

MENJIVAR ATTACHMENT O





TRUMP CARE QUOTES

Call now to speak to an agent
**(888) 883-1831**

**Click on 2 or more of the providers below for instant quotes.**

☆ agile Health Insurance — Get Your Quote

**Apply Online for Health Insurance in Minutes**
- Many health plan options under $99/month
- Choose any doctor & hospital
- Easy online application $ cancel any time

COMPARE RATES **Get Quote** — Click for free quote

☆ National Family — Get Your Quote

**#1 Florida Health Insurance Site**

National Family is the most trusted Health Insurance Site in America. Use or safe & secure process to find an affordable medical plan in Florida USA!

COMPARE RATES **Get Quote** — Click for free quote

3. Individual Health Quotes

**Health Coverage for 2018 - (Florida Residents Only)**
- Call (855) 460-5807 to Speak with a Licensed Agent!
- Shop Blue Cross, Aetna, Cigna, Humana, United Healthcare and More.
- Compare Quotes & Plans Online
- Always 100% Free - No Obligation To Buy

**GO** — Click for free quote

4. GoHealth

**Top Health Insurance for 2018 - From $45/Month**
- Shop Blue Cross, Aetna, Cigna, Humana, Kaiser United & More
- Don't Wait - You May Qualify For Lower Rates!
- Highly Experienced Agents Are Available To Help
- (Florida Residents Only)

**GO** — Click for free quote

5. QuoteHealth

**Blue Cross Plans From $9/Week!**
- Compare Lowest Rates From Top Providers Such As Blue Cross, Aetna & UnitedHealth!
- Over 3 Million People Have Found Savings
- Get FREE Quotes From An Independents Licensed Agent
- Do not miss Out On These Special Rates!

**GO** — Click for free quote

6.

**2018 Affordable Health Insurance in Florida**
- Our Experts Have Collected the Best Plans from $29/m
- See Lowest Rates in FL Now!
- Save Time & Money with Free Insurance Quotes
- Choose Subsidy Eligible & Private Plans

**GO** — Click for free quote

7. Care.org

**2018 Health Insurance for Hollywood, FL**
- Find Quotes for Personalized Plans in 33021
- Check Eligibility for Subsidies & Find Plans With & Without
- Choose Your Coverage, Deductible, & Premium
- Our Featured Plans® Product Will Match You With the Top Plans Available

**GO** — Click for free quote

**MENJIVAR ATTACHMENT O**

Trump Care Quotes | Privacy Health Care | Medicare quotes | https://trumpcarequotes.com/privacy-policy/



Call now to speak to an agent
# (888) 883-1831



PX 1
Page 189-1679

# Our Practices Regarding Privacy

Trump Care Quotes, through its www.trumpcarequotes.com website ("Site") is committed to ensuring the privacy and security of each user that visits our website. Your privacy rights are important to us and we are committed to respecting your online privacy and making sure that any information you share with us by using our website is properly protected.

We have established this www.trumpcarequotes.com Privacy Policy so you know the importance we place on your privacy and so you can understand how we collect and use information collected from you when you visit our website or submit any personally identifiable information to us. This policy describes our overall privacy practices regarding information we collect on our web sites and through other Internet mediums. Our policy does not apply to the practices of companies that we do not own or control.

## Data We Collect

When you visit our website, we collect personally identifiable information ("PII") and non-personally identifiable information through various sources. PII means any information that may be used to identify an individual, including but not limited to name, address, and telephone number. Non-PII is data that is not used to specifically identify, contact or locate an individual, including but not limited to zip code, gender, and age.

When you use the Site, we automatically collect certain information from you, such as your browser type (e.g., Internet Explorer, Safari, Chrome); your Internet domain, (e.g., Comcast, Time Warner, etc.); your computer's operating system, (e.g., Windows, Macintosh, UNIX, Linux); referring and exit page; operating system; the type of mobile device you use (if applicable); your mobile device's unique device ID; and your IP address. This information lets us see how users find our Site, and it tells us which pages users visit most frequently so we can make our Site more useful. We keep this information for an indefinite amount of time to improve the operation of our Site and to provide better services to our users.

In addition to the data that your browser or Internet session sends us automatically, we may also collect PII if you enter it when using our website. This contact information is stored on our servers and used to fulfill your information request. If you have not opted out of its use, we may share it with our data licensees, including our advertising clients

MENJIVAR ATTACHMENT O
3/19/2018, 1:38 PM

Trump Care Quotes | About and Other Medical Quotes https://trumpcarequotes.com/privacy-policy/

PX 1

Page 190 of 679

and their vendors, and other advertising partners.

## How We Use and Share Your Information

We may use the information we collect from and about you for the following purposes: (1) to fulfill your requests for information; (2) to respond to your inquiries; (3) to review Site usage and operations; (4) to address problems with the Site, our business, or our services; (5) to protect the security or integrity of the Site and our business; (6) to monitor the Site for compliance with our Terms of Use and the law; (7) to help improve our Site or services; and (8) to contact you with Site updates, newsletters and other informational and promotional materials from us and third party marketing offers from our trusted partners, as well as from other companies.

We may disclose information collected from and about you as follows: (1) to our related companies and service providers, to perform a business, professional or technical support function for us; (2) to our marketing partners, advertisers or other third parties, who may contact you with their own offers; (3) as necessary if we believe that there has been a violation of our Terms of Use or of our rights or the rights of any third party; (4) to respond to legal process (such as a search warrant, subpoena or court order) and provide information to law enforcement agencies or in connection with an investigation on matters related to public safety, as permitted by law, or otherwise as required by law; and (5) in the event that our company or substantially all of its assets are acquired, your personal information may be one of the transferred assets. We may also disclose your personal information with your express consent. We may share aggregate, non-personally identifiable information about Site users with third parties.

## Third Parties Contacting You

Different advertisers and advertising companies have different methods of following up with you on information requests. Some send brochures in the mail, others reply via email or some may contact you by telephone. By using our service to request information from our advertising clients and advertising partners, you are giving permission to www.trumpcarequotes.com and these parties (or their partners and vendors) to contact you using the methods of their choice, even if the phone number you provide is in a corporate, state, or national do not call list, now or in the future (unless and until you opt-out from receiving communications from us or such partners, as applicable). You are also providing your express consent to be called or texted (including prerecorded messages or using an autodialer or automated means) at the number you provide.

## Cookies

Our websites use cookies (small files containing program code that reside on your computer), to provide usage statistics about our web site, and to understand where visitors learn about our web site. We also may use cookies to simplify the re-entering of your data. You can adjust your browser settings to opt out of the use of cookies by

MENJIVAR ATTACHMENT O

having your browser disable cookies. Look for the cookie options in your browser in the Options or Preferences menu.

Additionally, we use cookies, web beacons, and other technologies to receive and store certain types of information whenever you interact with us through your computer or mobile device on the Site. This information, which may include the pages you visit on our or our partners' sites, which web address you came from, the type of browser/device/hardware you are using, or an IP-based geographic location, helps us recognize you, customize your website experience and make marketing messages more relevant. These companies use non-personally identifiable information (e.g., click stream information, browser type, time and date, hardware/software information) during your visits to this and other websites in order to provide advertisements about goods and services likely to be of greater interest to you. At this time, we do not respond to browser "do not track" signals. However, we may provide you with ways to choose not to have your information collected or used in this way. To learn more about targeted ads or to opt-out of this type of advertising, visit the Network Advertising Initiative website or Digital Advertising Alliance website.

## Opt-Out of Receiving Communications from www.trumpcarequotes.com

You may opt out by contacting us by submitting a "Stop contacting me" request on our Contact Us page; calling us at (877) 386-9926; or sending a letter to:

Health Insurance Services Legal
401 E Las Olas Blvd.
Suite 130-627
Fort Lauderdale, Fl 33301

## Children's Privacy

We do not direct the Site to, nor do we knowingly collect any PII from any individuals less than thirteen years of age. If you are the parent or guardian and are made aware that a child under the age of 13 has provided us with PII, please contact us.

## Third Party Links

This Site may contain links that direct you to websites owned and operated by other companies. www.trumpcarequotes.com does not control or endorse these websites, and we do not assume any responsibility for the content, privacy policies or practices of any third party websites, which may use cookies and collect PII from you. We recommend that you review the privacy policy posted on any external website before disclosing any PII. Please contact those websites directly if you have any questions about their privacy policies.

**MENJIVAR ATTACHMENT O**

3/19/2018, 1:38 PM

# California Privacy Rights

Under California's "Shine the Light" law, we provide a method for consumers to "opt-out" of having their information shared with third-parties. Contact us using the methods described in the "Contact Us" section to unsubscribe.

## Privacy Policy Changes

www.trumpcarequotes.com may change this Privacy Policy at any time. Should we revise this Privacy Policy in the future, we will immediately publish the amended Privacy Policy on our website. We recommend that you check our website frequently to view recent changes or updates.

## Contact Us

We invite you to contact us if you have questions or comments about our Privacy Policy or you want to change the personally identifiable information you have provided to us. You may contact us by:

Sending a letter to:
Health Insurance Services Legal
401 E Las Olas Blvd.
Suite 130-627
Fort Lauderdale, Fl 33301

Calling us at 1-877-386-9926
Emailing us at: privacy@trumpcarequotes.com

If we need, or are required to, contact you regarding your personal information, we may do so by telephone, email, or mail.

## **CLOSE**

**MENJIVAR ATTACHMENT O**
3/19/2018, 1:38 PM

Copyright ©Trump Care Quotes,
All rights reserved.

401 E Las Olas Blvd. Suite
130-627 Fort Lauderdale, Fl 33301

Privacy Policy (../privacy-policy) | Terms of Use (../terms-of-use) | Contact Us (../contact-us)

---

Trump Care Quotes is an independent marketplace for healthcare consumers. We're not a government website. For information on Affordable Care Act, please visit Healthcare.gov.

**MENJIVAR ATTACHMENT O**
3/19/2018, 1:38 PM

Trump Care Quotes - Trumpcarequotes.com Medical Insurance                                              http://trumpcarequotes.com/terms-of-use/
PX 1
Page 194 of 679



Call now to speak to an agent
(888) 883-1831



# Please read these terms and conditions of use before using this site.

The www.trumpcarequotes.com website ("www.trumpcarequotes.com" or the "Site") is owned and operated by www.trumpcarequotes.com. By using this Site, you signify your assent to these Terms of Use ("Terms" or "Agreement"). If you do not agree to all of these Terms, do not use this site.

BY ACCESSING OR USING ANY PART OF THE SITE, YOU AGREE THAT YOU HAVE READ, UNDERSTAND AND AGREE TO BE BOUND BY THIS AGREEMENT. IF YOU DO NOT AGREE TO BE SO BOUND, DO NOT ACCESS OR USE THE SITE. PLEASE READ THESE TERMS CAREFULLY. **THEY CONTAIN A MANDATORY ARBITRATION PROVISION AND CLASS ACTION WAIVER.**

www.trumpcarequotes.com may revise and update these Terms at any time. Your continued usage of the Site will mean you accept those changes.

## Use of the Website

By using the Site, you represent to www.trumpcarequotes.com that 1) you are authorized to enter into this Agreement and you are at least the age of majority in your state or province of residence; (2) you will not use the Site for any purpose or in any manner that violates any law or regulation or that infringes the rights of www.trumpcarequotes.com or any third party; (3) any information or data provided to www.trumpcarequotes.com by you will not violate any law or regulation or infringe the rights of www.trumpcarequotes.com or any third party; (4) all information that you provide to us in connection with the Site (e.g., name, e-mail address, and other information) is true and accurate; and (5) you are authorized and able to fulfill and perform the obligations and meet the conditions of a user as specified herein. This Agreement provides to you a personal, revocable, limited, non-exclusive, royalty-free, non-sublicenseable, non-transferable license to use the Site conditioned on your continued compliance with the Terms of this Agreement. You may print and download materials and information from the Site solely for your personal use, provided that all hard copies contain all copyright and other applicable notices contained in such materials and information. Notwithstanding the foregoing, you may not modify, translate, decompile, create derivative work(s) of, copy, distribute, disassemble, broadcast, transmit, publish, remove or alter any proprietary notices or labels, license,

MENJIVAR ATTACHMENT O

3/19/2018, 1:39 PM

sublicense, transfer, sell, mirror, frame, exploit, rent, lease, private label, grant a security interest in, or otherwise use the Website in any manner not expressly permitted herein. Specifically, and by way of illustration and not limitation, you may not (a) separate and use any graphics, photographs, or other audio, visual, or video elements from the accompanying text or material without the prior express written permission of www.trumpcarequotes.com and/or its licensor(s); (b) use any "deep link," "page scrape," "robot," "spider," or other device, program, script, algorithm, or methodology to access, acquire, copy, or monitor any portion of the Site or in any way reproduce or circumvent the navigational structure of the Site to obtain or attempt to obtain any materials, documents, or information through any means not purposely made available through the Site; (c) probe, scan, or test the vulnerability of the Site or any network connected to the Site; (d) use any device, software, or routine to interfere with the proper working of the Site or any transaction conducted on the Site; (e) forge headers, impersonate a person, or otherwise manipulate identifiers in order to disguise your identity or the origin of any message or transmittal you send to www.trumpcarequotes.com on or through the Site; (f) use the Site to harvest or collect e-mail addresses or other contact information; or (g) use the Site in a manner that could damage, disparage, or otherwise negatively impact www.trumpcarequotes.com. The licenses granted by www.trumpcarequotes.com terminate if you do not comply with these Terms.

The material, images, and text on the Site ("Content") is protected by copyright under both United States and foreign laws. Title to the Content remains with www.trumpcarequotes.com or its licensors. Any use of the Content not expressly permitted by these Terms and Conditions is a breach of this Agreement and may violate copyright, trademark, and other laws. Content and features are subject to change or termination without notice in the editorial discretion of www.trumpcarequotes.com. All rights not expressly granted herein are reserved to www.trumpcarequotes.com and its licensors. If you violate any of these Terms, your permission to use the Content automatically terminates and you must immediately destroy any copies you have made of any portion of the Content.

## PRIVACY

Please review our Privacy Policy to understand our practices regarding personal information provided by you, which is incorporated herein by reference.

## Limitation of Liability and Disclaimer of Warranties

The use of the Site and the Content is at your own risk. When using the Site, information will be transmitted over a medium that may be beyond the control and jurisdiction of www.trumpcarequotes.com and its suppliers. Accordingly, www.trumpcarequotes.com assumes no liability for or relating to the delay, failure, interruption, or corruption of any data or other information transmitted in connection with use of the Site. The Site and the content are provided on an "as is" and "as

MENJIVAR ATTACHMENT O

3/19/2018, 1:39 PM

available" basis and may include errors, omissions, or other inaccuracies. MOREOVER, www.trumpcarequotes.com MAY MAKE MODIFICATIONS ANY/OR CHANGES ON THIS SITE OR IN THE MATERIALS AND INFORMATION AVAILABLE ON THIS SITE AT ANY TIME AND FOR ANY REASON. www.trumpcarequotes.com MAKES NO REPRESENTATIONS, GUARANTEES, OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE SUITABILITY, COMPLETENESS, TIMELINESS, RELIABILITY, LEGALITY, OR ACCURACY OF THE www.trumpcarequotes.com SERVICES OR THE INFORMATION, CONTENT, MATERIALS, PRODUCTS, OR OTHER SERVICES, OR INCLUDED ON OR OTHERWISE MADE AVAILABLE ON THE SITE. YOU EXPRESSLY AGREE THAT YOUR USE OF THE SITE IS AT YOUR OWN RISK. TO THE FULLEST EXTENT PERMISSIBLE BY APPLICABLE LAW, www.trumpcarequotes.com DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT, AND FITNESS FOR PARTICULAR PURPOSE. www.trumpcarequotes.com DOES NOT WARRANT THAT THE INFORMATION, CONTENT, MATERIALS, PRODUCTS OR OTHER SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE SITE, www.trumpcarequotes.com's SERVERS, OR ELECTRONIC COMMUNICATIONS SENT FROM www.trumpcarequotes.com ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. www.trumpcarequotes.com ALSO MAKES NO REPRESENTATION, GUARANTEE, OR WARRANTY THAT THIS WEBSITE WILL OPERATE ERROR FREE OR IN AN UNINTERRUPTED FASHION.

To the maximum extent permitted by law, in no event shall www.trumpcarequotes.com, its licensors, its suppliers, or any third parties mentioned on the Site be liable for any damages (including, without limitation, indirect, punitive, special, incidental, or consequential damages, personal injury/wrongful death, lost profits, or damages resulting from lost data or business interruption) resulting from the use of or inability to use the Site or the Content, the delay or inability to use the Site, or from any information, Content, materials, or www.trumpcarequotes.com services included on or otherwise made available to you through the Site, whether based in contract, tort, strict liability, or otherwise, and whether or not www.trumpcarequotes.com, its licensors, its suppliers, or any third parties mentioned on the Site have been advised of the possibility of such damages www.trumpcarequotes.com, its licensors, its suppliers, or any third parties mentioned on the Site shall be liable only to the extent of actual damages incurred by you, not to exceed U.S. $100. Any claims arising in connection with your use of the Site or any Content must be brought within one (1) year of the date of the event giving rise to such action occurred.

## User Submissions

You agree that you will not upload or transmit any communications or content of any type to the Site that infringe or violate any rights of any party. By submitting communications or content to the Site, you agree that such submission is non-confidential for all purposes. If you make any submission to the Site or if you submit

any business information, idea, concept or invention to www.trumpcarequotes.com by email, you automatically grant-or warrant that the owner of such content or intellectual property has expressly granted www.trumpcarequotes.com a royalty-free, perpetual, irrevocable, sublicensable world-wide nonexclusive license to use, reproduce, create derivative works from, modify, publish, edit, translate, distribute, perform, and display the communication or content in any media or medium, or any form, format, or forum now known or hereafter developed. If you wish to keep any business information, ideas, concepts or inventions private or proprietary, do not submit them to the Site or to www.trumpcarequotes.com by email.

## Advertisements, Searches, and Links to Other Sites

www.trumpcarequotes.com may provide links to third-party websites. www.trumpcarequotes.com also may select certain websites as priority responses to search terms you enter and www.trumpcarequotes.com may agree to allow advertisers to respond to certain search terms with advertisements or sponsored content. obamacareusa.org does not endorse the content on any third-party websites. www.trumpcarequotes.com is not responsible for the content of linked third-party sites, sites framed within the Site, third-party websites provided as search results, or third-party advertisements, and does not make any representations regarding their content or accuracy. Your use of third-party websites is at your own risk and subject to the terms and conditions of use and privacy policies for such websites.

## ELECTRONIC COMMUNICATIONS

When you use the Site, or send e-mails to us, you are communicating with us electronically. You consent to receive communications from us electronically. We will communicate with you by e-mail or by posting notices on or through the Site. You agree that all agreements, notices, disclosures and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

## MODIFICATIONS

We reserve the right at any time to modify or discontinue the Site (or any part or content thereof) without notice at any time. www.trumpcarequotes.com may add, modify, or delete any aspect, program, or feature of the Site. We shall not be liable to you or to any third party for any modification, suspension, or discontinuance of the Site.

## Data We Collect

**Governing Law**
These Terms are governed by the laws of the State of Florida, without respect to its conflict of laws principles.

MENJIVAR ATTACHMENT O

3/19/2018, 1:39 PM

Trump Care Quotes · Decide · Be Smart · Get Quoted · Terms of Use   http://trumpcarequotes.com/terms-of-use/
PX 1
Page 198 of 679

# ARBITRATION

All disputes arising out of or relating to any purchase you make with via this Site, any information you provide via the Site, these Terms (including the formation, performance or alleged breach), and your use of the Site will be exclusively resolved under confidential binding arbitration in accordance with the Rules of the American Arbitration Association ("AAA"), including the AAA's Supplementary Procedures for Consumer-Related Disputes (collectively, the "AAA Rules") then in effect at the time of the dispute.

The AAA Rules are available at www.adr.org or by calling 1-800-778-7879. If you initiate arbitration, www.trumpcarequotes.com will promptly reimburse you for any standard filing fee which may have been required under AAA Rules once you have notified www.trumpcarequotes.com in writing and provided a copy of the arbitration proceedings. However, if www.trumpcarequotes.com is the prevailing party in the arbitration, applicable law may allow the arbitrator to award attorneys' fees and costs to www.trumpcarequotes.com. If for any reason the AAA is unavailable, the parties shall mutually select another arbitration forum. The arbitration will be conducted in the city of Hollywood, Florida, but may proceed telephonically if the claimant so chooses.

The arbitrator's award will be binding and may be entered as a judgment in any court of competent jurisdiction. To the fullest extent permitted by applicable law, no arbitration under these Terms may be joined to an arbitration involving any other party subject to these Terms, whether through class arbitration proceedings or otherwise. Notwithstanding the foregoing, we will have the right to seek injunctive or other equitable relief in state or federal court located to enforce these Terms or prevent an infringement of a third party's rights. In the event equitable relief is sought, each party hereby irrevocably submits to the personal jurisdiction of such court.

# WAIVER OF CLASS ACTION RIGHTS

ANY DISPUTES ARISING OUT OF OR RELATING TO YOUR USE OF THIS SITE, ANY INFORMATION YOU PROVIDE VIA THE SITE, THESE TERMS (INCLUDING THEIR FORMATION, PERFORMANCE OR ALLEGED BREACH), AND YOUR USE OF THE SITE SHALL BE SUBMITTED INDIVIDUALLY BY YOU, AND SHALL NOT BE SUBJECT TO ANY CLASS ACTION OR REPRESENTATIVE STATUS. BY ENTERING INTO THIS AGREEMENT, YOU HEREBY IRREVOCABLY WAIVE ANY RIGHT YOU MAY HAVE TO JOIN CLAIMS WITH THOSE OF OTHERS or participate as a member of a class of claimants with respect to any claim submitted to arbitration. The parties to this arbitration agreement acknowledge that this class action waiver is material and essential to the arbitration of any disputes between the parties and is nonseverable from the agreement to arbitrate claims. If any portion of this class action waiver is limited, voided, or cannot be enforced, then the parties agreement to arbitrate shall be null and void. YOU UNDERSTAND THAT BY AGREEING TO THIS CLASS ACTION WAIVER, YOU MAY ONLY

**MENJIVAR ATTACHMENT O**
3/19/2018, 1:39 PM

BRING CLAIMS AGAINST www.trumpcarequotes.com IN AN INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION OR REPRESENTATIVE PROCEEDING.

## Notice and Take Down Procedures; Copyright Agent

If you believe any materials accessible on or from the Site infringe your copyright, you may request removal of those materials (or access thereto) from this web site by contacting www.trumpcarequotes.com's copyright agent (identified below) and providing the following information:

1. Identification of the copyrighted work that you believe to be infringed. Please describe the work, and where possible include a copy or the location (e.g., URL) of an authorized version of the work.
2. A description, in reasonable detail (including the applicable URL) of the material that you believe to be infringing and its location. Please provide us with enough information that will allow us to locate the material.
3. Your name, address, telephone number and (if available) e-mail address.
4. A statement that you have a good faith belief that the complained-of use of the materials is not authorized by the copyright owner, its agent, or the law.
5. A statement by you, made under the penalty of perjury, that the information that you have supplied is accurate, and indicating that you are the copyright owner or are authorized to act on the copyright owner's behalf.
6. A signature or the electronic equivalent from the copyright holder or authorized representative.

Please send this notice to:

Attn: Health Insurance Services Legal
401 E Las Olas Blvd.
Suite 130-627
Fort Lauderdale, Fl 33301
Email: privacy@www.trumpcarequotes.com

## Complete Agreement

Except as expressly provided in a particular "legal notice" on the Site or via e-mail from www.trumpcarequotes.com, this Agreement and the www.trumpcarequotes.com Privacy Policy constitute the entire agreement between you and www.trumpcarequotes.com with respect to the use of the Site and Content.

If any provision of this Agreement is found to be invalid by any court having competent jurisdiction, the invalidity of such provision shall not affect the validity of the remaining provisions of this Agreement, which shall remain in full force and effect. No waiver of any of these Terms shall be deemed a further or continuing waiver

MENJIVAR ATTACHMENT O
3/19/2018, 1:39 PM

of such term or condition or any other term or condition.

© 2016 www.trumpcarequotes.com, All rights reserved.

## <u>C L O S E</u>

Copyright ©Trump Care Quotes, All rights reserved.

401 E Las Olas Blvd. Suite 130-627 Fort Lauderdale, Fl 33301

<u>Privacy Policy (../privacy-policy)</u> | <u>Terms of Use (../terms-of-use)</u> | <u>Contact Us (../contact-us)</u>

Trump Care Quotes is an independent marketplace for healthcare consumers. We're not a government website. For information on Affordable Care Act, please visit Healthcare.gov.

**MENJIVAR ATTACHMENT O**

3/19/2018, 1:39 PM



Call now to speak to an agent
**(888) 883-1831** 

## Contact Us

Fill out the short form below then click Send Message button. We will respond back to you as soon as we can.

FULL NAME *

COMPANY NAME *

EMAIL ADDRESS *

PHONE NUMBER *

HOW CAN WE HELP YOU *

What are you looking for?                    *

MESSAGE

**EMAIL:**
info@trumpcarequotes.com

**ADDRESS:**
Health Insurance Services
401 E Las Olas Blvd
Suite 130-527
Fort Lauderdale, Fl 33301

**SEND US YOUR MESSAGE**

Trump Care Quotes is an independent marketing entity. Healthcare insurance. We are not a government agency or affiliated with the Affordable Care Act or any healthcare.gov.

**MENJIVAR ATTACHMENT O**



Call now to speak to an agent
**(888) 883-1831** 

## Fill in this short health form and click submit.

After you submit your information, one of our licensed agents will contact you with a free quote. Thank you!

GENDER

DATE OF BIRTH

HOUSEHOLD SIZE

EXPECTED INCOME

DO YOU HAVE ANY HEALTH CONDITIONS?    ○ YES   ● NO

ARE YOU A SMOKER?    ○ YES   ● NO

FIRST NAME

LAST NAME

STREET ADDRESS

CITY
Louisville

STATE
Colorado

ZIP
80027

PRIMARY PHONE NUMBER

EMAIL ADDRESS

By clicking 'submit' I provide my signature, expressly authorizing Trump Care Quotes or one of these partners to contact me at the number and address provided with insurance quotes or to obtain additional information for such purpose via live prerecorded or auto dialed calls, text messages or email. I understand that my signature is not a condition of purchasing any property, goods or services and that I may revoke my consent at any time.

To speak directly to a representative for a quote please call mango insurance now at 1-877-394-4920. By using this form, you agree to the terms of our **Privacy Policy.**

**SUBMIT ▶**

MENJIVAR ATTACHMENT O



Call now to speak to an agent
**(888) 883-1831** 

## Carriers & Partners

Carriers and partner companies include, but are not limited to, the following:

- Accuquote
- Adam Seigel
- Aegis First
- Aegon US Holding Corp
- Aflac
- Agentra Healthcare
- AHCP
- AIG Direct
- AIO
- AIS
- Aliera Healthcare
- Allied
- Allina Health
- Allstate Insurance
- America Direct
- American Family Insurance
- American Fidelity Corp.
- American Financial
- American Life & Health
- American National Insurance
- American Republic Insurance Co
- American Service Insurance Agency
- Americare Group
- Americas Health Brokers
- Americas Insurance
- Amerigroup
- Ameriprise Financial Group
- Amica Insurance
- Angelic Marketing Group
- Answer Financial
- Anthem BCBS
- Aon Corp
- Ardent Health Services
- Assurant
- Astonish
- Aviva
- AvMed Inc
- AXA Insurance Group
- Bankers Life and Casualty
- Bankrate Insurance
- Banner Life
- Bantam Connect
- Bayside Insurance
- Blue Cross/Blue Shield Association Companies
- Bolt
- Brightway
- Caitlin Insurance Co
- Capital District Physicians Health Plan
- Caresource
- Carle Clinic Association
- Centene Corp.
- Choice Direct
- Cigna
- Citigroup
- Clearlink
- CNA Insurance
- CO Farm Bureau
- Colonial Life & Accident Insurance Company
- Colorado Bankers
- CommercialInsurance.net
- CommunityCare
- Conseco Life
- Consumer United
- Cotton States Insurance
- Country Companies
- Country Financial
- CoverHound
- CSE
- CUNA Mutual Group
- Dean Health
- Delphi Financial
- Direct General
- DTRIC
- e-TeleQuote Insurance, Inc.
- EBnancial
- eHealth
- Electric
- Elephant
- EmblemHealth
- Erie Insurance Company
- Esurance
- Fallon Community Health Plan
- Farm Bureau
- Farmers Insurance
- Fidelity Life
- Florida Blue
- Forefront Insurance
- Foresters
- Fortegra Insurance
- Fortis
- Freeway Insurance
- GEICO
- Geisinger Insurance
- Generation Life
- Genworth Financial
- GetAuto
- Getinsured.com
- GHI
- GMAC Insurance
- GoHealth/Norvax
- Golden Outlook
- Golden Rule Insurance Co.
- GoMedigap
- Great West
- GreatAmerican

**MENJIVAR ATTACHMENT O**

- Group Health Incorporated
- Guaranteed Benefits
- Guardian Life
- Guide One
- GuidePointe Solutions
- Hanover
- Hartford
- Hartford Fire & Casualty
- Harvard Commonwealth Health Plan
- Hawaii Medical Services Association
- HCC Insurance holdings
- Health and Life Plans of America
- Health Benefits One
- Health Care Service Corp
- Health Choice One
- Health Insurance for Everyone
- Health Insurance Services
- Health Markets
- Health Now New York Inc
- Health Option One
- Health Partners of Philadelphia Inc
- HealthCare Advisors
- HealthCare Alternatives
- Healthcare Direct
- HealthCare Solutions Team
- HealthNet
- HealthPlanOne
- HealthPlus of Michigan
- HealthSpring
- Henry Ford Health System
- Highmark
- Hill · Starr Insurance
- HIP Insurance
- Hiscox
- Homeinsurance.com
- Horace Mann
- Hospital Services Association of NEPA
- HPO
- HRBC Insurance
- Humana
- iCan Benefit Group
- IHC Health Plans
- IMO
- Independence Blue Cross
- Independent Carriers
- Independent Health Association
- Infinity Insurance
- ING US Life
- InsideResponse (Allied Insurance Partners)
- Insphere Insurance Solutions
- Insurance Central
- Insurance Services
- InsuranceOnly
- insuranceQuotes.com
- InsureMe
- Insweb
- IntelliQuote
- Jackson National Life
- John Hancock
- Kaiser Permanente
- Kaleida Health
- Kanopy
- Kemper
- Knights of Columbus
- Level One Health Group
- Liberty Mutual Insurance Company
- Liberty National
- LifeLine Direct
- Lifetime Healthcare
- Lighthouse Insurance Group
- Lincoln National
- Louisiana Health Services
- M Plan Inc
- Managed Health Inc
- MAPFRE
- Massachusetts Mutual
- Medical Card System Inc
- Medical Mutual of Ohio
- Medicare Solutions
- MEGA Life and Health Insurance
- Mercury
- Metlife
- Metropolitan Insurance Co
- Midland National
- Minnesota Mutual
- Mississippi Insurance
- MMM Healthcare Inc
- Molina Healthcare Inc
- Mutual of Omaha
- MVP
- National Better Living Association
- Nations Health Group Guide One Insurance
- Nationwide
- Neighborhood Health Plan Inc
- NetQuote
- New York Life
- NewQuest
- NextGen Leads
- Noridian Mutual Insurance Company
- Northwestern Mutual
- Ohio National Life
- Old Mutual US Life
- ONCOR Insurance Services
- Pacific Benefits Group
- Pacific Life and Annuity
- Pemco
- Penn Mutual
- Phoenix Life
- Physicians Health Plan
- Physicians Mutual
- PJP Agency
- Plymouth Rock
- Precise Leads
- Precise Solutions Group

**MENJIVAR ATTACHMENT O**

- Preferred Care
- Premera Blue Cross
- Premier Health Plans Inc
- Presbyterian Healthcare Services
- Prime Care Health
- Principal Financial
- Principal Life
- Progressive Insurance
- Protective Life
- Providence Health Plan
- Prudential of America
- PURE
- QuoteWhiz
- ReliaQuote
- Renaissance Health Services Corp
- RSA
- SAFECO
- Safeguard
- Safeway Insurance
- Sagicor
- Scan Health Plan
- Secure Horizons
- Secured Health
- Security Health Plan of Wisconsin Inc
- Select Quote
- SelectHealth
- SelectQuote A&H
- Sentara Health Management
- Sentry Insurance Company
- Shelter Insurance Company
- Sierra Health Services
- Simple Health, Simple Health Plans, Inc
- Simple Insurance Leads
- SolidQuote LLC
- Spectrum Direct
- Spectrum Health
- Spring Venture Group
- Stancorp Financial
- State Auto
- Sterling Senior Health
- Sun Life Assurance Company
- Swiss Re
- Tech Insurance
- The General
- The Hartford
- The Hartford AARP
- The IHC Group
- The Regence Group
- Three Rivers Holdings
- Thrivent Financial for Lutherans
- TIAA-CREF
- Tiburon Insurance Services
- Titan
- Traders Insurance
- Transamerica
- Travelers Insurance Company
- Tricare
- Triple-S Inc
- TriState
- Tryton
- Tufts Associates HMO Inc
- TWG
- TX Insurance
- TX Insurance Solutions LLC
- Ucare
- Unified Rightmed
- United Medicare
- United Teacher Associates Ins Co
- UnitedHealth Group
- UnitedHealthcare/UnitedHealthOne
- Unitrin Direct
- Universal American Financial Corp
- Universal Health Care
- University Health Care Inc
- UnumProvident Corp
- UPMC Health System
- US Financial Life
- USAA
- USHEALTH Group
- USInsuranceOnline
- Vanguard Health Ventures
- VelaPoint Personal Insurance
- WEA Inc
- WellCare Health Plans
- WellPoint
- Western & Southern Life
- Western Mutual
- XLHealth
- Zurich

**MENJIVAR ATTACHMENT O**

Menjivar Attachment P



# Compare **Medicare Quotes**

... in three simple steps.

**CALL NOW TO SPEAK TO A LICENSED AGENT**
**(844) 885-2131**

1. Fill out form
2. Compare Plans
3. Save Time & Money!

| 80027 | Start Quote |

UnitedHealthOne    Cigna    FIDELITY LIFE    Health Net

## What is Medigap Insurance?

Medicare Supplement Insurance, or Medigap as it's often called, can help pay some of the health care costs that Original Medicare does not cover, such as copayments, coinsurance, and deductibles. Medigap covers any gaps in coverage that would normally require you to pay out-of-pocket when Medicare falls short. Typically, Medicare will pay its share of the Medicare approved amount for a service and then Medigap pays its share so that the expense is paid in full. A Medigap policy is particularly valuable for seniors that live on fixed budgets and need to limit their expenses.



## Find Medicare Plans that fit your needs!

| 80027 | Find Plans |

## Common Questions

### What is Medicare Supplemental Insurance?

Medicare Supplement insurance, or Medigap as it's often called, can help pay some of the health care costs that Original Medicare does not cover, such as copayments, coinsurance, and deductibles. Medigap covers any gaps in coverage that would normally require you to pay out-of-pocket when Medicare falls short. Typically, Medicare will pay its share of the Medicare approved amount for a service and then Medigap pays its share so that the expense is paid in full. A Medigap policy is particularly valuable for seniors that live on fixed budgets and need to limit their expenses.

### Why do I need Medicare Supplemental Coverage?

Medicare Supplemental, or Medicare, coverage can help to cover costs that are not covered by Medicare, such as copays, deductibles, and coinsurance. Medigap coverage can protect your finances by paying expenses that you would be required to pay out of pocket.

**Speak with an agent now**
**(844) 885-2131**

or compare plans online

**Compare Plans**

**MENJIVAR ATTACHMENT P**



**QUOTE**

CALL NOW TO SPEAK TO A LICENSED AGENT
**(844) 885-2131** 📞

## Our Practices Regarding Privacy

Medi-GapQuote through its www.medigapquote.org website (the "Site") is committed to ensuring the privacy and security of each user that visits our website. Your privacy rights are important to us and we are committed to respecting your online privacy and making sure that any information you share with us by using our website is properly protected.

We have established this www.medigapquote.org Privacy Policy so you know the importance we place on your privacy and so you can understand how we collect and use information collected from you when you visit our website or submit any personally identifiable information to us. This policy describes our overall privacy practices regarding information we collect on our web sites and through other internet mediums. Our policy does not apply to the practices of companies that we do not own or control.

### Data We Collect

When you visit our website, we collect personally identifiable information ("PII") and non-personally identifiable information through various sources. PII means any information that may be used to identify an individual, including but not limited to name, address, and telephone number. Non-PII is data that is not used to specifically identify contact of an individual including but not limited to zip code, gender, and age.

When you use the Site, we automatically collect certain information from you, such as your browser type (e.g., Internet Explorer, Safari, Chrome), your internet domain (e.g., Comcast Time Warner etc.), your computer's operating system (e.g., Windows, Macintosh, UNIX, Linux), referring and exit page, operating system, the type of mobile device you use (if applicable), your mobile device's unique device ID, and your IP address. This information lets us see how users find our Site, and it tells us which pages users visit most frequently, so we can make our Site more useful. We keep this information for an indefinite amount of time to improve the operation of our Site and to provide better services to our users.

In addition to the data that your browser or internet session sends us automatically, we may also collect PII you enter when using our website. This contact information is stored on our servers and used to fulfill your information request. If you have not opted out of its use, we may share it with our data licensees, including our advertising clients, and their vendors, and other advertising partners.

### How We Use and Share Your Information

We may use the information we collect from and about you for the following purposes: (1) to fulfill your requests for information (2) to respond to your inquiries; (3) to review Site usage and operations; (4) to address problems with the Site, our business, or our services; (5) to protect the security or integrity of the Site and our business; (6) to monitor the Site for compliance with our Terms of Use and the law; (7) to help improve our Site or services; and (8) to contact you with Site updates, newsletters and other informational and promotional materials from us and third party marketing offers from our trusted partners, as well as from other companies.

We may disclose information collected from and about you as follows: (1) to our related companies and service providers to perform a business, professional, or technical support function for us; (2) to our marketing partners, advertisers or other third parties who may contact you with their own offers; (3) as necessary if we believe that there has been a violation of our Terms of Use or of our rights or the rights of any third party; (4) to respond to legal process (such as a search warrant, subpoena or court order) and provide information to law enforcement agencies or in connection with an investigation on matters related to public safety, as permitted by law or otherwise as required by law; and (5) in the event that our company or substantially all of its assets are acquired, your personal information may be one of the transferred assets. We may also disclose your personal information with your express consent. We may share aggregate, non-personally identifiable information about Site users with third parties.

### Third Parties Contacting You

Different advertisers and advertising companies have different methods of following up with you on information requests. Some send brochures in the mail, others reply via email or some may contact you by telephone. By using our service to request information from our advertising clients and advertising partners, you are giving permission to www.medigapquote.org and these parties (or their partners and vendors) to contact you using the methods of their choice, even if the phone number you provide is on a corporate, state, or national do not call list now or in the future (unless and until you opt out from receiving communication from us or such partners, as applicable). You are also providing your express consent to be called or texted (including pre-recorded messages or using an autodialer or automated means) at the number you provide.

### Cookies

Our websites use cookies (small files containing program code) that reside on your computer, to provide usage statistics about our web site, and to understand where visitors learn about our web site. We also may use cookies to simplify the re-entering of your data. You can adjust your browser settings to opt out of the use of cookies by having your browser disable cookies. Look for the cookie options in your browser in the Options or Preferences menu.

Additionally, we use cookies and beacons and other technologies to receive and store certain types of information whenever you interact with us through your computer or mobile device on the Site. This information, which may include the pages you visit on our or our partners' sites, which web address you came from, the type of browser which you use, the time you are using or an IP-based geographic location, helps us recognize you, customize your website experience and make marketing messages more relevant. These companies use non-personally identifiable information (i.e. click stream information, browser type, time and date, hardware/software information) during your visits to this and other websites in order to provide advertisements about goods and services likely to be of greater interest to you. At this time, we do not respond to browser 'do not track' signals. However, we may provide you with ways to choose not to have your information collected or used in this way. To learn more about targeted ads or to opt out of this type of advertising, visit the Network Advertising Initiative website or Digital Advertising Alliance website.

### Opt-Out of Receiving Communications from www.medigapquote.org

You may opt out by contacting us by submitting a "stop contacting me" request on our Contact Us page, calling us at (877) 526-9926, or sending a letter to:

Health Insurance Services Legal
401 E Las Olas Blvd
Suite 130-627
Fort Lauderdale, FL 33301

### Children's Privacy

We do not direct the Site to, nor do we knowingly collect any PII from any individual less than thirteen years of age. If you are the parent or guardian and are made aware that a child under the age of 13 has provided us with PII, please contact us.

### Third Party Links

This Site may contain links that direct you to websites owned and operated by other companies. www.medigapquote.org does not control or endorse these websites, and we do not assume any responsibility for the content, privacy policies or practices of any third party websites, which may use cookies and collect PII from you. We recommend that you review the privacy policy posted on any external website before disclosing any PII. Please contact those websites directly if you have any questions about their privacy policies.

### California Privacy Rights

Under California's "shine the light" law, we provide a method for consumers to "opt-out" of having their information shared with third parties. Contact us using the methods described in the "Contact Us" section to unsubscribe.

### Privacy Policy Changes

www.medigapquote.org may change this Privacy Policy at any time. Should we revise this Privacy Policy in the future, we will immediately publish the amended Privacy Policy on our website. We recommend that you check our website frequently to view recent changes or updates.

### Contact Us

We invite you to contact us if you have questions or comments about our Privacy Policy or if you want to change the personally identifiable information you have provided to us. You may contact us by:

Sending a letter to:
Health Insurance Services Legal
401 E Las Olas Blvd
Suite 130-627
Fort Lauderdale, FL 33301

Calling us at 1-877-386-9926
Emailing us at privacy@medigapquote.org

If in need, or are required to, contact you regarding your personal information, we may do so by telephone, email, or mail.

Close

MENJIVAR ATTACHMENT P





**(844) 885-2131**

## Please read these terms and conditions of use before using this site.

The www.medigapquote.org website ("www.medigapquote.org") or the "Site") is owned and operated by www.medigapquote.org. By using this Site, you signify your assent to these Terms of Use ("Terms of Agreement"). If you do not agree to all of these Terms, do not use this site.

BY ACCESSING OR USING ANY PART OF THE SITE, YOU AGREE THAT YOU HAVE READ, UNDERSTAND, AND AGREE TO BE BOUND BY THIS AGREEMENT. IF YOU DO NOT AGREE TO BE SO BOUND, DO NOT ACCESS OR USE THE SITE. PLEASE READ THESE TERMS CAREFULLY. THEY CONTAIN A MANDATORY ARBITRATION PROVISION AND CLASS ACTION WAIVER.

www.medigapquote.org may revise and update these Terms at any time. Your continued usage of the Site will mean you accept those changes.

### Use of the Website

By using the Site, you represent to www.medigapquote.org that (1) you are authorized to enter into this Agreement and you are at least the age of majority in your state or province of residence; (2) you will not use the Site for any purpose or in any manner that violates any law or regulation or that infringes the rights of www.medigapquote.org or any third party; (3) any information or data provided to www.medigapquote.org by you will not violate any law or regulation or infringe the rights of www.medigapquote.org or any third party; (4) all information that you provide to us in connection with the Site (e.g., name, e-mail address, and other information) is true and accurate; and (5) you are authorized and able to fulfill and perform the obligations and meet the conditions at a user as specified herein. This Agreement provides to you a personal, revocable, limited, non-exclusive, royalty-free, non-sublicensable, non-transferable license to use the Site conditioned on your continued compliance with the Terms of this Agreement. You may print and download materials and information from the Site solely for your personal use, provided that all hard copies contain all copyright and other applicable notices contained in such materials and information. Notwithstanding the foregoing, you may not modify, translate, decompile, create derivative works of, copy, distribute, disassemble, broadcast, transmit, publish, remove or alter any proprietary notices or labels, license, sublicense, transfer, sell, mirror, frame, exploit, rent, lease, private label, grant a security interest in, or otherwise use the Website in any manner not expressly permitted herein. Specifically and by way of illustration and not limitation, you may not use, separate and use any graphics, photographs, or other audio, visual, or video elements from the accompanying text or material without the prior express written permission of www.medigapquote.org and/or its licensor(s). In no event shall you use any "deep link," "page scrape," "robot," "spider," or other device, program, script, algorithm, or methodology to access, acquire, copy, or monitor any portion of the Site or in any way reproduce or circumvent the navigational structure of the Site to obtain or attempt to obtain any materials, documents, or information through any means not purposely made available through the Site; (c) probe, scan, or test the vulnerability of the Site or any network connected to the Site; (d) use any device, software, or routine to interfere with the proper working of the Site or any transaction conducted on the Site; (e) forge headers, impersonate a person, or otherwise manipulate identifiers in order to disguise your identity or the origin of any message or transmittal you send to www.medigapquote.org to or through the Site; (f) use the Site to harvest or collect e-mail addresses or other contact information; or (g) use the Site in a manner that could damage, disparage, or otherwise negatively impact www.medigapquote.org. The licenses granted by www.medigapquote.org terminate if you do not comply with these Terms.

The material, images, and text on the Site ("Content") is protected by copyright under both United States and foreign laws. Title to the Content remains with www.medigapquote.org or its licensors. Any use of the Content not expressly permitted by these Terms and Conditions is a breach of this Agreement and may violate copyright, trademark, and other laws. Content and features are subject to change or termination without notice in the editorial discretion of www.medigapquote.org. All rights not expressly granted herein are reserved to www.medigapquote.org and its licensors. If you violate any of these Terms, your permission to use the Content automatically terminates and you must immediately destroy any copies you have made of any portion of the Content.

### PRIVACY

Please review our Privacy Policy to understand our practices regarding personal information provided by you, which is incorporated herein by reference.

### Limitation of Liability and Disclaimer of Warranties

The use of the Site and the Content is at your own risk. When using the Site, information will be transmitted over a medium that may be beyond the control and jurisdiction of www.medigapquote.org and its suppliers. Accordingly, www.medigapquote.org assumes no liability for or relating to the delay, failure, interruption, or corruption of any data or other information transmitted in connection with use of the Site. The Site and the Content are provided on an "as is" and "as available" basis and may include errors, omissions, or other inaccuracies. MOREOVER, www.medigapquote.org MAY MAKE MODIFICATIONS AND/OR CHANGES ON THIS SITE OR IN THE MATERIALS AND INFORMATION AVAILABLE ON THIS SITE AT ANY TIME AND FOR ANY REASON. www.medigapquote.org MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE OPERATION, COMPLETENESS, TIMELINESS, RELIABILITY, LEGALITY OR ACCURACY OF THE www.medigapquote.org SERVICES OR THE INFORMATION, CONTENT, MATERIALS, PRODUCTS OR OTHER SERVICES, OR INCLUDED ON OR OTHERWISE MADE AVAILABLE ON THE SITE. YOU EXPRESSLY AGREE THAT YOUR USE OF THE SITE IS AT YOUR OWN RISK. TO THE FULLEST EXTENT PERMISSIBLE BY APPLICABLE LAW, www.medigapquote.org DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT, AND FITNESS FOR PARTICULAR PURPOSE. www.medigapquote.org DOES NOT WARRANT THAT THE INFORMATION, CONTENT, MATERIALS, PRODUCTS OR OTHER SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE SITE. www.medigapquote.org's SERVERS OR ELECTRONIC COMMUNICATIONS SENT FROM www.medigapquote.org ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. www.medigapquote.org ALSO MAKES NO REPRESENTATION OR GUARANTEE OR WARRANTY THAT THIS WEBSITE WILL OPERATE ERROR FREE OR IN AN UNINTERRUPTED FASHION.

To the maximum extent permitted by law, in no event shall www.medigapquote.org, its licensors, its suppliers, or any third parties mentioned on the Site be liable for any damages (including, without limitation, incidental, punitive, special, incidental, or consequential damages, personal injury/wrongful death, lost profits, or damages resulting from lost data or business interruption) resulting from the use of, or inability to use, the Site or the Content, the delay or inability to use the Site, or from any information, Content, materials, or www.medigapquote.org services included on or otherwise made available to you through the Site, whether based in contract, tort, strict liability, or otherwise, and whether or not www.medigapquote.org, its licensors, its suppliers, or any third parties mentioned on the Site have been advised of the possibility of such damages. www.medigapquote.org, its licensors, its suppliers, or any third parties mentioned on the Site shall be liable only to the extent of actual damages incurred by you, not to exceed U.S. $100. Any claims arising in connection with your use of the Site or any Content must be brought within one (1) year of the date of the event giving rise to such action occurred.

### User Submissions

You agree that you will not upload or transmit any communications or content of any type to the Site that infringe or violate any rights of any party. By submitting communications or content to the Site, you agree that such submission is non-confidential for all purposes. If you make any submission to the Site or if you submit any business idea, concept or invention to www.medigapquote.org by email, you automatically grant or warrant that the owner of such content or intellectual property has expressly granted www.medigapquote.org a royalty-free, perpetual, irrevocable, sub-licensable world-wide nonexclusive license to use, reproduce, create derivative works from, modify, publish, edit, translate, distribute, perform, and display the communication or content in any media or medium, or any form, format, or forum now known or hereafter developed. If you wish to keep any business information, ideas, concepts or inventions private or proprietary, do not submit them to the Site or to www.medigapquote.org by email.

### Advertisements, Searches, and Links to Other Sites

www.medigapquote.org may provide links to third party websites. www.medigapquote.org also may select certain websites as priority responses to search terms you enter and www.medigapquote.org may agree to allow advertisers to respond to certain search terms with advertisements or sponsored content. www.medigapquote.org does not endorse the content on any third party websites. www.medigapquote.org is not responsible for the content of linked third party sites, sites framed within the Site, third party websites provided as search results or third party advertisements, and does not make any representations regarding their content or accuracy. Your use of third-party websites is at your own risk and subject to the terms and conditions of use and privacy policies for such websites.

### ELECTRONIC COMMUNICATIONS

When you use the Site, or send e-mails to us, you are communicating with us electronically. You consent to receive communications from us electronically. We will communicate with you by e-mail or by posting notices on or through the Site. You agree that all agreements, notices, disclosures and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

### MODIFICATIONS

We reserve the right at any time to modify or discontinue the Site (or any part or content thereof) without notice at any time. www.medigapquote.org may add, modify, or delete any aspect, program, or feature of the Site. We shall not be liable to you or to any third party for any modification, suspension, or discontinuance of the Site.

### Data We Collect

**Governing Law**

These Terms are governed by the laws of the State of Florida, without respect to its conflict of laws principles.

### ARBITRATION

All disputes arising out of or relating to any purchase you make with us this site, any information you provide via this Site, these Terms (including the formation, performance or alleged breach), and your use of the Site will be exclusively resolved under confidential binding arbitration in accordance with the Rules of the American Arbitration Association ("AAA"), including the AAA's Supplementary Procedures for Consumer-Related Disputes (collectively, the "AAA Rules"), then in effect at the time of the dispute.

The AAA Rules are available at www.adr.org or by calling 1-800-778-7879. If you initiate arbitration, www.medigapquote.org will promptly reimburse you for any standard filing fee which may have been required under AAA Rules once you have notified www.medigapquote.org in writing and provided a copy of the arbitration demand. However, if www.medigapquote.org is the prevailing party in the arbitration, applicable law may allow the arbitrator to award attorneys' fees and costs to www.medigapquote.org. If for any reason the AAA is unavailable the parties shall mutually select another arbitration forum. The arbitration will be conducted in the city of Hollywood, Florida, but may proceed telephonically if the claimant so chooses.

The arbitrator's award will be binding and may be entered as a judgment in any court of competent jurisdiction. To the fullest extent permitted by applicable law, no arbitration under these Terms shall be joined to an arbitration involving any other party subject to these Terms, whether through class action proceedings or otherwise. Notwithstanding the foregoing, we shall have the right to seek injunctive or other equitable relief in state or federal court located to enforce these Terms or prevent an infringement of a third party's rights in the event equitable relief is sought, each party hereto irrevocably submits to the personal jurisdiction of such court.

**MENJIVAR ATTACHMENT P**

**WAIVER OF CLASS ACTION RIGHTS**

ANY DISPUTES ARISING OUT OF OR RELATING TO YOUR USE OF THIS SITE, ANY INFORMATION YOU PROVIDE VIA THE SITE, THESE TERMS (INCLUDING THEIR FORMATION, PERFORMANCE OR ALLEGED BREACH), AND YOUR USE OF THE SITE SHALL BE SUBMITTED INDIVIDUALLY BY YOU, AND SHALL NOT BE SUBJECT TO ANY CLASS ACTION OR REPRESENTATIVE STATUS. BY ENTERING INTO THIS AGREEMENT, YOU HEREBY IRREVOCABLY WAIVE ANY RIGHT YOU MAY HAVE TO JOIN CLAIMS WITH THOSE OF OTHERS or parts ups, as a member of a class of claimants with respect to any claim submitted to arbitration. The parties to this arbitration agreement acknowledge that this class action waiver is material and essential to the arbitration of any disputes between the parties and is inseverable from the agreement to arbitrate claims. If any portion of this class action waiver is voided, stricken or deemed unenforceable, then the parties' agreement to arbitrate shall be null and void. YOU UNDERSTAND THAT BY AGREEING TO THIS CLASS ACTION WAIVER, YOU MAY ONLY BRING CLAIMS AGAINST www.medgapquote.org IN AN INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION OR REPRESENTATIVE PROCEEDING.

**Notice and Take Down Procedures; Copyright Agent**

If you believe any materials accessible on or from the Site infringe your copyright, you may request removal of those materials (or access thereto) from this web site by contacting www.medgapquote.org's copyright agent (identified below) and providing the following information:

1. Identification of the copyrighted work that you believe to be infringed. Please describe the work, and where possible include a copy or the location (e.g. URL) of an authorized version of the work.
2. A description, in reasonable detail, including the applicable URL, of the material that you believe to be infringing and its location. Please provide us with enough information that will allow us to locate the material.
3. Your name, address, telephone number and, (if available) e-mail address.
4. A statement that you have a good faith belief that the complained of use of the materials is not authorized by the copyright owner, its agent, or the law.
5. A statement by you, made under the penalty of perjury, that the information that you have supplied is accurate, and indicating that you are the copyright owner, or are authorized to act on the copyright owner's behalf.
6. A signature or the electronic equivalent from the copyright holder or authorized representative.

Please send this notice to:

Attn: Health Insurance Services Legal
401 E Las Olas Blvd, Suite 130-427
Fort Lauderdale, Fl 33301
Email: privacy@ww.medgapquote.org

**Complete Agreement**

Except as expressly provided in a particular "legal notice" on the Site or via e-mail from www.medgapquote.org, this Agreement and the www.medgapquote.org Privacy Policy constitute the entire agreement between you and www.medgapquote.org with respect to the use of the Site and Content.

If any provision of this Agreement is found to be invalid by any court having competent jurisdiction, the invalidity of such provision shall not affect the validity of the remaining provisions of this Agreement, which shall remain in full force and effect. No waiver of any of these Terms shall be deemed a further or continuing waiver of such term or condition or any other term or condition.

© 2016 www.medgapquote.org. All rights reserved.

Close

**MENJIVAR ATTACHMENT P**



MENJIVAR ATTACHMENT P





## Fill in this short form and click to get quotes.

After you submit your information one of our licensed agents will contact you with a free quote. Thank you!

GENDER                                    DATE OF BIRTH

FIRST NAME                                LAST NAME

STREET ADDRESS                            CITY
                                          Louisville

STATE                                     ZIP
Colorado                          ▾       80027

PRIMARY PHONE NUMBER                      EMAIL ADDRESS

By clicking "Get Quotes" I provide my signature, express or authorizing MedigapQuote or one of these partners to contact me at the number and address provided with insurance quotes to be obtain additional information for such purpose, via live, prerecorded or auto-dialer calls and/or text messages or email. I understand that my signature is not a condition of purchasing any product, goods or services and that I may revoke my consent at any time. I understand I will be directed to a licensed sales agent who can answer my questions and provide information about Medicare Supplement, Medicare Advantage, or prescription drug insurance plans. Agents are not connected with or endorsed by the U.S. government or the federal Medicare program.

To speak directly to a representative for a quote, please call medigapquote.org at 1-877-356-7925. By using this form, you agree to the terms of our Privacy Policy.

**Get Quotes ▶**

[black redacted bar]

**MENJIVAR ATTACHMENT P**

medigap **QUOTE**

CALL NOW TO SPEAK TO A LICENSED AGENT

# Carriers & Partners

Carriers and partner companies include, but are not limited to, the following:

- Accuquote
- Adam Siegel
- Aegis First
- Aegon US Holding Corp
- Aflac
- Agentra Healthcare
- AHCP
- AIG Direct
- AIO
- AIS
- Alera Healthcare
- Allied
- Alina Health
- Allstate Insurance
- America Direct
- American Family Insurance
- American Fidelity Corp
- American Financial
- American Life & Health
- American National Insurance
- American Republic Insurance Co
- American Service Insurance Agency
- Americare Group
- Americas Health Brokers
- Americas Insurance
- Amerigroup
- Ameriprise Financial Group
- Amica Insurance
- Angelic Marketing Group
- Answer Financial
- Anthem BCBS
- Aon Corp
- Ardent Health Services
- Assurant
- Astonish
- Aviva
- AvMed inc.
- AXA Insurance Group
- Bankers Life and Casualty
- Bankrate Insurance
- Banner Life
- Bantam Connect
- Bayside Insurance
- Blue Cross-Blue Shield Association Companies
- Boli
- Brightway
- Catlin Insurance Co
- Capital District Physicians Health Plan
- Caresource
- Carle Clinic Association
- Centene Corp
- Choice Direct
- Cigna
- Citigroup
- Clearlink
- CNA Insurance
- CO Farm Bureau
- Colonial Life & Accident Insurance Company
- Colorado Bankers
- Commercialinsurance.net
- CommunityCare
- Conseco Life
- Consumer United
- Cotton States Insurance
- Country Companies
- Country Financial
- CoverHound
- CSE
- CUNA Mutual Group
- Dean Health
- Delphi Financial
- Direct General
- DTRIC
- e-TeleQuote Insurance Inc
- Efinancial
- eHealth
- Electric
- Elephant
- EmblemHealth
- Erie Insurance Company
- Esurance
- Fallon Community Health Plan
- Farm Bureau
- Farmers Insurance
- Fidelity Life
- Florida Blue
- Freedom Insurance

**MENJIVAR ATTACHMENT P**

- Fortune Insurance
- Foresters
- Fortegra Insurance
- Fortis
- Freeway Insurance
- GEICO
- Geisinger Insurance
- Generation Life
- Genworth Financial
- GetAuto
- Getinsured.com
- GHI
- GMAC Insurance
- GoHealth/Norvax
- Golden Outlook
- Golden Rule Insurance Co
- GoMedigap
- Great West
- GreatAmerican
- Group Health Incorporated
- Guaranteed Benefits
- Guardian Life
- Guide One
- GuidePointe Solutions
- Hanover
- Hartford
- Hartford Fire & Casualty
- Harvard Commonwealth Health Plan
- Hawaii Medical Services Association
- HCC Insurance holdings
- Health and Life Plans of America
- Health Benefits One
- Health Care Service Corp
- Health Choice One
- Health Insurance for Everyone
- Health Insurance Services
- Health Markets
- Health Now New York Inc
- Health Option One
- Health Partners of Philadelphia Inc
- HealthCare Advisors
- HealthCare Alternatives
- Healthcare Direct
- HealthCare Solutions Team
- HealthNet
- HealthPlanOne
- HealthPlus of Michigan
- HealthSpring
- Henry Ford Health System
- Highmark
- Hill - Starr Insurance
- HIP Insurance
- Hiscox
- Homeinsurance.com
- Horace Mann
- Hospital Services Association of NEPA
- HPO
- HRBC Insurance
- Humana
- iCan Benefit Group
- IHC Health Plans
- IMO
- Independence Blue Cross
- Independent Carriers
- Independent Health Association
- Infinity Insurance
- ING US Life
- InsideResponse (Allied Insurance Partners)
- Insphere Insurance Solutions
- Insurance Central
- Insurance Services
- InsuranceOnly
- InsuranceQuotes.com
- InsureMe
- Insweb
- IntelliQuote
- Jackson National Life
- John Hancock
- Kaiser Permanente
- Kaleida Health
- Kanopy
- Kemper
- Knights of Columbus
- Level One Health Group
- Liberty Mutual Insurance Company
- Liberty National
- LifeLine Direct
- Lifetime Healthcare
- Lighthouse Insurance Group
- Lincoln National
- Louisiana Health Services
- M Plan Inc
- Managed Health Inc
- MAPFRE
- Massachusetts Mutual
- Medical Card System Inc
- Medical Mutual of Ohio

**MENJIVAR ATTACHMENT P**

- Medicare Solutions
- MEGA Life and Health Insurance
- Mercury
- Metlife
- Metropolitan Insurance Co
- Midland National
- Minnesota Mutual
- Mississippi Insurance
- MMM Healthcare Inc
- Molina Healthcare Inc
- Mutual of Omaha
- MVP
- National Better Living Association
- Nations Health Group Guide One Insurance
- Nationwide
- Neighborhood Health Plan Inc.
- Net2Quote
- New York Life
- NewQuest
- NextGen Leads
- Nordian Mutual Insurance Company
- Northwestern Mutual
- Ohio National Life
- Old Mutual US Life
- ONCOR Insurance Services
- Pacific Benefits Group
- Pacific Life and Annuity
- Pemco
- Penn Mutual
- Phoenix Life
- Physicians Health Plan
- Physicians Mutual
- PJP Agency
- Plymouth Rock
- Precise Leads
- Precise Solutions Group
- Preferred Care
- Premera Blue Cross
- Premier Health Plans Inc
- Presbyterian Healthcare Services
- Prime Care Health
- Principal Financial
- Principal Life
- Progressive Insurance
- Protective Life
- Providence Health Plan
- Prudential of America
- PURE
- QuoteWhiz
- RehaQuote
- Renaissance Health Services Corp
- RSA
- SAFECO
- Safeguard
- Safeway Insurance
- Sagicor
- Scan Health Plan
- Secure Horizons
- Secured Health
- Security Health Plan of Wisconsin Inc.
- Select Quote
- SelectHealth
- SelectQuote A&H
- Sentara Health Management
- Sentry Insurance Company
- Shelter Insurance Company
- Sierra Health Services
- Simple Health, Simple Health Plans, Inc.
- Simple Insurance Leads
- SolidQuote LLC
- Spectrum Direct
- Spectrum Health
- Spring Venture Group
- Stancorp Financial
- State Auto
- Sterling Senior Health
- Sun Life Assurance Company
- Swiss Re
- Tech Insurance
- The General
- The Hartford
- The Hartford AARP
- The IHC Group
- The Regence Group
- Three Rivers Holdings
- Thrivent Financial for Lutherans
- TIAA-CREF
- Tiburon Insurance Services
- Titan
- Traders Insurance
- Transamerica
- Travelers Insurance Company
- Tricare
- Triple-S Inc
- TriState
- Tryton

**MENJIVAR ATTACHMENT P**

- Fults Associates HMO Inc
- TWG
- TX Insurance
- TZ Insurance Solutions LLC
- Ucare
- Unified Rightmed
- United Medicare
- United Teacher Associates Ins Co
- UnitedHealth Group
- UnitedHealthcare/UnitedHealthOne
- Unitrin Direct
- Universal American Financial Corp
- Universal Health Care
- University Health Care Inc
- UnumProvident Corp
- UPMC Health System
- US Financial Life
- USAA
- USHEALTH Group
- USInsuranceOnline
- Vanguard Health Ventures
- WellPoint Personal Insurance
- WEA Inc
- WellCare Health Plans
- WellPoint
- Western & Southern Life
- Western Mutual
- XLHealth
- Zurich

**MENJIVAR ATTACHMENT P**