Menjivar Attachment Q



# FIND FREEDOM WITH FREE
## HEALTH INSURANCE QUOTES





### Free online quote

**What is your zip code?**

SUBMIT

Freedom Care Quotes is an independent marketplace for healthcare consumers. We're not a government website. For information on Affordable Care Act please visit Healthcare.gov

 Cigna  FIDELITYLIFE  Health Net  UnitedHealthOne

---

## 3 Step Process

Getting insured with Freedom Care Quotes is a simple process where one of our agents takes the time to find the best plan for your needs

LEARN MORE

 **STEP 01**
Enter you zip code. We need your zip code in order to search for the best health insurance plans in your area

 **STEP 02**
Complete Short Form. In order for us to find the best plan for you we need to get to know you a little better

 **STEP 03**
Speak to a licensed agent. After you submit your information to us one of our licensed agents will review your information and get back to you with the best plan for your needs

---

## Health Insurance for Smart People

Freedom Care Quotes makes quality insurance easy and affordable. Fast and dependable coverage without the hassle without breaking the bank. Which is exactly what smart people want

Freedom Care Quotes has partnered with the nation's leading insurance carriers to offer plans that provide exceptional coverage protection and value at affordable prices. You'll get a personalized plan that works for you, no matter where you are. No matter what your situation may be

## Advantages of using our plans

✓ Fast Free Quote
✓ Save Time and Tons of Money
✓ Plans from the Nation's Leading Carriers
✓ Low Affordable Premiums
✓ Prescription Drug Coverage

## Free Quotes. Expert Advice. No Obligation

MENJIVAR ATTACHMENT Q

# No Obligation.



Simply enter your zip code above to begin. Whether you are eligible for income based subsidies or not, interested in shopping on a state or federal exchange or not, we can help. And what's more, our service is 100% free to you.

Please be aware that neither freedomcarequotes.com, nor the agents who contact you are representatives of the federal or state government. The health quotes they offer you may include a combination of state and federal exchange plans along with private health plans. Not every consumer is eligible for health insurance subsidies, and the agent you speak with will help you determine your eligibility.

**LEARN MORE**

Copyright Freedom Insurance. All rights reserved.





# Our Practices Regarding Privacy

Freedom Care Quotes, through its www.freedomcarequotes.com website ("Site") is committed to ensuring the privacy and security of each user that visits our website. Your privacy rights are important to us and we are committed to respecting your online privacy and making sure that any information you share with us by using our website is properly protected.

We have established this www.freedomcarequotes.com Privacy Policy so you know the importance we place on your privacy and so you can understand how we collect and use information collected from you when you visit our website or submit any personally identifiable information to us. This policy describes our overall privacy practices regarding information we collect on our web sites and through other Internet mediums. Our policy does not apply to the practices of companies that we do not own or control.

## Data We Collect

When you visit our website, we collect personally identifiable information ("PII") and non-personally identifiable information through various sources. PII means any information that may be used to identify an individual, including but not limited to name, address, and telephone number. Non-PII is data that is not used to specifically identify, contact or locate an individual, including but not limited to zip code, gender, and age.

When you use the Site, we automatically collect certain information from you, such as your browser type (e.g., Internet Explorer, Safari, Chrome), your computer's operating system, (e.g., Windows, Macintosh, UNIX, Linux), referring and exit page, operating system, the type of mobile device you use (if applicable), your mobile device's unique device ID; and your IP address. This information lets us see how users find our Site, and it tells us which pages users visit most frequently so we can make our Site more useful. We keep this information for an indefinite amount of time to improve the operation of our Site and to provide better services to our users.

In addition to the data that your browser or Internet session sends us automatically, we may also collect PII if you enter it when using our website. This contact information is stored on our servers and used to fulfill your information request. If you have not opted out of its use, we may share it with our data licensees, including our advertising clients and their vendors, and other advertising partners.

## How We Use and Share Your Information

We may use the information we collect from and about you for the following purposes: (1) to fulfill your requests for information; (2) to respond to your inquiries; (3) to review Site usage and operations; (4) to address problems with the Site, our business, or our services; (5) to protect the security or integrity of the Site and our business; (6) to monitor the Site for compliance with our Terms of Use and the law; (7) to help improve our Site or services; and (8) to contact you with Site updates, newsletters and other informational and promotional materials from us and third party marketing offers from our trusted partners, as well as from other companies.

We may disclose information collected from and about you as follows: (1) to our related companies and service providers, to perform a business, professional or technical support function for us; (2) to our marketing partners, advertisers or other third parties, who may contact you with their own offers; (3) as necessary if we believe that there has been a violation of our Terms of Use or of our rights or the rights of any third party; (4) to respond to legal process (such as a search warrant, subpoena or court order) and provide information to law enforcement agencies or in connection with an investigation on matters related to public safety, as permitted by law, or otherwise as required by law; and (5) in the event that our company or substantially all of its assets are acquired, your personal information may be one of the transferred assets. We may also disclose your personal information with your express consent. We may share aggregate, non-personally identifiable information about Site users with third parties.

## Third Parties Contacting You

Different advertisers and advertising companies have different methods of following up with you on information requests. Some send brochures in the mail, others reply via email or some may contact you by telephone. By using our service to request information from our advertising clients and advertising partners, you are giving permission to www.freedomcarequotes.com and these partners (or their partners and vendors) to contact you using the methods of their choice, even if the phone number you provide is in a corporate, state, or national do not call list, now or in the future (unless and until you opt-out from receiving communications from us or such partners, as applicable). You are also providing your express consent to be called or texted (including prerecorded messages or using an autodialer or automated means) at the number you provide.

## Cookies

Our websites use cookies (small files containing program code that reside on your computer), to provide usage statistics about our web site, and to understand where visitors learn about our web site. We also may use cookies to simplify the re-entering of your data. You can adjust your browser settings to opt out of the use of cookies by having your browser disable cookies. Look for the cookie options in your browser in the Options or Preferences menu.

Additionally, we use cookies, web beacons, and other technologies to receive and store certain types of information whenever you interact with us through your computer or mobile device on the Site. This information, which may include the pages you visit on our or our partners' sites, which web address you came from, the type of browser/device/hardware you are using, or an IP based geographic location, helps us recognize you, customize your website experience and make marketing messages more relevant. These companies use non-personally identifiable information (e.g., click stream information, browser type, time and date, hardware/software information) during your visits to this and other websites in order to provide advertisements about goods and services likely to be of greater interest to you. At this time, we do not respond to browser "do not track" signals. However, we may provide you with ways to choose not to have your information collected or used in this way. To learn more about targeted ads or to opt-out of this type of advertising, visit the Network Advertising Initiative website or Digital Advertising Alliance website.

## Opt-Out of Receiving Communications from www.freedomcarequotes.com

You may opt out by contacting us by submitting a "Stop contacting me" request on our Contact Us page, calling us at (877) 386-9926, or sending a letter to

Health Insurance Services Legal
401 E Las Olas Blvd
Suite 130-627
Fort Lauderdale, Fl 33301

## Children's Privacy

We do not direct the Site to, nor do we knowingly collect any PII from any individuals less than thirteen years of age. If you are the parent or guardian and are made aware that a child under the age of 13 has provided us with PII, please contact us

## Third Party Links

This Site may contain links that direct you to websites owned and operated by other companies. www.freedomcarequotes.com does not control or endorse these websites, and we do not assume any responsibility for the content, privacy policies or practices of any third party websites, which may use cookies and collect PII from you. We recommend that you review the privacy policy posted on any external website before disclosing any PII. Please contact those websites directly if you have any questions about their privacy policies.

**MENJIVAR ATTACHMENT Q**

### California Privacy Rights

Under California's "Shine the Light" law, we provide a method for consumers to "opt-out" of having their information shared with third-parties. Contact us using the methods described in the "Contact Us" section to unsubscribe.

### Privacy Policy Changes

www.freedomcarequotes.com may change this Privacy Policy at any time. Should we revise this Privacy Policy in the future, we will immediately publish the amended Privacy Policy on our website. We recommend that you check our website frequently to view recent changes or updates.

### Contact Us

We invite you to contact us if you have questions or comments about our Privacy Policy or you want to change the personally identifiable information you have provided to us. You may contact us by:

Sending a letter to:
Health Insurance Services Legal
401 E Las Olas Blvd
Suite 130-627
Fort Lauderdale, Fl 33301

Calling us at 1-877-386-9926
Emailing us at privacy@freedomcarequotes.com

If we need, or are required to, contact you regarding your personal information, we may do so by telephone, email, or mail.

**CLOSE**

Copyright ©2018 Freedom Care Quotes. All rights reserved.

401 E Las Olas Blvd, Suite 130-627, Fort Lauderdale, Fl 33301

Privacy Policy · Terms of Use · Contact Us

FreedomCareQuotes is an insurance agent that markets plans for health insurance carriers. We are not a government website. For information on the Affordable Care Act please visit HealthCare.gov

**MENJIVAR ATTACHMENT Q**



Call Now to speak to an agent
**(855) 821-5362** 📞

# Please read these terms and conditions of use before using this site.

The www.freedomcarequotes.com website ("www.freedomcarequotes.com" or the "Site") is owned and operated by www.freedomcarequotes.com. By using this Site, you signify your assent to these Terms of Use ("Terms" or "Agreement"). If you do not agree to all of these Terms, do not use this site

BY ACCESSING AND USING ANY PART OF THE SITE, YOU AGREE THAT YOU HAVE READ, UNDERSTAND AND AGREE TO BE BOUND BY THIS AGREEMENT. IF YOU DO NOT AGREE TO BE SO BOUND, DO NOT ACCESS OR USE THE SITE. PLEASE READ THESE TERMS CAREFULLY **THEY CONTAIN A MANDATORY ARBITRATION PROVISION AND CLASS ACTION WAIVER.**

www.freedomcarequotes.com may revise and update these Terms at any time. Your continued usage of the Site will mean you accept those changes

## Use of the Website

By using the Site, you represent to www.freedomcarequotes.com that 1) you are authorized to enter into this Agreement and you are at least the age of majority in your state or province of residence, (2) you will not use the Site for any purpose or in any manner that violates any law or regulation or that infringes the rights of www.freedomcarequotes.com or any third party, (3) any information or data provided to www.freedomcarequotes.com by you will not violate any law or regulation or infringe the rights of www.freedomcarequotes.com or any third party, (4) all information that you provide to us in connection with the Site (e.g., name, e-mail address, and other information) is true and accurate, and (5) you are authorized and able to fulfill and perform the obligations and meet the conditions of a user as specified herein. This Agreement provides to you a personal, revocable, limited, non-exclusive, royalty-free, non-sublicenseable, non-transferable license to use the Site conditioned on your continued compliance with the Terms of this Agreement. You may print and download materials and information from the Site solely for your personal use, provided that all hard copies contain all copyright and other applicable notices contained in such materials and information Notwithstanding the foregoing, you may not modify, translate, decompile, create derivative work(s) of, copy, distribute, disassemble, broadcast, transmit, publish, remove or alter any proprietary notices or labels, license, sublicense, transfer, sell, mirror, frame, exploit, rent, lease, private label, grant a security interest in, or otherwise use the Website in any manner not expressly permitted herein. Specifically, and by way of illustration and not limitation, you may not (a) separate and use any graphics, photographs, or other audio, visual, or video elements from the accompanying text or material without the prior express written permission of www.freedomcarequotes.com and/or its licensor(s), (b) use any "deep link," "page scrape," "robot," "spider," or other device, program, script, algorithm, or methodology to access, acquire, copy, or monitor any portion of the Site or in any way reproduce or circumvent the navigational structure of the Site to obtain or attempt to obtain any materials, documents, or information through any means not purposely made available through the Site; (c) probe, scan, or test the vulnerability of the Site or any network connected to the Site; (d) use any device, software, or routine to interfere with the proper working of the Site or any transaction conducted on the Site; (e) forge headers, impersonate a person, or otherwise manipulate identifiers in order to disguise your identity or the origin of any message or transmittal you send to www.freedomcarequotes.com on or through the Site, (f) use the Site to harvest or collect e-mail addresses or other contact information, or (g) use the Site in a manner that could damage, disparage, or otherwise negatively impact www.freedomcarequotes.com. The licenses granted by www.freedomcarequotes.com terminate if you do not comply with these Terms

The material, images, and text on the Site ("Content") is protected by copyright under both United States and foreign laws. Title to the Content remains with www.freedomcarequotes.com or its licensors. Any use of the Content not expressly permitted by these Terms and Conditions is a breach of this Agreement and may violate copyright, trademark and other laws. Content and features are subject to change or termination without notice in the editorial discretion of www.freedomcarequotes.com. All rights not expressly granted herein are reserved to www.freedomcarequotes.com and its licensors. If you violate any of these Terms, your permission to use the Content automatically terminates and you must immediately destroy any copies you have made of any portion of the Content

## PRIVACY

Please review our Privacy Policy to understand our practices regarding personal information provided by you, which is incorporated herein by reference

## Limitation of Liability and Disclaimer of Warranties

The use of the Site and the Content is at your own risk. When using the Site, information will be transmitted over a medium that may be beyond the control and jurisdiction of www.freedomcarequotes.com and its suppliers. Accordingly, www.freedomcarequotes.com assumes no liability for or relating to the delay, failure, interruption, or corruption of any data or other information transmitted in connection with use of the Site. The Site and the Content are provided on an "as is" and "as available" basis and may include errors, omissions, or other inaccuracies. MOREOVER, www.freedomcarequotes.com MAY MAKE MODIFICATIONS AND/OR CHANGES ON THIS SITE OR IN THE MATERIALS AND INFORMATION AVAILABLE ON THIS SITE AT ANY TIME AND FOR ANY REASON www.freedomcarequotes.com MAKES NO REPRESENTATIONS, GUARANTEES, OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE SUITABILITY, COMPLETENESS, TIMELINESS, RELIABILITY, LEGALITY, OR ACCURACY OF THE www.freedomcarequotes.com SERVICES OR THE INFORMATION, CONTENT, MATERIALS, PRODUCTS, OR OTHER SERVICES, OR INCLUDED ON OR OTHERWISE MADE AVAILABLE ON THE SITE. YOU EXPRESSLY AGREE THAT YOUR USE OF THE SITE IS AT YOUR OWN RISK. TO THE FULLEST EXTENT PERMISSIBLE BY APPLICABLE LAW, www.freedomcarequotes.com DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT, AND FITNESS FOR PARTICULAR PURPOSE. www.freedomcarequotes.com DOES NOT WARRANT THAT THE INFORMATION, CONTENT, MATERIALS, PRODUCTS OR OTHER SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE SITE, www.freedomcarequotes.com's SERVERS, OR ELECTRONIC COMMUNICATIONS SENT FROM www.freedomcarequotes.com ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS www.freedomcarequotes.com ALSO MAKES NO REPRESENTATION, GUARANTEE, OR WARRANTY THAT THIS WEBSITE WILL OPERATE ERROR FREE OR IN AN UNINTERRUPTED FASHION

To the maximum extent permitted by law, in no event shall www.freedomcarequotes.com, its licensors, its suppliers, or any third parties mentioned on the Site be liable for any damages (including, without limitation, indirect, punitive, special, incidental, or consequential damages, personal injury/wrongful death, lost profits, or damages resulting from lost data or business interruption) resulting from the use of or inability to use the Site or the Content, the delay or inability to use the Site, or from any information, Content, materials, or www.freedomcarequotes.com services included on or otherwise made available to you through the Site, whether based in contract, tort, strict liability, or otherwise, and whether or not www.freedomcarequotes.com, its licensors, its suppliers, or any third parties mentioned on the Site have been advised of the possibility of such damages. www.freedomcarequotes.com, its licensors, its suppliers, or any third parties mentioned on the Site shall be liable only to the extent of actual damages incurred by you, not to exceed U.S. $100. Any claims arising in connection with your use of the Site or any Content must be brought within one (1) year of the date of the event giving rise to such action occurred

## User Submissions

You agree that you will not upload or transmit any communications or content of any type to the Site that infringe or violate any rights of any party. By submitting communications or content to the Site, you agree that such submission is non-confidential for all purposes. If you make any submission to the Site or if you submit any business information, idea, concept or invention to www.freedomcarequotes.com by email, you automatically grant-or warrant that the owner of such content or intellectual property has expressly granted www.freedomcarequotes.com a royalty-free, perpetual, irrevocable, sublicenseable world-wide nonexclusive license to use, reproduce, create derivative works from, modify, publish, edit, translate, distribute, perform, and display the communication or content in any media or medium, or any form, format, or forum now known or hereafter developed. If you wish to keep any business information, ideas, concepts or inventions private or proprietary, do not submit them to the Site or to www.freedomcarequotes.com by email

## Advertisements, Searches, and Links to Other Sites

www.freedomcarequotes.com may provide links to third-party websites. www.freedomcarequotes.com may also select certain websites as priority responses to search terms you enter and www.freedomcarequotes.com may agree to allow advertisers to respond to certain search terms with advertisements or sponsored content. obamacareusa.org does not endorse the content on any third party websites. www.freedomcarequotes.com is not responsible for the content of linked third-party sites, sites framed within the Site, third-party websites provided as search results, or third party advertisements, and does not make any

**MENJIVAR ATTACHMENT Q**

representations regarding their content or accuracy. Your use of third-party websites is at your own risk and subject to the terms and conditions of use and privacy policies for such websites.

## ELECTRONIC COMMUNICATIONS

When you use the Site, or send e-mails to us, you are communicating with us electronically. You consent to receive communications from us electronically. We will communicate with you by e-mail or by posting notices on or through the Site. You agree that all agreements, notices, disclosures and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

## MODIFICATIONS

We reserve the right at any time to modify or discontinue the Site (or any part or content thereof) without notice at any time. www.freedomcarequotes.com may add, modify, or delete any aspect, program, or feature of the Site. We shall not be liable to you or to any third party for any modification, suspension, or discontinuance of the Site.

### Data We Collect

**Governing Law**
These Terms are governed by the laws of the State of Florida, without respect to its conflict of laws principles.

## ARBITRATION

All disputes arising out of or relating to any purchase you make with via this Site, any information you provide via the Site, these Terms (including the formation, performance or alleged breach), and your use of the Site will be exclusively resolved under confidential binding arbitration in accordance with the Rules of the American Arbitration Association ("AAA"), including the AAA's Supplementary Procedures for Consumer-Related Disputes (collectively, the "AAA Rules") then in effect at the time of the dispute.

The AAA Rules are available at www.adr.org or by calling 1-800-778-7879. If you initiate arbitration, www.freedomcarequotes.com will promptly reimburse you for any standard filing fee which may have been required under AAA Rules once you have notified www.freedomcarequotes.com in writing and provided a copy of the arbitration proceedings. However, if www.freedomcarequotes.com is the prevailing party in the arbitration, applicable law may allow the arbitrator to award attorneys' fees and costs to www.freedomcarequotes.com. If for any reason the AAA is unavailable, the parties shall mutually select another arbitration forum. The arbitration will be conducted in the city of Hollywood, Florida, but may proceed telephonically if the claimant so chooses.

The arbitrator's award will be binding and may be entered as a judgment in any court of competent jurisdiction. To the fullest extent permitted by applicable law, no arbitration under these Terms may be joined to an arbitration involving any other party subject to these Terms, whether through class arbitration proceedings or otherwise. Notwithstanding the foregoing, we will have the right to seek injunctive or other equitable relief in state or federal court located to enforce these Terms or prevent an infringement of a third party's rights. In the event equitable relief is sought, each party hereby irrevocably submits to the personal jurisdiction of such court.

## WAIVER OF CLASS ACTION RIGHTS

ANY DISPUTES ARISING OUT OF OR RELATING TO YOUR USE OF THIS SITE, ANY INFORMATION YOU PROVIDE VIA THE SITE, THESE TERMS (INCLUDING THEIR FORMATION, PERFORMANCE OR ALLEGED BREACH), AND YOUR USE OF THE SITE SHALL BE SUBMITTED INDIVIDUALLY BY YOU, AND SHALL NOT BE SUBJECT TO ANY CLASS ACTION OR REPRESENTATIVE STATUS. BY ENTERING INTO THIS AGREEMENT, YOU HEREBY IRREVOCABLY WAIVE ANY RIGHT YOU MAY HAVE TO JOIN CLAIMS WITH THOSE OF OTHERS or participate as a member of a class of claimants with respect to any claim submitted to arbitration. The parties to this arbitration agreement acknowledge that this class action waiver is material and essential to the arbitration of any disputes between the parties and is nonseverable from the agreement to arbitrate claims. If any portion of this class action waiver is limited, voided, or cannot be enforced, then the parties agreement to arbitrate shall be null and void. YOU UNDERSTAND THAT BY AGREEING TO THIS CLASS ACTION WAIVER, YOU MAY ONLY BRING CLAIMS AGAINST www.freedomcarequotes.com IN AN INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION OR REPRESENTATIVE PROCEEDING.

### Notice and Take Down Procedures; Copyright Agent

If you believe any materials accessible on or from the Site infringe your copyright, you may request removal of those materials (or access thereto) from this web site by contacting www.freedomcarequotes.com's copyright agent (identified below) and providing the following information.

1. Identification of the copyrighted work that you believe to be infringed. Please describe the work, and where possible include a copy or the location (e.g., URL) of an authorized version of the work.
2. A description, in reasonable detail (including the applicable URL) of the material that you believe to be infringing and its location. Please provide us with enough information that will allow us to locate the material.
3. Your name, address, telephone number and (if available) e-mail address.
4. A statement that you have a good faith belief that the complained of use of the materials is not authorized by the copyright owner, its agent, or the law.
5. A statement by you, made under the penalty of perjury, that the information that you have supplied is accurate, and indicating that you are the copyright owner or are authorized to act on the copyright owner's behalf.
6. A signature or the electronic equivalent from the copyright holder or authorized representative.

Please send this notice to

Attn: Health Insurance Services Legal
401 E Las Olas Blvd
Suite 130-627
Fort Lauderdale, Fl 33301
Email: privacy@www.freedomcarequotes.com

## Complete Agreement

Except as expressly provided in a particular "legal notice" on the Site or via e-mail from www.freedomcarequotes.com, this Agreement and the www.freedomcarequotes.com Privacy Policy constitute the entire agreement between you and www.freedomcarequotes.com with respect to the use of the Site and Content.

If any provision of this Agreement is found to be invalid by any court having competent jurisdiction, the invalidity of such provision shall not affect the validity of the remaining provisions of this Agreement, which shall remain in full force and effect. No waiver of any of these Terms shall be deemed a further or continuing waiver of such term or condition or any other term or condition.

© 2016 www.freedomcarequotes.com, All rights reserved

CLOSE

**MENJIVAR ATTACHMENT Q**




## Contact Us

Fill out the short form below then click Send Message button. We will respond back
to you as soon as we can

FULL NAME *

COMPANY NAME *

EMAIL ADDRESS *

PHONE NUMBER *

HOW CAN WE HELP YOU *

What are you looking for?

MESSAGE

**EMAIL:**

info@freedomcarequotes.com

**ADDRESS:**

Health Insurance Services
401 E Las Olas Blvd
Suite 130-627
Fort Lauderdale, Fl 33301



**SEND US YOUR MESSAGE**

Copyright and Reproduction ... illinois                401 E Las Olas Blvd Suite 130-627, Fort Lauderdale Fl              Privacy Policy · Terms of use · Contact Us
people                                                           33301

Freedom Care Quotes is an independent marketplace in the healthcare consumer. We're not a consumer.com website. For consumer.com
Affordable Care Act please visit healthcare.gov

**MENJIVAR ATTACHMENT Q**






**STEP 1:** Only 3 steps away from your free quote!

GENDER                                    DATE OF BIRTH

NEXT STEP

MENJIVAR ATTACHMENT Q






**STEP 1:** Only 3 steps away from your free quote!

GENDER                                          DATE OF BIRTH

03/03/1968

**NEXT STEP**

**MENJIVAR ATTACHMENT Q**





Cigna     FIDELITY LIFE     Health Net     UnitedHealthOne

| STEP 1 | STEP 2 |
|--------|--------|
| 25% COMPLETE | 50% COMPLETE |

## STEP 2: Half way there!

HOUSEHOLD SIZE

1

EXPECTED INCOME

$47,000 or more

DO YOU HAVE ANY HEALTH CONDITIONS?  ◉ YES  ○ NO

- ☐ AIDS/HIV
- ☑ DIABETES
- ☐ LIVER DISEASE
- ☐ ALZEIMERS DISEASE
- ☐ LUNG DISEASE
- ☐ SUBSTANCE ABUSE
- ☐ MENTAL ILLNESS
- ☐ CANCER
- ☑ HEART DISEASE

ARE YOU A SMOKER?  ○ YES  ◉ NO

◂ Previous Step

**NEXT STEP**

Copyright 2015 Freedom are Quotes. All rights reserved.    848 Las Olas Blvd Suite 1204 Fort Lauderdale FL 33341    Privacy Policy   Terms of Use   Contact Us

Freedom Health Insurance Quotes is a marketplace for health insurance. We are not a government website. For informational purposes only. This is not a complete description of benefits.

**MENJIVAR ATTACHMENT Q**



Call Now to speak to an agent
**(855) 821-5362** 📞

Cigna    **FIDELITY**LIFE    Health Net    UnitedHealthOne



| STEP 1 | STEP 2 | STEP 3 |
|--------|--------|--------|
| 25% COMPLETE | 50% COMPLETE | 75% COMPLETE |

**STEP 3**: Find and compare plans in your area!

PRIMARY PHONE NUMBER

(770) 555-1212

EMAIL ADDRESS

jon@johnmcclain.com

‹ Previous Step

NEXT STEP

**MENJIVAR ATTACHMENT Q**



Call Now to speak to an agent
**(855) 821-5362** ☎



### STEP 4: Final step to receive free quotes!

FIRST NAME                   LAST NAME

STREET ADDRESS          CITY

STATE                      ZIP

   Choose State ▾

By clicking "View Plans" I provide my signature, expressly authorizing Freedom Care Quotes or one of these carriers to contact me at the number and address provided with insurance quotes or to obtain additional information for such purpose, via live, prerecorded or auto-dialed calls, text messages or email. I understand that my signature is not a condition of purchasing any property, goods or services and that I may revoke my consent at any time.

To speak directly to a representative for a quote, please call freedomcarequotes.com at 1-877-386-9926. By using this form, you agree to the terms of our Privacy Policy

« Previous Step

**VIEW PLANS**

Copyright 2017 Freedom Care Quotes. All rights reserved.                  8715 Lake Ellen Blvd Suite 2, North Fort Lauderdale FL
                                                                                                           33166                                      Privacy Policy · Terms of Use · Contact Us

Freedom Care Quotes is not a 1-800-DR-QUOTE or a health insurance company. We are not a government website. For information in all states please visit Healthcare.gov

**MENJIVAR ATTACHMENT Q**





# Carriers & Partners

Carriers and partner companies include, but are not limited to, the following

- Accuquote
- Adam Seigel
- Aegis First
- Aegon US Holding Corp
- Aflac
- Agentra Healthcare
- AHCP
- AIG Direct
- AIO
- AIS
- Altera Healthcare
- Allied
- Allina Health
- Allstate Insurance
- America Direct
- American Family Insurance
- American Fidelity Corp
- American Financial
- American Life & Health
- American National Insurance
- American Republic Insurance Co
- American Service Insurance Agency
- Americare Group
- Americas Health Brokers
- Americas Insurance
- Amerigroup
- Ameriprise Financial Group
- Amica Insurance
- Angelic Marketing Group
- Answer Financial
- Anthem BCBS
- Aon Corp
- Ardent Health Services
- Assurant
- Astonish
- Aviva
- AvMed Inc
- AXA Insurance Group
- Bankers Life and Casualty
- Bankrate Insurance
- Banner Life
- Bantam Connect
- Bayside Insurance
- Blue Cross/Blue Shield Association Companies
- Bolt
- Brightway
- Caitlin Insurance Co
- Capital District Physicians Health Plan
- Caresource
- Carle Clinic Association
- Centene Corp
- Choice Direct
- Cigna
- Citigroup
- Clearlink
- CNA Insurance
- CO Farm Bureau
- Colonial Life & Accident Insurance Company
- Colorado Bankers
- CommercialInsurance.net
- CommunityCare
- Conseco Life
- Consumer United
- Cotton States Insurance
- Country Companies
- Country Financial
- CoverHound
- CSE
- CUNA Mutual Group
- Dean Health
- Delphi Financial
- Direct General
- DTRIC
- e-TeleQuote Insurance, Inc
- Efinancial
- eHealth
- Electric
- Elephant
- EmblemHealth
- Erie Insurance Company
- Esurance
- Fallon Community Health Plan
- Farm Bureau

**MENJIVAR ATTACHMENT Q**

- Farmers Insurance
- Fidelity Life
- Florida Blue
- Forefront Insurance
- Foresters
- Fortegra Insurance
- Fortis
- Freeway Insurance
- GEICO
- Geisinger Insurance
- Generation Life
- Genworth Financial
- GetAuto
- GetInsured.com
- GHI
- GMAC Insurance
- GoHealth/Norvax
- Golden Outlook
- Golden Rule Insurance Co
- GoMedigap
- Great West
- GreatAmerican
- Group Health Incorporated
- Guaranteed Benefits
- Guardian Life
- Guide One
- GuidePointe Solutions
- Hanover
- Hartford
- Hartford Fire & Casualty
- Harvard Commonwealth Health Plan
- Hawaii Medical Services Association
- HCC Insurance holdings
- Health and Life Plans of America
- Health Benefits One
- Health Care Service Corp
- Health Choice One
- Health Insurance for Everyone
- Health Insurance Services
- Health Markets
- Health Now New York Inc
- Health Option One
- Health Partners of Philadelphia Inc
- HealthCare Advisors
- HealthCare Alternatives
- HealthCare Direct
- HealthCare Solutions Team
- HealtheDeals
- HealthNet
- HealthPlanOne
- HealthPlus of Michigan
- HealthSpring
- Henry Ford Health System
- Highmark
- HII - Starr Insurance
- HIP Insurance
- Hiscox
- Homeinsurance.com
- Horace Mann
- Hospital Services Association of NEPA
- HPO
- HRBC Insurance
- Humana
- iCan Benefit Group
- IHC Health Plans
- IMO
- Independence Blue Cross
- Independent Carriers
- Independent Health Association
- Infinity Insurance
- ING US Life
- InsideResponse (Allied Insurance Partners)
- Insphere Insurance Solutions
- Insurance Central
- Insurance Services
- InsuranceOnly
- InsuranceQuotes.com
- InsureMe
- Insweb
- IntelliQuote
- Jackson National Life
- John Hancock
- Kaiser Permanente
- Kaleida Health
- Kanopy
- Kemper
- Knights of Columbus
- Level One Health Group
- Liberty Mutual Insurance Company
- Liberty National
- LifeLine Direct
- Lifetime Healthcare
- Lighthouse Insurance Group
- Lincoln National
- Louisiana Health Services

**MENJIVAR ATTACHMENT Q**

- M Plan Inc
- Managed Health Inc.
- MAPFRE
- Massachusetts Mutual
- Medical Card System Inc
- Medical Mutual of Ohio
- Medicare Solutions
- MEGA Life and Health Insurance
- Mercury
- Metlife
- Metropolitan Insurance Co
- Midland National
- Minnesota Mutual
- Mississippi Insurance
- MMM Healthcare Inc
- Molina Healthcare Inc
- Mutual of Omaha
- MVP
- National Better Living Association
- Nations Health Group Guide One Insurance
- Nationwide
- Neighborhood Health Plan Inc
- NetQuote
- New York Life
- NewQuest
- NextGen Leads
- Noridian Mutual Insurance Company
- Northwestern Mutual
- Ohio National Life
- Old Mutual US Life
- ONCOR Insurance Services
- Pacific Benefits Group
- Pacific Life and Annuity
- Pemco
- Penn Mutual
- Phoenix Life
- Physicians Health Plan
- Physicians Mutual
- PJP Agency
- Plymouth Rock
- Precise Leads
- Precise Solutions Group
- Preferred Care
- Premera Blue Cross
- Premier Health Plans Inc
- Presbyterian Healthcare Services
- Prime Care Health
- Principal Financial
- Principal Life
- Progressive Insurance
- Protective Life
- Providence Health Plan
- Prudential of America
- PURE
- QuoteWhiz
- ReliaQuote
- Renaissance Health Services Corp
- RSA
- SAFECO
- Safeguard
- Safeway Insurance
- Sagicor
- Scan Health Plan
- Secure Horizons
- Secured Health
- Security Health Plan of Wisconsin Inc
- Select Quote
- SelectHealth
- SelectQuote A&H
- Sentara Health Management
- Sentry Insurance Company
- Shelter Insurance Company
- Sierra Health Services
- Simple Health, Simple Health Plans, Inc
- Simple Insurance Leads
- SolidQuote LLC
- Spectrum Direct
- Spectrum Health
- Spring Venture Group
- Stancorp Financial
- State Auto
- Sterling Senior Health
- Sun Life Assurance Company
- Swiss Re
- Tech Insurance
- The General
- The Hartford
- The Hartford AARP
- The IHC Group
- The Regence Group
- Three Rivers Holdings
- Thrivent Financial for Lutherans
- TIAA-CREF
- Tiburon Insurance Services
- Titan

**MENJIVAR ATTACHMENT Q**

- Traders Insurance
- Transamerica
- Travelers Insurance Company
- Tricare
- Triple-S Inc
- TriState
- Tryton
- Tufts Associates HMO Inc
- TWG
- TX Insurance
- TZ Insurance Solutions LLC
- Ucare
- Unified Rightmed
- United Medicare
- United Teacher Associates Ins Co.
- UnitedHealth Group
- UnitedHealthcare/UnitedHealthOne
- Unitrin Direct
- Universal American Financial Corp
- Universal Health Care
- University Health Care Inc
- UnumProvident Corp.
- UPMC Health System
- US Financial Life
- USAA
- USHEALTH Group
- USInsuranceOnline
- Vanguard Health Ventures
- VelaPoint Personal Insurance
- WEA Inc
- WellCare Health Plans
- WellPoint
- Western & Southern Life
- Western Mutual
- XLHealth
- Zurich

Copyright 2011 Freedom Care Zone. All rights reserved.

2011 Freedom Care Zone. All rights reserved.

Privacy Policy   Terms of Use   Contact Us

Freedom Care Zone is dedicated to helping consumers. We are not a government website for information on Affordable Care Act, please visit healthcare.gov

# Menjivar Attachment R

 **America's**
HEALTHCARE ADVISORS

# Find Freedom with Free Health Insurance Quotes



## GET A FREE QUOTE

### WHAT IS YOUR ZIP CODE?

| 60607 | Start Quote |

Fast | Simple | No Obligations

America's Healthcare Advisors is an independent marketplace for healthcare consumers. We're not a government website. For information on Affordable Care Act, please visit Healthcare.gov.

 UnitedHealthOne  Cigna  FIDELITY LIFE  Health Net

---

## Our Simple Process

Finding health insurance with America's Healthcare Advisors is as easy as one, two, three. We collect basic information about you in order to match you with companies that service your ZIP code. Health insurance can be overwhelming so a qualified agent will also reach out to you with an array of plans that fit your needs and budget.

[ LEARN MORE ]

**1** **ENTER YOUR ZIP CODE**

We need your zip code in order to search for the best health insurance plans in your area.



**2** **COMPLETE A SHORT FORM**

Many demographic factors determine your coverage eligibility and insurance cost. These factors include (but aren't limited to) age, marital status, location, health conditions, income, and household size. Your information is used to generate an accurate comparison of plan options.



**3** **SPEAK TO AN AGENT**

An agent will reach out to you with a custom quote built using your form responses. Rather not wait? We also match you with carriers & brokers that fit your demographic and ZIP code criteria.



---

## Health Insurance doesn't have to be complicated

At America's Healthcare Advisors, we believe that
customers should get the right health insurance and
plans for their needs. We use a streamlined process to
provide information to support customers while keeping
their best interests.

Our mission is to connect insurance consumers with
an array of insurance information across a broad array of
health insurance carriers, enabling you to make an
informed decision about your health insurance and
coverage.

## The Benefits of America's Healthcare Advisors

✓ Fast Free Quote
✓ Save Time and Tons of Money
✓ Plans from the Nation's Leading Carriers
✓ Low Affordable Premiums
✓ Prescription Drug Coverage

**MENJIVAR ATTACHMENT R**



## You're a Client, not a Customer

The agents and staff at America's Healthcare Advisors take pride in providing an excellent consumer experience. We're here to help, whether you're swapping insurance due to a major life event, trying to cut costs with a new plan, or just aren't sure if you're eligible for a subsidy. Our goal is to make healthcare simple again.

Neither americashealthcareadvisors.com, nor the agents who contact you, represent the state or federal government. The health insurance quote offered may include a combination of state exchange plans, federal exchange plans, and private health insurance. Subsidy qualification is based upon many factors including income and household size. Not all consumers will be eligible for a subsidy. Speak to your agent for more subsidy related information.

**LEARN MORE**



MENJIVAR ATTACHMENT R

 **America's**
HEALTHCARE ADVISORS

## Fill in this short health form and click submit.

After you submit your information one of our licensed agents will contact you with a free quote. Thank you.

GENDER:

MALE

DATE OF BIRTH:

HOUSEHOLD SIZE:

EXPECTED INCOME:

DO YOU HAVE ANY HEALTH CONDITIONS?       ◦ YES   ◉ NO

ARE YOU A SMOKER?       ◦ YES   ◉ NO

FIRST NAME:

LAST NAME:

STREET ADDRESS:

CITY:

Chicago

STATE:

Illinois

ZIP:

60607

PRIMARY PHONE NUMBER:

EMAIL ADDRESS:

By clicking "Submit" I give express consent to America's Healthcare Advisors or one of these partners or one of these marketing partners to contact me at the number and address provided with insurance quotes or to obtain additional information for such purpose, via live, prerecorded or auto-dialed calls, text messages or email. I understand that my signature is not a condition of purchasing any property, goods or services and that I may revoke my consent at any time.

To speak directly to a representative for a quote without providing consent, please call americashealthcareadvisors.com at (855) 350-9573 By using this form, you agree to the terms of our Privacy Policy.

Submit ▶



**MENJIVAR ATTACHMENT R**


**America's**
HEALTHCARE ADVISORS

CALL NOW TO SPEAK TO A LICENSED AGENT
**(855) 350-9573** ☎

# Our Practices Regarding Privacy

America's Healthcare Advisors, through its www.americashealthcareadvisors.com website ("Site") is committed to ensuring the privacy and security of each user that visits our website. Your privacy rights are important to us and we are committed to respecting your online privacy and making sure that any information you share with us by using our website is properly protected.

We have established this www.americashealthcareadvisors.com Privacy Policy so you know the importance we place on your privacy and so you can understand how we collect and use information collected from you when you visit our website or submit any personally identifiable information to us. This policy describes our overall privacy practices regarding information we collect on our web sites and through other Internet mediums. Our policy does not apply to the practices of companies that we do not own or control.

## Data We Collect

When you visit our website, we collect personally identifiable information ("PII") and non-personally identifiable information through various sources. PII means any information that may be used to identify an individual, including but not limited to name, address, and telephone number. Non-PII is data that is not used to specifically identify, contact or locate an individual, including but not limited to zip code, gender, and age.

When you use the Site, we automatically collect certain information from you, such as your browser type (e.g., Internet Explorer, Safari, Chrome), your Internet domain (e.g., Comcast, Time Warner, etc.), your computer's operating system, (e.g. Windows, Macintosh, UNIX, Linux), referring and exit page, operating system, the type of mobile device you use (if applicable), your mobile device's unique device ID, and your IP address. This information lets us see how users find our Site, and it tells us which pages users visit most frequently so we can make our Site more useful. We keep this information for an indefinite amount of time to improve the operation of our Site and to provide better services to our users.

In addition to the data that your browser or Internet session sends us automatically, we may also collect PII if you enter it when using our website. This contact information is stored on our servers and used to fulfill your information request. If you have not opted out of its use, we may share it with our data licensees, including our advertising clients and their vendors, and other advertising partners.

## How We Use and Share Your Information

We may use the information we collect from and about you for the following purposes: (1) to fulfill your requests for information; (2) to respond to your inquiries; (3) to review Site usage and operations; (4) to address problems with the Site, our business, or our services; (5) to protect the security or integrity of the Site and our business; (6) to monitor the Site for compliance with our Terms of Use and the law; (7) to help improve our Site or services; and (8) to contact you with Site updates, newsletters and other informational and promotional materials from us and third party marketing offers from our trusted partners, as well as from other companies.

We may disclose information collected from and about you as follows: (1) to our related companies and service providers, to perform a business, professional or technical support function for us; (2) to our marketing partners, advertisers or other third parties, who may contact you with their own offers; (3) as necessary if we believe that there has been a violation of our Terms of Use or of our rights or the rights of any third party; (4) to respond to legal process (such as a search warrant, subpoena or court order) and provide information to law enforcement agencies or in connection with an investigation on matters related to public safety, as permitted by law, or otherwise as required by law; and (5) in the event that our company or substantially all of its assets are acquired, your personal information may be one of the transferred assets. We may also disclose your personal information with your express consent. We may share aggregate, non-personally identifiable information about Site users with third parties.

## Third Parties Contacting You

Different advertisers and advertising companies have different methods of following up with you on information requests. Some send brochures in the mail, others reply via email or some may contact you by telephone. By using our service to request information from our advertising clients and advertising partners, you are giving permission to www.americashealthcareadvisors.com and these parties (or their partners and vendors) to contact you using the methods of their choice, even if the phone number you provide is in a corporate, state or national do not call list, now or in the future (unless and until you opt-out from receiving communications from us or such partners, as applicable). You are also providing your express consent to be called or texted (including prerecorded messages or using an autodialer or automated means) at the number you provide.

## Cookies

Our websites use cookies (small files containing program code that reside on your computer) to provide usage statistics about our web site, and to understand where visitors learn about our web site. We also may use cookies to simplify the re-entering of your data. You can adjust your browser settings to opt-out of the use of cookies by having your browser disable cookies. Look for the cookie options in your browser in the Options or Preferences menu.

Additionally, we use cookies, web beacons, and other technologies to receive and store certain types of information whenever you interact with us through your computer or mobile device on the Site. This information, which may include the pages you visit on our or our partners' sites, which web address you came from, the type of browser/device /hardware you are using, or an IP-based geographic location, helps us recognize you, customize your website experience and make marketing messages more relevant. These companies use non-personally identifiable information (e.g. click stream information, browser type, time and date, hardware/software information) during your visits to this and other websites in order to provide advertisements about goods and services likely to be of greater interest to you. At this time, we do not respond to browser "do not track" signals. However, we may provide you with ways to choose not to have your information collected or used in this way. To learn more about targeted ads or to opt-out of this type of advertising, visit the Network Advertising Initiative website or Digital Advertising Alliance website.

## Opt-Out of Receiving Communications from www.americashealthcareadvisors.com

You may opt out by contacting us by submitting a "Stop contacting me" request on our Contact Us page, calling us at (877) 386-3926, or sending a letter to:

Health Insurance Services Legal
401 E Las Olas Blvd.
Suite 130-627
Fort Lauderdale, Fl 33301

## Children's Privacy

We do not direct the Site to, nor do we knowingly collect any PII from any individuals less than thirteen years of age. If you are the parent or guardian and are made aware that a child under the age of 13 has provided us with PII, please contact us.

## Third Party Links

This Site may contain links that direct you to websites owned and operated by other companies. www.americashealthcareadvisors.com does not control or endorse these websites, and we do not assume any responsibility for the content, privacy policies or practices of any third party websites, which may use cookies and collect PII from you. We recommend that you review the privacy policy posted on any external website before disclosing any PII. Please contact those websites directly if you have any questions about their privacy policies.

## California Privacy Rights

Under California's "Shine the Light" law, we provide a method for consumers to "opt-out" of having their information shared with third-parties. Contact us using the methods described in the "Contact Us" section to unsubscribe.

## Privacy Policy Changes

www.americashealthcareadvisors.com may change this Privacy Policy at any time. Should we revise this Privacy Policy in the future, we will immediately publish the amended Privacy Policy on our website. We recommend that you check our website frequently to view recent changes or updates.

Contact Us

**MENJIVAR ATTACHMENT R**

Contact Us

We invite you to contact us if you have questions or comments about our Privacy Policy or you want to change the personally identifiable information you have provided to us. You may contact us by:

Sending a letter to:
Health Insurance Services Legal
401 E Las Olas Blvd.
Suite 130-627
Fort Lauderdale, FL 33301

Calling us at 1-877-386-9926
Emailing us at: privacy@americashealthcareadvisors.com

If we need, or are required to, contact you regarding your personal information, we may do so by telephone, email, or mail.

Close



**MENJIVAR ATTACHMENT R**


**America's**
HEALTHCARE ADVISORS

## Please read these terms and conditions of use before using this site.

The www.americashealthcareadvisors.com Website ("www.americashealthcareadvisors.com" or the "Site") is owned and operated by www.americashealthcareadvisors.com. By using this Site, you signify your assent to these Terms of Use ("Terms" or "Agreement"). If you do not agree to all of these Terms, do not use this site.

BY ACCESSING OR USING ANY PART OF THE SITE, YOU AGREE THAT YOU HAVE READ, UNDERSTAND AND AGREE TO BE BOUND BY THIS AGREEMENT. IF YOU DO NOT AGREE TO BE SO BOUND, DO NOT ACCESS OR USE THE SITE. PLEASE READ THESE TERMS CAREFULLY. **THEY CONTAIN A MANDATORY ARBITRATION PROVISION AND CLASS ACTION WAIVER.**

www.americashealthcareadvisors.com may revise and update these Terms at any time. Your continued usage of the Site will mean you accept those changes.

### Use of the Website

By using the Site, you represent to www.americashealthcareadvisors.com that 1) you are authorized to enter into this Agreement and you are at least the age of majority in your state or province of residence, (2) you will not use the Site for any purpose or in any manner that violates any law or regulation or that infringes the rights of www.americashealthcareadvisors.com or any third party; (3) any information or data provided to www.americashealthcareadvisors.com by you will not violate any law or regulation or infringe the rights of www.americashealthcareadvisors.com or any third party; (4) all information that you provide to us in connection with the Site (e.g. name, e-mail address, and other information) is true and accurate; and (5) you are authorized and able to fulfill and perform the obligations and meet the conditions of a user as specified herein. This Agreement provides to you a personal, revocable, limited, non-exclusive, royalty free, non-sublicenseable, non-transferable license to use the Site conditioned on your continued compliance with the Terms of this Agreement. You may print and download materials and information from the Site solely for your personal use, provided that all hard copies contain all copyright and other applicable notices contained in such materials and information. Notwithstanding the foregoing, you may not modify, translate, decompile, create derivative work(s) of, copy, distribute, disassemble, broadcast, transmit, publish, remove or alter any proprietary notices or labels, license, sublicense, transfer, sell, mirror, frame, exploit, rent, lease, private label, grant a security interest in, or otherwise use the Website in any manner not expressly permitted herein. Specifically, and by way of illustration and not limitation, you may not (a) separate and use any graphics, photographs, or other audio, visual or video elements from the accompanying text or material without the prior express written permission of www.americashealthcareadvisors.com and/or its licensor(s); (b) use any "deep link," "page scrape," "robot," "spider," or other device, program, script, algorithm, or methodology to access, acquire, copy, or monitor any portion of the Site or in any way reproduce or circumvent the navigational structure of the Site to obtain or attempt to obtain any materials, documents, or information through any means not purposely made available through the Site; (c) probe, scan, or test the vulnerability of the Site or any network connected to the Site, (d) use any device, software, or routine to interfere with the proper working of the Site or any transaction conducted on the Site; (e) forge headers, impersonate a person, or otherwise manipulate identifiers in order to disguise your identity or the origin of any message or transmittal you send to www.americashealthcareadvisors.com or on or through the Site; (f) use the Site to harvest or collect e-mail addresses or other contact information, or (g) use the Site in a manner that could damage, disparage, or otherwise negatively impact www.americashealthcareadvisors.com. The licenses granted by www.americashealthcareadvisors.com terminate if you do not comply with these Terms.

The material, images, and text on the Site ("Content") is protected by copyright under both United States and foreign laws. Title to the Content remains with www.americashealthcareadvisors.com or its licensors. Any use of the Content not expressly permitted by these Terms and Conditions is a breach of this Agreement and may violate copyright, trademark, and other laws. Content and features are subject to change or termination without notice in the editorial discretion of www.americashealthcareadvisors.com. All rights not expressly granted herein are reserved to www.americashealthcareadvisors.com and its licensors. If you violate any of these Terms, your permission to use the Content automatically terminates and you must immediately destroy any copies you have made of any portion of the Content.

### PRIVACY

Please review our Privacy Policy to understand our practices regarding personal information provided by you, which is incorporated herein by reference.

### Limitation of Liability and Disclaimer of Warranties

The use of the Site and the Content is at your own risk. When using the Site, information will be transmitted over a medium that may be beyond the control and jurisdiction of www.americashealthcareadvisors.com and its suppliers. Accordingly, www.americashealthcareadvisors.com assumes no liability for or relating to the delay, failure, interruption, or corruption of any data or other information transmitted in connection with use of the Site. The Site and the content are provided on an "as is" and "as available" basis and may include errors, omissions, or other inaccuracies. MOREOVER, www.americashealthcareadvisors.com MAY MAKE MODIFICATIONS ANY/OR CHANGES ON THIS SITE OR IN THE MATERIALS AND/OR INFORMATION AVAILABLE ON THIS SITE AT ANY TIME AND FOR ANY REASON. www.americashealthcareadvisors.com MAKES NO REPRESENTATIONS, GUARANTEES, OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE SUITABILITY, COMPLETENESS, TIMELINESS, RELIABILITY, LEGALITY, OR ACCURACY OF THE www.americashealthcareadvisors.com SERVICES OR THE INFORMATION, CONTENT, MATERIALS, PRODUCTS, OR OTHER SERVICES, OR INCLUDED ON, OR OTHERWISE MADE AVAILABLE ON THE SITE. YOU EXPRESSLY AGREE THAT YOUR USE OF THE SITE IS AT YOUR OWN RISK. TO THE FULLEST EXTENT PERMISSIBLE BY APPLICABLE LAW, www.americashealthcareadvisors.com DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT, AND FITNESS FOR PARTICULAR PURPOSE. www.americashealthcareadvisors.com DOES NOT WARRANT THAT THE INFORMATION, CONTENT, MATERIALS, PRODUCTS OR OTHER SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE SITE, ITS SERVERS, OR www.americashealthcareadvisors.com's SERVERS, OR ELECTRONIC COMMUNICATIONS SENT FROM www.americashealthcareadvisors.com ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. www.americashealthcareadvisors.com ALSO MAKES NO REPRESENTATION, GUARANTEE, OR WARRANTY THAT THIS WEBSITE WILL OPERATE ERROR FREE OR IN AN UNINTERRUPTED FASHION.

To the maximum extent permitted by law, in no event shall www.americashealthcareadvisors.com, its licensors, its suppliers, or any third parties mentioned on the Site be liable for any damages (including, without limitation, indirect, punitive, special, incidental, or consequential damages, personal injury/wrongful death, lost profits, or damages resulting from lost data or business interruption) resulting from the use of or inability to use the Site or the Content, the delay or inability to use the Site, or from any information, Content, materials, or www.americashealthcareadvisors.com services included on or otherwise made available to you through the Site, whether based in contract, tort, strict liability, or otherwise, and whether or not www.americashealthcareadvisors.com, its licensors, its suppliers, or any third parties mentioned on the Site have been advised of the possibility of such damages www.americashealthcareadvisors.com, its licensors, its suppliers, or any third parties mentioned on the Site shall be liable only to the extent of actual damages incurred by you, not to exceed U.S. $100. Any claims arising in connection with your use of the Site or any Content must be brought within one (1) year of the date of the event giving rise to such action occurred.

### User Submissions

You agree that you will not upload or transmit any communications or content of any type to the Site that infringe or violate any rights of any party. By submitting communications or content to the Site, you agree that such submission is non-confidential for all purposes. If you make any submission to the Site or if you submit any business information, idea, concept or invention to www.americashealthcareadvisors.com by email, you automatically grant-or warrant that the owner of such content or intellectual property has expressly granted www.americashealthcareadvisors.com a royalty-free, perpetual, irrevocable, sublicensable world-wide nonexclusive license to use, reproduce, create derivative works from, modify, publish, edit, translate, distribute, perform, and display the communication or content in any media or medium, or any form, format, or forum now known or hereafter developed. If you wish to keep any business information, ideas, concepts or inventions private or proprietary, do not submit them to the Site or to www.americashealthcareadvisors.com by email.

### Advertisements, Searches, and Links to Other Sites

www.americashealthcareadvisors.com may provide links to third-party websites. www.americashealthcareadvisors.com also may select certain websites as priority responses to search terms you enter and www.americashealthcareadvisors.com may agree to allow advertisers to respond to certain search terms with advertisements or sponsored content. obamacareusa.org does not endorse the content on any third party websites. www.americashealthcareadvisors.com is not responsible for the content of linked third-party sites, sites framed within the Site, third party websites provided as search results, or third-party advertisements, and does not make any representations regarding their content or accuracy. Your use of third-party websites is at your own risk and subject to the terms and conditions of use and privacy policies for such websites.

### ELECTRONIC COMMUNICATIONS

When you use the Site, or send e-mails to us, you are communicating with us electronically. You consent to receive communications from us electronically. We will communicate with you by e-mail or by posting notices on or through the Site. You agree that all agreements, notices, disclosures and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

### MODIFICATIONS

**MENJIVAR ATTACHMENT R**

We reserve the right at any time to modify or discontinue the Site (or any part or content thereof) without notice at any time. www.americashealthcareadvisors.com may add, modify, or delete any aspect, program, or feature of the Site. We shall not be liable to you or to any third party for any modification, suspension, or discontinuance of the Site.

### Data We Collect

**Governing Law**

These Terms are governed by the laws of the State of Florida, without respect to its conflict of laws principles.

### ARBITRATION

All disputes arising out of or relating to any purchase you make with via this Site, any information you provide via the Site, these Terms (including the formation, performance or alleged breach), and your use of the Site will be exclusively resolved under confidential binding arbitration in accordance with the Rules of the American Arbitration Association ("AAA"), including the AAA's Supplementary Procedures for Consumer-Related Disputes (collectively, the "AAA Rules") then in effect at the time of the dispute.

The AAA Rules are available at www.adr.org or by calling 1-800-778-7879. If you initiate arbitration, www.americashealthcareadvisors.com will promptly reimburse you for any standard filing fee which may have been required under AAA Rules once you have notified www.americashealthcareadvisors.com in writing and provided a copy of the arbitration proceedings. However, if www.americashealthcareadvisors.com is the prevailing party in the arbitration, applicable law may allow the arbitrator to award attorneys' fees and costs to www.americashealthcareadvisors.com. If for any reason the AAA is unavailable, the parties shall mutually select another arbitration forum. The arbitration will be conducted in the city of Hollywood, Florida, but may proceed telephonically if the claimant so chooses.

The arbitrator's award will be binding and may be entered as a judgment in any court of competent jurisdiction. To the fullest extent permitted by applicable law, no arbitration under these Terms may be joined to an arbitration involving any other party subject to these Terms, whether through class arbitration proceedings or otherwise. Notwithstanding the foregoing, we will have the right to seek injunctive or other equitable relief in state or federal court located to enforce these Terms or prevent an infringement of a third party's rights. In the event equitable relief is sought, each party hereby irrevocably submits to the personal jurisdiction of such court.

### WAIVER OF CLASS ACTION RIGHTS

ANY DISPUTES ARISING OUT OF OR RELATING TO YOUR USE OF THIS SITE, ANY INFORMATION YOU PROVIDE VIA THE SITE, THESE TERMS (INCLUDING THEIR FORMATION, PERFORMANCE OR ALLEGED BREACH), AND YOUR USE OF THE SITE SHALL BE SUBMITTED INDIVIDUALLY BY YOU, AND SHALL NOT BE SUBJECT TO ANY CLASS ACTION OR REPRESENTATIVE STATUS. BY ENTERING INTO THIS AGREEMENT, YOU HEREBY IRREVOCABLY WAIVE ANY RIGHT YOU MAY HAVE TO JOIN CLAIMS WITH THOSE OF OTHERS or participate as a member of a class of claimants with respect to any claim submitted to arbitration. The parties to this arbitration agreement acknowledge that this class action waiver is material and essential to the arbitration of any disputes between the parties and is nonseverable from the agreement to arbitrate claims. If any portion of this class action waiver is limited, voided, or cannot be enforced, then the parties agreement to arbitrate shall be null and void. YOU UNDERSTAND THAT BY AGREEING TO THIS CLASS ACTION WAIVER, YOU MAY ONLY BRING CLAIMS AGAINST www.americashealthcareadvisors.com IN AN INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION OR REPRESENTATIVE PROCEEDING.

### Notice and Take Down Procedures; Copyright Agent

If you believe any materials accessible on or from the Site infringe your copyright, you may request removal of those materials (or access thereto) from this web site by contacting www.americashealthcareadvisors.com's copyright agent (identified below) and providing the following information:

1. Identification of the copyrighted work that you believe to be infringed. Please describe the work, and where possible include a copy of the location (e.g., URL) of an authorized version of the work.
2. A description, in reasonable detail (including the applicable URL) of the material that you believe to be infringing and its location. Please provide us with enough information that will allow us to locate the material.
3. Your name, address, telephone number and (if available) e-mail address.
4. A statement that you have a good faith belief that the complained-of use of the materials is not authorized by the copyright owner, its agent, or the law.
5. A statement by you, made under the penalty of perjury, that the information that you have supplied is accurate, and indicating that you are the copyright owner or are authorized to act on the copyright owner's behalf.
6. A signature or the electronic equivalent from the copyright holder or authorized representative.

Please send this notice to:

Attn: Health Insurance Services Legal
401 E Las Olas Blvd.
Suite 130-627
Fort Lauderdale, Fl 33301
Email: privacy@www.americashealthcareadvisors.com

### Complete Agreement

Except as expressly provided in a particular "legal notice" on the Site or via e-mail from www.americashealthcareadvisors.com, this Agreement and the www.americashealthcareadvisors.com Privacy Policy constitute the entire agreement between you and www.americashealthcareadvisors.com with respect to the use of the Site and Content.

If any provision of this Agreement is found to be invalid by any court having competent jurisdiction, the invalidity of such provision shall not affect the validity of the remaining provisions of this Agreement, which shall remain in full force and effect. No waiver of any of these Terms shall be deemed a further or continuing waiver of such term or condition or any other term or condition.

© 2016 www.americashealthcareadvisors.com. All rights reserved.

Close



**MENJIVAR ATTACHMENT R**



## Contact Us

Fill out the short form below then click Send Message button. We will respond back to you, as soon as we can.

**EMAIL:**
info@americashealthcareadvisors.com

**ADDRESS:**
Health Insurance Services Legal
401 E Las Olas Blvd
Suite #130-627
Fort Lauderdale, Fl 33301

FULL NAME: *                    COMPANY NAME: *

EMAIL ADDRESS: *                PHONE NUMBER: *



HOW CAN WE HELP YOU: *

What are you looking for?            ▾

MESSAGE:



SEND US YOUR MESSAGE

**MENJIVAR ATTACHMENT R**

# Menjivar Attachment S

 **Premium**
Health Quotes

# Find Freedom with Free Health Insurance Quotes



**GET A FREE QUOTE**

WHAT IS YOUR ZIP CODE?

| 80027 | Start Quote |

**Fast | Simple | No Obligations**

Premium Health Quotes is an independent marketplace for healthcare consumers. We're not a government website. For information on Affordable Care Act, please visit Healthcare.gov.

   

—
## Our Simple Process

Finding health insurance with Premium Health Quotes is as easy as one, two, three. We collect basic information about you in order to match you with companies that service your ZIP code. Health insurance can be overwhelming so a qualified agent will also reach out to you with an array of plans that fit your needs and budget.

**LEARN MORE**

 **1**

### ENTER YOUR ZIP CODE
We need your zip code in order to search for the best health insurance plans in your area.

 **2**

### COMPLETE A SHORT FORM
Many demographic factors determine your coverage eligibility and insurance cost. These factors include but aren't limited to: age, marital status, location, health conditions, income, and household size. Your information is used to generate an accurate comparison of plan options.

 **3**

### SPEAK TO AN AGENT
An agent will reach out to you with a custom quote built using your form responses. Rather not wait? We also match you with carriers & brokers that fit your demographic and ZIP code criteria.



## Health Insurance is Too Important to Go Without

## The Benefits of Premium Health Quotes

✓ Fast Free Quote
✓ Save Time and Tens of Money
✓ Plans from the Nation's Leading Carriers
✓ Low, Affordable Premiums
✓ Prescription Drug Coverage

—
## Short-term health insurance is ideal for:

**LEARN MORE**

**MENJIVAR ATTACHMENT S**



**Major Medical Plans** are designed to cover the medical bills of any serious illness or injury whenever these rise high. These plans provide comprehensive coverage that insures help to meet most out-of-pocket expenses. There are several types of plans—HMOs, PPOs, and more—that offer the coverage each with their own features and benefits.

- Indemnity plans—These major medical plans typically contain a deductible—what you pay before the insurer starts covering the costs, any benefits are paid usually at 80%, once you have exceeded the deductible amount.
- Preferred provider organizations (PPOs)—usually allow you to see a doctor within a certain approved out-of-network, but you will probably have to pay a higher deductible or co-payment.
- Health Maintenance Organizations (HMOs)—In these plans you choose a primary care physician (PCP) from a list of network providers; your PCP then refers you for treatment, and if your treatment is outside the network, you need to receive it from in-network specialists and facilities; you may also need to pay for in-network provider in order to have your training and through the HMO. Treatment received outside the network if such is not covered or covered at a significantly reduced rate.

**Subsidized vs. Non-subsidized Health Care**
Subsidized is you get help paying medical expenses either from an employer or state or federal government's program. This could be in the way of tax credits or reduced premiums to lower health insurance costs. Non-subsidized—you're on your own government programs are responsible to pay it all, and the site may vary. You receive no reimbursement for any part of the plan costs.

Consult a licensed insurance professional to help smooth out the ways you can lower your health insurance costs and get a plan that works for you.

## Health Insurance Coverage by State

| | | |
|---|---|---|
| › Alabama | › Louisiana | › Ohio |
| › Alaska | › Maine | › Oklahoma |
| › Arizona | › Maryland | › Oregon |
| › Arkansas | › Massachusetts | › Pennsylvania |
| › California | › Michigan | › Rhode Island |
| › Colorado | › Minnesota | › South Carolina |
| › Connecticut | › Mississippi | › South Dakota |
| › Delaware | › Missouri | › Tennessee |
| › Florida | › Montana | › Texas |
| › Georgia | › Nebraska | › Utah |
| › Hawaii | › Nevada | › Vermont |
| › Idaho | › New Hampshire | › Virginia |
| › Illinois | › New Jersey | › Washington |
| › Indiana | › New Mexico | › West Virginia |
| › Iowa | › New York | › Wisconsin |
| › Kansas | › North Carolina | › Wyoming |
| › Kentucky | › North Dakota | |

**MENJIVAR ATTACHMENT S**

 **Premium** Health Quotes

## Our Practices Regarding Privacy

Premium Health Quotes, through its www.premiumhealthquotes.com website ("Site"), is committed to ensuring the privacy and security of each user that visits our website. Your privacy rights are important to us and we are committed to respecting your online privacy and making sure that any information you share with us by using our website is properly protected.

We have established this www.premiumhealthquotes.com Privacy Policy so you know the importance we place on your privacy and so you can understand how we collect and use information collected from you when you visit our website or submit any personally identifiable information to us. This policy describes our overall privacy practices regarding information we collect on our web sites and through other Internet mediums. Our policy does not apply to the practices of companies that we do not own or control.

### Data We Collect

When you visit our website, we collect personally identifiable information ("PII") and non-personally identifiable information through various sources. PII means any information that may be used to identify an individual, including but not limited to: name, address, and telephone number. Non-PII is data that is not used to specifically identify, contact or locate an individual, including but not limited to: zip code, gender, and age.

When you use the Site, we automatically collect certain information from you, such as your browser type (e.g., Internet Explorer, Safari, Chrome), your internet domain, (e.g. Comcast, Time Warner, etc.), your computer's operating system (e.g., Windows, Macintosh, UNIX, Linux), referring and exit page, operating system, the type of mobile device you use (if applicable), your mobile device's unique device ID, and your IP address. This information lets us see how users find our Site, and it tells us which pages users visit most frequently so we can make our Site more useful. We keep this information for an indefinite amount of time to improve the operation of our Site and to provide better services to our users.

In addition to the data that your browser or internet session sends us automatically, we may also collect PII if you enter it when using our website. This contact information is stored on our servers and used to fulfill your information request. If you have not opted out of its use, we may share it with our data licensees, including our advertising clients and their vendors, and other advertising partners.

### How We Use and Share Your Information

We may use the information we collect from and about you for the following purposes: (1) to fulfill your requests for information; (2) to respond to your inquiries, (3) to review Site usage and operations, (4) to address problems with the Site, our business, or our services; (5) to protect the security or integrity of the Site and our business; (6) to monitor the Site for compliance with our Terms of Use and the law; (7) to help improve our Site or services, and (8) to contact you with Site updates, newsletters and other informational and promotional materials from us and third party marketing offers from our trusted partners, as well as from other companies.

We may disclose information collected from and about you as follows: (1) to our related companies and service providers, to perform a business, professional or technical support function for us; (2) to our marketing partners, advertisers or other third parties, who may contact you with their own offers, (3) as necessary if we believe that there has been a violation of our Terms of Use or of our rights or the rights of any third party; (4) to respond to legal process (such as a search warrant, subpoena or court order) and provide information to law enforcement agencies or in connection with an investigation on matters related to public safety, as permitted by law, or otherwise as required by law, and (5) in the event that our company or substantially all of its assets are acquired, your personal information may be one of the transferred assets. We may also disclose your personal information with your express consent. We may share aggregate, non-personally identifiable information about Site users with third parties.

### Third Parties Contacting You

Different advertisers and advertising companies have different methods of following up with you on information requests. Some send brochures in the mail, others reply via email or some may contact you by telephone. By using our service to request information from our advertising clients and advertising partners, you are giving permission to www.premiumhealthquotes.com and these parties or their partners and vendor(s) to contact you using the methods of their choice, even if the phone number you provide is in a corporate, state, or national do not call list, now or in the future (unless and until you opt out from receiving communications from us or such partners as applicable). You are also providing your express consent to be called or texted, including prerecorded messages or using an autodialer or automated means, at the number you provide.

### Cookies

Our websites use cookies (small files containing program code that reside on your computer) to provide usage statistics about our web site, and to understand where visitors learn about our web site. We and may use cookies to simplify the reentering of your data. You can adjust your browser settings to opt out of the use of cookies by having your browser disable cookies. Look for the cookie options in your browser in the Options or Preferences menu.

Additionally, we use cookies, web beacons, and other technologies to receive and store certain types of information whenever you interact with us through your computer or mobile device on the Site. This information, which may include the pages you visit on our or our partners' sites, which web address you came from, the type of browser device hardware you are using, or an IP-based geographic location, helps us recognize you, customize your website experience and make marketing messages more relevant. Those companies use non-personally identifiable information (e.g., click stream information, browser type, time and date, hardware/software information) during your visits to this and other websites in order to provide advertisements about goods and services likely to be of greater interest to you. At this time, we do not respond to browser "do not track" signals. However, we may provide you with ways to choose not to have your information collected or used in this way. To learn more about targeted ads or to opt out of this type of advertising, visit the Network Advertising Initiative website or Digital Advertising Alliance website.

### Opt-Out of Receiving Communications from www.premiumhealthquotes.com

You may opt out by contacting us by submitting a "Stop contacting me" request on our Contact Us page, calling us at (877) 786-9926, or sending a letter to:

Health Insurance Services Legal
401 E Las Olas Blvd.
Suite 130-622
Fort Lauderdale, FL 33301

### Children's Privacy

We do not direct the Site to, nor do we knowingly collect any PII from any, individuals less than thirteen years of age. If you are the parent or guardian and are made aware that a child under the age of 13 has provided us with PII, please contact us.

### Third Party Links

This Site may contain links that direct you to websites owned and operated by other companies. www.premiumhealthquotes.com does not control or endorse these websites and we do not assume any responsibility for the content, privacy policies or practices of any third party websites, which may use cookies and collect PII from you. We recommend that you review the privacy policy posted on any external website before disclosing any PII. Please contact those websites directly if you have any questions about their privacy policies.

### California Privacy Rights

Under California's "Shine the Light" law, we provide a method for consumers to "opt-out" of having their information shared with third parties. Contact us using the methods described in the "Contact Us" section to unsubscribe.

### Privacy Policy Changes

www.premiumhealthquotes.com may change this Privacy Policy at any time. Should we revise this Privacy Policy in the future, we will immediately publish the amended Privacy Policy on our website. We recommend that you check our website frequently to view recent changes or updates.

### Contact Us

We invite you to contact us if you have questions or comments about our Privacy Policy or you wish to change the personally identifiable information you have provided to us. You may contact us by:

Sending a letter to:
Health Insurance Services Legal
401 E Las Olas Blvd.
Suite 130-622
Fort Lauderdale, FL 33301

Calling us at 1-877-786-9926.
Emailing us at: privacy@premiumhealthquotes.com.

If we need, or are required to, contact you regarding your personal information, we may do so by telephone, email, or mail.

Close

 **Premium**
Health Quotes

CALL NOW TO SPEAK TO A LICENSED AGENT
**(877) 305-4326**

## Please read these terms and conditions of use before using this site.

The www.premiumhealthquotes.com website ("www.premiumhealthquotes.com" or the "Site") is owned and operated by www.premiumhealthquotes.com. By using this Site, you signify your assent to these Terms of Use ("Terms" or "Agreement"). If you do not agree to all of these terms, do not use this site.

BY ACCESSING OR USING ANY PART OF THE SITE, YOU AGREE THAT YOU HAVE READ, UNDERSTAND AND AGREE TO BE BOUND BY THIS AGREEMENT. IF YOU DO NOT AGREE TO BE SO BOUND, DO NOT ACCESS OR USE THE SITE. PLEASE READ THESE TERMS CAREFULLY. **THEY CONTAIN A MANDATORY ARBITRATION PROVISION AND CLASS ACTION WAIVER**

www.premiumhealthquotes.com may revise and update these Terms at any time. Your continued usage of the Site will mean you accept those changes.

### Use of the Website

By using this Site, you represent to www.premiumhealthquotes.com that 1) you are authorized to enter into this Agreement and you are at least the age of majority in your state or province of residence, (2) you will not use the Site for any purpose or in any manner that violates any law or regulation or that infringes the rights of www.premiumhealthquotes.com or any third party, (3) any information or data provided to www.premiumhealthquotes.com by you will not violate any law or regulation or infringe the rights of www.premiumhealthquotes.com or any third party, (4) all information that you provide to us, in connection with the Site (e.g. name, e-mail address, and other information) is true and accurate, and (5) you are authorized and able to fulfill and perform the obligations and meet the conditions of a use as specified herein. This Agreement provides to you a personal, revocable, limited, non-exclusive, royalty free, non-transferable, non-transferable license to use the Site conditioned on your continued compliance with the Terms of this Agreement. You may print and download materials and information from the Site solely for your personal use, provided that a) hard copies contain all copyright and other applicable notices contained in such materials and information. Notwithstanding the foregoing, you may not modify, translate, decompile, create derivative work(s) of, copy, distribute, disassemble, broadcast, transmit, publish, remove or alter any proprietary notices or labels, license, sublicense, transfer, sell, mirror, frame, exploit, rent, lease, private label, grant a security interest in, or otherwise use the Website in any manner not expressly permitted herein. Specifically, and by way of illustration and not limitation, you may not (a) separate and use any graphics, photographs, or other audio, visual, or video elements from the accompanying text or material without the prior express written permission of www.premiumhealthquotes.com and/or its licensor(s), (b) use any "deep link," "page scrape," "robot," "spider," or other device, program, script, algorithm, or methodology to access, acquire, copy, or monitor any portion of the Site or in any way reproduce or circumvent the navigational structure of the Site to obtain or attempt to obtain any materials, documents, or information through any means not purposely made available through the Site, (c) probe, scan, or test the vulnerability of the Site or any network connected to the Site, (d) use any device, software, or routine to interfere with the proper working of the Site or any transaction conducted on the Site, or) forge headers, impersonate a person, or otherwise manipulate identifiers in order to disguise your identity or the origin of any message or transmittal you send to www.premiumhealthquotes.com on or through the Site, (f) use the Site to harvest or collect e-mail addresses or other contact information, or (g) use the Site in a manner that could damage, disparage, or otherwise negatively impact www.premiumhealthquotes.com. The license granted by www.premiumhealthquotes.com terminate if you do not comply with these Terms.

The material, images and text on the Site ("Content") is protected by copyright under both United States and foreign laws. Title to the Content remains with www.premiumhealthquotes.com or its licensors. Any use of the Content not expressly permitted by these Terms and Conditions is a breach of this Agreement and may violate copyright, trademark, and other laws. Content and features are subject to change or termination without notice in the editorial discretion of www.premiumhealthquotes.com. All rights not expressly granted herein are reserved to www.premiumhealthquotes.com and its licensors. If you violate any of these Terms, your permission to use the Content automatically terminates and you must immediately destroy any copies you have made of any portion of the Content.

### PRIVACY

Please review our Privacy Policy to understand our practices regarding personal information provided by you, which is incorporated herein by reference.

### Limitation of Liability and Disclaimer of Warranties

The use of the site and the Content is at your own risk. When using the Site, information will be transmitted over a medium that may be beyond the control and jurisdiction of www.premiumhealthquotes.com and its suppliers. Accordingly, www.premiumhealthquotes.com assumes no liability for or relating to the delay, failure, interruption, or corruption of any data or other information transmitted in connection with use of the Site. The Site and the content are provided on an "as is" and "as available" basis and may include errors, omissions, or other inaccuracies. MOREOVER, www.premiumhealthquotes.com MAY MAKE MODIFICATIONS AND/OR CHANGES IN THIS SITE OR IN THE MATERIALS AND INFORMATION AVAILABLE ON THIS SITE AT ANY TIME AND FOR ANY REASON. www.premiumhealthquotes.com MAKES NO REPRESENTATIONS, GUARANTEES OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE SUITABILITY, COMPLETENESS, TIMELINESS, RELIABILITY, LEGALITY, OR ACCURACY OF THE www.premiumhealthquotes.com SERVICES OR THE INFORMATION, CONTENT, MATERIALS, PRODUCTS, OR OTHER SERVICES, OR INCLUDED ON OR OTHERWISE MADE AVAILABLE ON THE SITE. YOU EXPRESSLY AGREE THAT YOUR USE OF THE SITE IS AT YOUR OWN RISK. TO THE FULLEST EXTENT PERMISSIBLE BY APPLICABLE LAW, www.premiumhealthquotes.com DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT, AND FITNESS FOR PARTICULAR PURPOSE. www.premiumhealthquotes.com DOES NOT WARRANT THAT THE INFORMATION, CONTENT, MATERIALS, PRODUCTS OR OTHER SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE SITE, www.premiumhealthquotes.com SERVERS, OR ELECTRONIC COMMUNICATIONS SENT FROM www.premiumhealthquotes.com ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. www.premiumhealthquotes.com ALSO MAKES NO REPRESENTATION, GUARANTEE, OR WARRANTY THAT THIS WEBSITE WILL OPERATE ERROR FREE OR IN AN UNINTERRUPTED FASHION.

To the maximum extent permitted by law, in no event shall www.premiumhealthquotes.com, its licensors, its suppliers, or any third parties mentioned on the Site be liable for any damages (including, without limitation, indirect, punitive, special, incidental, or consequential damages, personal injury/wrongful death, lost profits, or damages resulting from lost data or business interruption) resulting from the use of or inability to use the Site or the Content, the delay or inability to use the Site, or from any information, Content, materials, or www.premiumhealthquotes.com services included on or otherwise made available to you through the Site, whether based in contract, tort, strict liability, or otherwise, and whether or not www.premiumhealthquotes.com, its licensors, its suppliers, or any third parties mentioned on the Site have been advised of the possibility of such damages www.premiumhealthquotes.com, its licensors, its suppliers, or any third parties mentioned on the Site shall be liable only to the extent of actual damages incurred by you, not to exceed U.S. $100. Any claim, arising in connection with your use of the Site or any Content must be brought within one (1) year of the date of the event giving rise to such action occurred.

### User Submissions

You agree that you will not upload or transmit any communications or content of any type to the Site that infringe or violate any rights of any party. By submitting communications or content to the Site, you agree that such submission is non-confidential for all purposes. If you make any submission to the Site or if you submit any business information, idea, concept or invention to www.premiumhealthquotes.com by email, you automatically grant or warrant that the owner of such content or intellectual property has expressly granted www.premiumhealthquotes.com a royalty free, perpetual, irrevocable, sublicensable world-wide nonexclusive license to use, reproduce, create derivative works from, modify, publish, edit, translate, distribute, perform, and display the communication or content in any media or medium, or any form, format, or forum, now known or hereafter developed. If you wish to keep any business information, ideas, concepts or inventions private or proprietary, do not submit them to the Site or to www.premiumhealthquotes.com by email.

### Advertisements, Searches, and Links to Other Sites

www.premiumhealthquotes.com may provide links to third-party websites. www.premiumhealthquotes.com may also select certain websites as priority responses to search terms you enter and www.premiumhealthquotes.com may agree to allow advertisers to respond to certain search terms with advertisements or sponsored content. obamacareusa.org does not endorse the content on any third-party websites. www.premiumhealthquotes.com is not responsible for the content available from linked third-party sites, sites framed within the Site, third party websites provided as search results, or third party advertisements, and does not make any representations regarding their content or accuracy. Your use of third party web sites is at your own risk and subject to the terms and conditions of use and privacy policies for such websites.

### ELECTRONIC COMMUNICATIONS

When you use the Site or send e-mails to us, you are communicating with us electronically. You consent to receive communications from us electronically. We will communicate with you by e-mail or by posting notices on or through the Site. You agree that all agreements, notices, disclosures and other communication that we provide to you electronically satisfy any legal requirement that such communications be in writing.

### MODIFICATIONS

We reserve the right at any time to modify or discontinue the Site (or any part or content thereof) without notice at any time. www.premiumhealthquotes.com may add, modify, or delete any aspect, program, or feature of the Site. We shall not be liable to you or to any third party for any modification, suspension, or discontinuance of the Site.

### Data We Collect

**Governing Law**

These Terms are governed by the laws of the State of Florida, without respect to its conflict of laws principles.

### ARBITRATION

All disputes arising out of or relating to any purchase you make with us via this Site, any information you provide via the Site, these Terms (including the formation, performance or alleged breach), and your use of the Site will be exclusively resolved under confidential binding arbitration in accordance with the Rules of the American Arbitration Association ("AAA") including the AAA's Supplementary Procedures for Consumer Related Disputes (collectively, the "AAA Rules") then in effect at the time of the dispute.

The AAA Rules are available at www.adr.org or by calling 1-800-778-7879. If you initiate arbitration, www.premiumhealthquotes.com agrees to pay any standard filing fee which may have been required under AAA Rules once you have notified www.premiumhealthquotes.com in writing and provided a copy of the arbitration proceeding. However, if www.premiumhealthquotes.com is the prevailing party in the arbitration, applicable law may allow the arbitrator to award attorneys' fees and costs to www.premiumhealthquotes.com. If for any reason the AAA is unavailable, the parties shall mutually select another arbitration forum. The arbitration will be conducted in the city of Hollywood, Florida, but you may proceed telephonically if the claimant so chooses.

The arbitrator's award will be binding and may be entered as a judgment in any court of competent jurisdiction. To the fullest extent permitted by applicable law, no

**MENJIVAR ATTACHMENT S**

arbitration under these Terms may be joined to an arbitration involving any other party subject to these Terms, whether through class arbitration proceedings or otherwise. Notwithstanding the foregoing, we will have the right to seek injunctive or other equitable relief in state or federal court located to enforce these Terms or prevent an infringement of a third party's rights, in the event equitable relief is sought in own party hereby irrevocably submits to the personal jurisdiction of such court.

## WAIVER OF CLASS ACTION RIGHTS

ANY DISPUTES ARISING OUT OF OR RELATING TO YOUR USE OF THIS SITE, ANY INFORMATION YOU PROVIDE VIA THE SITE, THESE TERMS (INCLUDING THEIR FORMATION, PERFORMANCE OR ALLEGED BREACH) AND YOUR USE OF THE SITE SHALL BE SUBMITTED INDIVIDUALLY BY YOU, AND SHALL NOT BE SUBJECT TO ANY CLASS ACTION OR REPRESENTATIVE STATUS. BY ENTERING INTO THIS AGREEMENT YOU HEREBY IRREVOCABLY WAIVE ANY RIGHT YOU MAY HAVE TO JOIN CLAIMS WITH THOSE OF OTHERS or participate as a member of a class of claimants with respect to any claim submitted to arbitration. The parties to this arbitration agreement acknowledge that this class action waiver is material and essential to the arbitration of any disputes between the parties and is nonseverable from the agreement to arbitrate claims. If any portion of this class action waiver is limited, voided, or cannot be enforced, then the parties' agreement to arbitrate shall be null and void. YOU UNDERSTAND THAT BY AGREEING TO THIS CLASS ACTION WAIVER, YOU MAY ONLY BRING CLAIMS AGAINST www.premiumhealthquotes.com IN AN INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION OR REPRESENTATIVE PROCEEDING

## Notice and Take Down Procedures; Copyright Agent

If you believe any materials accessible on or from the Site infringe your copyright, you may request removal of those materials (or access thereto) from this web site by contacting www.premiumhealthquotes.com's copyright agent (identified below) and providing the following information:

1. Identification of the copyrighted work that you believe to be infringed. Please describe the work, and where possible include a copy of the location (e.g., URL) of an authorized version of the work.

2. A description, in reasonable detail including the applicable URLs of the material that you believe to be infringing and its location. Please provide us with enough information that will allow us to locate the material.

3. Your name, address, telephone number and (if available) e-mail address.

4. A statement that you have a good faith belief that the complained of use of the materials is not authorized by the copyright owner, its agent, or the law.

5. A statement by you, made under the penalty of perjury, that the information that you have supplied is accurate and indicating that you are the copyright owner or are authorized to act on the copyright owner's behalf.

6. A signature or the electronic equivalent from the copyright holder or authorized representative.

Please send this notice to:

Attn: Health Insurance Services Legal
401 E Las Olas Blvd
Suite 130-627
Fort Lauderdale, Fl 33301
Email [privacy@www.premiumhealthquotes.com](mailto:privacy@www.premiumhealthquotes.com)

## Complete Agreement

Except as expressly provided in a particular "legal notice" on the Site or via e-mail from www.premiumhealthquotes.com, this Agreement and the www.premiumhealthquotes.com Privacy Policy constitute the entire agreement between you and www.premiumhealthquotes.com with respect to the use of the Site and Content.

If any provision of this Agreement is found to be invalid by any court having competent jurisdiction, the invalidity of such provision shall not affect the validity of the remaining provisions of this Agreement, which shall remain in full force and effect. No waiver of any of these Terms shall be deemed a further or continuing waiver of such term or condition or any other term or condition.

© 2016 www.premiumhealthquotes.com. All rights reserved.

Close

**MENJIVAR ATTACHMENT S**


Premium
Health Insurance

CALL NOW TO SPEAK TO A LICENSED AGENT
**(877) 305-4326**

## Contact Us

Fill out the short form below and click Send Message button. We will respond back to you as soon as we can.

**FULL NAME: ***

**COMPANY NAME: ***

**EMAIL ADDRESS: ***

**PHONE NUMBER: ***

**HOW CAN WE HELP YOU: ***

What are you looking for?

**MESSAGE**

**EMAIL:**
info@premiumhealthquotes.com

**ADDRESS:**
Health Insurance Services Legal
401 E Las Olas Blvd
Suite 130 #27
Fort Lauderdale, FL 33301



SEND US YOUR MESSAGE

MENJIVAR ATTACHMENT S



CALL NOW TO SPEAK TO A LICENSED AGENT
**(877) 305-4326** 📞

## Fill in this short health form and click submit.

After you submit your information, one of our licensed agents will contact you with a free quote. Thank you.





# Carriers & Partners

Carriers and partner companies include, but are not limited to, the following:

- Accuquote
- Adam Seigel
- Aegis First
- Aegon US Holding Corp
- Aflac
- Agentra Healthcare
- AHCP
- AIG Direct
- AIO
- AIS
- Allera Healthcare
- Allied
- Allina Health
- Allstate Insurance
- America Direct
- American Family Insurance
- American Fidelity Corp
- American Financial
- American Life & Health
- American National Insurance
- American Republic Insurance Co
- American Service Insurance Agency
- Americare Group
- Americas Health Brokers
- Americas Insurance
- Amerigroup
- Ameriprise Financial Group
- Amica Insurance
- Angelic Marketing Group
- Answer Financial
- Anthem BCBS
- Aon Corp
- Ardent Health Services
- Assurant
- Astonish
- Aviva
- AvMed Inc
- AXA Insurance Group
- Bankers Life and Casualty
- Bankrate Insurance
- Banner Life
- Bantam Connect
- Bayside Insurance
- Blue Cross/Blue Shield Association Companies
- Bolt
- Brightway
- Caitlin Insurance Co.
- Capital District Physicians Health Plan
- Caresource
- Carle Clinic Association
- Centene Corp
- Choice Direct
- Cigna
- Citigroup
- Clearlink
- CNA Insurance
- CO Farm Bureau
- Colonial Life & Accident Insurance Company
- Colorado Bankers
- CommercialInsurance.net
- CommunityCare
- Conseco Life
- Consumer United
- Cotton States Insurance
- Country Companies
- Country Financial
- CoverHound
- CSE
- CUNA Mutual Group
- Dean Health
- Delphi Financial
- Direct General
- DTRIC
- e-TeleQuote Insurance, Inc
- Efinancal
- eHealth
- Electric
- Elephant
- EmblemHealth
- Erie Insurance Company
- Esurance
- Fallon Community Health Plan
- Farm Bureau
- Farmers Insurance
- Fidelity Life
- Florida Blue
- Forefront Insurance

**MENJIVAR ATTACHMENT S**

- Foresters
- Fortegra Insurance
- Fortis
- Freeway Insurance
- GEICO
- Geisinger Insurance
- Generation Life
- Genworth Financial
- GetAuto
- Getinsured.com
- GHI
- GMAC Insurance
- GoHealth/Norvax
- Golden Outlook
- Golden Rule Insurance Co.
- GoMedigap
- Great West
- GreatAmerican
- Group Health Incorporated
- Guaranteed Benefits
- Guardian Life
- Guide One
- GuidePointe Solutions
- Hanover
- Hartford
- Hartford Fire & Casualty
- Harvard Commonwealth Health Plan
- Hawaii Medical Services Association
- HCC Insurance holdings
- Health and Life Plans of America
- Health Benefits One
- Health Care Service Corp.
- Health Choice One
- Health Insurance for Everyone
- Health Insurance Services
- Health Markets
- Health Now New York Inc
- Health Option One
- Health Partners of Philadelphia Inc
- HealthCare Advisors
- HealthCare Alternatives
- Healthcare Direct
- HealthCare Solutions Team
- HealthNet
- HealthPlanOne
- HealthPlus of Michigan
- HealthSpring
- Henry Ford Health System
- Highmark
- Hill - Starr Insurance
- HIP Insurance
- Hiscox
- Homeinsurance.com
- Horace Mann
- Hospital Services Association of NEPA
- HPO
- HRBC Insurance
- Humana
- iCan Benefit Group
- IHC Health Plans
- IMO
- Independence Blue Cross
- Independent Carriers
- Independent Health Association
- Infinity Insurance
- ING US Life
- InsideResponse (Allied Insurance Partners)
- Insphere Insurance Solutions
- Insurance Central
- Insurance Services
- InsuranceOnly
- InsuranceQuotes.com
- InsureMe
- Insweb
- IntelliQuote
- Jackson National Life
- John Hancock
- Kaiser Permanente
- Kaleida Health
- Kanopy
- Kemper
- Knights of Columbus
- Level One Health Group
- Liberty Mutual Insurance Company
- Liberty National
- LifeLine Direct
- Lifetime Healthcare
- Lighthouse Insurance Group
- Lincoln National
- Louisiana Health Services
- M Plan Inc
- Managed Health Inc
- MAPFRE
- Massachusetts Mutual
- Medical Card System Inc.
- Medical Mutual of Ohio

**MENJIVAR ATTACHMENT S**

- Medicare Solutions
- MEGA Life and Health Insurance
- Mercury
- Metlife
- Metropolitan Insurance Co
- Midland National
- Minnesota Mutual
- Mississippi Insurance
- MMM Healthcare Inc
- Molina Healthcare Inc
- Mutual of Omaha
- MVP
- National Better Living Association
- Nations Health Group Guide One Insurance
- Nationwide
- Neighborhood Health Plan Inc
- NetQuote
- New York Life
- NewQuest
- NextGen Leads
- Noridian Mutual Insurance Company
- Northwestern Mutual
- Ohio National US Life
- Old Mutual US Life
- ONCOR Insurance Services
- Pacific Benefits Group
- Pacific Life and Annuity
- Pemco
- Penn Mutual
- Phoenix Life
- Physicians Health Plan
- Physicians Mutual
- PJP Agency
- Plymouth Rock
- Precise Leads
- Precise Solutions Group
- Preferred Care
- Premera Blue Cross
- Premier Health Plans Inc
- Presbyterian Healthcare Services
- Prime Care Health
- Principal Financial
- Principal Life
- Progressive Insurance
- Protective Life
- Providence Health Plan
- Prudential of America
- PURE
- QuoteWhiz
- ReliaQuote
- Renaissance Health Services Corp.
- RSA
- SAFECO
- Safeguard
- Safeway Insurance
- Sagicor
- Scan Health Plan
- Secure Horizons
- Secured Health
- Security Health Plan of Wisconsin Inc.
- Select Quote
- SelectHealth
- SelectQuote A&H
- Sentara Health Management
- Sentry Insurance Company
- Shelter Insurance Company
- Sierra Health Services
- Simple Health, Simple Health Plans, Inc
- Simple Insurance Leads
- SolidQuote LLC
- Spectrum Direct
- Spectrum Health
- Spring Venture Group
- Stancorp Financial
- State Auto
- Sterling Senior Health
- Sun Life Assurance Company
- Swiss Re
- Tech Insurance
- The General
- The Hartford
- The Hartford AARP
- The IHC Group
- The Regence Group
- Three Rivers Holdings
- Thrivent Financial for Lutherans
- TIAA CREF
- Tiburon Insurance Services
- Titan
- Traders Insurance
- Transamerica
- Travelers Insurance Company
- Tricare
- Triple S Inc
- TriState
- Tryton

**MENJIVAR ATTACHMENT S**

- Tufts Associates HMO Inc
- TWG
- TX Insurance
- T2 Insurance Solutions LLC
- Ucare
- United Rightmed
- United Medicare
- United Teacher Associates Ins Co
- UnitedHealth Group
- UnitedHealthcare/UnitedHealthOne
- Unitrin Direct
- Universal American Financial Corp
- Universal Health Care
- University Health Care Inc
- UnumProvident Corp.
- UPMC Health System
- US Financial Life
- USAA
- USHEALTH Group
- USInsuranceOnline
- Vanguard Health Ventures
- VelaPoint Personal Insurance
- WEA Inc
- WellCare Health Plans
- WellPoint
- Western & Southern Life
- Western Mutual
- XLHealth
- Zurich

**MENJIVAR ATTACHMENT S**



CALL NOW TO SPEAK TO A LICENSED AGENT
**(877) 305-4326** 📞

## Click on 2 or more of the providers below for instant quotes.

**Apply Online for Health Insurance in Minutes**
- Many health plan options under $99/month
- Choose any doctor & hospital
- Easy online application & approval in time

**Continue CHECK RATES**

**#1 Florida Health Insurance Site**

National Family is the most trusted Health Insurance Site in America. Use or safe & secure process to find an affordable medical plan in Florida USA!

**Continue CHECK RATES**

**Health Coverage for 2018 - (Florida Residents Only)**
- Call (816) 490-3867 to Speak with a Licensed Agent
- Shop Blue Cross, Aetna, Cigna, Humana, United Healthcare and More
- Compare Quotes & Plans Online
- Always 100% Free - No Obligation To Buy

**Continue CHECK RATES**

**Top Health Insurance for 2018 - From $45/Month**
- Call Our Highly Experienced Agents Today - (855) 462-5030!
- Shop Blue Cross, Aetna, Cigna, Humana, Kaiser, United & More
- Florida Residents Only

**Continue CHECK RATES**

**Blue Cross Plans From $9/Week!**
- Compare Lowest Rates From Top Providers Such As Blue Cross, Aetna & UnitedHealth
- Over 1 Million People Have Found Savings
- Get FREE Quotes From An Independents Licensed Agent
- Do not miss Out On These Special Rates!

**Continue CHECK RATES**

**2018 Affordable Health Insurance in Florida**
- Our Experts Have Collected the Best Plans from $20/m
- See Lowest Rates in FL Now
- Save Time & Money with Free Insurance Quotes!
- Choose Subsidy, Eligible & Provider Plans

**Continue CHECK RATES**

**2018 Health Insurance for Hollywood, FL**
- Find Doctor for Personalized Plans in 33021
- Check Eligibility for Subsidies & Find Plans With & Without
- Choose Your Coverage, Deductible, & Premium
- Our Featured Plans & Product Will Match You with the Top Plans Available

**Continue CHECK RATES**



# Find Freedom with Free Health Insurance Quotes



## GET A FREE QUOTE

### WHAT IS YOUR ZIP CODE?

| 60602 | Start Quote |

**Fast | Simple | No Obligations**

Supreme Health Plans is an independent marketplace for healthcare consumers. We're not a government website. For information on Affordable Care Act, please visit Healthcare.gov.

   

---

## Our Simple Process

Finding health insurance with Supreme Health Plans is as easy as one, two, three. We collect basic information about you in order to match you with companies that service your ZIP code. Health insurance can be overwhelming so a qualified agent will also reach out to you with an array of plans that fit your needs and budget.

[ LEARN MORE ]

 **ENTER YOUR ZIP CODE**

We need your zip code in order to search for the best health insurance plans in your area

 **COMPLETE A SHORT FORM**

Many demographic factors determine your coverage eligibility and insurance cost. These factors include (but aren't limited to) age, marital status, location, health conditions, income, and household size. Your information is used to generate an accurate comparison of plan options.

 **SPEAK TO AN AGENT**

An agent will reach out to you with a custom quote built using your form responses. Rather not wait? We also match you with carriers & brokers that fit your demographic and ZIP code criteria.

---

## Health Insurance doesn't have to be complicated

All the information Supreme Health Plans collects and the request to complete the form is secured. Our reputable agents will walk you through the simplest of insurance plans in order to match you with companies that service premiums and a plan of life.

Supreme Health agents won't bother you with a spam phone call or any information requested. Zero unfair prices. Everything is simple and easy when you work with a reputable agent who can help you find the ultimate health insurance that fits your needs.

## The Benefits of Supreme Health Plans

✓ Fast Free Quote
✓ Save Time and Tons of Money
✓ Plans from the Nation's Leading Carriers
✓ Low Affordable Premiums
✓ Prescription Drug Coverage

**MENJIVAR ATTACHMENT T**

## You're a Client, not a Customer



The agents and staff at Supreme Health Plans take pride in providing an excellent consumer experience. We're here to help, whether you're swapping insurance due to a major life event, trying to cut costs with a new plan, or just aren't sure if you're eligible for a subsidy. Our goal is to make healthcare simple again.

Neither supremehealthplans.com, nor the agents who contact you represent the state or federal government. The health insurance quote offered may include a combination of state exchange plans, federal exchange plans, and private health insurance. Subsidy qualification is based upon many factors including income and household size. Not all consumers will be eligible for a subsidy. Speak to your agent for more subsidy related information.

**LEARN MORE**



MENJIVAR ATTACHMENT T



# Our Practices Regarding Privacy

Supreme Health Plans, through its www.supremehealthplans.com website ("Site") is committed to ensuring the privacy and security of each user that visits our website. Your privacy rights are important to us and we are committed to respecting your online privacy and making sure that any information you share with us by using our website is properly protected.

We have established this www.supremehealthplans.com Privacy Policy to you know the importance we place on your privacy and so you know how we collect and use information collected from you when you visit our website or submit any personally identifiable information to us. This policy describes our overall privacy practices regarding information we collect on our web sites and through other Internet mediums. Our policy does not apply to the practices of companies that we do not own or control.

### Data We Collect

When you visit our website, we collect personally identifiable information ("PII") and non-personally identifiable information through various sources. PII means any information that may be used to identify an individual, including but not limited to name, address, and telephone number. Non-PII is data that is not used to specifically identify, contact or locate an individual, including but not limited to zip code, gender, and age.

When you use the Site, we automatically collect certain information from you, such as your browser type (e.g., Internet Explorer, Safari, Chrome), your Internet domain, (e.g. Comcast, Time Warner, etc.), your computer's operating system, (e.g., Windows, Macintosh, UNIX, Linux), referring and exit page, operating system, the type of mobile device you use (if applicable) your mobile device's unique device ID, and your IP address. This information lets us see how users find our Site, and it tells us which pages users visit most frequently so we can make our Site more useful. We keep this information for an indefinite amount of time to improve the operation of our Site and to provide better services to our users.

In addition to the data that your browser or internet session sends us automatically, we may also collect PII if you enter it when using our website. This contact information is stored on our servers and used to fulfill your information request. If you have not opted out of its use, we may share it with our data licensees, including our advertising clients and their vendors, and other advertising partners.

### How We Use and Share Your Information

We may use the information we collect from and about you for the following purposes: (1) to fulfill your requests for information; (2) to respond to your inquiries; (3) to review Site usage and operations; (4) to address problems with the Site, our business, or our services; (5) to protect the security or integrity of the Site and our business; (6) to monitor the Site for compliance with our Terms of Use and the law; (7) to help improve our Site or services; and (8) to contact you with Site updates, newsletters and other informational and promotional materials from us and third party marketing offers from our trusted partners, as well as from other companies.

We may disclose information collected from and about you as follows: (1) to our related companies and service providers, to perform a business, professional or technical support function for us; (2) to our marketing partners, advertisers or other third parties, who may contact you with their own offers; (3) as necessary if we believe that there has been a violation of our Terms of Use or of our rights or the rights of any third party; (4) to respond to legal process (such as a search warrant, subpoena or court order) and provide information to law enforcement agencies or in connection with an investigation on matters related to public safety, as permitted by law, or otherwise as required by law; and (5) in the event that our company or substantially all of its assets are acquired, your personal information may be one of the transferred assets. We may also disclose your personal information with your express consent. We may share aggregate, non-personally identifiable information about Site users with third parties.

### Third Parties Contacting You

Different advertisers and advertising companies have different methods of following up with you on information requests. Some send brochures in the mail, others reply via email or some may contact you by telephone. By using our service to request information from our advertising clients and advertising partners, you are giving permission to www.supremehealthplans.com and these parties (or their partners and vendors) to contact you using the methods of their choice, even if the phone number you provide is on a corporate, state, or national do not call list, now or in the future (unless and until you opt out from receiving communications from us or such partners, as applicable). You are also providing your express consent to be called or texted (including prerecorded messages or using an autodialer or automated means) at the number you provide.

### Cookies

Our websites use cookies (small files containing program code that reside on your computer), to provide usage statistics about our web site, and to understand where visitors learn about our web site. We also may use cookies to simplify the re-entering of your data. You can adjust your browser settings to opt out of the use of cookies by having your browser disable cookies. Look for the cookie options in your browser in the Options or Preferences menu.

Additionally, we use cookies, web beacons, and other technologies to receive and store certain types of information whenever you interact with us through your computer or mobile device on the Site. This information, which may include the pages you visit on our or our partners' sites, which web address you came from, the type of browser/device /hardware you are using, or an IP based geographic location, helps us recognize you, customize your website experience and make marketing messages more relevant. These companies use non-personally identifiable information (e.g., click stream information, browser type, time and date, hardware/software information) during your visits to this and other websites in order to provide advertisements about goods and services likely to be of greater interest to you. At this time, we do not respond to browser "do not track" signals. However, we may provide you with ways to choose not to have your information collected or used in this way. To learn more about targeted ads or to opt out of this type of advertising, visit the Network Advertising Initiative website or Digital Advertising Alliance website.

### Opt-Out of Receiving Communications from www.supremehealthplans.com

You may opt out by contacting us by submitting a "Stop contacting me" request on our Contact Us page, calling us at (877) 386-9926, or sending a letter to:

Health Insurance Services Legal
401 E Las Olas Blvd.
Suite 130-627
Fort Lauderdale, Fl 33301

### Children's Privacy

We do not direct the Site to, nor do we knowingly collect any PII from any individuals less than thirteen years of age. If you are the parent or guardian and are made aware that a child under the age of 13 has provided us with PII, please contact us

### Third Party Links

This Site may contain links that direct you to websites owned and operated by other companies. www.supremehealthplans.com does not control or endorse these websites and we do not assume any responsibility for the content, privacy policies or practices of any third party websites, which may use cookies and collect PII from you. We recommend that you review the privacy policy posted on any external website before disclosing any PII. Please contact those websites directly if you have any questions about their privacy policies

### California Privacy Rights

Under California's "Shine the Light" law, we provide a method for consumers to "opt-out" of having their information shared with third-parties. Contact us using the methods described in the "Contact Us" section to unsubscribe.

### Privacy Policy Changes

www.supremehealthplans.com may change this Privacy Policy at any time. Should we revise this Privacy Policy in the future, we will immediately publish the amended Privacy Policy on our website. We recommend that you check our website frequently to view recent changes or updates.

### Contact Us

**MENJIVAR ATTACHMENT T**

We invite you to contact us if you have questions or comments about our Privacy Policy or you want to change the personally identifiable information you have provided to us. You may contact us by

Sending a letter to
Health Insurance Services Legal
401 E Las Olas Blvd
Suite 130-627
Fort Lauderdale, Fl 33301

Calling us at 1-877-386-9926
Emailing us at privacy@supremehealthplans.com

If we need, or are required to, contact you regarding your personal information, we may do so by telephone, email, or mail



Close



**MENJIVAR ATTACHMENT T**



## Please read these terms and conditions of use before using this site.

The www.supremehealthplans.com website (www.supremehealthplans.com' or the "Site") is owned and operated by www.supremehealthplans.com. By using this Site, you signify your assent to these Terms of Use ("Terms" or "Agreement"). If you do not agree to all of these Terms, do not use this site.

BY ACCESSING OR USING ANY PART OF THE SITE, YOU AGREE THAT YOU HAVE READ, UNDERSTAND AND AGREE TO BE BOUND BY THIS AGREEMENT. IF YOU DO NOT AGREE TO BE SO BOUND, DO NOT ACCESS OR USE THE SITE. PLEASE READ THESE TERMS CAREFULLY. **THEY CONTAIN A MANDATORY ARBITRATION PROVISION AND CLASS ACTION WAIVER.**

www.supremehealthplans.com may revise and update these Terms at any time. Your continued usage of the Site will mean you accept those changes.

### Use of the Website

By using the Site, you represent to www.supremehealthplans.com that 1) you are authorized to enter into this Agreement and you are at least the age of majority in your state or province of residence; (2) you will not use the Site for any purpose or in any manner that violates any law or regulation or that infringes the rights of www.supremehealthplans.com or any third party; (3) any information or data provided to www.supremehealthplans.com by you will not violate any law or regulation or infringe the rights of www.supremehealthplans.com or any third party; (4) all information that you provide to us in connection with the Site (e.g., name, e-mail address, and other information) is true and accurate; and (5) you are authorized and able to fulfill and perform the obligations and meet the conditions of a user as specified herein. This Agreement provides to you a personal, revocable, limited, non-exclusive, royalty-free, non-sublicenseable, non-transferable license to use the Site conditioned on your continued compliance with the Terms of this Agreement. You may print and download materials and information from the Site solely for your personal use, provided that all hard copies contain all copyright and other applicable notices contained in such materials and information. Notwithstanding the foregoing, you may not modify, translate, decompile, create derivative work(s) of, copy, distribute, disassemble, broadcast, transmit, publish, remove or alter any proprietary notices or labels, license, sublicense, transfer, sell, mirror, frame, exploit, rent, lease, private label, grant a security interest in, or otherwise use the Website in any manner not expressly permitted herein. Specifically, and by way of illustration and not limitation, you may not (a) separate and use any graphics, photographs, or other audio, visual, or video elements from the accompanying text or material without the prior express written permission of www.supremehealthplans.com and/or its licensor(s); (b) use any "deep link," "page scrape," "robot," "spider," or other device, program, script, algorithm, or methodology to access, acquire, copy, or monitor any portion of the Site or in any way reproduce or circumvent the navigational structure of the Site to obtain or attempt to obtain any materials, documents, or information through any means not purposely made available through the Site; (c) probe, scan, or test the vulnerability of the Site or any network connected to the Site; (d) use any device, software, or routine to interfere with the proper working of the Site or any transaction conducted on the Site; (e) forge headers, impersonate a person, or otherwise manipulate identifiers in order to disguise your identity or the origin of any message or transmittal you send to www.supremehealthplans.com on or through the Site; (f) use the Site to harvest or collect e-mail addresses or other contact information; or (g) use the Site in a manner that could damage, disparage, or otherwise negatively impact www.supremehealthplans.com. The licenses granted by www.supremehealthplans.com terminate if you do not comply with these Terms.

The material, images, and text on the Site ("Content") is protected by copyright under both United States and foreign laws. Title to the Content remains with www.supremehealthplans.com or its licensors. Any use of the Content not expressly permitted by these Terms and Conditions is a breach of this Agreement and may violate copyright, trademark, and other laws. Content and features are subject to change or termination without notice in the editorial discretion of www.supremehealthplans.com. All rights not expressly granted herein are reserved to www.supremehealthplans.com and its licensors. If you violate any of these Terms, your permission to use the Content automatically terminates and you must immediately destroy any copies you have made of any portion of the Content.

### PRIVACY

Please review our Privacy Policy to understand our practices regarding personal information provided by you, which is incorporated herein by reference.

### Limitation of Liability and Disclaimer of Warranties

The use of the Site and the Content is at your own risk. When using the Site, information will be transmitted over a medium that may be beyond the control and jurisdiction of www.supremehealthplans.com and its suppliers. Accordingly, www.supremehealthplans.com assumes no liability for or relating to the delay, failure, interruption, or corruption of any data or other information transmitted in connection with use of the Site. The Site and the content are provided on an "as is" and "as available" basis and may include errors, omissions, or other inaccuracies. MOREOVER, www.supremehealthplans.com MAY MAKE MODIFICATIONS AND/OR CHANGES ON THIS SITE OR IN THE MATERIALS AND INFORMATION AVAILABLE ON THIS SITE AT ANY TIME AND FOR ANY REASON. www.supremehealthplans.com MAKES NO REPRESENTATIONS, GUARANTEES OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE SUITABILITY, COMPLETENESS, TIMELINESS, RELIABILITY, LEGALITY, OR ACCURACY OF THE www.supremehealthplans.com SERVICES OR THE INFORMATION, CONTENT, MATERIALS, PRODUCTS, OR OTHER SERVICES, OR INCLUDED ON OR OTHERWISE MADE AVAILABLE ON THIS SITE. YOU EXPRESSLY AGREE THAT YOUR USE OF THE SITE IS AT YOUR OWN RISK. TO THE FULLEST EXTENT PERMISSIBLE BY APPLICABLE LAW, www.supremehealthplans.com DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT, AND FITNESS FOR PARTICULAR PURPOSE. www.supremehealthplans.com DOES NOT WARRANT THAT THE INFORMATION, CONTENT, MATERIALS, PRODUCTS OR OTHER SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE SITE; www.supremehealthplans.com's SERVERS, OR ELECTRONIC COMMUNICATIONS SENT FROM www.supremehealthplans.com ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. www.supremehealthplans.com ALSO MAKES NO REPRESENTATION, GUARANTEE, OR WARRANTY THAT THIS WEBSITE WILL OPERATE ERROR FREE OR IN AN UNINTERRUPTED FASHION.

To the maximum extent permitted by law, in no event shall www.supremehealthplans.com, its licensors, its suppliers, or any third parties mentioned on the Site be liable for any damages including, without limitation, indirect, punitive, special, incidental, or consequential damages, personal injury/wrongful death, lost profits, or damages resulting from lost data or business interruption resulting from the use of or inability to use the Site or the Content, the delay or inability to use the Site, or from any information, Content, materials, or www.supremehealthplans.com services included on or otherwise made available to you through the Site, whether based in contract, tort, strict liability, or otherwise, and whether or not www.supremehealthplans.com, its licensors, its suppliers, or any third parties mentioned on the Site have been advised of the possibility of such damages www.supremehealthplans.com, its licensors, its suppliers, or any third parties mentioned on the Site shall be liable only to the extent of actual damages incurred by you, not to exceed U.S. $100. Any claims arising in connection with your use of the Site or any Content must be brought within one (1) year of the date of the event giving rise to such action occurred.

### User Submissions

You agree that you will not upload or transmit any communications or content of any type to the Site that infringe or violate any rights of any party. By submitting communications or content to the Site, you agree that such submission is non-confidential for all purposes. If you make any submission to the Site or if you submit any business information, idea, concept or invention to www.supremehealthplans.com by email, you automatically grant-or warrant that the owner of such content or intellectual property has expressly granted www.supremehealthplans.com a royalty-free, perpetual, irrevocable, sublicensable world-wide nonexclusive license to use, reproduce, create derivative works from, modify, publish, edit, translate, distribute, perform, and display the communication or content in any media or medium, or any form, format, or forum now known or hereafter developed. If you wish to keep any business information, ideas, concepts or inventions private or proprietary, do not submit them to the Site or to www.supremehealthplans.com by email.

### Advertisements, Searches, and Links to Other Sites

www.supremehealthplans.com may provide links to third party websites. www.supremehealthplans.com also may select certain websites as priority responses to search terms you enter and www.supremehealthplans.com may agree to allow advertisers to respond to certain search terms with advertisements or sponsored content. obamacareusa.org does not endorse the content on any third-party websites. www.supremehealthplans.com is not responsible for the content of linked third-party sites, sites framed within the Site, third party websites provided as search results, or third party advertisements, and does not make any representations regarding their content or accuracy. Your use of third-party websites is at your own risk and subject to the terms and conditions of use and privacy policies for such websites.

### ELECTRONIC COMMUNICATIONS

When you use the Site, or send e-mails to us, you are communicating with us electronically. You consent to receive communications from us electronically. We will communicate with you by e-mail or by posting notices on or through the Site. You agree that all agreements, notices, disclosures and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

### MODIFICATIONS

**MENJIVAR ATTACHMENT T**

We reserve the right at any time to modify or discontinue the Site (or any part or content thereof) without notice at any time. www.supremehealthplans.com may add, modify or delete any aspect, program, or feature of the Site. We shall not be liable to you or to any third party for any modification, suspension, or discontinuance of the Site.

### Data We Collect

### Governing Law
These Terms are governed by the laws of the State of Florida, without respect to its conflict of laws principles.

### ARBITRATION

All disputes arising out of or relating to any purchase you make with via this Site, any information you provide via the Site, these Terms (including the formation, performance or alleged breach), and your use of the Site will be exclusively resolved under confidential binding arbitration in accordance with the Rules of the American Arbitration Association ("AAA"), including the AAA's Supplementary Procedures for Consumer-Related Disputes (collectively, the "AAA Rules") then in effect at the time of the dispute.

The AAA Rules are available at www.adr.org or by calling 1-800-778-7879. If you initiate arbitration, www.supremehealthplans.com will promptly reimburse you for any standard filing fee which may have been required under AAA Rules once you have notified www.supremehealthplans.com in writing and provided a copy of the arbitration proceedings. However, if www.supremehealthplans.com is the prevailing party in the arbitration, applicable law may allow the arbitrator to award attorneys' fees and costs to www.supremehealthplans.com. If for any reason the AAA is unavailable, the parties shall mutually select another arbitration forum. The arbitration will be conducted in the city of Hollywood, Florida, but may proceed telephonically if the claimant so chooses.

The arbitrator's award will be binding and may be entered as a judgment in any court of competent jurisdiction. To the fullest extent permitted by applicable law, no arbitration under these Terms may be joined to an arbitration involving any other party subject to these Terms, whether through class arbitration proceedings or otherwise. Notwithstanding the foregoing, we will have the right to seek injunctive or other equitable relief in state or federal court located to enforce these Terms or prevent an infringement of a third party's rights, in the event equitable relief is sought, each party hereby irrevocably submits to the personal jurisdiction of such court.

### WAIVER OF CLASS ACTION RIGHTS

ANY DISPUTES ARISING OUT OF OR RELATING TO YOUR USE OF THIS SITE, ANY INFORMATION YOU PROVIDE VIA THE SITE, THESE TERMS (INCLUDING THEIR FORMATION, PERFORMANCE OR ALLEGED BREACH), AND YOUR USE OF THE SITE SHALL BE SUBMITTED INDIVIDUALLY BY YOU, AND SHALL NOT BE SUBJECT TO ANY CLASS ACTION OR REPRESENTATIVE STATUS. BY ENTERING INTO THIS AGREEMENT, YOU HEREBY IRREVOCABLY WAIVE ANY RIGHT YOU MAY HAVE TO JOIN CLAIMS WITH THOSE OF OTHERS OR participate as a member of a class of claimants with respect to any claim submitted to arbitration. The parties to this arbitration agreement acknowledge that this class action waiver is material and essential to the arbitration of any disputes between the parties and is nonseverable from the agreement to arbitrate claims. If any portion of this class action waiver is limited, voided, or cannot be enforced, then the parties agreement to arbitrate shall be null and void. YOU UNDERSTAND THAT BY AGREEING TO THIS CLASS ACTION WAIVER, YOU MAY ONLY BRING CLAIMS AGAINST www.supremehealthplans.com IN AN INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION OR REPRESENTATIVE PROCEEDING.

### Notice and Take Down Procedures; Copyright Agent

If you believe any materials accessible on or from the Site infringe your copyright, you may request removal of those materials (or access thereto) from this web site by contacting www.supremehealthplans.com's copyright agent (identified below) and providing the following information:

1. Identification of the copyrighted work that you believe to be infringed. Please describe the work, and where possible include a copy or the location (e.g., URL) of an authorized version of the work.
2. A description in reasonable detail (including the applicable URL) of the material that you believe to be infringing and its location. Please provide us with enough information that will allow us to locate the material.
3. Your name, address, telephone number and (if available) e-mail address.
4. A statement that you have a good faith belief that the complained-of use of the materials is not authorized by the copyright owner, its agent, or the law.
5. A statement by you, made under the penalty of perjury, that the information that you have supplied is accurate, and indicating that you are the copyright owner or are authorized to act on the copyright owner's behalf.
6. A signature or the electronic equivalent from the copyright holder or authorized representative.

Please send this notice to:

Attn: Health Insurance Services Legal
401 E Las Olas Blvd.
Suite 130-627
Fort Lauderdale, Fl 33301
Email: privacy@www.supremehealthplans.com

### Complete Agreement

Except as expressly provided in a particular "legal notice" on the Site or via e-mail from www.supremehealthplans.com, this Agreement and the www.supremehealthplans.com Privacy Policy constitute the entire agreement between you and www.supremehealthplans.com with respect to the use of this Site and Content.

If any provision of this Agreement is found to be invalid by any court having competent jurisdiction, the invalidity of such provision shall not affect the validity of the remaining provisions of this Agreement, which shall remain in full force and effect. No waiver of any of these Terms shall be deemed a further or continuing waiver of such term or condition or any other term or condition.

© 2016 www.supremehealthplans.com. All rights reserved.

Close





## Contact Us

Fill out the short form below then click Send Message button. We will respond back to you as soon as we can.

FULL NAME: *

COMPANY NAME: *

EMAIL ADDRESS: *

PHONE NUMBER: *

HOW CAN WE HELP YOU: *

What are you looking for?

MESSAGE

**EMAIL:**

info@supremehealthplans.com

**ADDRESS:**

Health Insurance Services Legal
401 E Las Olas Blvd
Suite 130-627
Fort Lauderdale, Fl 33301



SEND US YOUR MESSAGE



Copyright 2019 SupremeHealthPlans All Rights Reserved.

All rights reserved. Copyright Privacy Policy

Powered by Supreme Health Plans

**MENJIVAR ATTACHMENT T**



Find Freedom with Free Health
Insurance Quotes

**GET A FREE QUOTE**

WHAT IS YOUR ZIP CODE?

60602 | Start Quote

Fast | Simple | No Obligations

Supreme Health Plans is an independent marketplace for healthcare consumers. We're not a government website. For information on Affordable Care Act, please visit Healthcare.gov.



# Fill in this short health form and click submit.

After you submit your information one of our licensed agents will contact you with a free quote. Thank you.

GENDER:
☐ MALE    ☐ FEMALE

DATE OF BIRTH:

HOUSEHOLD SIZE:
--

EXPECTED INCOME:

DO YOU HAVE ANY HEALTH CONDITIONS?
○ YES  ◉ NO

ARE YOU A SMOKER?
○ YES  ◉ NO

FIRST NAME:

LAST NAME:

STREET ADDRESS:

CITY:
Chicago

STATE:
Illinois

ZIP:
60602

PRIMARY PHONE NUMBER:

EMAIL ADDRESS:

By clicking "Submit", I give express consent to Supreme Health Plans or one of these careers or one of these marketing partners to contact me at the number and address provided with insurance quotes or to obtain additional information for such purpose via live, prerecorded or auto-dialed calls, text messages or email. I understand that my signature is not a condition of purchasing any property, goods or services and that I may revoke my consent at any time.

To speak directly to a representative for a quote without providing consent, please call supremehealthplans.com at (833) 735-5463.By using this form, you agree to the terms of our Privacy Policy

**Submit ►**





# Carriers & Partners

Carriers and partner companies include, but are not limited to, the following:

- Accuquote
- Adam Seigel
- Aegis First
- Aegon US Holding Corp.
- Aflac
- Agentra Healthcare
- AHCP
- AIG Direct
- AIO
- AIS
- Aliera Healthcare
- Allied
- Allina Health
- Allstate Insurance
- America Direct
- American Family Insurance
- American Fidelity Corp.
- American Financial
- American Life & Health
- American National Insurance
- American Republic Insurance Co
- American Service Insurance Agency
- Americare Group
- Americas Health Brokers
- Americas Insurance
- Amerigroup
- Ameriprise Financial Group
- Amica Insurance
- Angelic Marketing Group
- Answer Financial
- Anthem BCBS
- Aon Corp.
- Ardent Health Services
- Assurant
- Astonish
- Aviva
- AvMed Inc.
- AXA Insurance Group
- Bankers Life and Casualty
- Bankrate Insurance
- Banner Life
- Bantam Connect
- Bayside Insurance
- Blue Cross/Blue Shield Association Companies
- Bolt
- Brightway
- Caitlin Insurance Co.
- Capital District Physicians Health Plan
- Caresource
- Carle Clinic Association
- Centene Corp.
- Choice Direct
- Cigna
- Citigroup
- Clearlink
- CNA Insurance
- CO Farm Bureau
- Colonial Life & Accident Insurance Company
- Colorado Bankers
- CommercialInsurance.net
- CommunityCare
- Conseco Life
- Consumer United
- Cotton States Insurance
- Country Companies
- Country Financial
- CoverHound
- CSE
- CUNA Mutual Group
- Dean Health

**MENJIVAR ATTACHMENT T**

- Delphi Financial
- Direct General
- DTRIC
- e-TeleQuote Insurance, Inc.
- Efinancial
- eHealth
- Electric
- Elephant
- EmblemHealth
- Erie Insurance Company
- Esurance
- Fallon Community Health Plan
- Farm Bureau
- Farmers Insurance
- Fidelity Life
- Florida Blue
- Forefront Insurance
- Foresters
- Fortegra Insurance
- Fortis
- Freeway Insurance
- GEICO
- Geisinger Insurance
- Generation Life
- Genworth Financial
- GetAuto
- GetInsured.com
- GHI
- GMAC Insurance
- GoHealth/Norvax
- Golden Outlook
- Golden Rule Insurance Co.
- GoMedigap
- Great West
- GreatAmerican
- Group Health Incorporated
- Guaranteed Benefits
- Guardian Life
- Guide One
- GuidePointe Solutions
- Hanover
- Hartford
- Hartford Fire & Casualty
- Harvard Commonwealth Health Plan
- Hawaii Medical Services Association
- HCC Insurance holdings
- Health and Life Plans of America
- Health Benefits One
- Health Care Service Corp.
- Health Choice One
- Health Insurance for Everyone
- Health Insurance Services
- Health Markets
- Health Now New York Inc
- Health Option One
- Health Partners of Philadelphia Inc.
- HealthCare Advisors
- HealthCare Alternatives
- Healthcare Direct
- HealthCare Solutions Team
- HealtheDeals
- HealthNet
- HealthPlanOne
- HealthPlus of Michigan
- HealthSpring
- Henry Ford Health System
- Highmark
- HII - Starr Insurance
- HIP Insurance
- Hiscox
- Homeinsurance.com
- Horace Mann
- Hospital Services Association of NEPA
- HPO
- HRBC Insurance
- Humana
- iCan Benefit Group
- IHC Health Plans
- IMO
- Independence Blue Cross

**MENJIVAR ATTACHMENT T**

- Independent Carriers
- Independent Health Association
- Infinity Insurance
- ING US Life
- InsideResponse (Allied Insurance Partners)
- Insphere Insurance Solutions
- Insurance Central
- Insurance Services
- InsuranceOnly
- insuranceQuotes.com
- InsureMe
- Insweb
- IntelliQuote
- Jackson National Life
- John Hancock
- Kaiser Permanente
- Kaleida Health
- Kanopy
- Kemper
- Knights of Columbus
- Level One Health Group
- Liberty Mutual Insurance Company
- Liberty National
- LifeLine Direct
- Lifetime Healthcare
- Lighthouse Insurance Group
- Lincoln National
- Louisiana Health Services
- M Plan Inc.
- Managed Health Inc.
- MAPFRE
- Massachusetts Mutual
- Medical Card System Inc.
- Medical Mutual of Ohio
- Medicare Solutions
- MEGA Life and Health Insurance
- Mercury
- Metlife
- Metropolitan Insurance Co
- Midland National
- Minnesota Mutual
- Mississippi Insurance
- MMM Healthcare Inc.
- Molina Healthcare Inc.
- Mutual of Omaha
- MVP
- National Better Living Association
- Nations Health Group Guide One Insurance
- Nationwide
- Neighborhood Health Plan Inc.
- NetQuote
- New York Life
- NewQuest
- NextGen Leads
- Noridian Mutual Insurance Company
- Northwestern Mutual
- Ohio National Life
- Old Mutual US Life
- ONCOR Insurance Services
- Pacific Benefits Group
- Pacific Life and Annuity
- Pemco
- Penn Mutual
- Phoenix Life
- Physicians Health Plan
- Physicians Mutual
- PJP Agency
- Plymouth Rock
- Precise Leads
- Precise Solutions Group
- Preferred Care
- Premera Blue Cross
- Premier Health Plans Inc.
- Presbyterian Healthcare Services
- Prime Care Health
- Principal Financial
- Principal Life
- Progressive Insurance
- Protective Life
- Providence Health Plan

**MENJIVAR ATTACHMENT T**

- Prudential of America
- PURE
- QuoteWhiz
- ReliaQuote
- Renaissance Health Services Corp.
- RSA
- SAFECO
- Safeguard
- Safeway Insurance
- Sagicor
- Scan Health Plan
- Secure Horizons
- Secured Health
- Security Health Plan of Wisconsin Inc.
- Select Quote
- SelectHealth
- SelectQuote A&H
- Sentara Health Management
- Sentry Insurance Company
- Shelter Insurance Company
- Sierra Health Services
- Simple Health, Simple Health Plans, Inc.
- Simple Insurance Leads
- SolidQuote LLC
- Spectrum Direct
- Spectrum Health
- Spring Venture Group
- Stancorp Financial
- State Auto
- Sterling Senior Health
- Sun Life Assurance Company
- Swiss Re
- Tech Insurance
- The General
- The Hartford
- The Hartford AARP
- The IHC Group
- The Regence Group
- Three Rivers Holdings
- Thrivent Financial for Lutherans
- TIAA-CREF
- Tiburon Insurance Services
- Titan
- Traders Insurance
- Transamerica
- Travelers Insurance Company
- Tricare
- Triple-S Inc.
- TriState
- Tryton
- Tufts Associates HMO Inc.
- TWG
- TX Insurance
- TZ Insurance Solutions LLC
- Ucare
- Unified Rightmed
- United Medicare
- United Teacher Associates Ins Co.
- UnitedHealth Group
- UnitedHealthcare/UnitedHealthOne
- Unitrin Direct
- Universal American Financial Corp.
- Universal Health Care
- University Health Care Inc.
- UnumProvident Corp.
- UPMC Health System
- US Financial Life
- USAA
- USHEALTH Group
- USInsuranceOnline
- Vanguard Health Ventures
- VelaPoint Personal Insurance
- WEA Inc.
- WellCare Health Plans
- WellPoint
- Western & Southern Life
- Western Mutual
- XLHealth
- Zurich

**MENJIVAR ATTACHMENT T**

MENJIVAR ATTACHMENT T



## Fill in this short health form and click submit.

After you submit your information one of our licensed agents will contact you with a free quote. Thank you!

GENDER:                                          DATE OF BIRTH:

☐  MALE            FEMALE

HOUSEHOLD SIZE:                                  EXPECTED INCOME:

--                                          ▼                                    ▼

DO YOU HAVE ANY HEALTH CONDITIONS?        ⦿ YES  ◯ NO

☐ AIDS/HIV            ☐ ALZEIMERS DISEASE        ☐ MENTAL ILLNESS

☐ DIABETES            ☐ LUNG DISEASE             ☐ CANCER

☐ LIVER DISEASE       ☐ SUBSTANCE ABUSE          ☐ HEART DISEASE

ARE YOU A SMOKER?                         ⦿ YES  ◯ NO

FIRST NAME:                                      LAST NAME:


STREET ADDRESS:                                  CITY:

                                                 Chicago

STATE:                                           ZIP:

Illinois                                    ▼    60602

PRIMARY PHONE NUMBER:                            EMAIL ADDRESS:


By clicking "Submit", I give express consent to Supreme Health Plans or one of these carriers or one of these marketing partners to contact me at the number and address provided with insurance quotes or to obtain additional information for such purpose, via live, prerecorded or auto-dialed calls, text messages or email. I understand that my signature is not a condition of purchasing any property, goods or services and that I may revoke my consent at any time.

To speak directly to a representative for a quote without providing consent, please call supremehealthplans.com at (833) 735-5463. By using this form, you agree to the terms of our Privacy Policy.

**Submit ▶**




**Supreme**
HEALTH PLANS

## Fill in this short health form and click submit.

After you submit your information one of our licensed agents will contact you with a free quote. Thank you!

GENDER:
MALE          FEMALE

DATE OF BIRTH:
02/12/1970

HOUSEHOLD SIZE:
1

EXPECTED INCOME:
$0 to $29,000

DO YOU HAVE ANY HEALTH CONDITIONS?          YES  NO

- ☐ AIDS/HIV
- ☑ DIABETES
- ☐ LIVER DISEASE
- ☐ ALZHEIMERS DISEASE
- ☐ LUNG DISEASE
- ☐ SUBSTANCE ABUSE
- ☐ MENTAL ILLNESS
- ☐ CANCER
- ☑ HEART DISEASE

ARE YOU A SMOKER?          YES  NO

FIRST NAME:
John

LAST NAME:
McClain

STREET ADDRESS:
4204 Walnut Street

CITY:
Chicago

STATE:
Illinois

ZIP:
60602

PRIMARY PHONE NUMBER:
(708) 555-1212

EMAIL ADDRESS:
John@jmcclain.com

PLEASE ENTER A VALID EMAIL ADDRESS

By clicking "Submit" I give express consent to Supreme Health Plans or one of these carriers or one of these marketing partners to contact me at the number and address provided with insurance quotes or to obtain additional information for such purpose, via live, prerecorded or auto-dialed calls, text messages or email. I understand that my signature is not a condition of purchasing any property, goods or services and that I may revoke my consent at any time.

To speak directly to a representative for a quote without providing consent, please call supremehealthplans.com at (833) 735-5463 By using this form, you agree to the terms of our Privacy Policy.

Submit ▶



**MENJIVAR ATTACHMENT T**



## Fill in this short health form and click submit.

After you submit your information one of our licensed agents will contact you with a free quote. Thank you!

GENDER:
☐ MALE          ☐ FEMALE

DATE OF BIRTH:
02/12/1970

HOUSEHOLD SIZE:
1 ▼

EXPECTED INCOME:
$0 to $29,000 ▼

DO YOU HAVE ANY HEALTH CONDITIONS?          ⦿ YES  ○ NO

☐ AIDS/HIV          ☐ ALZHEIMERS DISEASE          ☐ MENTAL ILLNESS
☑ DIABETES          ☐ LUNG DISEASE          ☐ CANCER
☐ LIVER DISEASE          ☐ SUBSTANCE ABUSE          ☑ HEART DISEASE

ARE YOU A SMOKER?          ⦿ YES  ○ NO

FIRST NAME:
John

LAST NAME:
McClain

STREET ADDRESS:
4204 Walnut Street

CITY:
Chicago

STATE:
Illinois ▼

ZIP:
60602

PRIMARY PHONE NUMBER:
(708) 555-1212

EMAIL ADDRESS:
jjmclane312@gmail.com

By clicking "Submit", I give express consent to Supreme Health Plans or one of these carriers or one of these marketing partners to contact me at the number and address provided with insurance quotes or to obtain additional information for such purpose, via live, prerecorded or auto-dialed calls, text messages or email. I understand that my signature is not a condition of purchasing any property, goods or services and that I may revoke my consent at any time.

To speak directly to a representative for a quote without providing consent, please call supremehealthplans.com at (833) 735-5463 By using this form, you agree to the terms of our Privacy Policy.

**Submit ▶**



**MENJIVAR ATTACHMENT T**



CALL NOW TO SPEAK TO A LICENSED AGENT
(833) 735-5463



Thank you for choosing
supremehealthplans.com

A licensed agent will be calling to speak with you shortly. We look forward to helping you find the right health insurance for your needs and budget.

If you would rather not wait call

**(833) 735-5463**

Menjivar Attachment U



America's
HEALTHCARE NETWORK

CALL NOW TO SPEAK TO A LICENSED AGENT
**(855) 895-2643**

# Find Affordable Health Insurance

## GET A FREE QUOTE

WHAT IS YOUR ZIP CODE?

| 60602 | Start Quote |

Fast | Simple | No Obligations

   



### Find affordable health insurance today with America's Healthcare Network

Save Hundreds on Healthcare with Americas Healthcare Network and for less than Obamacare. Get the health insurance you and your family deserve. We provide a comprehensive service that simplifies health insurance and Obamacare for you, all at a price you can afford.

## Our Simple Process Provides You With Medical Coverage Options

Finding health insurance with America's Healthcare Network is as simple as one, two, three. We collect basic information about you in order to match you with companies that service your ZIP code. Health insurance can be overwhelming so a qualified agent will also reach out to you and guide you through medical coverage options. Find the right plan that fits your needs and budget. Top quality insurance plans from the nation's leading carriers.


LEARN MORE


**1 ENTER YOUR ZIP CODE**
We need your zip code in order to search for the best health insurance plans in your area.


**2 COMPLETE A SHORT FORM**
Many demographic factors determine your medical coverage eligibility and insurance cost. These factors include (but aren't limited to) age, marital status, location, health conditions, income, and household size. Your information is used to generate an accurate comparison of plan options.


**3 SPEAK TO AN AGENT**
A licensed agent will reach out to you with a custom quote built using your form responses. Rather not wait? We also match you with carriers & brokers that fit your demographic and ZIP code criteria.

Health Insurance
doesn't have to be complicated

The Benefits
of Americas Healthcare Network

MENJIVAR ATTACHMENT U

At Americas Healthcare Network our goal is to provide a comprehensive service that simplifies health insurance and Obamacare for you. We work closely with most insurers to provide an unbiased comparison of plan benefits, premium cost, and eligibility.

Our in house agents and staff are here to provide quotes and assistance using the information you provide . We've assisted hundreds of thousands of consumers with their enrollment in major medical insurance, short term insurance, and Obamacare, now and get the health insurance you deserve and need, and for less than Obamacare.

- ✔ Fast Free Quote to fit your budget
- ✔ Its quick and Easy
- ✔ Save hundreds on your health insurance
- ✔ Plans from the Nation's Leading Carriers
- ✔ Low Affordable Premiums
- ✔ Prescription Drug Coverage
- ✔ Access to Specialists
- ✔ Hospitalization coverage

## Join the Healthcare Network and Find Peace of Mind



The agents and staff at Americas Healthcare Network take pride in providing an excellent consumer experience. We're here to help, whether you're swapping your medical insurance due to a major life event, trying to cut costs with a new plan, or just aren't sure if you're eligible for a subsidy. Our goal is to make healthcare simple again. If you missed the open enrollment deadline for Obamacare or are un-employed and cannot afford Cobra, our agents can provide affordable options and help you save hundreds.

Neither Americas Healthcare Network, nor the agents who contact you represent the state or federal government. The health insurance quote offered may include a combination of state exchange plans, federal exchange plans, and private health insurance. Subsidy qualification is based upon many factors including income and household size. Not all consumers will be eligible for a subsidy. Speak to your agent for more subsidy related information.

**LEARN MORE**

Americas Healthcare Network All rights reserved            401 E Las Olas Blvd Suite 130-621 Fort Lauderdale FL 33301                    Privacy Policy | Terms of Use | Contact Us

This website is privately owned and neither affiliated with nor endorsed by, nor operated by any government agency. If you are looking for the government official website visit www.Healthcare.gov

MENJIVAR ATTACHMENT U



# Our Practices Regarding Privacy

Americas Healthcare Network, through its www.healthinsurance4me.com website ("Site") is committed to ensuring the privacy and security of each user that visits our website. Your privacy rights are important to us and we are committed to respecting your online privacy and making sure that any information you share with us by using our website is properly protected.

We have established this www.healthinsurance4me.com Privacy Policy so you know the importance we place on your privacy and so you can understand how we collect and use information collected from you when you visit our website or submit any personally identifiable information to us. This policy describes our overall privacy practices regarding information we collect on our web sites and through other Internet mediums. Our policy does not apply to the practices of companies that we do not own or control.

## Data We Collect

When you visit our website, we collect personally identifiable information ("PII") and non-personally identifiable information through various sources. PII means any information that may be used to identify an individual, including but not limited to name, address, and telephone number. Non-PII is data that is not used to specifically identify, contact or locate an individual, including but not limited to zip code, gender, and age.

When you use the Site, we automatically collect certain information from you, such as your browser type (e.g., Internet Explorer, Safari, Chrome); your Internet domain, (e.g., Comcast, Time Warner, etc.); your computer's operating system (e.g., Windows, Macintosh, UNIX, Linux); referring and exit page; operating system; the type of mobile device you use (if applicable), your mobile device's unique device ID; and your IP address. This information lets us see how users find our Site, and it tells us which pages users visit most frequently so we can make our Site more useful. We keep this information for an indefinite amount of time to improve the operation of our Site and to provide better services to our users.

In addition to the data that your browser or Internet session sends us automatically, we may also collect PII if you enter it when using our website. This contact information is stored on our servers and used to fulfill your information request. If you have not opted out of its use, we may share it with our data licensees, including our advertising clients and their vendors, and other advertising partners.

## How We Use and Share Your Information

We may use the information we collect from and about you for the following purposes: (1) to fulfill your requests for information; (2) to respond to your inquiries; (3) to review Site usage and operations; (4) to address problems with the Site, our business, or our services; (5) to protect the security or integrity of the Site and our business; (6) to monitor the Site for compliance with our Terms of Use and the law; (7) to help improve our Site or services, and (8) to contact you with Site updates, newsletters and other informational and promotional materials from us and third party marketing offers from our trusted partners, as well as from other companies.

We may disclose information collected from and about you as follows: (1) to our related companies and service providers, to perform a business, professional or technical support function for us; (2) to our marketing partners, advertisers or other third parties, who may contact you with their own offers; (3) as necessary if we believe that there has been a violation of our Terms of Use or of our rights or the rights of any third party; (4) to respond to legal process (such as a search warrant, subpoena or court order) and provide information to law enforcement agencies or in connection with an investigation on matters related to public safety, as permitted by law, or otherwise as required by law; and (5) in the event that our company or substantially all of its assets are acquired, your personal information may be one of the transferred assets. We may also disclose your personal information with your express consent. We may share aggregate, non-personally identifiable information about Site users with third parties.

## Third Parties Contacting You

Different advertisers and advertising companies have different methods of following up with you on information requests. Some send brochures in the mail, others reply via email or some may contact you by telephone. By using our service to request information from our advertising clients and advertising partners, you are giving permission to www.healthinsurance4me.com and these parties (or their partners and vendors) to contact you using the methods of their choice, even if the phone number you provide is in a corporate, state, or national do not call list, now or in the future (unless and until you opt-out from receiving communications from us or such partners, as applicable). You are also providing your express consent to be called or texted (including prerecorded messages or using an autodialer or automated means) at the number you provide.

## Cookies

Our websites use cookies (small files containing program code that reside on your computer), to provide usage statistics about our web site, and to understand where visitors learn about our web site. We also may use cookies to simplify the re-entering of your data. You can adjust your browser settings to opt out of the use of cookies by having your browser disable cookies. Look for the cookie options in your browser in the Options or Preferences menu.

Additionally, we use cookies, web beacons, and other technologies to receive and store certain types of information whenever you interact with us through your computer or mobile device on the Site. This information, which may include the pages you visit on our or our partners' sites, which web address you came from, the type of browser/device /hardware you are using, or an IP-based geographic location, helps us recognize you, customize your website experience and make marketing messages more relevant. These companies use non-personally identifiable information (e.g., click stream information, browser type, time and date, hardware/software information) during your visits to this and other web-sites in order to provide advertisements about goods and services likely to be of greater interest to you. At this time, we do not respond to browser "do not track" signals. However, we may provide you with ways to choose not to have your information collected or used in this way. To learn more about targeted ads or to opt-out of this type of advertising, visit the Network Advertising Initiative website or Digital Advertising Alliance website.

## Opt-Out of Receiving Communications from www.healthinsurance4me.com

You may opt out by contacting us by submitting a "Stop contacting me" request on our Contact Us page; calling us at (877) 386-9926; or sending a letter to:

Health Insurance Services Legal
401 E Las Olas Blvd
Suite 130-627
Fort Lauderdale, Fl 33301

## Children's Privacy

We do not direct the Site to, nor do we knowingly collect any PII from any individuals less than thirteen years of age. If you are the parent or guardian and are made aware that a child under the age of 13 has provided us with PII, please contact us.

## Third Party Links

This Site may contain links that direct you to websites owned and operated by other companies. www.healthinsurance4me.com does not control or endorse these websites, and we do not assume any responsibility for the content, privacy policies or practices of any third party websites which may use cookies and collect PII from you. We recommend that you review the privacy policy posted on any external website before disclosing any PII. Please contact those websites directly if you have any questions about their privacy policies.

## California Privacy Rights

Under California's "Shine the Light" law, we provide a method for consumers to "opt-out" of having their information shared with third-parties. Contact us using the methods described in the "Contact Us" section to unsubscribe.

## Privacy Policy Changes

www.healthinsurance4me.com may change this Privacy Policy at any time. Should we revise this Privacy Policy in the future, we will immediately publish the amended Privacy Policy on our website. We recommend that you check our website frequently to view recent changes or updates.

**MENJIVAR ATTACHMENT U**

## Usage Tracking

Log Files. As is true of most web sites, we gather certain information automatically and store it in log files. This information may include internet protocol (IP) addresses, browser type, internet service provider (ISP), referring/exit pages, operating system, date/time stamp, and/or click stream data. We may combine this automatically collected log information with other information we collect about you. We do this to improve services we offer you, to improve marketing, analytics, or site functionality.

Cookies/Tracking Technologies. Technologies such as: cookies, beacons, tags and scripts are used by A1 Web Leads, Inc. and our marketing partners, affiliates, or analytics or service. These technologies are used in analyzing trends, administering the site, tracking users' movements around the site and to gather demographic information about our user base as a whole. We may receive reports based on the use of these technologies by these companies on an individual as well as aggregated basis.

We use cookies to authenticate the user on each page after the user logs onto any portion of our website requiring a login. Users can control the use of cookies at the individual browser level. If you reject cookies, you may still use our site, but your ability to use some features or areas of our site may be limited.

We partner with a third party to either display advertising on our Web site or to manage our advertising on other sites. Our third party partner may use technologies such as cookies to gather information about your activities on this site and other sites in order to provide you advertising based upon your browsing activities and interests. If you wish to not have this information used for the purpose of serving you interest-based ads, you may opt-out by clicking here (or if located in the European Union click here). Please note this does not opt you out of being served ads. You will continue to receive generic ads.

User Access. Upon request, we will provide you with information about whether we hold, or process on behalf of a third party, any of your personal information. To request this information please contact us at privacy@healthinsurance4me.com. We make a good faith effort to enable you to update personally identifiable information you have provided to us and to enable you to request deletion of any of your information. If you wish to delete or update any of your personal information please email us at privacy@healthinsurance4me.com. We will respond to your request within a reasonable time frame. Please understand that while we are able to delete or update the information that we have received from you, this does not necessarily mean that information about you that has already been shared by us with other Providers may, at the same time, be updated or deleted by such other Providers. So, in some cases it may be necessary for you to contact other third parties who may have received your information and separately request updates to or deletions of your information. We may decline to process user requests that are unreasonably repetitive or systematic, require disproportionate technical effort, jeopardize the privacy of others, would be extremely impractical, or where information is required to be retained by us, either by law or for legitimate business purposes. Further, if you are a marketing affiliate, you may login to your account at any time to correct, update or delete inaccuracies in your personal information.

We will retain your information for as long as your account is active or as needed to provide you services. If you wish to cancel your account or request that we no longer use your information to provide you services contact us at privacy@healthinsurance4me.com. We will retain and use your information as necessary to comply with our legal obligations, resolve disputes, and enforce our agreements.

To request removal of your personal information from our blog, community forum, or testimonials contact us at the email address listed above. In some cases, we may not be able to remove your personal information, in which case we will let you know if we are unable to do so and why.

Information about how your visitors can opt out of Google's use of cookies by visiting Google's Ads Settings https://adssettings.google.com/authenticated. Alternatively, you can point your visitors to opt-out of a third party vendor's use of cookies by visiting the Network Advertising Initiative opt-out page http://optout.networkadvertising.org/?c=1#!/

## Contact Us

We invite you to contact us if you have questions or comments about our Privacy Policy or you want to change the personally identifiable information you have provided to us. You may contact us by:

Sending a letter to:
Health Insurance Services Legal
401 E Las Olas Blvd
Suite 130-627
Fort Lauderdale, Fl 3310'

Calling us at 1-877-386-9926
Emailing us at: privacy@healthinsurance4me.com

If we need, or are required to, contact you regarding your personal information, we may do so by telephone, email, or mail.



Close

This website is proudly owned and run by the affiliates with our accountable representatives that carry out the current names of you, we are running from the current market that assists us to serve health products.



## Please read these terms and conditions of use before using this site.

The www.healthinsurance4me.com website ("www.healthinsurance4me.com" or the 'Site') is owned and operated by www.healthinsurance4me.com. By using this Site, you signify your assent to these Terms of Use ("Terms" or "Agreement"). If you do not agree to all of these Terms, do not use this site.

BY ACCESSING OR USING ANY PART OF THE SITE, YOU AGREE THAT YOU HAVE READ, UNDERSTAND AND AGREE TO BE BOUND BY THIS AGREEMENT. IF YOU DO NOT AGREE TO BE SO BOUND, DO NOT ACCESS OR USE THE SITE. PLEASE READ THESE TERMS CAREFULLY. **THEY CONTAIN A MANDATORY ARBITRATION PROVISION AND CLASS ACTION WAIVER.**

www.healthinsurance4me.com may revise and update these Terms at any time. Your continued usage of the Site will mean you accept those changes.

### Use of the Website

By using the Site, you represent to www.healthinsurance4me.com that 1) you are authorized to enter into this Agreement and you are at least the age of majority in your state or province of residence; (2) you will not use the Site for any purpose or in any manner that violates any law or regulation or that infringes the rights of www.healthinsurance4me.com or any third party; (3) any information or data provided to www.healthinsurance4me.com by you will not violate any law or regulation or infringe the rights of www.healthinsurance4me.com or any third party; (4) all information that you provide to us in connection with the Site (e.g., name, e-mail address and other information) is true and accurate; and (5) you are authorized and able to fulfill and perform the obligations and meet the conditions of a user as specified herein. This Agreement provides to you a personal, revocable, limited, non-exclusive, royalty-free, non-sublicenseable, non-transferable license to use the Site conditioned on your continued compliance with the Terms of this Agreement. You may print and download materials and information from the Site solely for your personal use, provided that all hard copies contain all copyright and other applicable notices contained in such materials and information. Notwithstanding the foregoing, you may not modify, translate, decompile, create derivative work(s) of, copy, distribute, disassemble, broadcast, transmit, publish, remove or alter any proprietary notices or labels, license, sublicense, transfer, sell, mirror, frame, exploit, rent, lease, private label, grant a security interest in, or otherwise use the Website in any manner not expressly permitted herein. Specifically, and by way of illustration and not limitation, you may not (a) separate and use any graphics, photographs, or other audio, visual or video elements from the accompanying text or material without the prior express written permission of www.healthinsurance4me.com and/or its licensor(s); (b) use any "deep link," "page scrape," "robot," "spider," or other device, program, script, algorithm, or methodology to access, acquire, copy, or monitor any portion of the Site or in any way reproduce or circumvent the navigational structure of the Site to obtain or attempt to obtain any materials, documents, or information through any means not purposely made available through the Site; (c) probe, scan, or test the vulnerability of the Site or any network connected to the Site; (d) use any device, software, or routine to interfere with the proper working of the Site or any transaction conducted on the Site; (e) forge headers, impersonate a person, or otherwise manipulate identifiers in order to disguise your identity or the origin of any message or transmittal you send to www.healthinsurance4me.com or through the Site; (f) use the Site to harvest or collect e-mail addresses or other contact information; or (g) use the Site in a manner that could damage, disparage, or otherwise negatively impact www.healthinsurance4me.com. The licenses granted by www.healthinsurance4me.com terminate if you do not comply with these Terms.

The material, images, and text on the Site ("Content") is protected by copyright under both United States and foreign laws. Title to the Content remains with www.healthinsurance4me.com or its licensors. Any use of the Content not expressly permitted by these Terms and Conditions is a breach of this Agreement and may violate copyright, trademark, and other laws. Content and features are subject to change or termination without notice in the editorial discretion of www.healthinsurance4me.com. All rights not expressly granted herein are reserved to www.healthinsurance4me.com and its licensors. If you violate any of these Terms, your permission to use the Content automatically terminates and you must immediately destroy any copies you have made of any portion of the Content.

### PRIVACY

Please review our Privacy Policy to understand our practices regarding personal information provided by you, which is incorporated herein by reference.

### Limitation of Liability and Disclaimer of Warranties

The use of the Site and the Content is at your own risk. When using the Site, information will be transmitted over a medium that may be beyond the control and jurisdiction of www.healthinsurance4me.com and its suppliers. Accordingly, www.healthinsurance4me.com assumes no liability for or relating to the delay, failure, interruption, or corruption of any data or other information transmitted in connection with use of the Site. The Site and the content are provided on an "as is" and "as available" basis and may include errors, omissions, or other inaccuracies. MOREOVER, www.healthinsurance4me.com MAY MAKE MODIFICATIONS AND/OR CHANGES ON THIS SITE OR IN THE MATERIALS AND INFORMATION AVAILABLE ON THIS SITE AT ANY TIME AND FOR ANY REASON. www.healthinsurance4me.com MAKES NO REPRESENTATIONS, GUARANTEES, OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE SUITABILITY, COMPLETENESS, TIMELINESS, RELIABILITY, LEGALITY, OR ACCURACY OF THE www.healthinsurance4me.com SERVICES OR THE INFORMATION, CONTENT, MATERIALS, PRODUCTS, OR OTHER SERVICES, OR INCLUDED ON OR OTHERWISE MADE AVAILABLE ON THE SITE. YOU EXPRESSLY AGREE THAT YOUR USE OF THE SITE IS AT YOUR OWN RISK. TO THE FULLEST EXTENT PERMISSIBLE BY APPLICABLE LAW, www.healthinsurance4me.com DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT, AND FITNESS FOR PARTICULAR PURPOSE. www.healthinsurance4me.com DOES NOT WARRANT THAT THE INFORMATION, CONTENT, MATERIALS, PRODUCTS OR OTHER SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE SITE, www.healthinsurance4me.com's SERVERS, OR ELECTRONIC COMMUNICATIONS SENT FROM www.healthinsurance4me.com ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. www.healthinsurance4me.com ALSO MAKES NO REPRESENTATION, GUARANTEE, OR WARRANTY THAT THIS WEBSITE WILL OPERATE ERROR FREE OR IN AN UNINTERRUPTED FASHION.

To the maximum extent permitted by law, in no event shall www.healthinsurance4me.com, its licensors, its suppliers, or any third parties mentioned on the Site be liable for any damages (including, without limitation, indirect, punitive, special, incidental, or consequential damages, personal injury/wrongful death, lost profits, or damages resulting from lost data or business interruption) resulting from the use of or inability to use the Site or the Content, the delay or from any information, Content, materials, or www.healthinsurance4me.com services included on or otherwise made available to you through the Site, whether based in contract, tort, strict liability or otherwise, and whether or not www.healthinsurance4me.com, its licensors, its suppliers, or any third parties mentioned on the Site have been advised of the possibility of such damages www.healthinsurance4me.com, its licensors, its suppliers, or any third parties mentioned on the Site shall be liable only to the extent of actual damages incurred by you, not to exceed U.S. $100. Any claims arising in connection with your use of the Site or any Content must be brought within one (1) year of the date of the event giving rise to such action occurred.

### User Submissions

You agree that you will not upload or transmit any communications or content of any type to the Site that infringe or violate any rights of any party. By submitting communications or content to the Site, you agree that such submission is non-confidential for all purposes. If you make any submission to the Site or if you submit any business information, idea, concept or invention to www.healthinsurance4me.com by email, you automatically grant or warrant that the owner of such content or intellectual property has expressly granted www.healthinsurance4me.com a royalty free, perpetual, irrevocable, sublicensable world wide nonexclusive license to use, reproduce, create derivative works from, modify, publish, edit, translate, distribute, perform, and display the communication or content in any media or medium, or any form, format, or forum now known or hereafter developed. If you wish to keep any business information, ideas, concepts or inventions private or proprietary, do not submit them to the Site or to www.healthinsurance4me.com by email.

### Advertisements, Searches, and Links to Other Sites

www.healthinsurance4me.com may provide links to third-party websites. www.healthinsurance4me.com also may select certain websites as priority responses to search terms you enter and www.healthinsurance4me.com may agree to allow advertisers to respond to certain search terms with advertisements or sponsored content. obamacareusa.org does not endorse the content on any third-party websites. www.healthinsurance4me.com is not responsible for the content of linked third-party sites, sites framed within the Site, third-party websites provided as search results, or third-party advertisements, and does not make any representations regarding their content or accuracy. Your use of third-party websites is at your own risk and subject to the terms and conditions of use and privacy policies for such websites.

### ELECTRONIC COMMUNICATIONS

When you use the Site, or send e-mails to us, you are communicating with us electronically. You consent to receive communications from us electronically. We will communicate with you by e-mail or by posting notices on or through the Site. You agree that all agreements, notices, disclosures and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

MODIFICATIONS

**MENJIVAR ATTACHMENT U**

MODIFICATIONS

We reserve the right at any time to modify or discontinue the Site (or any part or content thereof) without notice at any time. www.healthinsurance4me.com may add, modify, or delete any aspect, program, or feature of the Site. We shall not be liable to you or to any third party for any modification, suspension, or discontinuance of the Site.

## Data We Collect

**Governing Law**

These Terms are governed by the laws of the State of Florida, without respect to its conflict of laws principles.

## ARBITRATION

All disputes arising out of or relating to any purchase you make with via this Site, any information you provide via the Site, these Terms (including the formation, performance or alleged breach), and your use of the Site will be exclusively resolved under confidential binding arbitration in accordance with the Rules of the American Arbitration Association ("AAA"), including the AAA's Supplementary Procedures for Consumer Related Disputes (collectively, the "AAA Rules") then in effect at the time of the dispute.

The AAA Rules are available at www.adr.org or by calling 1-800-778-7879. If you initiate arbitration, www.healthinsurance4me.com will promptly reimburse you for any standard filing fee which may have been required under AAA Rules once you have notified www.healthinsurance4me.com in writing and provided a copy of the arbitration proceedings. However, if www.healthinsurance4me.com is the prevailing party in the arbitration, applicable law may allow the arbitrator to award attorneys fees and costs to www.healthinsurance4me.com. If for any reason the AAA is unavailable, the parties shall mutually select another arbitration forum. The arbitration will be conducted in the city of Hollywood, Florida, but may proceed telephonically if the claimant so chooses.

The arbitrators' award will be binding and may be entered as a judgment in any court of competent jurisdiction. To the fullest extent permitted by applicable law, no arbitration under these Terms may be joined to an arbitration involving any other party subject to these Terms, whether through class arbitration proceedings or otherwise. Notwithstanding the foregoing, we will have the right to seek injunctive or other equitable relief in state or federal court located to enforce these Terms or prevent an infringement of a third party's rights. In the event equitable relief is sought, each party hereby irrevocably submits to the personal jurisdiction of such court

## WAIVER OF CLASS ACTION RIGHTS

ANY DISPUTES ARISING OUT OF OR RELATING TO YOUR USE OF THIS SITE, ANY INFORMATION YOU PROVIDE VIA THE SITE, THESE TERMS (INCLUDING THEIR FORMATION, PERFORMANCE OR ALLEGED BREACH), AND YOUR USE OF THE SITE SHALL BE SUBMITTED INDIVIDUALLY BY YOU, AND SHALL NOT BE SUBJECT TO ANY CLASS ACTION OR REPRESENTATIVE STATUS. BY ENTERING INTO THIS AGREEMENT, YOU HEREBY IRREVOCABLY WAIVE ANY RIGHT YOU MAY HAVE TO JOIN CLAIMS WITH THOSE OF OTHERS or participate as a member of a class of claimants with respect to any claim submitted to arbitration. The parties to this arbitration agreement acknowledge that this class action waiver is material and essential to the arbitration of any disputes between the parties and is nonseverable from the agreement to arbitrate claims. If any portion of this class action waiver is limited, voided, or cannot be enforced, then the parties agreement to arbitrate shall be null and void. YOU UNDERSTAND THAT BY AGREEING TO THIS CLASS ACTION WAIVER, YOU MAY ONLY BRING CLAIMS AGAINST www.healthinsurance4me.com IN AN INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION OR REPRESENTATIVE PROCEEDING.

## Notice and Take Down Procedures; Copyright Agent

If you believe any materials accessible on or from the Site infringe your copyright, you may request removal of those materials (or access thereto) from this web site by contacting www.healthinsurance4me.com's copyright agent (identified below) and providing the following information.

1. Identification of the copyrighted work that you believe to be infringed. Please describe the work, and where possible include a copy or the location (e.g., URL) of an authorized version of the work
2. A description, in reasonable detail (including the applicable URL) of the material that you believe to be infringing and its location. Please provide us with enough information that will allow us to locate the material
3. Your name, address, telephone number and (if available) e-mail address.
4. A statement that you have a good faith belief that the complained-of use of the materials is not authorized by the copyright owner, its agent, or the law
5. A statement by you, made under the penalty of perjury, that the information that you have supplied is accurate, and indicating that you are the copyright owner or are authorized to act on the copyright owner's behalf.
6. A signature or the electronic equivalent from the copyright holder or authorized representative.

Please send this notice to:

Attn: Health Insurance Services Legal
401 E Las Olas Blvd.
Suite 130-627
Fort Lauderdale, Fl 33301
Email: privacy@www.healthinsurance4me.com

## Complete Agreement

Except as expressly provided in a particular "legal notice" on the Site or via e-mail from www.healthinsurance4me.com, this Agreement and the www.healthinsurance4me.com Privacy Policy constitute the entire agreement between you and www.healthinsurance4me.com with respect to the use of the Site and Content.

If any provision of this Agreement is found to be invalid by any court having competent jurisdiction, the invalidity of such provision shall not affect the validity of the remaining provisions of this Agreement, which shall remain in full force and effect. No waiver of any of these Terms shall be deemed a further or continuing waiver of such term or condition or any other term or condition.

© 2016 www.healthinsurance4me.com, All rights reserved



MENJIVAR ATTACHMENT U



## Contact Us

Fill out the short form below then click Send Message button. We will respond back to you as soon as we can.

FULL NAME: *

COMPANY NAME: *

EMAIL ADDRESS: *

PHONE NUMBER: *

HOW CAN WE HELP YOU: *

What are you looking for?

MESSAGE:

**EMAIL:**

info@healthinsurance4me.com

**ADDRESS:**

Health Insurance Services Legal
401 E Las Olas Blvd
Suite 130 #27
Fort Lauderdale, Fl 33301



SEND US YOUR MESSAGE

America's Healthcare Network, LLC (855) 895-2643         401 E Las Olas Blvd Suite 130 #27, Fort Lauderdale, Fl 33301              Privacy Policy    Terms of Use    Contact Us

This website is privately owned and not affiliated with the U.S. government or the federal Medicare program or any government agency. For using this site for the government, virtual website visit www.healthcare.gov.

**MENJIVAR ATTACHMENT U**




## Fill in this short health form and click submit.

After you submit your information one of our licensed agents will contact you with a free quote. Thank you!

**GENDER:**
☐ MALE    ☐ FEMALE

**DATE OF BIRTH**

**HOUSEHOLD SIZE**
--                                  ▼

**EXPECTED INCOME**
▼

**DO YOU HAVE ANY HEALTH CONDITIONS?**    ☐ YES  ☑ NO

**ARE YOU A SMOKER?**    ☐ YES  ☑ NO

**FIRST NAME:**

**LAST NAME:**

**STREET ADDRESS**

**CITY:**
Chicago

**STATE:**
Illinois                             ▼

**ZIP:**
60602

**PRIMARY PHONE NUMBER:**

**EMAIL ADDRESS:**

By clicking "Submit", I give express consent to Americas Healthcare Network or one of these carriers or one of these marketing partners to contact me at the number and address provided with insurance quotes or to obtain additional information for such purpose, via live, prerecorded or auto dialed calls, text messages or email. I understand that my signature is not a condition of purchasing any property, goods or services and that I may revoke my consent at any time.

To speak directly to a representative for a quote without providing consent, please call health insurance4me.com at (855) 895-2643 By using this form, you agree to the terms of our Privacy Policy

**Submit ▶**

MENJIVAR ATTACHMENT U



CALL NOW TO SPEAK TO A LICENSED AGENT
**(855) 895-2643** 📞

# Carriers & Partners

Carriers and partner companies include, but are not limited to, the following:

- Accuquote
- Adam Seigel
- Aegis First
- Aegon US Holding Corp.
- Aflac
- Agentra Healthcare
- AHCP
- AIG Direct
- AiO
- AIS
- Aliera Healthcare
- Allied
- Allina Health
- Allstate Insurance
- America Direct
- American Family Insurance
- American Fidelity Corp.
- American Financial
- American Life & Health
- American National Insurance
- American Republic Insurance Co.
- American Service Insurance Agency
- Americare Group
- Americas Health Brokers
- Americas Insurance
- Amerigroup
- Ameriprise Financial Group
- Amica Insurance
- Angelic Marketing Group
- Answer Financial
- Anthem BCBS
- Aon Corp.
- Ardent Health Services
- Assurant
- Astonish
- Aviva
- AvMed Inc.
- AXA Insurance Group
- Bankers Life and Casualty
- Bankrate Insurance
- Banner Life
- Bantam Connect
- Bayside Insurance
- Blue Cross/Blue Shield Association Companies
- Bolt
- Brightway
- Caitlin Insurance Co.
- Capital District Physicians Health Plan
- Caresource
- Carle Clinic Association
- Centene Corp.
- Choice Direct
- Cigna
- Citigroup
- Clearlink
- CNA Insurance
- CO Farm Bureau
- Colonial Life & Accident Insurance Company
- Colorado Bankers
- CommercialInsurance.net
- CommunityCare
- Conseco Life
- Consumer United
- Cotton States Insurance
- Country Companies
- Country Financial
- CoverHound
- CSE
- CUNA Mutual Group
- Dean Health

- Delphi Financial
- Direct General
- DTRIC
- e-TeleQuote Insurance, Inc.
- Efinancial
- eHealth
- Electric
- Elephant
- EmblemHealth
- Erie Insurance Company
- Esurance
- Fallon Community Health Plan
- Farm Bureau
- Farmers Insurance
- Fidelity Life
- Florida Blue
- Forefront Insurance
- Foresters
- Fortegra Insurance
- Fortis
- Freeway Insurance
- GEICO
- Geisinger Insurance
- Generation Life
- Genworth Financial
- GetAuto
- Getinsured.com
- GHI
- GMAC Insurance
- GoHealth/Norvax
- Golden Outlook
- Golden Rule Insurance Co
- GoMedigap
- Great West
- GreatAmerican
- Group Health Incorporated
- Guaranteed Benefits
- Guardian Life
- Guide One
- GuidePointe Solutions
- Hanover
- Hartford
- Hartford Fire & Casualty
- Harvard Commonwealth Health Plan
- Hawaii Medical Services Association
- HCC Insurance holdings
- Health and Life Plans of America
- Health Benefits One
- Health Care Service Corp.
- Health Choice One
- Health Insurance for Everyone
- Health Insurance Services
- Health Markets
- Health Now New York Inc.
- Health Option One
- Health Partners of Philadelphia Inc.
- HealthCare Advisors
- HealthCare Alternatives
- Healthcare Direct
- HealthCare Solutions Team
- HealtheDeals
- HealthNet
- HealthPlanOne
- HealthPlus of Michigan
- HealthSpring
- Henry Ford Health System
- Highmark
- HII - Starr Insurance
- HIP Insurance
- Hiscox
- Homeinsurance.com
- Horace Mann
- Hospital Services Association of NEPA
- HPO
- HRBC Insurance
- Humana
- iCan Benefit Group
- IHC Health Plans
- IMO
- Independence Blue Cross
- Independent Carriers

**MENJIVAR ATTACHMENT U**

- Independent Carriers
- Independent Health Association
- Infinity Insurance
- ING US Life
- InsideResponse (Allied Insurance Partners)
- Insphere Insurance Solutions
- Insurance Central
- Insurance Services
- InsuranceOnly
- insuranceQuotes.com
- InsureMe
- Insweb
- IntelliQuote
- Jackson National Life
- John Hancock
- Kaiser Permanente
- Kaleida Health
- Kanopy
- Kemper
- Knights of Columbus
- Level One Health Group
- Liberty Mutual Insurance Company
- Liberty National
- LifeLine Direct
- Lifetime Healthcare
- Lighthouse Insurance Group
- Lincoln National
- Louisiana Health Services
- M Plan Inc.
- Managed Health Inc.
- MAPFRE
- Massachusetts Mutual
- Medical Card System Inc.
- Medical Mutual of Ohio
- Medicare Solutions
- MEGA Life and Health Insurance
- Mercury
- Metlife
- Metropolitan Insurance Co.
- Midland National
- Minnesota Mutual
- Mississippi Insurance
- MMM Healthcare Inc.
- Molina Healthcare Inc.
- Mutual of Omaha
- MVP
- National Better Living Association
- Nations Health Group Guide One Insurance
- Nationwide
- Neighborhood Health Plan Inc.
- NetQuote
- New York Life
- NewQuest
- NextGen Leads
- Noridian Mutual Insurance Company
- Northwestern Mutual
- Ohio National Life
- Old Mutual US Life
- ONCOR Insurance Services
- Pacific Benefits Group
- Pacific Life and Annuity
- Pemco
- Penn Mutual
- Phoenix Life
- Physicians Health Plan
- Physicians Mutual
- PJP Agency
- Plymouth Rock
- Precise Leads
- Precise Solutions Group
- Preferred Care
- Premera Blue Cross
- Premier Health Plans Inc.
- Presbyterian Healthcare Services
- Prime Care Health
- Principal Financial
- Principal Life
- Progressive Insurance
- Protective Life
- Providence Health Plan
- Prudential of America

**MENJIVAR ATTACHMENT U**

- Prudential of America
- PURE
- QuoteWhiz
- ReliaQuote
- Renaissance Health Services Corp.
- RSA
- SAFECO
- Safeguard
- Safeway Insurance
- Sagicor
- Scan Health Plan
- Secure Horizons
- Secured Health
- Security Health Plan of Wisconsin Inc.
- Select Quote
- SelectHealth
- SelectQuote A&H
- Sentara Health Management
- Sentry Insurance Company
- Shelter Insurance Company
- Sierra Health Services
- Simple Health, Simple Health Plans, Inc.
- Simple Insurance Leads
- SolidQuote LLC
- Spectrum Direct
- Spectrum Health
- Spring Venture Group
- Stancorp Financial
- State Auto
- Sterling Senior Health
- Sun Life Assurance Company
- Swiss Re
- Tech Insurance
- The General
- The Hartford
- The Hartford AARP
- The IHC Group
- The Regence Group
- Three Rivers Holdings
- Thrivent Financial for Lutherans
- TIAA-CREF
- Tiburon Insurance Services
- Titan
- Traders Insurance
- Transamerica
- Travelers Insurance Company
- Tricare
- Triple-S Inc.
- TriState
- Tryton
- Tufts Associates HMO Inc.
- TWG
- TX Insurance
- TZ Insurance Solutions LLC
- Ucare
- Unified Rightmed
- United Medicare
- United Teacher Associates Ins Co.
- UnitedHealth Group
- UnitedHealthcare/UnitedHealthOne
- Unitrin Direct
- Universal American Financial Corp.
- Universal Health Care
- University Health Care Inc
- UnumProvident Corp.
- UPMC Health System
- US Financial Life
- USAA.
- USHEALTH Group
- USInsuranceOnline
- Vanguard Health Ventures
- VelaPoint Personal Insurance
- WEA Inc.
- WellCare Health Plans
- WellPoint
- Western & Southern Life
- Western Mutual
- XLHealth
- Zurich

**MENJIVAR ATTACHMENT U**



## Fill in this short health form and click submit.

After you submit your information one of our licensed agents will contact you with a free quote. Thank you!

GENDER:
☐ MALE    ☐ FEMALE

DATE OF BIRTH:
02/13/1975

HOUSEHOLD SIZE:
1 ▼

EXPECTED INCOME:
$0 to $29,000 ▼

DO YOU HAVE ANY HEALTH CONDITIONS?    ⦿ YES   ◯ NO

☐ AIDS/HIV          ☐ ALZEIMERS DISEASE     ☐ MENTAL ILLNESS
☑ DIABETES          ☐ LUNG DISEASE          ☐ CANCER
☐ LIVER DISEASE     ☐ SUBSTANCE ABUSE       ☑ HEART DISEASE

ARE YOU A SMOKER?    ⦿ YES   ◯ NO

FIRST NAME:
John

LAST NAME:
McClane

STREET ADDRESS:
4204 Walnut Street

CITY:
Chicago

STATE:
Illinois ▼

ZIP:
60602

PRIMARY PHONE NUMBER:
(312) 555-1212

EMAIL ADDRESS:
johndmcclane75@gmail.com

PLEASE ENTER A VALID EMAIL ADDRESS

By clicking "Submit", I give express consent to Americas Healthcare Network or one of these carriers or one of these marketing partners to contact me at the number and address provided with insurance quotes or to obtain additional information for such purpose, via live, prerecorded or auto-dialed calls, text messages or email. I understand that my signature is not a condition of purchasing any property, goods or services and that I may revoke my consent at any time.

To speak directly to a representative for a quote without providing consent, please call health-insurance4me.com at (855) 895-2643 By using this form you agree to the terms of our Privacy Policy.

Submit ▶



CALL NOW TO SPEAK TO A LICENSED AGENT
**(855) 895-2643** 📞

## Fill in this short health form and click submit.

After you submit your information one of our licensed agents will contact you with a free quote. Thank you!

GENDER:                                          DATE OF BIRTH:
☐ MALE        ☐ FEMALE                           02/13/1975

HOUSEHOLD SIZE:                                  EXPECTED INCOME:
1                                     ▼          $0 to $29,000                        ▼

DO YOU HAVE ANY HEALTH CONDITIONS?        ⦿ YES   ○ NO

☐ AIDS/HIV              ☐ ALZEIMERS DISEASE        ☐ MENTAL ILLNESS
☑ DIABETES              ☐ LUNG DISEASE             ☐ CANCER
☐ LIVER DISEASE         ☐ SUBSTANCE ABUSE          ☑ HEART DISEASE

ARE YOU A SMOKER?          ⦿ YES   ○ NO

FIRST NAME:                                      LAST NAME:
John                                             McClane

STREET ADDRESS:                                  CITY:
4204 Walnut Street                               Chicago

STATE:                                           ZIP:
Illinois                              ▼          60602

PRIMARY PHONE NUMBER:                            EMAIL ADDRESS:
(312) 555-1212                                   johndmcclane75@gmail.com

By clicking "Submit", I give express consent to America's Healthcare Network or one of these partners or one of these marketing partners to contact me at the number and address provided with insurance quotes or to obtain additional information for such purpose, via live, prerecorded or auto dialed calls, text messages or email. I understand that my signature is not a condition of purchasing any property, goods or services and that I may revoke my consent at any time.

To speak directly to a representative for a quote without providing consent, please call healthinsurance4me.com at (855) 895-2643. By using this form, you agree to the terms of our Privacy Policy.

**Submit ▶**

**America's**
HEALTHCARE NETWORK

CALL NOW TO SPEAK TO A LICENSED AGENT
**(855) 895-2643** 📞



## Thank you for choosing
## healthinsurance4me.com

A licensed agent will be calling to speak with you shortly. We look forward to helping you find the right health insurance for your needs and budget.

If you would rather not wait call

📞 **(855) 895-2643**

Menjivar Attachment V

# In the Matter of:

## Simple Health Plans

*September 17, 2018*
*AmericasHealthcare*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

AmericasHealthcare

Simple Health Plans                                              9/17/2018

---

OFFICIAL TRANSCRIPT PROCEEDING

FEDERAL TRADE COMMISSION

MATTER NO.      1723148

TITLE           SIMPLE HEALTH PLANS

DATE            RECORDED:   SEPTEMBER 17, 2018
                TRANSCRIBED:   SEPTEMBER 26, 2018
PAGES           1 THROUGH 9

AMERICASHEALTHCARE 09.17.18

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

---

**Page 3**

```
 1              FEDERAL TRADE COMMISSION
 2
 3   In the Matter of:            )
 4   Simple Health Plans          )  Matter No. 1723148
 5                                )
 6   -----------------------------)
 7                                September 17, 2018
 8
 9
10
11        The following transcript was produced from a
12   digital file provided to For The Record, Inc. on
13   September 21, 2018.
14
15
16
17
18
19
20
21
22
23
24
25
```

---

**Page 2**

```
 1              FEDERAL TRADE COMMISSION
 2                   I N D E X
 3
 4   RECORDING:                              PAGE:
 5   AmericasHealthcare 09.17.18                4
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

**Page 4**

```
 1            P R O C E E D I N G S
 2            -   -   -   -   -
 3            AMERICASHEALTHCARE 09.17.18
 4            ON SCREEN:  America's HEALTHCARE NETWORK
 5            Call Now to Save Hundreds on Health
 6   Insurance
 7            855-895-2643
 8            [(Scrolling on screen throughout entire
 9   recording)
10            Stay tuned for health insurance savings
11            CBO: Obamacare to continue to rise in cost
12            Health insurance costs are out of control
13            America's Healthcare Network saving
14   hundreds
15            OPERATORS STANDING BY
16            HEALTH INSURANCE SAVINGS
17            OPERATORS STANDING BY]
18            MALE SPEAKER:  Are you tired of rising
19   health insurance costs?
20            ON SCREEN:  America's HEALTHCARE NETWORK
21            Obamacare is 50% Higher today than four
22   years ago!
23            Call Now to Save Hundreds on Health
24   Insurance
25            855-895-2643
```

---

1 (Pages 1 to 4)

**MENJIVAR ATTACHMENT V**

AmericasHealthcare

Simple Health Plans                                    9/17/2018

---

**5**

1    MALE SPEAKER: Premiums are 50 percent
2  higher today than just four years ago.
3         ON SCREEN: America's HEALTHCARE NETWORK
4  Obamacare is expected to rise 10% next year
5         As reported in the Congressional Budgeting
6  Office report 'Federal Subsidies for Health Insurance
7  Coverage for People Under Age 65, 2018 to 2028'
8  published May 2018.
9         Call Now to Save Hundreds on Health
10 Insurance
11        855-895-2643
12        MALE SPEAKER: And the Congressional Budget
13 Office predicts costs will increase another 10 percent
14 in the coming year.
15        ON SCREEN: America's HEALTHCARE NETWORK
16 Stay Tuned for How to get Affordable Health
17 Insurance Today!
18        Call Now to Save Hundreds on Health
19 Insurance
20        855-895-2643
21        MALE SPEAKER: But there's a solution. Want
22 some good news about the cost of health insurance in
23 America? Then listen up.
24        ON SCREEN: America's HEALTHCARE NETWORK
25        America's HEALTHCARE NETWORK

**7**

1         Access to Specialists
2         Prescription Benefits
3         Hospitalization
4         Some Pre-Existing Conditions
5         Call Now And Get Same Day Coverage
6         855-895-2643
7         MALE SPEAKER: Policies have low co-pays and
8  cover items like doctor's visits, access to
9  specialists, prescription benefits, coverage for
10 hospitalization and emergency room visits, even some
11 preexisting conditions can be covered.
12        ON SCREEN: America's HEALTHCARE NETWORK
13 Same Day Coverage is Available
14 Free Call. No Obligation to Save Hundreds
15 of Dollars
16        855-895-2643
17        MALE SPEAKER: This is not a discount health
18 card; it's real insurance.
19        ON SCREEN: America's HEALTHCARE NETWORK
20 Call Now if You Need Affordable Health
21 Insurance
22 Free Call. No Obligation to Save Hundreds
23 of Dollars
24        855-895-2643
25        MALE SPEAKER: If you're currently without

---

**6**

1         Top Quality Health Insurance
2         As Much as 66% Less Than Obamacare
3         Price comparison between Silver 70 Off
4  Exchange PPO from Blue Shield of California pricing
5  for family of four, ages 48, 42, 16 and 14, for 2018
6  is $1474.00 per month and a policy from America's
7  Health Network 02/2018 though coverage may not be as
8  comprehensive as policies available through the
9  Affordable Care Act.
10        Call Now to Save Hundreds on Health
11 Insurance
12        855-895-2643
13        MALE SPEAKER: America's Healthcare Network
14 provides top quality health insurance for up to 66
15 percent less than Obamacare --
16        ON SCREEN: America's HEALTHCARE NETWORK
17 Same Day Coverage Available
18 Call Now to Save Hundreds on Health
19 Insurance
20        855-895-2643
21        MALE SPEAKER: -- and same day coverage is
22 available.
23        ON SCREEN: America's HEALTHCARE NETWORK
24 Low Co-Pays
25 Doctors Visits

**8**

1  coverage or uninsured because you can no longer afford
2  Obamacare, then call now to get the health insurance
3  you deserve and need.
4         ON SCREEN: America's HEALTHCARE NETWORK
5         America's Healthcare Advisors is a referral
6  service; it recommends providers based on your
7  expressed individual needs. By calling from a mobile
8  or providing a mobile phone number, callers agree to
9  be contacted by America's Healthcare Advisors, its
10 parent partners, subsidiaries and affiliates using
11 automated technology. This free information service
12 is not endorsed by or affiliated with the US
13 government or Federal Medicare Program. This is an
14 advertisement. Co-pays and deductibles may apply for
15 some programs. America's Healthcare Advisors is not
16 affiliated with any health insurance entity. Certain
17 plans are subject to limitations and exclusions and
18 also may not be available in all states.
19        855-895-2643
20        MALE SPEAKER: Operators are standing by.
21 Call America's Healthcare Network now.
22        (The recording was concluded.)
23
24
25

---

2 (Pages 5 to 8)

**MENJIVAR ATTACHMENT V**



MENJIVAR ATTACHMENT W



MENJIVAR ATTACHMENT W



MENJIVAR ATTACHMENT W



MENJIVAR ATTACHMENT W

**America's**
HEALTHCARE NETWORK

Call Now to Save Hundreds on Health Insurance

855-895-2643

lth insurance costs are out of control    America's Health

America's
HEALTHCARE NETWORK

**MENJIVAR ATTACHMENT W**



**Top Quality Health Insurance**

America's Healthcare Network

Call Now to Save Hundreds on Health Insurance

855-895-2643

...rance costs are out of control

America's
HEALTHCARE NETWORK

MENJIVAR ATTACHMENT W

**America's**
HEALTHCARE NETWORK

# As Much as
# 66% Less Than Obamacare

Price comparison between Silver 70 Off Exchange PPO from Blue Shield of California pricing for family of four, ages 48, 42, 16 and 14, for 2018 is $1474.00 per month and a policy from America's Health Network 02/2018, though coverage may not be as comprehensive as policies available through the Affordable Care Act.

## 855-895-2643

Call Now to Save Hundreds on Health Insurance

**America's Healthcare Network savi**

are out of control



Same Day Coverage Available

855-895-2643

America's Healthcare Network saving hundreds

MENJIVAR ATTACHMENT W





MENJIVAR ATTACHMENT W



**MENJIVAR ATTACHMENT W**

# America's

## HEALTHCARE NETWORK

America's Healthcare Advisors is a referral service; it recommends providers based on your expressed individual needs. By calling from a mobile or providing a mobile phone number, callers agree to be contacted by America's Healthcare Advisors, its parent partners, subsidiaries and affiliates using automated technology. This free information service is not endorsed by or affiliated with the US government or Federal Medicare program. This is an advertisement. Co-pays and deductibles may apply for some programs. America's Healthcare Advisors is not affiliated with any health insurance entity. Certain plans are subject to limitations and exclusions and also may not be available in all states.

**MENJIVAR ATTACHMENT W**

# Menjivar Attachment X





## Get Health Insurance You Can Afford
### Free Quote. No Obligations. Start Saving Now!

**Start Here! Get a FREE quote from a Licensed Agent!**

Full Name

Zip

Email

Phone

Phone Type — Please Select —

**Get Your Quotes ▸**

☐ * I agree to **Terms and Conditions**

100% **SATISFACTION GUARANTEE**
5 Star Service

### Saving Money is Simple!

Fill in our quick form · Speak to Licensed Insurance Agent · Start saving on your insurance!

### Build on Trust

"My health insurance at work was way too expensive for my family. Shopping with HBC Quotes helped us save money right away!"
*– Anthony P*

"The insurance agent was very knowledgeable and made it easy to decide which health insurance plan to go with"
*– Laura T*

### Advantages of HBC Quotes

✓ No Obligations
✓ Free Quote
✓ Over 10 Carriers Represented
✓ Licensed Agents
✓ Open from 9AM to 9PM EST
✓ Fast and Easy to Use

**Insurance Companies we work with:**

UnitedHealthOne · Anthem · Cigna · Health Net

**Get your Health Insurance Quotes ▸**

Copyright 2015 Privacy Policy | Terms and Conditions | Unsubscribe

**MENJIVAR ATTACHMENT X**

TOC.txt

Terms and Conditions
Disclaimer

This website is owned and operated by the HBCQuotes.com network. HBCQuotes.com is a leading online source of information for people seeking to learn more about their insurance options. HBCQuotes.com also matches people in need of insurance services with insurance professionals who can provide those services. The use of our matching service (hereinafter "Service" or "Services") is free for consumers.

HBCQuotes.com believes it is important for you to know and understand how our websites collect and use your information, and the steps we take we to protect your privacy. Please read this privacy policy carefully.

Please note that this privacy policy only applies to this website. Other websites in the HBCQuotes.com network may have different privacy policies.

By accessing this website and/or using our Service, you agree to abide by this Privacy Policy and our Terms of Use.

Services Offered By HBCQuotes.com

HBCQuotes.com works with a nationwide network of insurance professionals. When you use our Service, we will attempt to match you with professionals who are qualified to provide you with the insurance information you have expressed interest in. The professionals you are matched with may contact you with information and offers for the services you have expressed interest in. Please note that you have no obligation to accept any offer.

HBCQuotes.com is not an insurance agency. We are solely a referral service for connecting consumers with qualified professionals.

Information Collected By HBCQuotes.com

HBCQuotes.com uses this website to collect two (2) kinds of information: personally-identifiable information and non-personally-identifiable information.

Personally-identifiable information:
When you use our Service you are authorizing the sharing of your inquiry and your personal information with other businesses who provide services that match your inquiry. The personal information we collect may include, but is not limited to:

Name
Address
Email address
Phone number
Demographic information
Credit information
Health information

Other financial information
Please note that insurance institutions and other services who subscribe to our system compete for the opportunity to provide insurance products and services that match your inquiry. By submitting your information to us, you are also authorizing these businesses to contact you directly by e-mail and telephone with information about insurance products or services they offer that match your inquiry. You expressly consent to receive phone calls and email regardless of whether you are on any Federal or state DNC ("Do Not Call") and/or DNE ("Do Not Email") list or registry.

Non-personally-identifiable information:

While you are visiting this website, our hosting service will automatically track
Page 1

**MENJIVAR ATTACHMENT X**

TOC.txt

information that may include:

IP addresses
Referral information
Browser details
Number of page views
Number of repeat visits
Internet Service Provider
Region or geographic location
How Information Is Collected
Personally-identifiable information:
We only collect your personally-identifiable information when you choose to share it with us. We will not
collect any personally-identifiable information without your consent.

The information you choose to share with us may be collected through this website, another website in the HBCQuotes.com network, or a website owned by of one of our third-party partners, including our network of affiliated marketing partners. Any personally-identifiable information collected by a HBCQuotes.com affiliated marketing partner is used to provide the services described above. Information may also be collected over the phone by one of our Customer Service Representatives, or by a Customer Service Representative working for one of our third-party partners.

By agreeing to the Terms of Use of this privacy policy, you are consenting to share your information you supply to us, and, you are authorizing the sharing of your inquiry information and your personal information with other businesses that provide insurance products or services that match your inquiry. By submitting your information to us, you are also authorizing these businesses to contact you directly by e-mail and telephone with information about insurance products or services they offer that match your inquiry, as well as other services and offers you may be interested in.

We follow generally accepted industry standards to protect the personal information submitted to us, including SSL (Secure Sockets Layer), both during transmission and once we receive it. No method of transmission over the Internet, or method of electronic storage, is 100 percent secure, however. Therefore, while we strive to use commercially acceptable means to protect your personal information, we cannot guarantee its absolute security.

We provide you the opportunity to 'opt-out' of having your personally identifiable information used for certain purposes, when we ask for this information. For example, if you purchase a health plan but do not wish to receive any additional marketing material from us, you can indicate your preference on our order form.

If you no longer wish to receive our newsletter and promotional communications from HBCQuotes.com or our affiliated marketing partners, you may opt-out of receiving them by following the instructions included in each newsletter or communication or by emailing us at customerservice@HBCQuotes.com or calling us at 1-877-386-9926 or writing to the address below:

HBCQuotes.com
300 S. Park Rd
Suite 140
Hollywood, FL 33021

Any personally identifiable information you submit in our blog comments or forum can be read, collected, or used by other users of these forums, and could be used to send you unsolicited messages. We are not responsible for the personally identifiable information you choose to submit in blog comments or forums.

Non-personally-identifiable information:
While you are visiting this website the following information will be automatically tracked: IP addresses, referral information, browser details, operating system

Page 2

**MENJIVAR ATTACHMENT X**

# Menjivar Attachment Y



# Get Health Insurance You Can Afford
## Free Quote. No Obligations. Start Saving Now!

**Start Here!** Get a FREE quote from a Licensed Agent:

Full Name

Zip

Email

Phone

Phone Type   -- Please Select --

**Get Your Quotes** ▶

☐ ★ I agree to **Terms and Conditions**

By clicking Get Your Quotes, I certify that I agree to the Privacy Policy and consent to the following organizations: Agents and or their authorized associates provided with this information to such website for the reason to participate in the one on one contact as authorized, to the message or email information that my notable is a condition of purchase and a consent good to one certain that I may receive by telephone at one one. To provide a request to a business or a live quote. I also can not unsubscribe at any time. I also reserve my consent from the written terms of use. Privacy Policy

100% SATISFACTION GUARANTEE

5 Star Service

## Saving Money is Simple!

Fill in our quick form

Speak to Licensed Insurance Agent

Start saving on your insurance!

## Build on Trust

"My health insurance at work was way too expensive for my family. Shopping with HBC Quotes helped us save money right away!"

~ Anthony P.

"The insurance agent was very knowledgeable, and made it easy to decide which health insurance plan to go with"

~ Laura T.

## Advantages of HBC Quotes

✓ No Obligations

✓ Free Quote

✓ Over 10 Carriers Represented

✓ Licensed Agents

✓ Open from 9AM to 9PM EST

✓ Fast and Easy to Use

### Insurance Companies we work with:

UnitedHealthOne   Anthem   Cigna   HealthNet

**Get your Health Insurance Quotes** ▶

Copyright 2017 Privacy Policy | Terms and Conditions | Disclaimer

Visitor Globe

MENJIVAR ATTACHMENT Y

TOC.txt

Terms and Conditions
Disclaimer

This website is owned and operated by the HBCQuotes.com network. HBCQuotes.com is a
leading online source of information for people seeking to learn more about their
insurance options. HBCQuotes.com also matches people in need of insurance services
with insurance professionals who can provide those services. The use of our matching
service (hereinafter "Service" or "Services") is free for consumers.

HBCQuotes.com believes it is important for you to know and understand how our
websites collect and use your information, and the steps we take we to protect your
privacy. Please read this privacy policy carefully.

Please note that this privacy policy only applies to this website. Other websites in
the HBCQuotes.com network may have different privacy policies.

By accessing this website and/or using our Service, you agree to abide by this
Privacy Policy and our Terms of Use.

Services Offered By HBCQuotes.com

HBCQuotes.com works with a nationwide network of insurance professionals. When you
use our Service, we will attempt to match you with professionals who are qualified
to provide you with the insurance information you have expressed interest in. The
professionals you are matched with may contact you with information and offers for
the services you have expressed interest in. Please note that you have no obligation
to accept any offer.

HBCQuotes.com is not an insurance agency. We are solely a referral service for
connecting consumers with qualified professionals.

Information Collected By HBCQuotes.com

HBCQuotes.com uses this website to collect two (2) kinds of information:
personally-identifiable information and non-personally-identifiable information.

Personally-identifiable information:
When you use our Service you are authorizing the sharing of your inquiry and your
personal information with other businesses who provide services that match your
inquiry. The personal information we collect may include, but is not limited to:

Name
Address
Email address
Phone number
Demographic information
Credit information
Health information

Other financial information
Please note that insurance institutions and other services who subscribe to our
system compete for the opportunity to provide insurance products and services that
match your inquiry. By submitting your information to us, you are also authorizing
these businesses to contact you directly by e-mail and telephone with information
about insurance products or services they offer that match your inquiry. You
expressly consent to receive phone calls and email regardless of whether you are on
any Federal or state DNC ("Do Not Call") and/or DNE ("Do Not Email") list or
registry.

Non-personally-identifiable information:

While you are visiting this website, our hosting service will automatically track

**MENJIVAR ATTACHMENT Y**

TOC.txt

information that may include:

IP addresses
Referral information
Browser details
Number of page views
Number of repeat visits
Internet Service Provider
Region or geographic location
How Information Is Collected
Personally-identifiable information:
We only collect your personally-identifiable information when you choose to share it
with us. We will not
collect any personally-identifiable information without your consent.

The information you choose to share with us may be collected through this website,
another website in the HBCQuotes.com network, or a website owned by of one of our
third-party partners, including our network of affiliated marketing partners. Any
personally-identifiable information collected by a HBCQuotes.com affiliated
marketing partner is used to provide the services described above. Information may
also be collected over the phone by one of our Customer Service Representatives, or
by a Customer Service Representative working for one of our third-party partners.

By agreeing to the Terms of Use of this privacy policy, you are consenting to share
your information you supply to us, and, you are authorizing the sharing of your
inquiry information and your personal information with other businesses that provide
insurance products or services that match your inquiry. By submitting your
information to us, you are also authorizing these businesses to contact you directly
by e-mail and telephone with information about insurance products or services they
offer that match your inquiry, as well as other services and offers you may be
interested in.

We follow generally accepted industry standards to protect the personal information
submitted to us, including SSL (Secure Sockets Layer), both during transmission and
once we receive it. No method of transmission over the Internet, or method of
electronic storage, is 100 percent secure, however. Therefore, while we strive to
use commercially acceptable means to protect your personal information, we cannot
guarantee its absolute security.

We provide you the opportunity to 'opt-out' of having your personally identifiable
information used for certain purposes, when we ask for this information. For
example, if you purchase a health plan but do not wish to receive any additional
marketing material from us, you can indicate your preference on our order form.

If you no longer wish to receive our newsletter and promotional communications from
HBCQuotes.com or our affiliated marketing partners, you may opt-out of receiving
them by following the instructions included in each newsletter or communication or
by emailing us at customerservice@HBCQuotes.com or calling us at 1-877-386-9926 or
writing to the address below:

HBCQuotes.com
300 S. Park Rd
Suite 140
Hollywood, FL 33021

Any personally identifiable information you submit in our blog comments or forum can
be read, collected, or used by other users of these forums, and could be used to
send you unsolicited messages. We are not responsible for the personally
identifiable information you choose to submit in blog comments or forums.

Non-personally-identifiable information:
While you are visiting this website the following information will be automatically
tracked: IP addresses, referral information, browser details, operating system
Page 2

MENJIVAR ATTACHMENT Y

# Menjivar Attachment Z

 **Simple** Care

Home    Medicare Advantage    Medicare Supplemental    Medicare D    Contact Us

# Medicare Health Plans for Your Needs and Budget.

Get a plan that closes the gaps and protects your wallet.

**GET STARTED**



## Learn about Medicare and Choose a Plan with Confidence

You're ready for a little peace of mind so you can enjoy this time in your life. Get a plan that fits your life. One that closes the gaps and protects your wallet.







### Medicare Advantage

These plans include hospital, medical, and sometimes prescription drug coverage

Learn More >>

### Medicare Supplemental

Also called Medigap. These plans cover cost gaps if you have Medicare Part A & Part B.

Learn More >>

### Medicare D

Standalone prescription drug plans that offer coverage for medication costs.

Learn More >>

## Get to Know Simple Care







### Let's Make It Simple

Our mission is simple: to make customer's insurance decisions as simple, painless and informed as possible. Insurance doesn't need to be complicated.

### Insurance a Better Way

From day one, our philosophy has been to approach insurance in new, innovative ways to make us more efficient and deliver savings to customers.

### Customer Focused

We are always seeking a better way to find the right insurance for our customers — the one that best shields them from risk but doesn't break the bank.

## Simple Care Advantages

**MENJIVAR ATTACHMENT Z**

| Top National Carriers | Free Rate Quotes | Qualified Licensed Agents |
|---|---|---|
| Range of Insurance Products | No-Obligation Quotes | Licensed Advisers |
| Exceptional Value | Easily Compare Plans | Personalized Attention |
| Trusted Carriers | Save a Bundle | Exceptional Service |

## Why Choose Simple Care

Simple Care is a non-government, privately-owned resource that contains information on and access to Medicare insurance plans to help consumers find affordable Medicare Supplemental Insurance. Consumers can compare plans and shop for the best policy and connect with licensed insurance professionals. Our business is based on one basic premise — make getting quality insurance quick, easy, and painless

| Support | Education | Contact Us |
|---|---|---|
| Terms and Conditions | Medicare Supplements | Phone: (800) 492-1035 |
| Private Policy | Medicare Advantage | Email: info@simple-medicare.com |
| FAQ | Medicare D | |
| | About Us | Mon - Thursday 8AM - 10PM |
| | | Friday 9AM - 9:00PM |
| | | Sat - Sun 9:30AM 4:00PM |

Home   About Us   Contact Us

Copyright © 2013 Simple Care. All Rights Reserved.
Joomla!                                    GNU General Public License.

**MENJIVAR ATTACHMENT Z**