PX 1
Page 320 of 679

# Menjivar Attachment AA



## SCHEDULE A CALL FROM A LICENSED AGENT

IT IS FAST AND IT IS SIMPLE



SCHEDULE YOUR APPT

**SIMPLE HEALTH**

**COMMITTED TO SERVICE**
**SIMPLE HEALTH**

Simple Insurance is a national full-service insurance brokerage serving all 50 states. We are headquartered in South Florida and Florida's premier insurance organization.

We are committed to providing you with great plans, great rates, and great service.

The power of technological innovation and the industry's best insurance professionals drive our business, enabling us to better serve you and help to keep us one step ahead of the competition.

## SIMPLE
## HELP CENTER

Do you have questions regarding health insurance coverages and their meanings? Visit our FAQs page and get the answers you need.

**ADVANTAGES**

✓ Qualified Staff of Licensed Agents
✓ 24/7 Support
✓ Services Exceed Industry Standards
✓ Save Time and Money with Us
✓ Easy and Affordable Billing



**MENJIVAR ATTACHMENT AA**



MENJIVAR ATTACHMENT AA

  

Welcome to the new Simple Health website

Simple HEALTH

HOME   ABOUT US   HEALTH INSURANCE   GET TO KNOW US   NEWS   CONTACT US   CAREERS

Call us
(800) 492-1834



SERVING
## THE NEEDS OF OUR CUSTOMERS

We aim to be best-in-class in customer service and strive to build long-term relationships with our customers and business partners.

 



### Who we are. What we are. What we do.

*"Insurance shouldn't cost you an arm and a leg and put you in the poor house. We get that."*

We know what it's like. You need insurance, you want insurance, but you've got bills to pay, and your money only goes so far.

Health insurance can be a major hassle. Coverages, premiums, copays, deductibles. It's all so confusing and time consuming. And then, how do you know that a plan is the right one for you.

We're here to help you get the coverage you need — the plan that fits your health insurance needs and your budget. And we're here to make the entire buying experience quick, easy and painless.

### Our Core Values

Simple Health has assembled a diverse portfolio of superior health insurance products from leading health insurance carriers, each carefully selected based on its ability to provide exceptional value and coverage to our customers.

Our strength and success is directly linked to our people and technology. We have a team of highly experienced trained insurance professionals, all focused on providing our customers with the very best service. We also embrace technological innovation, which has allowed us to develop powerful proprietary sales and quoting systems. Our team is continually improving and updating our systems and processes so that we may better serve our customers.

Simple Insurance is always looking to the future. We are dedicated to helping our customers through ever changing times and connecting them to the coverage that best fits their needs and builds security for them and their families.


  

QUICK LINKS    SIGNUP FOR NEWSLETTER    HOURS    CONTACT US

**MENJIVAR ATTACHMENT AA**



## Health Insurance

Regardless of where you live, a friendly, knowledgeable agent will assist you in making one of your most important purchases – health insurance. Our agents have access to the top carriers in every state. Whether you prefer the new government-administered insurance plans or insurance from a trusted carrier, we will simplify the process for you and find you the perfect plan you can afford.

Out with the old, in with the new. A new era of health insurance in the United States has begun. Consumers everywhere are confused by the recent health care reforms. Simple Health agents will help assess and identify your specific insurance requirements and then find an affordable solution that matches your needs.

Recent changes to healthcare in the U.S. have made insurance more affordable and easier to obtain. Now there are more options available than ever before, and insurance carriers now offer many added benefits and features to their plans.

### Shop Health Insurance

HEALTH CARE REFORM

INDIVIDUAL & FAMILY INSURANCE

GROUP HEALTH INSURANCE

SHORT TERM HEALTH INSURANCE

ACCIDENTAL, CRITICAL ILLNESS & SUPPLEMENTAL INSURANCE

FAQS





QUICK LINKS     SIGNUP FOR NEWSLETTER     HOURS     CONTACT US

CONTACT@SIMPLEHEALTH-PLANS.COM

Copyright 2016. All Rights Reserved.

**MENJIVAR ATTACHMENT AA**



## Health Care Reform

The Affordable Care Act (ACA) was enacted with the goal of making health insurance more affordable and accessible for Americans, as well as to lower overall health costs by increasing participation. As of January 2014, health insurance plans are now available from private insurance carriers and through the Health Insurance Marketplace (aka. the Federal and State Exchanges).

**Under the ACA, who is required to have coverage?**

Under the ACA, all U.S. citizens are required to obtain health insurance, whether through their employer, private insurance companies, or through the Health Insurance Marketplace. Those who fail to obtain insurance may face fees or taxes. Those individuals that cannot afford a plan offered through a private insurer or the Exchange can apply for government assistance online at www.healthcare.gov.

**How do I know which health insurance plan is right for me?**

Our goal is to find you the best, most affordable health insurance plan available. We are committed to providing the very best customer care.

**How do I apply for assistance through the Exchange?**

The federal Healthcare.gov website can be confusing. Many people have a difficult time determining whether purchasing insurance through the Health Care Exchange or through a private insurance carrier would be better.

We can help cut through the confusion. We have agents licensed in all 50 states that are very knowledgeable about the Exchange and the plans offered there. They can help you make an informed decision and choose the appropriate path that best suits your needs - whether through the Exchange or a private insurer.

### Shop Health Insurance

- HEALTH CARE REFORM
- INDIVIDUAL & FAMILY INSURANCE
- GROUP HEALTH INSURANCE
- SHORT TERM HEALTH INSURANCE
- ACCIDENTAL, CRITICAL ILLNESS & SUPPLEMENTAL INSURANCE
- FAQS



MENJIVAR ATTACHMENT AA



## Simple
HOME   ABOUT US   HEALTH INSURANCE   GET TO KNOW US   NEWS   CONTACT US   CAREERS

Call us
(800) 492-1834

### Individual & Family Insurance

We understand everyone has unique insurance needs and different financial considerations when it comes time to buy health insurance. Our goal is to identify your specific health insurance requirements and then find a plan that delivers the coverage you need at a price you can afford. Our agents have the knowledge and expertise needed to help you select a quality health care plan that is tailored to your unique situation.

### Shop Health Insurance

HEALTH CARE REFORM

INDIVIDUAL & FAMILY INSURANCE

GROUP HEALTH INSURANCE

SHORT TERM HEALTH INSURANCE

ACCIDENTAL, CRITICAL ILLNESS &
SUPPLEMENTAL INSURANCE

FAQS







QUICK LINKS          SIGNUP FOR NEWSLETTER          HOURS          CONTACT US

CONTACT@SIMPLEHEALTHPLANS.COM

Copyright 2016. All Rights Reserved

**MENJIVAR ATTACHMENT AA**



## Group Health Insurance

Group health insurance should be affordable to both the employer and employees. Our licensed health insurance professionals work with you to find an affordable group plan that works for your organization. Getting a group insurance plan has never been easier – it's just a quick phone call away.

## Shop Health Insurance

HEALTH CARE REFORM

INDIVIDUAL & FAMILY INSURANCE

GROUP HEALTH INSURANCE

SHORT TERM HEALTH INSURANCE

ACCIDENTAL, CRITICAL ILLNESS & SUPPLEMENTAL INSURANCE

FAQS





MENJIVAR ATTACHMENT AA



## SHORT-TERM HEALTH INSURANCE

Short-Term Health Insurance provides you with insurance on a temporary basis to protect against unexpected illnesses and accidents. Short-Term is less expensive that permanent health insurance. Coverage runs from 30 days up to two years, depending on your state. Usually there is no waiting period for coverage to start, and in most cases you can be covered by the next day.

Short-Term Insurance may be right for:

- Individuals that are unemployed or between jobs
- Those waiting on open enrollment for permanent insurance under the Affordable Care Act
- Early retirees – prior to age 65 (Medicare enrollment age)
- Young adults no longer covered under a parent's health insurance
- Those going on an extended vacation overseas

Getting Short-Term Insurance is quick and easy — just fill out the free quote request form and a qualified licensed insurance professional will contact you straight away to help you enroll.

### Shop Health Insurance

HEALTH CARE REFORM

INDIVIDUAL & FAMILY INSURANCE

GROUP HEALTH INSURANCE

SHORT TERM HEALTH INSURANCE

ACCIDENTAL, CRITICAL ILLNESS & SUPPLEMENTAL INSURANCE

FAQS





QUICK LINKS        SIGNUP FOR NEWSLETTER        HOURS        CONTACT US

MENJIVAR ATTACHMENT AA



## Accident, Critical Illness & Supplemental Insurance

Insurance helps to minimize and defray expenses arising from illness or injury. Accident, Critical Illness and Supplemental Insurance are designed to do just that.

With insurance costs on the rise, high-deductible health plans (HDHPs) are increasing in popularity. These are less expensive forms of health insurance and can be purchased either as a supplement to your principal health insurance plan or separately. They provide important coverage, but with certain important limitations. Typically, they do not cover first dollar expenses (i.e. doctor visits) and until you meet your deductible you are responsible for 100% of your medical bills.

However, even with these limitations, HDHPs offer several attractive benefits. There are three alternative insurance products that can be purchased separately from your main plan.

This unique insurance provides you with a cash payment in the event you are injured in an accident. This type of insurance ensures you have money coming in to cover expenses while recuperating and unable to work. Under Accident insurance, you are free to spend the cash received from the payout as you please, whether medical bills, your mortgage, car payment, etc.

Individuals diagnosed with many critical illnesses, such as cancer for example, face mounting medical bills and expenses. Critical Care and/or Cancer insurance will provide you with money to help offset expenses related to your care.

These plans can be very beneficial in what can be a very stressful time. Knowing there are funds available to help pay large medical bills can provide peace of mind to those battling a serious debilitating disease.

Ancillary Indemnity insurance can be very beneficial to the self-insured. Plans can cover many medical expenses for a broad range of services, including emergency room visits, medications, vision, dental, etc.

**Call us today to learn how supplemental insurance can work for you. Our agents can help you find the plan that fits you perfectly.**

### Shop Health Insurance

HEALTH CARE REFORM

INDIVIDUAL & FAMILY INSURANCE

GROUP HEALTH INSURANCE

SHORT TERM HEALTH INSURANCE

ACCIDENTAL, CRITICAL ILLNESS & SUPPLEMENTAL INSURANCE

FAQS



**MENJIVAR ATTACHMENT AA**



## Frequently Asked Quesitons

We answer the questions so you don't have any.

None whatsoever. Our service is completely free to you. you come here looking for a quality insurance policy you can afford. We find an agent that has that policy available.

We make the purchasing process simple for you. It starts by filling out a short form with your basic information. We then submit your information to trusted licensed agents in your state. They put together a few quotes so you can see how much it will cost and what benefits are included. Then you fill out an application online, which is then submitted to the insurance company for review. After approval, you will then begin paying your monthly premium. That's it.

We take personal privacy very seriously. Never will we sell your information to a third-party source. You won't receive hundreds of spam emails. We know how annoying those are! Your information is only provided to insurance agents licensed in your state.

## Insurance Terminology

The monthly fee you pay to the insurance company each month in order to keep your insurance benefits active. Non-payment may lead to a termination of the policy and a lapse in coverage.

This is the cost the insured is responsible for prior to insurance benefits kicking in. For example, if you have a $500 deductible, the insurance company isn't responsible for paying your bills until you have paid $500 worth of expenses. In traditional co-pay plans, the deductible does not count towards prescription medications and regular doctor visits, although some plans require a separate deductible for prescription medications.

A "co-pay" is simply your portion of the expense for prescription drugs or a doctor visit. It is called a co-pay because you are sharing the bill with the insurance company, although the insurance company usually takes on a greater percentage of the bill.

After the annual deductible (see above) is met, the insurance company begins chipping in for your major expenses. However, unless you have a 100% co-insurance plan, the insurance company only pays a percentage of the remaining expenses. Most co-pay plans are 80%-20%. The co-insurance percentage is the amount the insurance company pays. So if your plan is an 80% co-insurance plan, you pay 20% of the bill and the insurance company is responsible for 80% of it.

An HDHP is a less expensive form of insurance that has a high deductible. Typically, an HDHP does not cover any doctor visits, hence the cheaper insurance premiums. The benefit of an HDHP is they cost less per month and once the deductible is met, you pay nothing more (although some even cheaper HDHP's do not have 100% co-insurance).

## Shop Health Insurance

HEALTH CARE REFORM

INDIVIDUAL & FAMILY INSURANCE

GROUP HEALTH INSURANCE

SHORT TERM HEALTH INSURANCE

ACCIDENTAL, CRITICAL ILLNESS & SUPPLEMENTAL INSURANCE

FAQS

QUICK LINKS     SIGNUP FOR NEWSLETTER     HOURS     CONTACT US

CONTACT@SIMPLE-HEALTH-PLANS.COM

Copyright 20  . All Rights Reserved.

**MENJIVAR ATTACHMENT AA**



## Simple

HOME   ABOUT US   HEALTH INSURANCE   GET TO KNOW US   CAREERS   CONTACT US

Call us
(800) 492-1834

## Our Core Beliefs

At Simple Health, we are ALL about service. We are here to serve you by providing you with exceptional service. Finding you the insurance plan that best fits your needs and budget is more than our primary focus, it is our commitment to you.

We know that you have many choices when it comes to insurance. We value each and every client and work hard to earn your business and trust. You are more than merely a client.

We work closely with each client so that we understand their unique situation. Doing so helps us to clearly identify your specific needs and then find an insurance plan with benefits and features that matches your needs and budget.

"The best way to understand a customer is to imagine yourself being in their shoes"

Everyone needs insurance, including us. We've had to identify our healthcare needs and evaluate insurance plans and carriers just like you. And like you, we've had to make some important decisions concerning our health. So, we've been in your shoes.

That's exactly why we've designed our business systems to eliminate confusion, fear and frustration from the process of purchasing insurance. We want to make buying insurance quick and easy. We want you to make an informed decision. Our team is here to help you with that decision — and we want you to be completely comfortable with that decision.

## Get To Know Us

CAREERS

OUR HISTORY

INSIDE LOOK

MISSION & VALUES

PEOPLE

CONTACT

QUICK LINKS          SIGNUP FOR NEWSLETTER          HOURS          CONTACT US

CONTACT@SIMPLEHEALTHPLANS.COM

Copyright 2018. All rights reserved.

**MENJIVAR ATTACHMENT AA**



## CAREERS

### Athlete Manager

The person that will be successful in this role is someone that has experience managing lead generation focused advertisers. In this specific role you will be working with Lead Buyers and or lead sources. He/She must be able to manage details flawlessly, demonstrate impeccable quality of work and be

### Quality Assurance Analyst

Quality Assurance Analyst (QA) is responsible for assessing the quality of the performance of our call center associates who deal with our leads/ potential customers. The QA will monitor inbound

## Shop Health Insurance

CAREERS

OUR HISTORY

INSIDE LOOK

MISSION & VALUES

PEOPLE

CONTACT



MENJIVAR ATTACHMENT AA



## Our History

Simple Health was founded by CEO Steve Dorfman with the objective of helping customers cut through the complexities of the Affordable Care Act. Simple Health is committed to serving the health insurance needs of the underserved in all 50 states.

Serving the needs of customers and providing the best high-quality, most affordable insurance is our main goal. We aim to be best-in-class in customer service and strive to build long-term relationships with our customers and business partners.

Simple Health is poised for exponential growth. Leveraging the strength of our top flight management team and highly trained insurance professionals and embracing innovative technologies has provided us with efficiency as and the ability to better understand and serve the needs of customers and partners.

Your agents who will provide the Plans

Every agent at Simple Health is a highly trained and licensed insurance professional. All agents at Simple Health share our strong commitment to providing excellent service and creating a positive consumer experience. Our company was founded on the principle that we wanted to create an insurance platform that consumers relied upon for all of their insurance needs.

Everyone has different needs when it comes to insurance. Our business was built to provide customized insurance solutions to our clients - plans that would meet the specific needs and budgets of customers and fit their specific situation.

We value your business and trust. We work hard every day to earn it.

### Shop Health Insurance

CAREERS

OUR HISTORY

INSIDE LOOK

MISSION & VALUES

PEOPLE

CONTACT





QUICK LINKS          SIGNUP FOR NEWSLETTER          HOURS          CONTACT US

**MENJIVAR ATTACHMENT AA**



## Inside Look

Our goal is very simple: provide clients easy access to high-quality, affordable insurance plans. Our team of professional agents, located in all 50 states, provide unrivaled customer service. Our core principle is to provide each customer with the plan that best suits their needs and budget.

Simple Health was founded on the principle that buying insurance shouldn't be confusing or intimidating. To help our clients, we have designed systems that simplify the entire insurance-buying process. Our agents educate clients so that they know the benefits and features of the plans they buy.

When you request a rate quote from Simple Health, we will provide you with a side-by-side comparison of different policies available in your state to help you assess each plan. Our agents will help you understand the benefits and features each offers, and will advise you so that you make an informed decision.

Healthcare in the U.S. is constantly changing. Keeping up with things can be both challenging and confusing. Simple Health closely monitors developments in the healthcare arena to help clients and partners understand and navigate the new landscape wisely and easily.

### Shop Health Insurance

CAREERS

OUR HISTORY

INSIDE LOOK

MISSION & VALUES

PEOPLE

CONTACT



MENJIVAR ATTACHMENT AA



Welcome to the new Simple Health website!

Simple

HOME   ABOUT US   HEALTH INSURANCE   GET TO KNOW US   NEWS   CONTACT US   CAREERS

Call us
(800) 492-1834

## Our Team

Our agents are highly trained insurance professionals dedicated to providing you with superior customer service. We have agents licensed in all 50 states who can help you find the best plans available in your state.

### Extensive Training Programs

Our agents are licensed insurance professionals. What sets our agents apart from others in the industry is our belief that just having a license isn't enough. Insurance is a complicated industry and we believe that our agents have to be well informed and thoroughly trained in order to properly advise our clients and provide them with the absolute best customer service. Our agents undergo extensive training, ensuring they are extremely current on healthcare insurance in today's ever changing health care arena.

### The Best in the Insurance Industry

Our agents are the best in the industry. Their training, experience and expertise put them ahead of the pack. They're well informed and current on industry trends and the latest developments. Our agents are rock stars.

To help them serve you better we've given them valuable tools and resources. We've embraced the power of technological innovation and developed our powerful quote engine to get you the very best insurance plans and pricing.

This combination of great people and technological innovation has established Simple Health as an industry leader. Simple Health works hard to maintain this position.

At Simple Health, our goal is to exceed your expectations every day.

## Shop Health Insurance

CAREERS

OUR HISTORY

INSIDE LOOK

MISSION & VALUES

PEOPLE

CONTACT

QUICK LINKS          SIGNUP FOR NEWSLETTER          HOURS          CONTACT US

CONTACT@SIMPLEHEALTHPLANS.COM

Copyright 2017. All Rights Reserved.

MENJIVAR ATTACHMENT AA



## Schedule An Appointment

## Would you like to talk to an Agent?

So you are ready to purchase a health insurance plan but don't know how to get started. We can help. Contact a licensed insurance agent today and get the insurance plan you need to put your mind at ease.

### Contact:

Email:
Phone: (800) 492-1834



MENJIVAR ATTACHMENT AA

Welcome to the New Simple Health Website.

**Simple**

HOME   ABOUT US   HEALTH INSURANCE   GET TO KNOW US   NEWS   CONTACT US   CAREERS

CALL US
(800) 492-1834

CONTACT AN AGENT

## In The News

Shop Health Insurance

CAREERS
OUR HISTORY
INSIDE LOOK
MISSION & VALUES
PEOPLE
IN THE NEWS
CONTACT



INDIANAPOLIS, Ind – April 10, 2018 - FORT LAUDERDALE, Fla – April 10, 2018 - Simple Health and the Schacknow Family Foundation donated $95,000 to Indy Women in Tech Monday, to help jump start the nonprofit's efforts to help South Florida women entering, re-entering or transitioning their careers into tech and STEM roles.

The successful Indianapolis based nonprofit has chosen South Florida as the first site of its national expansion and is partnering with Keiser University to help grow the area's technology industry workforce.

"We are excited and honored to be part of such a revolutionary nonprofit's efforts to help the South Florida community," said Simple Health President and CEO Steve Dorfman. "South Florida's technology industry is growing by leaps and bounds. Our investment with Indy Women in Tech in the South Florida community will help advance the local tech workforce for years to come."

Florida Chief Financial Officer Jim Patronis agreed.

"A talented workforce gives us an edge, and STEM education is a major component of the workforce development," said Patronis, adding that divers[?]fying the state's workforce is only part of the mission. "It's important that the gender gap is something that we address. We're making a concerted effort. We're putting our money where our mouth is, and Indy Women in Tech certainly fits this goal."

According to Jody Dedon, executive director of Indy Women in Tech, South Florida is the perfect place for the nonprofit to grow their program.

"We've been here a few hours and the wheels are already turning," said Dedon, adding that the non-profit has lined-up additional partners including Israel Bonds, Palm Beach attorney Sharna Schacknow and the Schacknow Foundation who donated and additional $10,000 to IWiT's efforts on April 9. "This program is going to make a great difference in South Florida."

Since its founding in 2016, Indy Women in Tech has partnered with multiple organizations, including the Eleven Fifty Academy and Conner Prairie, to provide women with required training, education and mentoring to pursue a career in STEM.

"So, Keiser University joining forces with Indy Women in Technology South Florida efforts was a natural

**MENJIVAR ATTACHMENT AA**

partnership," said Keiser University president Gary B. Vonk.

"This is a perfect fit for us," said Vonk, who first learned of Indy Women in Tech through Schackow, who is helping IWiT on a volunteer basis to get them established in the Sunshine State. "We're proud to be part of it."

The university has already planned summer STEM programs for middle school girls and is planning a golf tournament to benefit the non-profit.

"This strategic partnership between these two non-profits, Indy Women in Technology and Keiser University, is a winning combination," said Dorfman. "We are always looking for sound community investment opportunities. Preparing young women to start careers in STEM will provide innumerable benefits to the women who participate in the program at Keiser University, the business community and the community as a whole."

**ABOUT SIMPLE HEALTH**

Simple Health is a full-service insurance brokerage firm serving all 50 states. The company connects consumers with affordable health and life insurance options, ensuring individuals and families get the health insurance coverage they want and need. To learn more about Simple Health visit www.simplehealth.com.

Simple Health founders $25,000 to Indy Women in Tech's South Florida Program and Partnership with Keiser University

INDIANAPOLIS, Ind.– April 9, 2018 – FORT LAUDERDALE, Fla.– April 9, 2018 - Simple Health presented a $25,000 check to Indy Women in Tech this afternoon, to help jump start the nonprofit's efforts to help South Florida women entering, re-entering or transitioning their careers into tech and STEM roles.

The successful Indianapolis-based nonprofit has chosen South Florida as the first site of its national expansion and is partnering with Keiser University to help grow the area's technology industry workforce.

"We are excited and honored to be part of such a revolutionary nonprofit's efforts to help the South Florida community," said Simple Health President and CEO Steve Dorfman. "South Florida's technology industry is growing by leaps and bounds. Indy Women in Tech's investment in the South Florida community will help advance the local tech workforce for years to come."

According to Dan Townsil with Indy Women in Tech, South Florida is the perfect place for the nonprofit to grow their program.

"South Florida is a region with a lot of progressive movement and continued growth opportunities for business," said Townsil, who is also senior managing director at Guggenheim Insurance. "However, business cannot succeed without a workforce that's ready for careers in a technology-based economy."

Florida Chief Financial Officer Jim Patronis agrees

"For Florida remain competitive, and appeal to the technology companies who can bring thousands of new jobs to this state, we need a highly educated and highly diverse workforce," said Patronis. "So we welcome Indy Women in Tech's efforts to train South Florida women for jobs in STEM."

Since its founding in 2016, Indy Women in Tech has partnered with multiple organizations, including the Eleven Fifty Academy and Connex Prime, to provide women with required training, education and mentoring to pursue a career in STEM

To accomplish this goal in South Florida, Indy Women in Technology is joining forces with Keiser University.

"This strategic partnership between these two non-profits, Indy Women in Technology and Keiser University, is a winning combination," said Dorfman. "We are always looking for sound community investment opportunities. Preparing young women to start careers in STEM will provide innumerable benefits to the women who participate in the program at Keiser University, the business community and the community as a whole."

**About Simple Health**

Simple Health is a full-service insurance brokerage firm serving all 50 states. The company connects consumers with affordable health and life insurance options, ensuring individuals and families get the health insurance coverage they want and need. To learn more about Simple Health visit www.simplehealth.com.

**Caption:**

Simple Health President and CEO Steve Dorfman recently presented a $25,000 check to Indy Women in Tech's Dan Townsil, to help jump start the nonprofit's efforts to help South Florida women entering, re-entering or transitioning their careers into tech and STEM roles. The successful Indianapolis-based nonprofit has chosen South Florida as the first site of its national expansion and is partnering with Keiser University to help grow the area's technology industry workforce.

## Insurance

Kimberly O'Connell-Calvo has joined national insurance brokerage firm Simple Health and its sister company Simple Insurance Leads as their chief marketing officer, based in Fort Lauderdale. She was previously head of online sales and senior vice president of digital marketing at Intermex Wire Transfer. O'Connell-Calvo has a bachelor's in management information systems from Florida International University.

READ MORE

FOR THE SECOND consecutive year total payments to care for people living with Alzheimer's and other forms of dementia are predicted to exceed a quarter of a trillion dollars, according to the Alzheimer's Association's 2018 Alzheimer's Disease Facts and Figures report released Tuesday.

The projected $277 billion total is an increase of almost $20 billion from last year. By 2050, costs are expected to surpass $1 trillion.

**MENJIVAR ATTACHMENT AA**

The number of Americans living with Alzheimer's and other forms of dementia is increasing every year. According to the report, an estimated 5.7 million Americans currently have Alzheimer's and someone develops the disease every 66 seconds. By 2050, an estimated 14 million people will be diagnosed.

READ MORE

FORT LAUDERDALE – March 16, 2018 – In a grand slam move, Simple Health President Steven Dorfman presented a $10,000 check to the Miami Marlins Reviving Baseball in Inner Cities program during the Marlins' recent Spring Swing. Marlins President and CEO Derek Jeter greeted all of the attendees at the fundraising event which took place at Topgolf in Miami Gardens.

The Marlins RBI is an invitational sports-based youth program designed to promote interest in baseball, academic achievement and social responsibility in underserved areas of South Florida.

"We know that the Marlins' RBI program has been a force for change in the community," said Simple Health President and CEO Steve Dorfman. "We're humbled and honored to be part of the Marlins' efforts to help inner city youth reach their potential academically and on the baseball diamond."

The program offers free, instructional and competitive summer baseball and fast pitch softball for youth ages 13-18, with the Marlins supplying uniforms, umpires and equipment to more than 500 children annually.

**ABOUT SIMPLE HEALTH**

Simple Health is a full-service insurance brokerage firm serving all 50 states. The company connects consumers with affordable health and life insurance options, ensuring individuals and families get the health insurance coverage they want and need. To learn more about Simple Health visit [unreadable link]

FT LAUDERDALE, Fla. – March 13, 2018 – PRLog – Kimberly O'Connell-Calvo has joined national insurance brokerage firm Simple Health and its sister company Simple Insurance Leads as their Chief Marketing Officer.

O'Connell-Calvo brings 14-years of experience in eCommerce and strategic marketing to the Fort Lauderdale-based companies.

"Kimberly has an unparalleled amount knowledge of digital marketing and the eCommerce industry. I know that her insight will help strengthen our brands and improve our customers' digital experience," said Steve Dorfman, CEO of Simple Health and Simple Insurance Leads. "We are excited to have her join our team, and to have her help us take our companies to the next level."

In her new role, O'Connell-Calvo will focus her initial efforts on customer acquisition and retention, category awareness and identifying new efficient growth drivers. Before joining Simple Health and Simple Insurance Leads O'Connell-Calvo was head of online sales and senior vice president of Digital Marketing at Intermex Wire Transfer, where she was responsible for launching the company's online sales channel and was responsible for all digital marketing programs aimed at customer acquisition. Prior to that, she was associate vice president of digital marketing and eCommerce for TracFone Wireless, where she managed an 11-person team and delivered year-over-year customer acquisition and revenue growth in excess of 325 percent. O'Connell-Calvo earned her bachelor's degree in business administration of management information systems from Florida International University. About Simple Health Simple Health is a full-service insurance brokerage firm serving all 50 states. This company connects consumers with affordable health and life insurance options, ensuring individuals and families get the health insurance coverage they want and need. To learn more about Simple Health visit [unreadable link]

About Simple Insurance Leads Simple Insurance Leads is a performance based, lead generation network committed to generating and delivering high quality leads across the nation. The firm leverages the reach of its cross-channel performance marketing partners and its proprietary technology, to deliver results above industry standards. To learn more about Simple Insurance Leads visit [unreadable link]

READ MORE

Simple Health CEO Steve Dorfman urges South Florida residents to explore additional health insurance options. Jan. 11, 2018 – FT. LAUDERDALE, Fla. (SUN SENTINEL) – Maybe you missed open enrollment in the health insurance marketplace, the process is easy to push aside, especially when it appears overshadowing. Health care is a double-edged sword. On one side, there are high costs associated with insurance rates and deductibles. On the other, that responsibility lies with individuals to obtain health care and pay for it. The imperative is to be adequately insured should something bad happen.

READ MORE

Health Benefits Center Insurance Brokerage Expands to Boca Raton; Plans to Add More Offices in Miami, Orlando and Tampa Bay – May 19, 2015 – HOLLYWOOD, Fla – (BUSINESS WIRE) – Health Benefits Center, a full-service national insurance brokerage firm and call center based in Hollywood, Fla., and one of the fastest-growing in the nation, has announced the opening of its office in Boca Raton.

Florida's Health Benefits Center Announces Major Statewide, International Expansion - Tuesday, 17 Mar 2015 | 8:30 AM ET   HOLLYWOOD, Fla. (BUSINESS WIRE)   Health Benefits Center, a full-service national health insurance agency and call center based in Hollywood, Fla., and one of the fastest-growing in the nation, has announced a major expansion in Florida and abroad over the coming weeks and months.

**MENJIVAR ATTACHMENT AA**



MENJIVAR ATTACHMENT AA



< 1 >

First Time User?

Returning user? Please sign in!

**Affiliate Manager**
Deerfield, Hollywood, FL
The person that will be successful in this role is someone that has experience managing lead generation focused advertisers. In this specific role you will be working with Lead Buyers and or lead sources. He/She must be able to manage details flawlessly, demonstrate impeccable quality of work and be

**Quality Assurance Analyst**
Deerfield, Hollywood, FL
Quality Assurance Analyst (QA) is responsible for assessing the quality of the performance of our call center associates who deal with our leads' potential customers. The QA will monitor inbound and outbound calls and responses to assess associates demeanor, technical accuracy, customer service perf

**Media Operations Director**
Deerfield, Hollywood, FL
The Media Operations Director is a key role within our Marketing team. As the media operations director you will oversee all advertising and campaign operations, partner and lead to create and implement plans to evolve and maximize all campaigns in support of our overall growth strategy. You will d

**Health Insurance Sales Specialist**
Coral City, FL
Simple Health is looking for highly motivated and energetic individuals to join our one of a kind insurance agency! We offer a vibrant and dynamic environment where the sky is the limit for potential growth and value. The Health Insurance Sales Specialist offers the highest level of expertise in the

**Health Insurance Sales Specialist**
Coral City, FL
Simple Health is looking for highly motivated and energetic individuals to join our one of a kind insurance agency! We offer a vibrant and dynamic environment where the sky is the limit for potential growth and value. The Health Insurance Sales Specialist offers the highest level of expertise in the

**Health Insurance Sales Specialist**
Deerfield, Hollywood, FL
Simple Health is looking for highly motivated and energetic individuals to join our one of a kind insurance agency! We offer a vibrant and dynamic environment where the sky is the limit for potential growth and value. The Health Insurance Sales Specialist offers the highest level of expertise in the

< 1 >

MENJIVAR ATTACHMENT AA

# Menjivar Attachment BB



# Improve Your Lead Strategy

Let Simple Insurance Leads help you improve your lead generation strategy and grow your business today.

**GET STARTED**



## A Partner You Can Trust

SIL's success and position as an industry leader result from an unwavering commitment to a focused, strategic business plan and the embracing of innovative technologies and processes.



### Targeted High Quality Leads

SIL is a true lead generation network committed to generating and delivering high quality, TCPA-compliant insurance leads.

Learn More

### Competitive Pricing

Our goal is to assist our partners and increase revenues by successfully matching buyers with insurance products that match their needs.

Learn More

### Exclusively Generated Leads

Our leads are validated in real time and delivered to our insurance lead buyers per their preferred delivery methods.

Learn More

## Why Partner With
## Simple Insurance Leads?

Our Insurance Lead Generation Affiliate Program offers exceptional commission opportunities for high quality insurance lead generation partners and affiliates.

**GET STARTED**



Get the edge that

**MENJIVAR ATTACHMENT BB**

guarantees your success



Our Insurance Lead Generation Affiliate Program offers exceptional commission opportunities for high quality insurance lead generation partners and affiliates.



MENJIVAR ATTACHMENT BB

FAQs   Blog

SIL   HOME   ABOUT US   SERVICES   LEADS   LEAD BUYERS   LEAD GENERATORS   BLOG   CONTACT US

# Insurance Leads Services

Extensive efforts are made to maintain the integrity and quality of our insurance leads to ensure maximum campaign longevity and success.



### Health Insurance

We provide you with highly targeted health leads on a wide range of filters such as health conditions, age, location and more.



### Auto Insurance

Our auto insurance leads can be tailored to your specific needs by criteria such as license status, driving violations, coverage amount, previous claims, high risk and more.

### Home Insurance

Target your home insurance campaigns by filtering data on details such as dwelling type, age of home, flood in earthquake need, previous claims, current coverage, and more.



### Medicare Supplement

Market to seniors using leads that have been finely targeted based on important factors that include age, insurance status, health conditions, location and more.



### Live Transfers

We'll transfer pre-qualified live leads to your sales team, increasing conversions and saving time and money.



### Data Qualifying

Have aged or unsold data? Let SIL qualify your data and live transfer the lead to your sales team or another 3rd party.

**LEAD GENERATORS LEARN MORE**

# Insurance Lead Distribution

Simple Insurance Leads employs a hyper-focused strategic process to capture, qualify and deliver highly targeted insurance leads to buyers. Leads are continually optimized for maximum results and can be tailored to your specific business requirements and distribution preferences. We guarantee 100% customer satisfaction – our sources have all been qualified through a comprehensive screening and optimization process.

Host & Post & Ping/Post          Call Routing, Warm & Live Transfer Leads          Batch

**LEAD BUYERS LEARN MORE**

POLICY

Terms and Conditions
Privacy Policy
Copyright

COMPANY

Overview
Our Services
Legal

CONTACT US

Phone: (XXX) XXX-XXXX
Email:

MENJIVAR ATTACHMENT BB



# Health Insurance Lead Generation

SIL generates high quality leads by leveraging various internal and external channels; this includes our web properties and vendor/affiliate programs. Our aim is to help our partners drive their business, increasing conversions and revenues by successfully matching buyers with insurance products that meet their needs and budgets.

| | | | |
|---|---|---|---|
| Sold Exclusively, Shared or Aged | Affordable, Competitive Pricing | Customizable Campaigns | Validated Health Insurance Leads |
| Deliverable in Real-Time | Economic pricing available | Exclusively Generated | High Quality Guaranteed |

## Health Insurance Leads Buying Options

SI Leads generates high quality leads by leveraging multiple internal and external channels, such as our web properties or through our vendor and affiliate programs. Our goal is to assist our partners drive their business and increase conversions and revenues by successfully matching buyers with insurance products that match their needs and budgets.

**Health Insurance Live Transfers** - This option is ideal for agencies, call centers and aggregators that are looking for TCPA-compliant leads that have been screened in order to generate live customer.

**Health Insurance Warm Transfers** - Best suited for partners looking to introduce potential buyers to a live licensed health insurance agent. Ideal for agencies, call centers, and aggregators looking for TCPA-compliant leads that have been screened.

**Exclusive Health Insurance Leads** - Ideal for those looking to spend more time closing deals and less time dialing. These leads have not been solicited in the last 30 days for health insurance. Great for independent agents, health insurance agencies, lead generation call centers, brokers and aggregators willing to spend more in order to maximize ROI and effort.

**Unsold Health Insurance Leads** - Exclusive health leads at a more affordable price; these leads have typically been generated within the previous 24 hours and not sold to any other lead buyer. Frequently selected by health insurance agencies, call centers and brokers.

**Semi-exclusive Health Insurance Leads** - Similar to exclusive leads, however, these leads are shared with only two lead buyers. Semi-exclusive leads are typically bought by independent health insurance agents, health insurance agents, health insurance agencies, call enters and brokers.

**Shared Health Insurance Leads** - Best for buyers that can make contact with consumers in real-time. Leads are currently shared with no more than three lead buyers. Partners typically choosing this option are independent health insurance agents, health insurance agencies, call centers and brokers.

**Aged Health Insurance Leads** - Best for buyers that can sift through large amounts of data files and make fast contact with consumers. Partners that typically choose this option are call centers and various health insurance agents and agencies.

POLICY                    COMPANY                    CONTACT US

**MENJIVAR ATTACHMENT BB**

| Terms and Conditions | Company | Phone (95)? 499 - 1854 |
| Return Policy | Our service | Email |
| Copyright | Links | |

Copyright © 2018 Single Resource Email

MENJIVAR ATTACHMENT BB



FAQs   Blog

SIL    HOME   ABOUT US   SERVICES   LEADS   LEAD BUYERS   LEAD GENERATORS   NEWS   CONTACT US

# Need Targeted High Quality Insurance Leads?

Look no further! SIL captures, qualifies and delivers targeted high quality insurance leads and live transfers to our insurance partners. All leads are continually optimized through rigorous testing and optimization processes to ensure maximum results.







Dedicated Account Managers          Flexible Payment Methods          Competitive Pricing

### Top Reasons to Buy Simple Insurance Leads

✔ Targeted High Quality Leads
✔ Customizable Lead Distribution
✔ Competitive Pricing
✔ Exclusively Generated Leads
✔ Health Insurance Leads

### Who We Sell Insurance Leads To

✔ Licensed Insurance Agents
✔ Insurance Agencies
✔ Third Party Administrators
✔ Insurance Lead Aggregators
✔ Insurance Carriers

## Contact Simple Insurance Leads Today

There are no minimum requirements. Our Insurance Buyers can pay for leads as needed. Whether you are an independent agent or agency, we have quality insurance leads available for purchase.

**LEAD BUYERS SIGN UP**

POLICY                    COMPANY                    CONTACT US

Terms and Conditions      Careers                    Phone: 800-000-0000
Privacy Policy            Our Services               Email:
Copyright                 Legal

Copyright 2016 Simple Insurance Leads

MENJIVAR ATTACHMENT BB



# Affiliate Program for Insurance Lead Generation

Our exclusive Lead Generation Affiliate Program offers high commissions to business partners and affiliates that deliver quality leads. Our customized approach to lead generation allows us to partner with top tier businesses and affiliates.

## $$$$ Commissions



Simple Insurance Leads offers affiliates and vendors a highly lucrative commission structure. We have a professional team of dedicated affiliate managers who provide prompt and responsive customer care, and a continuous optimization process that produces the best converting campaigns in our verticals. Our experienced team will provide you with the assistance you need to optimize your traffic source(s) to drive sales and revenues and improve your ROI.

### How the Simple Insurance Leads Affiliate Program Works

✔ Targeted High Quality Leads
✔ Customizable Lead Distribution
✔ Competitive Pricing
✔ Exclusively Generated Leads
✔ Health Insurance Leads

### Top Reasons to Join Our Insurance Lead Generation Affiliate Program

✔ Licensed Insurance Agents
✔ Insurance Agencies
✔ Third Party Administrators
✔ Insurance Lead Aggregators
✔ Insurance Carriers

## Join Our Affiliate Program

Simple Insurance Leads provides affiliates with flexible options. Contact Us Today to learn more about our lead generation affiliate program.

**AFFILIATES & VENDORS SIGN UP**



**MENJIVAR ATTACHMENT BB**



| Title | Author | Hits |
|---|---|---|
| Report: Alzheimer's Disease Will Cost U.S. $277B in 2018 | Written by Simon Lacey | Hits: 48 |
| Simple Health Donates $10,000 To Miami Marlins' RBI Program | Written by Simon Lacey | Hits: 42 |
| Kimberly O'Connell-Calvo named Chief Marketing Officer for Simple Health and Simple Insurance Leads | Written by Simon Lacey | Hits: 77 |



# Interested in Working With
## Simple Insurance Leads?

We would love to hear about your business model and goals. Contact Simple Insurance Leads today to speak to our experience team of marketing gurus.

## Contact Us

**Simple Insurance Leads**

**Email**
info@sileads.com

**Address**
2 Oakwood Blvd.
Suite 100
Hollywood, FL 33020
(844) 219 8914

**Best Hours to Contact Us**
Monday through Friday: 9 am – 5 pm EST

## SEND

**POLICY**

**COMPANY**

**CONTACT US**

MENJIVAR ATTACHMENT BB

# Menjivar Attachment CC




Simple Health - Providing Afforda

https://web.archive.org/web/20151213015915/http://www.simplehealthplans.com:80/

http://www.simplehealthplans.com:80/ Go

37 CAPTURES

DEC 13 2015 · 2014 · 2017 · FEB

Welcome to the new Simple Health website

CONTACT AN AGENT

Simple Health

HOME ABOUT US HEALTH INSURANCE GET TO KNOW US CAREERS CONTACT US

Call Us
**(800) 492-1834**

WELCOME TO SIMPLE HEALTH

PROVIDING
## AFFORDABLE HEALTH CARE

Plans that work for you and your budget.

We at Simple Health offer health insurance plans that provide exceptional value, top notch service, security and peace of mind. All plans have been carefully selected from the top insurance carriers to ensure you get the plan that is right for you.

**MENJIVAR ATTACHMENT CC**

Welcome to the new Simple Health website. Find out how.



## Simple
Health

HOME   ABOUT US   HEALTH INSURANCE   GET TO KNOW US   CAREERS   CONTACT US

Call Us
**(800) 492-1834**



WELCOME TO SIMPLE HEALTH

PROVIDING
## AFFORDABLE HEALTH CARE

Plans that work for you and your budget.

We at Simple Health offer health insurance plans that provide exceptional value, top
notch service, security and peace of mind. All plans have been carefully selected from
the top insurance carriers to ensure you got the plan that is right for you

## SCHEDULE A CALL FROM A LICENSED AGENT
IT'S FAST AND IT'S SIMPLE

Type of Insurance

SCHEDULE YOUR APPT.



**SIMPLE HEALTH**

COMMITTED TO SERVICE
**SIMPLE HEALTH**

Simple Insurance is a national full-service insurance brokerage serving all 50 states. We are headquartered in South Florida and Florida's premier insurance organization.

We are committed to providing you with great plans, great rates and great service.

The power of technological innovation and the industry's best insurance professionals drive our business, enabling us to better serve you and keep us one step ahead of the competition.

## SIMPLE
## HELP CENTER

Do you have questions regarding health insurance
coverages and their meanings? Visit our FAQs
page and get the answers you need

### ADVANTAGES
Qualified Staff of Licensed Agents
24-7 Support
Services Above Industry Standards
Save Time and Money with Us
Easy and Affordable Billing



**MENJIVAR ATTACHMENT CC**



MENJIVAR ATTACHMENT CC



Welcome to the new Simple Health website. Find out more.

Contact An Agent

logo
Home About Us Health Insurance Get To Know Us Careers Contact Us
Call Us
(800) 492-1834

## Health Care Reform

The Affordable Care Act (ACA) was enacted with the goal of making health insurance more affordable and accessible for Americans, as well as to lower overall health costs by increasing participation. As of January 2014, health insurance plans are now available from private insurance carriers and through the Health Insurance Marketplace (aka: the Federal and State Exchanges).

## What You Need To Know

Under the ACA, all U.S. citizens are required to obtain health insurance, whether through their employer, private insurance companies, or through the Health Insurance Marketplace. Those who fail to obtain insurance may face fees or taxes. Those individuals that cannot afford a plan offered through a private insurer or the Exchange can apply for government assistance online at www.healthcare.gov.

## Here to Assist You With Your Insurance Needs

Our goal is to find you the best, most affordable health insurance plan available. We are committed to providing the very best customer care.

## Providing the Guidance You Need

The federal Healthcare.gov website can be confusing. Many people have a difficult time determining whether purchasing insurance through the Health Care Exchange or through a private insurance carrier would be better.

We can help cut through the confusion. We have agents licensed in all 50 states that are very knowledgeable about the Exchange and the plans offered there. They can help you make an informed decision and choose the appropriate path that best suits your needs – whether through the Exchange or a private insurer.

## Shop Health Insurance

Health Care Reform Individual & Family Insurance Group Health Insurance Short Term Health Insurance Accidental, Critical Illness & Supplemental Insurance FAQs

Quick Links

- About Us
- Health Insurance
- Get to Know Us
- Careers
- Contact Us

Signup for Newsletter

Select your newsletter, enter your email address,
and click "Subscribe"

Enter your email address

Opening Hours

- Monday - Thursday: 8:00 am - 10:00 pm
- Friday: 8:00 am - 9:00 pm
- Saturday - Sunday: 9:30 am - 4:00 pm

Contact Us

**Phone** : (800) 492-1834
**Email** : contact@simplehealthplans.com

Copyright 2016. All Rights Reserved. Designed by Simple Insurance

**MENJIVAR ATTACHMENT CC**



Welcome to the new Simple Health website. Find out more...

## Simple Health

HOME   ABOUT US   HEALTH INSURANCE   GET TO KNOW US   CAREERS   CONTACT US

CONTACT AN AGENT

Call us
**(800) 492-1834**

### Frequently Asked Quesitons

We answer the questions so you don't have any

### Do we charge you any fees?

None whatsoever! Our service is completely free to you. You come here looking for a quality insurance policy you can afford. We find an agent that has that policy available

### How do I purchase insurance?

We make the purchasing process simple for you. It starts by filling out a short form with your basic information. We then submit your information to trusted licensed agents in your state. They put together a few quotes so you can see how much it will cost and what benefits are included. Then you fill out an application online which is then submitted to the insurance company for review. After approval, you will then begin paying your monthly premium. That's it!

### Is my information secure?

We take personal privacy very seriously. Never will we sell your information to a third-party source. You won't receive hundreds of spam emails. We know how annoying those are! Your information is only provided to insurance agents licensed in your state.

### Insurance Terminology

Premium: The monthly fee you pay to the insurance company each month in order to keep your insurance benefits active. Non-payment may lead to a termination of the policy and a lapse in coverage

Deductible: This is the cost the insured is responsible for prior to insurance benefits kicking in. For example, if you have a $500 deductible, the insurance company isn't responsible for paying your bills until you have paid $500 worth of expenses. In traditional co-pay plans, the deductible does not count towards Rx and regular doctor visits, although some plans require a separate deductible for Rx

Co-Pay: A co-pay is simply your portion of the expense for prescription drugs or a doctor visit. It is called a co-pay because you are sharing the bill with the insurance company, although the insurance company usually takes on a greater percentage of the bill

Co-insurance: After the annual deductible (see above) is met, the insurance company begins chipping in for your major expenses. However, unless you have a 100% co-insurance plan, the insurance company only pays a percentage of the remaining expenses. Most co-pay plans are 80%-100%. The co-insurance percentage is the amount the insurance company pays. So if your plan is an 80% co-insurance plan, you pay 20% of the bill and the insurance company is responsible for 80% of it.

High Deductible Health Plan (HDHP): An HDHP is a less expensive form of insurance that has a high deductible. Typically, an HDHP does not cover any doctor visits, hence why the insurance premiums are cheaper. The benefit of an HDHP is they cost less per month and once the deductible is met, you pay nothing more (although some even cheaper HDHP's do not have 100% co-insurance)

### Shop Health Insurance

HEALTH CARE REFORM

INDIVIDUAL & FAMILY INSURANCE

GROUP HEALTH INSURANCE

SHORT TERM HEALTH INSURANCE

ACCIDENTAL, CRITICAL ILLNESS & SUPPLEMENTAL INSURANCE

**FAQS**

QUICK LINKS     SIGN UP FOR NEWSLETTER     OPENING HOURS     CONTACT US

Copyright 2015. All Rights Reserved.

**MENJIVAR ATTACHMENT CC**

# Menjivar Attachment DD



**HBC Insure**

Questions? We are here to answer them. **1-800-387-5550** Monday through Friday: 9 am - 9 pm EST

**Get Health Insurance You Can Afford**

Free Quote  No Obligations  Start Saving Now!



**Start Here! Get a FREE quote from a Licensed Agent**

Full Name
Zip
Email
Phone

Submit
☐ I agree to Terms and Conditions

- ★★★★★
  5-Star Service
- ACCREDITED BUSINESS
- 100% SATISFACTION GUARANTEE
- ✓ Norton SECURED

Saving Money is Simple! Fill in our quick form  Speak to Licensed Insurance Agent  Start saving on your insurance!

**Build on Trust**

"""My health insurance at work was way too expensive for my family. Shopping with HBC Insure helped us save money right away!""" ~ *Anthony P.*

"""The insurance agent was very knowledgeable, and made it easy to decide which health insurance plan to go with""" ~ *Laura T.*

**Advantages of HBC Insure**

- No Obligations
- Free Quote
- Over 10 Carriers Represented
- Licensed Agents
- Open from 9AM to 9PM EST
- Fast and Easy to Use

**Insurances we work with:**

- **aetna**
- **⚡ FIDELITY** LIFE
- HUMANA
- UnitedHealthOne
- **Anthem** ⚕
- ☀ **Cigna**
- H⁺ Health Net

Get your Health Insurance Quotes
or call us **1-800-387-5550**

- Copyright 2013, Privacy Policy

**MENJIVAR ATTACHMENT DD**

- Terms and Conditions
- Disclaimer

**Terms and Conditions**

**Disclaimer**

This website is owned and operated by the HBCInsure.com network. HBCInsure.com is a leading online source of information for people seeking to learn more about their insurance options. HBCInsure.com also matches people in need of insurance services with insurance professionals who can provide those services. The use of our matching service (hereinafter "Service" or "Services") is free for consumers.

HBCInsure.com believes it is important for you to know and understand how our websites collect and use your information, and the steps we take we to protect your privacy. Please read this privacy policy carefully.

Please note that this privacy policy only applies to this website. Other websites in the HBCInsure.com network may have different privacy policies.

By accessing this website and or using our Service, you agree to abide by this Privacy Policy and our Terms of Use.

Services Offered By HBCInsure.com

HBCInsure.com works with a nationwide network of insurance professionals. When you use our Service, we will attempt to match you with professionals who are qualified to provide you with the insurance information you have expressed interest in. The professionals you are matched with may contact you with information and offers for the services you have expressed interest in. Please note that you have no obligation to accept any offer.

HBCInsure.com is not an insurance agency. We are solely a referral service for connecting consumers with qualified professionals.

Information Collected By HBCInsure.com

HBCInsure.com uses this website to collect two (2) kinds of information: personally-identifiable information and non-personally-identifiable information.

Personally-identifiable information
When you use our Service you are authorizing the sharing of your inquiry and your personal information with other businesses who provide services that match your inquiry. The personal information we collect may include, but is not limited to:

Name
Address
Email address
Phone number
Demographic information
Credit information
Health information

Other financial information
Please note that insurance institutions and other services who subscribe to our system compete for the opportunity to provide insurance products and services that match your inquiry. By submitting your information to us, you are also authorizing these businesses to contact you directly by e mail and telephone with information about insurance products or services they offer that match your inquiry. You expressly consent to receive phone calls and email regardless of whether you are on any Federal or state DNC ("Do Not Call") and/or DNE ("Do Not Email") list or registry.

Non-personally-identifiable information

While you are visiting this website, our hosting service will automatically track information that may include:

IP addresses
Referral information
Browser details
Number of page views
Number of repeat visits
Internet Service Provider
Region or geographic location
How Information Is Collected
Personally-identifiable information
We only collect your personally-identifiable information when you choose to share it with us. We will not
collect any personally-identifiable information without your consent.

The information you choose to share with us may be collected through this website, another website in the HBCInsure.com network, or a website owned by of one of our third-party partners, including our network of affiliated marketing partners. Any personally-identifiable information collected by a HBCInsure.com affiliated marketing partner is used to provide the services described above. Information may also be collected over the phone by one of our Customer Service Representatives, or by a Customer Service Representative working for one of our third-party partners.

By agreeing to the Terms of Use of this privacy policy, you are consenting to share your information you supply to us, and, you are authorizing the sharing of your inquiry information and your personal information with other businesses that provide insurance products or services that match your inquiry. By submitting your information to us, you are also authorizing these businesses to contact you directly by e-mail and telephone with information about insurance products or services they offer that match your inquiry, as well as other services and offers you may be interested in.

We follow generally accepted industry standards to protect the personal information submitted to us, including SSL (Secure Sockets Layer), both during transmission and once we receive it. No method of transmission over the Internet, or method of electronic storage, is 100 percent secure, however. Therefore, while we strive to use commercially acceptable means to protect your personal information, we cannot guarantee its absolute security.

We provide you the opportunity to 'opt-out' of having your personally identifiable information used for certain purposes, when we ask for this information. For example, if you purchase a health plan but do not wish to receive any additional marketing material from us, you can indicate your preference on our order form.

If you no longer wish to receive our newsletter and promotional communications from HBCInsure.com or our affiliated marketing partners, you may opt-out of receiving them by following the instructions included in each newsletter or communication or by emailing us at customerservice@HBCInsure.com or calling us at 1-800-492-1834 or writing to the address below:

HBCInsure.com
3325 S. University Dr
Suite 210
Davie, FL 33328

Any personally identifiable information you submit in our blog comments or forum can be read, collected, or used by other users of these forums, and could be used to send you unsolicited messages. We are not responsible for the personally identifiable information you choose to submit in blog comments or forums.

Non-personally-identifiable information
While you are visiting this website the following information will be automatically tracked: IP addresses, referral information, browser details, operating system information, information about your Internet Service Provider, geographic location and other non-personally-identifiable information. We may use cookies, web beacons/pixels, tracking scripts, and other monitoring technologies to gather non-personally-identifiable information.

How Information Is Used
Consumers
If you choose to give us personally-identifiable information, we may share this information with our network of insurance professionals to help answer your questions, fulfill your request, or for any purpose in our sole discretion. We may also share your personally-identifiable information with selected third parties to offer you products or services that may interest you. The professionals we match you with may contact you by phone, email, or mail to fulfill your inquiry and provide you with other offers you may be interested in. The personally-identifiable information we share with selected third parties includes name, e mail address, phone number, and/or postal address. If you do not want us to share this information with other companies or organizations, please let us know by following one of the methods for opting-out of our communications.

The professionals in our network may include, but are not limited to, insurance agents, discount program representatives, and other financial services brokers.

In addition, you may be contacted by HBCInsure.com's Consumer Protection or Quality Assurance departments in order to verify information you submitted or to collect additional information from you about your experience using our Service.

In addition, you may be contacted by HBCInsure.com's Consumer Protection or Quality Assurance departments in order to verify information you submitted or to collect additional information from you about your experience using our Service.

If you choose to send us an email, we may forward your request on to third parties if we cannot answer your question. We may also respond to your email with correspondence or offers which we believe may be relevant to your request. You can opt-in or opt-out of having your request or personally-identifiable information sent to third parties using any of the contact information provided in the penultimate paragraph in this Privacy Policy.

In addition, we may provide you with a free subscription to one of our newsletters. You may unsubscribe to these newsletters and any other correspondence or offer from HBCInsure.com at any time.

In the event that we cannot match you with a member of our network of insurance professionals, your information may be shared with other third-party networks of professionals. Any contact or communication you have with members of these third-party networks is not covered by the terms of this privacy policy.

**MENJIVAR ATTACHMENT DD**

Please note that we have no control over and cannot be held responsible or liable for the privacy policies, if any, of our third-party partners. This includes third-party websites that link to HBCInsure.com, third-party websites linked from HBCInsure.com, any insurance agent or financial professional in our network that we match you with, any third-party network to whom we forward your information, or any member of such third-party network.

Finally, your agreement with our privacy policy also allows that we may share your information with other third parties who may be able to provide you with other offers or services in which you may be interested.

We reserve the right to disclose your personally identifiable information as required by law and when we believe that disclosure is necessary to protect our rights and/or comply with a judicial proceeding, court order, or legal process served on our Website.

Prospective business partners and affiliates

The information you submit to HBCInsure.com's affiliate and/or referral program may be used to qualify you for participation in affiliate and/or referral programs.

Non-personally-identifiable information:

Our website development team uses non-personally-identifiable metrics to improve the content, layout, navigation, and overall site experience for all visitors. We may analyze traffic patterns and statistics to improve this site, provide additional services, and better serve our visitors.

Cookies

A cookie is a small text file stored on a user's computer for record-keeping purposes. We use cookies on this site, but do not link the information we store in cookies to any personally identifiable information you submit while on our site.

The cookies we use collect non-personally identifiable information in order to provide data including, but not limited to, the amount of time spent on our Website and the pages visited.

Our website uses both session ID cookies and persistent cookies. A session ID cookie is used to make it easier for you to navigate our site and expires when you close your browser. A persistent cookie remains on your hard drive for an extended period of time.

Persistent cookies enable us to track and target the interests of our users to enhance the experience on our site. We also use persistent cookies to denote a user's repeat visit within 60 days, which is commonly known as a 60-day persistent cookie.

You can remove persistent cookies by following directions provided in your Internet browser's "help" file. Refer to Microsoft© online for more information about cookies.

If you reject cookies, you may still use our site, but your ability to use some areas of our site may be limited.

Some of our business partners (e.g., advertisers) use cookies on our site. We have no access to or control over these cookies.

This privacy statement covers the use of cookies by HBCInsure.com only and does not cover the use of cookies by any advertisers or third parties.

Your Consent

By visiting, agreeing with and accepting this privacy policy, and then sharing your information with this website, you consent to the collection and use of your information by our site development team. In so doing, you agree to abide by this Privacy Policy, this site's Terms of Use, and this site's disclaimer.

You further acknowledge that this website's Privacy Policy and Terms of Use constitute the only understanding and agreement between you and HBCInsure.com, and that this understanding and agreement supersedes any and all previous understandings and agreements.

You further acknowledge that you agree to be contacted by insurance professionals, the HBCInsure.com Consumer Protection and/or Quality Assurance departments, and other third party partners of HBCInsure.com, regardless of the presence of your telephone number, or if you registered on any state or Federal DNC ("Do Not Call") of DNE ("Do Not Email") list or registry. If the company or third party is marketing products to you or are offering services other than what you originally requested, then contact us using the contact information in the penultimate paragraph in this Privacy Policy or contact the DNC or DNE registry. Find there contact information online https://www.donotcall.gov/.

You further agree to receive quotes, policy updates, and other customized content to your wireless phone. In addition to any fee of which you are notified, your provider's standard messaging rates apply to our confirmation and all subsequent SMS correspondence. HBCInsure.com does not charge you for sending or receiving text messages. You may opt-out and remove your SMS information by sending "STOP", "END", "QUIT" to the SMS text message you have received.

California Residents Privacy Rights

Companies that collect personally-identifiable information from California residents and disclose such information to Third Parties (including affiliated entities) for marketing purposes must, in response to a request by a consumer, either (1) provide a list detailing the categories of information shared and the entities to which such information was provided, or (2) provide a mechanism by which a consumer may opt-out of having their information shared with Third Parties.

HBCInsure.com has elected the second option, and you may request that your personally-identifiable information not be shared with third parties by sending your request, including your full name, email address and postal address to

HBCInsure.com

3325 S. University Dr.
Suite 210
Davie, FL 33328

In accordance with California Civil Code Sec. 1789.3, California resident users are entitled to know that they may file grievances and complaints with California Department of Consumer Affairs, 400 R Street, Suite 1080, Sacramento, CA 95814, or by phone at 916-445-1254 or 800-952-5210, or by email to dca@dca.ca.gov.

CAN-SPAM Compliance

HBCInsure.com is committed to be compliant with all Federal regulations, including the Federal CAN-SPAM Act of 2003.

HBCInsure.com only sends email to those of our visitors who have "opted in" to receive these communications. Individuals "opt in" to our email communications by voluntarily providing us with their email address and submitting a form that acknowledges their agreement with our Terms of Use and Privacy Policy.

You may "opt out" of any communication from HBCInsure.com at any time. Use the "unsubscribe" link at the bottom of any email you receive from HBCInsure.com, and we will remove you from our mailing list. In addition, you may contact us at the address above and request to be removed from our mailing list.

Occasionally HBCInsure.com will partner with a third party email server who may provide additional relevant email advertisements to our consumer's requests.

Unsubscribing from communications from HBCInsure.com does not guarantee that you will no longer receive communications from our third party partners; you must contact that third party directly.

Be advised that we cannot control the policies of our third party partners, nor can we guarantee or represent their compliance with the CAN-SPAM Act or any other state or Federal law.

Links to Other Websites

This website may feature links to other websites owned and operated by third parties. Be advised that HBCInsure.com is not responsible for the content or services of these third party sites. Privacy Policies and Terms of Use, if any, of these third party sites may differ from HBCInsure.com's Privacy Policy and Terms of Use. We encourage you to read the Privacy Policies and Terms of Use of any website you visit.

Information from Minors

HBCInsure.com does not knowingly solicit or collect information from anyone under the age of 13.

TRUSTe Licensee Agreement

HBCInsure.com is a licensee of the TRUSTe Privacy Program. TRUSTe is an independent, non-profit organization whose mission is to build user's trust and confidence in the Internet by promoting the use of fair information practices. This privacy statement covers www.HBCInsure.com. Because this website wants to demonstrate its commitment to your privacy, it has agreed to disclose its information practices and have its privacy practices reviewed for compliance by TRUSTe.

If you have questions or concerns regarding this statement, you should contact customerservice(at)HBCInsure.com. If you do not receive acknowledgement of your inquiry or your inquiry has not been satisfactorily addressed, you should contact TRUSTe at http://www.truste.org/consumers/watchdog_complaint.php TRUSTe will then serve as a liaison with us to resolve your concerns.

The effective date of the TRUSTe license for HBCInsure.com is 08/25/2008.

Changes to This Policy

HBCInsure.com reserves the right to modify this privacy statement at any time, so please review it frequently. If we make material changes to this policy, we will notify you here, by email, or by means of a notice on our home page. An updated copy of this Privacy Policy will be clearly posted and accessible on this website at all times.

terms and Conditions

Back to Top

**MENJIVAR ATTACHMENT DD**

Acceptance of Terms

IMPORTANT! PLEASE READ CAREFULLY. THIS IS A CONTRACT. BY USING THIS WEB SITE AND THE SERVICES OFFERED ON THIS WEBSITE, YOU ACCEPT ALL TERMS AND CONDITIONS OF THIS AGREEMENT. YOUR ACCESS AND USE OF THE WEB SITE CONSTITUTES YOUR AGREEMENT TO ABIDE BY EACH OF THE TERMS AND CONDITIONS SET FORTH BELOW. If you disagree with any of the terms that follow, do not agree to be bound by all such terms, do not use this website or any of its related services

About This Site

This Website (hereinafter "the Site" or "this Site") is part of the HBCInsure.com network. HBCInsure.com is an online service provider, specializing in providing insurance quotes and connecting insurance shoppers with professionals who can assist them.

HBCInsure.com does not endorse any particular insurance plan, provider, or agent. Any information provided about any particular insurance plan, provider, or agent shall not be construed as an endorsement by HBCInsure.com.

Personal and Noncommercial Use Limitation

In order to use the Services, you must be at least 18 years of age. In consideration of your use of the Services, you agree to provide true, accurate and current information about yourself as prompted by the required registration forms. This Site is for your personal, noncommercial use. You may not modify, copy, distribute, transmit, display, perform, reproduce, publish, license, create derivative works from, transfer, or sell any information, software, products or service found on or obtained from the Site, provided that you may download, reproduce, and retransmit HBCInsure.com Information solely for non-commercial purposes within your organization. With the exception of the foregoing limited authorization, no license or right in any copyright of HBCInsure.com or any other party is granted or conferred to you

The Site is provided on an "as is" basis without warranties of any kind, either express or implied, including but not limited to warranties of title or implied warranties of merchantability, fitness for a particular purpose, or non-infringement, other than those warranties which are imposed by and incapable of exclusion, restriction or modification under the laws applicable to this agreement. YOUR USE OF THIS SITE IS AT YOUR OWN RISK. IN NO EVENT SHALL HBCInsure.COM, ITS AGENTS, REPRESENTATIVES OR LICENSORS be liable for any LOSS OR INJURY OR ANY damages, either direct, indirect, punitive, special, incidental, consequential or otherwise, resulting from, or in any way connected to, the use of this Site OR ANY HBCInsure COM INFORMATION, in each case regardless of whether such damages are based on contract, tort, strict liability, or those other theories of liability. Some jurisdictions do not allow the exclusion of implied warranties or consequential or incidental damages, so portions of the above-referenced exclusions may not directly apply to you. YOU HEREBY WAIVE ANY AND ALL CLAIMS AGAINST HBCInsure.COM, ITS AGENTS. REPRESENTATIVES AND LICENSORS ARISING OUT OF YOUR USE OF THE SITE OR ANY OTHER HBCInsure.COM INFORMATION

Copyright and Proprietary Rights Information

The Site may contain technical inaccuracies or typographical errors or omissions. HBCInsure.com reserves the right to make changes, corrections and/or improvements to the Site, and to the products and programs described in such information, at any time without notice.

This Site contains and references trademarks, patents, trade secrets, technologies, products, processes or other proprietary rights of HBCInsure.com. No license or right to or in any such trademarks, patents, trade secrets, technologies, products, processes and other proprietary rights of HBCInsure.com and or other parties is granted to or conferred upon you.

Available Services

The purpose of the Site is to provide consumers with ability to receive comparative insurance quotations from a network of insurance agents, brokers and other licensed insurance providers (hereinafter "Providers"), based on the information you have provided. These Providers may have one or numerous companies with from which they will provide you with quotes. Once you have provided us with the information needed, by sufficiently completing an appropriate online form, we will refer that information to these Providers, who may then contact you directly if they are able to provide you with a quotation for insurance coverage. From time to time these Providers may ask for additional information they may need to obtain an accurate quote. In the event that we do not have sufficient participation on our network in your area, you may receive less than five offers.

We do not guarantee that any of the Providers to whom we may forward your information will contact you or agree to provide you coverage. We are not responsible in any way, for the conduct of the Providers to whom we forward your insurance quotation requests. If you need personal advice, explanation of coverage, assessment of needs or specific policy recommendations, consult with a licensed insurance agent, broker, or other qualified professional.

We reserve all the rights to our Site contents, and may at our discretion change the contents of the Site, or restrict access to certain sections of the Site, or to discontinue any aspect of the Site, including, but not limited to content, features, hours of availability, without notice or penalty.

We reserve all the rights to our Site contents, and may at our discretion change the contents of the Site, or restrict access to certain sections of the Site, or to discontinue any aspect of the Site, including, but not limited to content, features, hours of availability, without notice or penalty

impersonate any other person or entity
submit any information pertaining to a third party without that party's understanding and express consent
submit false or misleading information
exploit this Service for any commercial reason
engage in any activity prohibited under the CAN-SPAM Act
engage in any criminal or otherwise unlawful behavior
commit any action which could give rise to civil liability
restrict others from making use of this Service
upload or attempt to upload any computer virus, malicious computer code, file program, or any other digital property
commit any action that interferes with, blocks, or otherwise harms the Service

Links to the Web Site

You may not establish a hypertext "link" to the Web Site and or distribute, modify or re-use the text or graphics of the Site unless you obtain prior express written permission from HBCInsure.com allowing you to do so

Links to Third Party Sites

This Site may contain links to sites that are controlled by third parties. These linked sites are not under the control of HBCInsure.com, and HBCInsure.com is not responsible for the contents of any linked site or any link contained in a linked site. HBCInsure.com is providing these links to you only as a convenience, and the inclusion of any link does not imply endorsement by HBCInsure.com of any linked site or constitute any warranty by HBCInsure.com of any linked site or any items contained on such site

Governing Law

Any disputes arising out of or related to the Site shall be governed by and construed and enforced in accordance with, the laws of the State of Florida applicable to contracts entered into and to be performed entirely within the State of Florida.

No Unlawful or Prohibited Use. As a condition of your use of the Site, you warrant to HBCInsure.com that you will not use the Site for a purpose that is unlawful or prohibited by these terms, conditions, and notices

Disclaimer

The Service is provided on an "as is" and "as available" basis. To the fullest extent permitted by law, we make no representations of warranties of any kind, express or implied, regarding the use of the Service. We disclaim all warranties regarding the accuracy or reliability of the information provided, including the implied warranties of merchantability and fitness for a particular purpose, and non-infringement. WE DO NOT WARRANT THAT THE SERVICE WILL BE SECURE, UNINTERRUPTED, OR ERROR-FREE. WE MAKE WARRANTY THAT THE SERVICE WILL MEET YOUR REQUIREMENTS. NO ADVICE, RESULTS, OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM US OR THROUGH THE SERVICE WILL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN.

WE MAKE NO WARRANTIES REGARDING THE AFFILIATION OF ANY PROVIDER WHO MAY CONTACT YOU. WE EXPRESSLY DISCLAIM ALL RESPONSIBILITY FOR THE ACTIONS OF ANY PROVIDER WHO MAY CONTACT YOU THROUGH THE SERVICE. IF YOU ARE DISSATISFIED WITH THE SERVICE, YOUR SOLE REMEDY IS TO DISCONTINUE ITS USE.

WE ATTEMPT TO PROVIDE ACCURATE INFORMATION REGARDING INSURANCE PRODUCTS AND SERVICES, HOWEVER, WE CAN MAKE NO REPRESENTATION OR WARRANTY AS TO THE ACCURACY OR RELIABILITY OF THIS INFORMATION. AVAILABILITY OF PRODUCTS OR SERVICES MAY VARY BY STATE AND MAY NOT BE AVAILABLE TO YOU

WE MAKE NO REPRESENTATION, EITHER EXPRESS OR IMPLIED, OF ANY SPONSORSHIP BY ANY COMPANY MENTIONED ON THIS SITE, OR OF ANY OTHER RELATIONSHIP WITH ANY SUCH COMPANY. WE MAKE NO GUARANTEE, EXPRESSED OR IMPLIED, THAT A USER WILL BE ABLE TO OBTAIN A QUOTE FROM ANY PARTICULAR COMPANY OR PROVIDER MENTIONED ON THIS SITE

Limitation of Liability

WE SHALL NOT BE LIABLE FOR ANY DAMAGES WHATSOEVER, AND IN PARTICULAR, WE SHALL NOT BE LIABLE FOR ANY SPECIAL, INDIRECT, CONSEQUENTIAL, OR INCIDENTAL DAMAGES, OR ANY DAMAGES FOR LOST PROFITS, LOSS OF REVENUE, OR LOSS OF USE, ARISING OUT OF OR RELATED TO THE SERVICE OR THE INFORMATION CONTAINED IN IT, WHETHER SUCH DAMAGES ARISE IN CONTRACT, NEGLIGENCE, TORT, UNDER STATUTE, IN EQUITY, AT LAW, OR OTHERWISE, EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

Indemnification

You agree to indemnify and hold harmless the Service (and its parents, directors, officers, employees, subsidiaries, agents, and affiliates) from any and all claims, liabilities, costs, and expenses, including reasonable attorneys' fees and costs, due to or arising in any way from the use or misuse by you of the Service, your violation of these Terms and Conditions, your violation of any law, or infringement by you of any right of any person or entity.

Proprietary Rights

We retain all rights, title, and interest in and to the Service, including all content, data, materials, specific implementations of XHTML, CSS, and other code, the look and feel, the design, and all other aspects of the trade dress of this Site, and retain all intellectual and property rights therein.

Third party logotypes, brandmarks, and service marks are the property of their respective owners

Use of the Service by you does not grant to you ownership and any commercial use or exploitation of the Service by you is expressly prohibited. You may not exploit, copy, redistribute, or reproduce any aspect of the Service. Doing so may be a violation of applicable Federal and state laws and may subject you to liability

Other

If any provision of these Terms and Conditions is found to be invalid or unenforceable, the other provisions shall remain in full force and effect. Further, you agree that for any provision that may be found to be invalid and unenforceable, you shall ask the court to endeavor to give effect to the intent of the provision. These Terms and Conditions constitute the full understanding between you and us. You agree that any claim arising from or related to the Service must be filed within twelve (12) months of your use of the Service, regardless of any statute or law to the contrary

Changes and Updates

**MENJIVAR ATTACHMENT DD**

changes and updates.

We reserve the right to make changes and updates to these Terms and Conditions at any time, at our sole discretion. An updated copy of these Terms and Conditions will be kept clearly posted and accessible on this Site at all times. disclaimer

Back to Top

HBCInsure.com is a leading online source of information for people seeking to learn more about their insurance options. HBCInsure.com also matches people in need of insurance services with insurance professionals who can provide those services. The use of our matching service is free for consumers.

HBCInsure.com does not provide any financial services itself, nor does it endorse any third-party financial service provider. HBCInsure.com is not affiliated with any third-party financial service provider. Any information, logotypes, brandmarks, trademarks, and service marks of or about any third party company or financial service provider is provided strictly on an informational basis, and does not imply an endorsement by or relationship with that third party.

While every effort is made to ensure the accuracy of the content of the HBCInsure.com network, we cannot be held accountable for typographical errors, errors of fact, or any other error or inconsistency found on this or any other HBCInsure.com website. We hereby disclaim all liability from any damages resulting from the use of this or any other HBCInsure.com website, or the services provided on this or any other HBCInsure.com website.

If you use our free service, we cannot guarantee that we will be able to locate a financial professional qualified to assist you.

The information provided on this site is not intended to convey tax or legal advice. For more detailed explanations of the laws, please consult an attorney or certified public accountant, as may be appropriate.

Contacting Us
If you have any questions about Health Benefits Center, this website, our service, this Privacy Policy, Disclaimer or Terms and Conditions, you may contact us at

HBCInsure.com
3325 S. University Dr.
Suite 210
Davie, FL 33328

If your personally identifiable information changes, or if you no longer desire our service, you may correct, update, delete or deactivate it by emailing our Customer Support at customerservice@HBCInsure.com or by contacting us by telephone or postal mail at the contact information listed above




**MENJIVAR ATTACHMENT DD**

PX 1
Page 364 of 679

Menjivar Attachment EE



MENJIVAR ATTACHMENT EE



HBC  Health Benefits Center

(800) 492-1834

SHOP INSURANCE PRODUCTS     OUR PARTNERS     GET TO KNOW US

Don't worry
We're here to lend a helping hand

The HBC Team

Our Partnership

A New World of Insurance


Coverage Store

        



HBC Learning Center

▶ Health Insurance Options While Unemployed
▶ How Will Health Care Reform Affect Me?
▶ Advantages of Using a Broker
▶ Insurance 101
▶ Common Insurance Terms
▶ No Additional Costs to Use a Broker!

The HBC Advantage

Now you don't have to shop around for insurance. We do it for you. When contacting HBC, you'll have access to insurance agents nationwide that will provide you with competitive quotes from top insurance companies. We offer health, life, and dental insurance. We want to be your go-to insurance agency. We'll build your trust by finding you the coverage you need at the price you can afford.





Get to Know Us          Insurance          Quick Links
People                  Life              Home
Our History             Health            FAQs
Careers                 Medical           Health Care Reform
Contact Us                                Corporate Partner

(800) 492-1834

HBC  Health Benefits Center

**MENJIVAR ATTACHMENT EE**

http://toponsure.com:80/shop-insurance-products/health/health-care-reform/     Go
16 captures                                                                OCT FEB
                                                                        ◄ 13 ►
                                                                          2015

Shop Insurance Products: Life Insurance Quote Health Insurance
(800) 492-1834

Home » Shop Insurance Products » Health Insurance » Health Care Reform

# Health Care Reform

Making health insurance more affordable and accessible was the main goal of our current President. As of January 2014 health insurance plans are now available from private insurance carriers and the Federal Exchange. The Affordable Care Act, which became a signed bill, has changed the landscape of health care in America. How does the health care reform impact you? Here is the 4-1-1.

## What You Need to Know About the Health Exchange

It is now a requirement of all US citizens to obtain health insurance. Being uninsured after April 1, 2014 may cost you money come tax time. The difference between The Exchange and a private insurance company is The Exchange is operated by the Federal government. Those seeking health insurance may be eligible to enroll in a plan on The Exchange. This is done online. Individuals that cannot afford a plan from The Exchange or from a private carrier can apply for government assistance.

## Reforming Health Insurance in America

With the recent change to health care in America, many consumers are confused as to how health insurance now works. Things have changed for the consumer, but not as much as you might think. The only real change is there is now a health care reform plan available through the government. This plan can be purchased online at www.healthcare.gov through the health care Exchange.

## Providing the Guidance You Need

Unfortunately, the www.healthcare.gov website is quite confusing. The plans on there aren't so cut and dry and some people aren't sure if they should purchase insurance through the Exchange or a private insurance carrier. That's where we can help. We have available agents licensed in all 50 states who understand the Exchange and the plans offered on there. They can advise clients on how to connect with The Marketplace or find you a traditional plan through a private insurance company.

We are here to assist our clients with all of their insurance needs. Our goal is to find your clients a health insurance plan – Obamacare or private insurance company – which provide excellent coverage within their budget. We are here for you and your clients. 24/7

**Contact us today and find out if you are eligible for Obamacare.**

## Shop Insurance

- Health Insurance
- Healthcare Reform
- Individual & Family Insurance
- Group Health Insurance
- Short Term Health Insurance
- Accident, Critical Illness & Supplemental Insurance
- Auto Insurance
- Life Insurance
- Dental Insurance
- Medicare

Shop For Prices



(800) 492-1834

### Get to Know Us

Feds + Oil
History/Careers/Contact Us
Copyright 2014

Privacy Policy, Terms and Conditions Disclaimer

### Insurance

Life/Health/Medical

### Quick Links

Home/FAQ/Health Care
Reform/Corporate Partner

MENJIVAR ATTACHMENT EE




(800) 492-1834

Home > Shop Insurance Products > FAQs

# FAQs

## Answering Your Questions About Us

**Do we charge you any fees?**
None whatsoever! Our service is completely free to you. You come here looking for a quality insurance policy you can afford. We find an agent that has that policy available.

**How do I purchase insurance?**
We make the purchasing process simple for you. It starts by filling out a short form with your basic information. We then submit your information to trusted licensed agents in your state. They put together a few quotes so you can see how much it will cost and what benefits are included. Then you fill out an application online which is then submitted to the insurance company for review. After approval you will then begin paying your monthly premium. That's it!

**Is my information secure?**
We take personal privacy very seriously. Never will we sell your information to a third-party source. You won't receive hundreds of spam emails. We know how annoying those are! Your information is only provided to insurance agents licensed in your state.

## Insurance Terminology

**Premium:** The monthly fee you pay to the insurance company each month in order to keep your insurance benefits active. Non-payment may lead to a termination of the policy and a lapse in coverage.

**Deductible:** This is the cost the insured is responsible for prior to insurance benefits kicking in. For example, if you have a $500 deductible, the insurance company isn't responsible for paying your bills until you have paid $500 worth of expenses. In traditional co-pay plans, the deductible does not count towards Rx and regular doctor visits, although some plans require a separate deductible for Rx.

**Co-Pay:** A "co-pay" is simply your portion of the expense for prescription drugs or a doctor visit. It is called a co-pay because you are sharing the bill with the insurance company, although the insurance company usually takes on a greater percentage of the bill.

**Co-Insurance:** After the annual deductible (see above) is met, the insurance company begins chipping in for your major expenses. However, unless you have a 100% co-insurance plan, the insurance company only pays a percentage of the remaining expenses. Most co-pay plans are 80%-100%. The co-insurance percentage is the amount the insurance company pays. So if your plan is an 80% co-insurance plan you pay 20% of the bill and the insurance company is responsible for 80% of it.

**High Deductible Health Plan (HDHP):** An HDHP is a less expensive form of insurance that has a high deductible. Typically an HDHP does not cover any doctor visits, hence why the insurance premiums are cheaper. The benefit of an HDHP is they cost less per month and once the deductible is met, you pay nothing more (although some even cheaper HDHP's do not have 100% co-insurance)

(800) 492-1834

## Shop Insurance

- Health Insurance
- Auto Insurance
- Life Insurance
- Dental Insurance
- Medicare

Shop For Plans

### Get to Know Us

People Our
Health Careers Contact Us
Copyright 2014

Privacy Policy, Terms and Conditions Disclaimer

### Insurance

Life and Medical

### Quick Links

Home FAQs Health Care
Refund Purchase Planner

MENJIVAR ATTACHMENT EE

# Menjivar Attachment FF

CL south florida > palm beach co > jobs > sales

reply

prohibited

Posted about 19 hours ago

print

## Hiring Agents for Open Enrollment - Act Now CALL 561-288-5785! (Boca Raton)

‹ prev   ▲   next ›

Reference Code: Open Enrollment



SIMPLE HEALTH IS HIRING
ACTIVELY LICENSED 2-15 & 2-40
HEALTH INSURANCE SALES AGENTS

ACT NOW CALL 561-288-5785

# OPEN ENROLLMENT
IS ALMOST HERE

YOU WILL HAVE MONEY THROWN AT YOU.

EARN UP TO $4000 PER WEEK

EARN UP TO $7500 PERFORMANCE BONUS

WWW.SIMPLEHEALTHPLANS.COM

If you are not making money hand over fist this open enrollment you are not making the most of your time left on this earth. Well guess what... here is your golden opportunity to MAKE THAT MONEY! Don't pass it up I promise you will regret

compensation: **High Commission Payout + 90 Day Bonus**

employment type: **full-time**

4800 T-Rex Avenue (google map)

© craigslist - Map data © OpenStreetMap

North Federal Highway

**MENJIVAR ATTACHMENT FF**



MENJIVAR ATTACHMENT FF



Health Insurance Sales Agents- Part Time/Full Time Evenings - sales - job employment - Internet Explorer

CL south florida > broward county > jobs > sales

post | account

◂ prev ▲ next ▸

reply prohibited Posted 4 days ago print

## Health Insurance Sales Agents- Part Time/Full Time Evenings

© craigslist - Map data © OpenStreetMap

(google map)

compensation: **highest commission in the industry**

employment type: **employee's choice**

Time to Make Money!!!

Evening Shift only- Part Time and Full Time

Experienced 2-15 and 2-40, Actively Licensed Health Insurance Sales Agents

Why work for Simple Health Plans:
*Beautiful State of the Art Facility
*Growth Opportunities
*Weekly Bonus and Incentives
*100% Live In Bound Calls only
* Excellent support from Team Leads and Managers
much more

Secure your Seat now for Monday's 2-day training Wednesday your already on the phones making $$$$$

https://www.paycomonline.net/v4/ats/web.php/jobs?clientkey=C12C24DBD838392F7E3BC58E26D6620F

Call Carmen Rodriguez: 754-888-6348

- Principals only. Recruiters, please don't contact this job poster.
- do NOT contact us with unsolicited services or offers

post id: 6543383286 posted: 4 days ago email to friend best of

© craigslist help safety privacy feedback cl jobs terms about mobile

MENJIVAR ATTACHMENT FF

CL  dallas > dallas > jobs > sales

Posted about an hour ago on: 2017-11-28 10:02am

Contact Information:

# Help Families Stay Protected! Hiring Health Ins. Agents! 972-362-1282!

**(Dallas, TX)**



5720 Lyndon B Johnson Suite 610

compensation: **High Commission + 90 Day Bonus Potential!**

employment type: **full-time**

Reference Code: Amethyst

QR Code Link to This Post



**MENJIVAR ATTACHMENT FF**



**MENJIVAR ATTACHMENT FF**

Menjivar Attachment GG

# Explore other health insurance options | Letters

Costs for the 1.5 million Floridians who get health insurance through federal exchanges set up by Obamacare were expected to go up anyway, but could go up even higher if President Trump makes good on a threat to eliminate subsidies.

JANUARY 11, 2018, 11:45 AM

Maybe you missed open enrollment in the health insurance marketplace. The process is easy to push aside, especially when it appears overwhelming.

Health care is a double-edged sword. On one side, there are high costs associated with insurance rates and deductibles. On the other, the responsibility lies with individuals to obtain health care and pay for it. The imperative is to be adequately insured should something bad happen.

It's not too late to obtain a marketplace insurance plan. A special enrollment period is available to those who qualify for a life-event change, such as:

• Loss of coverage

• Household size (marriage, new child)

**TRY 10 FREE WEEKS!**
Hurry, offer ends 5/1

**FREE TRIAL ›**

**MENJIVAR ATTACHMENT GG**

Case 0:18-cv-62593-DPG   Document 12-3   Entered on FLSD Docket 10/29/2018   Page 58 of 92

Go to www.healthcare.gov for a complete list.

If you don't fall into these categories, there are other alternatives. Short-term plans can bridge the gap   until other options arise, whether through your employer or until next year's open enrollment period.

**Steve Dorfman, CEO, Simple Health (Hollywood)**

Copyright © 2018, Sun Sentinel

**This article is related to:** Health Insurance

**TRY 10 FREE WEEKS!**
Hurry, offer ends 5/1

**FREE TRIAL ›**

**MENJIVAR ATTACHMENT GG**

# Menjivar Attachment HH

Case 0:18-cv-62593-DPG  Document 12-3  Entered on FLSD Docket 10/29/2018  Page 60 of 92
Obamacare enrollment begins Saturday | Miami Herald                                    Page 1 of 11

PX 1
Page 379 of 679



**MIAMI-DADE COUNTY**

# Obamacare enrollment begins Saturday

BY NICHOLAS NEHAMAS AND DANIEL CHANG
*nnehamas@MiamiHerald.com*

November 13, 2014 06:55 PM
Updated November 15, 2014 12:11 AM

When consumers start signing up for 2015 health coverage under the Affordable
Care Act on Saturday, they may feel overwhelmed by the number of choices
available on the exchange: Insurers are offering 278 different health plans across
Florida, including about 90 each in Miami-Dade and Broward counties, and 24 in
Monroe.

For those who enrolled last year, healthcare experts are stressing the importance of
re-selecting a plan — something most consumers don't do — in order to avoid higher
insurance costs and ensure that the plan still provides access to preferred hospitals
and trusted doctors.

**MENJIVAR ATTACHMENT HH**

Case 0:18-cv-62593-DPG Document 12-3 Entered on FLSD Docket 10/29/2018 Page 61 of 92
Obamacare enrollment begins Saturday | Miami Herald                                    Page 2 of 11
PX 1
Page 380 of 679

And since the health law calls for increases in premium contribution amounts, out-of-pocket limits and tax penalties in 2015, consumers should consider updating their annual income and other information in order to avoid unpleasant surprises, said Karen Pollitz, a senior fellow at the Kaiser Family Foundation, a nonprofit focusing on national health issues.

ADVERTISING

inRead invented by Teads

"It's a good idea for consumers to check in, see what's being offered and what it costs, and make an active decision about whether to keep their current plan or change," Pollitz said.

## Breaking News

Be the first to know when big news breaks

Enter Email Address

SIGN UP

**MENJIVAR ATTACHMENT HH**

Case 0:18-cv-62593-DPG Document 12-3 Entered on FLSD Docket 10/29/2018 Page 62 of 92
Obamacare enrollment begins Saturday | Miami Herald
Page 3 of 10
PX 1
Page 381 of 679

One change certain to affect nearly all consumers receiving federal financial aid — about 85 percent, or 6 million of the estimated 7.1 million Americans on the ACA exchange — is the amount of their government subsidy.

The U.S. Supreme Court announced last week that it would hear a challenge to the legality of subsidies offered through the federally run exchanges in 36 states, including Florida. A decision is not expected until spring at the earliest.

Pollitz cited a number of reasons why consumers will see a difference in the amount of financial help they receive next year compared to 2014, among them an adjustment to the federal poverty level for 2015.

But the biggest reason, she said, is a change in the cost of the second-lowest-priced mid-range plan in each county — the so-called "benchmark plan" used to determine the amount of financial help each consumer receives.

In Miami, the price of the benchmark plan for a hypothetical 40-year-old non-smoker earning $30,000 per year is scheduled to increase by 1.8 percent, from $269 a month in 2014 to $274 in 2015, according to a Kaiser analysis.

In 2014, that consumer would have received a government subsidy of $60 a month toward his premiums. However, because the price of the second-lowest-priced mid-range plan increased in 2015, so will that consumer's subsidy — to $66 a month.

But that consumer will receive the higher subsidy only by updating his or her application for financial aid through the ACA exchange, and by re-selecting the correct benchmark plan, which may change from one year to the next.

If consumers neglect to update their health plan by Dec. 15, Pollitz said, those in states using the federally-run exchange at healthcare.gov will automatically receive the same tax credit as they did in 2014.

"In most cases," Pollitz said, "that amount will be a little bit wrong — too high or too low."

About 91 percent of Floridians who bought a plan on the ACA exchange for 2014 received financial aid from the government, according to the U.S. Department of Health and Human Services. The average premium in Florida was $68 a month.

**MENJIVAR ATTACHMENT HH**

In order to avoid potential pitfalls when re-enrolling, and to find the plan that best fits their needs, consumers should seek in-person assistance from a trained professional, said Jodi Ray, director of Florida Covering Kids & Families, a program of the University of South Florida, which received a $5.3 million grant from HHS to provide in-person assistance for consumers.

**RELATED STORIES FROM MIAMI HERALD**



Resources for Florida residents signing up for coverage under Obamacare



Obamacare health plans now available to preview



Obamacare consultant under fire for 'stupidity of the American voter' comment

The USF program will have about 160 so-called "navigators" across Florida's 67 counties, including Miami-Dade and Monroe, where the Health Council of South Florida will act as a partner.

"The navigator can walk you through not just the costs of the plan but also what the benefits are, what drugs are covered, which hospitals and doctors you can visit," Ray said, adding that many navigators have backgrounds in community outreach or healthcare.

One important date for consumers to keep in mind is Dec. 15. First-time consumers must sign up by that date for coverage starting Jan. 1.

**MENJIVAR ATTACHMENT HH**

That's also the date by which returning customers must select a plan — or else they will be automatically re-enrolled in the same plan, or a similar plan if theirs is no longer offered for 2015. Those consumers also will be automatically re-enrolled with the same subsidy they received for 2014.

But even if consumers are automatically re-enrolled, they can change their plan up until the end of open enrollment on Feb. 15.

Eligible Americans who do not sign up by that date will be hit with penalties — 2 percent of annual income, or $325 per uninsured adult and $162.50 per uninsured child, whichever is greater.

Sabrina Corlette, a senior research fellow at Georgetown University's Center on Health Insurance Reform, said it's imperative for consumers to comparison shop.

State regulators calculate that the average premium for all health plans in Florida's individual market will rise by 13.2 percent next year. But some insurers have reduced premiums in 2015.

"If you're enrolled in a plan that had a big premium hike," Corlette said, "then in all likelihood there's a more affordable plan available."

However, consumers should not buy plans based on the monthly price alone, said Maura Shiffman of the Health Council of South Florida.

"Sometimes the bottom-line price looks wonderful," she said, "but when you actually start utilizing the services, you realize the out-of-pocket costs are very high or a doctor or specialist you trust isn't in the provider network."

Shiffman said the majority of her group's navigators are bilingual in Spanish or Creole, part of a push to enroll minorities. Hispanic enrollment lagged behind that of other groups last year.

One significant challenge for navigators, insurance agents and others helping to enroll consumers for subsidized plans on the ACA exchange will be a lack of awareness. According to a Kaiser poll conducted in October, about 89 percent of uninsured consumers from 18 to 64 years old did not know that open enrollment would begin in November.

**MENJIVAR ATTACHMENT HH**

Case 0:18-cv-62593-DPG Document 12-3 Entered on FLSD Docket 10/29/2018 Page 65 of 92
PX 1
Page 384 of 679

Consumers who enrolled for 2014 should expect a letter from their insurer informing them of changes to their premiums or plan benefits.

The federal government estimates that 83 percent, or about 5.9 million of the current 7.1 million enrollees nationwide will renew their ACA coverage.

Karen Egozi, CEO of the Epilepsy Foundation of Florida, said she was concerned by the lack of interest from consumers so far.

"Last year people were calling months ahead of time [for information]," said Egozi, whose Doral-based group received an $871,000 grant from HHS and will hire 96 navigators. "I don't understand why it's been relatively quiet with enrollment so close."

Navigators are not the only resources consumers can go to for help. Insurance brokers also are promoting their services — on billboards, fliers and other advertisements.

Last spring, as the enrollment deadline loomed, consumers formed long lines outside of Sunshine Life & Health Advisors, an insurance agency in the Mall of the Americas, off West Flagler Street.

Navigators and agents are certified by the federal government to help consumers, but there's an important difference: Navigators are not allowed to make recommendations about what plan a consumer should choose.

Cameron Girouard, chief compliance officer at the Health Benefits Center of Hollywood, an insurance agency, said that's a disservice to consumers.

"That's one of the reasons we're telling consumers that they should choose us over a navigator," she said. "We have the freedom to help the consumer figure out what's in their best interest."

Insurance agents also receive a commission from the company whose plans they sell, though — an incentive that navigators are quick to point out.

"There's no financial gain for navigators to enroll consumers in any one plan," said Ray of USF.

**MENJIVAR ATTACHMENT HH**

With dozens of plans offered in Miami-Dade and Broward, consumers will choose from different tiers or "metal levels" of plans.

There are a few important things consumers should keep in mind, including their total out-of-pocket costs, such as deductibles and co-payments, and their anticipated healthcare needs, said Carrie McLean, director of customer care for eHealth Insurance.

Typically, plans with higher monthly premiums offer lower out-of-pocket costs — providing better value for consumers with chronic health conditions or those who anticipate costly medical treatment.

Of the plans sold on the ACA exchange for 2014, the most popular type selected by Floridians was the silver or mid-range plan, which was selected by nearly three of four consumers.

# Health Insurance Marketplace Calculator

Financial Help for Health Insurance Coverage through Marketplaces

## ABOUT THIS TOOL

### Enter Information About Your Household

**1.** Select a State     [ US Average ∨ ]   ?

**2.** Enter income as     [ 2018 Dollars ∨ ]

**3.** Enter your yearly household income (dollars)     [   ]   ?

**4.** Is coverage available from your or your spouse's job?     [ No   ∨ ]   ?

**5.** Number of people in family     [ 1   ∨ ]   ?

**6.** Number of adults (21 to 64) enrolling in Marketplace coverage     [ No Adults ∨ ]   ?

**7.** Number of children (20 and     [ No Children ∨ ]

**MENJIVAR ATTACHMENT HH**

Case 0:18-cv-62593-DPG   Document 12-3   Entered on FLSD Docket 10/29/2018   Page 67 of 92
PX 1
Page 388 of 679

ourselves in our customers' shoes every day because we can't do otherwise.

**Interviewer:** What sets you apart from competitors?

**Steve Dorfman:** This is a tough question. We really do see ourselves as unique in the health insurance space. That said, we recognize that plenty of other companies and organizations do a version of what we do. We believe our biggest differentiator—what truly sets us apart from the rest—is our unwavering commitment to customer service. We strive to form personal relationships with everyone we serve, no matter their location, needs, or budget.

**Interviewer:** What internal policies or processes are you most proud of?

**Steve Dorfman:** All new employees go through a rigorous, proprietary training process that emphasizes far more than the fundamentals of insurance sales. After all, we only hire licensed insurance agents, so we expect our entire team to have that part of the job locked down before they come onboard. Our training is all about *culture*—instilling that sense of mission and purpose that sets us apart from competitors.

**Interviewer:** Are you hiring?

**Steve Dorfman:** Yes! As consumers' health insurance needs change, we're growing and changing along with them. We're always looking to meet highly motivated, qualified professionals with insurance experience—or a willingness to learn. Our website has up-to-date information about the positions we aim to fill.

**Interviewer:** What are the biggest challenges facing your customers? Any issues you hear from them day in and day out?

**Steve Dorfman:** Again and again, we hear from healthcare consumers who are simply fed up with the confusing, conflicting nature of the health insurance marketplace. While the passage of the Affordable Care Act made health insurance accessible to millions of people who previously didn't have good access, it did little to reduce noise in the marketplace. If anything, health insurance has become more difficult to parse in the years since.

The flip side of this is that health insurance really does cost less than most people think. It's our job to connect people with plans that best fit their needs and budget, without any hidden agendas.

**Interviewer:** Are you optimistic about the future of America's healthcare industry? Concerned?

**Steve Dorfman:** I'm optimistic that we'll continue to improve and expand our ability to provide quality health insurance plans to a wide spectrum of customers, with premiums they can afford. When it comes to the nuts and bolts of health insurance and healthcare

**MENJIVAR ATTACHMENT II**

policy, I'm a realist. Healthcare policy is tough stuff. I see Simple
Health's role as facilitating choice and helping customers roll with
future changes that we see as all but inevitable—even if we're not yet
sure how they'll look.

**MENJIVAR ATTACHMENT II**

# Menjivar Attachment JJ





SUZANNEDELAWARSTUDIOS



SUZANNEDELAWARSTUDIOS

**MENJIVAR ATTACHMENT JJ**



SUZANNEDELAWARSTUDIOS

MENJIVAR ATTACHMENT JJ



SUZANNEDELAWARSTUDIOS

MENJIVAR ATTACHMENT JJ



**MENJIVAR ATTACHMENT JJ**



MENJIVAR ATTACHMENT JJ



MENJIVAR ATTACHMENT JJ



SUZANNEDELAWARSTUDIOS

MENJIVAR ATTACHMENT JJ



SUZANNEDELAWARSTUDIOS

**MENJIVAR ATTACHMENT JJ**



MENJIVAR ATTACHMENT JJ



**MENJIVAR ATTACHMENT JJ**



**MENJIVAR ATTACHMENT JJ**





MENJIVAR ATTACHMENT JJ

# Menjivar Attachment KK

**From:** ████████
**To:** "jbrakfes@springheaghtsma.com"
**Subject:** Health Benefits One ██████ 95247
**Date:** Thursday, January 11, 2018 9:41:15 AM
**Attachments:** image001.png
image002.png
Health Benefits One Reserve Report.xls

Good Morning,

Below is a chart of the last 13 months of processing and I've also attached a reserve report.   The account was on 100% hold from December 20th – January 9th when it was placed back on 10%.
If you need any more information please let me know.

| Month | Net $ | Total Trans | Punch $ | Punch Trans | Ref $ | Ref Trans | Ret Trans % | C/B Trans | C/B Amt | Retrievals Trans | Retrievals Amt | C/B % | Retrieval % | MC-ECP | VI-ECP | Avg NDX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January 2018 | $34,598.40 734 | | $39,245.90 648 | | $7,647.50 86 | | 11.72 | 26 | $2,270.15 0 | | $0.00 4.01 | 0 | | | | 34 |
| December 2017 | $90,481.00 1719 | | $107,814.90 1535 | | $17,333.90 184 | | 10.7 | 55 | $4,157.85 0 | | $0.00 3.58 | 0 | | | | 39 |
| November 2017 | $63,874.60 1317 | | $85,421.15 1102 | | $21,546.55 215 | | 16.32 | 31 | $2,688.85 0 | | $0.00 2.81 | 0 | | | | 34 |
| October 2017 | $45,077.90 836 | | $58,837.05 717 | | $13,759.15 119 | | 14.23 | 25 | $2,523.85 0 | | $0.00 3.49 | 0 | | | | 34 |
| September 2017 | $36,486.96 680 | | $49,491.51 571 | | $13,004.55 109 | | 16.03 | 34 | $3,973.35 0 | | $0.00 5.93 | 0 | | | | 34 |
| August 2017 | $39,094.00 759 | | $58,915.65 587 | | $19,821.65 172 | | 22.66 | 19 | $2,339.15 0 | | $0.00 3.24 | 0 | | | | 27 |
| July 2017 | $39,338.55 670 | | $61,505.80 485 | | $22,167.25 185 | | 27.61 | 14 | $1,639.30 0 | | $0.00 2.89 | 0 | | | | 22 |
| June 2017 | $24,375.55 277 | | $30,468.35 233 | | $6,092.80 44 | | 15.88 | 4 | $441.85 0 | | $0.00 1.72 | 0 | | | | 38 |
| May 2017 | $459.40 26 | | $1,039.15 21 | | $599.75 5 | | 19.23 | 0 | $0.00 0 | | $0.00 0 | 0 | | | | 0 |
| April 2017 | $4,408.40 67 | | $5,837.85 56 | | $1,429.45 11 | | 16.42 | 2 | $534.85 1 | | $30.00 12.5 | 1.79 | | | | 36 |
| March 2017 | $540.00 18 | | $540.00 18 | | $0.00 0 | | 0 | 1 | $30.00 0 | | $0.00 5.56 | 0 | | | | 27 |
| February 2017 | $510.00 17 | | $510.00 17 | | $0.00 0 | | 0 | 1 | $30.00 0 | | $0.00 5.88 | 0 | | | | 0 |
| January 2017 | $720.00 24 | | $720.00 24 | | $0.00 0 | | 0 | 2 | $60.00 0 | | $0.00 8.33 | 0 | | | | 0 |

C ███████ N


EVO Payments International
520 Cumberland Ave. Portland, ME USA
evo@evopayments.com

█

This e-mail contains information that may be confidential and/or proprietary. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized. If you are not the intended recipient of this transmission, any disclosure, copying, use, or distribution of the information included in this e-mail and any attachments is strictly prohibited. If you have received this transmission in error, please notify us by reply e-mail immediately and permanently delete this e-mail and any attachments. Thank you.

*Go Green!* ████████████████████████████

**MENJIVAR ATTACHMENT KK**

# Menjivar Attachment LL

| | |
|---|---|
| **From:** | ██████ N██ |
| **To:** | "HealthbenefitLLC@gmail.com" |
| **Subject:** | Health Benefits One ███ 95247 |
| **Date:** | Tuesday, January 09, 2018 12:00:29 PM |
| **Attachments:** | image001.png |
| | image002.png |

Good Afternoon,

Your merchant account is currently flagging our chargeback thresholds for being over 50 chargebacks in a given month.  The account received 55 Chargebacks in December for a total of $4,157.85.  Also, the chargeback ratio last month was 3.58%, which is over the allowed ratio of Visa/MasterCard.

Due to the increase in chargeback activity and the potential flags from Visa/MasterCard, the account is currently on 100% hold pending a chargeback review.  We would need you to submit a chargeback reduction plan at this time, because Visa/MasterCard may contact us for one given the current ratios.

The account has also received 17 chargebacks through the first 9 days of this month, putting it on pace to reach 50 chargebacks this month as well.  What is the reasoning for the increase in chargebacks?

If you have any questions please let me know.  You can e-mail me the reduction plan or fax it to my attention at ████████

Thanks,



EVO Payments International
320 Cumberland Ave, Portland, ME USA
evopayments.us



This e-mail contains information that may be confidential and/or proprietary. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized. If you are not the intended recipient of this transmission, any disclosure, copying, use, or distribution of the information included in this e-mail and any attachments is strictly prohibited. If you have received this transmission in error, please notify us by reply e-mail immediately and permanently delete this e-mail and any attachments. Thank you.

*Go Green!* Please consider the environment before printing this email.

**MENJIVAR ATTACHMENT LL**

# Menjivar Attachment MM

**From:** ▓ A███████
**To:** "David Caldes"
**Cc:** Jonathan Garcia
**Subject:** RE: Health Benefits One ██████95247 (Response)
**Date:** Friday, February 09, 2018 7:23:23 AM
**Attachments:** image001.png
image002.jpg
image003.jpg
image004.jpg
image005.jpg

---

David,

Unfortunately with the continued increase in chargebacks we were unable to keep the account open. You will need to find another processor.

Sorry for the inconvenience.

Thanks,

██

**From:** David Caldes [mailto:dcaldes@simplehealthplans.com]
**Sent:** Thursday, February 08, 2018 5:37 PM
**To:** J██ A███
**Cc:** C███████ N█████ Jonathan Garcia
**Subject:** RE: Health Benefits One ██████95247 (Response)

██,

We are having issues with our account processing payments.  I tried calling, but after 20 minutes on hold, they informed me that the department who can help resolve this issue is closed for the day.  I don't understand how there isn't a team that can assist with this 24/7 or if there was an issue with our account that was notated, how we were not notified immediately to discuss this with someone there.

Please let us know ASAP how to get this fixed.

Thanks.

David

**From:** J██ A███████████████
**Sent:** Wednesday, January 17, 2018 12:15 PM
**To:** David Caldes <dcaldes@simplehealthplans.com>
**Cc:** C███████ N█████████ Jonathan Garcia <JGarcia@simplehealthplans.com>
**Subject:** RE: Health Benefits One ██████95247 (Response)

David,

**MENJIVAR ATTACHMENT MM**

Thank you for your response. We will continue to monitor the account for improvement.

The contact information we have on file is below. If this is not correct let me know.

David Caldes  954-362-9550 /dcaldes@simplehealthplans.com

Jonathan Garcia 954-892-6845 / jgarcia@simplehealthplans.com

Thank you,







EVO Payments International
320 Cumberland Ave, Portland, ME 04101, USA
www.EVOPayments.us

This e-mail contains information that may be confidential and/or proprietary. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized. If you are not the intended recipient of this transmission, any disclosure, copying, use, or distribution of the information included in this e-mail and any attachments is strictly prohibited. If you have received this transmission in error, please notify us by reply e-mail immediately and permanently delete this e-mail and any attachments. Thank you.

*Go Green!* Please consider the environment before printing this email.

**From:** David Caldes [mailto:dcaldes@simplehealthplans.com]
**Sent:** Monday, January 15, 2018 8:47 PM
**To:** ███████
**Cc:** ███████████; Jonathan Garcia
**Subject:** Health Benefits One ██████95247 (Response)

██ & C███,

Thank you for working with us on this matter.  After receiving the notice on 1/10/18, I was able to meet with several members of our team to discuss the issues with the "Chargeback Threshold Breach" to see what caused the increase, how we can work towards reducing the Chargebacks and setting in measures to attempt to prevent future spikes.

**Chargeback Reduction Plan**

The products that Health Benefits One, LLC (HBO) sells through this merchant account are based in

**MENJIVAR ATTACHMENT MM**

Health Benefits Coverage.  Due to federal statutes (Patient Protection & Affordable Care Act, a.k.a. Obamacare), our business has become seasonal with increased production during the annual Open Enrollment Period.

This trend of increased production during the Open Enrollment Period (11/1/17-12/15/17) continued this year as evidenced by the 350+% increase in production during that time period over the previous months' average.  With this increase in production came an increase in Chargeback volume (over 50 in a month).

Our Customer Service & Retention teams also experienced an increase in call volume and confusion from members due to the uncertainty caused by the political proposals in healthcare.  With the President's declarations of 'Repeal & Replace' and changes to healthcare mandates being added to the Tax Reform Plan, the average consumer's lack of understating of the healthcare landscape facilitated a spike in the chargeback percentage.

HBO is in the process of retraining all staff to handle new questions that arise to make sure HBO services all of its clients in a satisfactory manner.

HBO have also partnered with a Chargeback Management team, Chargebacks911, to address both sides of the chargeback issue: prevention and representment.

HBO anticipates a reduction in production and chargebacks over the next several months.

If there are any other measures that your team recommends (best practices) or companies to partner with to help in this effort, please let us know.  We are committed to making sure that this account and our business model is sustainable and in good standing.

One other item I wanted to check in with you is how we can work on future notifications.  The e-mail I received on 1/10/18 was forwarded from 1/9/18, and looked to be the first correspondence regarding this issue.  Were there other e-mails related to this issue that were sent out?  If so, can you please forward along so I can have IT look into why they were not delivered.  If not, is there a way to get these notifications in a timely manner.  The account was put on 100% hold on 12/20/17, but I was not aware until this e-mail chain.

For all other questions, we can jump on a call to discuss.

If anything else is needed, please let me know.

Thanks.

David


**DAVID CALDES**
VP OF OPERATIONS    ANALYTICS


**MENJIVAR ATTACHMENT MM**