# Mandarich Attachment B

---------- Forwarded message ----------
From: <noreply@hiiquote.com>
Date: Tue, Mar 28, 2017 at 6:42 PM
Subject: Payment Receipt Holly Mandarich ALM0048649
To ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## Receipt

Holly Mandarich, thank you for your purchase. Your payment has been
processed, and you will receive an email with details about your purchase
shortly.

**Member Name**
Holly Mandarich

**Member ID**
ALM0048649

**Total Payment**
$208.08

**Payment Method**
VISA
\*\*\*\*\*\*\*\*\*\*\*▮▮▮

**Billed To**
Holly Mandarich
▮▮▮▮▮▮▮▮▮▮
Minturn, CO ▮▮▮▮

Health Insurance Innovations
218 E Bearss Ave, Ste 325
Tampa, Florida

www.hiiquote.com
877-376-5831

PX 15
Page 1 of 13

## DECLARATION OF ROGER PRESCHER
### PURSUANT TO 28 U.S.C. § 1746

I, Roger Prescher, hereby declare as follows:

1.      My name is Roger Prescher. I live in Illinois and am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2.      Until December 30, 2016, I had health insurance through Aetna. However, I began looking for alternatives in mid-December after learning that Aetna planned to exit the individual insurance market in Illinois starting in 2017.

3.      On or about December 12, 2016, I conducted an online search for health insurance and clicked on a website that claimed to offer health insurance quotes. As instructed by the site, I provided certain personal information, including my name, birthdate, and telephone number.

4.      After submitting my information to the website, I started to receive calls almost immediately from people claiming to represent insurance companies. I eventually received a call from a male who identified himself as an insurance agent from Simple Health Plans ("Simple Health"). Although I do not remember the agent's name, he seemed polite and knowledgeable. He asked me questions regarding my medical history, type of plan desired, and affordability. I told the Simple Health agent that I could pay up to $1,000 per month for a major medical policy that would cover my wife and me. I explained that I wanted a full medical health insurance policy similar to my current policy with Aetna, which included doctor visits, specialists, prescription medications, and hospital coverage. I specified that the policy needed to cover certain preexisting medical conditions that my wife and I had been diagnosed with and identified these conditions to the agent. I also explained that I wanted co-pays of about $35 for doctor

1

visits and a $5,000 annual deductible. After I described the policy that I needed, the agent

claimed that he had such a plan with an effective date of December 28, 2016.

5.     The agent described the policy that he found as a PPO, which I understood to

mean a preferred provider organization health insurance plan. The agent claimed that this PPO

plan would cover all of my health insurance needs as well as the preexisting conditions that I had

identified. He explained that the plan had a one-time enrollment fee of approximately $150 and

a monthly "premium" of $720 for a total upfront cost of $870. The agent also assured me that

my primary care doctor was in the plan's network.

6.     The agent identified only two restrictions. First, he said that the plan would not

cover maternity care or drug and alcohol addiction treatment. Second, he said that my wife and I

would need to wait 30 days to visit our doctors while the policy processed in Simple Health's

system. Aside from the 30-day waiting period, which seemed odd, everything else sounded

reasonable. The Simple Health PPO would also cost less than what I was paying currently for

coverage through Aetna. Thus, based on the agent's representations, I agreed to sign up for what

I believed was a major medical PPO health insurance policy with the benefits described above.

7.     After taking my credit card information, the agent helped me finalize the policy

by guiding me through an e-signature verification process on my smart phone. During this

process, which only lasted a couple of minutes, the agent asked me to tap the screen of my phone

as a way of "signing" various documents. I did not have the opportunity to read these

documents. The agent then provided a call back number, told me to expect my insurance card

within two weeks, and ended the call.

8.     Shortly after my call with Simple Health, I received two emails from a company

called Health Insurance Innovations ("HII") that arrived at about the same time. The first email

2

included twelve attachments. The second email contained the subject line, "Roger Prescher -

Your Application for Limited Benefit Health Insurance." True and correct copies of these emails

are attached hereto as **Prescher Att. A** and **Att. B.**

      9.     On or about February 17, 2017, I went to see my general practitioner for a routine

check-up. I provided my insurance card to the office staff when I arrived. As I left, the staff

informed me that they called the company on the back of the card, Administrative Concepts Inc.,

and could not determine the extent of my coverage, which made me suspicious about what other

problems might exist with my plan.

      10.    From March to June of 2017, I received bills for several doctor visits that should

have been covered by the Simple Health plan based on the benefits described during my call with

the agent. Specifically, I visited my doctor about three or four times for routine check-ups, and

was shocked to find that the balances I owed ranged from $145 to $185 per visit. This

contradicted what I had been promised about the plan by Simple Health's agent, who had assured

me that my doctor would be in the plan's network and that the plan would cover all but a $35

copay. I had no choice but to pay these bills and I decided that I would deal with this problem

later.

      11.    Before I had an opportunity to look into my concerns with the policy sold to me

by Simple Health, on or about July 20, 2017, I visited my doctor for foot pain. After examining

me, my doctor directed me to go to the hospital, where surgeons told me that I needed immediate

surgery. I remained in the hospital for a few days following the surgery. As I eventually

learned five months later, the "PPO insurance" plan that I had purchased from Simple Health did

not cover any part of the surgery or hospitalization.

PX 15
Page 4 of 13

12.     After surgery, my doctors recommended additional treatment, including medical imaging and home nursing assistance. However, I was told that the policy I had purchased from Simple Health did not cover any of these treatments, so I declined all of them and my wife helped me for several months. During my recovery, doctors prescribed medications that cost about $325 each to fill. The Simple Health policy covered none of these costs either, despite the agent's promise that it would pay for prescription medications.

13.     From July 31, 2017 to January 2018, I saw specialists for my foot six times. I received a bill for each visit of about $170. I paid each bill out of pocket because the Simple Health policy did not cover any of these costs. Paying these costs, in addition to the $700 monthly "premium" for what increasingly appeared to be useless "insurance," made me angry.

14.     My anger surged on or around December 12, 2018, when I received a bill for my surgery and hospitalization. I was in disbelief. The Simple Health plan, which supposedly was a PPO major medical policy, covered none of the $20,000 costs. At this point, I was certain that Simple Health had deceived me into paying thousands of dollars for a worthless product.

15.     Because I could not find a telephone number for Simple Health, I called HII to cancel my plan on or around December 26, 2017. The representative who took my call explained that HII could not process my cancellation request because HII did not sell me the policy. He said that I would need to contact Simple Health and gave me a number to call. It felt like HII did not want to take responsibility for its products, which added to my frustration.

16.     The same day, I spoke to a Simple Health representative, explained that the policy sold to me had been completely misrepresented, and requested that the policy be canceled immediately.

4

PX 15
Page 5 of 13

17.     I am offended by Simple Health's dishonest sales tactics.  I clearly explained my insurance needs, yet Simple Health sold me a worthless product.  As a result, I spent approximately $25,000 on medical expenses that should have been covered by my insurance.  I believe that Simple Health deliberately misled me just to make a sale.  This company should be prevented from defrauding other consumers.

I state under penalty of perjury that the foregoing statement is true and correct.

Executed on September __23__ 2018.

Roger Prescher

Roger Prescher

5

PX 15
Page 6 of 13

# Prescher Attachment A

Application Form of Limited Benefit Health Insurance between Health Insurance Innovations and Roger Prescher is Signed and Filed!
Application Form of Limited Benefit Health Insurance (part 1) - signed.pdf; Application Form of Limited Benefit Health Insurance (part 2) - signed.pdf; Application Form of Limited Benefit Health Insurance (part 3) - signed.pdf; Application Form of Limited Benefit Health Insurance (part 4) - signed.pdf; Application Form of Limited Benefit Health Insurance (part 5) - signed.pdf; Application Form of Limited Benefit Health Insurance (part 6) - signed.pdf; Application Form of Limited Benefit Health Insurance (part 7) - signed.pdf; Application Form of Limited Benefit Health Insurance (part 8) - signed.pdf; Application Form of Limited Benefit Health Insurance (part 9) - signed.pdf; Application Form of Limited Benefit Health Insurance (part 10) - signed.pdf; Application Form of Limited Benefit Health Insurance (part 11) - signed.pdf; Application Form of Limited Benefit Health Insurance (part 12) - signed.pdf

——Original Message——
From: Health Insurance Innovations <echosign@echosign.com>
To: Health Insurance Innovations <webmaster@hiiquote.com>; ████████████████@netscape.net>
Sent: Mon, Dec 12, 2016 3:13 pm
Subject: Application Form of Limited Benefit Health Insurance between Health Insurance Innovations and Roger Prescher is Signed and Filed!



Prescher Att. A, pg. 1

PX 15
Page 8 of 13

## Application Form of Limited Benefit Health Insurance between Health Insurance Innovations and Roger Prescher is Signed and Filed!



From: Health Insurance Innovations (Health Insurance Innovations )
To: Health Insurance Innovations and Roger Prescher

Attached is a final copy of **Application Form of Limited Benefit Health Insurance**.
Copies have been automatically sent to all parties to the agreement.
You can view **the document** in your Adobe Sign account.
Why use Adobe Sign:

• Exchange, Sign, and File Any Document. In Seconds!
• Set-up Reminders. Instantly Share Copies with Others.
• See All of Your Documents, Anytime, Anywhere.

© HiiQuote.com
To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

Prescher Att. A, pg. 2

 HEALTH
INSURANCE
INNOVATIONS



## Dear Roger Prescher,

Thank you for requesting membership in Alliance for Consumers, USA and applying for Limited Benefit Health Insurance. Once your application is approved and payment is processed, your policy will go into effect 12:01 am on 12/28/2016.

You will be charged $875.69 immediately for your first month of insurance coverage. Future charges to your account will be $720.69 and will be made on the 28 of each month starting 01/28/2017.



Limited Benefit Health Insurance
Axis Limited Medical
$402.40

Teladoc 24/7 doctor visits by telephone
$19.99

Association Dues
$5.50

Rx Helpline
$24.95

Health Education program (PEP)
Online health education & fitness training
$155.00

Sentry Accident Plan
Guarantee Trust Life Insurance Company
$67.40 per month

Freedom Spirit Plus
Federal Insurance Company
$160.45 per month

Dental Savings
CAREINGTON
$40.00 per month

By signing, you acknowledge you have reviewed and understand the details of your purchase and the charges related to you purchase.

Applicant Signature:                    Date:
                                        Dec 12, 2016

Prescher Att. A, pg. 3

PX 15
Page 10 of 13

# Prescher Attachment B

———Original Message———
From: support <support@hiiquote.com>
To: ▓▓▓▓▓▓▓▓▓▓▓
Cc: support <support@hbcinsure.com>
Sent: Mon, Dec 12, 2016 3:13 pm
Subject: Roger Prescher - Your Application for Limited Benefit Health Insurance



HEALTH
INSURANCE
INNOVATIONS



# Dear Roger Prescher,

Thank you for applying for Limited Benefit Health Insurance, underwritten by AXIS Insurance Company through Health Insurance Innovations.

Your plans will begin on the effective dates listed below. If you applied for more than one plan, like a supplemental plan, or purchased another benefit or service, please note that it will be billed separately. If your plan terminates or you cancel it, any other plans, benefits or services you have will remain effective unless you tell us you'd like to cancel.

Prescher Att. B, pg.1

PX 15
Page 12 of 13

 ## Your Coverage & Effective Dates

**Limited Benefit Health Insurance** with an effective date of **12/28/2016**. Monthly Cost: **$452.84**

**Sentry Accident Plan** with an effective date of **12/28/2016**. Amount paid: **$67.40**

**Freedom Spirit Plus** with an effective date of **12/28/2016**. Amount paid: **$160.45**

**Dental Savings** with an effective date of **12/28/2016**. Amount paid: **$40.00**

 ## The Documents You Need

All of the details about your coverage are available for you online at **HIIQuoteCustomers.com**.

Please read the details carefully. We've created a user ID and password for you, so you can:

- Log in immediately
- View and download the details about your coverage
- Print duplicate ID cards if you need them

You will also receive a welcome letter in 7-10 business days that includes your ID card.



**User ID:** ▉▉▉▉▉▉▉

**Password:** ▉▉▉▉▉▉▉

For Your Security, please Update your password after logging in.

 ## Understanding Your Plan

We know things can get complicated when it comes to insurance. That's why we're committed to helping you understand your plan and how to use it.

Limited Benefit Health Insurance plans can supplement your existing healthcare coverage. In the case of serious injury or medical illness, these plans can provide much needed financial peace of mind, as major medical policies do not always cover the full cost of certain health concerns.

We want your plan to work for you. Here are a few benefits your plan provides:

- Next day coverage

- No waiting period for accidental injuries or sickness
- Freedom to choose any provider or hospital

Limited Benefit Health Insurance is not considered "minimal essential coverage" under the Affordable Care Act and you may be subject to tax penalty.



**Eligibility, Benefits & Claims Services**
Administrative Concepts, Inc.
1.800.964.7096



**Billing & Customer Service**
Health Insurance Innovations
1.877.376.5831
Monday - Friday 8:30am to 7:00pm EST
HIIQuoteCustomers.com



**30 - Day Free Look**
Your Satisfaction Is Important

We want you to be happy with your coverage. If you find that you've purchased your plan in error or its just not the right plan for you, you can cancel your plan, as long as no claims have been filed, within 30 days of your receipt and you'll get all your money **back-guaranteed.**

Health Insurance Innovations
216 E Bearss Ave, Ste 325
Tampa, Florida
www.hiiquote.com
877.376.5831

Prescher Att. B, pg.3

## DECLARATION OF AMANDA SCOTT
### PURSUANT TO 28 U.S.C. § 1746

I, Amanda Scott, hereby declare as follows:

1.      My name is Amanda Scott. I live in New Jersey and am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

### Sales Call

2.      On or about July 10, 2017, I was looking for health insurance online. I had recently left my job and needed to replace the insurance that I had received through my previous employer. I submitted my contact information to what looked like the government's official health care website. A few minutes later, I received a call from a representative of Simple Health, who said that she could find an affordable health insurance plan that met my needs.

3.      The representative said she would put together a "package" deal that included health, dental, and vision insurance. She claimed that she could offer all of these plans to me at the discounted price of $193 per month, in part, because I did not need pregnancy coverage. She said that the first month's payment would be a little higher due to enrollment fees.

4.      During our conversation, in response to my questions, the representative repeatedly assured me that the plan she offered was major medical insurance. I understood this to mean a plan that would -- with a nominal co-pay -- cover routine hospital and doctor visits, medical tests, and prescription drugs. The representative said that I would receive an enrollment package in the mail within a few days. She also said that I could obtain a full refund if I cancelled within the first 15 days. Based on these representations, I agreed to enroll in the plan.

l

PX 16
Page 2 of 52

5.      I provided Simple Health with my credit card information, which was charged

$228.30 on July 12 by "HEALTH INSURANCE I 877-3676842 FL" and $119.95 on July 13 by

"HEALTH BENEFITS ON 800-4921834 FL."

6.      On or around July 17, 2017, after I still had not received the promised enrollment

package, I called Simple Health to check on the status of my application.  A different

representative confirmed my enrollment but said that all of the materials would be provided

electronically.  This seemed odd.

### Emails

7.      I received at least four emails related to the various products and services that

Simple Health purchased on my behalf.  On July 10, 2017, I received two messages regarding

something identified as "4Core Health" from the address cs-simple@simplehealthplans.com.

The first message welcomed me to the "4Core Health program" and linked to an "Introduction

Fulfillment Packet" containing "basic information" about my "benefits."  True and correct copies

of this email and the fulfillment packet are attached hereto as **Scott Attachments A and B

respectively**.  The email included the following statement:  "THIS IS NOT INSURANCE."

8.      The second email, which included the heading "4Core Member Payment

Receipt," thanked me for my order and confirmed that my credit card had been charged $119.95

for the 4Core Health program.  It stated that my "benefits" included:  "Personal Wellness

Specialist," "Prescription Savings Program," "Lab Corp Blood Testing Discounts," "Annual

Blood Test Panel," and "1-800MD Telemedicine Program."  A true and correct copy of this

email is attached hereto as **Scott Attachment C**.

9.      I received a third email on June 22, 2017 from "Health Insurance Innovations"

("HII") at echosign@echosign.com.  A true and correct copy of this email is attached hereto as

PX 16
Page 3 of 52

**Scott Attachment D.** This email prompted me to click on a link in order to "review and sign Application Form of Supplemental Coverage Tool." That same day, I received a fourth email from HII at the same address that linked to eight separate "supplemental coverage" applications that I subsequently downloaded. True and correct copies of this fourth email and the eight supplemental coverage applications are attached hereto as **Scott Attachments E** through **M**. Each of the eight "supplemental coverage" documents purported to be signed by me on June 22, 2017. I vaguely recall at one point the representative sending documents to sign electronically. The representative waited on the line as I completed the e-sign process. I felt rushed as he instructed me where to tap to display my signature on each document, without reviewing the material. I also recall going through a "verification" process at the end of the sales call during which I was asked to verbally agree to various terms and conditions, none of which were clearly explained or disclosed.

10.     The first document associated with the June 22 email from Health Insurance Innovations thanked me "for requesting membership in Med-Sense Guaranteed Association" and described my "coverage" as follows: 1) a "health education program" consisting of "online health education & fitness training" at $80 per month; 2) the "Sentry Accident Plan" at $47.40 per month; 3) the Careintgon "dental savings" plan at $30 per month; and 4) the "Freedom Spirit Plus Cost inclusive of monthly Med-Sense Dues & Plan Cost" [sic] provided by the "Federal Insurance Company" at $70.90 per month. *See* Attachment E.

11.     Other documents associated with the June 22 email:

a.   State that I had enrolled in the "Med-Sense Guaranteed Association" "group accident insurance" policy, which included "Accidental Death and Dismemberment Benefits." *See* Attachments G and I;

3

PX 16
Page 4 of 52

     b.   Refer to the "many benefits" associated with the "Med-Sense" association, including "Sprint, ID resolution, floral discounts, gym America [sic], vitamin discounts, car rental, and car perks." *See* Attachment J; and

     c.   Describe "ScripPal" as a service that provides "DISCOUNTS ONLY and is NOT INSURANCE." *See* Attachment K.

12.     I received a fourth email on July 31, 2017 concerning my "Wellness Plan of America" membership.  A true and correct copy of this email is attached hereto as **Scott Attachment N**.  The email listed six "exceptional health & wellness benefits" of the plan purportedly worth $5076, including:  1) $1395 in prescription savings; 2) a telemedicine service valued at $1495; 3) access to "wellness specialists" valued at $727, 4) $700 worth of "diagnostic testing"; 5) "healthy lifestyle" benefits worth $634, including "life extension naturopaths" and "comprehensive educational lifestyle coaching"; and 6) $125 in "pet savings."  The email also contained the following disclaimer:  "THIS PLAN IS NOT INSURANCE and is not intended to replace health insurance."

### Cancellation and Partial Refund

13.     Prior to receiving these emails, I had never heard of 4Core Health, Health Insurance Innovations, Med-Sense Guaranteed Association, Freedom Spirit Plus, ScripPal, or the Wellness Plan of America.  As I stated clearly and repeatedly during my initial call with the Simple Health representative, I needed health insurance.  I did not need -- and would never have agreed to pay for -- a medical or prescription discount program, a personal wellness specialist, a telemedicine service, death and dismemberment insurance, lifestyle coaching, floral, pet, or vitamin discounts, or any of the other "benefits" described in the emails and related documents.

14.     I conducted additional research and found complaints from many other consumers who, like me, had been led to believe by Simple Health that they had enrolled in a conventional health insurance plan only to discover, after being charged, that they had actually signed up for miscellaneous other products and services.

15.     On or about July 31, 2017, I called Simple Health to figure out what exactly they had sold me. I called seven times and spoke to multiple employees, none of whom could satisfactorily explain why I was paying for a medical discount plan and a death and dismemberment policy as opposed to health insurance. Everyone I spoke to kept assuring me that I had a "health concierge" who would help me schedule appointments. However, no one seemed to know who this person was or how to contact them. Exasperated, I asked to cancel my policy. The employee on the phone at this point informed me that I was not eligible for a refund because the 15-day grace period had passed. He then either hung up on me or the line became disconnected. I tried calling back but no one answered. I also tried emailing customer service but the message bounced back as an invalid address.

16.     On or about August 6, 2017, I filed a complaint against Simple Health with the Better Business Bureau. Around the time of my complaint to the BBB, I called Simple Health to cancel my policy. The representative attempted to persuade me to keep the policy by arguing that it would be cheaper than actual health insurance. He also claimed that I would incur additional costs because open enrollment had ended.

17.     Less than a week later, Simple Health refunded $273.25 of the $348.25 that I paid in enrollment fees and premiums. In its response to my complaint, Simple Health incorrectly represented to the BBB that I had been "fully refunded." Although I believe that I am entitled to a full refund, pursing one does not seem worth the time or aggravation.

5

I state under penalty of perjury that the foregoing statement is true and correct.

Executed on _ApRil 3RD_____, 2017.

Amanda Scott

6

PX 16
Page 7 of 52

# Scott Attachment A

<cs-simple@simplehealthplans.com> Date:
Jul 10, 2017 6:12 PM
Subject: Welcome to 4Core Health
To: <█████████████████████>
Cc:

CoreHealth

07/10/2017

Member Amanda Scott
Address ████████████
███████████████████

WELCOME Amanda,

We are delighted to bring you the 4Core Health program.

Member ID: 4C3863452

You will receive a separate e-mail with your username and password combination. Once you receive that - log into member portal: Click Here

Please click the following link to see basic information on your
benefits **Introduction Fulfillment Packet**.

Link to securely register and access your program. THIS IS NOT INSURANCE

You will find simple step-by-step instructions on how to get started. We are here to help with any questions you have. Please feel free to call us at Service Number or e-mail us Customer Service Email

Your Member Services Team
**888-451-6827**

IMPORTANT WARNING:
This electronic transmission is intended for use of the person or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited.Please notify the sender immediately to arrange for the return or destruction of these misdirected documents. This message may contain Electronic Protected Health Information (EPHI). You, the recipient, are obligated to maintain it in a safe, secure and confidential manner.Re-disclosure without authorization or as permitted by law is prohibited. by federal law, 45 CFR Parts 160 et sequitur

**Scott Att. A, p.1**

PX 16
Page 9 of 52

# Scott Attachment B





# 4COREHEALTH

## INTRODUCTION FULFILLMENT PACKET

As a 4Core Health member you will have access to

- ✓ FREE Wellness Specialist to coordinate your journey to wellness
- ✓ FREE Prescription Assistance Program Cost Analysis to access saving on your Rx medications
- ✓ 1-800MD National Telemedicine Program offering fast and convenient access to quality medical care 24 hours a day, 7 days a week, 365 day a year
- ✓ Blood testing service offering hundreds of blood tests to help you head off potential problems. Yours at a fraction of what commercial blood labs charge, with no insurance required (or accepted)

**4CoreHealth** is a comprehensive membership designed to address everyday health and wellness needs. This program was created to assist members in making the necessary lifestyle changes vital to long term health through free services in addition to members only savings on wellness benefits. What makes 4Core unique is that we provide access to our highly trained Wellness Specialist as members make the journey to good health and wellness.

**OUR MISSION:** *To improve our member's quality of life by offering programs and lifestyle benefits supported by Personal Wellness Specialist who promote good health and wellness to live long and live well.*

**4COREHEALTH**
Fort Lauderdale, FL 33306

www.4CoreHealth.com

**1-888-451-6827**

Scott Att. B, p.1

PX 16
Page 11 of 52



Dear New Member,

Welcome to 4CoreHealth and thank you for becoming a member. We look forward to serving you and your family as part of our commitment to provide programs that aid in supporting your everyday health and wellness needs for you to save money and live healthier.

4CoreHealth values your membership and will work continuously to make your experience a pleasant one. Our purpose is clearly stated *'health is the greatest of human blessings'- Hippocrates,* and 4CoreHealth can help you accomplish this every day by offering you the following individualized support:

- *Personal Wellness Specialist - to coordinate all activities on your journey to health and wellness*
- *1-800MD offers fast and convenient access to U.S board-certified Doctors and Pediatricians 24 hours a day, 7 days a week and 365 days a year throughout the United States in all 50 States. Physicians discuss symptoms, recommend treatment options, diagnose many common conditions, prescribe and phone in medications to your local pharmacy when appropriate. Telemedicine services save time and money by avoiding unnecessary doctor's office or ER visits.*
- *Prescription Savings - a comprehensive program that utilizes a network of prescription resources to find you the lowest price available on your prescription medications. Wellness Specialist team will provide you a free detailed analysis of your available savings and Prescription Assistance Program may even provide your eligible medications for FREE*
- Blood testing service LabCorp offering hundreds of blood tests to help you head off potential problems. Yours at a fraction of what commercial blood labs charge, with no insurance required (or accepted)

Call our Personal Wellness Specialist staff at 1-888-451-6827, Monday to Friday from 9 am to 5pm EST for more information on additional programs to further assist your journey to wellness. Thank you for placing your trust in 4Core and we look forward to assisting you on your journey to wellness.

Healthy Regards,
4CoreHealth

**Scott Att. B, p.2**

# 4COREHEALTH WELLNESS BENEFITS

As a 4CoreHealth member you'll have unlimited FREE access to the following Wellness Programs and services as they are all included in your membership.

Again, these are all at NO COST TO YOU and are meant to provide guidance, support, and direction on your journey to natural good health and wellness.



## PERSONAL WELLNESS SPECIALIST

Allow our personal Wellness Specialist team to coordinate your journey to wellness for your lifetime.  Your personal Wellness Specialist will help you navigate your lifestyle benefits to continuously make the most of your membership.

Our Wellness Specialists are dedicated to helping members save time and money by assisting with the most common health and wellness needs including:
- Locating a healthcare provider for treatment such as: Doctor, Dental, Vision, Hearing, Routine Checkups, or preventative care.
- Medical Imaging appointments such as CT Scans, MRI's, X-Rays, Ultrasounds and more call your specialist
- Services to assist in negotiating existing medical bills
- Locating medical equipment at the lowest possible price
- Locating and ordering medical Supplies
- Scheduling Blood Testing such as Cancer Screening & other preventative Tests
- Colonoscopy & Endoscopy Scheduling and price negotiations
- Escalation to our Prescription Savings Specialists who will find your medications at the lowest possible price; as an example, on average members save UP TO 85% off the current costs of their brand name medications with 4Core's Prescription Assistance Program.

Get started on your wellness journey today call your Personal Wellness Specialist at: 1-888-451-6827.



## 1-800MD TELEMEDICINE PROGRAM



1-800MD's national telemedicine program provides fast and convenient access to quality medical care 24 hours a day, 7 days a week, 365 day a year for a physician consultation. It's an easily accessible alternative to non-emergent Emergency Room visits, Urgent Care Clinic visits or the inconvenience of traveling to a scheduled appointment with your Primary Care Physician, during and after normal business hours, from home, office or while traveling.  Members can request a FREE physician consultation by telephone calling 1-800-530-8666 or on-line at**www.1800md.com**

**Scott Att. B, p.3**




## PRESCRIPTION ASSISTANCE PROGRAM

Prescription Savings is a comprehensive program that utilizes a network of prescription resources to find the lowest price available on your prescription medications.  The prescription team experts work on your behalf to provide a FREE detailed analysis of your available savings through the Prescription Assistance Program.

**Prescription Assistance Program offers:**

- Prescription Expert who works on your behalf as a personal prescription advocate
- Access to thousands of FDA approved medications
- FDA approved brand name prescription medications starting at $25.00 per prescription per month service fee per eligible medication...and you make the decision if the value of your savings makes sense to you
- Access to substantial savings on eligible generic prescription medications
- No age or income limit to apply for the Prescription Assistance Program
- No limit on the number of medications
- Prescription experts will personally communicate with your Doctors to obtain signatures
- Prescription experts will assist in completion and submission of all paperwork directly to each pharmaceutical company and or physician's office
- Adding or changing medications or dosages is fast and easy by just contacting your 4CORE prescription expert
- Prescription expert manage the process of your prescription re-order
- Prescription expert to manage your annual re-qualification requirements

**Reasons to Utilize the Prescription Assistance Programs:**

1. Studies have consistently shown that 20 percent to 30 percent of medication prescriptions are never filled (High Cost Medication).
2. Approximately 50 percent of medications for chronic disease are not taken as prescribed are not filled.
3. 1/3 of patients take all their medicine, 1/3 take some, 1/3 don't take any at all (Rx prescription never filled cost).

## How we make Prescriptions Easy for You!

Information you need to have available when speaking with your Prescription Expert.

PAP experts call each potential PAP member to review the information below.

Members Applying for a PAP medication need to:

1. Verify medication Name, Dosage and Frequency.

2. Have on hand all prescribing Physician Information, while also confirming the Physician's Office will accept shipments of medications if necessary.

3. Explain how medication will be serviced (Pharmacy Card, Medication Shipped to Home or Physician's Office, etc.).

Member expectations set for Length of Program, Enrollment, Re-enrollment Periods and other program information

*If you take prescription medications and have a hard time affording the cost, please contact the 4Core Wellness Specialist today at 1-888-451-6827to see how we can help.*

**Scott Att. B, p.4**

 **BLOOD TESTING SERVICES** 

LabCorp offers unique blood test services to help you head off potential problems with hundreds of blood tests and comprehensive panels. In addition, they cost a fraction of what commercial blood labs charge, with no insurance required (or accepted).

Take control of your own health with this innovative blood testing service.

- Remarkably affordable member prices
- No insurance required or accepted
- Nearby locations by Zip code

### Testing is as easy as 1-2-3

1. Call 1-888-451-6827.
2. Take the requisition you'll receive by mail to a local LabCorp Patient Service Center blood lab.
3. Have your blood drawn at your convenience.

### Understanding your results!

1. Your results will be sent directly to you ... by mail, e-mail or fax. Or you can view them online. It's your call. Results take 3 days to 3 weeks to receive, depending on the complexity of the blood tests ordered and your chosen method of delivery.
2. Once you receive your test results, discuss them with your own doctor. You can also call 1-888-451-6827and ask one of our knowledgeable Health Advisors for help in understanding your blood test results.*Blood testing services are available only in the continental United States and Anchorage, AK.

Certain restrictions apply for residents of MA, NY, NJ, MD and RI. Due to state billing laws, customers will receive a blood draw kit (an additional local blood draw fee may be incurred).

## Blood Test Categories

| | | |
|---|---|---|
| ✓ Cancer Tests | ✓ Bone Health | ✓ Health and Wellness Panels |
| ✓ Heart Health | ✓ Kidney and Metabolic | ✓ Nutrient Testing |
| ✓ Hormone Testing | ✓ Infections & Immune Disorders | ✓ Urinary Tests |
| ✓ Men's Health Concerns | ✓ Allergies | ✓ Women's Health Concerns |

**For more information on LabCorp Blood test services, please log into your Member Portal at www.4CoreHealth.com or call1-888-451-6827**

**Scott Att. B, p.5**

PX 16
Page 15 of 52

# 4Core Health MEMBER TERMS & CONDITIONS

1. **LIFESTYLE & WELLNESS PROGRAMS BENEFITS DISCLOSURES.**4CORE offers its Members several Lifestyle and Wellness programs.  These programs offer members enhanced wellness opportunities, personal advice and discount savings on selected non-medical services.  All plan benefits are serviced by Wellness Plan of America (WPA).

2. **4CORE PAYMENTS TO PROVIDERS.**4CORE does not make payments to the providers of medical services.

3. **4CORE FEES.**  4CORE fees are due monthly on your original activation date of each month (the "Billing Date").  Payment will be automatically processed monthly based on the method of payment you selected at the time of enrollment and verified with you for your protection.

4. **MEMBER ACTIVATION.** Your plan will become active on your effective date and after payment has been received and processed.

5. **4COREPRESCRIPTION ASSISTANCE PROGRAM (PSP).** If you are eligible and utilize the PSP program you agree to pay to 4CORE the following: (i) a monthly administrative service fee for 4CORE membership during the Term of this Agreement and any renewals; and (ii) if you are eligible and utilize a PAP program an additional administration fee per month per medication will be debited monthly for your approved medication(s) that 4CORE can assist you with.  Please request the full Prescription Assistance Program Terms &Conditions from your Personal Specialist.

6. **TERMINATION.** 4CORE reserves the right to terminate a plan without notice for non-payment of monthly plan fees. In the event you need assistance with payment terms, please contact your Personal Specialist at 1-888-451-6827and we will gladly assist you.  Monthly fee payments, made by check that are not honored by member's financial institution for reasons including, but not limited to, insufficient funds, will incur a returned check fee of $25.00 imposed by 4CORE.  This returned check fee and associated monthly member fee shall be due and payable immediately by member.  Failure by member to pay the returned check fee and associated monthly membership fee could result in termination of member's 4CORE plan, without notice to member, for non-payment.

7. **CANCELLATION POLICY.**  You may cancel your plan within your 15-day Trial Period, which begins on your first Effective Date, and receive a refund of your initial fee provided you have not used any benefits in the 4CORE plan.  The enrollment fee is **NON-REFUNDABLE.**

   To cancel your plan during the Trial Period, formal written notice of cancellation must be received by 4CORE by the last day of the Trial Period.

   - To cancel your plan after the Trial Period, formal written notice of cancellation must be received by 4CORE 30 days prior to your next monthly Billing Date otherwise your next month's fee will be automatically processed based on the method of payment you selected at the time of enrollment and verified for your protection.  Please note that the enrollment fee is non-refundable after your Trial Period.  Refunds will be processed within ten (10) days of cancellation.

   - For your protection, 4CORE will not process your membership cancellation request without your written authorization and signature on the cancellation document. Please include your membership ID number on any correspondence including the cancellation document.

   - To cancel your program, please send written notice of cancellation to:

**Scott Att. B, p.6**

PX 16
Page 16 of 52

**4CoreHealth**
**Fort Lauderdale, FL 33306**

8. **QUESTIONS/ISSUE RESOLUTION.** If you have any questions about your 4CORE membership, please call your Personal Specialist Services at 1-888-451-6827. Licensed agents and/or Specialist Services representatives will be happy to assist you.

9. **CHANGE IN TERMS AND CONDITIONS.** The 4CORE membership may be discontinued or modified and/or subject to additional terms and conditions. 4CORE reserves the right to change or terminate any terms, conditions, services or benefits without limitation. Prior notice of any material change will be provided to you whenever possible, if required by law. Lifestyle & Wellness Features and Benefits availability are subject to state regulation.

10. **OTHER TERMS AND CONDITIONS.**
   - 4CORE is not a licensed insurer, HMO or underwriter of healthcare services. No portion of provider's fees will be reimbursed or paid by 4CORE, nor will payments be made directly to a provider.
   - Participating providers may change without notice and programs may vary by state.
   - This program and contract are not protected by any state Health and Life Guarantee Association.
   - The member acknowledges that the provider networks may have access to personal information protected by Health Insurance Portability and Accountability Act (HIPAA) and approves the limited use of such information by the networks.
   - 4CORE does not warrant any professional services and the participating providers and facilities are solely responsible for the professional advice, services and treatment rendered to Members and their affiliates expressly disclaim any liability with respect to such matters.

11. **DISPUTE RESOLUTION.** In the unfortunate event of possible contemplation of litigation, and because both the Member and 4CORE realize that litigation should be avoided whenever possible, it is agreed that litigation should be avoided. In the event that a Member or Wellness Plan of America cannot resolve a dispute arising out these terms and conditions and if the dispute cannot be settled through negotiation, the Parties agree first to try in good faith to settle the dispute by mediation before resorting to arbitration, litigation, or some other dispute resolution procedure. A written request shall be made by one party to the other party to initiate the resolution process. The Parties further agree that these terms and conditions shall remain in effect until such disputes are resolved or settled by the appropriate judicial process.

12. **VENUE AND APPLICABLE LAW.** The Member agrees that his/her membership shall be governed by the laws of the State of Florida and that appropriate venue for any dispute, judicial, or quasi-judicial proceeding shall be in said State.

*4Core membership is NOT a Health Insurance Policy nor does it replace any health insurance policy.*
*4Core is also NOT a Qualified Health Plan under the Affordable Care Act.*
*4Core complements existing insurance or may be used on its own to help its members live well and reduce their overall healthcare expenses.*

*4Core does not warrant any professional services and the participating providers and facilities are solely responsible for the professional advice, services and treatment rendered to members and their affiliates expressly disclaim any liability with respect to such matters.*

Scott Att. B, p.7

PX 16
Page 17 of 52

# Scott Attachment C

---

From: <cs-simple@simplehealthplans.com>
Date: Jul 10, 2017 6:14 PM
Subject: 4Core Member Payment Receipt
To: <█████████████████████>
Cc:

CoreHealth

Thank you for your order!

Order Information
Description: 4Core Health
Member ID:4C3863452

Member Information
Member Amanda Scott
Address █████████████
█████████████████████

Today's Charges: $119.95

Credit Card -Credit Card - xxxxxxxx█████
Date: 07/10/2017
Transaction ID: 60587304561

Plan Information: 4Core Health  Agency: Simple Health.

Benefits: Personal Wellness Specialist. Prescription Savings Program. Lab Corp
Blood Testing Discounts. Annual Blood Test Panel. 1-800MD Telemedicine Program.

If you have any questions, please contact 888-451-6827 Mon - Fri between 9:00am -
6:00pm (EST)or e-mail cs-simple@simplehealthplans.com.

Sincerely,
Your Member Service Team

IMPORTANT WARNING:
This electronic transmission is intended for use of the person or entity to which it is addressed.
If you are not the intended recipient, you are hereby notified that any disclosure, copying or
distribution of this information is strictly prohibited.Please notify the sender immediately to
arrange for the return or destruction of these misdirected documents. This message may

Scott Att. C, p.1

PX 16
Page 19 of 52

contain Electronic Protected Health Information (EPHI). You, the recipient, are obligated to maintain it in a safe, secure and confidential manner.Re-disclosure without authorization or as permitted by law is prohibited. by federal law, 45 CFR Parts 160 et sequitur

**Scott Att. C, p.2**

PX 16
Page 20 of 52

# Scott Attachment D

From: "Health Insurance Innovations" <echosign@echosign.com>
Date: Jun 22, 2017 2:26 PM
Subject: Please sign Application Form of Supplemental Coverage Tool
To: "███████████████████" <████████████████████>
Cc:





# Health Insurance Innovations Has Sent You Application Form of Supplemental Coverage Tool to Sign

Health Insurance Innovations
(Health Insurance

**Scott Att. D, p.1**

PX 16
Page 22 of 52

Innovations ) says:
*"Your signature below indicates that you agree to purchase the additional plan(s) listed above. Please review your policy details - if the plan does not suit your needs, you can receive a full refund if you cancel within the free-look period."*

**Click here to review and sign Application Form of Supplemental Coverage Tool.**

After you sign **Application Form of Supplemental Coverage Tool**, all parties will receive a final PDF copy by email.

This document is available for signing until June 24, 2017 and will expire thereafter.

© HiiQuote.com

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

**Scott Att. D, p.2**

PX 16
Page 23 of 52

# Scott Attachment E

PX 16
Page 24 of 52

Application Form of Supplemental Coverage Tool between Health Insurance Innovations and Amanda C Scott is Signed and Filed!
Application Form of Supplemental Coverage Tool (part 1) - signed.pdf; Application Form of Supplemental Coverage Tool (part 2) - signed.pdf; Application Form of Supplemental Coverage Tool (part 3) - signed.pdf; Application Form of Supplemental Coverage Tool (part 4) - signed.pdf; Application Form of Supplemental Coverage Tool (part 5) - signed.pdf; Application Form of Supplemental Coverage Tool (part 6) - signed.pdf; Application Form of Supplemental Coverage Tool (part 7) - signed.pdf; Application Form of Supplemental Coverage Tool (part 8) - signed.pdf

From: **Health Insurance Innovations** <echosign@echosign.com>
Date: Thu, Jun 22, 2017 at 2:28 PM
Subject: Application Form of Supplemental Coverage Tool between Health Insurance Innovations and Amanda C Scott is Signed and Filed!
To: Health Insurance Innovations <webmaster@hiiquote.com>, Amanda C Scott
< █████████████ >



HEALTH
INSURANCE
INNOVATIONS

Scott Att. E, p.1

PX 16
Page 25 of 52

## Application Form of Supplemental Coverage Tool between Health Insurance Innovations and Amanda C Scott is Signed and Filed!



From: Health Insurance Innovations (Health Insurance Innovations )
To: Health Insurance Innovations and Amanda C Scott

Attached is a final copy of **Application Form of Supplemental Coverage Tool**.

Copies have been automatically sent to all parties to the agreement.

You can view **the document** in your Adobe Sign account.

Why use Adobe Sign?

- Exchange, Sign, and File Any Document. In Seconds!
- Set-up Reminders. Instantly Share Copies with Others.
- See All of Your Documents, Anytime, Anywhere.

© HiiQuote.com

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

**Scott Att. E, p.2**

PX 16
Page 26 of 52

# Scott Attachment F





## Dear Amanda Scott,

Thank you for requesting membership in Med-Sense Guaranteed Association and applying for . Once your application is approved and payment is processed, your policy will go into effect 12:01 am on 07/01/2017.

You will be charged $228 3 for your first month of insurance coverage on 06/30/2017  Future charges to your account will be $148 3 and will be made on the 01st of each month starting 08/01/2017



$0 00

**Health Education program (PEP)**
**Online health education & fitness training**
**$80.00**

**Sentry Accident Plan**
**Guarantee Trust Life Insurance Company**
**$47.40 per month**

**Dental Savings**
**CAREINGTON**
**$30 00 per month**

**Freedom Spirit Plus Cost inclusive of monthly Med Sense Dues & Plan Cost**
**Federal Insurance Company**
**$70.90 per month**

**Total**
**$228 3**

By signing, you acknowledge you have reviewed and understand the details of your purchase and the charges related to you purchase.

**Applicant Signature:**                    **Date:**
                                             Jun 22, 2017

**Scott Att. F, p.1**

PX 16
Page 28 of 52

# Scott Attachment G

PX 16
Page 29 of 52

## GUARANTEE TRUST LIFE INSURANCE COMPANY
### 1275 Milwaukee Avenue
### Glenview, Illinois 60025

### Enrollment Form for Group Accident Insurance

**ENROLLEE INFORMATION:**

| | | |
|---|---|---|
| Enrollee Name: Scott Amanda C | DOB: ▓▓▓▓ | SSN: |
| Address: ▓▓▓▓ | ▓▓▓▓ ▓▓ | ▓▓ |
| Street | City | State   Zip Code |
| Phone No.: ▓▓▓▓ | E-Mail: ▓▓▓▓ | |
| Group Policyholder: | Med-Sense Guaranteed Association | |

**DEPENDENT INFORMATION (If enrolling for coverage)*:**

| NAME | RELATIONSHIP TO ENROLLEE | DOB | SSN |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**BENEFICIARY INFORMATION*:**

| NAME | RELATIONSHIP TO ENROLLEE | BENEFIT PERCENTAGE** | PRIMARY OR CONTINGENT |
|---|---|---|---|
| ESTATE | ESTATE | 100% | Primary |
| ESTATE | ESTATE | 100% | Contingent |
| | | | |
| | | | |

* If more space is needed, please attach separate sheet.
** Benefit Percentage must equal a total of 100% for all primary beneficiaries and 100% for all contingent beneficiaries.

_(signature)_

**Applicant Signature**
**(Written or Electronic)**

Jun 22, 2017
**Date**
**(Written or Electronic)**

Also by my signature below, I understand and agree that my MSGA membership dues include the specific insurance plan that I chose for Accidental Death and Dismemberment Benefits, Accident Medical Expense Bene  underwritten by Guarantee Trust Life Insurance Company.

EF-1400

**Scott Att. G, p.1**

PX 16
Page 30 of 52

_____
**Applicant Signature**
(Written or Electronic)

Jun 22, 2017
_____
**Date**
(Written or Electronic)

**EF-1400**

**Scott Att. G, p.2**

PX 16
Page 31 of 52

**Fraud Notices**

**All states other than KY, LA, and ME**
Any person who, with intent to defraud or knowing that he is facilitating fraud against an insurer, submits an application or claim containing a false or deceptive statement may be guilty of insurance fraud as determined by a court of law.

**Kentucky**
Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Louisiana**
Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Maine**
Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**CONSENT TO ELECTRONIC DELIVERY**

You have the option of downloading your certificate electronically.  If you choose to do so, you are consenting to accept electronic delivery of your certificate.

You also have the right at any time to receive a hard copy of your certificate.  If you choose this option, please call 1-877-376-5831.

Scott Att. G, p.3

PX 16
Page 32 of 52

# Scott Attachment H

**Discount Medical Plan Application**
**Provided by: Careington International Corporation**

### APPLICANT INFORMATION

| | |
|---|---|
| Applicant Name: Amanda Scott | Sex (M or F)  F |
| Date of Birth: ▮▮▮▮ | Day Phone: ▮▮▮▮ |
| Address: ▮▮▮▮ | Email: ▮▮▮▮ |
| City: ▮▮  State: ▮▮  Zip: ▮▮▮ | |

### COMPLETE THE FOLLOWING FOR YOUR SPOUSE AND/OR CHILDREN

| | |
|---|---|
| Spouse's Name _____ | Date of Birth _____ |
| Child's Name _____ | Date of Birth _____ |
| Child's Name _____ | Date of Birth _____ |

### COMPLETE THE FOLLOWING CHOICES.

**1. Selected Plan:**
- ☐ **Care 24/7 Plus**  24 Hour Nurse line, Labs, Diagnostic Imaging, Vitamins and Supplements, Medical Record Storage and Access, Pet Meds
- ☐ **hiro and Podiatry Care Plus**  Chiropractic Plus Fitness, Podiatry, Labs, Diagnostic Imaging, Vitamins and Supplements, Pet Meds
- ☐ **Extra Care**  Dental, Care Advocacy, Telephonic Counseling and Referral Service, Diabetic Care and Supplies, Vision
- ☐ **Health Advocate Plus:** Care Advocacy, Labs, Diagnostic Imaging, Pet Meds
- ☑ **Dental**  Discounts on check-ups, cleanings, fillings, root canals, Orthodontics, Teeth Whitening, Cosmetic Dentistry, Oral Surgery and Children's Specialists

**2. Billing Cycle:**
- ☑ $30.00 Monthly

**3. Payment Method:**
- ☑ Credit Card    ☐ Monthly Automatic Bank Withdrawal

**Credit Card (Mark One):** ☑ Visa    ☐ Mastercard
Account # ✱✱✱✱✱✱✱✱✱✱✱    Expiration Date ▮▮▮▮
Name as it appears on card  Amanda C Scott _____
**Automatic Bank Draft**
Name of Account Holder _____
Routing # _____    Account # _____

### TERMS AND CONDITIONS

**TERMS & CONDITIONS:**
Renewal Conditions: By joining a plan, you are authorizing Health Insurance Innovations to bill your credit card or checking account for the plan you have selected. This charge shall remain in force until you notify Health Insurance Innovations of request to cancel. By joining, you indicate you have read the terms and conditions of the plan. This plan will automatically renew at the end of your membership term on an annual basis, and your credit card or bank account will be automatically charged or drafted for the appropriate amount.
Termination Conditions: Health Insurance Innovations and Careington International Corporation (Careington) reserves the right to terminate plan members from its plan for any reason, including non-payment.
Cancellation Conditions: You have the right to cancel within the first 30 days after receipt of membership materials and receive a full refund, less the processing fee, if applicable. *FL*

**Scott Att. H, p.1**

**Residents**: *You have the right to cancel within 30 days after the effective date.* If for any reason during this time period you are dissatisfied with the plan and wish to cancel and obtain a refund, you must submit a written cancellation request. Health Insurance Innovations will accept and cancel plan memberships at any time during the membership period and will cease collecting membership fees in a reasonable amount of time, but no later than 30 days after receiving a cancellation notice. Please send a cancellation letter and a request for refund with your name and member number to Health Insurance Innovations 218 East Bearss Ave. Suite 325, Tampa, FL 33613 or fax to: 877-376-5832. You may also submit cancellation by email: support@hiiquote.com. If Health Insurance Innovations is billing you quarterly, semi-annually or annually, Health Insurance Innovations will, in the event of cancellation of the membership by either party, make a pro-rata reimbursement of the periodic charges to the member.

Description of Services: Please see the enclosed materials for a specific description of the programs that you have purchased.

Limitations, Exclusions & Exceptions: This program is a discount membership program offered by Careington. Careington is not a licensed insurer, health maintenance organization, or other underwriter of health care services. No portion of any provider's fees will be reimbursed or otherwise paid by Careington. Careington is not licensed to provide and does not provide medical services or items to individuals. You will receive discounts for medical services at certain health care providers who have contracted with the plan. You are obligated to pay for all health care services at the time of your appointment. Savings are based upon the provider's normal fees. Actual savings will vary depending upon location and specific services or products purchased. Please verify such services with each individual provider. The discounts contained herein may not be used in conjunction with any other discount plan or program. All listed or quoted prices are current prices by participating providers and subject to change without notice. Any procedures performed by a non-participating provider are not discounted. From time to time, certain providers may offer products or services to the general public at prices lower than the discounted prices available through this program. In such event, members will be charged the lowest price. Discounts on professional services are not available where prohibited by law. This plan does not discount all procedures. Providers are subject to change without notice and services may vary in some states. It is the member's responsibility to verify that the provider is a participant in the plan. At any time Careington may substitute a provider network at its sole discretion. Careington cannot guarantee the continued participation of any provider. If the provider leaves the plan, you will n need to select another provider. Providers contracted by Careington are solely responsible f or the e professional ad vice and treatment rendered to m embers and Careington disclaim s any liability with respect to such matters.

Complaint Procedure: If you would like to file a complaint or grievance regarding your plan membership, you must submit your grievance in writing to: Careington International Corporation, P.O. Box 2568, Frisco, TX 75034. You have the right to request an appeal if you are dissatisfied with the complaint resolution. After completing the complaint resolution process and you remain dissatisfied, you may contact your state insurance department.

Group Bill T&C rev 02.01.13

**Disclosure:**

**THIS PLAN IS NOT INSURANCE and is not intended to replace health insurance.** This plan does not meet the minimum creditable coverage requirements under M.G.L. c.111M and 956 CMR 5.00. This plan is not a Qualified Health Plan under the Affordable Care Act. This is not a Medicare prescription drug plan. The range of discounts will vary depending on the type of provider and service. The plan does not pay providers directly. Plan members must pay for all services but will receive a discount from participating providers. The list of participating providers is at www.hiiquote.com. A written list of participating providers is available upon request. You may cancel within the first 30 days after receipt of membership materials and receive a full refund, less a nominal processing fee (nominal fee for MD residents is $5, AR and TN residents will be refunded processing fee). Discount Medical Plan Organization and administrator: Careington International Corporation, 7400 Gaylord Parkway, Frisco, TX 75034; phone 800-441-0380.
This plan is not available in Vermont or Washington.

Signature of Applicant: _____        Date: Jun 22, 2017
I certify that I have read the Terms and Conditions.

**AGENT INFORMATION:**

AGENT NAME  Natalia Rowe                        CODE #  E702900288

EMAIL  licensing@hbcinsure.com                  PHONE  800-492-1834

Health Insurance Innovations · 218 East Bearss Ave. Ste 325. Tampa, FL 33613 · Phone (877) 376-5831 · Fax (877) 376-5832

**Scott Att. H, p.3**

# Scott Attachment I

**MED SENSE GUARANTEED ASSOCIATION (MSGA)**
**FREEDOM SPIRIT PLUS MEMBERSHIP**
**ENROLLMENT FORM**

### A. PLEASE COMPLETE THE FOLLOWING INFORMATION ABOUT YOURSELF.

| | |
|---|---|
| Applicant Name: Scott  Amanda  C | Sex (M or F): F |
| Age: ▮ | Date of Birth ▮▮▮ |
| Address: ▮▮▮ | City: ▮▮▮ |
| State: ▮ | Zip: ▮ |
| Email: ▮▮▮ | Day Phone: ▮▮▮ |
| Evening Phone: ▮▮▮ | Occupation: ▮▮▮ |

### B. COMPLETE THE FOLLOWING INFORMATION ABOUT YOUR ELIGIBLE FAMILY MEMBERS YOU WANT ENROLLED.

(List only your dependent children that are unmarried and under the age of 26.)

Spouse's Name: _____   Sex (M or F): ____   Age ____   Date of Birth _____

### C. COMPLETE THE FOLLOWING BENEFICIARY INFORMATION FOR YOUR ACCIDENTAL DEATH & DISMEMBERMENT BENEFITS

(If this is not answered, the benefit will automatically be paid to your estate.)

Name of Beneficiary: ESTATE          Relationship: ESTATE

Name of Contingent Beneficiary: ESTATE          Relationship: ESTATE

**You have named your ESTATE for your beneficiary & contingent beneficiary.**

### D. SELECT YOUR PLAN AND MONTHLY COST

| | $50,000 | $100,000 | ☑ $110,000 | $150,000 | $200,000 | $250,000 |
|---|---|---|---|---|---|---|
| ☑ Individual (Must be 18-64 years old) | | | $54.45 | | | |
| Add the monthly administration fee | | | $16.45 | | | |
| Add the One Time Fee | | | $0.0 | | | |
| TOTAL AMOUNT DUE | | | $70.90 | | | |

**Scott Att. I, p.1**

**AUTHORIZATION FOR AUTOMATIC BANK DRAFT OR CREDIT CARD PAYMENT**

I am signing up for an automatic payment plan. I agree Health Insurance Innovations or its authorized agent may automatically debit my bank account or Credit Card for the amount due on or after the payment date. I can cancel this automatic payment at any time by calling or writing to Health Insurance Innovations or its authorized agent. I agree that Health Insurance Innovations or my financial institution can cancel automatic payment for my account for any reason, at any time, with or without prior notice to me. I understand that $25.00 will be charged for each transaction rejected for insufficient funds. I acknowledge that the origination of these debits to my account must comply with U.S. laws. I agree that this agreement remains in effect until canceled by Health Insurance Innovations my financial institution or me. I have a copy of this agreement and I know I can also contact Health Insurance Innovations or its agent for a copy

**COMPLETE TO PAY MONTHLY BY CREDIT CARD:**

Indicate type of card: ☑ VISA   ☐ MasterCard

Account #: ●●●●●●●●●●          Exp

Account Holders Name: Amanda C Scott

Billing Address:                     City

State:                              Zip Code

Signature of Account Holder:          Date  Jun 22, 2017

**COMPLETE TO PAY MONTHLY BY AUTOMATIC BANK DRAFT (Note  You must attach a voided check from your checking or savings account to this enrollment):**

Account Holders Name::

Bank Name:                          Address

Check #                             Account #              Routing Number

Account Class: ☐ Checking   ☐ Savings      Type of Account: ☐ Personal   ☐ Business

Signature of Account Holder                  Date  Jun 22, 2017

I accept payment authorization

Member Signature                    Date  Jun 22, 2017

**Scott Att. I, p.2**

PX 16
Page 39 of 52

I acknowledge that my purchase of the Med-Sense Guaranteed Association Freedom Spirit Plus level includes Accidental Death and Dismemberment benefits which provide a predetermined and fixed dollar amount of covered medical services. Duplicate memberships are not allowed.

I also agree to all of the following Terms and Conditions of the Med Sense Guaranteed Association

This program of services is provided through membership in Med Sense Guaranteed Association (MSGA)  Service providers associated with this program are solely responsible for the professional advice and service rendered to members, and MSGA, disclaims liability with respect to such matters. At any time, a participating professional may be eliminated from the program  Providers are subject to change without notice and programs may vary in some states. The discounts are NOT insurance and may be discontinued or modified at any time  Most of the companies providing the services and discounts in this program are not licensed insurers, health maintenance organizations, or other underwriters of health care services. (The exceptions are the insurance carriers that provide the Accident Medical, Accidental Death & Dismemberment, Accident Disability Income, Critical Illness, Term Life Insurance, Hospital Indemnity, Limited Medical Benefits, Short-Term Medical, and, if selected, Dental Indemnity benefit and/or Insured Prescription Drug program.) No portion of any provider's fees will be reimbursed or otherwise paid  The discounts contained herein may not be used in conjunction with any other discount plan or program. All listed or quoted prices or discounts are current at time of printing this material, and are subject to change without notice. Savings are based on the provider's usual and customary fees  Actual savings will vary depending on location and specific services or products purchased. Discounts on professional services are not available where prohibited by law. This program does not warrant professional services, nor is it responsible for the quality of service received  This program makes no warranties, express or implied concerning services provided. The program is NOT an insurance plan  However, the program does include certain limited supplemental insured benefits. If the optional insured Prescription Drug benefit is selected, the pharmacy discounts on brand-name drugs are only available at participating pharmacies. The member shall receive a full refund of membership fees, if membership is canceled within the first 10 days. The program is not available in all states. Membership fees are to be paid when due. If the fees are not received, the member has 31 days from the due date to pay their membership fees; or the membership and any benefits provided will terminate  This plan is not an insurance policy and is not protected by any state Life and Health Guaranty Association  The member is responsible and agrees to pay any taxes that may be required by law as a result of membership. The laws of the State of Missouri shall govern the interpretation, construction and enforcement of this entire plan. Any dispute arising from, out of, or relating to this plan, including but not limited to those disputes regarding or relating to the plan or, Med Sense Guaranteed Association, shall be resolved by binding, non-appealable arbitration  These provisions shall survive termination of this plan and the member's membership in the plan  Any cause of action the member may have with respect to the plan must be commenced within one (1) year after the claim or cause of action arises  Complaint Procedure  Any complaint regarding the plan or membership should be directed to Member Services at the toll-free number on the ID card or in writing to the address set forth herein. From time to time, certain providers may offer products or services to the general public at prices lower than the discounted prices available through this plan. Discounts on professional services are not available where prohibited by law. Providers are subject to change without notice and services may vary in some states  It is the member's responsibility to verify that the provider is a participant in the plan  No guarantee can be given in regard to the continued participation of any provider  Providers are solely responsible for the professional advice and service rendered to members and liability with respect to such matters is disclaimed  Each member and on behalf of all covered family dependents who are in the plan hereby forever releases, acquits and discharges the plan. Med Sense Guaranteed Association, and its employees, officers, directors, agents and affiliates from any and all liabilities, claims, demands, actions, and causes of action that such member or covered family member may have by reason of any damage or personal injury sustained as a result of or during the course of the use of any service under the plan. The sole course available to a member or the member's covered family dependents is cancellation of the membership. The member agrees to defend, indemnify and hold harmless the plan and from any and all liabilities, cost, and expenses, including without limitation attorneys' fees and costs, related to or arising from any unauthorized use of member's plan; any violation of the plan by the member or those who access member's plan, or the use of the plan by the member or by those who access the member's plan in a manner contrary to any law or regulation or harmful in any way to the plan or any of its affiliates. The plan may only be used in the United States of America. Med Sense Guaranteed Association has the right to refuse membership to any person for any just or legal cause. Med Sense Guaranteed Association has the right to refuse membership to any person for any just or legal cause

I hereby enroll for membership in the MSGA Freedom Spirit Plus Membership. As a member of MSGA, understand that I will be able to access membership products, benefits and services  I acknowledge that member benefits are subject to change without notice. I accept the Association Terms and Conditions Agreement.

Member Signature: _____                                   Date: Jun 22, 2017

Health Insurance Innovations
218 East Bearss Ave., Suite 325, Tampa, FL 33613
Phone (877) 376-5831 * Fax (877) 376-5832
www.hiiquotecustomers.com

**Scott Att. I, p.3**

PX 16
Page 40 of 52

# Scott Attachment J

PX 16
Page 41 of 52

## Med-Sense Guaranteed Association

- Please verify your understanding that you are purchasing a membership in the Med-Sense Guaranteed Association. As a member of this association, you are entitled to many benefits such as Sprint, ID resolution, floral discounts, gym America, vitamin discounts, car rental, and car perks.

- You understand that you are not required to purchase Freedom Spirit Plus        and there are MSGA plan memberships available that do not include Freedom Spirit Plus.        Please email info@medsensemembers.com to inquire about purchasing a stand-alone membership.

- **NOTICE OF CONSENT TO ELECTRONIC TRANSACTIONS, SIGNATURES AND DOCUMENTS** I consent to use of electronic signatures of documents, which would otherwise only be valid if they were in writing. I understand that Health Insurance Innovations will rely on my signature as consent to receive the documents electronically unless I revoke this consent. I can update my information or revoke this consent at any time by calling Health Insurance Innovations Customer Service Center at 1-877-376-5831 or emailing to: support@hiiquote.com. If you decide to withdraw your consent, the legal validity and enforceability of electronic transactions and signatures used prior to the withdrawal will not be affected. I may request specific documents at no cost in paper form at any time without revoking this consent. I agree to review the application produced by this voice signature carefully to ensure my understanding of all provisions of the coverage.

**Applicant Signature:** _____        **Date:** Jun 22, 2017

**Scott Att. J, p.1**

PX 16
Page 42 of 52

# Scott Attachment K

PX 16
Page 43 of 52

## ScripPal

- This program provides DISCOUNTS ONLY and is NOT INSURANCE. Discounts are available only through participating pharmacies and providers. This program does not make payments directly to providers. Members are required to pay for all health care services. You may cancel your registration at any time or file a complaint by contacting Customer Care at 1-866-788-6846. All prescription drugs are eligible for discount.

- <u>NOTICE OF CONSENT TO ELECTRONIC TRANSACTIONS, SIGNATURES AND DOCUMENTS</u> I consent to use of electronic signatures of documents that would otherwise only be valid if they were in writing. I understand that Health Insurance Innovations will rely on my signature as consent to receive the documents electronically unless I revoke this consent. I can update my information or revoke this consent at any time by calling Health Insurance Innovations Customer Service Center at 1-877-376-5831 or emailing to: support@hiiquote.com. If you decide to withdraw your consent, the legal validity and enforceability of electronic transactions and signatures used prior to the withdrawal will not be affected. I may request specific documents at no cost in paper form at any time without revoking this consent. I agree to review the application produced by this voice signature carefully to ensure my understanding of all provisions of the coverage.

Applicant Signature:                     Date: Jun 22, 2017

**Scott Att. K, p.1**

PX 16
Page 44 of 52

# Scott Attachment L

PX 16
Page 45 of 52

**Payment Authorization**

I am signing up for an automatic payment plan. I agree that Health Insurance Innovations ("HII") or its authorized agent may automatically debit my bank account or credit card for the amount due on or around the payment due date.

I understand that this authorization will remain in effect until I cancel it in writing, and I agree to notify HII or its authorized agent in writing of any changes in my account information or termination of this authorization, which must be received by HII or its agent at least 7 days prior to the next billing date. If the above-noted periodic payment dates fall on a weekend or holiday, I understand that the payment may be executed on the next business day.

I understand that because this is an electronic transaction, these funds may be withdrawn from my account as soon as the above-noted periodic transaction dates. I agree that HII or my financial institution can cancel automatic payment for my account for any reason, at any time, with or without prior notice to me. In the case of an ACH Transaction being rejected for Non Sufficient Funds (NSF), I understand that HII or its agent may, at its discretion, attempt to process the charge again within 30 days, and I agree to an additional $25.00 charge for each attempt, which will be initiated as a separate transaction from the authorized recurring payment. I acknowledge that the origination of these debits to my account must comply with U.S. laws. This payment authorization is for the type of bill indicated above.

I certify that I am an authorized user of this credit card or bank account. I agree not to dispute this recurring billing with my bank or card issuer so long as the transactions correspond to the terms indicated in this authorization form.

**Applicant Signature:**   _[signature]_                     **Date:** Jun 22, 2017

**Scott Att. L, p.1**

PX 16
Page 46 of 52

# Scott Attachment M

## E Terms & Conditions Acknowledgement

I understand and authorize my next month's payment and re-occurring monthly payments thereafter will be automatically processed from my account each month until I request termination of the coverage or the coverage reaches its natural termination date. I understand that if I cancel my insurance or if HII is unable to collect my payment on my bill date my insurance and benefits will be cancelled. I agree to review my policy and certificate for a list of any exclusions, limitations and acknowledgements specific to my state. I may request a full refund of my policy within my free look period as described in my plan documentation. I understand that my plan documentation will be available electronically and that I may request to have physical documents mailed to me at no cost by contacting Health Insurance Innovations. I will also receive a copy of the welcome letter and ID cards in the mail within 7 to 10 business days of my policy effective date. No representation by an agent or any other person shall be binding on Health Insurance Innovations or the insurance carrier.

I authorize Health Insurance Innovations, Inc. and its agents or independent contractors to contact me at my current landline and/or cellular number and any future cellular phone number, email address, or wireless device with information related to my account, my policies, or to receive general information from HII. I also authorize HII and its agents and independent contractors to use automated telephone dialing equipment, artificial or pre-recorded voice or text messages, and emails in their efforts to contact me. Furthermore, I understand that this consent is not a condition for the purchase of my insurance policies, and I may withdraw this consent at any time by submitting my request in writing to HII.

Applicant Signature: _[signature]_                              Date: Jun 22, 2017

**You understand that short term medical insurance is not considered "minimum essential coverage" under the affordable care act, also known as "Obamacare," and that you may be subject to a tax penalty.**

You acknowledge that your agent has advised you that there is a specific timeframe for Open Enrollment in which you can enroll into a qualified Obamacare Plan and there are also special life events qualifying you to enroll OUTSIDE of open enrollment.  For Information regarding Open Enrollment dates and life qualifying events outside Open Enrollment, please visit www.healthcare.gov.

Applicant Signature: _[signature]_                              Date: Jun 22, 2017

**SPOUSE'S ACKNOWLEDGEMENT** (*if applying for coverage*) I confirm that I have permission to answer health questions on behalf of my spouse and that I have full knowledge of my spouse's health history. Realize that coverage is provided based on statements and answers given on the application. Any incorrectl or incomplete information regarding their medical history may result in loss of coverage or claim denial.

**Scott Att. M, p.1**

PX 16
Page 48 of 52

**NOTICE OF CONSENT TO ELECTRONIC TRANSACTIONS, SIGNATURES AND DOCUMENTS**

**I consent to use of electronic signatures of documents which would otherwise only be valid if they were in writing. I understand that Health Insurance Innovations will rely on my signature as consent to receive the documents electronically unless I revoke this consent. I can update my information or revoke this consent at any time by calling Health Insurance Innovations Customer Service Center at 1-877-376-5831 or emailing to: support@hiiquote.com. If I decide to withdraw my consent, the legal validity and enforceability of electronic transactions and signatures used prior to the withdrawal will not be affected. I may request specific documents at no cost in paper form at any time without revoking this consent  I agree to review the application carefully to ensure my understanding of all provisions of the coverage.**

**YOU ACKNOWLEDGE AND AGREE THAT, BY SIGNING, YOU ARE INDICATING THAT YOU HAVE READ, AND THAT YOU UNDERSTAND AND AGREE TO BE BOUND BY THESE TERMS, WHETHER OR NOT YOU HAVE ACCESSED YOUR POLICY DOCUMENTS.**

If you accept or agree to these Terms on behalf of another person, you represent and warrant that you have the authority to bind that person to these Terms and, in such event, "you" and "your" will refer and apply to all persons listed on the policy.

I understand Short-Term medical insurance is intended for temporary gaps in health insurance. It is not compliant with the federal Affordable Care Act and does not cover expenses related to pre-existing conditions.

**Applicant Signature:**         **Date:** Jun 22, 2017

**Scott Att. M, p.2**

PX 16
Page 49 of 52

# Scott Attachment N

PX 16
Page 50 of 52

From: <concierge@wellnessplanofamerica.com>
Date: Mon, Jul 31, 2017 at 3:35 PM
Subject: Your WPA Membership is Now Active
To: ██████████████████



CONGRATULATIONS your Wellness Plan of America (WPA) membership is EFFECTIVE TODAY - July 11, 2017.

To access your WPA account and take full advantage of our exceptional health & wellness benefits see below for your username and password.

Username: ██████████████████
Password: **tfqz2jlway**

Click here for member log-in: **WPA Wellness Portal**

**STEPS TO SAVINGS**
In your Member Portal you get access to all six categories of savings below with over 15 individual benefits, Log in today to SAVE MONEY on your healthcare expenses and LIVE HEALTHIER.



**PRESCRIPTION SAVINGS** If you currently take medicine or you can't afford prescriptions medicines you should be taking, contact our Specialists to assist you with receiving the maximum amount of SAVINGS!

Scott Att. N, p.1

PX 16
Page 51 of 52

 **TELEMEDICINE** Fast and convenient access to quality medical care 24 hours a day, 7 days a week, 365 days a year. It's an easily accessible alternative to non-emergent Emergency Room or Urgent Care Clinic visits.

 **WELLNESS SPECIALISTS** Assisting you to save time and money with the most common health and wellness needs for Doctors, Dentists, Vision, Hearing, Blood Testing, Medical Imaging, Colonoscopy and Endoscopy Screenings, Medical Equipment and Negotiating payments on unpaid medical bills over $500.

 **DIAGNOSTIC TESTING** Over $700 value Blood Test features over 70 panels and is available at any LabCorp Nationwide with NO referral needed. WPA also provides access to a wide array of additional blood tests.
*Blood Testing Services unavailable in MA, NY, NJ, RI and MD.*

 **HEALTHY LIFESTYLE** Life Extensions Naturopaths, Nurses, Nutritionist and Personal Trainers. Healthy Food Pantry, Comprehensive educational lifestyle coaching, cleansing and weight loss. Life Extension vitamins and supplements and Skin Care solutions.

 **PET SAVINGS** Phone or email a Veterinarian for instant answers to your questions regarding your pet's health and well-being and save 25% on related products, services and prescriptions.

*Please Note: THIS PLAN IS NOT INSURANCE and is not intended to replace health insurance. This is not a Medicare prescription drug plan. Program is privately supported. This is not a government run/affiliated/funded program.*

These are just some of the ways that your new membership will help you save money and live healthier! Login and review the benefits in detail to find more ways to save while getting healthy! We welcome you to Wellness Plan of America and look forward to assisting you on your journey to SAVE MONEY and LIVE HEALTHIER.

Healthy regards,

Wellness Plan of America

855-700-9355

**Scott Att. N, p.2**

CONFIDENTIALITY NOTICE and HIPAA Compliance Disclosure: This e-mail, and any
documents accompanying this e-mail, may contain confidential information belonging to the
sender that is legally privileged. This information is intended only for the use of the individual
or entity named above. The authorized recipient of this information is prohibited from
disclosing this information to any other party and is required to destroy the information after its
stated need has been fulfilled, unless otherwise required by state law. If you are not the intended
recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in
reliance on the contents of these documents is strictly prohibited. If you have received this e-
mail in error, please notify the sender immediately.

*Copyright © 2014-2016 Wellness Plan of America, All rights reserved.*

**Scott Att. N, p.3**

PX 17
Page 1 of 6

## DECLARATION OF VICKI SKORDILIS
### PURSUANT TO 28 U.S.C. § 1746

I, Vicki Skordilis, hereby declare as follows:

1.       My name is Vicki Skordilis.  I live in Ohio and am over eighteen years of age.  I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2.       In early November 2016, I was looking online for major medical health insurance during the open enrollment period for Obamacare.  I wanted to purchase health insurance for myself and my son that would comply with the Affordable Care Act's ("ACA") requirements.  After searching online for resources, I submitted my contact information to a website offering health insurance, and received several calls in return.  On or about November 14, 2016, I spoke with someone named Joshua Smith from a company called Simple Health.

3.       Joshua took some basic information about my son and me.  I told him that I wanted to purchase major medical health insurance.  He told me that he could offer me a plan, for which Coventry was the carrier, and it was somehow also related to Aetna, but I do not remember exactly how.  These were insurance company names I was familiar with, so I felt comfortable that he was offering me quality health insurance.

4.       I am a retired nurse, and having worked in health care, I knew exactly what kind of coverage I wanted, so I asked Joshua many very specific questions.  I asked Joshua about the costs for checkups, for routine tests such as pap smears and mammograms, and coverage for surgery.  I took notes while talking with Joshua, and a true and correct copy of those notes are attached hereto as **Skordilis Attachment A.**  As reflected in my notes, Joshua told me that one checkup per year would be covered fully, along with one pap smear.  He told me that a mammogram would be covered except for a $75 co-pay that applied to all imaging services.

1

Joshua also told me that this was a PPO plan with nationwide coverage, and that I would be able to choose any doctor or hospital.

5.      When I asked about coverage for surgery, Joshua said that this insurance plan had an 80/20 split for coverage of inpatient or outpatient surgeries, no deductible for hospitalization, and a maximum out of pocket expense of $1,250 per person per year. I understood that to mean that I would be responsible for 20% of the costs associated with surgery, up to a total of $1,250 per person, per policy year. Joshua also told me that urgent care visits would require a co-pay of $35 and emergency room visits would require a co-pay of $50. When I asked about prescription coverage, he told me that my out of pocket cost for generic prescriptions would be $3-$6 and it would be $15-$40 for name brand prescriptions.

6.      After detailing the coverage provided by this health insurance plan, Joshua told me that the cost would be $312.59 per month with an application fee of $125. Based upon Joshua's answers to my questions about specific coverages, I agreed to purchase this health insurance for my son and me. I understood that I was purchasing major medical insurance, as described by Joshua.

7.      Ultimately, Joshua transferred me to another person for the remainder of the call, but I do not recall that person's name, or any specific information that person provided.

8.      Within a few days after the telephone call with Joshua, I received insurance cards in the mail that referenced companies called First Health and Axis. The cards were sent along with some information that indicated the purchase from Simple Health somehow involved a company called Health Insurance Innovations, or "HII." Joshua never mentioned HII or Axis when I spoke with him, although he did mention that I would have access to the First Health network of providers.

PX 17
Page 3 of 6

9.      In the months that followed my purchase from Simple Health, I experienced some health issues that required physician visits, as did my son.  Claims related to my care and my son's have been submitted, and I have received responses from a company called Administrative Concepts, or "ACI," indicating that not even one of the visits or procedures has been covered. As a result, I have racked up thousands of dollars in medical bills, and HII and Simple Health have been no help at all.  It seems that everything Joshua told me was a lie -- the plan he sold me was worthless, and not major medical insurance at all.

10.     In attempts to get my claims paid, I have called Simple Health, HII, and ACI, which someone from HII directed me to.  When I call Simple Health, the representatives hang up on me.  HII simply directs me to ACI.  In February 2018, I filed another claim with ACI.  After receiving a collections notice regarding some of the bills for my medical care, I called ACI on February 16, 2018 and spoke with Dee Ianniello.  She said it was that company's responsibility to process and pay claims, but to date, claims have still not been paid as I expected they would be based on Joshua from Simple Health's representations.  I paid for this worthless plan for more than a year until I canceled it in February 2018.  That same month, I filed a complaint with the Florida Attorney General's Office about my experience with Simple Health.

11.     I am outraged that Joshua blatantly lied to me in response to my very specific questions about coverage issues.  Having worked as a nurse for my entire career, I am an educated consumer when it comes to health insurance, and yet he deceived me.  I cannot imagine how many people Simple Health has lied to and caused to incur thousands of dollars in medical debt.

I state under penalty of perjury that the foregoing statement is true and correct.

Executed on April 28, 2018.

_____
Vicki Skordilis

4

PX 17
Page 5 of 6

# Skordilis Attachment A

11/14/16

Cost          954-606-90
                        Simply Health
              1-888-793-5767

Agent → Joshua Smith → 1800 594-4046 ex 17
        Simple Health (in 2J wock) → Brokerage

PPO plan                    #ALM0013155

∅ referrals needed
Chose any Dr or hosp. w/
nationwide coverage

100% 1 free ✓ up per year          954-606-9070
      1  "    pap      "   "       Customer
      1  "    mimogram  "   "      Service

Imaging Services   copay $75 per service.

Prescription coverage - pay $3.50% out of pocket Generic
                        pay $15 to $40 name brand out of pocket

✓ surg 80/20  in or out pt.
✓ hosp → ∅ deductible  80/20 → $ max out of pocket 1,250 per person
✓ urgent care  $35 co pay
✓ ED  $ 50  co pay
✓ Tell a Doc → free

            Simple Health  $312.59 monthly
                          - 125 app fee

Authorized bank payment
$ life ins./accident ins.    $437.59 on 11/14/16
Major Medical

PX 18
Page 1 of 20

## DECLARATION OF GERTRUDE SLAWSON
### PURSUANT TO 28 U.S.C. § 1746

I, Gertrude Slawson, hereby declare as follows:

1.     My name is Gertrude "Trudy" Slawson. I live in California and am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2.     On or about December 5, 2016, I began the process of attempting to obtain American health insurance coverage in advance of a planned permanent move from Canada to the United States. I performed a few online searches and provided my contact information to several websites that claimed to offer health insurance. After speaking with several other providers, I received a telephone call from a company called Simple Health.  As I eventually learned, Simple Health sells products on behalf of another company, Health Insurance Innovations ("HII").  At various points during the experiences recounted below, I spoke with representatives of both Simple Health and HII.  It is my understanding that Simple Health sells policies directly to consumers and that HII administers those policies.

3.     I initially spoke with a Simple Health representative named Nellie. The number she called me from was 1-(800)-594-4446 (ext. 1738). I informed Nellie that I was moving from Canada to the United States and that I wished to purchase a health insurance policy for myself and my husband that would become effective on January 1, 2017. I asked Nellie what Simple Health could provide for my husband and me. Nellie said that the parent company of Simple Health was Coventry Health, a nationwide preferred provider organization (PPO) and that they were the largest PPO in the nation.

4.     Nellie told me that the policy she offered would cover doctor's visits, lab work, and surgical costs, that it required no deductible, no claim forms, and that it had no limits. Nellie

PX 18
Page 2 of 20

did mention that the plan was a limited plan and when I asked what that meant, she explained

that the policy was 'limited' only in that it would not cover any maternity expenses, mental

health clinic costs, or the cost of alcohol rehabilitation, but that the policy would cover

everything else. Nellie also explained that the elimination of the coverage costs of maternity

care, mental health care, and alcohol rehabilitation from my plan was the reason that my

premium under the Simple Health policy would be much less than premiums for comparable

policies from other providers.

5.      Nellie also said that because the insurance plan was a PPO, I could choose any

doctor I wanted and that the most I would have to pay would be $50.00, if anything at all. Nellie

said that there would be no deductible for  hospital visits because it was a "first dollar" coverage

plan. I understood this to mean that I would be covered by my health insurance policy from the

first dollar of any medical expenses I incurred. The plan was also said to include discounts on

dental and eye health expenses.

6.      The costs for my enrollment with Simple Health included a premium payment set

at $238.71 a month and an enrollment fee of $155.00. I paid three months of premiums on the

policy from January - March 2017. The overall amount I paid Simple Health was $871.13,

constituting the three premium payments and the enrollment fee. I formally cancelled the policy

effective March 31, 2017.

7.      I was impressed by what Nellie described and thought this might be my best

option for health insurance. However, I also remained somewhat skeptical of Nellie's claims and

I began to ask questions about what would happen within certain medical scenarios if we

purchased the insurance policy she was describing. I repeatedly asked Nellie what would happen

if either my husband or I got sick. Nellie always provided the same answer to that question,

namely that there would be no co-pay and no deductible. I also repeatedly asked "So, you mean to tell me if that either myself or my husband got sick and ended up in the hospital, we would be covered?" The answer from Nellie to this question was always "Yes." My husband was also listening to my telephone conversation with Nellie and he can verify that I asked these questions and received those answers from Nellie.

       8.      Nellie then transferred me to Caroline in Simple Health's verifications department. This portion of the call required me to answer specific questions regarding enrollment (for example, whether I had any pre-existing conditions) and my responses, along with this portion of the call, were recorded.

       9.      Prior to beginning the recorded portion of the call, I was told by Caroline to say yes to all of the questions asked during the recorded portion because those questions were based on matters that I had previously discussed with Nellie. Caroline also told me before I started the recorded portion of the call that the questions she asked would be worded slightly differently than the subject matter we had discussed, but to not worry about it. Caroline warned that if I asked any questions during the verification process, I would either be transferred back to an agent or be required to start that portion of the verification all over again. All of this struck me as odd and slightly suspicious. However, because I had been on the phone for approximately two hours by that point, I took her advice and waited until the end of the verification to ask my questions.

      10.     The automated recording that played during this portion of my telephone call with Simple Health gave me the opportunity to ask questions at the end of the recording. I wanted to ask several questions and I was transferred to a manager named George. I took this opportunity to confirm that what I had been told by Nellie regarding the terms and features of the insurance

policy was correct. In response to my questions, George told me that what Nellie had described was accurate and even volunteered that he has this exact same insurance policy for himself and his wife.

11.     George also told me that I could view the policy I had purchased online and that I had thirty days to decide whether I wanted to purchase it or not. I attempted to view the policy online but could only view the dental discount portion of the plan.

12.     FTC staff provided me with what they believed could be an audio recording of my sales call with Nellie that had been made by Simple Health. FTC staff further informed me that the agency had the recording professionally transcribed and provided me with a copy of the transcript. A true and correct copy of the transcript is attached hereto as **Slawson Attachment A**. I have reviewed the audio recording and can confirm that it is, in fact, the conversation with Nellie that I describe above in Paragraphs 2 through 8.

13.     Because I was not able to view the policy documents online, I called Simple Health again and spoke with a representative named Sidney. Sidney said that I would not be able to view the policy until it went into effect on January 1, 2017. Due to these circumstances, I was not able to review the policy before purchasing it. I had to put my trust solely in the assurances made by Simple Health's representatives.

14.     My husband and I moved to the United States on December 17, 2016. We originally lived at 12370 Copper Queen Way, Oro Valley, AZ 85755 and now reside in Bakersfield, CA. On January 15, 2017, I was admitted into the emergency room in Oro Valley with severe abdominal pain and was discharged two hours later with a prescription for antibiotics.

PX 18
Page 5 of 20

15.     Exactly a week later, my husband was admitted into the emergency room and underwent an emergency cholecystectomy. After these incidents, I was happy to think that I had health insurance coverage, until the bills for these emergency room visits arrived. During both of these visits, I provided hospital staff with my HII insurance cards. Each time before I left the emergency room, I asked hospital staff whether I had any payment issues to take care of and each time they said I was good to go.

16.     In early February 2017, following our hospital visits, I received several documents in the mail purporting to be information about my insurance policy and its benefits. On February 7, 2017, I received an approximately $11,000.00 bill for my emergency room visit on January 15, 2017. I called either HII or Simple Health and spoke with a representative named Christopher, who told me that the plan I purchased was a two-tier system. One tier of the plan was a cash benefit rate and the other tier was the contracted rate. Christopher said that the hospital was supposed to apply the contracted rate to my bill, which in his opinion, likely had not been done.

17.     Christopher told me to call the hospital and make sure that the hospital had provided the insurance company with the proper codes. I attempted to contact the hospital and ask about the codes, but no one at the hospital could help me and none of my voicemail messages I left were ever returned.

18.     After performing some additional research, I discovered that the insurance policy I was sold by Simple Health was considered a gap insurance policy and its terms were nothing like what had been explained by Simple Health. In my opinion, the actual benefits of the gap insurance policy were relatively worthless.

PX 18
Page 6 of 20

19.    In additional conversations with HII and Simple Health, I learned that my policy does not require HII to pay medical expenses on my behalf, it only allows HII to negotiate expense rates on my behalf. I also learned that my medical expenses would have been less had I attempted to pay the hospital myself in cash without any insurance.

20.    During additional conversations with HII and Simple Health, I spoke to numerous people, including Lalu, Deloris, Louis, Jacklyn, Gabriel C. and Terina, my case manager, whose telephone number was (954)-606-9070. It was very difficult to contact staff members at these companies and I was often sent back and forth from different phone numbers. It was also very difficult to get a straight answer to any of my questions when speaking with these individuals or even to determine what company they were representing.

21.    I feel misinformed and misled by Simple Health and HII regarding the insurance plan I purchased. Material information was withheld from me and I was not allowed to make an informed decision, which initially left me with medical bills stemming from the two emergency room visits of approximately $61,000.00. Based on my own negotiations with the hospital and their understanding of the problems I encountered with Simple Health and HII, the hospital offered to adjust my bills to the rate that I would have been charged had I not had any health insurance at all and paid in cash by myself. This reduced my bills to approximately $31,000.00. Currently, my husband and I are paying small portions of these bills monthly by ourselves with no assistance from either Simple Health or HII. This situation has obviously caused me and my husband a tremendous amount of emotional distress.

22.    During my initial registration process with Simple Health, I was given the telephone number of Karis360, which was described to me as a service that could negotiate the

reduction of medical expenses not covered by my policy. My contact at Karis360 was listed as Jeremy Seaton.

23.     Desperate for any form of assistance, I called Karis360 shortly after receiving the initial $11,000 emergency room bill. A representative told me that they would send me an e-mail with a form to complete where I could describe my situation and claims in order to begin the process. I quickly completed the form and e-mailed it back to Karis360. Three weeks later, after no response, I received a call from another Karis360 representative who informed me that they were "looking into" my situation and instructed me to complete yet another form, which I first had to obtain by calling yet another telephone number. The representative who answered who took my call at this new number seemed to have no idea what I was talking about and no information about my case. I later learned that this new telephone number was the number for my hospital's billing department.

24.     About one month later, after no response I called the new telephone number again. Yet again, the hospital representative who answered my call could find no information about my case. She even said that she did not think that the hospital engaged with the type of services that Karis360 claimed to offer. However, when I mentioned that I had received a reduction in my bills after the hospital agreed to charge me the cash rate, the representative said that is the most that the hospital or Karis360 would have been able to accomplish for me.   In other words, Karis360 was an infuriating, worthless waste of time.

25.     I cancelled my policy effective March 31, 2017. I had been previously told that I could receive a refund if I cancelled the policy within thirty days of purchase. I did not make any attempts to obtain any refunds. Due to the tremendous stress caused by the events of the preceding weeks, the prior charges I incurred through Simple Health and HII were not as much

of a concern to me, especially compared to the tens of thousands of dollars in medical bills I had incurred. On or about February 27, 2017, as a final insult, I received a check for $6.95 ostensibly for an overpayment. I did not understand who the check was from, so I held off on cashing it for several months.

I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on ___May 23___, 2018.

_____
Gertrude "Trudy" Slawson

8

PX 18
Page 9 of 20

# Slawson Attachment A

PX 18
Page 10 of 20

# In the Matter of:

## Simple Health Plans

*December 5, 2016*
*Telephone Conversation Between Trudy and Nelly*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

## Telephone Conversation Between Trudy and Nelly

**Simple Health Plans**                                                 **12/5/2016**

---

**3**

```
OFFICIAL TRANSCRIPT PROCEEDING

FEDERAL TRADE COMMISSION


MATTER NO.    1723148

TITLE         SIMPLE HEALTH PLANS

DATE          RECORDED:    DECEMBER 5, 2016
              TRANSCRIBED: APRIL 12, 2018
              REVISED:     MAY 3, 2018

PAGES         1 THROUGH 38


     TELEPHONE CONVERSATION BETWEEN TRUDY SLAWSON
         (CUSTOMER) AND NELLY (COMPANY REP)
         20161205-1021155_4033317839-all
```

```
 1              FEDERAL TRADE COMMISSION
 2
 3    In the Matter of:            )
 4    Simple Health Plans          )  Matter No. ████
 5                                  )
 6    ------------------------------)
 7                             December 5, 2016
 8
 9
10
11
12         The following transcript was produced from a
13    digital file provided to For The Record, Inc. on April
14    6, 2018.
15
16
17
18
19
20
21
22
23
24
25
```

**2**

```
 1              FEDERAL TRADE COMMISSION
 2                    I N D E X
 3
 4    RECORDING:                              PAGE:
 5    Conversation between Trudy and Nelly       4
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**4**

```
 1                P R O C E E D I N G S
 2                -  -  -  -  -
 3
 4    TELEPHONE CONVERSATION BETWEEN TRUDY AND NELLY
 5         ANNETTE:  Hello.
 6         NELLY:  Hello, this is Nelly.
 7         ANNETTE:  Hi, Nelly, this is Annette from
 8    Health Insurance Services.  I have Trudy Slawson on
 9    the line.  She's looking to buy the $300 for her and
10    her husband.
11         NELLY:  Okay.
12         ANNETTE:  She's from Arizona.  Let me know
13    when you're ready.
14         NELLY:  I am, thank you.
15         ANNETTE:  Thank you.
16         Trudy, thank you for holding.  I already
17    have the enrollment representative on the line for
18    you, okay?  Have a great day.
19         NELLY:  Thank you.
20         TRUDY SLAWSON:  Thank you.
21         NELLY:  Good morning.
22         TRUDY SLAWSON:  Hi.
23         NELLY:  How are you?
24         TRUDY SLAWSON:  I'm good.
25         NELLY:  My name is Nelly.  I'm going to help
```

1 (Pages 1 to 4)

## Telephone Conversation Between Trudy and Nelly

Simple Health Plans                                    12/5/2016

---

**5**

1  you with your affordable health insurance quote. Just
2  to let you know that your -- this call may be recorded
3  for quality assurance. Just let me verify your
4  information. You first name is T-R-U-D-Y.
5      TRUDY SLAWSON: That's correct.
6      NELLY: And your last name is S like Sam, L
7  like Luis, A-W-S-O-N.
8      TRUDY SLAWSON: That's correct.
9      NELLY: Date of birth, ▮▮▮▮▮▮▮
10     TRUDY SLAWSON: That's correct.
11     NELLY: And then you're looking for you and
12 your husband.
13     TRUDY SLAWSON: That's correct.
14     NELLY: Perfect. And you're calling from
15 Arizona.
16     We are Simple Health. We represent most of
17 the major A-rate carriers. That's why we're going to
18 be able to help you to get the best plan at the best
19 price. Do you have insurance right now?
20     TRUDY SLAWSON: Alberta Health Care, yes.
21     NELLY: And why are you looking for other
22 options, ma'am?
23     TRUDY SLAWSON: Well, I'm looking --
24     UNIDENTIFIED MALE: (Inaudible).
25     TRUDY SLAWSON: Okay. What are we looking

**7**

1      NELLY: The -- the last name, the letter is
2  C? Sorry, I didn't hear you.
3      TRUDY SLAWSON: Okay. The first letter is C
4  like in Charlie.
5      NELLY: Mm-hmm.
6      TRUDY SLAWSON: Right?
7      NELLY: Mm-hmm.
8      TRUDY SLAWSON: R as in Romeo.
9      NELLY: Mm-hmm.
10     TRUDY SLAWSON: A as in alpha.
11     NELLY: Mm-hmm.
12     TRUDY SLAWSON: I as in India, G as in
13 George.
14     NELLY: Got it. Thank you very much. And
15 his last name?
16     TRUDY SLAWSON: Same as mine.
17     NELLY: Perfect. And his date of birth?
18     TRUDY SLAWSON: It is ▮▮▮▮▮▮ the ▮▮▮▮ -
19     NELLY: Mm-hmm.
20     TRUDY SLAWSON: -- 19▮▮.
21     NELLY: And his height and weight?
22     TRUDY SLAWSON: His height is ▮▮▮▮
23     NELLY: Mm-hmm.
24     TRUDY SLAWSON: And his weight is ▮▮▮
25     NELLY: Perfect, thank you very much. And

---

**6**

1  for? What are we looking for? Is that what you're
2  asking me?
3      NELLY: Yes, what -- if you have insurance,
4  what is the reason that you're looking around?
5      TRUDY SLAWSON: Oh, because we're in Canada
6  and we're moving to Arizona. So when we get to
7  Arizona, we need insurance.
8      NELLY: Oh, okay. The one that you have is
9  not going to cover you anymore, got it.
10     TRUDY SLAWSON: That's right. So that's why
11 we have to.
12     NELLY: And you're not in Arizona yet. When
13 are you going to be in Arizona?
14     TRUDY SLAWSON: No. We're going to be in
15 Arizona January 1.
16     NELLY: Okay, got it. May I have, please,
17 your height and weight?
18     TRUDY SLAWSON: My height is ▮▮▮ and my
19 weight is ▮▮▮.
20     NELLY: Perfect. And then what is the name
21 of your husband?
22     TRUDY SLAWSON: Craig.
23     NELLY: Greg?
24     TRUDY SLAWSON: Craig, C as in Charlie, R-A-
25 I-G.

**8**

1  what is your occupation, ma'am?
2      TRUDY SLAWSON: My occupation is optician.
3      NELLY: Optician, okay. And, right now, how
4  much are you paying monthly pay -- monthly base -- how
5  much is your monthly payment for your insurance?
6      TRUDY SLAWSON: It's about $220.
7      NELLY: For both?
8      TRUDY SLAWSON: Yep.
9      NELLY: That is with dental and vision or
10 without dental and vision?
11     TRUDY SLAWSON: That's with dental and
12 vision.
13     NELLY: Okay, then let's see if I can find
14 you something similar. 220, you say?
15     TRUDY SLAWSON: Yep.
16     NELLY: Let me write it down to see what can
17 I do for you. Hopefully, I can find you something,
18 okay? What I going to look --
19     TRUDY SLAWSON: Okay.
20     NELLY: -- is for a PPO and that way you can
21 look any -- for any doctor. It's easier for you guys.
22 I know that you're moving and a PPO allows you to
23 choose any doctor. And the other thing that I'm going
24 to look for you --
25     TRUDY SLAWSON: Okay.

---

2 (Pages 5 to 8)

Telephone Conversation Between Trudy and Nelly

Simple Health Plans                                                                 12/5/2016

---

**9**

1        NELLY: -- is very low out of your pocket
2 expenses, okay?
3        TRUDY SLAWSON: Okay, that would be good.
4 Thank you.
5        NELLY: So let me place you on hold for
6 around one minute, please, to see what can I get for
7 you guys, okay? Don't hang up.
8        TRUDY SLAWSON: Okay, sounds -- okay, sounds
9 good.
10       NELLY: Thank you, thank you.
11       TRUDY SLAWSON: Thank you.
12       (On hold.)
13       NELLY: Hello.
14       TRUDY SLAWSON: Hello.
15       NELLY: Hi, sorry for the wait, but I have
16 very good news for you and your husband. Based
17 off your application, I was able to get you approved
18 into a PPO A-rate carrier. You know exactly what PPO
19 means, right?
20       TRUDY SLAWSON: No.
21       NELLY: PPO is preferred provider
22 organization, which means that you can choose any
23 doctor and you don't need a referral to see any
24 specialist. This program is normally for --
25       TRUDY SLAWSON: Okay.

**10**

1        NELLY: -- a large group (inaudible) but
2 because we are brokers, that's why you can be part of
3 this group. Do you have a pen to write down the
4 information that I'm going to give you?
5       TRUDY SLAWSON: Yes, I do, yes.
6       NELLY: The insurance that you've been
7 approved is First Health. First Health, nationwide
8 PPO network.
9       TRUDY SLAWSON: Okay.
10       NELLY: First Health belongs to --
11       TRUDY SLAWSON: Okay, just a -- nation?
12       NELLY: Nationwide PPO network. First
13 Health belongs to Coventry Insurance. If you Google
14 it, you're going to write down First Health and when
15 you see the options that it says First Health dot
16 Coventry Health, that's the one. You can log in and
17 you can write down your --
18       TRUDY SLAWSON: Okay.
19       NELLY: -- zip code and see all of the
20 providers that you're going to have close to you,
21 okay? This is --
22       TRUDY SLAWSON: Okay.
23       NELLY: This is one of the largest PPO
24 network in the country with more than a million health
25 care providers on the contract. You and your husband

**11**

1 are going to receive doctor visits, diagnostic testing
2 for blood and lab, three different options for
3 medication, medical, surgical, hospital coverage, and
4 something that is very important is that this plan
5 have no deductible, this plan have no period for
6 accidental benefits, no claims form to file and no
7 limit on the plan usage within the First Health and,
8 again, zero deductible.
9       Let me ask you, are you taking any
10 medications right now?
11       TRUDY SLAWSON: Right now, both my husband
12 and I are taking ███████.
13       NELLY: That is for what?
14       TRUDY SLAWSON: That's for ████████.
15       NELLY: Oh, okay. Only one -- each one of
16 you? That's it? Only one medication?
17       TRUDY SLAWSON: Yep.
18       NELLY: Okay.
19       TRUDY SLAWSON: Yeah.
20       NELLY: And that medication is generic or it
21 is name brand?
22       TRUDY SLAWSON: It's -- I think it's a name
23 brand.
24       NELLY: Okay.
25       TRUDY SLAWSON: That's a brand name, but,

**12**

1 you know, I think it's available in a generic.
2       NELLY: Okay.
3       TRUDY SLAWSON: But I'm not sure.
4       NELLY: Don't worry.
5       TRUDY SLAWSON: But I don't care. I would
6 take the generic for (inaudible).
7       NELLY: Okay. And have --
8       TRUDY SLAWSON: It doesn't matter to me.
9       NELLY: Have been you been denied for any
10 health insurance?
11       TRUDY SLAWSON: No.
12       NELLY: Do you smoke?
13       TRUDY SLAWSON: No.
14       NELLY: Okay. And you're moving. And how
15 many times average do you visit the doctor in a year,
16 more or less?
17       TRUDY SLAWSON: I don't know. Three.
18       NELLY: Three? Okay, no problem. Okay.
19 Let me tell you the -- the premium that I got for you
20 and your husband is only 238 with 71 cents. This is
21 with dental and vision included, 238 with 71 cents
22 with dental and vision included. This is a nationwide
23 insurance which means that if you move inside the
24 United States territories you still covered. You
25 don't need to cancel your insurance, okay?

---

3 (Pages 9 to 12)

Telephone Conversation Between Trudy and Nelly

Simple Health Plans                                        12/5/2016



**13**

1  TRUDY SLAWSON: Okay, good.
2  NELLY: There's one enrollment fee that is
3  only 155. This enrollment fee ensures that your
4  premium is not going to increase. For example, in
5  your case, I already have ███, right? That's your age,
6  right?
7  TRUDY SLAWSON: ███, yep.
8  NELLY: You only need ███ years' coverage
9  because at ███ you are already covered by Medicaid.
10  That means that –
11  TRUDY SLAWSON: Right.
12  NELLY: - within those ███ years, if you
13  keep your insurance, they not going to increase your
14  premium if you decide to stay with it, okay?
15  TRUDY SLAWSON: Okay. All right.
16  NELLY: And another thing is that this is
17  multi-base insurance. What this means is that if at
18  any point of your – you decide that you want to
19  cancel, you can cancel it without any penalty. Let me
20  explain you –
21  TRUDY SLAWSON: Okay.
22  NELLY: – how this insurance work. And
23  when you visit a doctor, you choose anybody that is
24  under the PPO network. Believe me, there is a
25  thousand of places that you can go and you're going to

**14**

1  be paying –
2  TRUDY SLAWSON: Okay.
3  NELLY: – from zero up to 50. You will
4  never pay more than $50 to see a doctor, okay?
5  TRUDY SLAWSON: Okay.
6  NELLY: Let's suppose you need to go to the
7  hospital. I told you that this plan have no
8  deductible. When a plan have deductible, what that
9  means is that you have to pay thousand of dollars from
10  your pocket before start receiving benefits from the
11  insurance. In this case, those don't work in that
12  way. This is for – called first dollar coverage
13  plan, which means that the plan cover you from the
14  moment you enter in the hospital. The PPO network
15  take care of the entire bill. They reprice that and
16  then they send you what they call the cash benefit to
17  cover the rest. At the end, what you pay is less than
18  if you have a very high deductible. You never pay
19  anything –
20  TRUDY SLAWSON: Okay.
21  NELLY: – up-front. You can use this
22  insurance –
23  TRUDY SLAWSON: Okay.
24  NELLY: – inpatient and outpatient facility
25  and, again, nationwide.

**15**

1  Prescriptions –
2  TRUDY SLAWSON: Okay.
3  NELLY: – if you buy name brand
4  prescriptions, there's a copayment that it can be up
5  to $35. If you decide to buy generic, it going to run
6  from $4 up to $12. For example, in my case that I
7  have ███ I buy my generic and I only
8  pay $10 for a three-month supplement.
9  TRUDY SLAWSON: Okay.
10  NELLY: You can go to Walmart, CVS and also
11  request it by mail. Then the –
12  TRUDY SLAWSON: Oh, okay.
13  NELLY: Mm-hmm. Dental, dental is with
14  Dentemax. Write it down. D like David, E like
15  Edward, N like Nancy, T like Thomas, E like Edward,
16  Max, M-A-X. Dentemax. Very easy. You write down
17  Dentemax in Google, providers, and with your zip code,
18  you can see all of the places that you can go and use
19  your insurance.
20  And vision is with Eyemed, eye like Eye, E-
21  Y-E-M-E-D, the same thing. With the zip code, it
22  allows you to see all of the places that you can use
23  your insurance.
24  Another thing that is important to you know
25  – to know is that after you make your payment, you

**16**

1  receive by email the policy. Now, you have ten days
2  to go over the policy, review your policy. If at the
3  end of ten days it's not the right insurance for you,
4  they refund 100 percent of your money. You have ten
5  days to do that, okay?
6  TRUDY SLAWSON: Okay.
7  NELLY: Do you have any questions?
8  TRUDY SLAWSON: So ten days to review it?
9  NELLY: Mm-hmm, ten days to review, and if
10  you decide to cancel, they refund your money. If
11  after that –
12  TRUDY SLAWSON: Okay. So –
13  NELLY: – like I said (inaudible) if you
14  decide to cancel, you can do it. There's no penalty.
15  But in order to get your money back, it has to be in
16  that period of ten days, okay?
17  TRUDY SLAWSON: Okay, I see. Okay. So then
18  – okay, so now you are aware that we don't need it
19  until January the 1st, though, is that right?
20  NELLY: We can –
21  TRUDY SLAWSON: You know that?
22  NELLY: - yes, we can postdate it. What we
23  do is we make the effective date for January 1st. But
24  let's suppose you want to review the policy before.
25  You can make the payment before, you can review the

4 (Pages 13 to 16)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

## Telephone Conversation Between Trudy and Nelly

Simple Health Plans                                                                                     12/5/2016

---

**17**

1  policy. If you decide to keep it, great, by January
2  1st, you're going to be covered. If you decide to
3  cancel, then you have time enough to cancel and find
4  another insurance.
5        TRUDY SLAWSON: Okay. Okay. Can I just get
6  you to hold on for a minute?
7        NELLY: Yes. Why not.
8        TRUDY SLAWSON: And I'm going to just -- I'm
9  just going to ask -- I'm just going to run this by my
10  husband real quick.
11        NELLY: No problem. I will (inaudible) --
12        TRUDY SLAWSON: How would you -- how would
13  you want -- and the payment would be made how? Just
14  by credit card?
15        NELLY: Okay. The first --
16        TRUDY SLAWSON: Can I put it on --
17        NELLY: Yes. The first payment has to be
18  done with credit card. If after that you would like
19  to pay with check, you just have to call them and let
20  them know that you want to pay with your -- with your
21  checking account. It's done automatic. They're going
22  to charge you from the same credit card.
23        TRUDY SLAWSON: Okay. So -- okay, just hold
24  on one second, okay?
25        NELLY: Yes, ma'am. No problem, I will.

---

**18**

1        (Pause.)
2        TRUDY SLAWSON: So I'm just telling my
3  husband that the premium is going to be 238.71.
4        NELLY: That is correct.
5        TRUDY SLAWSON: And that's a month.
6        NELLY: Mm-hmm.
7        TRUDY SLAWSON: And that -- it includes
8  dental and vision.
9        NELLY: And vision, mm-hmm.
10        TRUDY SLAWSON: And it costs $155 to enroll.
11        NELLY: That is correct.
12        TRUDY SLAWSON: And then you can cancel it
13  without penalty.
14        NELLY: Mm-hmm.
15        TRUDY SLAWSON: And it is -- there's no
16  extra charge for -- like we might have to pay --
17        UNIDENTIFIED MALE: No copayment.
18        TRUDY SLAWSON: -- there's no copay. We pay
19  $30 for the doctor. Was that right? Anywhere from 30
20  to 50 for the doctor's visits?
21        NELLY: From zero up to 50. It can be zero,
22  it can be 50 -- it can be zero, 10, 20, up to 50, no
23  more than $50.
24        TRUDY SLAWSON: Right. Okay. And then --
25        UNIDENTIFIED MALE: So that's dental,

---

**19**

1  medical or --
2        TRUDY SLAWSON: Yes, dental and medical.
3  And then it covers all the lab work that we need to
4  have done.
5        NELLY: Yeah, that is preventing here.
6        TRUDY SLAWSON: And it covers --
7        NELLY: Mm-hmm.
8        TRUDY SLAWSON: Yes. And the medical
9  surgeries, there's no deductible.
10        NELLY: There's no deductible.
11        TRUDY SLAWSON: And no -- I can't read my
12  writing here. No --
13        NELLY: (Laughter.) I can't read my
14  writing.
15        TRUDY SLAWSON: Son of a gun, I can't read
16  it here.
17        NELLY: (Laughter.)
18        TRUDY SLAWSON: What were the other things?
19        NELLY: (Laughter.)
20        TRUDY SLAWSON: There's no -- no claim and
21  no --
22        NELLY: That's funny.
23        TRUDY SLAWSON: Sorry, okay. And then so
24  what we can do is we can choose a doctor.
25        UNIDENTIFIED MALE: A doctor.

---

**20**

1        TRUDY SLAWSON: And then if we have to go to
2  the hospital, it's from the first dollar of coverage.
3  So that means that we don't pay anything extra.
4        UNIDENTIFIED MALE: What about
5  prescriptions?
6        TRUDY SLAWSON: Prescriptions, we get -- the
7  generic ones are like $4 up to $10 per prescription.
8  And so -- so I think we should do this.
9        UNIDENTIFIED MALE: Sure, yeah.
10        TRUDY SLAWSON: Okay, yeah.
11        UNIDENTIFIED MALE: Do we need a U.S.
12  account?
13        TRUDY SLAWSON: Well, no, because I can -- I
14  can pay it with my credit card, right?
15        NELLY: Yes, that is correct.
16        TRUDY SLAWSON: And it will be billed in
17  American dollars.
18        NELLY: That is correct.
19        TRUDY SLAWSON: Yeah.
20        NELLY: Mm-hmm.
21        TRUDY SLAWSON: And then -- okay. And then
22  just to verify --
23        NELLY: Mm-hmm.
24        TRUDY SLAWSON: -- once we get there -- so
25  we're going to be covered and once we get there, then

---

5 (Pages 17 to 20)

## Telephone Conversation Between Trudy and Nelly

Simple Health Plans                                          12/5/2016



**21**

1  we have to notify -- we'll get a -- well, first of
2  all, we'll get an email to outline the policy.
3      NELLY: That is correct.
4      TRUDY SLAWSON: Then once -- okay. And then
5  we have ten days to review it.
6      NELLY: That is correct.
7      TRUDY SLAWSON: And if we're not happy with
8  it, then we can cancel it.
9      NELLY: That is completely right.
10     TRUDY SLAWSON: Now, can I cancel it just --
11 okay, so if I -- I just don't want to get caught
12 saying, oh, well, now I have to cancel it, that means
13 I have to, you know, jump through 15 hoops to cancel
14 something. I want to be able to just send an email to
15 cancel it. Is that okay if I do --
16     NELLY: Yes.
17     TRUDY SLAWSON: -- want to cancel it?
18     NELLY: That is correct.
19     TRUDY SLAWSON: Okay, good.
20     NELLY: They're going to -- they're going to
21 send you the information. It can be by phone, it can
22 be by email or if you don't submit the payment
23 automatic, they -- they cancel your insurance.
24 Remember that health insurance basically if you don't
25 make the payment in the month, they cancel it.

**22**

1      TRUDY SLAWSON: Okay. And then -- so if I
2  wanted to pay it by credit card every month, I could?
3      NELLY: That is correct.
4      TRUDY SLAWSON: Is that right?
5      NELLY: For example, if you submit now a
6  credit card number and you don't make any change,
7  they're going to charge from the same credit card all
8  of the time. If you don't want them to --
9      TRUDY SLAWSON: Oh.
10     NELLY: -- charge from this credit card,
11 then you have to let them know, change the account or
12 whatever you decide to do. It's done automatic.
13 They're going to charge from the same credit card.
14     TRUDY SLAWSON: Okay, okay. No, that's okay
15 because that means that I don't have to rush and
16 change anything.
17     NELLY: No.
18     TRUDY SLAWSON: I can take a couple of
19 months even to change it if I need to. Okay.
20     NELLY: That is correct.
21     TRUDY SLAWSON: All right, so we'll do this.
22     NELLY: What would be the email address that
23 you want to use in order to receive the policy?
24     TRUDY SLAWSON: It's going to be
25 ███████████ @gmail.com.

**23**

1      NELLY: ████ dot -- ████████ and
2  ████ right?
3      TRUDY SLAWSON: Yes. ████ - yeah, █████
4  ████████
5      NELLY: Mm-hmm.
6      TRUDY SLAWSON: -- dot ████████████
7  @gmail.com.
8      NELLY: Gmail.com. Do you already have an
9  address in Arizona or you don't?
10     TRUDY SLAWSON: Yes.
11     NELLY: You do? Okay.
12     TRUDY SLAWSON: Yes, we do.
13     NELLY: Perfect.
14     TRUDY SLAWSON: It's -- do you want it?
15     NELLY: Okay, because when you're going to
16 make the payment in order to review the policy,
17 remember that you can make the payment today if you
18 want and it's going to be effective, your insurance,
19 for January. That payment that you submit today is
20 going to be from January 1st to February 1st. The
21 next payment will be in February. But if you submit
22 the payment --
23     TRUDY SLAWSON: Right.
24     NELLY: -- today, today they send you the
25 policy.

**24**

1      TRUDY SLAWSON: Yeah, I'll pay today.
2      NELLY: Okay, let me -- what is your mailing
3  address because they send you by mail everything in
4  around seven days, okay?
5      TRUDY SLAWSON: Okay. It's ████ --
6      NELLY: Mm-hmm.
7      TRUDY SLAWSON: -- ████████████
8      NELLY: How you spell that?
9      TRUDY SLAWSON: ████████ as in ████
10     NELLY: Mm-hmm.
11     TRUDY SLAWSON: Second word is ████ █████
12 ████
13     NELLY: Perfect.
14     TRUDY SLAWSON: Way.
15     NELLY: Mm-hmm.
16     TRUDY SLAWSON: Oro Valley, Arizona.
17     NELLY: And the zip code?
18     TRUDY SLAWSON: 85755.
19     NELLY: Got it. Okay, because here it was
20 saying Tucson, Arizona. Then it's not Tucson then?
21 It's Oro Valley? Okay.
22     TRUDY SLAWSON: Well, it's -- yeah, it's
23 just a sub -- subsidy of -- a suburb of Tucson.
24     NELLY: Okay, no problem, ma'am.
25     TRUDY SLAWSON: It's kind of all in that

6 (Pages 21 to 24)

## Telephone Conversation Between Trudy and Nelly

Simple Health Plans                                                         12/5/2016

---

**25**

1  same area.
2      NELLY: And the residential address is the
3  same?
4      TRUDY SLAWSON: Yes.
5      NELLY: Okay. And let me check -- okay.
6  What is the credit card that you're going to use to
7  make this payment?
8      TRUDY SLAWSON: It's a Visa card.
9      NELLY: Mm-hmm.
10     TRUDY SLAWSON: And the -- you want the
11 number?
12     NELLY: Please.
13     TRUDY SLAWSON: Okay. It's XXXX.
14     NELLY: Mm-hmm.
15     TRUDY SLAWSON: XXXX.
16     NELLY: Mm-hmm.
17     TRUDY SLAWSON: XXXX.
18     NELLY: Mm-hmm.
19     TRUDY SLAWSON: XXXX.
20     NELLY: Let me repeat it for you. XXXX XXXX
21 XXXX XXXX.
22     TRUDY SLAWSON: Correct.
23     NELLY: And the expiration date?
24     TRUDY SLAWSON: It's -- is XXXX.
25     NELLY: XXXX. And the three on the back?

**27**

1      NELLY: Mm-hmm.
2      TRUDY SLAWSON: Zero, V as in Victor, zero.
3      NELLY: Wow, very interesting.
4      TRUDY SLAWSON: I know it looks weird.
5      NELLY: This is the first time.
6      TRUDY SLAWSON: Very (inaudible). Yeah,
7  yeah.
8      NELLY: I went once to Canada because my
9  brother used to live in Massena, New York, and it was
10 very in the north.
11     TRUDY SLAWSON: Oh, yeah, yeah.
12     NELLY: I went with my mom. It was
13 beautiful, but it was cold for us that are not used
14 for the cold. It was cold.
15     TRUDY SLAWSON: Oh, yeah, yeah. Well, it's
16 really cold here today, so, yeah.
17     NELLY: All right, let me -- let me check
18 one second the address because the system is not
19 allowing me. Give me just one second. Don't hang up,
20 please.
21     TRUDY SLAWSON: Okay, yeah, no.
22     (On hold.)
23     NELLY: Hello.
24     TRUDY SLAWSON: Hi.
25     NELLY: Okay. After me, the next step is

---

**26**

1      TRUDY SLAWSON: XXX.
2      NELLY: And the address that is in your
3  credit card?
4      TRUDY SLAWSON: It's ████████████
5  Coalhurst, Alberta.
6      NELLY: How you spell that?
7      TRUDY SLAWSON: Coalhurst, C-O-A-L-H-U-R-S-
8  T.
9      NELLY: Mm-hmm.
10     TRUDY SLAWSON: Alberta, Canada.
11     NELLY: And the zip code?
12     TRUDY SLAWSON: T0L --
13     NELLY: Aye, it's with letters?
14     TRUDY SLAWSON: Yeah, yeah.
15     NELLY: (Laughter.) I said, something is
16 wrong. Our zip codes are all --
17     TRUDY SLAWSON: Yeah, no, it's --
18     NELLY: (Laughter.)
19     TRUDY SLAWSON: I know, your zip -- yeah,
20 the zip codes are all numbers. Here it's a mixture of
21 numbers and letters, so it's T0 --
22     NELLY: Okay.
23     TRUDY SLAWSON: Tango, zero --
24     NELLY: Mm-hmm.
25     TRUDY SLAWSON: L as in Lima.

**28**

1  that I have to transfer your call to verification. In
2  my system, the system didn't allow me to write down
3  the address from Canada. What we going to do is when
4  I transfer your call to verification, you're going to
5  let them know that the credit card that you have have
6  a mailing address from Canada and that way they can
7  swipe it and write down the right address, okay?
8  Because in my case --
9      TRUDY SLAWSON: Okay.
10     NELLY: -- the system didn't allow me to
11 write it down.
12     TRUDY SLAWSON: Oh, okay.
13     NELLY: Do you have a middle initial?
14     TRUDY SLAWSON: I'm sorry, what was -- T.
15     NELLY: Okay.
16     TRUDY SLAWSON: T as in tango.
17     NELLY: Okay.
18     TRUDY SLAWSON: Or T for Theresa.
19     NELLY: You want me to write it down with
20 the --
21     TRUDY SLAWSON: Hey, I --
22     NELLY: Yes, ma'am.
23     TRUDY SLAWSON: No, it's okay. What -- what
24 is your name again? I'm sorry.
25     NELLY: My name is Nelly, N-E-L-L-Y. And my

---

7 (Pages 25 to 28)

## Telephone Conversation Between Trudy and Nelly

Simple Health Plans                                                    12/5/2016

### 29

1  direct phone number is 1-800 --
2       TRUDY SLAWSON: 1-800.
3       NELLY: -- 594 --
4       TRUDY SLAWSON: 594.
5       NELLY: -- 4046. And my extension is 1738.
6  We are Simple Health. We are the brokers.
7       TRUDY SLAWSON: Okay, you're the brokers.
8  Okay.
9       NELLY: Mm-hmm. Let me tell you why this
10 insurance is so affordable. It's very important for
11 you to know because, believe me, it's not easy to get
12 an affordable insurance. This insurance is affordable
13 because we don't cover three things. Let me tell you
14 what. We don't cover maternity.
15      TRUDY SLAWSON: Okay.
16      NELLY: If that's important to you guys --
17      TRUDY SLAWSON: No, no.
18      NELLY: (Laughter.) No, right?
19      TRUDY SLAWSON: I think we're -- we're past
20 that, thank goodness.
21      NELLY: Okay. That means that you don't
22 need to pay something that you're not going to use.
23 The other thing that the insurance doesn't cover is
24 mental health. If you have to stay overnight in a
25 mental health clinic, they don't pay for the clinic.

### 30

1  If you need to go to a psychologist, psychiatric,
2  that's not a problem. The only thing that they don't
3  pay --
4       TRUDY SLAWSON: Okay.
5       NELLY: -- is if you have to -- overnight in
6  a mental health clinic. And the same thing with
7  rehab. If you're having problems with alcohol and
8  drugs, you can go to a clinic day time. But if you
9  have to stay in a rehab clinic, they don't pay for
10 that overnight. Those are three things that this
11 insurance doesn't cover. That's why it's so
12 affordable.
13      TRUDY SLAWSON: Okay.
14      NELLY: It's not a major insurance because
15 of those three reasons, okay?
16      TRUDY SLAWSON: Okay. No, that's good.
17 Yeah, that's fine.
18      NELLY: Okay. And what else? This is not
19 Obamacare. This is not -- this is a private
20 insurance. It's a health insurance. It's not a
21 discount plan, okay?
22      TRUDY SLAWSON: Okay.
23      NELLY: Let's see what else I need from you.
24 I think I have everything. Okay, you want me to set
25 up this for January 1st.

### 31

1       TRUDY SLAWSON: Yes.
2       NELLY: Give me just one second. Remember
3  that the second payment is going to be for February
4  1st, okay?
5       TRUDY SLAWSON: Right.
6       NELLY: It's important to you to know that
7  as soon as you receive your package by email, you can
8  print out your ID card. If, God forbid, something
9  happens to you or your husband on January 1st, you can
10 go to an urgent care, an emergency room. The only
11 thing that you have to wait 30 days --
12      TRUDY SLAWSON: Okay.
13      NELLY: -- is just for a regular
14 appointment. Let's suppose you just said, okay, I
15 want to go to a doctor just to get prescriptions or
16 just to make a regular checkup. For that, you need to
17 wait 30 days. That means that you can go on February
18 1st.
19      TRUDY SLAWSON: Okay.
20      NELLY: But if you have an emergency of an
21 accident, it's immediately available. By January 1st,
22 you can use that, okay? The same thing with --
23      TRUDY SLAWSON: Okay.
24      NELLY: -- dental and vision. Dental and
25 vision are immediately available. The only thing that

### 32

1  you have to wait is just for the regular -- for a
2  regular checkup.
3       TRUDY SLAWSON: Okay.
4       NELLY: Okay, let me --
5       TRUDY SLAWSON: Well, we don't -- yeah, we
6  just had checkups here and --
7       NELLY: Perfect.
8       TRUDY SLAWSON: Yeah, everything is great.
9       NELLY: Perfect. 2017. Let's see. Okay,
10 this is all set already. First of all,
11 congratulations. You got a good PPO insurance.
12 They're going to help you during these two years.
13 That's if you only need an insurance for two years.
14 The next --
15      TRUDY SLAWSON: Yeah.
16      NELLY: -- thing will be to transfer your
17 call to verification. They are going to read a
18 script. What this means is that certain things are
19 going to apply for you guys. For example, you don't
20 have any persisting [sic] conditions, but they have to
21 go over that because it's a script. They have to read
22 the same thing to everybody, okay? They're going to
23 let you know --
24      TRUDY SLAWSON: Okay.
25      NELLY: -- that this is not a major

8 (Pages 29 to 32)

**For The Record, Inc.**
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

## Telephone Conversation Between Trudy and Nelly

Simple Health Plans                                                                12/5/2016

---

**33**

1  insurance because the three reason that I gave you.
2      TRUDY SLAWSON:  Right.
3      NELLY:  This is not an ACA, it's not
4  Obamacare.  They going to go over the payments.  When
5  you see your statement, you're going to see two
6  amounts.  You're going to see the amount that belongs
7  to the health insurance and the amount that belongs to
8  the dental and health.  But at the end, it's only 238
9  with 71 cents, okay?
10     TRUDY SLAWSON:  Okay.
11     NELLY:  They're going to let you know that
12  you're going to receive by email the information, but
13  in seven to ten days, you will receive the package
14  with everything, okay?  Also, okay, this is not a
15  discount plan.  It's a health insurance and it's a PPO
16  that you can choose any doctor.  You don't need any
17  referrals to visit a specialist.  And if you have any
18  question, at the end, let them know to transfer your
19  call back to us.  They are not insurance agents.  They
20  just read a script.  If at the end of the verification
21  you have any question about anything that they tell
22  you that you don't understand, tell them, could you
23  please transfer your call back to the agent and they
24  transfer your call back to us and it's going to be a
25  pleasure to help you, okay?

**34**

1      TRUDY SLAWSON:  Okay.
2      NELLY:  Do you have any question before I
3  transfer your call to verification?  They are the one
4  that go over -- please let them know about the address
5  of the credit card, okay?  Let them know that I
6      TRUDY SLAWSON:  Yes.  Now, you --
7      NELLY:  -- I couldn't write down the address
8  from Canada, that they have to do it, okay?
9      TRUDY SLAWSON:  Okay.  Now, you mentioned
10  that they are -- they are working off a script.  Is
11  that right?
12      NELLY:  Yes, they're going to read a script,
13  the phone script.
14      TRUDY SLAWSON:  Okay.
15      NELLY:  They're going to read exactly the
16  same to you that they read to everybody.  But if
17  there's something that they mention --
18      TRUDY SLAWSON:  Okay.
19      NELLY:  -- that you said, okay, what is
20  this, at the end, let them know, could you please
21  transfer your call back and then we go over, okay?
22      TRUDY SLAWSON:  Okay.  Nelly, another thing,
23  too.
24      NELLY:  Yes.
25      TRUDY SLAWSON:  I was just wondering, you

**35**

1  were saying something about a -- if they mention a pre
2  -- a preexisting condition.  Is that what -- is that
3  what you were saying?
4      NELLY:  Yes, they -- yes, they going to read
5  something that is called (inaudible) persisting [sic]
6  clause.  This is just for people that have persisting
7  [sic] condition.  What you have ███████████
8  that is only ███████████ ┤ They -- the
9  persisting [sic] condition are things that have
10  happened in the last 12 months.  For example, if you
11  had an accident within the last three months, that is
12  a persisting [sic] thing.  If you had a heart attack,
13  if you've been diagnosed with thyroid or asthma during
14  the last 12 months.
15      TRUDY SLAWSON:  Oh, okay.  I see what you're
16  -- okay.
17      NELLY:  Mm-hmm.
18      TRUDY SLAWSON:  So I just say no because --
19  okay.
20      NELLY:  No, what they're going to explain
21  to you is the persisting [sic] clause that they going
22  to said that, for example, if a person have a
23  persisting [sic] condition, you can be covered because
24  it's (inaudible) --
25      TRUDY SLAWSON:  Oh, a persistent condition?

**36**

1      NELLY:  Persisting [sic].
2      TRUDY SLAWSON:  Okay.
3      NELLY:  What they going to say that is they
4  hold the benefit for 12 months.  The person have the
5  right to use the insurance, but the benefit that they
6  receive for that persisting [sic] condition are not
7  100 percent until a year.  But in your case, those
8  don't apply because you don't have any.
9      TRUDY SLAWSON:  Okay.
10      NELLY:  But they have to go over, okay?
11      TRUDY SLAWSON:  Right.  Okay, okay.
12      NELLY:  Like I said, if at the end you have
13  a question, let them know to transfer your call back
14  to us and -- it was a pleasure.  If you have any
15  person that need any insurance, feel free to let them
16  know about us and --
17      TRUDY SLAWSON:  Okay.
18      NELLY:  -- happy holidays.
19      TRUDY SLAWSON:  Thank you.  You, too.
20      NELLY:  It was a pleasure assisting you.
21  Let me transfer your call to them.
22      TRUDY SLAWSON:  Thank you.
23      NELLY:  And like I said --
24      TRUDY SLAWSON:  Okay.
25      NELLY:  -- feel free to let them know to

9 (Pages 33 to 36)

PX 18
Page 20 of 20

Telephone Conversation Between Trudy and Nelly

Simple Health Plans                                        12/5/2016



37
1   transfer your call back to us if you're still having
2   any question at the end, okay?
3       TRUDY SLAWSON: Okay. Thank you so much,
4   Nelly.
5       NELLY: Have a great day. It was a
6   pleasure. Let me transfer your call.
7       TRUDY SLAWSON: Thank you. Bye-bye.
8       (The call was concluded.)
9       (The recording was concluded.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

38
1           CERTIFICATE OF TRANSCRIPTIONIST
2
3
4       I, Elizabeth M. Farrell, do hereby certify
5   that the foregoing proceedings and/or conversations
6   were transcribed by me via CD, videotape, audiotape or
7   digital recording, and reduced to typewriting under my
8   supervision; that I had no role in the recording of
9   this material; and that it has been transcribed to the
10  best of my ability given the quality and clarity of
11  the recording media.
12      I further certify that I am neither counsel
13  for, related to, nor employed by any of the parties to
14  the action in which these proceedings were
15  transcribed; and further, that I am not a relative or
16  employee of any attorney or counsel employed by the
17  parties hereto, nor financially or otherwise
18  interested in the outcome of the action.
19
20
21  DATE: 5/3/2018
22          ELIZABETH M. FARRELL, CERT
23
24
25

10 (Pages 37 to 38)

PX 19
Page 1 of 12

## DECLARATION OF MICHAEL STANLEY
### PURSUANT TO 28 U.S.C. § 1746

I, Michael Stanley, hereby declare as follows:

1.      My name is Michael Stanley.  I live in Florida and am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2.      On or about October 10, 2017, I asked a group of parents of my child's college classmates for resources for finding health insurance for my child.  A fellow parent directed me to a website located at Official-Plans.com.  I followed the link to the Official-Plans.com website, where I answered some basic questions about my child.  The site listed a telephone number that I could call for "free health insurance rate quotes."  It also instructed me to provide certain personal information in order to receive a call regarding health insurance.  The site asked for a date of birth, height, weight, name, and address, in response to which I provided my daughter's information.  I listed my own email address and contact phone number because I was handling the search and payment for her health insurance.

3.      Within minutes of submitting my responses to the questions, I received a phone call.  The caller identified himself as Mario from Simple Health and he said he would help me find an insurance plan appropriate and affordable for my child.  I explained to Mario that my daughter is a healthy, 19-year old college student and that I needed to purchase health insurance for her.  Based on communications from her college, I also told him that it was necessary that her insurance provide out of network benefits.

4.      Mario proceeded to tell me he had found a PPO nationwide plan for my daughter that required no referrals, would allow her to choose her own doctor, had no exclusions of pre-existing conditions, and provided coverage throughout the United States.  Mario indicated that

the insurance plan would cover doctor visits, diagnostic testing, medical and surgical procedures, hospitalization, and there would be no waiting period before coverage began.  Mario told me that our out of pocket expenses would be 20% to 30% of the cost of primary care doctor visits, 20% to 40% of the cost of specialist visits, $4 to $12 for generic prescriptions, and $5 to $20 for name brand prescriptions.  Mario also touted an app that would work in conjunction with the health insurance to help us locate the pharmacy with the lowest cost for any medication, based on zip code and the name and dosage of the medication.

5.      Mario told me that this health insurance plan had no deductible and that it provided out of network benefits as well.  He did say that the insurance coverage was limited because it would not include maternity care, services in a mental health facility, or substance abuse treatment.  Given the otherwise comprehensive nature of the coverage, those few limitations were not a deal breaker for me.  I asked Mario how much this insurance would cost. Mario told me that the monthly premium for this plan was $172.71 and that there would be a $125.00 enrollment fee charged, for a total first payment of $297.71.  Mario told me that for each month after the first, the monthly premium would be only $172.71.  He also said that there would never be a rate increase on this insurance.  He further indicated that this was a month-to-month plan that I could cancel at any time with no cancellation fees.  Mario told me that the plan also included a $110,000 Accidental Death and Dismemberment plan at no additional cost.

6.      When I asked, Mario searched his database and assured me that my child's doctor was within the plan's network.  Given these assurances, I proceeded with the enrollment process, which included giving my child's name, date of birth, zip code, Social Security number (which Mario said was for age verification), and then my name, address, phone number, Social Security

PX 19
Page 3 of 12

number and email address.  Because my child still had health insurance coverage through the end

of 2017, I opted for the coverage to begin in January 2018.

7.      Mario said he needed a credit card to secure this special rate to begin in January.

I gave him my credit card information.  He told me the payment would be processed on January

2, 2018 and coverage would begin at midnight on January 3, 2018.

8.      Mario told me that the next step was to speak with another person who would be

going over the policy information on a recorded line (for my protection) where I would need to

answer a few questions.  During the recorded conversation, the representative was giving me the

same details that Mario had given me, and I confirmed each item he mentioned.  Then he

mentioned something about NCE Membership, which I made note of because I was going to ask

a question about it.  I was also given the number "MCELM02017," although I was not sure what

that was for.  After I finished with the recorded portion of the call, which took quite a while, I

was transferred back to Mario.  He said the application would be processed for approval and I

would receive an email confirmation once processing was completed.  Mario gave me his direct

line to call him if I had any questions or concerns.  The number he provided is 954-606-9070.  I

thanked him for his assistance and ended the call.

9.      The next day I received a phone call from 954-398-1923.  The caller was a

woman, and she asked for my child.  I said she was not available, but I was her father and might

be able to help.  She asked if I handle health insurance for my child, and I told her that I did.  I

explained that I had just signed her up for insurance to start in January 2018.  The woman's tone

completely changed after that.  I inquired as to who she was and why was she asking about my

child.  In a rude and condescending tone, she said she was with the "insurance marketplace" and

was calling to offer health insurance to my child, but I had already signed her up for insurance so

she could not help me.  She was very short and curt.  When I got home, I Googled the phone

number she called from and found information from other consumers suggesting that the number

was associated with a scam.

10.     On or about the morning of October 13, 2017, I realized that I had not yet

received a confirmation email from Simple Health about my child's health insurance coverage.  I

called Mario at 954-606-9070 to ask about the email.  I reached a recording, which did not state a

company name, but said I had reached customer service and provided a menu of options for

continuing my call.  I followed the prompts and was ultimately connected to Mario.  His voice

tone and demeanor had completely changed from the bubbly, friendly person I had spoken with a

few days before.  I told Mario that I was calling to check the status of the application, because I

had not received the confirmation email he said I would.  Mario said that I would not receive a

confirmation email until the first payment was processed on January 2, 2018, because the

account would not be established until that time.  That sounded odd to me.  I needed to be certain

that my child would have health insurance, so I asked him if her coverage was guaranteed to

begin in January.  Mario said he did not understand.  I again explained to him that I needed to

know that the coverage was guaranteed, so my child would have health insurance coverage as of

January.  Mario said yes, the coverage would begin in January once they had received the first

payment and then I would receive the confirmation email and welcome packet in the mail.

11.     I asked also Mario for the name of the insurance company my child was enrolled

with.  His answer was "Unified Health," which he said is under the "Multiplan Network."  He

indicated that there was no policy number yet because the policy would not be created until they

received the first payment in January.  I thanked him and ended the call.

PX 19
Page 5 of 12

12.     At this point, I became concerned that this was too good to be true.  The transaction did not feel right to me.  I Googled "Unified Health" and "Multiplan Network."  The search returned several results, including one called "Ripoff Report | NCE Unified Health One Unified Health Scam."  When I visited that site, I found a consumer's description of Unified Health as "represented as insurance but is really a Discount Plan."  The narrative in the complaint described a situation like mine: a person shopping online for health insurance and ultimately purchasing this same plan, which was apparently not health insurance at all.

13.     I next Googled 954-606-9070, which was Mario's phone number.  The results from this search also showed several complaints, each describing the same scenario I had experienced.  At this point, I realized that I had likely been misled by Mario and that the product I purchased was not actually health insurance, but rather a medical discount plan.  My child needed actual health insurance, which is what I was searching for, told Mario I needed, and which he led me to believe I purchased.  I began to feel even more anxious and was worried that my child would not have the health insurance she needs.

14.     I remembered from previously calling Mario at 954-606-9070, that the automated system provided an option for cancelling the policy, so I called back.  I selected the option to cancel the policy and spoke with Nathaniel, who said he was a Senior Case Manager at Simple Health.  I told Nathaniel the reason for my call and he said he would be glad to help me.  He asked me for my child's name, the phone number on the account, the address and email address, all of which I provided.  Nathaniel asked me to hold while he accessed the account.  When Nathaniel came back, he asked me again how he could help me.  Again, I told him I wanted to cancel the policy for my child and make sure they would not be charging my credit card on January 2, 2018.

15.     Nathaniel said he understood my issue, but in an attempt to stop me from canceling, began to describe all of the "benefits" available under the policy and asked why I wanted to cancel. I said the bottom line is that I want to cancel the policy. Nathaniel said that he could help me with this, but for my protection, it would need to be a recorded conversation. I said that was fine. Then Nathaniel said that he would need to talk with my child, the intended policyholder, in order to cancel. I asked him why he needed to speak to my child today when Mario did not need to speak with my child during my initial call. He said it is Simple Health's policy and he was just "doing his job."

16.     At this point, I was tired of being nice. I threatened to contact the Insurance Commissioner for the State of Florida, my local news channel, and told him that I would report all of the fraud complaints I had found online against their company. I told him that I would be sure to share my experience with my social media networks and the other parents of my daughter's college classmates. I demanded that he cancel the policy and email me a confirmation that the policy was cancelled and that my credit card would not be charged. He stated he could not do that, but he would have one of his "upper managers" contact me to see if they could help. I asked for the manager's name and he said he did not know the manager's name because it was a different department.

17.     I felt at this point that Simple Health could not be trusted. I had been misled by Mario and now Nathaniel was refusing to honor my request to cancel the insurance plan and pending credit card charges. I told Nathaniel that I knew I had been lied to and I knew the product Mario sold me was not insurance, but rather a medical discount plan. I told Nathaniel I did not want to hear from Simple Health again and that I would handle this issue by working with the relevant government agencies.

18.     At this time, I also took screen captures of the "Official-Plans.com" homepage. True and accurate copies of those screen captures are attached hereto as M. Stanley Attachment A. The captures accurately show the Official-Plans homepage as I saw it both on October 10, 2017, when I first visited, and then again on October 13, 2017, when I took the screen captures.

19.     About 90 minutes later, I received a phone call from 754-802-3837. The caller said his name was Christopher Fanfan and that he was calling from the Compliance Department of "Simple Health." He asked me again for the information on the application so he could access the right account. I decided to try one last time to deal with Simple Health, and gave him the information. I reiterated to him that I wanted to cancel the policy and receive an email confirming the cancellation and that my credit card would not be charged on January 2, 2018. Christopher told me that he would submit a request for the application to be cancelled, and that all of the personal information I provided would be deleted from Simple Health's electronic records. I said that is fine, but could I please receive an email for confirmation purposes. He stated that they could not generate an email for a policy that was not activated as the emails are automatically generated from active accounts. I even asked him if he could simply send me an email confirming our discussion. He stated he could not. However, he did give me his direct number to call him at 754-802-3837 if I had any other questions or concerns.

20.     I believe that Simple Health set out to deceive me.  I was searching online for health insurance, not a medical discount plan.  A medical discount plan would not have satisfied the requirements that my daughter's school has for her, nor would it have provided her the coverage that I would want her to have.

Executed on December 15, 2017.

Michael Stanley

# M. STANLEY
# ATTACHMENT A



You are 60 seconds away from finding the LOWEST health insurance price with the best plan for you (and your family).

# Miss the Enrollment Deadline?
# Don't Worry - **We Can Help!**

M. Stanley Att.. A,
1 of 3

Simply complete the information below, and we will

MM ▼          DD ▼          YYYY ▼

## Height

-- ▼

## Weight

lbs

---

## First Name

## Last Name:

## Street Address

## City

## State

PX 19
Page 12 of 12

Last Name:

Street Address

City

State

State ▼

Zip:

Email:

Contact Number:

GET QUOTES →

## DECLARATION OF MICHELLE THOMPSON
### PURSUANT TO 28 U.S.C. § 1746

I, Michelle Thompson, hereby declare as follows:

1.      My name is Michelle Thompson.  I live in New Jersey and am over eighteen years of age.  I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

### Background

2.      During the first week of December 2017, I searched online for major medical health insurance for my daughter, Danielle VanDuysen.  She is a college student in North Carolina and starting in January 2018, she would lose health insurance coverage under my health insurance policy.  I conducted a Google search for affordable insurance policies in North Carolina and I found a health insurance website that included an insurance quote link.  I entered both my daughter's and my personal information into the website, including her name and age, as well as my phone number and email.  After I submitted this information, the website stated a representative would contact me.

### Sales Call

3.      On December 6, 2017, I received a call from a representative named Julio from Simple Health Plans ("Simple Health").  He did not ask me any medical history questions but I told him I wanted to make sure that my daughter would have a nation-wide major medical insurance policy with copays.  Julio stated he had such a plan with a premium of $265 per month.  He said it was a "Humana plan" and "one of the best plans available."  He then detailed the plan's benefits.  He explained that the plan had no deductibles, that the copay for doctor visits was $10 for primary care physicians and $30 for specialists.  He said that the plan had prescription drug coverage and we would pay under $35 for name brand prescriptions and under

1

PX 20
Page 2 of 12

$14 for generic prescriptions.  Julio stated the plan did not include coverage for maternity care, drug addiction services, or mental health services.  Julio told me that the first monthly fee would include the $265 premium plus a one-time enrollment fee of $125, for a total up-front cost of about $390.  He also stated that the price for this plan was "locked-in" and month-to-month for the first five years.  I told Julio that I was not sure if I wanted to purchase the plan and that I wanted to talk it over with my family.  After I told him I would call him the next day, he provided his telephone number and extension at 1-800-594-4046, ext. 11427.

4.      On December 7, 2017, I called Julio back using the phone number he provided.  I reiterated that I wanted a nation-wide full coverage major medical insurance plan with copays for my daughter.  Julio stated that the plan he previously described had copays and claimed that my daughter would have full medical insurance, with coverage starting on January 1, 2018.  Based on Julio's assurances, I agreed to purchase the health insurance policy.  At this time, he requested payment and I paid $390 using my Visa credit card.  Shortly after I paid, we ended the call.

5.      Simple Health did not send any email or any policy documentation confirming coverage details other than the insurance card, which my daughter did not receive until several weeks later.  I was surprised to find out that in small print, at the top, on the front, the insurance cards states: "Hospital Indemnity Insurance Card" and "This is a Limited Benefit Plan."  A true and correct copy the insurance ID card is attached hereto as **Thompson Att. A**.  Julio never disclosed this plan was actually a limited benefit plan.  I never would have agreed to purchase a limited benefit plan had Julio disclosed this fact.

6.      During the third week of January 2018, my daughter required medical treatment. Before she went to see a doctor, I believe she called Bay Bridge Administrators at 1-800-845-

PX 20
Page 3 of 12

7519 as listed on the insurance card, in order to know which doctors were in the network. At that time, a representative of Bay Bridge Administrators informed my daughter that this indemnity plan pays a portion of the bill and she must pay out-of-pocket for the remaining balance. In other words, there was not simply the copay Julio had described, and this clearly was not major medical insurance as Julio represented and promised. This plan was useless and not the plan that I agreed to purchase. I intended to seek a refund but I did not want to risk not being able to cancel because I made a claim, so I told my daughter that we would pay for her medical treatment ourselves, fully out-of-pocket. Our out-of-pocket cost to see the doctor at Urgent Care was approximately $240 and the cost for the influenza test was an additional $80.

7.      Between January 22 and January 24, 2018, I called Simple Health multiple times attempting to contact Julio to complain, cancel the plan, and obtain a refund. However, I do not recall exactly how many times I called. The phone number that Julio provided was no longer connected to him. Instead, a recording instructed me to call another Simple Health number at 954-606-9070. Each time I called, a representative claimed that Julio "was unavailable" or "Julio cannot accept incoming calls." I told each representative that I wanted to speak with Julio because he sold me a useless health insurance plan and lied about what I was getting. I also questioned why he was consistently unavailable. No representative answered my questions, rather they just transferred me to another representative. Finally, the last representative transferred me to a female case manager named Dumi.

8.      When Dumi answered the phone, I immediately explained that Julio deceived me and despite his assurances, the plan was not full medical insurance, rather it was a limited benefit indemnity plan. Dumi immediately proceeded to tout the benefits of the Humana Protector 360 plan, which Julio did not fully describe. She described it as a "two-sided plan" whereby the

3

patient visits a doctor who works according to a contracted rate, thereby leaving a portion to the patient. The second part of the plan means that the indemnity coverage pays an additional $50 on the remaining balance. Despite my complaint and frustration, she attempted to persuade me to keep the plan by claiming, "This is a great plan." She suggested I could upgrade to a more expensive plan called the "Protector 2000" and she advised me to call Health Insurance Innovations ("HII") at 877-376-5831. I told her I did not want either plan, and she eventually agreed to file a complaint with the Simple Health complaint department on my behalf. Then we ended the call. No one ever contacted me about the complaint.

9.      Shortly after I ended the call with Dumi, I called Simple Health's customer service department again. This time, I spoke with another representative named Karina. I immediately explained to Karina that Julio lied to me and sold me a useless health insurance policy that I specifically told him I did not want. I told her politely but firmly that I was misled. I asked her, "Why would Simple Health blatantly allow Julio to sell me an inferior insurance plan?" She placed me on hold and when she returned , she replied, "Well, I will just cancel your policy." I responded, "I do not want you to cancel my policy, I want answers to my questions." Besides, my daughter still needed some sort of insurance coverage while I tried to obtain insurance through her school. When I was speaking with Karina, it sounded as if someone was in the background coaching her. I told her that I wanted to speak with the person who was with her because it appeared "they had all of the answers." She refused, but I insisted, and she handed the phone to a Simple Health employee named Leonardo.

10.      I described my experience to Leonardo. I specifically told him that Julio misrepresented what I was purchasing, claiming a worthless limited benefit policy was major medical insurance. Leonardo was extremely rude and dismissive. At one point, he stated, "This

4

is the plan that you are getting" and he said I had a bad attitude. I was shocked and dismayed. I

attempted to speak reasonably to him but he became more belligerent. He further stated, "You

can complain and play games all day because I get paid by the hour." I told him I wanted to

speak with his supervisor and he told me there is no one above him. Feeling incredibly

frustrated, I just gave up and ended the call.

11.     I called Simple Health the next day on January 25, 2018, using the same customer

service number and I spoke to a representative named Angel. Angel was much more polite than

Leonardo. I told Angel I wanted to speak with someone in authority who could explain to me

why Simple Health permitted Julio to sell me a useless limited benefit plan. I also demanded to

know why everyone continued to claim that Julio was not available. I also wanted to report

Leonardo's behavior. Angel apologized and stated he would file a complaint with the complaint

department on my behalf, but he did not state a time or date when Simple Health would contact

me to resolve my complaint. I then asked him for Simple Health's address because I intended to

file a complaint against Simple Health with the Better Business Bureau ("BBB"). He said he

was not permitted to tell me, which I found strange. I asked for an explanation and he only said

he is "not allowed to give it out."

12.     Later that day, I received an email from HII indicating it processed my

cancellation request and issued a full refund. A true and correct copy of the cancellation email is

attached hereto as **Thompson Att. B**.

### Complaint to the Better Business Bureau

13.     On or about January 22, 2018, I filed a complaint with the BBB. However, I

mistakenly filed the complaint against Simply Health, not Simple Health. At the time, I had no

information about Simple Health because Angel did not provide any information and a quick

5

PX 20
Page 6 of 12

Internet search led me to Simply Health. On or about January 23, 2017, Simply Health responded to the BBB complaint, stating my complaint does not exist in their system and I filed a complaint against the wrong company. The next day, I continued researching on the Internet and found dozens of complaints related to Simple Health. These complaints sounded similar to my own and I believed that I found the correct company. On January 24, 2018, I filed a complaint against Simple Health with the BBB.

14.     On January 29, 2018, Simple Health responded to my BBB complaint. Simple Health claimed that the "member" performed a "needs and cost analysis" to find a suitable product. Simple Health also claimed I completed a verification process as part of the purchase, which I do not recall at all. Simple Health further claimed Julio offered me many different health insurance policies during the sales call. Lastly, Simple Health claimed I engaged in an "offensive verbal altercation" with a representative, presumably Leonardo.

15.     On January 30, 2018, I responded to Simple Health's explanation and addressed every claim. Simple Health dishonestly responded to my complaint. First, despite Simple Health's claim, it never offered multiple insurance options. Second, Simple Health never disclosed that my plan was actually an indemnity limited benefit plan. Simple Health did not sell me a major medical insurance policy as Julio promised. I explicitly told Julio multiple times that I wanted copays and full coverage health insurance. Despite all of this, he still sold me a limited benefit plan. Third, I never treated Leonardo or any other Simple Health employee with disrespect and I did not use offensive language at any time. Not only was Leonardo unprofessional, he was abusive. Lastly, I do not even know what a "needs and cost analysis" means, and I do not recall a verification process.

6

16.     My experience with Simple Health was awful.  Simple Health completely

misrepresented the insurance policy that they sold to me.  Then, they avoided me when I called

seeking answers and information.  They also treated me poorly and even bullied me.  I believe

they are extremely dishonest.  Upon researching Simple Health, it appears they have swindled at

least dozens of consumers.  Although I obtained a refund, the process and my overall experience

was exhausting. I know that this fraud would devastate my parents and others on limited

incomes, and I sympathize with consumers who are hurt due to Simple Health's fraudulent

business practices.  I hope this behavior stops immediately.


I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on _April 6_____, 2018.

Michelle Thompson
Michelle Thompson

7

PX 20
Page 8 of 12

# Thompson Attachment A

PX 20
Page 9 of 12



**Thompson Att. A, pg.1**



PX 20
Page 11 of 12

# Thompson Attachment B

---

**From:** support@hiiquote.com <support@hiiquote.com>
**Sent:** Thursday, January 25, 2018 9:39 AM
**To:** Michelle Thompson
**Cc:** support@hiiquote.com; licensing@hbcinsure.com
**Subject:** Update from HII: Your Cancellation Has Been Processed

Dear Danielle Vanduysen,

We have processed your request to cancel your Protector 360 policy.

### Here is some important information about your request:

- Your last day of coverage will be 01.31.2018
- Please log in to your Member Portal to access carrier and underwriter contact information if you have question about your coverage

We appreciate the opportunity to provide service to you. If you would like to discuss insurance or discount programs options, please reach out to your agent Jermaine Smith, at 800-492-1834 or licensing@hbcinsure.com

### Customer Support

support@hiiquote.com | 877.376.5831 | Monday-Friday 8:30am - 5:00pm EST



**HEALTH**
**INSURANCE**
**INNOVATIONS**

Thompson Att. B, pg.1

PX 21
Page 1 of 38

## DECLARATION OF CATHERINE TOUCHET
### PURSUANT TO 28 U.S.C. § 1746

I, Catherine Touchet, hereby declare as follows:

1.      My name is Catherine Touchet. I live in Louisiana and am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

### Background

2.      On or about May 19, 2016, sometime in the morning, I searched online for health insurance. During my search, I found a website that was purportedly an "Obamacare" health insurance website, which said it would provide quotes for health insurance plans. I do not recall the actual URL for the website, nor do I have any record of it. The website required that I submit basic personal information in order to receive quotes for health insurance plans. I submitted the requested information, which included my name, zip code, phone number, and email address. After I submitted my information, the website stated that an insurance representative would contact me.

### Sales Call

3.      Sometime in the early afternoon on that same day, a male telemarketer contacted me regarding my health insurance needs. I do not remember his name or the name of the company he worked for. Later, I thought I was speaking with a representative from Health Insurance Innovations ("HII") because all of the insurance documents I received after the transaction were from HII. I told the representative that I was looking for an affordable preferred provider organization ("PPO") plan with full medical coverage. He told me he had such a plan, which was major medical coverage that met the Obamacare coverage requirements. He explained that the insurance plan had the following benefits: doctor visits, clinic visits, and

1

prescription all in one plan with a $20 co-pay. He said the cost of the plan was $79.22 per month, plus a one-time enrollment fee of $125.00. The total amount to enroll was $204.22, and the monthly premiums would be $79.22 going forward.

4.      I specifically asked him if this policy was full medical insurance and whether it was acceptable coverage under the Obamacare insurance requirement. I asked this because I wanted to be sure that I would not incur a tax penalty. Based on his answers to my questions, I believed it was a legitimate major medical insurance policy. I therefore decided to provide my debit card information and purchase the insurance coverage that he offered. I asked the representative if I could review the insurance policy and he said that I must first provide payment before continuing through the verification process and before review of the policy coverage.

5.      During the call, the representative provided me with a phone number that I could use to reach him if I had questions or concerns. That phone number is 954-606-9070. I now know that telephone number is associated with a company called Simple Health.

6.      After providing my payment information, the representative transferred me to another person for a verification process. I do not remember the conversation exactly, but the representative directed me through the e-signature process on my phone. While on the telephone with the verification representative, I received an email from HII requesting my signature for my application. A true and correct copy of this email is attached hereto as **Touchet Attachment A**. I opened up a link in the email, and the representative quickly directed me through each page of the e-signature process telling me where to tap on each "blue box" that would display my signature. The representative did not explain any of the information on the various pages.

7.      Shortly after this call on the same day, I received an email from HII confirming my membership in "Principle Advantage." I immediately got a bad feeling because I did not

PX 21
Page 3 of 38

recall signing up for any such membership. I decided to review the e-signed documents, and I saw Part 4 entitled, "Outlook Vision." It states in the first paragraph "this is not insurance." After reading that, I realized that I had been defrauded. I researched HII on the Better Business Bureau ("BBB") website. My stomach sank after I saw that they had an 'F' rating and many complaints. On the internet, I conducted a search for "HII scams" and found there are many complaints online from people who were defrauded in their purchase of HII products. Like me, these people had been led to believe that they were purchasing major medical health insurance, but the actual products they received from HII were medical discount plans or other kinds of products.

### Emails

8.     On the same day, I received seven emails related to the sales e-signature process. True and correct copies of these emails are attached hereto as **Touchet Attachments B through H.** The first sentence in attachment E page 1, entitled, "Outlook Vision" includes the following statement: "This program is not insurance." The first sentence in attachment F page 1, entitled, "ScripPal" includes the following statement: "This program provides DISCOUNTS ONLY and is NOT INSURANCE." I received two additional emails on the same day at the same time after I completed the e-sign process. One email was confirmation of receipt of payment and the other confirmed my membership to "Principle Advantage" and "Teledoc." True and correct copies of these emails are attached hereto as **Touchet Attachments I and J** respectively.

PX 21
Page 4 of 38

### Cancellation and Partial Refund

9.       On that same day, knowing that the sales representative had done a "bait and switch," I immediately called back to 954-606-9070, the number the sales representative had provided me. I wanted to cancel the purchase and either prevent my account from being debited or obtain a refund. The representative I spoke to told me that my information was not yet in the system and I would have to call the next day to request a refund.

10.     The next day, May 20, 2016, I called that same number several times. I was hung up on at least three times while waiting on hold for a supervisor. After finally reaching a "case manager," I explained that I had purchased a policy the previous day but I did not want the policy because it was not major medical health insurance, as I had been led to believe. She stated, "This is what you signed up for." Then she sounded like she was reading from a script but I told her that I was lied to about the insurance coverage and that it was not insurance at all. I further said that the previous insurance representative told me that customer service could issue a refund. At that point, she said, "not even a case manager can issue a refund." She told me I would have to call HII to get a refund. At the time, I did not realize that I was not speaking with HII, and told her so. She informed that that I was speaking with Simple Health. She further stated that HII is the parent company of Simple Health and to reach HII, I should call 877-376-5831. I ended the call with Simple Health.

11.     At about 4:00pm on that same day, I called my bank to report that I had been defrauded. I also canceled my bank card. The bank said that the payment to HII was already deducted from my account. The bank explained that I could dispute the payment and it would conduct an investigation, so I initiated a payment dispute. As a courtesy, the bank agreed to return the funds to my account within a few days.

4

12.     On or about May 21, 2016, I called the number that the female representative from Simple Health provided, and spoke with a male representative from HII. I explained to him that I was sold a discount plan rather than major medical insurance as I had been promised and that I wanted a full refund. I also told him that I contacted the authorities over this scam. He told me that the funds had not yet cleared or updated into their system. Therefore, he could not refund money that did not post to my account. However, he said, he would issue the refund once that happened, and it would take 2-3 business days. After we hung up, I continued to call back the entire day, on the hour to confirm that my refund was actually in process.

13.     On May 25, 2016, my bank received the refund and posted it to my account.

### Reporting HII to Authorities

14.     On May 20, 2016 I called my local congressional representative, Dr. Charles Boustany, and spoke with Melissa Gierach, Senior Advisor on Health Care and Tax Policy. I told her about my experience with Simple Health and HII. On May 23, 2016, I emailed a Fox News video link to Ms. Gierach about HII's CEO Michael Kosloske, in which he touts his products. A true and correct copy of this email is attached hereto as **Touchet Attachment K, page 1.** The next day, Ms. Gierach emailed me and said it was strange that Simple Health and its "parent" company, HII, sold me a life insurance policy rather than health insurance and that she contacted relevant congressional offices about this fraud. True and correct copies of these emails are attached hereto as **Touchet Attachment K, pages 2 and 3,** respectively. A short time later, I emailed her back about the deception and complaints by other consumers. A true and correct copy of this email is attached hereto as **Touchet Attachment K, page 4.**

15.     On or around May 20, 2016, I contacted the sheriff's office in Tampa, Florida, where HII is located. I also reported this incident to the Florida State Attorney General. At their

PX 21
Page 6 of 38

advice, I contacted the Florida Department of Financial Services Division of Insurance Fraud

through email and Captain Lindsay, in response to my email, replied to confirm they are

processing my complaint. A true and correct copy of this email from Captain Lindsay is

attached hereto as **Touchet Attachment L**. Sometime between May 21 and May 24, 2016, I

spoke with Lt. Murphy by phone and email to report my experience with Simple Health. A true

and correct copy of this email is attached hereto as **Touchet Attachment** M, page 1. On May

25, I emailed Lt. Murphy and notified him that Ms. Gierach may contact him for information

related to this scam. A true and correct copy is attached hereto as **Touchet Attachment** M, page

2.

16.     Simple Health and HII are not trustworthy. Although I am glad I received a

refund, I had to be aggressive and spend a lot of time tracking them down and demanding my

money back.


I state under penalty of perjury that the foregoing statement is true and correct.

Executed on _____, 2018.

_____

Catherine Touchet

PX 21
Page 7 of 38

# Touchet Attachment A

PX 21
Page 8 of 38

Touchet Att. A, pg.1

Gmail

COMPOSE

Inbox (74)
Starred
Important
Sent Mail
Drafts (1)
Notes
More

Catherine

No recent chats
Start a new one

Please sign Application Form of Principle Advantage

Health Insurance Innovations <echosightdemo@gmail.com>
to me

More

Inbox   x

May 19 (3 days ago)

HEALTH
INSURANCE
INNOVATIONS

12 of 1,174

Health Insurance
Innovations Has Sent
You Application
Form of Principle
Advantage to Sign

Health Insurance Innovations (Health Insurance Innovations, Inc.)

PX 21
Page 9 of 38

# Touchet Attachment B





## Dear Catherine Touchet,

Thank you for requesting membership in Med-Sense Guaranteed Association and applying for Principle Advantage. Once your application is approved and payment is processed, your policy will go into effect 12:01 am on 05/20/2016.

You will be charged $204.22 immediately for your first month of insurance coverage. Future charges to your account will be $79.22 and will be made on the 20 of each month starting 06/20/2016.

Principle Advantage
Companion Life
$51.32

Teladoc 24/7 doctor visits by telephone
$22.95

MedSense Fee
$4.95

Health Education program (PEP)
Online health education & fitness training
$125.00

By signing, you acknowledge you have reviewed and understand the details of your purchase and the charges related to you purchase.

Applicant Signature:                    Date:
*Catherine C. Touchet*                   May 19, 2016

Health Insurance Innovations
218 E Bearss Ave, Ste 325
Tampa, Florida
www.hiiquote.com
877-376-5831

Touchet Att. B pg. 1

PX 21
Page 11 of 38

# Touchet Attachment C

**COMPANION LIFE INSURANCE COMPANY**
P.O. Box 100102
Columbia, South Carolina 29202-3102

### APPLICATION/ENROLLMENT FORM FOR PRINCIPLE ADVANTAGE LIMITED BENEFIT HEALTH INSURANCE

| APPLICANT INFORMATION |
|---|

Applicant's Name  Touchet Catherine C _____   Social Security Number _____
                        Last/First/MI

Home Address ▮▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮  ▮▮▮▮  ▮▮▮▮
                 Street            City            State            Zip

Home Telephone ▮▮▮▮▮▮▮▮▮▮ _____   Work Telephone _____

Sex: ☐ Male ☑ Female      Date of Birth ▮▮▮▮▮▮▮ _____

Requested Effective Date     05/20/2016              Premium: $ 56.27

Plan Selected: ☐ Plan 1 ☐ Plan 2 ☐ Plan 3 ☐ Plan 4 ☐ Plan 5 ☐ Plan 6 ☐ Plan 7 ☑ Plan 8 ☐ Plan 9

| DEPENDENT INFORMATION | | | |
|---|---|---|---|
| Dependent Name Last/First/MI | Date of Birth Mo/Day/Yr | Relationship | Social Security No. |
| | | | |
| | | | |
| | | | |
| | | | |

| APPLICANT AUTHORIZATION |
|---|

**DO NOT CANCEL OTHER COVERAGE UNTIL NOTIFIED IN WRITING BY THE INSURANCE COMPANY OF ACCEPTANCE OF THIS APPLICATION**

I certify that all answers contained herein are true and complete. I understand and agree that the falsity of any answer or statement in this application which materially affects the risk or hazard assumed by the Insurance Company may bar the right to any recovery under any Certificate issued. I understand that no coverage will become effective under the Certificate until written approval is received from the Insurance Company. I understand that no benefits will be payable for expenses for Daily In-Hospital Indemnity Benefits, Surgical Indemnity Benefits, and Anesthesia Indemnity Benefits incurred as a result of a Pre-Existing Condition (as defined in the policy) until the end of a continuous period of 12 months commencing on or after the Covered Person's effective date of coverage under the Certificate during which the Covered Person had treatment, incurred expense, took medication, or received diagnosis or advice from a physician in connection with such Pre-Existing Condition. I understand that there is a 30-day waiting period before coverage of Pre-Existing Conditions is available for all other benefits. I have read any Fraud notice applicable to my state of residence. I AUTHORIZE HII TO COLLECT ANY AND ALL PREMIUMS DUE UNDER THE POLICY.

*Catherine C. Touchet* _____        May 19, 2016 _____
Applicant Signature                                        Date

| AUTHORIZATION FOR AUTOMATIC BANK DRAFT OR CREDIT CARD PAYMENT |
|---|

I am signing up for an automatic payment plan. I agree Health Insurance Innovations (HII) or its authorized agent may automatically debit my bank account or Credit Card for the amount due on or around the payment due date. I can cancel this automatic payment at any time by calling or writing HII or its authorized agent at least 30 days prior to the next due date. I agree that HII or my financial institution can cancel automatic payment for my account for any reason, at any time, with or without prior notice to me. I understand that $25.00 will be charged for each transaction rejected for insufficient funds. I acknowledge that the origination of these debits to my account must comply with U.S. laws. I agree that this agreement remains in effect until canceled by HII or my financial institution or me. I have a copy of this agreement and I know I can also contact HII or its agent for a copy.

Catherine C Touchet _____            05-19-2016 _____
Applicant Signature                                        Date

Touchet Att. C, pg.1

**FRAUD WARNING NOTICES: (If the Applicant lives in a state where one of the fraud warning notices apply, please review the notice that applies to your state.)**

| | |
|---|---|
| Generic | Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information may be guilty of insurance fraud. |
| Colorado | It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant. |
| DC | It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant. |
| Florida | Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree. |
| Kentucky | Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime. |
| Louisiana | Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |
| Missouri | An insurance company or its agent or representative may not ask an applicant or policyholder to divulge in a written application or otherwise whether any insurer has canceled or refused to renew or issue to the applicant or policyholder a policy of insurance. If a question(s) appears in this application, you should not answer it. |
| Nebraska | Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information may be guilty of insurance fraud. |
| New Mexico | ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OR LOSS OR BENEFIT OR KNOWINGLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE MAY BE SUBJECT TO CIVIL FINES AND CRIMINAL PENALTIES. |
| Ohio | Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud. |
| Oklahoma | Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony. |
| Pennsylvania | Any person who knowingly and with the intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties. |
| Tennessee | It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company.  Penalties include imprisonment, fines and denial of insurance benefits. |
| Virginia | Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent act, which may be a crime and subjects such person to criminal and civil penalties. |

**Touchet Att. C, pg.2**

PX 21
Page 14 of 38

# Touchet Attachment D

## Med-Sense Guaranteed Association

- Please verify your understanding that you are purchasing a membership in the Med-Sense Guaranteed Association. As a member of this association, you are entitled to many benefits such as Sprint, ID resolution, floral discounts, gym America, vitamin discounts, car rental, and car perks.

- You understand that you are not required to purchase Principle Advantage      and there are MSGA plan memberships available that do not include Principle Advantage      Please email info@medsensemembers.com to inquire about purchasing a stand-alone membership.

- **NOTICE OF CONSENT TO ELECTRONIC TRANSACTIONS, SIGNATURES AND DOCUMENTS** I consent to use of electronic signatures of documents, which would otherwise only be valid if they were in writing. I understand that Health Insurance Innovations will rely on my signature as consent to receive the documents electronically unless I revoke this consent. I can update my information or revoke this consent at any time by calling Health Insurance Innovations Customer Service Center at 1-877-376-5831 or emailing to: support@hiiquote.com. If you decide to withdraw your consent, the legal validity and enforceability of electronic transactions and signatures used prior to the withdrawal will not be affected. I may request specific documents at no cost in paper form at any time without revoking this consent. I agree to review the application produced by this voice signature carefully to ensure my understanding of all provisions of the coverage.

Applicant Signature: *Catherine C. Touchet*

**Date:** May 19, 2016

Touchet Att. D, pg.1

PX 21
Page 16 of 38

# Touchet Attachment E

## Outlook Vision

- This program is not insurance. It is a discount program. You are responsible for the full cost of any health care services purchased. You will receive discounts for medical services at certain health care providers who have contracted with the program. Members have the right to cancel registration at any time. Cancellations within 30 days will receive a refund of membership fees. This program does not make payments directly to health care providers. A list of all program providers within the prospective cardholder's service area, which includes their name, city & state, and medical specialty is available prior to purchase, upon request. Discounts for hospital services are not available. This program is administered by Group Dental Service of Maryland, Inc. (GDS-MD), your Discount Medical Plan Organization, 111 Rockville Pike, Suite 950, Rockville, MD 20850, 1-866-433-6392 www.outlookvision.com. The program and its administrators have no liability for providing or guaranteeing service or the quality of service rendered.

- **NOTICE OF CONSENT TO ELECTRONIC TRANSACTIONS, SIGNATURES AND DOCUMENTS** I consent to use of electronic signatures of documents that would otherwise only be valid if they were in writing. I understand that Health Insurance Innovations will rely on my signature as consent to receive the documents electronically unless I revoke this consent. I can update my information or revoke this consent at any time by calling Health Insurance Innovations Customer Service Center at 1-877-376-5831 or emailing to: support@hiiquote.com. If you decide to withdraw your consent, the legal validity and enforceability of electronic transactions and signatures used prior to the withdrawal will not be affected. I may request specific documents at no cost in paper form at any time without revoking this consent. I agree to review the application produced by this voice signature carefully to ensure my understanding of all provisions of the coverage.

Applicant Signature: *Catherine C. Touchet*                    Date: May 19, 2016

Touchet Att. E, pg. 1

PX 21
Page 18 of 38

# Touchet Attachment F

## ScrapPal

- This program provides DISCOUNTS ONLY and is NOT INSURANCE. Discounts are available only through participating pharmacies and providers. This program does not make payments directly to providers. Members are required to pay for all health care services. You may cancel your registration at any time or file a complaint by contacting Customer Care at 1-866-788-6846. All prescription drugs are eligible for discount.

- **NOTICE OF CONSENT TO ELECTRONIC TRANSACTIONS, SIGNATURES AND DOCUMENTS** I consent to use of electronic signatures of documents that would otherwise only be valid if they were in writing. I understand that Health Insurance Innovations will rely on my signature as consent to receive the documents electronically unless I revoke this consent. I can update my information or revoke this consent at any time by calling Health Insurance Innovations Customer Service Center at 1-877-376-5831 or emailing to: support@hiiquote.com. If you decide to withdraw your consent, the legal validity and enforceability of electronic transactions and signatures used prior to the withdrawal will not be affected. I may request specific documents at no cost in paper form at any time without revoking this consent. I agree to review the application produced by this voice signature carefully to ensure my understanding of all provisions of the coverage.

Applicant Signature: *Catherine C. Touchet*                    Date: May 19, 2016

Touchet Att. F, pg.1

PX 21
Page 20 of 38

# Touchet Attachment G

**Payment Authorization**

I am signing up for an automatic payment plan. I agree that Health Insurance Innovations ("HII") or its authorized agent may automatically debit my bank account or credit card for the amount due on or around the payment due date.

I understand that this authorization will remain in effect until I cancel it in writing, and I agree to notify HII or its authorized agent in writing of any changes in my account information or termination of this authorization, which must be received by HII or its agent at least 7 days prior to the next billing date. If the above-noted periodic payment dates fall on a weekend or holiday, I understand that the payment may be executed on the next business day.

I understand that because this is an electronic transaction, these funds may be withdrawn from my account as soon as the above-noted periodic transaction dates. I agree that HII or my financial institution can cancel automatic payment for my account for any reason, at any time, with or without prior notice to me. In the case of an ACH Transaction being rejected for Non Sufficient Funds (NSF), I understand that HII or its agent may, at its discretion, attempt to process the charge again within 30 days, and I agree to an additional $25.00 charge for each attempt, which will be initiated as a separate transaction from the authorized recurring payment. I acknowledge that the origination of these debits to my account must comply with U.S. laws. This payment authorization is for the type of bill indicated above.

I certify that I am an authorized user of this credit card or bank account. I agree not to dispute this recurring billing with my bank or card issuer so long as the transactions correspond to the terms indicated in this authorization form.

Applicant Signature: *Catherine C. Toucher*          **Date:** May 19, 2016

Touchet Att. G, pg.1

PX 21
Page 22 of 38

# Touchet Attachment H

PX 21
Page 23 of 38

## E Terms & Conditions Acknowledgement

I understand and authorize my next month's payment and re-occurring monthly payments thereafter will be automatically processed from my account each month until I request termination of the coverage or the coverage reaches its natural termination date. I understand that if I cancel my insurance or if HII is unable to collect my payment on my bill date my insurance and benefits will be cancelled. I agree to review my policy and certificate for a list of any exclusions, limitations and acknowledgements specific to my state. I may request a full refund of my policy within my **free look** period as described in my plan documentation. I understand that my plan documentation will be available electronically and that I may request to have physical documents mailed to me at no cost by contacting Health Insurance Innovations. I will also receive a copy of the welcome letter and ID cards in the mail within 7 to 10 business days of my policy effective date. No representation by an agent or any other person shall be binding on Health Insurance Innovations or the Insurance carrier.

**I understand that this insurance is not considered "minimum essential coverage" under the Affordable Care Act, also known as "Obamacare," and that I may be subject to a tax penalty.**

**SPOUSE'S ACKNOWLEDGEMENT** (*if applying for coverage*) I confirm that I have permission to answer health questions on behalf of my spouse and that I have full knowledge of my spouse's health history. I realize that coverage is provided based on statements and answers given on the application. Any incorrect or incomplete information regarding their medical history may result in loss of coverage or claim denial.

<u>NOTICE OF CONSENT TO ELECTRONIC TRANSACTIONS, SIGNATURES AND DOCUMENTS</u> I consent to use **of electronic signatures of documents which would otherwise only be valid if they were in writing.** I understand that Health Insurance Innovations will rely on my signature as consent to receive the documents electronically unless I revoke this consent. I can update my information or revoke this consent at any time by calling Health Insurance Innovations Customer Service Center at 1-877-376-5831 or emailing to: support@hiiquote.com. If I decide to withdraw my consent, the legal validity and enforceability of electronic transactions and signatures used prior to the withdrawal will not be affected. I may request specific documents at no cost in paper form at any time without revoking this consent. I agree to review the application carefully to ensure my understanding of all provisions of the coverage.

YOU ACKNOWLEDGE AND AGREE THAT, BY SIGNING, YOU ARE INDICATING THAT YOU HAVE READ, AND THAT YOU UNDERSTAND AND AGREE TO BE BOUND BY THESE TERMS, WHETHER OR NOT YOU HAVE ACCESSED YOUR POLICY DOCUMENTS. If you accept or agree to these Terms on behalf of another person, you represent and warrant that you have the authority to bind that person to these Terms and, in such event, "you" and "your" will refer and apply to all persons listed on the policy.

Applicant Signature: *Catherine C. Touchet*

Date: May 19, 2016

Touchet Att. H, pg.1

PX 21
Page 24 of 38

# Touchet Attachment I

M Gmail

Catherine Touchet

**Payment Receipt Catherine Touchet CL11598100**
1 message

noreply@hiiquote.com <noreply@hiiquote.com>
Reply▾
To ███████████

Thu, May 19, 2016 at 2:42 PM

## Receipt

Catherine Touchet, thank you for your purchase. Your payment has been processed and you will receive an email with details about your purchase shortly.

**Member Name**
Catherine Touchet

**Member ID**
CL11598100

**Payment Method**
VISA
............ ████

**Total Payment**
$284.22

**Billed To**
Catherine Touchet
████████████

Health Insurance Innovations
716 E Eskers Ave  Ste 325
Tampa, Florida
www.hiiquote.com
877-376-5831

Touchet Att. I, pg.1

# Touchet Attachment J

PX 21
Page 27 of 38



**Catherine Touchet - Your Application for Principle Advantage**
1 message

support@hiiquote.com <support@hiiquote.com>
Re                                 te.com
To                                                                    Thu, May 19, 2016 at 2:42 PM
Cc                              om





## Dear Catherine Touchet,

Thank you for applying for Limited Benefit Health Insurance, underwritten by Companion Life Insurance Company through Health Insurance Innovations.

Your plan will begin on the effective date listed below. If you applied for more than one plan, like a supplemental plan, or purchased another benefit or service, please note that it will be billed separately. If your STM plan terminates or you cancel it, any other plans, benefits or services you have will remain effective unless you tell us you'd like to cancel.

**Principle Advantage** with an effective date of 05/20/2016. Monthly Cost: $79.22

All of the details about your coverage are available for you online at HIIQuoteCustomers.com.

Please read the details carefully. We've created a user ID and password for you, so you can:
• Log in immediately
• View and download the details about your coverage
• Print duplicate ID cards if you need them

You will also receive a welcome letter in 7-10 business days, that includes your ID card.

User ID:            For Your Security, please update
Password                                 your password after logging in.

We know things can get complicated when it comes to insurance. That's why we're committed to helping you understand your plan and how to use it.

Limited medical plans can supplement your existing healthcare coverage. In the case of serious

Touchet Att. J, pg.1

PX 21
Page 28 of 38

injury or medical illness, these plans can provide much needed financial peace of mind  as major medical policies do not always cover the full cost of certain health concerns.

We want your Principle Advantage plan to work for you. Here are a few benefits your plan provides
- Next day coverage
- No waiting period for accidental injuries or sickness
- Freedom to choose any provider or hospital

Limited medical insurance is not considered "minimal essential coverage" under the Affordable Care Act and you may be subject to tax penalty.

 to download your quick start guide and learn more about how your plan works.



WEB-TPA
1.800.952.7120





Health Insurance Innovations
1.877.376.5831
Monday - Friday 8:30am to 7:00pm EST
HIIQuoteCustomers.com

We want you to be happy with your coverage. If you find  that you've purchased your plan in error or its just not the right plan for you, you can cancel your plan, as long as no claims have been filed  within 30 days of your effective date and you'll get all your money back-guaranteed.

Health Insurance Innovations
218 E Bearss Ave, Ste 325
Tampa, Florida
www.hiiquote.com
877.376.5831

Touchet Att. J, pg.2

PX 21
Page 29 of 38

# Touchet Attachment K

**From:** Catherine Touchet[███████████████]
**Sent:** Monday, May 23, 2016 3:32 PM
**To:** Gerault, Melissa
**Subject:** Fwd: Looking for ways around ObamaCare

Mike Kaslowske reporting on Fox News about his "product" that doesn't exist!
View video through link :

Thank you

Sincerely,

Catherine Touchet
[██████████]

[█████████████]

[██████████]

[███████] Louisiana[███]

---------- Forwarded message ----------
From:  email@addthis.com
Date: Mon, May 23, 2016 at 2:20 PM
Subject: Looking for ways around ObamaCare
To: [████████████████]


http://video.foxnews.com/v/4788685749001/looking-for-ways-around-
obamacare/#/VONX_Qn3_NA email

...

This message was sent by [████████████████] via http://addthis.com. Please
note that AddThis does not verify email addresses.

Make sharing easier with the AddThis

Toolbar:  http://www.addthis.com/go/toolbar-em

To stop receiving any emails from AddThis, please visit
http://www.addthis.com/privacy/email-opt-
out?e=2.eFkZKdkSGOISKvgZ_Hm4rchZ2L

Touchet Att. K, pg.1

On May 24, 2016, at 9:11 AM, Gierach, Melissa <██████████████████> wrote:

Thanks for sending this along Ms. Touchet!


Quick question for you, as I understood you on our call yesterday it sounded like the "parent" company "Health Insurance Innovations" you said was based in Tampa, FL... however, looking at the Enrollment Form document you sent in the attached file is titled with the name "Companion Life Insurance Company", which is associated with a P.O. Box in Columbia, S.C.


Did you notice that?


# mlg

"Quality is never an accident; it is always the result of high intention,

sincere effort, intelligent direction, and skillful execution; it represents

the wise choice of many alternatives."


- William A. Foster

Touchet Att. K, pg.2

From: "Gierach, Melissa" ██████████████████████████
Date: May 24, 2015 at 10:37:19 AM CDT
To: Catherine Touchet ██████████████████
Subject: RE: Looking for ways around ObamaCare

Thanks very much, Catherine, very helpful feedback!!  The weird thing is that some of the
forms you sent over to me said "Life Insurance" when it sounded like you were looking
specifically to enroll in health insurance coverage

Anyhow, I'm in touch with the relevant congressional offices to see what they know

Again, very much appreciate your assistance and feedback on this  it really is
terrible  hopefully we can make some headway on getting this straightened out  and have
the operation shut down if it's as much a scam as it sounds like

Melissa Gierach

Senior Advisor

Health Care & Tax Policy

Congressman Charles Boustany, Jr., MD (LA-03)

1431 Longworth HOB | Washington, DC 20515   202-225-2031



Touchet Att. K, pg.3

From: Catherine Touchet [ ███████ ]
Sent: Tuesday, May 24, 2016 11:27 AM
To: Gierach, Melissa
Subject: Re: Looking for ways around ObamaCare

Yes and after watching videos It is becoming clear how owner is ducking and diving by claiming his company is a broker and sells for all of the actual "insurance" or as I like to refer to as "shell company". After reading other people's experiences these companies are paying out pennies on claims if lucky enough to get something paid these poor people are paying huge premiums to have. I was lied to about the product "bait" and then after my card was processed I received the documents by email - "the switch". I hope you have time to read every document sent titled "application with Part 1 - etc."

Part 4 crushed me as did the other documents.

If you get a chance please read all of the comments left by people on the BBB west Florida website. Most if not all are the same experience I went through with these people ( bait and switch game.

Anyone can call them looking for a quote and they will lie through their teeth and tell you what you are looking for and agree with all of your questions such as if its major medical and if it qualifies under ObamaCareAct & etc its yes yes yes.

These initial reps for his company are very good at luring people in and making you comfortable. This conversation is not recorded but all of the others he switched me to were recorded (I was told immediately when another rep would come on the line). So they got me agreeing to a product that was initially not what I agreed to.

Really heart breaking to read that some people paying huge premium every month actually have to use it and their claims are being denied for pre existing condition. Another person scheduled surgery and on the day of surgery they are mysteriously not in system and no benefit package available.

But it is not his company doing this (which is a lie). He is just the broker. Scam shell companies with no one helping these people after they have paid thousands into product that is useless.

I am one of the lucky few. My bank has refunded my money while investigating my case. I feel that something can be done for the others that have been taken advantage of.

Honestly Mike Koslowske is running a smoke and mirror business in my opinion.    IF I was told it was short term medical and did not qualify I would have hung up. As the layers of this shell operation unfold I am most positive Mike Koslowske's skeletons will come flying out as well.

There is definitely more malfeasance and he has to be stopped.

Sent from my iPhone

Touchet Att. K, pg.4

# Touchet Attachment L

PX 21
Page 35 of 38

Touchet Att. L., pg.1



Gmail

COMPOSE

Inbox (1,974)
Starred
Important
Sent Mail
Drafts (1)
Notes
More

Catherine

No recent chats
Start a new one

Thank you for your submission

Inbox    x

FraudReferralSupport@myFloridacfo.com
to me

Date: 5/20/2016
Time: 5:50 PM

Dear Catherine Bouchel:
The Division of Fraud, Department of Financial Services has received your Internet complaint regarding business (business: referral number 116-7032.
If additional information is needed, we will contact you directly. If you wish to check on the status of your complaint, please contact me by phone or in person at my office.

Tallahassee Field Office
200 East Gaines Street
Tallahassee, FL 32399-0324

Thank you for your participation and if we can be of additional assistance please do not hesitate to contact us.

Captain David Lindsay

3 of 1,974

fraudreferralsupport
fraudreferralsupport@myfloridacf...

May 20 (2 days ago)

More

PX 21
Page 36 of 38

# Touchet Attachment M

From: Catherine Touchet [REDACTED]
Sent: Tuesday, May 24, 2016 2:39 PM
To: Murphy, Dwight
Subject: Re: Case #16 1151

Thank you for returning my cal, regarding Heath insurance Innovations

Attachment below of my application and etc.

Please contact me if I may be of assistance or additional information is

needed.

Thank you.

Sincerely.

Catherine Touchet
[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED] Louisiana [REDACTED]

Touchet Att. M, pg.1

---------- Forwarded message ----------
From: Catherine Touchet █████████████
Date: Wed, May 25, 2016 at 10:52 AM
Subject: Fwd: Looking for ways around ObamaCare - Mike Koslowske founder of Hii 2008 speaking about his brokerage selling these policies that are nothing.
To: Dwight Murphy ████████████████████

My Congressman Dr. Charles Boustany's assistant Melissa may be contacting you regarding Hii. I give permission for you and your team to speak to Melissa and her team regarding my case.
Thank you again,
Sincerely,
Catherine Touchet
████████████████

PS: I hope you are able to watch video.
He clearly spells out what is being sold ie short term medical and that product does not qualify under ObamaCare. Oh I love the part about customers going to doctors and or hospitals and the peace of mind knowing their policies will cover them. Haahaa. Lier!
If representative had told me that info in beginning I would have hung up. But that is not how these people operate.
There are two videos up now on Hiiquote website.

Sent from my iPhone

Begin forwarded message:

Touchet Att. M, pg.2

PX 22
Page 1 of 40

## DECLARATION OF SHANNON VAN DEUSEN
### PURSUANT TO 28 U.S.C. § 1746

I, Shannon Guerin Van Deusen, hereby declare as follows:

1.      My name is Shannon Guerin Van Deusen.  I live in Oregon and am over eighteen years of age.  I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

### Sales Call

2.      On or about August 17, 2017, I was looking for health insurance online.  After submitting my contact information to a website, I received a call from a woman who introduced herself as an insurance agent with Simple Health Plans.  She said she understood that I was in the market for health insurance.

3.      I told the agent, whose name I cannot recall, that I needed major medical health insurance for my husband and me that met all of the requirements of the Affordable Care Act and would therefore not obligate us to pay the penalty for failing to obtain insurance.  The agent said that Simple Health could sell us such a policy.  After I answered a few background questions, the agent said we qualified for a plan with a low deductible, no out-of-pocket expenses, and a premium of less than $300 per month.  When I asked if this was actual health insurance, she replied, "Absolutely."

4.      The agent explained that the plan could be offered at such a low price because we did not need coverage for maternity care or mental health.  I asked her to check if our two primary care physicians were in the plan's provider network.  She claimed to look up these doctors and then confirmed that each would be "in network."  According to the agent, coverage would begin the next day if I agreed to sign up and paid the first month's premium of $277.85 as

well as an $80 enrollment fee for a total up-front payment of $357.85. Based on these

representations, I agreed to sign up for the health insurance plan described by the agent.

5.       After taking my credit card information, the agent transferred me to a separate

"verification" employee. This employee proceeded to read a number of disclosures quickly from

a prepared script, periodically asking me to acknowledge that I understood these statements.

Even though I did not follow much of what he said, I felt pressured to say that I agreed with

everything. He not only refused to answer any questions, but warned that I would be transferred

back to the sales agent if I tried asking a question, where the process would start all over again.

### Emails

6.       On August 17, 2017, the same day that I first spoke with Simple Health, I

received several emails. The first email, from Health Insurance Innovations ("HII"), confirmed

that I had paid $357.85. A true and correct copy of this email is attached hereto as **Van Deusen**

**Attachment A**. A second email, also from HII at the address echosign@echosign.com,

prompted me to click on a link in order to "review and sign Application Form of Supplemental

Coverage Tool." A true and correct copy of this email is attached hereto as **Van Deusen**

**Attachment B**. After clicking on this link, I received a third email from HII with eight separate

attachments. A true and correct copy of this email and the attachments is attached hereto as **Van**

**Deusen Attachment C**.

7.       A fourth email from HII, also dated August 17, 2017, informed me that I had

enrolled in "Freedom Spirit Plus," "Dental Savings," and "Sentry Accident Plan." It stated that I

would be "charged immediately" a total of $277.85 and that this charge would recur each month

during the time these plans were in effect. The email also stated: "If you are not 100% satisfied

with your coverage, and you have not already used any of your insurance benefits, you may

cancel your policy during the free look period.  Coverage will be cancelled as of your effective date and your plan cost will be returned."  A true and correct copy of this email is attached hereto as **Van Deusen Attachment D**.

8.      I received a fifth email on August 17, 2017 from 4Core Health at the address cs-simple@simplehealthplans.com.  This email stated that 4Core Health "IS NOT INSURANCE" and provided a customer service telephone number of 888-451-6827.  A true and correct copy of this email is attached hereto as **Van Deusen Attachment E**.

**Cancellation and Attempted Refund**

9.      I became concerned after reading these emails because they indicated that I had not signed up for major medical insurance as I had been led to believe by Simple Health.  Instead, these emails and the related attachments described what appeared to be a life insurance or catastrophic injury policy as well as a medical discount program.  I had no interest in these services and never would have agreed to pay for them if they had been clearly disclosed by Simple Health.

10.      When I called Simple Health's telephone number to ask for a refund, a manager told me that I had signed up for an "extremely good" "health plan" with no deductibles.  He said that I could schedule doctor appointments by calling my "concierge" and provided me with a number to reach this service.  I reluctantly agreed not to cancel.

11.      On October 6, 2017, I called Simple Health because I did not know how to set up a doctor's appointment.  I spoke with a female representative, who said that I should have received an enrollment email and promised that I would receive one shortly.  That same day, I received an email from Wellness Plan of America ("WPA").  A true and correct copy of this email is attached hereto as **Van Deusen Attachment F**.

PX 22
Page 4 of 40

The email from WPA describe it as a "membership savings program containing health and wellness benefits that save you money and support your everyday health and wellness needs." In small print underneath a graphic claiming that members would "enjoy" over $5,000 in savings, the email stated: "WPA membership is NOT a Health Insurance Policy nor does it replace any health insurance policy. WPA is also NOT a Qualified Health Plan under the Affordable Care Act. WPA compliments existing insurance or can be used on its own to help its members live well and reduce their overall healthcare expenses."

12.     After receiving the WPA email, I clicked on the "visit website" link to find the log-in portal. I did not have the log-in information so I clicked on the "having trouble logging in" link. I retrieved the information for the "ID" and "Password." After logging in, there was a page with a phone number to call the "concierge." Also, at the top of the page containing the phone number, it read, "Not Part of the Affordable Care Act."

13.     I immediately called Simple Health and spoke to a male representative, who transferred me to a "manager" after I explained the purpose of my call. I told the manager that I expected and paid for insurance, not these other plans. He attempted to persuade me to keep the policy, stating: "Simple Health is a private company and not associated with the government. As such, we don't receive a subsidy. As a result, we can provide a lower rate than the market place." He further stated, "it's excellent medical coverage and you won't have to owe anything on your taxes." This did not make sense to me and also failed to address my concerns.

14.     On October 25, 2017, when I attempted to call my "concierge," I reached someone at WPA. I gave this person my doctor's name and contact information, requesting that they schedule a routine check-up for me. Later that day, I received a call from a receptionist at my doctor's office indicating that someone had tried to make an appointment on my behalf. The

receptionist seemed confused and a little concerned by this incident. Shortly thereafter, I received a call from my "concierge" at WPA, who told me that I could see my doctor but that it would cost $150 to $300 -- in other words, about the same price that I would pay without any coverage. I was furious. I told her that Simple Health promised that I had enrolled in a health insurance plan with no deductibles. She apologized, said WPA definitely was not health insurance, and advised me to cancel and file a complaint with the Better Business Bureau ("BBB").

15.    I attempted to obtain a refund from Simple Health but the company denied my request. Specifically, the representative said that Simple Health provided the plan as I requested and for the specified period of time that I had the plan. The representative further stated that I had not canceled my plan at any point. They denied any wrongdoing.

I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on ⸺DEC. 29⸺, 2017.

⸻Shannon Guerin Van Deusen⸻
Shannon Guerin Van Deusen

PX 22
Page 6 of 40

# Van Deusen
# Attachment A

**From:** noreply@hiiquote.com
**Date:** **August 17, 2017 at 10:22:24 AM PDT**
**To:** <span style="background:black">      </span>
**Subject: Payment Receipt Shannon Guerin Vandeusen AT2937300**
**Reply-To:** support@hiiquote.com

# Receipt

Shannon Guerin Vandeusen, thank you for your purchase.
Your payment has been processed, and you will receive an
email with details about your purchase shortly.

### Member Name
Shannon Guerin Vandeusen

### Member ID
AT2937300
INA2843280O
DTX9951600
MS5343310O

### Total Payment
$357.85

### Payment Method
MasterCard
\*\*\*\*\*\*\*\*\*\*\* <span style="background:black">  </span>

### Billed To
Shannon Guerin Vandeusen
<span style="background:black">      </span>

Health Insurance Innovations
218 E Bearss Ave. Ste 325
Tampa, Florida
www.hiiquote.com

**HIIQUOTE**

877-376-5831

PX 22
Page 9 of 40

# Van Deusen

# Attachment B

**From:** Health Insurance Innovations <echosign@echosign.com>
**Date:** August 17, 2017 at 10:18:23 AM PDT
**To:** "███████████" <███████████>
**Subject: Please sign Application Form of Supplemental Coverage Tool**
**Reply-To:** Health Insurance Innovations <webmaster@hiiquote.com>



# Health Insurance Innovations Has Sent You Application Form of Supplemental Coverage Tool to Sign



Health Insurance Innovations (Health Insurance Innovations ) says:
*"Your signature below indicates that you agree to purchase the additional plan(s) listed above. Please review your policy details - if the plan does not suit your needs, you can receive a full refund if you cancel within the free-look period."*

Click here to review and sign **Application Form of Supplemental Coverage Tool**.

After you sign **Application Form of Supplemental Coverage Tool**, all parties will receive a final PDF copy by email.

This document is available for signing until
August 19, 2017 and will expire thereafter.

© HiiQuote.com

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe
list

PX 22
Page 12 of 40

# Van Deusen
# Attachment C

PX 22
Page 13 of 40

**From:** Health Insurance Innovations <echosign@echosign.com>
**Date:** August 17, 2017 at 10:22:07 AM PDT
**To:** Health Insurance Innovations <webmaster@hiiquote.com>, Shannon M Guerin Van Deusen
< ███████████ >
**Subject: Application Form of Supplemental Coverage Tool between Health Insurance Innovations and Shannon M Guerin Van Deusen is Signed and Filed!**
**Reply-To:** Health Insurance Innovations <webmaster@hiiquote.com>



## Application Form of Supplemental Coverage Tool between Health Insurance Innovations and Shannon M Guerin Van Deusen is Signed and Filed!



From: Health Insurance Innovations
(Health Insurance Innovations )
To: Health Insurance Innovations and
Shannon M Guerin Van Deusen

Attached is a final copy of **Application Form of Supplemental Coverage Tool**.

Copies have been automatically sent to all parties to the agreement..

You can view **the document** in your Adobe Sign account.

Why use Adobe Sign:

- Exchange, Sign, and File Any Document. In Seconds!

PX 22
Page 14 of 40

- Set-up Reminders. Instantly Share Copies with Others.
- See All of Your Documents, Anytime, Anywhere.

© HiiQuote.com

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list





## Dear Shannon Guerin Vandeusen,

Thank you for requesting membership in Med-Sense Guaranteed Association and applying for . Once your application is approved and payment is processed, your policy will go into effect 12:01 am on 08/19/2017.

You will be charged $357.85 immediately for your first month of insurance coverage. Future charges to your account will be $277.85 and will be made on the 19th of each month starting 09/19/2017.

 Your Coverage

$0.00

Health Education program (PEP)
Online health education & fitness training
$80.00

Freedom Spirit Plus Cost inclusive of monthly Med-Sense Dues & Plan Cost
Federal Insurance Company
$160.45 per month

Dental Savings
CAREINGTON
$40.00 per month

Sentry Accident Plan
Guarantee Trust Life Insurance Company
$77.40 per month

Total
$357.85

By signing, you acknowledge you have reviewed and understand the details of your purchase and the charges related to you purchase.

**Applicant Signature:**                    Date:

Aug 17, 2017

**MED SENSE GUARANTEED ASSOCIATION (MSGA)**
**FREEDOM SPIRIT PLUS MEMBERSHIP**
**ENROLLMENT FORM**

### A. PLEASE COMPLETE THE FOLLOWING INFORMATION ABOUT YOURSELF:

Applicant Name: Guerin Vandeusen  Shannon  M

Sex (M or F): F

Age: ▮

Date of Birth: ▮▮▮▮▮

Address: ▮▮▮▮▮▮▮

City: ▮▮▮

State: ▮▮▮

Zip: ▮▮▮

Email: ▮▮▮▮▮

Day Phone: ▮▮▮▮

Evening Phone: _____

Occupation: ▮▮▮

### B. COMPLETE THE FOLLOWING INFORMATION ABOUT YOUR ELIGIBLE FAMILY MEMBERS YOU WANT ENROLLED:

(List only your dependent children that are unmarried and under the age of 26.)

Spouse's Name: _____     Sex (M or F) ____     Age ____     Date of Birth _____

### C. COMPLETE THE FOLLOWING BENEFICIARY INFORMATION FOR YOUR ACCIDENTAL DEATH & DISMEMBERMENT BENEFITS:

(If this is not answered, the benefit will automatically be paid to your estate.)

Name of Beneficiary: ESTATE

Relationship: ESTATE

Name of Contingent Beneficiary: ESTATE

Relationship: ESTATE

**You have named your ESTATE for your beneficiary & contingent beneficiary.**

### D. SELECT YOUR PLAN AND MONTHLY COST

| | ☐ $50,000 | ☐ $100,000 | ☐ $110,000 | ☐ $150,000 | ☐ $200,000 | ☑ $250,000 |
|---|---|---|---|---|---|---|
| ☑ Individual (Must be 18-64 years old) | | | | | | $144.00 |
| Add the monthly administration fee | | | | | | $16.45 |
| Add the One Time Fee | | | | | | $0.0 |
| TOTAL AMOUNT DUE | | | | | | $160.45 |

**Van Deusen Att. C, p.4**

**E. AUTHORIZATION FOR AUTOMATIC BANK DRAFT OR CREDIT CARD PAYMENT:**

I am signing up for an automatic payment plan. I agree Health Insurance Innovations or its authorized agent may automatically debit my bank account or Credit Card for the amount due on or after the payment date. I can cancel this automatic payment at any time by calling or writing to Health Insurance Innovations or its authorized agent. I agree that Health Insurance Innovations or my financial institution can cancel automatic payment for any reason, at any time, with or without prior notice to me. I understand that $25.00 will be charged for each transaction rejected for insufficient funds. I acknowledge that the origination of these debits to my account must comply with U.S. laws. I agree that this agreement remains in effect until canceled by Health Insurance Innovations my financial institution or me. I have a copy of this agreement and I know I can also contact Health Insurance Innovations or its agent for a copy.

**COMPLETE TO PAY MONTHLY BY CREDIT CARD:**

Indicate type of card: ☐VISA  ☑MasterCard

Account #: ************

Exp : ▮▮▮▮

Account Holders Name: Shannon Guerin Vandeusen

Billing Address ▮▮▮▮▮▮▮

City: ▮▮▮▮

State: ▮▮

Zip Code ▮▮▮

Signature of Account Holder: _____

Date  Aug 17, 2017

**COMPLETE TO PAY MONTHLY BY AUTOMATIC BANK DRAFT** (Note: You must attach a voided check from your checking or savings account to this enrollment)

Account Holders Name: _____

Bank Name: _____

Address _____

Check #: _____

Account # _____

Routing Number: _____

**Account Class:** ☐Checking  ☐Savings

**Type of Account:** ☐Personal  ☐Business

Signature of Account Holder: _____

Date: Aug 17, 2017

I accept payment authorization:

Member Signature: _____

Date Aug 17, 2017

**Van Deusen Att. C, p.5**

## F: ASSOCIATION TERMS AND CONDITIONS ACKNOWLEDGEMENT

I acknowledge that my purchase of the Med-Sense Guaranteed Association Freedom Spirit Plus level includes Accidental Death and Dismemberment benefits which provide a predetermined and fixed dollar amount of covered medical services. Duplicate memberships are not allowed.

I also agree to all of the following Terms and Conditions of the Med Sense Guaranteed Association:

This program of services is provided through membership in Med Sense Guaranteed Association (MSGA). Service providers associated with this program are solely responsible for the professional advice and service rendered to members, and MSGA, disclaims liability with respect to such matters. At any time, a participating professional may be eliminated from the program. Providers are subject to change without notice and programs may vary in some states. The discounts are NOT insurance and may be discontinued or modified at any time. Most of the companies providing the services and discounts in this program are not licensed insurers, health maintenance organizations, or other underwriters of health care services. (The exceptions are the insurance carriers that provide the Accident Medical, Accidental Death & Dismemberment, Accident Disability Income, Critical Illness, Term Life Insurance, Hospital Indemnity, Limited Medical Benefits, Short-Term Medical, and, if selected, Dental Indemnity benefit and/or Insured Prescription Drug program.) No portion of any provider's fees will be reimbursed or otherwise paid. The discounts contained herein may not be used in conjunction with any other discount plan or program. All listed or quoted prices or discounts are current at time of printing this material, and are subject to change without notice. Savings are based on the provider's usual and customary fees. Actual savings will vary depending on location and specific services or products purchased. Discounts on professional services are not available where prohibited by law. This program does not warrant professional services, nor is it responsible for the quality of service received. This program makes no warranties, express or implied concerning services provided. The program is NOT an insurance plan. However, the program does include certain limited supplemental insured benefits. If the optional Insured Prescription Drug benefit is selected, the pharmacy discounts on brand-name drugs are only available at participating pharmacies. The member shall receive a full refund of membership fees, if membership is canceled within the first 10 days. The program is not available in all states. Membership fees are to be paid when due. If the fees are not received, the member has 31 days from the due date to pay their membership fees, or the membership and any benefits provided will terminate. This plan is not an insurance policy and is not protected by any state Life and Health Guaranty Association. The member is responsible and agrees to pay any taxes that may be required by law as a result of membership. The laws of the State of Missouri shall govern the interpretation, construction and enforcement of this entire plan. Any dispute arising from, out of, or relating to this plan, including but not limited to those disputes regarding or relating to the plan or, Med Sense Guaranteed Association, shall be resolved by binding, non-appealable arbitration. These provisions shall survive termination of this plan and the member's membership in the plan. Any cause of action the member may have with respect to the plan must be commenced within one (1) year after the claim or cause of action arises. Complaint Procedure: Any complaint regarding the plan or membership should be directed to Member Services at the toll-free number on the ID card or in writing to the address set forth herein. From time to time, certain providers may offer products or services to the general public at prices lower than the discounted prices available through this plan. Discounts on professional services are not available where prohibited by law. Providers are subject to change without notice and services may vary in some states. It is the member's responsibility to verify that the provider is a participant in the plan. No guarantee can be given in regard to the continued participation of any provider. Providers are solely responsible for the professional advice and service rendered to members and liability with respect to such matters is disclaimed. Each member and on behalf of all covered family dependents who are in the plan hereby forever releases, acquits and discharges the plan, Med Sense Guaranteed Association, and its employees, officers, directors, agents and affiliates from any and all liabilities, claims, demands, actions, and causes of action that such member or covered family member may have by reason of any damage or personal injury sustained as a result of or during the course of the use of any service under the plan. The sole course available to a member or the member's covered family dependents is cancellation of the membership. The member agrees to defend, indemnify and hold harmless the plan and from any and all liabilities, cost, and expenses, including without limitation attorneys' fees and costs, related to or arising from any unauthorized use of member's plan, any violation of the plan by the member or those who access member's plan, or the use of the plan by the member or by those who access the member's plan in a manner contrary to any law or regulation or harmful in any way to the plan or any of its affiliates. The plan may only be used in the United States of America. Med Sense Guaranteed Association has the right to refuse membership to any person for any just or legal cause. Med Sense Guaranteed Association has the right to refuse membership to any person for any just or legal cause.

I hereby enroll for membership in the MSGA Freedom Spirit Plus Membership. As a member of MSGA, understand that I will be able to access membership products, benefits and services. I acknowledge that member benefits are subject to change without notice. I accept the Association Terms and Conditions Agreement.

Member Signature: _____                                 Date: Aug 17, 2017

Health Insurance Innovations
218 East Bearss Ave., Suite 325, Tampa, FL 33613
Phone (877) 376-5831 * Fax (877) 376-5832
www.hiiquotecutomers.com

PX 22
Page 19 of 40

**Discount Medical Plan Application**
**Provided by: Careington International Corporation**

| APPLICANT INFORMATION |
|---|

Applicant Name: Shannon Guerin Vandeusen          Sex (M or F): F

Date of Birth: ▮▮▮▮          Day Phone: ▮▮▮▮

Address: ▮▮▮▮          Email: ▮▮▮▮

City ▮▮      State ▮▮      Zip ▮▮

| COMPLETE THE FOLLOWING FOR YOUR SPOUSE AND/OR CHILDREN: |
|---|

Spouse's Name: ▮▮▮▮          Date of Birth ▮▮▮▮

Child's Name: _____          Date of Birth: _____

Child's Name: _____          Date of Birth _____

| COMPLETE THE FOLLOWING CHOICES: |
|---|

**1.Selected Plan:**

☐ **Care 24/7 Plus**: 24 Hour Nurse line, Labs, Diagnostic Imaging, Vitamins and Supplements, Medical Record Storage and Access, Pet Meds

☐ **hiro and Podiatry Care Plus** Chiropractic Plus Fitness, Podiatry, Labs, Diagnostic Imaging, Vitamins and Supplements, Pet Meds

☐ **Extra Care** Dental, Care Advocacy, Telephonic Counseling and Referral Service, Diabetic Care and Supplies, Vision

☐ **Health Advocate Plus** Care Advocacy, Labs, Diagnostic Imaging, Pet Meds

☑ **Dental**: Discounts on check-ups, cleanings, fillings, root canals, Orthodontics, Teeth Whitening, Cosmetic Dentistry, Oral Surgery and Children's Specialists

**2. Billing Cycle:**

☑ $40.00 Monthly

**3. Payment Method:**

☑ Credit Card     ☐ Monthly Automatic Bank Withdrawal

**Credit Card (Mark One):**  ☐ Visa     ☑ Mastercard

Account # ************▮▮          Expiration Date ▮▮▮▮

Name as it appears on card: Shannon Guerin Vandeusen

**Automatic Bank Draft**

Name of Account Holder _____

Routing # _____          Account # _____

| TERMS AND CONDITIONS |
|---|

TERMS & CONDITIONS:
Renewal Conditions: By joining a plan, you are authorizing Health Insurance Innovations to bill your credit card or checking account for the plan you have selected. This charge shall remain in force until you notify Health Insurance Innovations of request to cancel. By joining, you indicate you have read the terms and conditions of the plan. This plan will automatically renew at the end of your membership term on an annual basis, and your credit card or bank account will be automatically charged or drafted for the appropriate amount.
Termination Conditions: Health Insurance Innovations and **Careington** International Corporation (**Careington**) reserves the right to terminate plan members from its plan for any reason, including non-payment.
Cancellation Conditions: You have the right to cancel within the first 30 days after receipt of membership materials and receive a full refund, less the processing fee, if applicable. *FL*

**Van Deusen Att. C, p.7**

*Residents: You have the right to cancel within 30 days after the effective date.* If for any reason during this time period you are dissatisfied with the plan and wish to cancel and obtain a refund, you must submit a written cancellation request. Health Insurance Innovations will accept and cancel plan memberships at any time during the membership period and will cease collecting membership fees in a reasonable amount of time, but no later than 30 days after receiving a cancellation notice. Please send a cancellation letter and a request for refund with your name and member number to Health Insurance Innovations 218 East Bearss Ave. Suite 325, Tampa, FL 33613 or fax to: 877-376-5832. You may also submit cancellation by email: support@hiiquote.com. If Health Insurance Innovations is billing you quarterly, semi-annually or annually, Health Insurance Innovations will, in the event of cancellation of the membership by either party, make a pro-rata reimbursement of the periodic charges to the member.

Description of Services: Please see the enclosed materials for a specific description of the programs that you have purchased.

Limitations, Exclusions & Exceptions: This program is a discount membership program offered by Careington. Careington is not a licensed insurer, health maintenance organization, or other underwriter of health care services. No portion of any provider's fees will be reimbursed or otherwise paid by **Care**ington. **Care**ington is not licensed to provide and does not provide medical services or items to individuals. You will receive discounts for medical services at certain health care providers who have contracted with the plan. You are obligated to pay for all health care services at the time of your appointment. Savings are based upon the provider's normal fees. Actual savings will vary depending upon location and specific services or products purchased. Please verify such services with each individual provider. The discounts contained herein may not be used in conjunction with any other discount plan or program. All listed or quoted prices are current prices by participating providers and subject to change without notice. Any procedures performed by a non-participating provider are not discounted. From time to time, certain providers may offer products or services to the general public at prices lower than the discounted prices available through this program. In such event, members will be charged the lowest price. Discounts on professional services are not available where prohibited by law. This plan does not discount all procedures. Providers are subject to change without notice and services may vary in some states. It is the member's responsibility to verify that the provider is a participant in the plan. At any time **Care**ington may substitute a provider network at its sole discretion. **Care**ington cannot guarantee the continued participation of any provider. If the provider leaves the plan, you will n need to select another provider. Providers contracted by **Care**ington are solely responsible f or the e professional ad vice and treatment rendered to m embers and **Care**ington disclaim s any liability with respect to such matters.

Complaint Procedure: If you would like to file a complaint or grievance regarding your plan membership, you must submit your grievance in writing to: **Care**ington International Corporation, P.O. Box 2568, Frisco, TX 75034. You have the right to request an appeal if you are dissatisfied with the complaint resolution. After completing the complaint resolution process and you remain dissatisfied, you may contact your state insurance department. Group Bill T&C rev 02.01.13

**Disclosure:**

**THIS PLAN IS NOT INSURANCE and is not intended to replace health insurance.** This plan does not meet the minimum creditable coverage requirements under M.G.L. c.111M and 956 CMR 5.00. This plan is not a Qualified Health Plan under the Affordable Care Act. This is not a Medicare prescription drug plan. The range of discounts will vary depending on the type of provider and service. The plan does not pay providers directly. Plan members must pay for all services but will receive a discount from participating providers. The list of participating providers is at www.hiiquote.com. A written list of participating providers is available upon request. You may cancel within the first 30 days after receipt of membership materials and receive a full refund, less a nominal processing fee (nominal fee for MD residents is $5, AR and TN residents will be refunded processing fee). Discount Medical Plan Organization and administrator: **Careington** International Corporation, 7400 Gaylord Parkway, Frisco, TX 75034; phone 800-441-0380.

This plan is not available in Vermont or Washington.

Signature of Applicant: _~Aug Blas~_          Date: Aug 17, 2017

I certify that I have read the Terms and Conditions.

**AGENT INFORMATION:**

AGENT NAME  Doris Barreto                    CODE #  E702900023

EMAIL  support@hbcinsure.com                 PHONE  800-492-1834

Health Insurance Innovations - 218 East Bearss Ave. Ste 325, Tampa, FL 33613 - Phone (877) 376-5831 - Fax (877) 376-5832

**GUARANTEE TRUST LIFE INSURANCE COMPANY**
**1275 Milwaukee Avenue**
**Glenview, Illinois 60025**

**Enrollment Form for Group Accident Insurance**

**ENROLLEE INFORMATION:**

| Enrollee Name: Guerin Vandeusen Shannon M | | DOB: ███ | SSN: ███ |
|---|---|---|---|
| Address: ███ | ███ | ███ | ███ |
| **Street** | **City** | **State** | **Zip Code** |
| Phone No.: ███ | | E-Mail: ███ | |
| Group Policyholder: | Med-Sense Guaranteed Association | | |

**DEPENDENT INFORMATION (If enrolling for coverage)\*:**

| NAME | RELATIONSHIP TO ENROLLEE | DOB | SSN |
|---|---|---|---|
| ███ | Spouse | ███ | |
| | | | |
| | | | |

**BENEFICIARY INFORMATION\*:**

| NAME | RELATIONSHIP TO ENROLLEE | BENEFIT PERCENTAGE\*\* | PRIMARY OR CONTINGENT |
|---|---|---|---|
| ESTATE | ESTATE | 100% | Primary |
| ESTATE | ESTATE | 100% | Contingent |
| | | | |
| | | | |

\* If more space is needed, please attach separate sheet.
\*\* Benefit Percentage must equal a total of 100% for all primary beneficiaries and 100% for all contingent beneficiaries.

_____                    _____ Aug 17, 2017 _____
**Applicant Signature**                              **Date**
(Written or Electronic)                          (Written or Electronic)

Also by my signature below, I understand and agree that my MSGA membership dues include the specific insurance plan that I chose for Accidental Death and Dismemberment Benefits, Accident Medical Expense Bene  underwritten by Guarantee Trust Life Insurance Company.

EF-1400

**Van Deusen Att. C, p.10**

PX 22
Page 23 of 40

_____                    Aug 17, 2017
**Applicant Signature**                     _____
(Written or Electronic)                     **Date**
                                            (Written or Electronic)

EF-1400

**Van Deusen Att. C, p.11**

**Fraud Notices**

**All states other than KY, LA, and ME**
Any person who, with intent to defraud or knowing that he is facilitating fraud against an insurer, submits an application or claim containing a false or deceptive statement may be guilty of insurance fraud as determined by a court of law.

**Kentucky**
Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Louisiana**
Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Maine**
Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**CONSENT TO ELECTRONIC DELIVERY**

You have the option of downloading your certificate electronically.  If you choose to do so, you are consenting to accept electronic delivery of your certificate.

You also have the right at any time to receive a hard copy of your certificate.  If you choose this option, please call 1-877-376-5831.

## Med-Sense Guaranteed Association

- Please verify your understanding that you are purchasing a membership in the Med-Sense Guaranteed Association. As a member of this association, you are entitled to many benefits such as Sprint, ID resolution, floral discounts, gym America, vitamin discounts, car rental, and car perks.

- You understand that you are not required to purchase Freedom Spirit Plus      and there are MSGA plan memberships available that do not include Freedom Spirit Plus.              Please email info@medsensemembers.com to inquire about purchasing a stand-alone membership.

- <u>NOTICE OF CONSENT TO ELECTRONIC TRANSACTIONS, SIGNATURES AND DOCUMENTS</u> I consent to use of electronic signatures of documents, which would otherwise only be valid if they were in writing. I understand that Health Insurance Innovations will rely on my signature as consent to receive the documents electronically unless I revoke this consent. I can update my information or revoke this consent at any time by calling Health Insurance Innovations Customer Service Center at 1-877-376-5831 or emailing to: support@hiiquote.com. If you decide to withdraw your consent, the legal validity and enforceability of electronic transactions and signatures used prior to the withdrawal will not be affected. I may request specific documents at no cost in paper form at any time without revoking this consent. I agree to review the application produced by this voice signature carefully to ensure my understanding of all provisions of the coverage.

Applicant Signature: _____          Date: Aug 17, 2017

## ScripPal

- This program provides DISCOUNTS ONLY and is NOT INSURANCE. Discounts are available only through participating pharmacies and providers. This program does not make payments directly to providers. Members are required to pay for all health care services. You may cancel your registration at any time or file a complaint by contacting Customer Care at 1-866-788-6846. All prescription drugs are eligible for discount.

- **NOTICE OF CONSENT TO ELECTRONIC TRANSACTIONS, SIGNATURES AND DOCUMENTS** I consent to use of electronic signatures of documents that would otherwise only be valid if they were in writing. I understand that Health Insurance Innovations will rely on my signature as consent to receive the documents electronically unless I revoke this consent. I can update my information or revoke this consent at any time by calling Health Insurance Innovations Customer Service Center at 1-877-376-5831 or emailing to: support@hiiquote.com. If you decide to withdraw your consent, the legal validity and enforceability of electronic transactions and signatures used prior to the withdrawal will not be affected. I may request specific documents at no cost in paper form at any time without revoking this consent. I agree to review the application produced by this voice signature carefully to ensure my understanding of all provisions of the coverage.

Applicant Signature: _____          Date: Aug 17, 2017

## Payment Authorization

I am signing up for an automatic payment plan. I agree that Health Insurance Innovations ("HII") or its authorized agent may automatically debit my bank account or credit card for the amount due on or around the payment due date.

I understand that this authorization will remain in effect until I cancel it in writing, and I agree to notify HII or its authorized agent in writing of any changes in my account information or termination of this authorization, which must be received by HII or its agent at least 7 days prior to the next billing date. If the above-noted periodic payment dates fall on a weekend or holiday, I understand that the payment may be executed on the next business day.

I understand that because this is an electronic transaction, these funds may be withdrawn from my account as soon as the above-noted periodic transaction dates. I agree that HII or my financial institution can cancel automatic payment for my account for any reason, at any time, with or without prior notice to me. In the case of an ACH Transaction being rejected for Non Sufficient Funds (NSF), I understand that HII or its agent may, at its discretion, attempt to process the charge again within 30 days, and I agree to an additional $25.00 charge for each attempt, which will be initiated as a separate transaction from the authorized recurring payment. I acknowledge that the origination of these debits to my account must comply with U.S. laws. This payment authorization is for the type of bill indicated above.

I certify that I am an authorized user of this credit card or bank account. I agree not to dispute this recurring billing with my bank or card issuer so long as the transactions correspond to the terms indicated in this authorization form.

**Applicant Signature:** _____          **Date:** Aug 17, 2017

## E Terms & Conditions Acknowledgement

I understand and authorize my next month's payment and re-occurring monthly payments thereafter will be automatically processed from my account each month until I request termination of the coverage or the coverage reaches its natural termination date. I understand that if I cancel my insurance or if HII is unable to collect my payment on my bill date my insurance and benefits will be cancelled. I agree to review my policy and certificate for a list of any exclusions, limitations and acknowledgements specific to my state. I may request a full refund of my policy within my **free look** period as described in my plan documentation. I understand that my plan documentation will be available electronically and that I may request to have physical documents mailed to me at no cost by contacting Health Insurance Innovations. I will also receive a copy of the welcome letter and ID cards in the mail within 7 to 10 business days of my policy effective date. No representation by an agent or any other person shall be binding on Health Insurance Innovations or the Insurance carrier.

I authorize Health Insurance Innovations, Inc. and its agents or independent contractors to contact me at my current landline and/or cellular number and any future cellular phone number, email address, or wireless device with information related to my account, my policies, or to receive general information from HII. I also authorize HII and its agents and independent contractors to use automated telephone dialing equipment, artificial or pre-recorded voice or text messages, and emails in their efforts to contact me. Furthermore, I understand that this consent is not a condition for the purchase of my insurance policies, and I may withdraw this consent at any time by submitting my request in writing to HII.

Applicant Signature: ⟶⟵⟵                  Date: Aug 17, 2017

**You understand that short term medical insurance is not considered "minimum essential coverage" under the affordable care act, also known as "Obamacare," and that you may be subject to a tax penalty.**

You acknowledge that your agent has advised you that there is a specific timeframe for Open Enrollment in which you can enroll into a qualified Obamacare Plan and there are also special life events qualifying you to enroll OUTSIDE of open enrollment. For information regarding Open Enrollment dates and life qualifying events outside Open Enrollment, please visit www.healthcare.gov.

Applicant Signature: ⟶⟵⟵                  Date: Aug 17, 2017

SPOUSE'S ACKNOWLEDGEMENT *(if applying for coverage)* I confirm that I have permission to answer health questions on behalf of my spouse and that I have full knowledge of my spouse's health history. Realize that coverage is provided based on statements and answers given on the application. Any incorrectl or incomplete information regarding their medical history may result in loss of coverage or claim denial.

**NOTICE OF CONSENT TO ELECTRONIC TRANSACTIONS, SIGNATURES AND DOCUMENTS**

I consent to use of electronic signatures of documents which would otherwise only be valid if they were in writing. I understand that Health Insurance Innovations will rely on my signature as consent to receive the documents electronically unless I revoke this consent. I can update my information or revoke this consent at any time by calling Health Insurance Innovations Customer Service Center at 1-877-376-5831 or emailing to: support@hiiquote.com. If I decide to withdraw my consent, the legal validity and enforceability of electronic transactions and signatures used prior to the withdrawal will not be affected. I may request specific documents at no cost in paper form at any time without revoking this consent. I agree to review the application carefully to ensure my understanding of all provisions of the coverage.

YOU ACKNOWLEDGE AND AGREE THAT, BY SIGNING, YOU ARE INDICATING THAT YOU HAVE READ, AND THAT YOU UNDERSTAND AND AGREE TO BE BOUND BY THESE TERMS, WHETHER OR NOT YOU HAVE ACCESSED YOUR POLICY DOCUMENTS.

If you accept or agree to these Terms on behalf of another person, you represent and warrant that you have the authority to bind that person to these Terms and, in such event, "you" and "your" will refer and apply to all persons listed on the policy.

I understand Short-Term medical insurance is intended for temporary gaps in health insurance. It is not compliant with the federal Affordable Care Act and does not cover expenses related to pre-existing conditions.

Applicant Signature: ~~_____~~          Date: Aug 17, 2017

PX 22
Page 30 of 40

# Van Deusen
# Attachment D

**From:** support@hiiquote.com
**Date:** August 17, 2017 at 10:22:24 AM PDT
**To:** ███████████
**Cc:** support@hbcinsure.com
**Subject: Shannon Guerin Vandeusen - Your Application for Supplemental Coverage**
**Reply-To:** support@hiiquote.com



Dear Shannon Guerin Vandeusen,

Thank you for enrolling in the following product(s): Freedom Spirit Plus, Dental Savings, Sentry Accident Plan. You will receive fast and courteous service. If any additional information is needed, you will be promptly notified.

You will be charged immediately $160.45 for Freedom Spirit Plus Coverage Period of 08-19-2017 through 09-18-2017, $40.00 for Dental Savings Coverage Period of 08-19-2017 through 09-18-2017, $77.40 for Sentry Accident Plan Coverage Period of 08-19-2017 through 09-18-2017.

Future charges to your account of $160.45 for Freedom Spirit Plus will be made on the 19th of each month starting 09-19-2017, $40.00 for Dental Savings will be made on the 19th of each month starting 09-19-2017, $77.40 for Sentry Accident Plan will be made on the 19th of each month starting 09-19-2017.

Coverage Applied For:
Freedom Spirit Plus 250,000 - Member ID INA28432800
Dental Savings Dental - Member ID DTX9951600
Sentry Accident Plan $20,000 - Member ID MS53433100

If payment is not received, your plan(s) and/or membership will be considered void and will not be issued.

PX 22
Page 32 of 40

To obtain your fulfillment package and membership ID card (if applicable), please go to http://www.hiiquotecustomers.com/login.php.  Enter in your user ID and password.

After you have viewed your fulfillment materials, be sure to complete the Plan Documents Receipt Form.
User ID: AT2937300
Password: Qz2W2q2V

Please read the following about how to access important membership and insurance documents:

- You are required to print or save your Application for Insurance, I.D. Card, Insurance Certificate, Schedule of Benefits, Association Fulfillment kit and any other state or company forms listed. You can login at http://www.hiiquotecustomers.com/login.php  at any time to access, save and print your important membership and insurance documents.
- For Billing, Web Site and Non-Claim related benefit questions, please call 1-877-376-5831.
- Please note, your plan(s) will become void if your payment doesn't go through. No representation by an agent or any other person shall be binding on Health Insurance Innovations, or the Insurance Companies.

If you are not 100% satisfied with your coverage, and you have not already used any of your insurance benefits, you may cancel your policy the free look period. Coverage will be cancelled as of your effective date and your plan cost will be returned.

If you have any questions please call 1-877-376-5831 or E-mail support@hiiquote.com.

**Important Notice:** Please review your plan documents for valuable information relating to your Free Look Period.

Sincerely,
Member Services
Health Insurance Innovations.

cc: support@hbcinsure.com (Marketing Representative)

PX 22
Page 33 of 40

# Van Deusen
# Attachment E

_____

**From:** cs-simple@simplehealthplans.com
**Date:** August 17, 2017 at 10:50:30 AM PDT
**To:** ███████████
**Subject: Welcome to 4Core Health**

CoreHealth

08/17/2017

Member Shannon Guerin Vandeusen
Address ██████████████
███████████

WELCOME Shannon,

We are delighted to bring you the 4Core Health program.

Member ID: 4C6842597

You will receive a separate e-mail with your username and password
combination. Once you receive that - log into member portal: Click Here

Please click the following link to see basic information on your
benefits **Introduction Fulfillment Packet**.

Link to securely register and access your program. THIS IS NOT INSURANCE

You will find simple step-by-step instructions on how to get started. We are here
to help with any questions you have. Please feel free to call us at Service Number
or e-mail us Customer Service Email

Your Member Services Team
888-451-6827

IMPORTANT WARNING:
This electronic transmission is intended for use of the person or entity to which it
is addressed. If you are not the intended recipient, you are hereby notified that any
disclosure, copying or distribution of this information is strictly prohibited. Please

PX 22
Page 35 of 40

notify the sender immediately to arrange for the return or destruction of these misdirected documents. This message may contain Electronic Protected Health Information (EPHI). You, the recipient, are obligated to maintain it in a safe, secure and confidential manner.Re-disclosure without authorization or as permitted by law is prohibited. by federal law, 45 CFR Parts 160 et sequitur

PX 22
Page 36 of 40

# Van Deusen
# Attachment F

**From:** enrollment@WellnessPlanOfAmerica.com
**Date:** October 6, 2017 at 11:38:29 AM PDT
**To:** ███████████
**Subject: Welcome to Wellness Plan of America  - ID 4C6842597**



<u>visit website</u>     <u>my program</u>     <u>next steps</u>     <u>notices</u>

# Welcome to WPA!

**Welcome Shannon Guerin Vandeusen to Wellness Plan of America (WPA). We want to thank you for choosing our valuable membership savings program containing health and wellness benefits that save you money and support your everyday health and wellness needs. Our courteous and knowledgeable Wellness Specialists are standing by to help guide you to significant health savings and assist you in making the necessary lifestyle changes vital to your long term health and well-being.**

PX 22
Page 38 of 40



*Please Note: Values depicted are examples of estimated potential member savings and are not a guarantee of savings. Actual member savings will vary depending on product utilization. WPA membership is NOT a Health Insurance Policy nor does it replace any health insurance policy, WPA is also NOT a Qualified Health Plan under the Affordable Care Act. WPA complements existing insurance or may be used on its own to help its members live well and reduce their overall healthcare expenses.*

## Find out more!

Check out the many ways in which you can save by visiting: www.wellnessplanofamerica.com

## What to expect next

You will receive a separate email from WPA on August 18, 2017 which will include your member portal login information so you can begin saving immediately.

You will also receive a FREE GIFT just for logging in the first

## Locating a Healthcare Provider

Our team is dedicated to helping save money and time by assisting you with the most common health and wellness needs including:

- Finding the best and most affordable options in your area including Doctors, Dentists, Vision and Hearing and more for Routine Checkups and Preventative Care
- Scheduling appointments
- Finding your medications at the lowest possible price through our Prescription Savings Program
- Negotiating payment plans and discounts on unpaid medical bills over $500

time!! If you have any questions regarding your membership, please email info@wellnessplanofamerica.com.

Our commitment to you is to offer the very best support, advocacy and wellness advice and to be your long-term health savings and wellness partner.

Again, we want to thank you for choosing Wellness Plan of America and look forward to serving you in the years to come.

Healthy Regards,
Your Wellness Specialists

- Scheduling affordable, convenient Blood Testing
- Offering significant savings on Medical Imaging including MRI, CT, Ultrasound and X-rays
- Providing access to affordable Colonoscopy and Endoscopy screenings
- Locating Medical Equipment at the lowest prices

Simply speaking we put members first. We always try to think like our members and create the very best experience for you.

**Please note that WPA Wellness Specialists DO NOT provide insurance services, recommend treatment or replace insurance policies.**

**IN CASE OF EMERGENCY WPA MEMBERS MUST DIAL 911.**

## Membership Information

**Order Date:** August 17, 2017

**Amount Paid:** CoreHealth $144.95 - Single + 1 - Monthly

**Effective Date:** August 18, 2017   **Next Billing Date:** 10/18/2017

**Next Billing Amount:** $69.95

## Client Information

**MemberID:** 4C6842597       **Name:** Shannon Guerin Vandeusen

**Address:** ██████████████████████

**Day Phone:** ███████████    **eMail:** ████████████

REFER TO THE IMPORTANT WELLNESS PLAN OF AMERICA (WPA) INFORMATION AND DISCLAIMERS BELOW:

1. WPA members are responsible for payment of ALL services arranged for them.
2. WPA does NOT guarantee specific savings or results.
3. WPA members are urged to contact a Wellness Specialist prior to scheduling their first appointment with a Provider and Health Facility. This enables WPA Wellness Specialists to contact the Provider / Facility on the member's behalf to ensure all required information will be will be available at the member's appointment.

**This e-mail address is restricted for outgoing messages ONLY therefore, please do not respond to this e-mail as the inbox is not monitored. If you have any questions, please contact: info@wellnessplanofamerica.com**

**CONFIDENTIALITY NOTICE and HIPAA Compliance Disclosure: This e-mail, and any documents accompanying this e-mail, may contain confidential information belonging to the sender that is**

legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled, unless otherwise required by state law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately.

"Wellness Plan of America" and "WPA" are trademarks of Wellness Plan of America.