UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SIMPLE HEALTH PLANS LLC, a Florida limited liability company, et al.,<br><br>Defendants. | **Case No.** _____<br><br>[FILED UNDER SEAL]<br><br>**EXHIBITS TO MEMORANDUM  IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER** |

## Volume 4 of 4

Declaration of Dr. Brian Miller, M.D., M.B.A., M.P.H. .................... Plaintiff's Exhibit ("PX") 23
*Expert Witness*

Declaration of Michael Fissel ................................................................................................ PX 24
*Special Investigator, Pennsylvania Insurance Department*

Declaration of Guy Miller.......................................................................................................... PX 25
*Vice President of Operations, Better Business Bureau of Southeast Florida*

Declaration of Andrew Rowles................................................................................................... PX 26
*Director of Patient Accounts, Emory Healthcare*

Declaration of Leslie Nettleford ................................................................................................ PX 27
*Associate General Counsel, AARP*

Declaration of John Clabaugh.................................................................................................... PX 28
*Senior Security Cyber Threat Analyst, Blue Cross Blue Shield of Nebraska*

Declaration of Jeffrey Ryan Hinshaw ....................................................................................... PX 29
*Associate General Counsel, Blue Cross Blue Shield Association*

Declaration of Terena Baker....................................................................................................... PX 30
*Former Employee, Health Benefits One*

Declaration of Lovely Seraphin ................................................................................................. PX 31
*Former Employee, Health Benefits One*

PX 23
Page 1 of 199

## DECLARATION OF BRIAN MILLER
## PURSUANT TO 28 U.S.C. § 1746

I, Brian J. Miller, hereby declare as follows:

## CREDENTIALS AND QUALIFICATIONS

1)      My name is Brian J. Miller, M.D., M.B.A., M.P.H. and I am a United States citizen. I am a practicing physician, former federal regulator, and expert in health insurance design. I currently serve as an Adjunct Assistant Professor at the Kenan-Flagler School of Business at the University of North Carolina at Chapel Hill and an Internal Medicine Resident at MedStar Georgetown University Hospital. I am licensed to practice medicine in the District of Columbia and board-certified in Public Health and General Preventive Medicine by the American Board of Preventive Medicine. I completed my first residency in Public Health and General Preventive Medicine at the Johns Hopkins University, with concurrent positions at federal regulatory agencies. I have completed graduate training in medicine, business administration, and health policy at the Northwestern University Feinberg School of Medicine, at the University of North Carolina at Chapel Hill Kenan-Flagler School of Business, and at the Johns Hopkins University Bloomberg School of Public Health, respectively. My curriculum vitae is attached as **Miller Attachment A**.

2)      As a Fellow at the Centers for Medicare and Medicaid Services Innovation (CMMI), I co-managed a $114 million program, funded by the Patient Protection and Affordable Care Act (ACA), focused on supporting Accountable Care Organizations (ACOs) in rural and underserved areas. This was one of the first government programs supporting ACOs as a new gain-sharing model for insurance contracting. I designed the CMMI reviewer guidebook and evaluation criteria used to select awardees for this program, in addition to designing the CMMI site visit process for ACOs. The ACA created CMMI as a new office within the Centers for Medicare & Medicaid Services (CMS), providing a $10 billion budget to test new models of healthcare financing over ten years.

3)      As a Special Advisor at the Federal Trade Commission, I served as an internal consultant for multiple cases in the areas of healthcare services and pharmaceuticals, most notably *FTC v. Advocate Health Care Network, NorthShore University Health System*, where I helped staff attorneys analyze how patients choose healthcare providers within the context of their health plan products, how health plans construct networks, and how hospitals negotiate managed care contracts with health plans.

4)      While later serving as a Managed Care Fellow at Johns Hopkins HealthCare, a health plan owned by Johns Hopkins Medicine, I assisted in writing medical coverage policies and helped design care delivery interventions for this provider-sponsored health plan.

5)      Subsequently, as a Medical Officer in the Office of New Drugs at the Center for Drug Evaluation and Research at the U.S. Food & Drug Administration (FDA), I served as a pharmaceutical product safety reviewer for psychiatric drugs. Within this capacity, I conducted post-market surveillance of existing drugs in the U.S. marketplace, in addition to reviewing new

drugs for U.S. market entry. Within the latter context, I was one of two physicians who reviewed a first-in-class new molecular entity, resulting in subsequent publication in *The New England Journal of Medicine*.[1] While at FDA, I also underwent FDA's clinical reviewer training, designed to train physicians in statistics, epidemiology, clinical trial design, and other core skills necessary for the evaluation of the efficacy and safety of pharmaceutical products. FDA standards for market entry often serve as the basis or floor of many insurers' evidentiary standards for coverage of pharmaceutical products and medical devices. This training and experience provide a unique basis for understanding the scientific, clinical, and practical aspects of insurance companies' technology assessment and coverage analysis of drugs and devices.

6)       Additionally, my medical specialty society, the American College of Preventive Medicine, selected me to serve as its sole representative for a three-year term as a member of the American Medical Association's (AMA) Current Procedural Terminology (CPT) Advisory Committee. I serve as a technical advisor for clinical preventive services and represent 5,000 Public Health physicians. Through this role, I review new proposed medical codes and revisions of existing codes. The AMA maintains the national coding set for medical, surgical, and diagnostic services, which is known as Current Procedural Terminology (CPT). CPT is a set of alphanumeric codes used as a uniform language to describe medical, surgical, and diagnostic services within the healthcare industry. Nationwide, nearly every care delivery system and physician utilize the CPT code set to document services provided when submitting bills to public and private payers. Payers use the CPT code set, or a modification thereof, for administrative, financial and analytic functions.

7)       Through my writing, I work with multi-disciplinary teams to design and propose new solutions to better integrate insurance into care delivery and create a more seamless experience for consumers. I have published on topics such as new models for the Veterans Health Administration's integrated health insurance and delivery enterprise in the *Health Affairs Blog*[2,3] to the effects of the rise of managed care on payer-provider integration in *Antitrust Source*.[4]

8)       Based upon these and other experiences, the University of North Carolina at Chapel Hill Kenan-Flagler School of Business invited me to design and teach a course on health insurance design. As one of the youngest adjunct faculty at a nearly century-old business school,

---

[1] Davis M.C., Miller B.J., et al. "Efficient Trial Design – FDA Approval of Valbenazine for Tardive Dyskinesia." *New England Journal of Medicine* June 29, 2018;376(26):2503-2506.
[2] Miller, B.J., Cullen T., Lushniak B. "Solving the Crisis of Care At the VA, Part I: A Path To Address Staff Shortages." *Health Affairs Blog* March 5, 2018. Available at:
https://www.healthaffairs.org/do/10.1377/hblog20180227.74272/full/ Accessed June 22, 2018.
[3] Miller, B.J., Cullen T., Lushniak B. "Solving the Crisis of Care At the VA, Part II: Public-Private Competition." *Health Affairs Blog* March 6, 2018 Available at:
https://www.healthaffairs.org/do/10.1377/hblog20180227.524993/full/ Accessed June 22, 2018.
[4] Miller B.J., Wolfe G. "Managed Care Marketplaces: Growing Drivers of Payer-Provider Vertical Integration" *Antitrust Source* April 2017;16(5):1-11. Available at:
https://www.americanbar.org/content/dam/aba/publishing/antitrust_source/apr17_full_source.aut hcheckdam.pdf Accessed June 22, 2018.

I spent over 200 hours designing the course, in addition to recruiting colleagues as guest lecturers. "Regulations and Principles of Health Insurance" is a 20-lecture course for full-time MBA students covering topics such as risk transfer, network design, pay for performance, technology assessment and coverage analysis, in addition to reviewing the structure of highly regulated government health insurance programs (Medicaid, Medicare, insurance exchanges a.k.a. "Obamacare"). This is one of the very few MBA courses in the U.S. specifically focused on health insurance design and markets. The foundations of this course will also serve as part of the business school's planned core executive education for corporate executives and board directors in the healthcare industry. The syllabus for the most recent offering is attached as **Miller Attachment B**.

9)      Lastly, and most critically, I am a practicing physician. I have practiced medicine in a variety of settings since 2013, and through my program at Georgetown University, I practice at multiple public and private hospitals in the greater metropolitan D.C. area, in both inpatient and outpatient settings. Through this, I experience firsthand on a daily basis how patients and physicians interface with the insurance system, with a unique eye into how patients predict (or are unable to predict) their demand for medical services and pharmaceutical products, how they wrestle with network design, formulary tiering, and consumer cost-sharing, and how physicians attempt to navigate the maze of reimbursement.

10)      Based upon my education, training, and experience as summarized above, and as demonstrated in my curriculum vitae, I consider myself to be an expert in the fields of medicine and health insurance design.

11)      I am being compensated by the Federal Trade Commission in this action at the rate of $500 per hour.

## SCOPE OF REPORT AND SUMMARY OF CONCLUSIONS

12)      In connection with its investigation into Simple Health Plans LLC and related entities (hereinafter referred to collectively as "Simple Health"), the FTC has asked me to evaluate various products marketed and sold by Simple Health to consumers.  These products include limited benefit indemnity plans ("limited benefit plans") and medical discount memberships sold to consumers by Simple Health.  In particular, the FTC asked me to answer the following questions:

     a.   What healthcare benefits are conferred by Simple Health's limited benefit plans and medical discount memberships?

     b.   How do the healthcare benefits and coverage promised by Simple Health telemarketers compare to the actual benefits and coverage conferred by the limited benefit plans and medical discount memberships consumers receive from Simple Health?

     c.   Can the limited benefit plans and discount memberships sold by Simple Health properly be characterized as "PPO" insurance?

PX 23
Page 4 of 199

> d.  What meaning do the terms "deductible" and "copay" have in the context of health insurance? What relevance do these terms have to the limited benefit plans and discount memberships sold by Simple Health?
>
> e.  How do Simple Health's limited benefit plans and medical discount memberships compare to comprehensive private health insurance plans available through government-sponsored exchanges or directly from private insurers?
>
> f.  Are Simple Health's limited benefit plans and medical discount memberships, whether individually or in combination with one another, equivalent to comprehensive health insurance?

13)    My analysis and conclusions are based on materials provided to me by FTC staff. These materials, which are identified in **Miller Attachment C**, include:

> a.  Documents associated with a Simple Health sales call conducted on November 21, 2017. These documents include the transcript of a telephone conversation with a Simple Health sales representative as well as applications, fulfillment packages, and contracts associated with products sold by Simple Health. The FTC redacted parts of these documents to maintain confidentiality.
>
> b.  A declaration obtained by FTC staff from a former client of Simple Health, Gertrude Slawson. In addition, FTC staff provided what they represent is a transcript of the conversation between Ms. Slawson and the Simple Health sales representative who sold her what was described as a "PPO" health insurance policy.
>
> c.  Documents associated with a Simple Health sales call conducted on April 10, 2018. These documents include the transcript of a telephone conversation with a Simple Health sales representative as well as applications, fulfillment packages, and contracts associated with products sold by Simple Health. The FTC redacted parts of these documents to maintain confidentiality.
>
> d.  Documents associated with a Simple Health sales call conducted on April 24, 2018. These documents include the transcript of a telephone conversation with a Simple Health sales representative as well as applications, fulfillment packages, and contracts associated with products sold by Simple Health. The FTC redacted parts of these documents to maintain confidentiality.

PX 23
Page 5 of 199

14)     **Methodology**: I reviewed documents sent to consumers after a purchase from Simple Health, which were provided to me by the FTC, along with the transcripts from the associated sales calls. I completed this process for each telemarketing sales call to obtain a holistic view of Simple Health's practices and products. Next, I carefully cataloged the actual benefits provided by Simple Health's plans. Then, I priced, using healthcare.gov, exchange plans for the same consumer in their state of residency. Using publicly available policy documents, I directly compared the benefits provided by Simple Health plans to exchange-based plans. Additional background research on regulations, health economics, healthcare services and utilization, and the insurance industry was derived from published academic articles, publicly posted federal regulations, and my experience as a practicing physician.

15)     **In brief, based on the materials that I reviewed, my answers to the FTC's questions are as follows:**

a.   What healthcare benefits are conferred by Simple Health's limited benefit plans and medical discount memberships?

*Simple Health sells a package of products that together confer minimal healthcare benefits. First, Simple Health sells membership in two associations – the National Congress of Employers (NCE) and the Med-Sense Guarantee Association. Via the NCE, Simple Health offers an Association Health Plan that is a limited benefit indemnity plan product bundled with Accidental Death & Dismemberment (AD&D) insurance. Via Med-Sense, Simple Health appears to offer additional voluntary AD&D insurance. The indemnity plan product offers a predetermined financial reimbursement to the consumer after medical services are incurred:*

- *Hospital care at $100/day, maximum 30 days per coverage year (exclusive of observation care of less than 20 hours duration)*
- *Primary care and Specialty Care at $50/day, maximum 3 days per covered year[5]*
- *Emergency room at $50/day, with one day of coverage per year*

*Based upon the described services and my review of the plan policy documents, the maximum benefit provided for inpatient hospital, outpatient clinic, and emergency room care is $3,200 annually per beneficiary. The insurance is also subject to a lifetime maximum of an unspecified amount, based upon statements made in sales calls.[6]*

*Critically, the Simple Health Association Health Plan (AHP) product is an indemnity plan. Indemnity plans provide a defined financial benefit paid to*

---

[5] Note that Simple Health defines primary care physician as a general practitioner, OB/GYN, osteopath, or internist. *See* Miller Attachment D, page 9.

[6] Miller Attachment E, page 13.

5

PX 23
Page 6 of 199

*consumers after medical expenses are incurred. In contrast, comprehensive health insurance plans generally involve an arrangement between an insurance company and a consumer in which the company agrees to pay a substantial portion of the healthcare expenses (both routine and catastrophic) that the consumer might incur in exchange for consumers' premium payments. This has the effect of transferring the majority of the policyholder's risk to the insurance company. Comprehensive health insurance may also be referred to as "major medical" or a "medical service" plan. Indemnity plans are often used as a "wrap" or "gap" plan, to provide supplementary coverage for when employees face significant copays from coinsurance and deductibles from traditional health plan choices, or as a supplement to high deductible health plans. They represent <1% of the marketplace.[7]*

*In conjunction with these two association memberships, consumers receive a variety of discount memberships that can supposedly be used for medical services, dental services, imaging services, laboratory services, vision services, and pharmacy. Discount memberships do not guarantee coverage of medical services or pharmaceutical products; rather, they serve as a "buyer's club" akin to a grocery store savers card (noting that the latter is frequently tied to a specific corporate chain, whereas most medical discount cards are not).*

*Simple Health consumers also receive, as a benefit of association membership, discounts on common non-healthcare consumer products and services such as 1-800-Flowers and rental cars.*

b. How do the healthcare benefits and coverage promised by Simple Health telemarketers compare to the actual benefits and coverage conferred by the limited benefit plans and medical discount memberships consumers receive from Simple Health?

*In each case, Simple Health's telemarketers promise consumers a comprehensive PPO health insurance plan that confers significant healthcare benefits with limited financial exposure, but that is not what consumers receive.*

---

[7] Specifically, they represent <1% of the Employer-Sponsored Insurance marketplace (ESI). The ESI marketplace represents over 151 million Americans. This appears to be their greatest market penetration. Indemnity plans are not offered as part of the government-sponsored Medicare and Medicaid programs, which cover over 125 million Americans, nor are they part of government-sponsored Veterans Affairs health benefits, Federal Employee Health Benefits, or a variety of other regulated insurance programs.
See page 7 of "Employer Health Benefits: 2017 Annual Survey." *Kaiser Family Foundation* 2017. Available at: http://files.kff.org/attachment/Report-Employer-Health-Benefits-Annual-Survey-2017 Accessed September 16, 2018.

*With respect to healthcare benefits, Simple Health's telemarketers promise:*

- *"Full insurance," but not "major medical" because it does not "have a deductible or co-insurance"[8] or because it does not cover maternity care, in-patient psychiatric care, or substance abuse treatment;[9, 10, 11]*
- *Not a medical or pharmacy discount plan;[12, 13, 14]*
- *Coverage of physician visits, diagnostic testing (lab/blood work), prescription drugs, medical coverage, surgical coverage, hospital coverage,[15] and in some cases vision coverage, dental coverage, and hearing coverage;[16]*
- *Coverage of pre-existing condition after a 12-month waiting period[17] unless it was present for at least a pre-specified period of time (in one case at least two years prior to policy initiation).[18]*

*After purchasing Simple Health's plan, consumers actually receive:*

- *Indemnity insurance product, providing a maximum of $3,200 annually for inpatient hospital, outpatient clinic, and emergency room care, which cannot be characterized as "major medical" for substantially more reasons than those provided by the telemarketers;*
- *No pharmacy, dental, laboratory, imaging, and vision service coverage and instead membership in medical, pharmacy, dental, laboratory, imaging, and vision discount plans.[19]*

*With respect to the plan's network design, Simple Health's telemarketers promise:*

- *PPO plan;[20, 21, 22, 23]*
- *Includes all physicians in the U.S.[24]*

---

[8] Miller Attachment E, pages 3 & 8
[9] Miller Attachment F, page 30
[10] Miller Attachment E, page 8
[11] Miller Attachment G, page 15
[12] Miller Attachment E, page 6
[13] Miller Attachment F, page 30
[14] Miller Attachment G, page 27
[15] Miller Attachment G, page 12
[16] Miller Attachment E, pages 3
[17] Miller Attachment E, page 4
[18] Miller Attachment E, page 4
[19] Miller Attachments H & I
[20] Miller Attachment E, page 3
[21] Miller Attachment F, page 10
[22] Miller Attachment J, page 4
[23] Miller Attachment G, page 11
[24] Miller Attachment E, page 4

PX 23
Page 8 of 199

*After purchasing Simple Health's plan, consumers actually receive a plan with the following network features:*

- *An indemnity plan with no network or preferred network, as consumers receive a limited, defined benefit*

*With respect to consumer's financial exposure, Simple Health's telemarketers make a varying combination of the following promises regarding the plan's cost sharing, or the consumer's financial exposure:*

- *No lifetime spending cap on coverage[25]*
- *No deductible[26,27,28,29]*
- *Branded drug coverage up to $50 and generic drugs at $4 - $8 per prescription[30] (or $35 and $4 - $12, respectively[31,32])*
- *No waiting period[33] albeit only for hospital, surgical, and emergency coverage. There is a 30-day waiting period for physician visits[34]*
- *Limited plan and not comprehensive "because it doesn't cover any type of drug abuse rehab or alcohol rehab" i.e. inpatient psychiatry services, substance abuse rehab services,[35] or maternity services[36,37]*
- *Premium rates will never increase[38]*
- *In some cases, Simple Health telemarketers have stated that the plan has first dollar coverage, with a "PPO network [that] takes care of the entire bill. They reprice that and then they send you what they call the cash benefit to cover the rest...You never pay anything."[39]*

*Consumers receive far less, and experience far greater financial exposure, as demonstrated in the following table.*

---

[25] Miller Attachment E, page 8
[26] Miller Attachment E, page 8
[27] Miller Attachment F, page 11
[28] Miller Attachment J, page 12
[29] Miller Attachment G, page 13
[30] Miller Attachment E, page 5
[31] Miller Attachment F, page 15
[32] Miller Attachment G, page 22
[33] Miller Attachment E, page 3
[34] Miller Attachment E, page 9
[35] Miller Attachment E, page 8
[36] Miller Attachment F, page 30
[37] Miller Attachment G, page 15
[38] Miller Attachment E, page 9
[39] Miller Attachment F, page 14

PX 23
Page 9 of 199

| Promised Benefit | Actual Coverage |
|---|---|
| *Doctors' visits*: Consumer pays *no more than $50 per day* | -Consumer pays *full cost minus $50* per day<br>-Maximum of 3 days/year |
| *Prescription drugs*:<br>-*Generics*: $4 – $12/prescription<br>-*Branded*: $30 or $50/prescription | -Discount plan i.e. buyer's club for pharmaceuticals |
| Zero deductible with no plan limits on usage | -Multiple annual limits (e.g. 30 maximum hospital days, 3 outpatient clinic visits, 1 ER day, etc.) |
| Entire bill is covered by re-pricing and a cash benefit | -Limited indemnity benefits cover a small portion of hospital bill |
| Premiums will never increase | Not specified in contract |

**Figure 1: Simple Health AHP Indemnity Plan Benefits, Promised and Actual Coverage Provided**

    c.  Can the limited benefit plans and discount memberships sold by Simple Health properly be characterized as "PPO" insurance?

*Simple Health products are not PPO insurance. In a PPO, the plan contracts with a broad range of providers (physicians, health systems), designated as the "preferred" network. A plan member can use any of the preferred providers, typically with favorable co-insurance, co-pay, and count towards a deductible. Simple Health plans have no preferred network with favorable contracting terms, are therefore not tiered, and cannot be considered a PPO.*

    d.  What meaning do the terms "deductible" and "copay" have in the context of health insurance? What relevance do these terms have to the limited benefit plans and discount memberships sold by Simple Health?

*A deductible is the portion of the insured loss (typically defined in USD) paid by the policyholder prior to the insurer assuming liability for the remaining charges or covered expenses. In contrast, a copay is a cost-sharing measure in which the policyholder pays a fixed dollar amount (i.e. flat fee) per service, supply, procedure, or pharmaceutical product. The patient pays this fee to the healthcare facility or distributor, with the remainder covered by the plan.*

*Within the context of Simple Health's limited benefit plans, the plans offer a defined benefit as opposed to covering services with consumer financial cost sharing, so there is no copay or deductible. The terms are therefore irrelevant in the context of Simple Health's plans.*

PX 23
Page 10 of 199

*Not having a copay or deductible does not mean consumers will enjoy cost savings, as illustrated by a real-life clinical example. Suppose that during a plan year, a patient experiences a myocardial infarction (MI), is admitted to the hospital where they undergo cardiac catheterization and stenting to open up blocked vessels, with subsequent coronary bypass grafting (CABG). The patient is discharged after 14 days and incurs a $34,126 hospital bill.[40] The Simple Health plan, despite having no deductible or coinsurance, would reimburse a patient $50/day for 14 days, or $700. The consumer would be left with a $33,426 bill. A traditional major medical plan with a $2,000 deductible and an annual out-of-pocket maximum of $7,500 would leave the patient with a $7,500 bill ($2,000 deductible plus 20% of the remaining cost up to a total of $7,500).*

e.  How do Simple Health's limited benefit plans and medical discount memberships compare to comprehensive private health insurance plans available through government-sponsored exchanges or directly from private insurers?

*Critically, the inherent design of Simple Health's plans is different from comprehensive health insurance as offered through government-sponsored exchanges or directly from private insurers. As a result, Simple Health's plans expose consumers to greater medical and financial risk. In many cases, for the same price as Simple Health's plans, a consumer could purchase a "Bronze" level comprehensive health insurance plan on a state exchange and receive significantly more benefits, akin to those promised by Simple Health telemarketers.*

*Simple Health's limited benefit plans and medical discount memberships offer limited indemnity benefits (i.e. a <u>defined financial payment</u>) for a narrow scope of services as compared to typical exchange plans, which provide a wide range of covered services with financial cost sharing mechanisms to share financial risk with consumers. In major medical plans (also called comprehensive plans or medical service plans), the health plan bears the supermajority of both the financial and clinical risk, and uses a variety of cost-sharing tools (co-pays, co-insurance, deductibles) in order to transfer financial risk to consumers.*

*In contrast, in Simple Health's plans, the consumer bears those risks both because of the product design (indemnity product as opposed to a medical service plan) and because the Simple Health plans offer extremely limited scope of covered services. The plans do not cover most of the essential health*

---

[40] This is the 2015 Medicare base rate for a hospitalization for Diagnosis Related Group 232: "Coronary Bypass with Percutaneous transluminal coronary angioplasty without major complication conditions."

*benefits covered in health plan products on state insurance exchanges, such as inpatient psychiatric care, prescription drugs, or laboratory services.*

*Below is an example comparison table for a family of four in Chicago, Illinois comparing the Simple Health NCE AHP Indemnity plan to two exchange plans (Bronze and Silver).*

## ESSENTIAL HEALTH BENEFIT

| PLAN PRODUCT | Ambulatory Patient Services | Emergency Services | Hospitalization | Maternity and Newborn Care | Mental Health & Substance Use Services | Prescription Drugs | Rehabilitative & Hablitative (Services, Devices) | Laboratory Services | Preventive/ Wellness Services | Pediatric Services (Includes Oral, Vision) |
|---|---|---|---|---|---|---|---|---|---|---|
| Simple Health: NCE AHP Indemnity Plan | -Consumer pays full cost minus $50/Day -Maximum of 3 Days/year (Primary & Specialty) | -Consumer pays full cost minus $50/visit. -Maximum of 1 visit/year | -Consumer pays full cost minus $100/Day -Maximum of 30 Days/year | -Maternity care not covered -Newborn coverage for congenital defects as per above | -Inpatient mental health care not covered -Outpatient mental healthcare as per ambulatory services | -No coverage (Discount program only) | -No coverage (Discount program only) | -No coverage (Discount program only) | -No coverage (Discount program only) | -Not specified |
| Exchange Plan (Bronze) | -Consumer pays 50% Coinsurance after deductible (Primary & Specialty, in-network only) | -Consumer pays 50% Coinsurance after deductible | -Consumer pays 50% Coinsurance after deductible for hospital stay and physician fees | -Consumer pays 50% Coinsurance for hospital stay and physician fees after deductible | -Consumer pays 50% Coinsurance after deductible (inpatient & outpatient) | -Consumer pays 50% Coinsurance after deductible (generic & branded) | -Consumer pays 50% Coinsurance after deductible (inpatient & outpatient) | -Consumer pays 50% Coinsurance after deductible (in-network only) | -Clinical preventive services covered | -Child dental exam not covered -Child eye exam & glasses, once annually |
| Exchange Plan (Silver) | -Consumer pays no more than $30 per Primary care visit or $60 per Specialty care visit (in network only) | -Consumer pays $1000 Copay with deductible, 30% coinsurance thereafter | -Consumer pays no more than $750 per Hospital stay day -30% Coinsurance for physician fees (deductible does not apply) | -Consumer pays no more than $750 per Hospital stay day -30% Coinsurance for physician fees (deductible does not apply) | -Consumer pays no more than $30 per Outpatient visit or $750 copay per day for inpatient | -Consumer pays 10% coinsurance for preferred generic, branded -40% coinsurance for preferred specialty | -Consumer pays no more than $60 per session (deductible does not apply) | -Consumer pays no more than $50/visit for non-hospital or $100/visit for hospital labs (in-network only) | -Disease management programs available | |

Figure 2: Essential Health Benefits in Simple Health Indemnity Plan Compared to Exchange Products (Family of Four in Chicago, Illinois)

12

PX 23
Page 13 of 199

*In addition to lacking coverage for many essential health benefits such as maternity care, prescription drugs, rehabilitation services, laboratory services, and preventive services, Simple Health's plan exposes consumers to greater financial risk for receiving healthcare.*

| Plan Feature | Simple Health | Exchange Plan ( ) | Exchange Plan (Silver) |
|---|---|---|---|
| *Deductible - Individual* | $0 | $7,150 | $3,750 |
| *Deductible - Family* | $0 | $14,300 | $11,250 |
| Annual out-of-pocket maximum - Individual | **None** | $7,350 | $7,350 |
| Annual out-of-pocket maximum - Family | **None** | $14,700 | 14,700 |
| Referral required for specialty care? | No | Yes | Yes |
| Pre-existing condition exclusion | **1 year** | None | None |
| *Skilled nursing care facility* | **No coverage** | 50% coinsurance | $500/day |
| | | | |
| *Monthly Premium* | **$216.99** ($341.99, first month) | **$266.8** ($499.92 w/o subsidy) | **$440.84** ($673.96 w/o subsidy) |

**Figure 3: Financial responsibilities for consumer with Simple Health Indemnity Plan versus Exchange Products (Family of Four in Chicago, Illinois)**

*Simple Health's plan products – with an indemnity design offering a defined financial benefit for a basket of services - intrinsically differs from comprehensive plans, which cover a wider range of medical services with financial cost-sharing tools. The indemnity plan design leaves consumers exposed to greater financial risk. For example, Simple Health's product has no annual out-of-pocket maximum, exposing consumers to unlimited financial liability for medical care, whereas even a Bronze exchange plan imposes an annual out-of-pocket maximum of $14,700 for a family of four.*

    f.   Are Simple Health's limited benefit plans and medical discount memberships, whether individually or in combination with one another, equivalent to comprehensive health insurance?

13

*The Simple Health plans, either individually or in combination with one another, are not equivalent to comprehensive health insurance. As evidenced above, and discussed in more detail below, there are stark differences between the comprehensive health insurance plans available to consumers through government-sponsored exchanges and the combination of Simple Health's limited benefit plans and medical discount memberships. The deficiencies in the coverage provided by Simple Health's plans are both medical and financial. Simple Health's plans do not provide equivalent coverage for essential health benefits and the limited benefit structure exposes consumers to nearly unlimited financial risk.*

## BACKGROUND ON THE U.S. HEALTH INSURANCE SYSTEM

16) **What Is Insurance?**
Insurance is the business of pricing risk, and may be defined as the equitable transfer of the risk of a defined loss from one entity to another in exchange for money. Traditionally, insurance is the business of pricing very rare, catastrophic (i.e. expensive) events for individuals or companies, and then pooling that risk across the population of insured individuals or companies in order to reduce uncertainty. Modern health insurance does this, and – in a key differentiation from other types of insurance – covers not only catastrophic events, but also maintenance care. Medical discount plans are not insurance.

17) **Individual Insurance Markets**
Prior to the passage of the Patient Protection and Affordable Care Act (PPACA, also commonly referred to as the ACA), individuals had to purchase insurance either directly from an insurance company or through a broker. Individuals could be denied coverage due to a pre-existing condition or a gap in coverage. Even after obtaining coverage, the new plan would frequently not cover expenses for pre-existing conditions for a defined period of time, typically 60 or 90 days. The majority of states permitted medical underwriting, or experience rating, by which plans – through extensive health questionnaires – looked at an individual's health status, health history, and other factors and priced plan products accordingly. Plans were also not required to renew products: an individual could be dropped at the end of their coverage period.

All of these market practices existed within the reality that just less than one-third, or 27%, of Americans under 65 years of age in a given year had (and still have) a pre-existing condition that would have left them uninsurable. The majority of these conditions involved chronic disease of varying severity, from the more benign such as sleep apnea to the long-term latent albeit potentially expensive such as Hepatitis C (which often eventually progresses to cirrhosis after decades). Other chronic diseases such as Crohn's disease (an inflammatory bowel disease) and diabetes were declinable conditions. Unsurprisingly, high-risk occupations such as miners, law enforcement, and air traffic controllers were considered declinable by plans. In additional to declinable

14

PX 23
Page 15 of 199

conditions, other medical history would result in premium surcharges, benefit changes, and exclusions.

The supermajority of these 52 million Americans had health insurance through an employer or a public program such as Medicaid (or Medicare, if they meet an appropriate qualifying condition such as disability or end-stage renal disease (ESRD). Approximately 8% of the non-elderly market had individual insurance coverage in 2015. Prior to the implementation of ACA health reforms in 2014, those who participated in the individual insurance markets often experienced exclusion riders, premium surcharges, and modified benefits due to pre-existing conditions.[41] An estimated addition 49.9 million Americans, or nearly 18.0% of the population, were uninsured prior to the passage of the ACA[42] due to inability to acquire coverage from medical underwriting, financial unaffordability, choosing to go without coverage (most common for the young and healthy), and a variety of other reasons.

18) **The Affordable Care Act**
With the passage and ongoing implementation of the ACA, the insurance markets have become more complex than ever before with the creation of health insurance exchanges (new, structured markets for individual insurance), an individual mandate (since repealed), optional state-based Medicaid expansion, broadened consumer protections, and new greater federal regulation of benefit design for employer-sponsored insurance and private insurance.

Within the new health insurance exchanges, plan products are classified in one of four benefit tiers (Bronze, Silver, Gold, and Platinum) with increasing actuarial value (60%, 70%, etc.) and decreasing consumer financial responsibility (40%, 30%, etc.). Recognizing significant market variance in services covered and challenges in health literacy, the ACA also defined essential health benefits as a package of services, specifically:[43]
1) Ambulatory patient services
2) Emergency services
3) Hospitalization
4) Maternity and newborn care
5) Mental health, substance use disorder services, including behavioral health treatment
6) Prescription drugs
7) Rehabilitative and habilitative services and devices
8) Laboratory services
9) Preventive and wellness services and chronic disease management
10) Pediatric services, including oral and vision care

---

[41] Claxton G. "Pre-existing Conditions and Medical Underwriting in the Individual Insurance Market Prior to the ACA." *Kaiser Family Foundation* 2016.
[42] Buettgens M., et al. "America Under the Affordable Care Act." *Urban Institute* 2010.
[43] PPACA, Subtitle D, Part 1, Sec. 1302.

PX 23
Page 16 of 199

Individual market plan products offered both on and off the exchanges are now required to offer these essential health benefits, with the scope of benefits similar to those of employer-sponsored insurance. Uniformity of core medical services covered, with variance in consumer financial cost sharing and network design simplified the consumer shopping experience in an otherwise complex market. Association Health Plans like those sold by Simple Health are not required to offer essential health benefits.

Healthcare services research over the last 20 years has studied and documented challenges in consumer health insurance literacy:

- As far back as 1996, research demonstrated that approximately half of consumers understood the network attributes of their health insurance plan,[44] with consumers over-estimating access restrictions.
- A 2013 telephone survey of 1,008 adults[45] found that 51% could not identify at least one of three common health insurance terms: premium, deductible, and copay.
- A 2014 study[46] of 1,292 adults aged 18 – 64 and subsequent analysis[47] demonstrated that only half were able to answer more than 6 of 10 basic questions on insurance correctly, with two thirds unable to correctly identify a prescription drug formulary or calculate expected out-of-pocket costs for hospital stays and lab tests.

This research reveals that consumers often have impaired understanding of health plan products, in addition to the financial coverage provided by their health insurance. The ACA attempted to ameliorate this problem, and promoted the development of plain language standards for insurers for communication of benefits and coverage information to consumers.

While imperfect, clarity of terminology, formatting, and plain language has helped to combat consumer confusion regarding exchange plan benefits.

19) **Brief Framework for Analyzing Health Plan Products**

Health plan products are often confusing. The following key questions provide a structured framework for thinking about and analyzing health plan products:

1) Who is covered? (Beneficiary)
2) Which medical services and related products are covered? (Coverage)

---

[44] Cunningham P.J., et al. "Do Consumers Know How Their Health Plan Works?" *Health Affairs* 2001 20(2);159-166.

[45] "Half of U.S. Adults Fail 'Health Insurance 101,' Misidentify Common Financial Terms in Plans." *AICPA* 2013. Available at: https://www.aicpa.org/press/pressreleases/2013/us-adults-fail-health-insurance-101-aicpa-survey.html Accessed June 27, 2018

[46] Norton M., et al. "Assessing Americans' Familiarity With Health Insurance Terms and Concepts." *Kaiser Family Foundation* 2014. Available at: https://www.kff.org/health-reform/poll-finding/assessing-americans-familiarity-with-health-insurance-terms-and-concepts/ Accessed June 28, 2018

[47] Levitt L. "Why Health Insurance Literacy Matters." *JAMA Forum* November 16, 2014.

PX 23
Page 17 of 199

3) Who provides the services? (Network design – service providers)
4) Who provides the products, i.e. pharmacy, durable medical equipment, etc.?
   (Network design – product distribution)
5) What is the consumer's financial exposure? (Cost-sharing)

## ANALYSIS AND OPINIONS

*Simple Health: Narrow Healthcare Benefits and High Financial Risk for Consumers*
Simple Health promises consumers a low-cost, comprehensive health plan. In reality, Simple
Health sells a package of products, namely membership in two associations – the National
Congress of Employers (NCE) and the Med-Sense Guarantee Association – as well as a medical
discount plan. Either together or separate, these products do not amount to a comprehensive
health insurance plan.

**The Indemnity Plan**
Via the NCE, Simple Health offers an Association Health Plan that is a limited benefit indemnity
plan product bundled with Accidental Death & Dismemberment (AD&D) insurance.
This indemnity plan product offers extremely limited benefits, both in terms of covered clinical
services and products, in addition to providing limited coverage of financial risk. From the
perspective of covered benefits, the Simple Health NCE AHP indemnity plan does not cover
many essential benefits (as designated by the ACA), such as prescription drug coverage,
maternity care, rehabilitative services, laboratory services, preventive clinical services, and
inpatient psychiatric coverage.

Simple Health's AHP indemnity plan, by its very design, provides limited financial benefits.
Simple Health's limited benefit plan, described as the "Group Accident and Sickness Hospital
Indemnity Insurance" issued to the National Congress of Employers, confers the following
indemnity benefits for healthcare services:[48]
- Hospital care at $100/day, maximum 30 days per coverage year (exclusive of observation
  care of less than 20 hours duration)
- Primary care and Specialty Care at $50/day, maximum 3 days per covered year[49]
- Emergency room at $50/day, with one day of coverage per year

Based upon the described services, the maximum benefit provided for inpatient hospital,
outpatient clinic, and emergency room care is $3,200 annually per beneficiary. There is no
coverage for pharmaceutical products, diagnostic labs, or imaging tests.

This leaves the consumer exposed to significant financial risk, explored in the subsequent
examples. Medicare prices are commonly used as a conservative reference prices for healthcare
services financial comparisons, as the Medicare program covers 59 million Americans
(commercial prices are typically higher). Hospitalizations are paid for under an episode-based
prospective payment system, called a diagnosis-related group (DRG). What follows is the

---

[48] Miller Attachment D, page 3.
[49] Note that Simple Health defines primary care physician as a general practitioner, OB/GYN,
osteopath, or internist. *See* Miller Attachment D, page 9.

PX 23
Page 18 of 199

average cost nationwide that Medicare paid hospitals for hospitalizations (exclusive of consumer responsibility) for common medical conditions:[50]

- Appendicitis: $5,678.77[51]
- Heart attack resulting in the need for a cardiac catheterization and subsequent coronary artery bypass graft surgery: $29,431.49[52]
- Pneumonia resulting in sepsis requiring hospitalization: $8,305.67[53]

With a maximum benefit of $3,000 for inpatient care a consumer would be exposed to significant financial risk, and be both responsible for the traditional hospital component of care in addition to the consumer component. Under the Simple Health plan, the consumer would bear $3,000 less than the above hospital component of charges, in addition to the consumer component (e.g. for cardiac surgery, the patient would face a bill of at least $26,431.49). Moreover, the consumer could only receive the maximum $3,000 benefit if he or she received 30 days of inpatient care, a scenario that would almost certainly result in the consumer incurring significantly higher than average costs.  In comparison, most comprehensive or medical service plans with an annual deductible of $3,000 or less would be superior, as they would expose the patient to far less financial risk, despite co-insurance and co-pays.

The same principles apply to routine outpatient care:[54]
- New patient 30 min visit with an endocrinologist: $109.46 [55]
- Return patient 25 min visit with primary care physician: $108.74[56]

Simple Health's indemnity product would *only cover $50 per visit*, and a maximum of three visits per year, leaving the consumer responsible for $50 to $60 of additional cost for each visit and the entire cost of any visits beyond the three. Most exchange plans would *cover the service for an unlimited number of outpatient care visits*, with consumers being responsible for frequently a $20 or $30 copay.

---

[50] This represents the actual average payment made in 2016 nationwide by the Medicare program to the paid the hospital, and does not include the beneficiary co-payment or deductible amount. Thus, these are underestimates of the cost consumers would face. This is available as the MS-DRG Summary Table, available at: https://www.cms.gov/Research-Statistics-Data-and-Systems/Statistics-Trends-and-Reports/Medicare-Provider-Charge-Data/Inpatient2016.html Accessed September 16, 2018.

[51] DRG 343 – Appendectomy without complicated principal diagnosis without complication, comorbidity, or major complication of comorbidity (i.e. an uncomplicated appendectomy)

[52] DRG 234 – Coronary Bypass with cardiac catheterization without major complication or comorbidity

[53] DRG 178 – Respiratory infections and inflammations with complication or comorbidity

[54] Medicare prices paid by the government to providers are frequently lower than the commercial insurance prices paid by health plans to providers. Thus, I used the Medicare fee schedule as a conservative estimate. See, Centers for Medicare & Medicaid Services Physician Fee Schedule Look-up Tool (2017 calendar year), available at: https://www.cms.gov/apps/physician-fee-schedule/search/search-criteria.aspx Accessed September 16, 2018

[55] CPT code 99203: new patient visit, 30 minutes duration, national average price (non-facility)

[56] CPT code 99214: established patient visit, 25 minutes duration, national average price (non-facility

PX 23
Page 19 of 199

Critically, consumers are left entirely exposed to the cost of pharmaceuticals, diagnostic labs, and imaging studies under the Simple Health Plan. The following are some commonly ordered imaging tests:

- MRI of knee with intravenous contrast (e.g. after a knee injury): $384.18[57]
- Chest X-ray, 2-view (e.g. for shortness of breath): $28.35[58]
- CT Chest with intravenous contrast (e.g. if previous chest x-ray has an abnormal finding): $386.16[59]

The policy covers the insured, spouse under 65 years of age, and dependent children (if application and premium are received for the latter two). Multiple exclusions apply, however, including pregnancy, pre-existing conditions (for 12 months), and other pre-specified medical events.[60]

The policy uses a limited definition of included providers. Providers covered include doctors or physicians who are "legally qualified practitioner of the healing arts acting within the scope of his or her license."[61] A primary care physician is defined as a covered person's "general practitioner, OB/GYN, osteopath, and internist."[62] This specifically excludes mid-level practitioners, or nurse practitioners and physician assistants, an important and growing market for primary care services: in 2017, there were an estimated 150,000 family medicine nurse practitioners nationwide.[63] The policy also excludes chiropractic coverage, as "manipulations of the musculoskeletal system" are not covered.[64]

Hospital coverage is defined as a short-term, acute general hospital. The policy specifically excludes all acute inpatient rehabilitation hospitals, psychiatric hospitals, and long-term acute care hospitals (LTACs).[65] This excludes 1,178 inpatient rehabilitation facilities, 411 long-term acute care hospitals,[66] and numerous psychiatric hospitals in the United States, which serve as crucial sites of care for hundreds of thousands of patients annually. While it covers care in hospital intensive care units (ICUs), it specifically excludes step-down or progressive care units,[67] which are a generally accepted level of inpatient care between ICU and general inpatient medical wards.

---

[57] CPT code 73722: MRI joint of lower extremity with dye
[58] CPT code 71020: Chest x-ray, 2-view frontal and lateral
[59] CPT code 71275: CT angiography chest
[60] Miller Attachment D, page 11.
[61] Miller Attachment D, page 4.
[62] Miller Attachment D. Page 9
[63] "NP Facts." *American Association of Nurse Practitioners*. March 16, 2018, Available at: https://www.aanp.org/images/documents/about-nps/npfacts.pdf Accessed July 22, 2018.
[64] Miller Attachment D, page 11.
[65] Miller Attachment D, page 5.
[66] "June 2018 Data Book, Section 8: Post-acute care, Skilled nursing facilities, Home health services, Inpatient rehabilitation facilities, Long-term care hospitals." *Medicare Payment Advisory Commission* June 2018. Available at: http://www.medpac.gov/docs/default-source/data-book/jun18_databooksec8_sec.pdf?sfvrsn=0 Accessed July 28, 2018
[67] Miller Attachment D, page 5.

PX 23
Page 20 of 199

Newborn children are covered automatically as a dependent from the moment of live birth, and the policy includes coverage for "the necessary care and treatment of medically diagnosed congenital defects, birth abnormalities, and prematurity;"[68] however, there is no mention of coverage for routine pediatric care such as well-children visits and childhood immunizations.

In a bundling atypical for health plan products, this AHP indemnity product for healthcare services and pharmaceutical product benefits is also packaged with accidental death & dismemberment insurance with coverage at $10,000 for the insured, 50% for spouse, 25% for child(ren), underwritten by American Financial Security Life Insurance Company.[69] This is not a healthcare-related product.

While at various points in the documents provided to consumers after the sale, Simple Health describes their health plan product as an indemnity plan that provides a fixed benefit amount for a covered service,[70] no explanation is provided that compares this product to traditional, comprehensive health insurance. Indemnity plans are uncommon, representing less than 1% of the marketplace for employer-sponsored insurance, are not part of the government-sponsored Medicare or Medicaid markets, nor are they exchange plan products.

**The Medical Discount Plan**
While in conjunction with these two association memberships, consumers receive a variety of discount medical services and pharmacy memberships, these are not insurance, as they are not risk-bearing. Discount memberships do not guarantee coverage of medical services or pharmaceutical products, rather they serve as a "buyer's club" akin to a grocery store savers card (noting that the latter is frequently tied to a specific corporate chain). I am unaware in all my years of practicing medicine, regulation, and health insurance of discount memberships like the ones sold by Simple Health playing any significant role in the provision of healthcare.

*Simple Health: Differences Between Sales Pitch and Products Sold*
In all four sales calls that I reviewed, Simple Health telemarketers insist that they are offering "full insurance" but not "major medical." Specifically, they insist that they must describe it as a limited plan only "because it doesn't cover any type of drug abuse rehab or alcohol rehab" i.e. their product does not cover inpatient psychiatry services, substance abuse rehab services,[71] or maternity services.[72,73] Telemarketers also claim that they are not offering medical or discount pharmacy plans, even when directly questioned on this point.[74,75,76] Consumers are assured that

---

[68] Miller Attachment D, page 7.
[69] Miller Attachment K
[70] Miller Attachment L, page 22.
[71] Miller Attachment E, page 8
[72] Miller Attachment F, page 30
[73] Miller Attachment G, page 15
[74] Miller Attachment E, page 5
[75] Miller Attachment F, page 30
[76] Miller Attachment G, page 27

physician visits, lab and blood work, prescription drugs, medical services, surgical services, and hospital services are covered,[77] and in some cases are told that "you will never pay more than $50 to see a doctor."[78] Agents also note that pre-existing conditions are covered after a 12-month waiting period,[79] albeit with unclear rules for exceptions, with one child's pre-existing condition being covered as it was present for at least two years.[80]

In each call, Simple Health telemarketers have described the plan as a broad PPO network[81,82,83,84] with some telemarketers noting that it includes 900,000 physicians[85] while others note that it includes all physicians in the U.S.[86]

With respect to the consumer's financial responsibility, telemarketers promised no lifetime spending cap on coverage,[87] no deductible,[88,89,90,91] and low-cost prescription drug coverage. Specifically, telemarketers promised branded drug coverage at $35 or $50 per prescription, and generics at $4 – $8 or $4 – $12 per prescription. [92,93,94] Consumers were also promised that their premiums would never increase,[95] and in some cases, Simple Health telemarketers have stated that the plan has first dollar coverage[96], with a "PPO network [that] takes care of the entire bill. They reprice that and then they send you what they call the cash benefit to cover the rest…You never pay anything."[97] A summary of some of the promised benefits compared to the actual coverage provided is displayed in the following table.

---

[77] Miller Attachment G, page 12
[78] Miller Attachment F, page 14
[79] Miller Attachment E, page 4
[80] Miller Attachment E, page 4
[81] Miller Attachment E, page 3
[82] Miller Attachment F, page 10
[83] Miller Attachment E, page 4
[84] Miller Attachment G, page 11
[85] Miller Attachment G, page 11
[86] Miller Attachment E, page 4
[87] Miller Attachment E, page 8
[88] Miller Attachment E, page 8
[89] Miller Attachment F, page 11
[90] Miller Attachment J, page 3
[91] Miller Attachment G, page 13
[92] Miller Attachment E, page 5
[93] Miller Attachment F, page 15
[94] Miller Attachment G, page 22
[95] Miller Attachment E, page 9
[96] First dollar coverage is an insurance policy feature that provides full coverage for the entire value of a loss without a deductible. It is not a common feature of health insurance products.
[97] Miller Attachment F, page 14

PX 23
Page 22 of 199

| Promised Benefit | Actual Coverage |
|---|---|
| *Doctors' visits:* Consumer pays *no more than $50 per day* | -Consumer pays *full cost minus $50* per day<br>-Maximum of 3 days/year |
| *Prescription drugs:*<br>-*Generics*: $4 – $12/prescription<br>-*Branded*: $30 or $50/prescription | -Discount plan i.e. buyer's club for pharmaceuticals |
| Zero deductible with no plan limits on usage | -Multiple annual limits (e.g. 30 maximum hospital days, 3 outpatient clinic visits, 1 ER day, etc.) |
| Entire bill is covered by re-pricing and a cash benefit | -Limited indemnity benefits cover a small portion of hospital bill |
| Premiums will never increase | Not specified in contract |

**Figure 4: Simple Health AHP Indemnity Plan Benefits**

Consumers are promised coverage of medical services, prescription drugs, zero deductible with no usage limits, and no increase in premium. Prescription drugs are said to have copays varying from $4 to $50 depending upon the class, and physician visits are promised to cost no more than $50. The actual coverage provided by the Simple Health AHP Indemnity plan is far different. Instead of covering physician clinic visits for no more than $50 per visit, the Simple Health Plan instead reimburses the consumer $50 per visit – the exact opposite. Moreover, the plan limits reimbursement to just three visits per year between primary and specialty care combined. Prescription drug coverage with $4 – 50 per prescription is promised, while the plan actually offers no pharmaceutical coverage and instead provides membership in a discount club, which is not a form of insurance. Simple Health telemarketers further promise that there is no limit on plan usage, while in actuality the plan policy has strict limits of plan usage, such as providing an indemnity benefit for one emergency room visit annually, with only $50 of coverage provided. Additionally, Simple Health telemarketers promise that the entire bill is covered, while instead the proffered plan provides limited indemnity benefits, which as demonstrated by multiple examples earlier in this report, cover a small portion of actual medical expenses.

Based upon the described services, the maximum benefit under the Simple Health AHP Indemnity Plan provided for inpatient hospital, outpatient clinic, and emergency room care is $3,200 annually per beneficiary. This maximum can only be realized if the beneficiary is hospitalized for at least 30 days and incurs the substantial costs associated with such prolonged medical care – costs that would undoubtedly greatly exceed $3,200. There is no coverage for pharmaceutical products, diagnostic labs, or imaging tests.

Despite these differences, telemarketers continually reassured consumers that "this is not a discount plan. It's a health insurance and it's a PPO you can choose any doctor."[98] In the middle of a verification process, a consumer became confused and was transferred back to a telemarketer. When the consumer stated that they did not want a discount plan the telemarketer reassured them:

---

[98] Miller Attachment F, Page 33

PX 23
Page 23 of 199

*"Yes, this is – definitely health insurance. Now – now you will hear that it's not a major medical. It's not considered major medical because it does not cover maternity, mental health or substance abuse. Now, if you require anything for that, then it would not be covered. Outside of that, it will be covered 100% for any other issues. This is a health insurance plan."*[99]

Based on the materials sent to this consumer after the transaction, this statement from the Simple Health telemarketer is untrue, as the Simple Health plan does not cover multiple so-called "Essential Health Benefits." Briefly, Essential Health Benefits (EHBs) are required coverage components of products sold by health plans that offer products on insurance exchanges and in the individual insurance market. The ACA defined EHBs[100] specifically to ensure comparability of individual plan products to employer-sponsored insurance, in order to ensure adequate coverage of medical products and services and facilitate consumer health insurance literacy. EHBs are generally regarded as an important consumer protection mechanism, as when consumers purchase exchange plan products, they can be certain that EHBs are covered, with varying levels of consumer financial responsibility.

The Simple Health AHP Indemnity Plan only covers only three of ten essential health benefits, remains silent on a fourth, partially covers two others, and does not cover four essential health benefits (see table below).

---

[99] Miller Attachment G, Pages 69 - 71
[100] PPACA, Subtitle D, Part 1, Sec. 1302.

PX 23
Page 24 of 199

| Essential Health Benefit | Simple Health: NCE AHP Indemnity Plan |
|---|---|
| 1. *Ambulatory patient services* | -Consumer pays full cost minus $50/visit<br>-Maximum of 3 Days/year (Primary & Specialty) |
| 2. *Emergency services* | -Consumer pays full cost minus $50/visit<br>-1 Day/year |
| 3. *Hospitalization* | -Consumer pays full cost minus $100/Day<br>-Maximum of 30 Days/year |
| 4. *Maternity and newborn care* | **-Maternity care not covered**<br>-Newborn coverage for congenital defects as per above |
| 5. *Mental health, substance use disorder services, including behavioral health treatment* | **-Inpatient mental health care not covered**<br>-Outpatient mental healthcare as per ambulatory services |
| 6. *Prescription drugs* | **-No coverage**<br>(Discount program only) |
| 7. *Rehabilitative and habilitative services and devices* | **-No coverage**<br>(Discount program only) |
| 8. *Laboratory services* | **-No coverage**<br>(Discount program only) |
| 9. *Preventive, wellness services, chronic disease management* | **-No coverage**<br>(Discount program only) |
| 10. *Pediatric services, including oral and vision care* | -Not specified |

**Figure 5: Simple Health AHP Indemnity Plan's Coverage of Essential Health Benefits**

The Simple Health telemarketer stated, "it is not considered an Affordable Care Act plan because it does not cover maternity, mental health, or substance abuse."[101] Again, as the above table demonstrates this significantly understates the reasons why the plan is not ACA-compliant: the Simple Health plan offers no prescription drug, laboratory, preventive, or rehabilitative service coverage.

---

[101] Miller Attachment G, Pages 71 – 72

24

PX 23
Page 25 of 199

*Simple Health: How Does It Compare to Exchange Products?*
In order to better demonstrate the specifics of Simple Health's bundled package of benefit plans
and discount memberships, I compared them to plan products available from private insurers
through government-sponsored exchanges for the same consumers.

In the first case, a family of four with a husband and wife, aged 27, and two daughters (3 and 5
years of age) located in Chicago, Illinois[102] is looking for new insurance as they are going to lose
their insurance in a week.[103] Utilizing a 2016 average income of $60,960 for Illinois,[104] inflation-
adjusted forward two years at 2% per annum yields an income of $63,422.78. On the Illinois
health insurance exchange, this results in a premium tax credit[105] of $233.12 per month.[106] Prices
listed in plans below note the price both with and without the subsidy, noting that the consumer
would bear the price with the subsidy. The desired pediatric endocrinologist for the family's
diabetic daughter is located at Lurie Children's Hospital (part of Northwestern Healthcare),
Jennifer L. Miller, MD, and is not included in any exchange plan as an in-network provider.

Loss of insurance is a qualifying event for a special enrollment period, allowing the consumer to
purchase plan products outside of the usual, standard annual enrollment period. Searching in the
Illinois health insurance exchange yielded 26 plans, with a subsidized monthly premium ranging
from $266.80 to $716.92. Of the exchange plans, 21 were HMO plans and 5 were PPO plans.
The consumer had expressed a wish to pay between $300 and $350 monthly,[107] and thus I picked
a cheaper (Bronze) and more expensive (Silver) plan to compare to the Simple Health AHP
indemnity plan. For the Bronze plan, I selected the "Cigna Connect 7150" (Plan ID
53882IL0040009), with a monthly premium of $266.80. For a slightly more expensive
comparison, I selected a Silver plan, sponsored by BCBS of Illinois, "Blue FocusCare Silver

---

[102] Miller Attachment M, page 2 – 3; Miller Attachment E, page 2.

[103] Miller Attachment M, page 2.

[104] Guzman G.G. "Household Income: 2016 American Community Survey Briefs." U.S. Census
Bureau, *September 2017*. See Table 1 on page 3.

[105] The federal government provides a tax credit to help pay health insurance premiums for
consumers purchasing coverage on the Exchanges. The size of the premium credit is tied to
family size and sliding scale (100 – 400% of the federal poverty level). Consumers can choose to
have the tax benefit paid to the insurance company to lower their out of pocket expense for the
monthly premium or, alternatively, claim the credit at the end of the year upon filing their tax
return. A more detailed explanation is available at "Questions and Answers on the Premium Tax
Credit" Internal Revenue Service. 2018. Available at: https://www.irs.gov/affordable-care-
act/individuals-and-families/questions-and-answers-on-the-premium-tax-credit accessed
September 16, 2018 or "Health Insurance Premium Tax Credits." *Federal Register* 77(100);May
23, 2012:30377-30399. Available at: https://www.gpo.gov/fdsys/pkg/FR-2012-05-23/pdf/2012-
12421.pdf Accessed September 16, 2018/

[106] If we adjusted for the average expected duration of unemployment, the family premium
subsidy would be higher as the expected income would be lower. This would make richer
exchange plans even cheaper for the consumer's family. However, I was conservative and
assumed that his wife could either supplement or completely replace his lost income and thus
maintain household income.

[107] Miller Attachment M, page 2

PX 23
Page 26 of 199

210" (Plan ID 36096IL1000008), with a monthly premium of $440.84. A table of financial responsibilities, displayed earlier in this report, is reproduced again below for convenience.

| Plan Feature | Simple Health | Exchange Plan ( ) | Exchange Plan ( ) |
|---|---|---|---|
| *Deductible – Individual* | $0 | $7,150 | $3,750 |
| *Deductible – Family* | $0 | $14,300 | $11,250 |
| Annual out-of-pocket maximum - Individual | **None** | $7,350 | $7,350 |
| Annual out-of-pocket maximum - Family | **None** | $14,700 | 14,700 |
| Referral required for specialty care? | No | Yes | Yes |
| Pre-existing condition exclusion | **1 year** | None | None |
| *Skilled nursing care facility* | **No coverage** | 50% coinsurance | $500/day |
| | | | |
| *Monthly Premium* | **$216.99** ($341.99, first month) | **$266.8** ($499.92 w/o subsidy) | **$440.84** ($673.96 w/o subsidy) |

**Figure 6: Financial Responsibility for Consumers with Simple Health Indemnity Plan Versus Exchange Products (Family of Four in Chicago, Illinois)**

Simple Health's plan exposes consumers to far greater financial risk for receiving healthcare. The lack of deductible is misleading, as the Simple Health plan offers no limitation on annual out-of-pocket expenditures, leaving consumers with the risk of runaway medical expenditures. Additionally, the Simple Health plan excludes coverage of pre-existing conditions for a year, and has no coverage of skilled nursing care facility care (SNF). This can be a critical driver of runaway medical expenditures, as after a surgical procedure or a prolonged hospital stay, many patients required SNF care.

When comparing the essential health benefits mandated by the ACA, Simple Health's plan comes up short. A table of proffered benefits, displayed earlier in this report, is reproduced again below for convenience.

## ESSENTIAL HEALTH BENEFIT

| PLAN PRODUCT | Ambulatory Patient Services | Emergency Services | Hospitalization | Maternity and Newborn Care | Mental Health & Substance Use Services | Prescription Drugs | Rehabilitative & Habilitative (Services, Devices) | Laboratory Services | Preventive/ Wellness Services | Pediatric Services (Includes Oral, Vision) |
|---|---|---|---|---|---|---|---|---|---|---|
| Simple Health: NCE AHP Indemnity Plan | -Consumer pays full cost minus $50/Day -Maximum of 3 Days/year (Primary & Specialty) | -Consumer pays full cost minus $50/visit -Maximum of 1 visit/year | -Consumer pays full cost minus $100/Day -Maximum of 30 Days/year | -Maternity care not covered -Newborn coverage for congenital defects as per above | -Inpatient mental health care not covered -Outpatient mental healthcare as per ambulatory services | -No coverage (Discount program only) | -No coverage (Discount program only) | -No coverage (Discount program only) | -No coverage (Discount program only) | -Not specified |
| Exchange Plan (Bronze) | -Consumer pays 50% Coinsurance after deductible (Primary & Specialty, in-network only) | -Consumer pays 50% Coinsurance after deductible | -Consumer pays 50% Coinsurance after deductible for hospital stay and physician fees after deductible | -Consumer pays 50% Coinsurance for hospital stay and physician fees after deductible | -Consumer pays 50% Coinsurance after deductible (inpatient & outpatient) | -Consumer pays 50% Coinsurance after deductible (generic & branded) | -Consumer pays 50% Coinsurance after deductible (inpatient & outpatient) | -Consumer pays 50% Coinsurance after deductible (in-network only) | -Clinical preventive services covered | -Child dental exam not covered -Child eye exam & glasses, once annually |
| Exchange Plan (Silver) | -Consumer pays no more than $30 per Primary care visit or $60 per Specialty care visit (in-network only) | -Consumer pays $1000 Copay with deductible, 30% coinsurance thereafter | -Consumer pays no more than $750 per Hospital stay day -30% Coinsurance for physician fees (deductible does not apply) | -Consumer pays no more than $750 per Hospital stay day -30% Coinsurance for physician fees (deductible does not apply) | -Consumer pays no more than $30 per Outpatient visit or $750 copay per day for inpatient | -Consumer pays 10%, 20% coinsurance for preferred generic, branded -40% coinsurance for preferred specialty | -Consumer pays no more than $60 per session (deductible does not apply) | -Consumer pays no more than $50/visit for non-hospital or $100/visit for hospital labs (in-network only) | -Consumer pays no at no charge -Disease management programs available | |

**Figure 7: Essential Health Benefits in Simple Health Indemnity Plan Compared to Exchange Products (Family of Four in Chicago, Illinois)**

## ESSENTIAL HEALTH BENEFIT

| PLAN PRODUCT | Ambulatory Patient Services | Emergency Services | Hospitalization | Maternity and Newborn Care | Mental Health & Substance Use Services | Prescription Drugs | Rehabilitative & Habilitative (Services, Devices) | Laboratory Services | Preventive/ Wellness Services | Pediatric Services (Oral, Vision) |
|---|---|---|---|---|---|---|---|---|---|---|
| Simple Health: NCE AHP Indemnity Plan | -Consumer pays full cost minus $50/Day -Maximum of 3 Days/year (Primary & Specialty) visit/year | -Consumer pays full cost minus $50/visit -Maximum of 1 visit/year | -Consumer pays full cost minus $100/Day -Maximum of 30 Days/year | -Maternity care not covered -Newborn coverage for congenital defects as per above | -Inpatient mental health care not covered -Outpatient mental healthcare as per ambulatory services | -No coverage (Discount program only) | -No coverage (Discount program only) | -No coverage (Discount program only) | -No coverage (Discount program only) | -Not specified |
| Exchange Plan (Bronze) | -Consumer pays full cost up to deductible, then no charge after deductible for primary and specialty care | -Consumer pays full cost up to deductible, then no charge after deductible | -Consumer pays full cost up to deductible, cost up to deductible, then no charge after deductible (hospital stay, physician fees) | -Consumer pays full cost up to deductible, then no charge after deductible (office visits, childbirth) | -Consumer pays full cost up to deductible, then no charge after deductible (outpatient or inpatient) | -Consumer pays $20/prescription for generics -Consumer pays full cost for branded drugs up to deductible, with no charge after deductible | -Consumer pays full cost up to deductible, then no charge after deductible | -Consumer pays full cost up to deductible, then no charge after deductible | | |
| Exchange Plan (Silver) | -Consumer pays no more than $30 per Primary care visit or deductible, then no charge after $60 per Specialty care visit (in-network only) | -Consumer pays full cost up to deductible, then no charge after deductible (in-network only) | -Consumer pays full cost up to deductible, then no charge after deductible (in-network only) | -Consumer pays full cost up to deductible, then no charge after deductible (childbirth) -Consumers pays no more than $30 per office visit (in-network only) | -Consumer pays full cost up to deductible, then no charge after deductible (inpatient) -Consumers pays no more than $30 per office visit (in-network only) | -Consumer pays $20/prescription for generics and $50/prescription for branded drugs (deductible does not apply) -Consumer pays full cost for specialty drugs up to deductible, with no charge after deductible | -Consumer pays full cost up to deductible, then no charge after deductible | -Consumer pays full cost up to deductible, then no charge after deductible (in-network only) | -Consumer experiences no charge for clinical preventive services | -Child eye exams, glasses, once annually -Pediatric dental not covered |

Figure 9: Essential Health Benefits in Simple Health Indemnity Plan Compared to Exchange Products (Family of One in Atlanta, Georgia)

Simple Health's Indemnity plan lacks many essential health benefits that this consumer, based upon his medical history, would be reasonably expected to require in a plan year such as:

- Prescriptions drugs (the patient is on two small molecule tablet medications, Atorvastatin and Lisinopril, and one injectable drug, Victoza)
- Laboratory services: annual lipid panel (i.e. cholesterol testing), hemoglobin A1c (to measure diabetes control), basic metabolic panel (to assess renal function in the setting of diabetes)
- Preventive service: age-appropriate cancer screenings such as colonoscopy, age-appropriate immunizations such as the Shingles vaccine, annual influenza vaccine

Simple Health's product would leave the consumer fully exposed to his prescription drug costs, including Victoza, an injectable that costs over $3,900 annually.[112] Even a marginally cheaper (but still within budget) Bronze exchange plan provides far richer benefits.

In a third and final example, a 38-year-old man and his 28-year-old wife living in Grand Prairie, Texas (Dallas County, zip code 75052) with an annual income of $50,000 who have not had health insurance for five months are seeking a health plan. The man desires a specific physician that he sees for primary care to be included: Dr. Michael Sims located in an office at Methodist Family Health Center in Grand Prairie, Texas. His only medical prescription is Lozol, also called Indapamide.

A Simple Health telemarketer offers him an enrollment fee of $125 and a monthly premium of $313.63.[113] He is promised coverage for medications, medical, surgical, and hospital coverage, provided in a PPO plan with zero deductible and first-dollar coverage.[114] Furthermore, he is told that that primary care visit copays are $10 and specialty care visit copays are $25.[115]

Using his family income of $50,000, he qualifies for a subsidy of $380 per month. Using the consumer's stated budget of under $200 per month in premium and his loss of coverage as a qualifying event for a special enrollment period, I shopped for plans on the federally run Texas Insurance Exchange.

---

[112] For a conservative reference price, I used the Veterans Affairs formulary (dated 7/5/2018). VA Victoza is priced for [2] (3)mL vials at $325.47. With an average dose of 1.2 mg daily, an annual dose is 438 mg, or [24.3] of the (3)mL vials. This would be an annual cost of $3,905.64 (assuming rounding down for the 1/3 vial).

Available at: https://www.va.gov/opal/nac/fss/pharmPrices.asp Accessed July 28, 2018.

This price is conservative, as the market price may actually be much higher. See: Hiltzik, M. "How 'price-cutting' middlemen are making crucial drugs vastly more expensive." *Los Angeles Times* June 9, 2017. Available at: http://www.latimes.com/business/hiltzik/la-fi-hiltzik-pbm-drugs-20170611-story.html Accessed July 28, 2018.

[113] Miller Attachment J, page 4
[114] Miller Attachment J, page 4
[115] Miller Attachment J, page 4

31

PX 23
Page 32 of 199

A search of the exchange yields 26 plans, which include the desired prescription drug. No plans include the designated primary care physician. Of the 26 plans, fourteen plans are EPO products and twelve are HMO products. One plan is under the consumer's specified budget of $200/month: the "Molina Marketplace Choice Bronze Plan" (Plan ID 45786TX0020003) has a monthly premium of $147.57. For a Silver plan, I selected the lowest-price silver plan, "Molina Marketplace Choice Silver Plan" (Plan ID 45786TX0010002) with a monthly premium of $391.16. Molina, a national health plan with a significant presence in the Medicaid Managed Care and Exchange marketplaces, sponsors both of these plans. A table of consumer financial responsibilities is displayed below for convenience.

| Plan Feature | Simple Health | Exchange Plan ( ) | Exchange Plan (Silver) |
|---|---|---|---|
| *Deductible - Individual* | $0 | $6,400 | $0 |
| *Deductible - Family* | $0 | $12,800 | $0 |
| Annual out-of-pocket maximum - Individual | **None** | $7,350 | $7,350 |
| Annual out-of-pocket maximum - Family | **None** | $14,700 | $14,700 |
| Referral required for specialty care? | No | Sometimes | Sometimes |
| Pre-existing condition exclusion | **1 year** | No | No |
| *Skilled nursing care facility* | **No coverage** | 40% coinsurance after deductible | 50% coinsurance |
| *Monthly Premium* | **$313.63** ($428.63, first month) | **$147.57** ($507.22, w/o subsidy) | **$391.16** ($750.81, w/o subsidy) |

**Figure 10: Financial Responsibilities for Consumers with Simple Health Indemnity Plan Versus Exchange Products (Family of Two in Grand Prairie, Texas)**

Again, Simple Health's plan exposes consumers to far greater financial risk for receiving healthcare. The lack of deductible again does not represent a cost savings to the consumer, as the Simple Health plan offers no limitation on the risk of runaway medical expenditures (e.g., no annual out-of-pocket maximum).

A table of proffered benefits, is provided below for convenience.

## ESSENTIAL HEALTH BENEFIT

| PLAN PRODUCT | Ambulatory Patient Services | Emergency Services | Hospitalization | Maternity and Newborn Care | Mental Health & Substance Use Services | Prescription Drugs | Rehabilitative & Habilitative (Services, Devices) | Laboratory Services | Preventive/Wellness Services | Pediatric Services (Includes Oral, Vision) |
|---|---|---|---|---|---|---|---|---|---|---|
| Simple Health: NCE AHP Indemnity Plan | -Consumer pays full cost minus $50/Day -Maximum of 3 Days/year (Primary & Specialty) | -Consumer pays full cost minus $50/visit -Maximum of 1 visit/year | -Consumer pays full cost minus $100/Day -Maximum of 30 Days/year | -Maternity care not covered -Newborn coverage for congenital defects as per above | -Inpatient mental health care not covered -Outpatient mental healthcare as per ambulatory services | No coverage (Discount program only) | No coverage (Discount program only) | -No coverage (Discount program only) | -No coverage (Discount program only) | -Not specified |
| Exchange Plan (Bronze) | -Consumer pays no more than $35/visit for primary care and $80/Visit for specialty care (in-network only) | -Consumer pays full cost prior to deductible and then $400 copay/visit after deductible (does not apply if admitted to hospital) | -Consumer pays full cost up to deductible and then 40% coinsurance after deductible for hospital stay and physician fees | -Consumer has zero cost to office visits -Consumers pays 40% coinsurance after deductible for hospital stay and physician fees | -Consumer pays no more than $35 copay/visit per office visit -Consumer pays full cost up to deductible and then 40% coinsurance after deductible (inpatient only) | -Consumer pays no more than $20/prescription for or than $60/prescription for generic drugs and branded drugs -Consumer pays full cost deductible for all else and then coinsurance after and deductible for specialty drugs | -No cost for home health or hospice -Consumer pays full cost up to deductible and 40% coinsurance after deductible for all else | -Consumer pays no more than $40 copay for blood work, $80 copay for X-rays -Consumer pays full cost up to deductible and then 40% coinsurance afterwards for CT/PET, MRI (in-network only) | -No charge (Discount program only) | -Child dental exam not covered |
| Exchange Plan (Silver) | -Consumer pays no more than $40/visit for primary care and $85/Visit for specialty care (in-network only) | -Consumer pays full cost prior to deductible and then $300 copay/visit after deductible (does not apply if admitted to hospital) | -Consumer pays full cost up to deductible and then 40% coinsurance after deductible for hospital stay and physician fees | -Consumer has zero cost for office visits -Consumers pays 80% coinsurance after deductible for hospital stay and physician fees | -Consumer pays no more than $40 copay/visit per office visit -Consumer pays full cost up to deductible and then 50% coinsurance after deductible (inpatient only) | -Consumer pays no more than $35/prescription for generic drugs and $85/prescription for branded drugs -Consumer pays full cost deductible for all else and then 50% coinsurance after deductible for specialty drugs | -No cost for home health or hospice -Consumer pays full cost up to deductible and 50% coinsurance after deductible for all else | -Consumer pays no more than $50 copay for blood work, $90 for X-rays -Consumer pays full cost up to deductible and then 50% coinsurance afterwards for CT/PET, MRI (in-network only) | -Clinical preventive services covered at no charge | -Child eye exam & glasses, once annually |

**Figure 11: Essential Health Benefits in Simple Health Indemnity Plan Compared to Exchange Products (Family of two in Grand Prairie, Texas)**

Simple Health's Indemnity plan lacks many essential health benefits that this consumer, based upon his medical history, would be reasonably expected to require in a plan year such as:

- Prescription drugs (the patient is on single small-molecule tablet medication, Indapamide, likely for hypertension)
- Laboratory services: basic metabolic panel (to assess renal function in the setting of hypertension)
- Preventive service: annual influenza

Simple Health's product would leave the consumer fully exposed to his prescription drug and laboratory service costs, and would cost twice as much as the lowest-cost bronze plan. A marginally more expensive silver plan offers a zero-dollar family deductible with far richer coverage of medical services (outpatient primary and specialty care, emergency room care, and hospital care) than the Simple Health plan. For example, if the 28-year-old wife of the primary plan beneficiary became pregnant and delivered to term, the traditional 14 prenatal visits[116] would cost $0 under the silver or bronze plan. In comparison, the Simple Health plan would only cover two primary care visits at $50/visit, or $100 in total benefits. The consumer would be responsible for the remaining 12 visits, and be exposed to an estimated $1,304.88 in additional medical expenses.[117]

Overall, Simple Health's products are not equivalent in terms of financial protections or similar in scope of benefits to exchange products, which most of these consumers are eligible for at similar prices. Additionally, Simple Health advertises their products as PPO plans, which they are not. In a PPO, the plan contracts with a broad range of providers (physicians, health systems), designated as the "preferred" network. A plan member can use any of the preferred providers typically with favorable co-insurance, co-pay, and count towards a deductible. Simple Health plans have no preferred network with favorable contracting terms, are therefore not tiered, and cannot be considered a PPO.

*Conclusion*
Simple Health offers what is purported to be a low-cost, comprehensive health plan. In reality, Simple Health sells a package of products, namely membership in two associations, which come with a plethora of discount medical and pharmacy plans. Via one of its two associations, Simple

---

[116] One clinic visit monthly from weeks 4 to 28, one visit every two weeks from weeks 28 to 36, and one visit weekly from weeks 36 to 40.

[117] Medicare prices paid by the government to providers are frequently lower than the commercial insurance prices paid by health plans to providers. Thus, I used the Medicare fee schedule as a conservative estimate. See, Centers for Medicare & Medicaid Services Physician Fee Schedule Look-up Tool (2017 calendar year), available at: https://www.cms.gov/apps/physician-fee-schedule/search/search-criteria.aspx Accessed September 16, 2018

Assuming 12 additional visits were coded as CPT code 99214 for an established visit of 25 minutes duration, national average price.

Health offers an Association Health Plan that is a limited benefit indemnity plan product bundled with Accidental Death & Dismemberment (AD&D) insurance. Telemarketers describe this as a generous, PPO-style, ACA-compliant plan. In reality, it is a spartan product that leaves consumers medically and financially insecure.

Based on my experience as a practicing physician, patients have very little insight into their demand for medical services, and consumer difficulties in understanding insurance products reflect the financial and administrative realities of this lack of knowledge. Lack of transparency in markets – and in sales practices – only serves to cloud this difference.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 21, 2018.

_____
Brian J. Miller

35

PX 23
Page 36 of 199

### 1) Appendix 1: Insurance Terminology Glossary

<u>Capitation</u>: Payment to a provider or health system in a fixed (usually risk-adjusted) amount per unit time per member is paid to cover for all care specified in the contract. Traditionally, capitation is "per member, per month" or PMPM and the contract specifies what is included in the capitation "basket" and services that are carved out (e.g. organ transplants).

<u>Claim</u>: An itemized statement of services rendered. Typically submitted by a provider or health system to a health plan, albeit it may be submitted by a consumer/beneficiary.

<u>Coinsurance</u>: A percentage of each claim that the insured bears after meeting their deductible.

<u>Community Rating</u>: Method of determining premium rates by geographic area as opposed to age, health status, and other demographic or individual factors.

<u>Copay</u>: Cost-sharing measure in which the policyholder pays a fixed dollar amount (i.e. flat fee) per service, supply, procedure, or pharmaceutical product. The patient pays this fee to the healthcare facility or distributor, with the remainder covered by the plan.

<u>Deductible</u>: Portion of the insured loss (typically defined in USD) paid by the policyholder prior to the insurer assuming liability for the remaining charges or covered expenses.

<u>Exclusive Provider Organization (EPO)</u>: Coverage is provided only for services obtained in the network. Out of network services are only covered for emergency care. This is a managed care plan product.

<u>Experience Rating</u>: Method of pricing a group based upon expected claims.

<u>Fee For Service (FFS)</u>: A healthcare financing mechanism in which providers are paid for each service performed.

<u>Health Maintenance Organization (HMO)</u>: Similar to an EPO, except the beneficiary must receive care from providers who work for *or* are within the network. Out of network services are only covered for emergency care (i.e. steep tiering). Frequently, beneficiaries are required to see a PCP within the network, who coordinates care and serves as the specialty referral source for the plan member. The providers in this plan product are typically (albeit not necessarily) capitated. This is a managed care plan product.

<u>Indemnity</u>: Provides a fixed payment for incurred medical expenses as defined in the policy. The services included are specified, as are volume limits (e.g. $25 per primary care visit, maximum of 5 in a 12-month period).

<u>Lifetime limit</u>: A benefits ceiling placed by a plan on a beneficiary. Once the ceiling is reached, the plan will no longer reimburse for covered services. This may be placed on total benefits (e.g. a lifetime cap of $1 million) or on a specific benefit (e.g. one liver transplant or a $200,000 maximum benefit for kidney transplant).

PX 23
Page 37 of 199

Managed Care: Payment method in which a third-party payer implements provisions to control the costs of healthcare while maintaining quality. Merger of clinical, financial, and administrative processes in order to manage cost, quality, and access.

Out-of-pocket maximum: This is the limit that a plan member has to pay for covered services in a plan year. This is inclusive of deductibles, coinsurance, and copayments.

Prior authorization: Process of obtaining approval for coverage from a plan before receiving a medical service, diagnostic procedure, or other intervention. Also called prior approval, precertification.

Point of Service (POS): The plan member picks a primary care physician (PCP) within the plan network, i.e., the POS. The member pays less if they use providers in the network and must get a referral from their designated PCP in order to see a specialist. Members may see providers outside the network but with increased cost sharing. This is a managed care plan product and combines features of PPO and HMO plans.

Preferred Provider Organization (PPO): The plan contracts with a broad range of providers (physicians, health systems), designated as the "preferred" network. A plan member can use any of the preferred providers typically with favorable co-insurance, co-pay, and count towards a deductible. Plan members can use non-preferred providers, albeit with less favorable consumer financial cost sharing. This is a managed care plan product.

These terms are compiled and adapted from multiple references.[118,119]

---

[118] "Healthcare.gov Glossary" 2018. Available at: https://www.healthcare.gov/glossary/ Accessed June 26, 2018.
[119] Casto A.B., Forrestal E. "Principles of Healthcare Reimbursement." *American Health Information Management Association*, 2013.

PX 23
Page 38 of 199

# Miller Attachment A

PX 23
Page 39 of 199

BRIAN J. MILLER, M.D., M.B.A., M.P.H.
(919) 619-0187
brian@brianjmillermd.com

**BUSINESS ADDRESS**
Georgetown University Hospital
Pasquerilla Healthcare Center, 5th Floor
3800 Reservoir Road, NW
Washington, D.C. 20007

**EDUCATION**

| | | |
|---|---|---|
| 2015 | M.P.H. | Bloomberg School of Public Health, Johns Hopkins University, Baltimore, MD |
| 2013 | M.B.A. | Kenan-Flagler Business School, University of North Carolina at Chapel Hill, Chapel Hill, NC |
| 2011 | M.D. | The Feinberg School of Medicine, Northwestern University, Chicago, IL |
| 2007 | B.S. | University of Washington, Seattle, WA (Biochemistry with College Honors) |
| 2007 | B.S. | University of Washington, Seattle, WA (Chemistry with College Honors), Research thesis in Neuroendocrinology |

**POSTGRADUATE TRAINING AND FELLOWSHIP APPOINTMENTS**

| | |
|---|---|
| 2017 – 2020 | Internal Medicine Residency, MedStar Georgetown University School of Medicine |
| 2014 – 2016 | General Preventive Medicine Resident, Bloomberg School of Public Health, The Johns Hopkins University |
| 2014 – 2016 | Clinical and Research Fellow, School of Medicine, The Johns Hopkins University |
| 2013 – 2014 | Transitional Year Residency, The Bassett Healthcare Network |

**OTHER EDUCATION**

| | |
|---|---|
| 2016 – 2017 | Clinical Reviewer Training, Center for Drug Evaluation & Research, Food & Drug Administration, Silver Spring, MD |

**MEDICAL LICENSURE**

| | |
|---|---|
| 2015 – Present | Medicine and Surgery, License #MD042776, Washington, D.C. |
| 2015 – Present | Controlled Substance Registration, Washington, D.C. |
| 2017 – Present | Board Certified, Public Health and General Preventive Medicine, #053914, American Board of Preventive Medicine |

**PROFESSIONAL EXPERIENCE**

04/03/2018 – Present  *Consultant, Bureau of Consumer Protection, Federal Trade Commission*

06/15/17 – Present  *Resident, Internal Medicine, MedStar Georgetown University Hospital*
- Categorical, 3-year Internal Medicine residency sponsored by Georgetown University Hospital
- Rotate at Georgetown University Hospital, Inova Fairfax Hospital, Washington Hospital Center, Virginia Hospital Center, the DC Veteran Affairs Medical Center, and the NIH Clinical Center
- Primary care continuity clinic at Georgetown University Hospital
- Directly responsible for clinical care for up to 20 acutely or critically patients on inpatient services (ICU, General Medical Wards). Managed inpatient nurses and technical staff
- Direct care and first call for up to 70 patients on overnight inpatient services
- Design and execute medical documentation and insurance curriculum for 90 Internal Medicine residents
- Hospital management elective with CEO of MedStar Georgetown University Hospital
- Hospital management elective with CMO of Virginia Hospital Center

10/03/16 - Present  *Adjunct Assistant Professor, The University of North Carolina at Chapel Hill Kenan-Flagler Business School*

Revised 10/14/18

PX 23
Page 40 of 199

BRIAN J. MILLER, M.D., M.B.A., M.P.H.
(919) 619-0187
brian@brianjmillermd.com

- Teach 893J "Regulation & Principles of Health Insurance," a 16 lecture course in the MBA program with Gail Wilensky, PhD. Expanded course to 20 lectures for second year and invited back for a third year in 2019
- Organized and designed UNC's first course on heath insurance, featuring former members of the Medicare Payment Advisory Commission (MedPAC), the Medicaid and CHIP Payment and Access Commission (MACPAC), the Medicare Evidence Development & Coverage Advisory Committee (MEDCAC), and regional health plans
- Student evaluations rated class in first year as 4.11 out of 5.00 overall
- Assist in design of and lecture in healthcare executive education curriculum for mid-career executives and board directors

7/10/16 – 06/16/17      *Medical Officer, Division of Psychiatry Products (DPP), Office of New Drugs (OND), Center for Drug Evaluation & Research (CDER), Food & Drug Administration (FDA)*
- Completed in-depth re-review of 3 product lines for safety and efficacy. Review covered 10 New Drug Applications (NDAs) and over 125 published papers in 6 months
- Completed in-depth pre-market safety priority review of valbenazine (INGREZZA), a first-in-class new molecular entity (NME) NDA granted breakthrough status and priority review for the indication of tardive dyskinesia taking into account the statistical and analytical complexity of the trial design. Completed 8 month safety review in 2 months, resulting in a first in class approval and a subsequent publication in *The New England Journal of Medicine*
- Conducted post-market survelliance for existing psychiatry products (pharmacovigilance), drafted multiple reviews in response to requests for labeling and distribution changes from the Office of Surveilliance and Epidemiology (OSE)
- In conjunction with a fellow clinical reviewer, identified potential harms to public health from a poorly designed, widely circulated epidemiologic study on SSRIs. Proposed, drafted, obtained clearance for, and submitted a letter to *JAMA Psychiatry* promoting the Division's view on the study. Letter was accepted with no corrections in three business days.
- Identified novel regulatory opportunity in human factors in generic products resulting in medication confusion amongst psychiatric patients
- Represented Psychiatry Safety Team in design of a standard labeling supplement review process and subsequently trained 10 physician-reviewers in the new process. Served as the first reviewer to execute the new process, resulting in the Division's first "refuse to file" regulatory decision of a labeling supplement
- Recruited, designed a rotation for, and supervised a medical student on rotation in the Division. Supervised student's review, extraction, and synthesis of pre-market clinical trials and creation of a 50,000 subject database
- Pharmaceutical Product Labeling
- Concurrently completed CDER's Clinical Reviewer Training, which consists of over 40 lectures in courses on pharmacology, clinical trial design, toxicology, drug law, clinical informatics, & manufacturing practices

7/1/14 – 6/30/16   *Clinical & Research Fellow, School of Medicine, Johns Hopkins University*
- Combination of Primary Care in a Patient-Centered Medical Home and Clinical Preventive Medicine (20% practice)
- Research and operational planning for opioid management clinic
- Longitudinal outpatient clinical improvement projects focused on cost-conscious care (e.g. imaging utilization), best practice alerts, and performance metric design for Johns Hopkins Community Physicians, the 40-site primary care chain of Johns Hopkins

7/1/14 – 6/30/16   *General Preventive Medicine Resident, Bloomberg School of Public Health, Johns Hopkins University*
Population Health and Regulatory Medicine training program consisting of a fully-funded MPH and rotations in population health and regulatory policy at federal agencies. Concurrent practice of

Revised 10/14/18

BRIAN J. MILLER, M.D., M.B.A., M.P.H.
(919) 619-0187
brian@brianjmillermd.com

clinical preventive medicine through appointment as a Clinical & Research Fellow at the School of Medicine. Rotations:
- Food & Drug Administration (FDA), Office of Public Health Strategy & Analysis
- Federal Communications Commission (FCC), Connect2Health Task Force / Office of General Counsel
- Federal Trade Commission (FTC), Office of Policy Planning
- Johns Hopkins HealthCare (JHHC), Managed Care Company
- Centers for Medicare & Medicaid Services (CMS), Innovation Center (Venture Group of CMS)

4/1 – 6/30    *Policy Fellow, Office of Public Health Strategy & Analysis, Office of Policy, Planning, Legislation, & Analysis, Food & Drug Administration*
- Started database of 28 drugs comparing information in FDA medical reviews, published literature, and clinicaltrials.gov to demonstrate information asymmetries in pharmaceutical entity clinical trial reporting
- Inter-agency coordination with FTC for pharmaceutical product merger review
- Design of FDA physician reviewer fellowship

1/1 – 3/31/16    *Managed Care Fellow, Johns Hopkins HealthCare*
- Wrote first in nation medical policy on Joint Curative & Hospice Care for Legal Minors, esimated to save >$2 million annually
- Designed a home visiting nurse practitioner service for the disabled population, with a projected break-even point in the first year
- Recommended to executive leadership new corporate structure for the Hopkins family of healthcare companies to promote coordinated entry into new geographic and product markets

10/1 – 12/31/15    *Senior Policy Fellow for Health IT, Connect2Health Task Force / Office of General Counsel, Federal Communications Commission*
- Special Advisor to Deputy General Counsel
- Expert third-party review of $400 million Healthcare Connect Fund for the Office of the Chairman
- Researched and assisted the Office of Engineering and Technology on device interoperability in ConnectedHealth (Internet of Things in Healthcare) and facilitating private standard setting
- Represented the FCC on external committees

7/1 – 9/30/2015    *Special Advisor, Office of Policy Planning, Federal Trade Commission*
- First licensed physician at the Federal Trade Commission. Served as in-house expert on telehealth issues, integrated care delivery, vertical arrangements in healthcare services and insurances, and FDA regulatory reviews of pharmaceutical products
- Conducted literature review of scope on practice for Certified Nurse Midwives
- Reviewed FDA draft guidance on biosimilars nomenclature and liaised with European health and pharmaceutical regulatory authorities
- Served as primary point of contact and liaison for key officials at multiple medical professional trade associations and other federal regulatory agencies, such as CMS, the FDA, and the FCC, to build cross-agency relationships to share information and undertake joint efforts
- In-house subject matter expert for Bureau of Competition; directly assisted with multiple active enforcement cases in hospitals, health systems, and pharmaceutical products mergers (*FTC v. Cabell Huntington / St. Mary's, FTC v. Advocate Health Care Network, FTC v. Mallinckrodt Ard Inc. formerly Questcor Pharmaceuticals*, and other enforcement actions). Helped build successful case in *FTC v. Advocate Health Care Network*, resulting in a successful court challenge to this $7 billion (45,000 employee) health system merger
- Prepared staff attorneys for and participated in investigational hearings for hospital and health systems mergers with key executives (CEOs, CMOs, COOs, Strategy & Business Development Executives)

Revised 10/14/18

PX 23
Page 42 of 199

BRIAN J. MILLER, M.D., M.B.A., M.P.H.
(919) 619-0187
brian@brianjmillermd.com

- Drafted questions for and participated in investigational hearings for hospitals and health systems merger cases
- Assisted with third-party declarations for health plans, employers, and health systems for hospital and health systems merger cases
- Identified, recruited, and assisted with management of healthcare experts for case teams
- Coordinated case strategy with staff attorneys for hospital and health system mergers
- Drafted sections of Bureau of Competition internal staff memo to Bureau Director recommending for or against FTC action in active cases
- Created system to rapidly define product markets for healthcare service delivery markets during 30-day Hart-Scott-Rodino review of reportable transactions
- Created curriculum for and taught in-house session on Special Topics in Healthcare for over 30 staff attorneys in the Bureau of Competition
- Conducted third-party expert review of special issues in vertical and horizontal PBM mergers
- Conducted third-party review of pharmaceutical products merger, addressing systemic market effects from the merger

11/1/2014 – 5/13/2015     *Accountable Care Organziation (ACO) Investment Fellow, Center for Medicare & Medicaid Innovation, Center for Medicare & Medicaid Services*
- Co-managed the ACO Investment Model (AIM) and invested $114M in ACOs focused on rural and underserved areas
- Designed application reviewer training, wrote reviewer guidebook, and drafted evaluation criteria used to award $114 million
- Designed and assisted with management of first application round review and award process
- Designed the CMS Innovation Center site visit process for ACOs, which was subsequently used to evaluate ACOs in multiple models across the Innovation Center
- Designed a corrective action site audit for an ACO deemed not in compliance
- Researched, designed, and drafted plan for first CMS Innovation federal advisory committee
- Researched, designed, and drafted plan for long-term proposal for CMS Physician-Innovator Workforce Planning, including a CMS residency program

*2013 – 2014*     *Transitional Year Resident, Bassett Healthcare Network.*
Bassett Healthcare is the rural teaching hospital for the Columbia University College of Physicians & Surgeons
- Directly responsible for clinical care for up to 20 acutely or critically patients on inpatient services (ER, ICU, General Medical & Surgical Wards). Managed inpatient nurses and technical staff
- Direct care and first call for up to 72 patients on overnight inpatient services
- Performed independent, outpatient care with attending oversight in specialty outpatient clinics (Rheumatology, General Medicine, Allergy, Radiology, Dermatology, Patient Safety and Medical Quality)
- Supervised over 10 medical students from Columbia University, Columbia-Bassett, and Albany Medical College
- Selected to join health system trustees as only resident to represent the healthcare network: met with six state senators and representatives in Albany, resulting in successfully lobbying for $2.5 million in funding for rural physician recruitment

2010 – 2012     *Founder and CEO, Better Health Clinic*
Wrote business plan for retail primary care clinic chain, recruited team and advisory board, and received seed round commitments from angel investors
- Recruited an eight person advisory board composed of healthcare leaders such as a former Assistant Surgeon General, former Chief Innovation Officer of Humana, and Vice President of Public Health Policy at Wellpoint, who assisted with fundraising

Revised 10/14/18

PX 23
Page 43 of 199

BRIAN J. MILLER, M.D., M.B.A., M.P.H.
(919) 619-0187
brian@brianjmillermd.com

- Recruited a team of seven senior-level executives including a former multi-country President at Coca Cola and a former retail clinic chain Chief Operating Officer who assisted with marketing strategy
- Designed standardized, scalable, primary care clinic model, wrote business plan, and selected, planned, and designed first site. Pitched to over 100 venture funds, family offices, and private investors, and received six-figure seed round commitments from four angel investors

2010 – 2011   *Head, Health & Government, Neural Technologies, Inc.*
Established new line of business in Medicare and Medicaid fraud prevention for state and federal payers at this international venture capital-backed information technology company, reporting to the CEO of the parent venture investor, Argo Global Capital, and the Board of Directors at Neural Technologies
- Compiled and cold-called sales leads for 50 states, Puerto Rico, and the federal government and as a new entrant in a space with over ten competitors, secured meetings with four customers within six months, including two of the five largest Medicaid and Medicare programs
- Set up and managed internal government bids team, producing winning bids for a competitive demonstration with a top three state Medicaid agency, a $1.05 million state Medicaid fraud detection contract, and a Federal General Services Award

2010   *Consultant, Innovation to Commercialization*
Evaluated commercialization potential of a university-developed novel therapeutic for rheumatoid arthritis utilizing a nanoparticle delivery system as part of a three-month consulting engagement
- Researched and wrote review of therapeutic competitors, intellectual property ownership, and financial model in the rheumatoid arthritis space, and subsequently presented these recommendations to Northwestern University's Translational Research Group, that agreed with continuation of further animal testing prior to human safety trials

2008   *Summer Fellow, Group Health Physicians*
Collaborated with Associate Medical Director for Strategy and Business Development on various projects at this multi-specialty, 1400 physician integrated group practice
- Assessed current physician recruiting, retention, and retirement practice and designed new recruitment strategy, 10-year retention package, and exit process, separately targeted to specialty and primary care physicians and obtained full agreement on recommendations
- Re-evaluated a proposal to control inpatient hospitalization costs by developing a center for finding and placing patients in beds in local hospitals in the most cost-effective manner. Recommendation resulted in termination of project due revised projections of limited cost savings, allowing for reassignment of team to other projects
- Performed a third-party review for executive leadership of the five year strategic plan for the Group Health Cooperative insurance arm with over 500,000 covered lives and recommended redevelopment of closed hospital into senior living complex

2004 – 2007   *Research Assistant, Department of Endocrinology, University of Washington School of Medicine*
Worked in the lab of Dr. Michael W. Schwartz, M.D., designed and conducted experiments in Neuroendocrinology, with a focus on bodyweight and blood glucose regulation
- Designed and conducted animal experiments with accompanying benchtop research investigating the relationship between inflammatory signaling and diabetes and the neuroendocrine control of bodyweight regulation and energy homeostasis.
- Familiar with ELISA, BCA protein assay, 3rd intracerebroventricular cannulations in rats and mice, tissue extraction, and experimental design

**COMMITTEES & BOARDS**
2018 – Present   Vice Chairman, Clinical Operations Performance Committee (COP), Department of Medicine, Medstar Georgetown University Hospital
- At request of program leadership, helped plan, charter, and recruit a new seven member resident committee focused on planning and executing projects to improve clinical operations

Revised 10/14/18

PX 23
Page 44 of 199

BRIAN J. MILLER, M.D., M.B.A., M.P.H.
(919) 619-0187
brian@brianjmillermd.com

| | |
|---|---|
| 2018 – Present | Member, Healthcare Conference Planning Committee, UNC Chapel Hill Kenan Flagler School of Business |
| 2016 – Present | Member, CPT Advisory Committee, American Medical Association |
| | • Appointed to a three-year term (2016 – 2019) as technical advisor for clinical preventive services |
| | • Representing 5,000 Public Health Physicians and the American College of Preventive Medicine |
| 2016 – Present | Member, Federal Civil Enforcement Committee, Section of Antitrust Law, American Bar Association |
| 2014 – Present | Member, Healthcare & Pharmaceuticals Committee, Section of Antitrust Law, American Bar Association |
| 2016 – 2018 | Member, Workgroup, Physician Wellness and Burnout, Federation of State Medical Boards |
| | • Young physician member |
| | • Spearheaded campaign to re-write initial and renewal medical licensure questionnaire to avoid discrimination against physicians with psychiatric disease and remain ADA compliance. Recommendation adopted and became part of FSMB report on Physician Wellness and Burnout, as a formal recommendation to state medical boards |
| 2016 – 2017 | Member, Strategy & Board Development Committee, American College of Preventive Medicine (ACPM) |
| | • Nominating committee for the ACPM Board of Regents |
| | • Assisted with recruiting board candidates in order to create a more diverse, active, and engaged Board of Regents representing government, industry, and academia |
| | • Spearheaded successful campaign to redesign the Board nomination and election process |
| | • Identified the need for a new executive director for the trade association, and began the campaign the search and identify for a replacement |
| 2013 – 2016 | Member, Business Development Committee, American College of Preventive Medicine (ACPM) (Chair from March 2014 – June 2016). |
| | • Appointed Chair by ACPM President Halley Faust and reappointed by subsequent President. Committee advises ACPM Board of Regents and President on policy, business development, and branding. As Chair, recruited new committee and wrote business plans for multiple lines of for-profit business including a lifestyle medicine CME curriculum and a weight management certification program. The certification program subsequently signed two corporate customers within one month of launching while the lifestyle medicine CME curriculum achieved $400,000 in annual revenue in its first year |
| | • Assisted with hiring of first ACPM Business Innovation Officer |
| | • Led committee in review of ACPM Strategic Plan and first-ever communications/branding plan, resulting in the hiring of the first Director of Communications for the organization |
| 2014 – 2015 | Member, Care Transitions Committee, Bassett Healthcare Network |
| | • Appointed by Surgery Residency Director; designed new hand off template for inpatient services, decreasing errors during patient handoffs |
| 2006 – 2007 | Board Member, Hunger Intervention Program |
| | • Student representative |

**AWARDS & HONORS**

| | |
|---|---|
| 2017 | SPIRIT Award MedStar Georgetown University Hospital (nominated by night shift nursing team on unit C61) |
| 2017 | SPIRIT Award MedStar Georgetown University Hospital (nominated by night shift nursing team on unit 4E) |
| 2017 | SPIRIT Award MedStar Georgetown University Hospita (nominated by night shift nursing team on unit C61) |
| 2014 – 2015 | Full tuition with stipend MPH fellowship, Johns Hopkins University ($82,000) |
| 2014 | GlaxoSmithKline Preventive Medicine Residency Scholarship ($2,809) |
| 2011 – 2013 | Partial tuition MBA fellowship ($30,000), University of North Carolina at Chapel Hill |
| 2010 | American Society of Nephrology Travel Grant for Medical Students & Resident ($800) |

PX 23
Page 45 of 199

BRIAN J. MILLER, M.D., M.B.A., M.P.H.
(919) 619-0187
brian@brianjmillermd.com

| 2007 | University of Washington Honors Program, College Honors |
| 2007 | University of Washington Honors Program, Departmental Honors |
| 2005 | Phi Lambda Upsilon |

## INVITED SPEAKING EVENTS

| 2018 | [Invited] Panel Moderator, "Public-Private Competition: Funding Veterans Healthcare" UNC Annual Healthcare Conference (November 9) |
| 2018 | Seminar "Oh The Places You Will Go: A Regulatory Innovation Story!" American Medical Association Federal and Congressional Affairs Groups (March 28) |
| 2018 | Seminar "Oh The Places You Will Go: A Regulatory Innovation Story!" National Center for Human Factors in Healthcare Inquires, MedStar Institute for Innovation (March 20) |
| 2018 | Seminar "Board Certification: A Dose of Competition" in "Public Health and Health Policy" graduate course at the Department of Medicine, Georgetown University School of Medicine (February 5) |
| 2017 | Seminar "Tardive Dyskinesia" Department of Medicine, Georgetown University School of Medicine (December 12) |
| 2017 | Seminar "The U.S. Food & Drug Administration: A Year In the Office of New Drugs" Department of Psychiatry, Georgetown University School of Medicine (October 5) |
| 2016 | Seminar "Research in Policy & Practice," Center for Evidence and Practice Improvement, Agency for Healthcare Research and Quality (May 27) |
| 2016 | Seminar "Competition & Healthcare Finance," Office of Health Policy, Office of the Assistant Secretary for Planning and Evaluation (March 29) |
| 2014 | Panelist, Healthcare Finance, Annual Business of Healthcare Conference, UNC Kenan-Flagler School of Business |

## PUBLICATIONS
### Peer Reviewed

| 2017 | Davis M.C., Miller B.J., Kalsi J., Birkner T., Mathis M.V. "Efficient Trial Design and FDA Flexibility: A New Approval for Tardive Dyskinesia." *The New England Journal of Medicine* 2017;376:2503-2506. |
| 2017 | Miller B.J., Wolfe G. "Managed Care Marketplaces: Growing Drivers of Payer-Provider Vertical Integration" *Antitrust Source* April 2017;16(5):1-11. |
| 2017 | Miller B.J., Davis M., Stone M. "Letter to the Editor in response to 'Association of Selective Serotonin Reuptake Inhibitor Exposure During Pregnancy With Speech, Scholastic, and Motor Disorders in Offspring." *JAMA Psychiatry* March 15, 2017 |
| 2016 | Miller B.J., Moore D.W., Schmidt C.W. "Telemedicine and the Sharing Economy: The 'Uber' for Healthcare." *American Journal of Managed Care* 2016;22(12):e420-422. |
| 2015 | Miller B.J. "Editorial Outlines Concerns Regarding Harms to Competition in Recent Flurry of Hospital Mergers." *ABA Healthcare and Pharmaceuticals Recent Developments*. (February 2015) |
| 2011 | Miller B.J., Harmon R.G. "In What Ways Can (and Should) the Medical Home Work to Promote the Health of the General Community?" *Medical Home News* 2011;3(5):2. |

### Policy Briefs/Opinion

| 2018 | Miller B.J., Cullen T., Lushniak B. "Solving the Crisis of Care at the VA Part 2: Public-Private Competition." *Health Affairs Blog* March 6, 2018. Available at: https://www.healthaffairs.org/do/10.1377/hblog20180227.524993/full/ |
| 2018 | Miller B.J., Cullen T., Lushniak B. "Solving the Crisis of Care at the VA Part 1: A Path To Address Staff Shortages." *Health Affairs Blog* March 5, 2018. Available at: https://www.healthaffairs.org/do/10.1377/hblog20180227.74272/full/ |
| 2017 | Gilman D., Miller B.J., Goldstein B. "Board Certification: A Dose of Competition." *Health Affairs Blog* November 29, 2017. Available at: https://www.healthaffairs.org/do/10.1377/hblog20171121.748789/full/ |
| 2017 | Miller B.J., Davis M.C., Mathis M.V. "In Pursuit of Tardive Dyskinesia: The Breakthrough Designation and Approval of Valbenazine." *Spotlight on CDER Science* September 19, 2017. Available at: https://www.fda.gov/Drugs/NewsEvents/ucm576531.htm |

BRIAN J. MILLER, M.D., M.B.A., M.P.H.
(919) 619-0187
brian@brianjmillermd.com

Posters
2018   Stone M., Kalaria S., Richardville K., Miller B.J. "Age, Treatment, and Baseline Severity as Factors in Suicidal Behavior in Randomized Placebo-Controlled Trials in Major Depressive Disorder." Oral presentation presented by first author at American Society of Clinical Psychopharmacology annual meeting May 29, 2018.
2018   Stone M., Kalaria S., Richardville K., Miller B.J. "Components and Trends in Treatment Effects in Randomized Placebo-Controlled Trials in Major Depressive Disorder 1979 – 2016." Poster presented at American Society of Clinical Psychopharmacology annual meeting May 29, 2018.
2018   Miller B.J., Levine M., Usala G, Montero A. "Hospital Reimbursement & Quality Rankings: A Resident Driven Endeavour." Poster presented at Georgetown University School of Medicine Research Day April 24 2018.
2017   Umhau J., Fischer B., Miller B., Kim J., Davis M., Dubitsky G., Mattai A., "Intermittent Explosive Disorder: A Serious, Unmet Medical Need." Poster presented at the American Society of Clinical Psychopharmacology annual meeting May 2017.
2015   Bruno R., Miller B.J., Lee D., Pahwa A., and McGuire M. "Strategies to Improve Cost-Conscious Care Delivered in a Primary Care Environment." Poster presented at the Johns Hopkins Community Physicians annual retreat, Baltimore, MD, and the ACPM annual conference, Atlanta, GA.

Podcasts
2018   Levine M., Miller B.J. "The Business of Healthcare" A podcast series covering documentation, principles of insurance, FDA regulation of pharmaceuticals, and other topics for practicing physicians

Research Theses
2015   "Trade Barriers to Innovations in Healthcare Service Delivery." May 10. (Johns Hopkins University)
2007   "Diabetes and Inflammation." May 16. (University of Washington)

In Progress
Miller B.J., Wolfe G. "Common Threads: Navigating the Labyrinth of Branded Pharma Market Definition"
Miller B.J., Richardville K. "Feeding An Innovation Engine: The Need For NIH Reform."

Reviewer
*Preventive Medicine* – ad hoc
*International Conference on Pharmacoepidemiology and Therapeutic Risk Management* – reviewer for abstracts for 2018 meeting


PROFESSIONAL AFFILIATIONS
American Bar Association, Section of Antitrust Law
American College of Preventive Medicine
American Medical Association


TEACHING
2016 – Present   Adjunct Assistant Professor, "Regulation & Principles of Health Insurance," University of North Carolina at Chapel Hill
2016   Teaching Assistant, "Critical Analysis of Popular Diets," Johns Hopkins University, Bloomberg School of Public Health
2015   Lecturer, "Special Topics in Healthcare," Federal Trade Commission
2014 – 2015   Teaching Assistant, "Problem Solving in Public Health," Johns Hopkins University, Bloomberg School of Public Health

Revised 10/14/18

PX 23
Page 47 of 199

BRIAN J. MILLER, M.D., M.B.A., M.P.H.
(919) 619-0187
brian@brianjmillermd.com

**VOLUNTEER EXPERIENCE**

| | |
|---|---|
| 2008 – 2009 | President, Business & Medicine Club, Northwestern University |
| 2007 – 2009 | Medical Student Mentor, Feinberg Connects, Northwestern University |
| 2007 – 2009 | Tour Guide, MD Applicant Student Tours, Northwestern University |
| 2005 – 2006 | Secretary & Treasurer, Phi Lamba Upsilon, University of Washington |
| 2004 – 2007 | Server, Hunger Intervention Program, Seattle, Washington |

PX 23
Page 48 of 199

# Miller Attachment B

# UNC
**KENAN–FLAGLER**
**BUSINESS SCHOOL**

## MBA 893: REGULATION AND PRINCIPLES OF HEALTH INSURANCE
### 2017 Syllabus

**Instructor:**     Brian J. Miller, M.D., M.B.A., M.P.H.
                Phone:  (919) 619-0187
                Email:  millerbj@unc.edu

**Co-Instructor:**   Gail R. Wilensky, Ph.D.
                Email: gwilensky@projecthope.org

**Readings:**       Online (via the course portal & UNC Library)

**Course Description:**
With the passage and ongoing implementation of the Patient Protection and Affordable Care Act (PPACA), the insurance market became more complex than ever before with the creation of public exchanges, greater federal oversight of benefit design, and new forms of integrated payer-provider structures. As of the end of 2016, over 125 million Americans are currently enrolled across a variety of government-sponsored health insurance programs. These programs vary in structure, with many executed by private companies.

This course will cover the basic structure and function of public and private health insurance with a focus on financing models, plan & product design, regulation (state and federal), and coverage analysis. Specifically, we will address the history of the health insurance industry, unique features of health insurance as an insurance business, and approaches to healthcare finance (fee for service, managed competition models, voucher models, accountable care, value-based care/pay for performance). We will compare the markets for employer-based and exchange-based insurance, and contrast these with self-insured (ERISA) models. As all forms of health insurance follow the same basic principles of design in order to distribute clinical and financial risk across the supply chain, we will spend a significant amount of time on government-sponsored health insurance. The course will cover the features of traditional Medicare and Medicaid, Medicare Advantage, Medicare Part D, Medicaid Managed Care, and the Federal Employees Health Benefits Program (FEHBP). The course will also address the design of health insurance plan products (HMOs, PPOs, IDNs, etc.), covering topics such as moral hazard and adverse risk selection. Lastly, the course will address technology assessment and coverage analysis (how plans decide which products and services to cover). Guest speakers will serve to highlight complex, regulated programs, such as the State Children's Health Insurance Program and the Medicare Advantage program, and the Chief Medical Officer of a regional health plan.

There is no textbook for this course. Readings will consist of selected articles from the healthcare economics, healthcare services research, and healthcare management literature. Please review the required readings in the weeks prior to starting the course.

**Absolutely no laptops, tablets, or smartphones are to be used during class.**

**Dates:**
Friday, December 1st, 2017
Saturday, December 2nd, 2017
Friday, December 8th, 2017
As this is a three-day course, no absences are permitted.

**Target Audience:**
MBA students who are interested in a career in health insurance or building healthcare delivery systems will find this course useful. Students who plan to pursue a career in medical devices, pharmaceutical product development, healthcare investment, or healthcare consulting will find this course to be a valuable base for understanding healthcare finance.



## UNC
### KENAN-FLAGLER
### BUSINESS SCHOOL

PX 23
Page 50 of 199
Regulation and Principles of Health Insurance
December 2017

**Evaluation:**

| | |
|---|---|
| 5% | Background Survey |
| 45% | Weekly reading quiz (Three, 15% each) |
| 10% | Attendance & Participation |
| 20% | Corporate Strategy Pitch Presentation |
| 20% | Corporate Strategy Pitch Deck |

### The Background Survey is due to the course dropbox by 11:59 PM on Tuesday, November 20, 2017

For your final project, please review the 2016 Annual Report and Financial Information for Kaiser Foundation Health Plans or UnitedHealth Group. In groups of four, you are to design a five-year corporate strategy for one of the two insurance companies. Your deliverables are:
1. Pitch deck (Limit: 20 slides)
2. Associated recorded presentation (Limit: 10 minutes)

You may utilize any publicly available financial data, healthcare services research, interviews, or any other source. The goal of the project is to integrate the information that you have learned with your MBA coursework in corporate finance, accounting, deal structure, and strategy. Additionally, this deliverable would be useful on the interview trail with health insurance companies, consulting firms, and related industries.

You will be evaluated on creativity, understanding of regulated environments, financial model design and assumptions, and other features. Be certain to consider the following questions (but do not let them limit you):
1. What is the company's mission? (Market share? Profit? Dividends? )
2. Should the company enter a new geographic market? (Which features make a market appealing?)
3. Should the company enter a new product market? If so, why and how? (E.g. M&A roll-up, expansion of existing footprint)
4. Is vertical integration part of the corporate strategy? If so, which form and why?
5. What is the company's corporate structure, and should it be changed? If so, how? (Legal change or operating structure)
6. What is the company's network strategy?
7. Consider interviewing one of the key executives to gather anecdotal and cultural information about the company. Many will be surprisingly talkative if presented with a well-structured, thoughtful, and compartmentalized request for their time.

If there are concerns about inequitable distribution of work and attempts to resolve any issue(s) is unsuccessful, please contact the course instructor.

### Submission of the final project is due at 11:59 PM Eastern Standard Time on December 15, 2017 and should be submitted to the course drop box.



**Instructor Biographies:**

*Brian J. Miller, M.D., M.B.A., M.P.H.* is a public health physician completing his second residency in Internal Medicine at Georgetown University Hospital. He served at four regulatory agencies, most recently as a Medical Officer in the Office of New Drugs at the Center for Drug Evaluation and Research at the Food & Drug Administration (FDA) where he was one of two physicians who reviewed and approved valbenazine, a first-in class new molecular entity for tardive dyskinesia. Dr. Miller previously completed his Public Health residency and served as a Clinical and Research Fellow at the Johns Hopkins University. He concurrently served as a Managed Care Fellow at Johns Hopkins HealthCare LLC, a Senior Policy Fellow for Health IT at the Federal Communications Commission, a Special Advisor at the Federal Trade Commission, and as an ACO Investment Fellow at the Centers for Medicare & Medicaid Services. He is board-certified and licensed to practice medicine in the District of Columbia. Dr. Miller received his M.D. the Feinberg School of Medicine at Northwestern University, his M.B.A. from the Kenan-Flagler School of Business at the University of North Carolina at Chapel Hill, and his M.P.H. from the Bloomberg School of Public Health at the Johns Hopkins University. He lives in Washington, DC.

*Gail Wilensky, Ph.D.* is a health economist and Senior Fellow at Project HOPE in Bethesda, Maryland. She has spent her career as a policy researcher and policy maker. She directed the Medicare and Medicaid programs from 1990 to 1992 as CMS Administrator, and subsequently served as a senior advisor for health to President G.W. Bush. From 1995 to 2001, Dr. Wilensky chaired the Medicare Payment Advisory Commission (MedPAC), the Congressional advisory committee for the Medicare program.

Dr. Wilensky serves as a board director or trustee for UnitedHealth Group, Quest Diagnostics, the Combined Benefits Fund of the United Mine Workers of America, the National Opinion Research Center (NORC) at the University of Chicago, the Uniformed Services University of the Health Sciences (USUHS), Geisinger Health System Foundation, and other organizations. She is a previous board director or trustee of AcademyHealth, the American Heart Association, Cephalon, SRA International St. Jude Medical, Manor Care, and other organizations. Dr. Wilensky is an elected member of the Institute of Medicine and served on its governing council. She has published extensively and has testified frequently before Congressional Committees. She serves as an advisor to members of Congress and other elected officials and lives in Washington, DC.

**Guest Speaker Biographies:**

*Cheryl Austein Casnoff, M.P.H., Senior Fellow, NORC (CHIP):* Ms. Casnoff is Senior Fellow at NORC at the University of Chicago (NORC) in Bethesda, Maryland. Previously, she served as Associate Administrator for Health Information Technology at the Health Resource and Services Administration (HRSA). At the Centers for Medicare & Medicaid Services (CMS), Ms. Casnoff served as Deputy Director for the Finance, Systems, and Budget Group, overseeing over $300 billion in expenditure and the Director of Public Health Policy at the Office of the Assistant Secretary for Planning and Evaluation (ASPE). Notably, Ms. Casnoff was instrumental in the design of CHIP in 1997 and ran it from 2001 – 2004. Ms. Casnoff is a resident of Fulton, Maryland.

*Brian Caveney, M.D., J.D., M.P.H., Chief Medical Officer, LabCorp (BCBSNC Regional Plan Overview):* Dr. Caveney joined LabCorp as Chief Medical Officer in September 2017. Previously, he served as the Chief Medical Officer of BlueCross BlueShield of North Carolina and an Assistant Professor at Duke University Medical Center. He previously served as the Chief Clinical Officer and Vice President for Mosaic Health Solutions, and investment and collaboration arm of BCBSNC, and was a board director of Carolina Advanced Health and FastMed.

*Marja Wilson, M.B.A., VP, Medicare Advantage, Johns Hopkins HealthCare LLC (Medicare Advantage & Medicare Part D):* Ms. Wilson is a managed care executive in charge of a new Medicare Advantage Plan at Johns Hopkins HealthCare LLC, a regional provider-sponsored health plan with $1.5 billion/year in annual revenues spread across regulated product lines (Medicare, Medicaid, TriCare). Ms. Wilson has over 20 years of experience building and running Medicare Advantage and Medicare Part D plans at Highmark BCBS and Regence BCBS (now Cambia Health Solutions). Ms. Wilson is a resident of Annapolis, Maryland.



**UNC**
KENAN-FLAGLER
BUSINESS SCHOOL

PX 23
Page 52 of 199
Regulation and Principles of Health Insurance
December 2017

**Course Objectives:**

1. Provider an overview of Health Insurance, Risk Transfer, Network Design, and Plan Product Design
2. Explore tools for cost control – Pay for Performance, Disease Management, and Population Health
3. Provide an exposure to how Medicaid, Medicare, and other regulated health insurance plan products are regulated at the state and/or federal level. Understand how these programs are structured in statute, rulemaking, and rule-interpretation and how these shape corporate strategy & execution of regulated plan products.
4. Learn the structure, function, and design of Medicare Advantage and Medicare Part D plans
5. Introduce Technology Assessment and Coverage Analysis as a core function of any health insurance plan
6. Discuss unique health insurance markets, such as ERISA (self-insured), FEHP, and the State Children's Health Insurance (CHIP) program
7. Understand the implications of the ACA in reshaping existing healthcare markets, and in creating new markets (especially Public Health Insurance Exchanges)
8. Evaluate vertical integration between payers and providers
9. Integrate insurance industry knowledge and apply the tools of corporate finance, accounting, strategy, and corporate structure to craft a five-year plan for an insurance company

**Lecture Schedule Overview:**

| Friday, December 1st | | | |
|---|---|---|---|
| *Time* | *Topic* | *Lecture* | *Lecturer* |
| 9:00 AM | | Course Overview, Introduction to Health Insurance, & Risk Transfer | Brian Miller, MD |
| 10:00 AM | Principles of Insurance Design | Network Design | Brian Miller, MD |
| 11:00 AM | | Pay for Performance, Disease Management, Population Health | Brian Miller, MD |
| 12:00 PM | LUNCH | | |
| 1:30 PM | | Technology Assessment & Coverage Analysis | Brian Miller, MD |
| | Principles of Insurance Design | Mini-case: Coverage Analysis | Brian Miller, MD |
| 3:15 PM | | Insurance Regulation | Brian Miller, MD |
| 3:45 PM | | Employer Sponsored Insurance & ERISA Plans | Brian Miller, MD |
| 4:30 PM | Employer-based health insurance | FEHP - The First Managed Competition Insurance Marketplace | Brian Miller, MD |
| 5:00 PM | | Final Project Overview & Adjourn | |

| Saturday, December 2nd | | | |
|---|---|---|---|
| *Time* | *Topic* | *Topic* | *Lecturer* |
| 9:00 AM | | Public & Private Exchanges | Gail Wilensky, PhD |
| 10:00 AM | Government Programs | Affordable Care Act | Gail Wilensky, PhD |
| 11:00 AM | | Medicaid - Program Structure | Gail Wilensky, PhD |
| 12:00 PM | | Traditional Medicare (Parts A & B) | Gail Wilensky, PhD |
| 1:00 PM | LUNCH | | |
| 2:30 PM | | Medicare Part C (Medicare Advantage) - Program Structure | Marja Wilson |
| 3:30 PM | Government Programs | Medicare Part C (Medicare Advantage) - Market Structure | Marja Wilson |
| 4:30 PM | | Medicare Part D (Prescription Drug Coverage) | Marja Wilson |
| 5:30 PM | | Adjourn | |

| Friday, December 8th | | | |
|---|---|---|---|
| *Time* | *Topic* | *Topic* | *Lecturer* |
| 9:00 AM | | CHIP | Cheryl Austein Casnoff, MPH |
| 10:00 AM | Government Programs | Medicaid Managed Care | Brian Miller, MD |
| 11:00 AM | | BCBSNC: Overview of Business | Brian Caveney, MD, JD |
| 12:00 PM | LUNCH | | |
| 1:30 PM | Review | Review & Discussion: Comparing Health Insurance Programs | Brian Miller, MD |
| 3:00 PM | | Lecture & Discussion: Health Plan Product Design | Brian Miller, MD |
| 4:00 PM | Special Topics | Vertical Integration: Payers & Providers | Brian Miller, MD |
| 5:00 PM | | Adjourn | |



**UNC**
KENAN-FLAGLER
BUSINESS SCHOOL

PX 23
Page 53 of 199
Regulation and Principles of Health Insurance
December 2017

**Detailed Schedule with Readings:**
There are (3) brief reading quizzes, each covering a day of lectures:
1. Quiz 1 due at 11:59 PM on November 2nd
2. Quiz 2 due at 11:59 PM on November 9th
3. Quiz 3 due at 11:59 PM on November 22nd

Friday, December 1, 2017
*1. Course Overview, Introduction to Health Insurance, & Risk Transfer*
Provides an overview of the structure and goals of the course. This lecture reviews the history of the health insurance industry, including its origins as non-profit, benevolent corporations to the rise of managed care in the 1990s. We will cover the unique features of health insurance as an insurance business, in addition to approaches to healthcare finance (fee for service, managed competition models, voucher models, accountable care, and value-based care/pay for performance). Tools of risk transfer will also be covered – risk corridors, forms of capitation, carve-outs, and etc. Lastly, we will briefly address the evolution of the insurance corporation, including a wave of non-profit conversions in the late 1990s.

Readings:
1. Zook C.J., Moore F.D. "High-Cost Users of Medical Care." *New England Journal of Medicine* 1980;302(18):996-1002.
2. Sobel L., Silas J. "Blue Cross and Blue Shield: A Historical Compilation." *Consumer's Union* 2007. Pages 1 – 15.

*2. Network Design*
Network design is a key feature of any insurer and underlies all plan products. How do insurers decide which providers are in-network or out-of-network? What are the principles underlying network tiering and how does tiering different for outpatient, inpatient hospitalization, and emergency services? We address these and other principles, in addition to the consumer response to network design. Separately, we will briefly address the construction of pharmacy networks and the structure and function of pharmacy benefit managers (PBMs).

Readings:
1. Sinaiko A.D. "Variations in Patient Responses to Tiered Physician Networks." *The American Journal of Managed Care* 2016;22(6):420-425.
2. Giovannelli J., et al. "Regulation of Health Plan Provider Networks." *Health Policy Brief* 2016.

*3. Pay for Performance, Disease Management, & Population Health*
Provides an overview of insurer tools for cost control and incentive systems that redistribute risk throughout the healthcare supply chain. This includes traditional physician pay for performance (P4P), disease management, population health, and consumer engagement tools, all of which answer the essential question of how do insurers shape the behavior of physicians and consumers? How do these tools work and when are they best deployed? Understanding the levers for cost control is the key to evaluating many health tech and services startups, many of which of which are based upon the essential argument of saving healthcare dollars.

Readings:
1. McCall N., Cromwell J. "Results of the Medicare Health Support Disease-Management Pilot Program." *New England Journal of Medicine* 2011;365:1704-1712.
2. Doran T., et al. "Pay-for-Performance Programs in Family Practices in the United Kingdom." *New England Journal of Medicine* 2006;355(4):375-384.



*4. Technology Assessment & Coverage Analysis:*
Deciding which products and services are covered is one of the key functions an insurance plan. In this lecture, we explore technology assessment and coverage analysis through the lens of the Medicare program. This includes medical and surgical therapeutic services, diagnostic tests, and preventive services. We cover how the process by which coverage decisions are made for the Medicare program, levels of evidence, types of outcomes, and the role of economic data. Specifically, we will address examples of coverage for preventive services and diagnostic tests, followed by a mini-case discussion.

Readings:
1. "Medicare Program; Revised Process for Making National Coverage Determinations." *Federal Register* 2013;78(152):48164-48169.
2. Chambers J.D., et al. "Medicare Covers the Majority of FDA-Approved Devices and Part B Drugs, But Restrictions and Discrepancies Remain." *Health Affairs* 2013;32(6):1109-1115.

*Case Discussion:* Should CMS Cover the Apple Watch for the treatment of obesity in the Medicare population?

Briefly **SKIM** the following two articles in preparation:
1. Wallen M.P., et al. "Accuracy of Heart Rate Watches: Implications for Weight Management." *PLOS One* 2016;11(5):1-11.
2. Jakicic J.M., et al. "Effect of Wearable Technology Combined With a Lifestyle Intervention on Long-term Weight Loss: The IDEA Randomized Clinical Trial." *JAMA* 2016;316(11):1161-1171.

*5. Insurance Regulation*
In addition to the numerous key statutes and rulemaking procedures that shape specific regulated programs such as Medicaid and Medicare Advantage, health insurance is extensively regulated at the state and federal. From rate review at the state and federal level across the individual and small group markets, to network access requirements, to rate bands for policyholders, and mandated benefits, health plan products face a myriad of regulations. Here, we briefly review the requirements that many plan products require.

Readings:
1. Kofman M., Pollitz J. "Health Insurance Regulation by States and the Federal Government: A Review of Current Approaches and Proposals for Change." *Georgetown University Health Policy Institute* April 2006.
2. Department of Health and Human Services "Rate Review Annual Report." December 2015.

*6. Employer-Sponsored Insurance & ERISA Plans*
The Employee Retirement Income Security Act of 1974 (ERISA) established not only minimum standards for pension plans, but also set clear regulatory standards for employer-operated health benefits plans. In the US, employer-sponsored health insurance – both purchased and employer-run - cover approximately 150 million non-elderly Americans. In this lecture, we will cover the history of this marketplace, key current features of this marketplace, and potential future changes due to the creation of public insurance exchanges for individual plan products. Key modifications of ERISA will be covered, including the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA) and the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

Readings:
1. Purcell P, Staman J. "Summary of the Employee Retirement Income Security Act (ERISA)." *Congressional Research* Service April 10, 2008. Focus on Section "L. Regulation of Health Benefits" Pages CRS-49 through CRS-52.
2. "Employer Health Benefits: 2016 Summary of Findings." *Kaiser Family Foundation* September 14, 2016.



*7. Federal Employees Health Benefits Program (FEHBP)*
The FEHBP has covered federal employees since 1960 and is managed by the Office of Personnel Management (OPM). As a regulated marketplace for health plans with beneficiary open enrollment periods and subsidies, the FEHBP is the original managed competition model. Much of the FEHBP design serves as the basis for post-ACA public state insurance exchanges, the latter of which are the largest domestic growth market for insurance.

Readings:
1. Francis W. "The FEHBP as a Model for Medicare Reform: Separating Fact from Fiction." *Backgrounder* No. 1674, August 2003.
2. "Health Plan Competition in the FEHB Program." *Office of Personnel Management*, 2010.

Saturday, December 2, 2017
*8. Public & Private Exchanges*
Prior to the passage of the ACA, consumers had few options to purchase affordable individual insurance, turning to either brokers or directly to insurance companies themselves. The ACA helped to structure and establish state insurance marketplaces, either run by the states themselves or federally facilitated. Public marketplaces are characterized by a complex system of individual subsidies, structured products with defined actuarial values (bronze, silver, gold, platinum). In response, pre-existing private marketplaces mirrored these and other features. We cover the evolution of these marketplaces, including key features such as (maximum age rating spread, guaranteed issue, and other distinguishing features.

Readings:
1. "Summary of the Affordable Care Act." *Kaiser Family Foundation* 2013.
2. Haeder S.F., et al. "Secret Shoppers Find Access to Providers and Network Accuracy Lacking for Those in Marketplace and Commercial Plans." *Health Affairs* 2016;7:1160-6.

*9. The Patient Protection & Affordable Care Act:*
The goals of the ACA were to reduce the uninsured, slow spending and improve patient safety/clinical appropriateness. This session will review how well each of these goals has been achieved six years after the ACA's enactment along with the various challenges that remain. Current strategies being developed to remedy continuing challenges will be discussed along with the likelihood of their success. The impact of the 2016 election on the future direction of the ACA and the likely changes to the legislation in the next session of Congress will also be considered.

Readings:
1. "Summary of the Affordable Care Act." *Kaiser Family Foundation* 2013.
2. Wilensky, G.R. "What Do We Now Know About the Affordable Care Act?" *JAMA Forum*, April 23, 2014

*10. Medicaid: Program Structure*
As the largest US healthcare program and with increased importance in a post-ACA market, this lecture will cover the background, history, and unique features of this complex program, focusing on its design and administration by both the federal and state governments. The federal framework for Medicaid, including mandated program features (eligibility, enrollment, funding, etc.) will be addressed. Additionally, Medicaid's distinctive characteristics will be highlighted, with a focus on the critical role of States in determining not only program design and enrollment processes, but also the additional distinct groups of people covered.

Required Readings:
1. Iglehart, J. K and Benjamin D. Sommers. "Medicaid At 50: From Welfare Program to Nation's Largest Insurer." *The New England Journal of Medicine* 2015;372(22):2152-9.
2. Iglehart, J. K. "Future of Long-Term Care and the Expanding Role of Medicaid Managed Care." *The New England Journal of Medicine* 2016;374(2):182-7.



**UNC**
**KENAN–FLAGLER**
**BUSINESS SCHOOL**

*11. Traditional Medicare Parts A & B:*
Medicare was enacted in 1965 to provide coverage to people over 65 that was comparable to the coverage available to the under 65 population. Its primary focus was to improve access to care for seniors and not to interfere with how care was provided. While it can argued that Medicare has achieved those goals, it has not been able to evolve over time to meet the various challenges facing health care because any significant change to Medicare requires new legislation. The implications on the delivery of care and the financial consequences of requiring new legislation for any significant change will be reviewed. Options to make Medicare more financially viable for the future will also be considered.

Readings:
1. Wilensky, G.R. "A Sea Change for Medicare: The Debate We Never Had." *JAMA Forum*. Oct. 26, 2012
2. Wilensky, G.R. "Still Changing: Medicare Turns 50." *Healthcare Financial Management* September 2015
3. June 2016 Data Book: Health care spending and the Medicare Program. 7/15/2016. (Skim)

*12 & 13. Medicare Part C (Medicare Advantage): Program and Market Structure*
Medicare Advantage covers over 33% of Medicare beneficiaries and has more than doubled in size past 10 years. This class will discuss the fundamentals of Medicare Advantage and provide an overview of the different products offerings and program financing. We will discuss the change to CMS payment methodology to health plans, including the concept of risk adjustment and health plan quality (STARS). We will also address variation in competitive market landscapes across the country. The conversation will address the role changing CMS financing models have played in the growth and evolution of the program and industry over time.

Readings:
1. **Market Dynamics**: Neuman T., et al. "Medicare Advantage and Traditional Medicare: Is the Balance Tipping?" *Kaiser Family Foundation Issue Brief* October 2015.
2. **Medicare Advantage and Competition**: Miller T., Capretta J. "An Emerging Consensus: Medicare Advantage is Working And Can Deliver Meaningful Reform." *Health Affairs Blog* 2014.
3. **Medicare Advantage and Business**: Livingston S. "Medicare Advantage continues to influence insurers' profitability" *Modern Healthcare* August 7, 2017.
4. **Medicare Advantage and Health Insurance**: Wynn B. The Bipartisan 'Single Payer' Solution: Medicare Advantage Premium Support For All." *Health Affairs Blog* May 11, 2017.
5. **Medicare Advantage and Health care Delivery**: Landon B.E., et al. "Analysis Of Medicare Advantage HMOs Compared With Traditional Medicare Shows Lower Use Of Many Services During 2003–09." *Health Affairs* 2012;31(12):2609-2617.

*14. Medicare Part D (Prescription Drug Coverage)*
The Medicare Modernization Act of 2013 (MMA) established a fourth part of Medicare known as Part D. This class will review how adding a prescription drug benefit has changed the Medicare program over time, its role as a stand-alone program, and as an integrated part of Medicare Advantage offering. We will also explore why today's prescription drug plan (PDP) market is dominated by only few national players .

Readings:
1. "The Part D Dilemma." *Oliver Wyman* February 2015.

<u>Friday, December 8, 2017</u>
*15. CHIP*
This lecture will provide a brief history of the Children's Health Insurance Program (CHIP). It will be presented by Cheryl Austein Casnoff, MPH, who was instrumental in the original design and implementation of this important program. CHIP was created in 1997, and Initially allocated $20 billion over 10 years to help states insure low-income children with incomes above Medicaid but unable to afford private insurance. CHIP was reauthorized under the


**UNC**
**KENAN-FLAGLER**
**BUSINESS SCHOOL**

Affordable Care Act (ACA). She will also discuss the latest updates on CHIP reauthorization. As of FY 2013, over 8 million children were enrolled in CHIP at some point during the year and between 1997 and 2012, the percentage of all uninsured children dropped from 15 percent to 9 percent as a result of CHIP and Medicaid expansions and refinements.

Readings:
1. Cornachione E., et al. "Children's Health Coverage: The Role of Medicaid and CHIP and Issues for the Future." *The Kaiser Commission on Medicaid and the Uninsured* June 2016.
2. Chapter 1 (Pages 1 – 30) in Medicaid and CHIP Payment and Access Commission (MACPAC). "Report to the Congress on Medicaid and CHIP." June 2016.

*16. Medicaid Managed Care*
With its joint state and federal regulation coupled with execution by private markets, Medicaid managed care is by far the most complex of health plan products. As a variant of the Medicaid program, Medicaid managed care covers approximately two-thirds of Medicaid beneficiaries. We cover the types of Medicaid managed care, program design, waiver authorities [Section 1932(a), 1115, 1915(a), and 1915(b)], and market penetration. Lastly, we briefly touch on one of the most prominent Medicaid managed care companies: Molina Healthcare, the product of a physician's frustration with our delivery system.

Readings:
1. 2011 MACPAC overview of Managed Care
2. Paradise J. "Key Findings on Medicaid Managed Care: Highlights from the Medicaid Managed Care Market Tracker." *Kaiser Family Foundation* 2014.

*17. BlueCross BlueShield of North Carolina: Overview of Business*
Brian Caveney, MD, JD, the former Chief Medical Officer of BCBSNC, will provide an overview of health insurance business operations, product lines, market structure, regulatory framework and major issues facing insurers.

*18. Comparing Health Insurance Programs*
In this lecture, we covered the principles of health insurance and reviewed many programs, which differ in design, populations covered, and product design. This lecture is the first of three capstone lectures, and will serve to integrate the rest of the course, as we review and compare employer-sponsored health insurance, Medicaid FFS & Managed Care, Traditional Medicare and Medicare Advantage, the FEHBP, public exchanges, and other product markets.

*19. Health Plan Product Design*
This is second of three capstone lectures, integrating previous lectures and focusing on designing health plan products. Health insurance is both nationally and locally regulated; however, it is used locally, by individuals. By considering the population, geography, network design, regulated product line, and price considerations we will walk through how to think about designing a hypothetical plan product in the metro DC area.

*20. Vertical Integration: Payers & Providers*
The passage of the ACA and the creation of public insurance exchanges changed the nature of competition in the healthcare marketplace. The proliferation of regulated product markets requires a nuanced vertical strategy, in addition to careful attention to corporate form and capitalization. The growth of telehealth and retail healthcare provides insurers increasing choice for selectively vertically integrating into the healthcare supply chain. Here we review the various forms of vertical integration, from traditional contracted networks to wholly owned vertically integrated conglomerates. Kaiser Permanente will be reviewed as a traditional marketplace example.

Readings:
1. Walston S.L., et al. "Owned vertical integration and health care: Promise and Performance." *Health Care Management Review* 1996;21(1):83-92.
2. Singhal S. "Payors in Care Delivery: When Does Vertical Integration Make Sense?" *Health Affairs Blog* 2014.

UNC
KENAN-FLAGLER
BUSINESS SCHOOL

**Optional Topical Readings:**

Course Overview

1. Alemayehu B., Warner K.E. "The Lifetime Distribution of Health Care Costs." *Health Services Research* 2004;39(3):627-642.
2. Reuben D.B., Tinetti M.E. "The Hospital-Dependent Patient." *New England Journal of Medicine* 2014;370(8):694-697.
3. Barnett M.L., et al. "Home-to-Home Time – Measuring What Matters to Patients and Payers." *New England Journal of Medicine* 2017;377(1):4-6.

Network Design

4. Polinski J.M., et al. "Association Between Narrow Pharmacy Networks and Medication Adherence." *JAMA Internal Medicine* 2015;175(11):1850-3.
5. "Ensuring Consumers' Access to Care: Network Adequacy State Insurance Survey Findings and Recommendations for Regulatory Reforms in a Changing Insurance Market." *Health Management Associates* 2014.
6. Ventimigli J., Kalali A.H. "Generic Penetration in the Retail Antidepressant Market." *Psychiatry* 2010;7(6):9-11.

Pay for Performance, Disease Management, Population Health

7. Hamel M.B. "Successes and Failures of Pay for Performance in the United Kingdom." *New England Journal of Medicine* 2015;370:1944-1949.
8. Strong M., et al. "The UK Quality and Outcomes Framework pay-for-performance scheme and spirometry: rewarding quality or just quantity? A cross-sectional study in Rotherham, UK." *BMC Health Services Research* 2009;9:108.
9. Lee G.M., et al. "Effect of Nonpayment for Preventable Infections in U.S. Hospitals." *New England Journal of Medicine* 2012;367(15):1428-37.
10. Chen C.L., et al. "Preoperative Medical Testing in Medicare Patients Undergoing Cataract Surgery." *New England Journal of Medicine* 2015;372(16):1530-1538.

Technology Assessment & Coverage Analysis

11. Decision Memo for Positron Emission Tomography (FDG) and Other Neuroimaging Devices for Suspected Dementia. September 15, 2004.
12. Decision Memo for Screening for COLORECTAL Cancer - Stool DNA Testing (CAG-00440N). October 9, 2014
13. Ridge J.R., Statz S. "Exact Sciences' experience with the FDA and CMS parallel review program." *Expert Review of Molecular Diagnostics* 2015;15(9):1117-1124.

Public & Private Exchanges

14. Blumberg L., et al. "Are Nongroup Marketplace Premiums Really High? Not in Comparison with Employer Insurance." *Urban Institute* September 2016.
15. Graves J.A., Garthwaite C. "Success and Failure in the Insurance Exchanges." *New England Journal of Medicine* 2017.

Medicaid & Medicaid Managed Care

16. Medicaid: Medicaid 101 from MACPAC, available at https://www.macpac.gov/medicaid-101/
17. Kaiser Family Foundation Update  http://kff.org/medicaid/issue-brief/trends-in-state-medicaid-programs-looking-back-and-looking-ahead/
18. Moore J., Smith D. Medicaid Politics and Policy. 2015.
19. Paradise J., Musumeci M.B. "Final Rule on Medicaid Managed Care: Summary of Major Provisions." *Kaiser Family Foundation* June 2016.

Medicare Advantage

20. Carlton S., et al. "Assessing the 2015 MA Star ratings." *McKinsey & Company* 2014.

Insurance Regulation

 **UNC**
**KENAN–FLAGLER**
**BUSINESS SCHOOL**

21.    "State Insurance Regulation." National Association of Insurance Commissioners

## Health Plan Product Design

22.    Paulus J., Caldwell A. "Plan Design Strategies in the ACA Marketplace." *Milliman White Paper* 2016.

## Vertical Integration: Payers & Providers

23.    Simonet D. "The Strategies of Vertical Integration in the American Pharmaceutical Industry and the Quest for Market Power." *Competition & Change* 2007;11(1):19-38.

24.    Baker L., et al. "Vertical Integration: Hospital Ownership of Physician Practices Is Associated With Higher Prices and Spending." *Health Affairs* 2014;5:756-763.

25.    Miller B.J., Wolfe G. "Managed Care Marketplaces: Growing Drivers of Payer-Provider Vertical Integration" *Antitrust Source* April 2017;16(5):1-11.

PX 23
Page 60 of 199

# Miller Attachment C

PX 23
Page 61 of 199

## MATERIALS PROVIDED BY FTC

- Documents related to American Financial Security Life Insurance Company Group Accident and Sickness Hospital Indemnity Insurance
- Documents related to Careington Dental Savings Plan
- Documents related to NCE Discount Benefit Program/Med-Sense Guaranteed Association
- Documents related to  Illinois Life and Health Insurance Guaranty Association
- Documents related to RX Helpline
- Documents related to Scrip Pal
- Documents related to Teladoc
- Documents related to Careington EyeMed
- Documents related to Federal Insurance Company AD&D policy
- Documents related to PEP personal health coach
- Emails from Health Insurance Innovations
- Screenshots from Health Insurance Innovations online portal
- Various membership cards
- Declaration of Gertrude Slawson and transcript of December 5, 2016 sales call Transcripts of November 21, 2017 sales call and December 18, 2017 cancellation call
- Transcripts of April 24, 2018 sales call
- Transcripts of April 10, 2018 sales call and May 2, 2018 cancellation call

PX 23
Page 62 of 199

# Miller Attachment D

PX 23
Page 63 of 199

# American Financial Security Life Insurance Company

Clayton, Missouri

### GROUP ACCIDENT AND SICKNESS HOSPITAL INDEMNITY INSURANCE

**THIS COVERAGE PROVIDES BENEFITS DUE TO ACCIDENT AND SICKNESS. THIS CERTIFICATE EXPLAINS THE BENEFITS PROVIDED UNDER THE GROUP ACCIDENT AND SICKNESS HOSPITAL INDEMNITY INSURANCE POLICY. BENEFITS PROVIDED ARE NOT INTENDED TO COVER ALL MEDICAL EXPENSES.**

### CERTIFICATE OF COVERAGE
**Issued under the terms of**
**Group Insurance Policy Number: 01260**

**Issued to: National Congress of Employers (NCE)**
**(herein called the Holder)**

**Policy Date: July 1, 2017**

American Financial Security Life Insurance Company hereby certifies that members of the class(es) eligible for insurance are insured under the above Policy as determined by the Eligibility and Effective Date provisions. Class is defined in the Certificate Schedule.

This Certificate is evidence of insurance provided under the Policy. All benefits are paid according to the terms of the Policy. This Certificate describes the essential features of the insurance coverage.

In this Certificate, the words "Named Insured" or "You" means a member of an eligible class as described on the Certificate Schedule, who is insured under the Policy and for whom premiums are remitted. The words "Covered Person" refer to any person covered under the Policy as described on the Certificate Schedule. The words "We", "Us", "Our" or "Company" refer to American Financial Security Life Insurance Company. "Policy" means the Group Accident and Sickness Hospital Indemnity Insurance contract owned by the Holder and available for review by You. If the terms of Your Certificate of coverage and the Policy differ, the Policy will govern.

The Policy and this Certificate may be changed in whole or in part or cancelled as stated in the Policy. Such action may be taken without the consent of or notice to any Covered Person. Only an authorized officer at Our home office can approve a change. The approval must be in writing and endorsed on or attached to the Policy. No other person, including an agent, may change the Policy or Certificate or waive any of its provisions. Premiums are subject to periodic changes.

The male pronoun includes the female whenever used.

This Policy is delivered in and governed by the laws of the governing jurisdiction and to the extent applicable by the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments.

**TO OBTAIN INFORMATION YOU MAY CALL OUR TOLL FREE NUMBER: (866) 258-4019**

Signed for American Financial Security Life Insurance Company:

President

**PLEASE READ THIS CERTIFICATE CAREFULLY.**
**THIS IS NOT COMPREHENSIVE MAJOR MEDICAL COVERAGE.**
**THIS IS NOT MEDICARE SUPPLEMENT COVERAGE.**

PX 23
Page 64 of 199

# TABLE OF CONTENTS

CERTIFICATE OF COVERAGE ....................................................................................... 1

TABLE OF CONTENTS ................................................................................................... 2

CERTIFICATE SCHEDULE .............................................................................................. 3

SECTION 1 - GENERAL DEFINITIONS ............................................................................ 4

SECTION 2 - ELIGIBILITY AND EFFECTIVE DATE ........................................................ 7

SECTION 3 - DESCRIPTION OF BENEFITS .................................................................... 9

SECTION 4 - LIMITATIONS AND EXCLUSIONS ........................................................... 11

SECTION 5 - TERMINATION OF INSURANCE .............................................................. 12

SECTION 6 - PREMIUMS............................................................................................... 13

SECTION 7 - GENERAL PROVISIONS ........................................................................... 14

SECTION 8 - HOW TO FILE A CLAIM/CLAIM PROVISIONS ........................................ 15

PX 23
Page 65 of 199

# CERTIFICATE SCHEDULE

1. POLICY INFORMATION
   "The Policyholder": National Congress of Employers (NCE)

   Policy Effective Date:  July 1, 2017

   Policy Anniversary Date:  July 1, of each year

2. ELIGIBLE PERSONS: An Eligible Person is an individual who meets the requirements of one of the Covered Classes shown below:

   | | |
   |---|---|
   | Class 1 | All members under age 65 of an association who have applied and have been approved to receive medical benefits. |
   | Class 2 | All eligible spouses under 65 years of age and dependent children of Class 2 insureds for whom application and premium has been received. |

3. COVERAGE:

4. COVERAGE YEAR:    Begins on each certificate effective date and continues for the next 12 consecutive months and ends on the certificate effective date of the next year.

5. SICKNESS BENEFIT WAITING PERIOD: 30 Days

6. CERTIFICATE EFFECTIVE DATE: December 01, 2017

7. COVERAGE AND BENEFIT AMOUNTS:

## Accident and Sickness Indemnity Benefit
## Inpatient and Outpatient

**Hospital Confinement Benefit**

| | |
|---|---|
| Hospital Confinement Benefit | $100 Per Day of Confinement |
| Maximum Benefit | 30 Days Per Coverage Year |

**Doctors' Office Visit Benefits**

| | |
|---|---|
| Doctors' Office Visits Benefit – Primary Care Physician | $50 Per Day |
| Doctors' Office Visits Benefit – Specialty Care Physician | $50 Per Day |
| Maximum Benefit – Primary and Specialty Care Days Combined | 3 Days Per Coverage Year |

**Emergency Room Visits Benefits**

| | |
|---|---|
| Emergency Room Benefit | $50 Per Day |
| Maximum Benefit | 1 Day per Coverage Year |

**Other Covered Medical Services**

**Accidental Death**

| | |
|---|---|
| Accidental Death Principal Sum for Named Insured | $10,000 |
| Accidental Death Principal Sum for Spouse | 50% of Named Insured Benefit |
| Accidental Death Principal Sum for Child(ren) | 25% of Named Insured Benefit |

PX 23
Page 66 of 199

## SECTION 1 - GENERAL DEFINITIONS

Additional definitions may be contained in other Certificate benefit provisions or any endorsement or rider.

**Accident**
*Accident* means an unintended or unforeseen bodily injury sustained by a Covered Person, wholly independent of disease, bodily infirmity, illness, infection, or any other abnormal physical condition.

**Confined or Confinement**
*Confined* or *Confinement* means the assignment to a bed as a resident inpatient in a Hospital on the advice of a Physician or Confinement in an Observation Unit within a Hospital for a period of no less than 20 continuous hours on the advice of a Physician.

**Coverage Year**
*Coverage Year* means a consecutive 12-month period or any part of such period, as shown on the Certificate Schedule.

**Covered Accident**
A *Covered Accident* is an Accident which:
- occurs after the Certificate Effective Date shown on the Certificate Schedule;
- occurs while this Certificate is in force; and
- is not excluded by name or specific description in this Certificate.

**Covered Person(s)** You and Your Dependents who are insured under the Group Policy.

**Covered Sickness**
A *Covered Sickness* means a Sickness which:
- occurs after the Certificate Effective Date shown on the Certificate Schedule;
- occurs while this Certificate is in force; and
- is not excluded by name or specific description in this Certificate.

**Doctor or Physician**
A *Doctor or Physician* means a legally qualified practitioner of the healing arts acting within the scope of his or her license and is not an Immediate Family Member.

For purposes of this definition, Immediate Family Member means a Covered Person's Spouse, son, daughter, mother, father, sister, or brother.

**Emergency Room**
*Emergency Room* means a portion of a Hospital where emergency diagnosis and treatment of a Sickness or Accident is provided.

**Experimental/Investigational**
A drug, device or medical care or treatment will be considered experimental/investigational if:
- The drug or device cannot be lawfully marketed without approval of the U.S. Food and Drug Administration and approval for marketing has not been give at the time the drug or device is furnished;
- The informed consent document utilized with the drug, device, medical care or treatment states or indicates that the drug, device, medical care or treatment is part of a clinical trial, experimental phase or investigational phase or if such a consent document is required by law;
- The drug, device, medical care or treatment or the patient informed consent document utilized with the drug, device or medical care or treatment was reviewed and approved by the treating facility's Institutional Review Board or other body serving a similar function, or if federal or state law requires such review and approval; or
- Reliable evidence shows that the drug, device or medical care or treatment is the subject of ongoing Phase I or Phase II clinical trials, is the research, experimental study or investigational arm of ongoing Phase III clinical trials, or is otherwise under study to determine the maximum tolerated dose, its toxicity, its safety, its efficacy or its efficacy as compared with a standard means of treatment or diagnosis.

PX 23
Page 67 of 199

Reliable evidence means only: published reports and articles in authoritative medical and scientific literature; written protocol or protocols by the treating facility studying substantially the same drug, device or medical care or treatment; or the written informed consent used by the treating facility or other facility studying substantially the same drug, device, medical care or treatment.  Benefits will be considered in accordance with the drug or device at the time it is given or when medical care is received.

## Hospital
A *Hospital* means a short-term, acute general hospital that is:
- primarily engaged in providing, by or under continuous supervision of physicians, to inpatients diagnostic and therapeutic services for diagnosis, treatment and care of injured or sick persons;
- has organized departments of medicine and major surgery;
- has a requirement that every patient must be under the care of a physician or dentist;
- provides 24 hour nursing care by or under the supervision of RNs;
- has in effect a hospital review plan applicable to all patients which meets at least the standards set forth in Section 1861(k) of the United States Public Law 89-97 (42 USCA 1395x(k);
- duly licensed by the agency responsible for licensing such hospitals; and
- not, other than incidentally, a place of rest, a place primarily for the treatment of tuberculosis, a place for the aged, a place for drug addicts, alcoholics, a place primarily for treatment of mental disorders or chemical dependency or a place for convalescent, custodial, educational or rehability care.

## Hospital Intensive Care Unit
A *Hospital Intensive Care Unit* means a place which:
- is a specifically designated area of the Hospital called an Intensive Care Unit that is restricted to patients who are critically ill or injured and who require intensive, comprehensive observation and care;
- is separate and apart from the surgical recovery room and from rooms, beds and wards customarily used for patient Confinement
- is permanently equipped with special lifesaving equipment for the care of the critically ill or injured;
- is under constant and continuous observation by a specially trained nursing staff assigned exclusively to the Intensive Care Unit on a 24- hour basis; and
- has a Physician assigned to the Intensive Care Unit on a full-time basis.

A Hospital Intensive Care Unit that meets the definition above may include Hospital units with the following names:
- Intensive Care Unit;
- Coronary Care Unit;
- Neonatal Intensive Care Unit;
- Pulmonary Care Unit;
- Burn Unit;
- Transplant Unit.

A Hospital Intensive Care Unit is not any of the following step-down units:
- a progressive care unit;
- an intermediate care unit;
- a private monitored room;
- a sub-acute Intensive Care Unit;
- an Observation Unit; or
- any facility not meeting the definition of a Hospital Intensive Care Unit as defined in this Certificate.

## Medically Necessary
*Medically Necessary* means a service or supply that is necessary and appropriate for the diagnosis or treatment of an injury or Sickness based on generally accepted current medical practice.  A service or supply will not be considered Medically Necessary if:
- it is provided only as a convenience to the Covered Person or provider;
- it is not appropriate treatment for the Covered Person's diagnosis or symptoms;
- it exceeds in scope, duration or intensity that level of care which is needed to provide safe, adequate and appropriate diagnosis or treatment; or
- it is experimental/investigational treatment.

PX 23
Page 68 of 199

The fact that a Physician may prescribe, authorize, or direct a service does not, of itself, make it Medically Necessary or covered by the Policy.

**Named Insured**
A *Named Insured* is a person who is a member of an eligible class and holds a certificate of coverage.

**Observation Unit**
An *Observation Unit* is a specified area within a Hospital, apart from the emergency room, where a patient can be monitored following outpatient surgery or treatment in the emergency room by a Physician; and which
- is under the direct supervision of a Physician or registered nurse; and
- is staffed by nurses assigned specifically to that unit; and
- provides care seven days per week, 24 hours per day.

**Pre-existing Condition**
*Pre-existing condition* means a condition (whether physical or mental), regardless of the cause of the condition, for which medical advice, diagnosis, care or treatment was recommended or received from a physician within a 12 month period preceding the effective date of coverage of the Covered Person.

Routine follow-up care to determine whether a Covered Person has a reoccurrence of a breast cancer, if the Covered Person has been previously determined to be free of breast cancer, is not a pre-existing condition unless evidence of breast cancer is found during or as a result of the follow-up care.

**Sickness**
*Sickness* means an illness, infection, disease or any other abnormal physical condition not caused by an Accident.

**Sickness Benefit Waiting Period**
*Sickness Benefit Waiting Period* means the period of time during which benefits for Sickness are not paid.  The Sickness Benefit Waiting Period is shown on the Certificate Schedule.

PX 23
Page 69 of 199

## SECTION 2 - ELIGIBILITY AND EFFECTIVE DATE

**Effective Dates of Coverage**
Your coverage under the Policy will start at 12:01 a.m. Standard Time on the Certificate Effective Date shown on Your Certificate Schedule.

**Eligibility**
To be eligible to enroll in the coverage, an individual must be a member of an eligible class as defined on the Certificate Schedule.

**Enrollment**
An individual who is a member of an eligible class may enroll for coverage on the date the individual first becomes a member of an eligible class.

**Delayed Effective Date of Coverage**
The effective date of any Named Insured's coverage will be delayed for any Named Insured if they are not a member of an eligible class on the effective date shown on the Certificate Schedule.  The coverage will be effective on the date that the Named Insured returns to status as a member of an eligible class.  If this is Named Insured and Spouse coverage or family coverage, coverage on the Spouse and/or Dependent Children will be effective on the date that the Named Insured returns to status as a member of an eligible class.

**Who is Covered By This Certificate**
If this is Named Insured coverage as shown on the Certificate Schedule, We insure You, the Named Insured.

If this is Named Insured and Spouse coverage as shown on the Certificate Schedule, We insure You and Your Spouse.

If this is Named Insured and Children coverage as shown on the Certificate Schedule, We insure You and Your Dependent Children.

If this is Family coverage, as shown on the Certificate Schedule, We insure You, Your Spouse and Your Dependent Children.

*Spouse* means the person married to You on the day We issue Your Certificate.

*Dependent Children* means any unmarried natural children, step-children, legally adopted children or children placed into Your custody for adoption who are under the age of 26 years of age.

Adopted children and step children will be eligible for coverage on the same basis as natural children.

**Coverage for the Named Insured's Newborn Children**
A child born to You or Your insured Spouse will automatically become insured as a Dependent.  The child must be born to the Named Insured or to his Spouse while this Certificate is in force.  We will cover each newborn child from the moment of live birth. Such coverage includes:
- the necessary care and treatment of medically diagnosed congenital defects;
- birth abnormalities; and
- prematurity.

**Coverage for the Named Insured's Adopted Children**
We will cover the Named Insured's adopted children from the moment of birth if You take physical custody of the infant upon the infant's release from the hospital and consent to the adoption has not been revoked. However, coverage of the initial hospital stay shall not be required where a natural parent has insurance coverage available for the infant's care.

A child adopted by You or Your insured Spouse will automatically become insured as a dependent. The effective date of the coverage will be the earlier of:
- the date of placement for the purpose of adoption; or
- the date on which You assume a legal obligation for total or partial support of the child.

Coverage for adopted children will be to the same extent as provided for other covered Dependent Children and will include the necessary care and treatment of pre-existing medical conditions.

PX 23
Page 70 of 199

Coverage will continue for the adopted child unless the placement is disrupted prior to the final adoption; and

- the child is permanently removed from placement;
- the legal obligation terminates; or
- You rescind, in writing, the agreement of adoption or agreement assuming financial responsibility.

**Enrollment of Children**
For each newborn, step child and/or adopted child, You must:

- notify Us of his birth or placement in Your residence within 31 days of this occurrence;
- complete the required application for him; and
- pay the required premium for him, if any.

If a newborn is not enrolled within 31 days of birth coverage will be provided from the date that notice is given. Any additional premium required should be made to the Holder within 31 days of notification of birth or placement for the purposes of a step child and/or adoption.

**Court Ordered Custody of Children**
Coverage is provided to a child in the court ordered custody of the Named Insured on the same basis as a newborn Dependent Child. For each child under court ordered custody, the Named Insured must notify Us within 31 days of the date on which the court order establishing custody of the child was issued and any additional premiums that are due for the coverage of the child must be paid. In order to establish court ordered custody, the Named Insured must send Us a copy of the court order that establishes that the Named Insured has full legal custody of such child.

## SECTION 3 - DESCRIPTION OF BENEFITS

We will pay the benefits described below.  Benefits will be paid, subject to any applicable benefit limitation and the Sickness Benefit Waiting Period shown on the Certificate Schedule, when a Covered Person incurs charges while the Covered Person's coverage is in force. The Covered Person must be under a Doctor's care, and the treatment must be Medically Necessary, for Covered Accident or Sickness.

### HOSPITAL CONFINEMENT BENEFITS
We will pay the Hospital Confinement Benefit, shown on the Certificate Schedule, if a Covered Person incurs charges for and is Confined in a Hospital due to injuries received in a Covered Accident or due to a Covered Sickness. The Confinement to a Hospital must begin on a day that the coverage is in force.

We will pay the amount shown on the Certificate Schedule for each day the Covered Person is confined, up to the Hospital Confinement Maximum Benefit shown on the Certificate Schedule.

We will not pay this benefit for:
- emergency room treatment;
- outpatient treatment; or
- Confinement of less than 20 hours to an Observation Unit.

We will not pay for any Hospital Confinement of a newborn child of a Covered Person following birth unless the child is injured or sick.

Written proof of loss should include a Hospital bill verifying the patient's name, the dates of Hospital Confinement, the diagnosis and the charges incurred.

### DOCTOR'S OFFICE VISIT BENEFITS
We will pay the Doctor's Office Visit Benefit, shown on the Certificate Schedule, for any day a Covered Person incurs charges for and requires a Doctor's office visit due to injuries received in a Covered Accident or due to a Covered Sickness. The visit must occur on a day that the coverage is in force.

For a visit due to injuries received in a Covered Accident, the visit must occur within 72 hours after the date of the Covered Accident.

Services must be rendered by a licensed Physician acting within the scope of their license.  A Primary Care Physician includes the Covered Person's:
- general practitioner;
- OB/GYN;
- osteopath; and
- internist.

We will pay the Doctor's Office Visit Benefit amount shown on the Certificate Schedule for each day the Covered Person incurs charges, up to the Doctor's Office Visit Benefit Maximum Benefit, shown on the Certificate Schedule.

Written proof of loss should include bills verifying the patient name, the date of treatment, the diagnosis and the charges incurred.

### EMERGENCY ROOM VISIT BENEFIT
We will pay the Emergency Room Benefit, shown on the Certificate Schedule, for any day a Covered Person incurs charges for and requires medical care from an emergency room due to injuries received in a Covered Accident or due to a Covered Sickness. The visit must occur on a day that the coverage is in force.

For a visit due to injuries received in a Covered Accident, the visit must occur within 72 hours after the date of the Covered Accident.

Services must be rendered by a Physician.

We will pay the Emergency Room benefit amount shown on the Certificate Schedule, for each day the Covered Person incurs charges up to the Emergency Room Benefit Maximum Benefit, shown on the Certificate Schedule.

PX 23
Page 72 of 199

We will not pay the Emergency Room benefit amount if the Covered Person is Confined in a Hospital as a result of the injuries received in the Covered Accident or due to the Covered Sickness that caused the visit to the Emergency Room.

Written proof of loss should include bills verifying the patient name, the date of treatment, the diagnosis and the charges incurred.

## OTHER COVERED MEDICAL SERVICES
We will pay the Other Covered Medical Services Benefits for any day a Covered Person incurs charges for the services described below on a day that the Covered Person's coverage is in force, up to the Maximum Benefit shown on the Certificate Schedule. The Covered Person must be under a Doctor's care, and the treatment must be Medically Necessary, for Covered Accident or Sickness.

## ACCIDENTAL DEATH BENEFIT

### Accidental Death Benefit
We will pay the Accidental Death Benefit, shown on the Certificate Schedule if a Covered Person is injured as the result of a Covered Accident, and the injury causes the Covered Person to die within 90 days after the Covered Accident.

### Proof of Loss
We must be given written proof of loss within 90 days after the covered loss occurs. If an authorized representative is not able to give Us written proof of loss within 90 days, it will not have a bearing on the claim if proof is given to Us as soon as it is reasonably possible except in the absence of legal capacity. Written proof of loss must include a claim form and if loss is due to death of a Covered Person, a certified copy of the death certificate.

### Beneficiary
In the event of a benefit payable due to the Named Insured's death, the Accidental Death benefit will be paid to the Named Insured's beneficiary. The beneficiary is the person the Named Insured designated in the enrollment form as the beneficiary, unless it was changed at a later date. If a beneficiary was not named or if the person named is not living at the Named Insured's death, any Accidental Death benefit due will be paid in this order to:

The Insured's Spouse; or children; or parents; or brothers and sisters; or estate. In the event of a benefit payable due to the death of a Spouse or Dependent Child, the Accidental Death benefit will be paid to the Named Insured, if living, otherwise to the estate of the insured Spouse or Dependent Child.

If benefits are payable to a Covered Person's estate, We can pay benefits up to $5,000 to someone related to the Covered Person by blood or marriage who We feel is fairly entitled to them. If We do this, We will have no responsibility for this payment because We made it in good faith.

### Change of Beneficiary
The Named Insured can ask Us to change their beneficiary at any time. The Insured should notify Us, and We will send him the form to complete. The request must be witnessed by someone other than his present beneficiary or his proposed beneficiary and returned to Us at Our home office. The change must be approved by Us. If approved, it will go into effect the day he signed the request. The change will not have a bearing on any payment We make before We receive it.

## SECTION 4 - LIMITATIONS AND EXCLUSIONS

We will not pay benefits for treatment, services or supplies which:
- Are not Medically Necessary;
- Are not prescribed by a Doctor as necessary to treat Sickness or injury;
- Are experimental/investigational in nature, except as required by law;
- Are received without charge or legal obligation to pay; or
- Is provided by an immediate family member.

### Additional Limitations and Exclusions

Except as specifically provided for in this Policy or any attached Riders, We will not pay benefits for Sickness or injuries that are caused by:

**Dental Procedures** – Dental care or treatment except for such care or treatment due to accidental injury to sound natural teeth within 12 months of the accident and except for dental care or treatment necessary due to congenital disease or anomaly.

**Elective Procedures and Cosmetic Surgery** – Cosmetic surgery, except that cosmetic surgery shall not include reconstructive surgery when such service is incidental to or follows surgery resulting from trauma, infection or other disease of the involved part and reconstructive surgery because of congenital disease or anomaly of a covered Dependent Child which has resulted in a functional defect.

**Felony or Illegal Occupation** – Commission of or attempt to commit a felony or to which a contributing cause was the insured's being engaged in an illegal occupation.

**Manipulations of the Musculoskeletal System** – care in connection with the detection and correction by manual or mechanical means of structural imbalance, distortion or subluxation in the human body for purposes of removing nerve interference and the effects thereof, where such interference is the result of or related to distortion, misalignment or subluxation of or in the vertebral column.

**Suicide or Injuries Which Any Covered Person Intentionally Does to Himself** – suicide, attempted suicide or intentionally self-inflicted injury.

**War or Act of War**. War or act of war (whether declared or undeclared; participation in a felony, riot or insurrection; service in the Armed Forces or units auxiliary thereto. Losses as a result of acts of terrorism committed by individuals or groups will not be excluded from coverage unless the Covered Person who suffered the loss committed the act of terrorism.

**Work-related Injury or Sickness**. Work-related injury or Sickness, whether or not benefits are payable under any state or federal Workers' Compensation, employer's liability or occupational disease law or similar law.

**Pregnancy**

**Pre-existing Condition Limitation**
There is no coverage for a pre-existing condition for a continuous period of 12 months following the effective date of a Covered Person's coverage under the Policy.

PX 23
Page 74 of 199

## SECTION 5 - TERMINATION OF INSURANCE

**Termination of a Named Insured's Coverage**

The coverage on a Named Insured will terminate on the earliest of the following dates:

- the date the Policy terminates; or
- midnight on the last day of the grace period; or
- 90 days after the date written notice was provided that the Named Insured is no longer in an eligible class; or
- the date the Named Insured's class is no longer included for insurance; or
- on the date the Named Insured asks Us to end their coverage.

Termination of coverage will not affect any Covered Accident or Covered Sickness that occurred while the coverage was in force.

**When Coverage Ends on the Named Insured's Spouse and/or Dependents**

If this is Named Insured and Spouse coverage or two-parent family coverage, coverage on the Named Insured's Spouse will end:

- if the Policy terminates;
- if the premiums are not paid for the Named Insured's Spouse when they are due;
- on the date the Named Insured asks Us to end their Spouse's coverage;
- on the date the Named Insured dies; or
- on the date the next premium is due after the Named Insured divorces their Spouse.

If this is family coverage, coverage on the Named Insured's dependents will end:

- if the Policy terminates;
- if the premium is not paid for the Named Insured's dependents when it is due;
- on the date the Named Insured asks Us to end their Dependent coverage; or
- on the date the Named Insured dies.

Coverage will end on each Dependent Child when they no longer qualify as a Dependent as defined in the Certificate. It is the Named Insured's responsibility to notify Us if any Dependent no longer qualifies as an eligible Dependent. If this is family coverage and all of the dependents no longer qualify as eligible dependents and We are not notified, the extent of Our liability will be to refund premium for the time period for which they did not qualify. Coverage will not end on a Dependent Child who reaches the limiting age if that child is incapable of self-sustaining employment by reason of physical handicap or intellectual disability and who became so incapable prior to the attainment of the age at which dependent coverage would otherwise terminate and who is dependent upon such Named Insured for support and maintenance.  Proof of disability and incapacity must be furnished to Us within 31 days of the child's attainment of the limiting age and subsequently, as may be required by Us.  However, proof may not be required more often than annually after the first 2 years following the child's attainment of the limiting age.

PX 23
Page 75 of 199

### SECTION 6 - PREMIUMS

**When and Where to Pay Premiums**
The premiums for the coverage must be paid to Us at Our home office when they are due.

The premium due dates are based on:
- the Certificate Effective Date shown on the Certificate Schedule; and
- the premium frequency.

The *premium frequency* is how often the premiums are due.

**Grace Period (If Premiums Are Not Paid When Due)**
After the first premium, if the premium is not paid when it is due, it can be paid during the next 31 days.  These 31 days are called the grace period.  If the premium is not paid before the grace period ends, the coverage provided by the Policy will terminate at midnight on the last day of the grace period.

**Our Right to Change Premiums**
We have the right to change the premium We charge.  If We plan to make a change, We will send You a notice at least 45 days before We make it.

We may change premium rates at any time for reasons which affect the risk assumed, including the reasons shown below:
- a change occurs in the plan design; or
- a new law or a change in any existing law is enacted which applies to the Policy.

PX 23
Page 76 of 199

## SECTION 7 - GENERAL PROVISIONS

**Entire Contract; Changes**

The Policy is a legal contract between the Holder and Us.  The Policy is issued in consideration for the application(s) and payments, called premiums.

Whenever We use the word Policy, We mean the entire contract.  The entire contract consists of:
- the Policy, the Certificate including the Certificate Schedule;
- the application(s), if any; and
- any attached riders or endorsements.

Riders and endorsements add provisions to or change the terms of the Policy.

Any changes made to the Policy must be attached in writing and signed by one of Our executive officers at the address We have provided.  No agent or anyone else can change the coverage provided by the Policy or waive any of its provisions.

**Incontestability**

The validity of the Policy will not be contested, except for non-payment of premiums, after it has been in force for 2 years from the Date of Issue.

In the absence of fraud, a statement made by the Named Insured relating to a Covered Person's insurability may not be used in contesting the validity of the insurance with respect to which the statement was made:  (a) after the insurance has been in force before the contest for two years during the Covered Person's lifetime; and (b) unless the statement is contained in a written instrument signed by the Named Insured making the statement.

A statement made by the Policyholder or a Named Insured is considered a representation and not a warranty and may not be used in any contest under the Policy unless a copy of the written instrument containing the statement has been provided to: (a) the person making the statement or (b) if the statement was made by the Named Insured and the Named Insured has died or become incapacitated, the Named Insured's beneficiary or personal representative.

**Misstatement of Age and Sex**

If the age or sex of a person covered under this Certificate has been misstated, We will make an equitable adjustment of the premium. Such premium will be the difference between the premiums paid and the premiums which would have been paid at Your true age or sex, whichever applies. If coverage would not have been issued, We will refund the premiums paid for such insurance.

**Conformity with State Statutes**

If any provision of the Policy is contrary to any law to which it is subject, such provision is hereby amended to conform to the minimum requirements of such law.

PX 23
Page 77 of 199

## SECTION 8 - HOW TO FILE A CLAIM/CLAIM PROVISIONS

**Notice of Claim**
Written notice of claim must be given to us within 60 days after the occurrence of any loss covered by the Policy, or as soon thereafter as it is reasonably possible. Notice given by or on behalf of a Covered Person to us, with information sufficient to identify the Covered Person, shall be deemed notice to us.

**Claim Forms**
Upon receipt of a notice of claim, we will furnish to the Covered Person such forms that are usually furnished by us for filing proof of loss. If such forms are not furnished within 15 days after the giving of such notice, the claimant shall be deemed to have complied with the requirements of the Policy as to proof of loss upon submitting, within the time fixed in the Policy for filing proofs of loss, written proof covering the occurrence, the character and the extent of the loss for which claim is made.

**Proof of Loss**
The Named Insured must give Us a written proof of loss within 90 days after the covered loss begins.  If he is not able to give Us written proof of loss within 90 days, it will not have a bearing on this claim if proof is given to Us as soon as it is reasonably possible. In any event, proof must be given within one (1) year after it is due unless the Named Insured is legally incapable of doing so.

**Payment of Claim**
Benefits will be paid to the Named Insured or to the designated beneficiary on record.  If no named beneficiary is on record with Us all or any part of the benefits owed will be paid to the estate.  In lieu of paying benefits to the estate We may, at Our option, pay benefits, up to an amount not exceeding $5,000, to any one or more of the following surviving relatives:

    a.  spouse;
    b.  mother;
    c.  father;
    d.  child or children; and
    e.  brothers or sisters.

If there are no survivors in any of these classes, We may pay benefits for expenses on account to a Hospital or Doctor's office or other person actually supporting him or her and who is deemed by Us to be entitled to payment. Any payments made in good faith will end Our liability to the extent of the payment.

**Time of Payment of Claim**
We will pay any benefits due immediately after We receive written proof of loss.

**Physical Examinations and Autopsy**
We can require that any Covered Person be examined by a Physician of Our choice at Our expense as often as it is reasonably necessary while his claim is pending. We have the right and opportunity to make an autopsy in the case of death where it is not prohibited by law.

**Legal Action**
We cannot be sued for benefits under the Policy until 60 days after written proof of loss has been given as required by the Policy or the expiration of 3 years from the time We receive written proof of loss.

Telephone Contact with Nancy and Michelle

Simple Health Plans, Inc.

11/21/2017

5

1    NANCY: You, your wife, and two kids, right?
2    MR. AL-NAJJAR: Yes, that's right.
3    NANCY: Perfect. What's the date of birth
4  of your wife?
5    MR. AL-NAJJAR: The date of birth of my wife
6  is February 26th, 1990.
7    NANCY: Okay. Her height and weight?
8    MR. AL-NAJJAR: Her height, she's 5'5", and
9  I think 120 pounds.
10    NANCY: Okay.
11    MR. AL-NAJJAR: I'm not -- I think so.
12    NANCY: Perfect. And the date of birth of
13  kid number one?
14    MR. AL-NAJJAR: Kid number one, August 24,
15  2012.
16    NANCY: Boy or -- or girl?
17    MR. AL-NAJJAR: They're both girls.
18    NANCY: Okay. And the second one?
19    MR. AL-NAJJAR: Second one is April 5, 2014.
20    NANCY: Okay, so five and four.
21    MR. AL-NAJJAR: Yeah.
22    NANCY: Five and three.
23    MR. AL-NAJJAR: Five and three.
24    NANCY: Perfect. Okay. So we were talking
25  about the preexisting conditions.

6

1    MR. AL-NAJJAR: Yes.
2    NANCY: Right? So you said that one of your
3  daughters has diabetes, I think.
4    MR. AL-NAJJAR: The older daughter, five-
5  year-old, has Type 1 diabetes, yes.
6    NANCY: Okay. So how long they detected?
7  How long ago they detected?
8    MR. AL-NAJJAR: I think it was two, two and
9  a half years ago, I think.
10    NANCY: Two years ago?
11    MR. AL-NAJJAR: Yeah.
12    NANCY: Okay. Okay, perfect. So you say
13  that she tooks [sic] two medicines -- two medications?
14    MR. AL-NAJJAR: Well, she takes her insulin
15  shots, and I forget what the other medication was
16  called, but she doesn't take that every day.
17    NANCY: Okay. And how many times yearly she
18  goes to the doctor?
19    MR. AL-NAJJAR: How many times? Maybe like
20  five times a year for -- for diabetes. She has a
21  special doctor.
22    NANCY: Okay. And have you ever been denied
23  for health insurance?
24    MR. AL-NAJJAR: No. I've gotten health
25  insurance for my family through my work, but I'm going

7

1  to be leaving my work soon.
2    NANCY: Okay. So that's why you want to get
3  insurance to begin December 1st, right?
4    MR. AL-NAJJAR: Yes, December 1st.
5    NANCY: Okay. And what aspects of insurance
6  are more important for you? What do you want to have
7  covered?
8    MR. AL-NAJJAR: Well, I want full, you know,
9  medical coverage for my entire family, and I need
10  preexisting conditions for obviously diabetes. I want
11  to have, like, hospitalization, hopefully low copays,
12  good prescriptions. I mean, basically, you know, the
13  usual full medical coverage.
14    NANCY: Okay, full medical coverage,
15  perfect.
16    MR. AL-NAJJAR: And also -- also -- yes,
17  full medical coverage. And, also, my -- my daughter
18  with diabetes already has a -- a specific doctor that
19  we really like, and I was hoping that maybe -- I -- I
20  don't know if it's possible-- but I was hoping maybe
21  if we could find a plan that would include this doctor
22  so we can, you know, stick with her.
23    NANCY: Okay, we can first just see if your
24  doctor works for us, okay?
25    MR. AL-NAJJAR: Okay, great, yeah.

8

1    NANCY: So, okay, so in this case, I know
2  exactly what you're looking for. I'm going to try to
3  find you a PPO. That way, you can keep your own
4  doctors and hospital.
5    MR. AL-NAJJAR: Okay.
6    NANCY: I want you to get prescriptions and
7  lab coverage for your preventative care and
8  maintenance. And then most importantly I'm going to
9  look for a plan that you will have very low out-of-
10  pocket expenses, okay?
11    MR. AL-NAJJAR: Perfect.
12    NANCY: So we need to see first what's
13  available for you in your state at this time.
14    MR. AL-NAJJAR: Okay.
15    NANCY: So what will be affordable for you
16  on a monthly basis, like what's your ideal price
17  range?
18    MR. AL-NAJJAR: I hope to pay like $300 a
19  month, maybe 350.
20    NANCY: Okay. That's the maximum, okay,
21  perfect. I will work for that. If I'm able to find a
22  plan that meets your needs and your budget at the same
23  time, you want to start it on the 1st, right?
24    MR. AL-NAJJAR: Yes.
25    NANCY: Okay. So just so you do know, I

2 (Pages 5 to 8)

MILLER ATTACHMENT E
Page 3 of 17

Telephone Contact with Nancy and Michelle

Simple Health Plans, Inc.

11/21/2017

---

9

1  work with many of the A-rated carriers in the state,
2  and most of the insurance plans these days have high
3  deductibles and high premiums, so I may not be able to
4  find you what you're looking within your budget, but
5  anyways, what I'm going to do is place you on a very
6  brief hold. I'm going to submit your application, and
7  when I come back, we'll go over all the options, okay?
8  MR. AL-NAJJAR: Okay.
9  NANCY: (Inaudible) if there are any. And
10 we want to make sure we find the best plan for the
11 best pricing, so just (inaudible) minutes --
12 MR. AL-NAJJAR: Okay.
13 NANCY: -- and I'll be back, okay?
14 MR. AL-NAJJAR: Okay.
15 NANCY: Just stay on the line for a minute.
16 MR. AL-NAJJAR: Okay.
17 NANCY: Hold on. Thank you.
18 (On-hold music.)
19 NANCY: Okay, thank you so much for your
20 time and patience.
21 MR. AL-NAJJAR: Yes. Hi.
22 NANCY: Okay, perfect. So I was able to get
23 you a (inaudible) plan. It is an A-rated carrier and
24 a PPO.
25 MR. AL-NAJJAR: Okay.

---

11

1  (inaudible) plan.
2  MR. AL-NAJJAR: Right. Okay.
3  NANCY: So this plan will cover you from day
4  one with no waiting period (inaudible) and also
5  joining this group we're assuming that if you were
6  getting insurance through an employer --
7  MR. AL-NAJJAR: Yeah.
8  NANCY: -- because they don't discriminate
9  against any of your preexisting conditions within the
10 multi-plan.
11 MR. AL-NAJJAR: Okay. So the --
12 NANCY: So this program is licensed in --
13 MR. AL-NAJJAR: So diabetes -- so my -- my
14 daughter's diabetes should be covered?
15 NANCY: All right. So these programs
16 utilize (inaudible) nationwide PPO doctor network,
17 which is one of the largest PPO networks in the
18 country.
19 MR. AL-NAJJAR: Yes.
20 NANCY: With this plan, you're going to
21 receive --
22 MR. AL-NAJJAR: Yes.
23 NANCY: -- doctor visits, diagnostic testing
24 for blood and lab work.
25 MR. AL-NAJJAR: Okay.

---

10

1  NANCY: PPO stands for preferred provider
2  organization.
3  MR. AL-NAJJAR: Yeah.
4  NANCY: It simply means that you can choose
5  your own doctors and hospitals and you don't need a
6  referral to see any specialist.
7  MR. AL-NAJJAR: Okay.
8  NANCY: This program is a large group
9  association plan, which typically are for large group
10 and businesses; however, individuals like you can join
11 these then in a simple (inaudible) for paying these
12 low rates.
13 MR. AL-NAJJAR: Yeah. Okay.
14 NANCY: So -- yes, you were going to ask
15 something?
16 MR. AL-NAJJAR: So this is -- so is this
17 full health insurance?
18 NANCY: Yes, yes.
19 MR. AL-NAJJAR: Okay, great.
20 NANCY: But it's a PPO, not a major medical.
21 MR. AL-NAJJAR: Okay, all right.
22 NANCY: Okay? That's the only difference.
23 MR. AL-NAJJAR: I understand.
24 NANCY: Remember that there are three types
25 of insurance -- HMO, PPO, and major medical that are

---

12

1  NANCY: Medications.
2  MR. AL-NAJJAR: Yes.
3  NANCY: Medical coverage.
4  MR. AL-NAJJAR: Yes.
5  NANCY: Surgical coverage. And hospital
6  coverage, vision coverage, dental coverage, and
7  hearing coverage.
8  MR. AL-NAJJAR: Great.
9  NANCY: With no deductibles.
10 MR. AL-NAJJAR: Oh, wow.
11 NANCY: These plans have no waiting periods
12 for accidental benefits, no claim forms to file, and
13 no limits on the plan usage within the network, and
14 zero deductibles.
15 MR. AL-NAJJAR: Great.
16 NANCY: The monthly premium I got for you is
17 $216.99.
18 MR. AL-NAJJAR: Okay.
19 NANCY: And for the first month, there is
20 also a one-time enrollment fee of $125, which is going
21 to warranty that your rate will never increase, that
22 the (inaudible) with your contract.
23 MR. AL-NAJJAR: Okay.
24 NANCY: And, also, that the plan is going to
25 be nationwide. So if you move or travel, you will now

---

3 (Pages 9 to 12)

MILLER ATTACHMENT E
Page 4 of 17

Telephone Contact with Nancy and Michelle

PX 23
Page 83 of 199

Simple Health Plans, Inc.

11/21/2017

---

13

1 be covered in every state.
2     MR. AL-NAJJAR: Great.
3     NANCY: So this plan becomes effective as of
4 midnight tonight.
5     MR. AL-NAJJAR: Okay.
6     NANCY: So the first month will be a total
7 amount of $341.99. But every month after that, it
8 will be only $216.99.
9     MR. AL-NAJJAR: Okay.
10     NANCY: Is that affordable for you before I
11 go over all the benefits with you?
12     MR. AL-NAJJAR: Yes, that's affordable for
13 me. I just wanted to -- before we continue, I know --
14 I know that -- I mentioned that there was a special --
15 a special doctor that I wanted to keep seeing, and you
16 said you were going to search for her.
17     NANCY: Yes.
18     MR. AL-NAJJAR: Yes.
19     NANCY: It will cover the preexisting
20 condition of your daughter.
21     MR. AL-NAJJAR: Yes.
22     NANCY: That's why the system pull me up
23 this plan because it does cover preexisting conditions
24 after the first year. So if you were -- if she were
25 diagnosed with the preexisting condition like six

---

14

1 months ago, you were only going to get -- you will be
2 covered but not with the full benefit.
3     MR. AL-NAJJAR: Okay.
4     NANCY: Okay?
5     MR. AL-NAJJAR: Yes.
6     NANCY: So it will be with half of this
7 total cost of everything that you're going to do to
8 her (inaudible).
9     MR. AL-NAJJAR: Okay.
10     NANCY: With this plan that I got, if you
11 have more than 12 months, you will get the full
12 coverage.
13     MR. AL-NAJJAR: Okay.
14     NANCY: In your preexisting conditions. If
15 it's less than 12 first months, then you are not
16 getting anything, okay?
17     MR. AL-NAJJAR: Yes. But she was diagnosed
18 two years ago.
19     NANCY: Okay, so you will be good. So let
20 me start -- let me tell you --
21     MR. AL-NAJJAR: Okay.
22     NANCY: -- how it's going to work, okay,
23 with the doctor visits. Let me start with your doctor
24 visits.
25     MR. AL-NAJJAR: Okay.

---

15

1     NANCY: Remember that I told you that you
2 can go to any doctor in the country?
3     MR. AL-NAJJAR: Yes.
4     NANCY: Okay, every time that you go to the
5 doctor within the multi-plan network, you're going to
6 be receiving the contracted rate of your bill. On top
7 of that, you will now receive an additional $50 off of
8 the remaining balance, up to three to five times per
9 person for a year and $50 on one time per year for
10 (inaudible). So let me give you an example.
11     MR. AL-NAJJAR: Okay.
12     NANCY: Let's say that your doctor charges
13 you $200 on a visit.
14     MR. AL-NAJJAR: Yep.
15     NANCY: Okay? Let's say that (inaudible)
16 that visit was for $200.
17     MR. AL-NAJJAR: Yep.
18     NANCY: And you want to receive the
19 contracted rate of, let's say, $100.
20     MR. AL-NAJJAR: Yeah.
21     NANCY: The contracted rate is usually going
22 to be half of the total price.
23     MR. AL-NAJJAR: Yeah.
24     NANCY: So let's say it's $100. With this
25 plan, you don't have to pay those $100 remaining

---

16

1 balance because for a doctor visit, you will receive
2 an additional $50 off of the remaining balance. So in
3 this exact situation, you're going to end up spending
4 a minimal amount, and that's for a particular
5 (inaudible). Do you understand?
6     MR. AL-NAJJAR: Yes, I understand.
7     NANCY: Perfect. Because as you know most
8 plan usually comes with a high deductible, that will
9 (inaudible) thousand out of pocket before the
10 insurance will pay for anything.
11     MR. AL-NAJJAR: Right.
12     NANCY: This plan does not work that way.
13 This plan provides (inaudible) dollar benefits for
14 each patient on (inaudible).
15     MR. AL-NAJJAR: Yeah.
16     NANCY: This is a (inaudible) coverage plan,
17 which means that the plan is going to cover you from
18 the moment you enter to the hospital.
19     MR. AL-NAJJAR: Okay. I see.
20     NANCY: (Inaudible).
21     MR. AL-NAJJAR: That's --
22     NANCY: First, the PPO network will take
23 your entire (inaudible) and it's going to reprice it.
24 After the PPO network covers you, your plan has an
25 additional insurance benefit to help assist you with

---

4 (Pages 13 to 16)

MILLER ATTACHMENT E
Page 5 of 17

Telephone Contact with Nancy and Michelle

Simple Health Plans, Inc.

11/21/2017

---

17

1 the (inaudible).
2     MR. AL-NAJJAR:  Okay.
3     NANCY:  So (inaudible) say that don't -- you
4 could end up saving hundreds --
5     MR. AL-NAJJAR:  Yeah.
6     NANCY:  -- so the whole idea of this plan is
7 to make your out-of-pocket expenses as low as possible
8 --
9     MR. AL-NAJJAR:  Okay.
10     NANCY:  -- without you ever having to meet a
11 deductible first.  So, again, you will have doctor
12 office visits, dental and vision access, even 24/7
13 after you call with doctors and nurses for those
14 emergency situations.
15     MR. AL-NAJJAR:  Oh, okay.
16     NANCY:  Now, you take care of your smaller
17 medical conditions --
18     MR. AL-NAJJAR:  Well, sorry --
19     NANCY:  -- right over the phone and get the
20 prescription, call it into your local pharmacy without
21 leaving home.
22     MR. AL-NAJJAR:  Yeah.
23     NANCY:  Okay?  (Inaudible) doctors that I
24 (inaudible) prescribe medications when necessary for
25 non-emergency medical issues, including a cold and flu

---

18

1 symptoms, also allergies, ear infections, and more.
2     MR. AL-NAJJAR:  Yes.
3     NANCY:  (Inaudible) provided only
4 (inaudible) consultations for all plan members online
5 or over the phone 24 -- 24/7.  And you will need to
6 register before your first consultation.
7     MR. AL-NAJJAR:  Yes.
8     NANCY:  And included will be also a script
9 card, prescription discount card for your pharmacy
10 needs.  (Inaudible) will be (inaudible) prices at
11 virtually any pharmacy in the nation, and we can also
12 recommend a mail-order pharmacy that helps you order
13 (inaudible) or supplies which is going to help you --
14     MR. AL-NAJJAR:  Wait, sorry, sorry.  I -- is
15 this -- is this a medical discount plan, or I thought
16 this was health insurance.
17     NANCY:  Yes, it is a health insurance.  You
18 -- I'm saying, you're going to have a script
19 (inaudible) prescription discount card.
20     MR. AL-NAJJAR:  And no deductible at all?
21     NANCY:  That's for prescriptions.  That's
22 for your pharmacy needs.
23     MR. AL-NAJJAR:  And no deductible?
24     NANCY:  No, no deductible.
25     MR. AL-NAJJAR:  Okay.  Great.  Good, good,

---

19

1 good.
2     NANCY:  So what I said, discounts, it's on
3 medicine, so you will be already -- it will be already
4 eventually reprices.
5     MR. AL-NAJJAR:  Okay.
6     NANCY:  (Inaudible) usually your card, they
7 are going to tell you the -- the exact amount that
8 it's going to cost.
9     MR. AL-NAJJAR:  Yeah.
10     NANCY:  With the discount already made.  So
11 if it's name-brand, it could go up to $50, no more
12 than 50.  And if it's a generic, it will be between 4
13 to 8.
14     MR. AL-NAJJAR:  Okay.
15     NANCY:  Okay?
16     MR. AL-NAJJAR:  Yes.  So what is the --
17     NANCY:  It's a good -- a very good discount
18 on medicines.
19     MR. AL-NAJJAR:  Yes.  So what -- what is the
20 fee again for this?
21     NANCY:  Sorry?
22     MR. AL-NAJJAR:  You -- you mentioned that
23 there's a one-time fee for this.  I was wondering what
24 that was.
25     NANCY:  Oh, the one-time enrollment fee is

---

20

1 due to the fact that we don't have contracts.  See,
2 with this plan, they don't offer any type of contract.
3 The plan is going to be (inaudible).
4     MR. AL-NAJJAR:  Okay.
5     NANCY:  Meaning that you can cancel it or
6 you can keep it as long as you want.
7     MR. AL-NAJJAR:  Yep.
8     NANCY:  And --
9     MR. AL-NAJJAR:  And this --
10     NANCY:  -- let's see, by paying that
11 enrollment fee, it's also like a warranty that your
12 rate will never increase, so in the meantime that you
13 have the plan, it doesn't matter if you have five
14 years already with the plan, you are always going to
15 be paying $216.99 (inaudible).
16     MR. AL-NAJJAR:  Okay.
17     NANCY:  Nothing else.  At least you call us
18 to add any -- anything else, you know --
19     MR. AL-NAJJAR:  Yeah.
20     NANCY:  -- (inaudible) in that case, you
21 will get, like --
22     MR. AL-NAJJAR:  Okay.
23     NANCY:  -- a higher (inaudible) but in the
24 meantime, you are going to be paying always that.  So
25 --

---

5 (Pages 17 to 20)

MILLER ATTACHMENT E
Page 6 of 17

Telephone Contact with Nancy and Michelle

Simple Health Plans, Inc.

11/21/2017

---

21

1    MR. AL-NAJJAR:  And, so -- and who will --
2  who --
3    NANCY:  -- and, also --
4    MR. AL-NAJJAR:  -- will I be paying exactly?
5    NANCY:  Sorry?
6    MR. AL-NAJJAR:  Will I be paying Simple
7  Health?
8    NANCY:  You will be paying Simple Health?
9    MR. AL-NAJJAR:  Yes.
10   NANCY:  That's what you said?
11   MR. AL-NAJJAR:  Yes.  It's a question.
12   NANCY:  Yeah, we are going to be sending you
13  the -- bill.
14   MR. AL-NAJJAR:  Okay.
15   NANCY:  You are getting the insurance
16  through us --
17   MR. AL-NAJJAR:  Okay.
18   NANCY:  -- as a group plan.
19   MR. AL-NAJJAR:  Great.
20   NANCY:  As I said before, okay?
21   MR. AL-NAJJAR:  Great.
22   NANCY:  It will be with us.
23   MR. AL-NAJJAR:  Great.
24   NANCY:  As a group plan.  Okay?
25   MR. AL-NAJJAR:  Okay.

---

22

1    NANCY:  So we will have the contact with the
2  carrier.
3    MR. AL-NAJJAR:  Okay.
4    NANCY:  Okay?
5    MR. AL-NAJJAR:  Great.
6    NANCY:  So we are the brokers.
7    MR. AL-NAJJAR:  Great.
8    NANCY:  As explained you earlier (inaudible)
9  center, so this was the best plan, I think, that --
10  that you can have.
11   MR. AL-NAJJAR:  Okay.
12   NANCY:  It's very -- the monthly premium
13  that we are offering is very low --
14   MR. AL-NAJJAR:  Yes.
15   NANCY:  -- due to the fact that it's a group
16  plan, so --
17   MR. AL-NAJJAR:  It sounds -- it sounds good
18  to me.
19   NANCY:  It will be the --
20   MR. AL-NAJJAR:  It sounds good to me because
21  it covers the preexisting conditions, which -- which
22  is important.
23   NANCY:  Yes, it does cover the preexisting
24  condition for your baby.
25   MR. AL-NAJJAR:  Yeah.

---

23

1    NANCY:  So you will be good.  I've got to
2  give you a little bit more information --
3    MR. AL-NAJJAR:  Okay.
4    NANCY:  -- but before giving you that
5  information, I need to gather a couple information.  I
6  need your family information.  Okay?
7    MR. AL-NAJJAR:  Okay.
8    NANCY:  But first of all, █████, I need
9  your occupation.  What do you do for a living?
10   MR. AL-NAJJAR:  I'm a graphic designer.
11   NANCY:  A lot of studies.
12   MR. AL-NAJJAR:  Yes.
13   NANCY:  My brother, he was studying to be a
14  graphic designer.
15   MR. AL-NAJJAR:  Yes.
16   NANCY:  That's a good career.  And your
17  wife, what's she do?
18   MR. AL-NAJJAR:  My wife --
19   NANCY:  What's her occupation?
20   MR. AL-NAJJAR:  My wife stays at home to
21  take care of the family.
22   NANCY:  Okay.  Okay.  I got your phone
23  number as ████████.  Do you have an alternate
24  phone number?  Or that's the best number to reach you?
25   MR. AL-NAJJAR:  No, that's -- that's my

---

24

1  direct line.  That's the best number for me.
2    NANCY:  Okay.  What's your email to be able
3  to send you all the information?
4    MR. AL-NAJJAR:  Yes, great.  My email is
5  ██████████████
6    NANCY:  Okay.  It's ██████████████,
7    MR. AL-NAJJAR:  Yes, exactly.
8    NANCY:  Okay.  And your name is ███
9  ████, right?  Do you have a middle initial on your
10  (inaudible)?
11   MR. AL-NAJJAR:  Yes, █.
12   NANCY:  The last four of your Social?
13   MR. AL-NAJJAR:  Do I have to give out my
14  Social right now?
15   NANCY:  Okay, no worries, you will be asked
16  again to reverify your medical history, okay?
17   MR. AL-NAJJAR:  Oh, okay, all right.
18   NANCY:  But you can wait -- give that
19  information only to your -- to my -- called again the
20  corporate verification department.
21   MR. AL-NAJJAR:  Okay.
22   NANCY:  So that way they will continue with
23  the verification, okay?
24   MR. AL-NAJJAR:  Okay.
25   NANCY:  But I still need to gather your

---

6 (Pages 21 to 24)

MILLER ATTACHMENT E
Page 7 of 17

Telephone Contact with Nancy and Michelle

Simple Health Plans, Inc.

11/21/2017

25

| | |
|---|---|
| 1 | wife's information and your kids' information, okay? |
| 2 | MR. AL-NAJJAR: Okay. |
| 3 | NANCY: So your wife's name? |
| 4 | MR. AL-NAJJAR: It's ▮▮▮. |
| 5 | NANCY: ▮▮▮? |
| 6 | MR. AL-NAJJAR: Yes. |
| 7 | NANCY: Okay. Does she have a middle |
| 8 | initial on her name, or is it just ▮▮▮? |
| 9 | MR. AL-NAJJAR: The middle initial is ▮. |
| 10 | NANCY: You said. I'm sorry? I couldn't |
| 11 | hear you. |
| 12 | MR. AL-NAJJAR: It's ▮. |
| 13 | NANCY: Oh, okay. And last name, ▮▮▮, |
| 14 | right? |
| 15 | MR. AL-NAJJAR: Yes. |
| 16 | NANCY: Okay. Baby number one? |
| 17 | MR. AL-NAJJAR: It's ▮▮▮. |
| 18 | NANCY: ▮▮▮, right? |
| 19 | MR. AL-NAJJAR: Yes. yes. |
| 20 | NANCY: Okay, does she have a middle initial |
| 21 | to her name? |
| 22 | MR. AL-NAJJAR: ▮. |
| 23 | NANCY: Okay. Baby number two. |
| 24 | MR. AL-NAJJAR: ▮. |
| 25 | NANCY: ▮, right? |

27

| | |
|---|---|
| 1 | MR. AL-NAJJAR: Yes. Number, like apartment |
| 2 | number. |
| 3 | NANCY: Okay. That's the same as your |
| 4 | residential, right? |
| 5 | MR. AL-NAJJAR: Yes, yes. |
| 6 | NANCY: Okay, let me copy it. Okay, and |
| 7 | your date of birth is June 7th, 1990, right? |
| 8 | MR. AL-NAJJAR: Yes. |
| 9 | NANCY: And to the best of your knowledge, |
| 10 | everything you have told me today is true? |
| 11 | MR. AL-NAJJAR: Yes, absolutely. |
| 12 | NANCY: Okay, perfect. So for the first |
| 13 | payment on December 1st, would you be using a debit or |
| 14 | a credit card? |
| 15 | MR. AL-NAJJAR: Credit card. |
| 16 | NANCY: Four numbers at a time. I'm |
| 17 | ready when you are. |
| 18 | MR. AL-NAJJAR: The credit card number? |
| 19 | NANCY: Yes. |
| 20 | MR. AL-NAJJAR: XXXX XXXX XXXX XXXX. |
| 21 | NANCY: Full name on the card? |
| 22 | MR. AL-NAJJAR: ▮▮▮▮. |
| 23 | NANCY: Expiration date on the card? |
| 24 | MR. AL-NAJJAR: November XXXX. |
| 25 | NANCY: The CV code on the back of the card? |

26

| | |
|---|---|
| 1 | MR. AL-NAJJAR: Yes, with a ▮. |
| 2 | NANCY: Or ▮? |
| 3 | MR. AL-NAJJAR: With a -- with a ▮, yes. |
| 4 | NANCY: Okay. Does she have a middle |
| 5 | initial? |
| 6 | MR. AL-NAJJAR: ▮. |
| 7 | NANCY: ▮ as in ▮▮▮? |
| 8 | MR. AL-NAJJAR: ▮ as in ▮. |
| 9 | NANCY: Or ▮ as in ▮. |
| 10 | MR. AL-NAJJAR: It's ▮ as in ▮▮▮, which is |
| 11 | actually her name. |
| 12 | NANCY: Okay, perfect. Let me save all that |
| 13 | information. Okay, so I need now your mailing |
| 14 | address. |
| 15 | MR. AL-NAJJAR: The address is ▮▮▮ |
| 16 | ▮▮▮, Chicago. Illinois. |
| 17 | ▮▮▮. |
| 18 | NANCY: Okay. (Inaudible) at the moment. |
| 19 | Just hold on a second, validating the account. |
| 20 | MR. AL-NAJJAR: Pardon? |
| 21 | NANCY: So the system is validating the |
| 22 | account. |
| 23 | MR. AL-NAJJAR: Okay, great. |
| 24 | NANCY: (Inaudible) information. So you |
| 25 | said ▮▮▮? |

28

| | |
|---|---|
| 1 | MR. AL-NAJJAR: XXX. |
| 2 | NANCY: Is the billing address for the card |
| 3 | the same as your residential address and mailing? |
| 4 | MR. AL-NAJJAR: Yes. |
| 5 | NANCY: Okay, perfect. Do you have |
| 6 | something to write down my information? |
| 7 | MR. AL-NAJJAR: Yeah. |
| 8 | NANCY: Okay. My phone number and customer |
| 9 | service number is 1-800. |
| 10 | MR. AL-NAJJAR: Yep. |
| 11 | NANCY: 954. |
| 12 | MR. AL-NAJJAR: Yep. |
| 13 | NANCY: 4046. |
| 14 | MR. AL-NAJJAR: Okay. |
| 15 | NANCY: If you -- and my extension, 22520. |
| 16 | 22520. |
| 17 | MR. AL-NAJJAR: Great, got it. |
| 18 | NANCY: Okay. So if you have any question |
| 19 | between now and the time you receive your package, or |
| 20 | even afterwards, please do not hesitate to call me. |
| 21 | If I'm not here, my case manager will be. |
| 22 | MR. AL-NAJJAR: Okay. And your name is |
| 23 | Nancy with Simple Health, right? |
| 24 | NANCY: Yes. Nancy, right. So. anyways. |
| 25 | our customer service department is going to be here |

7 (Pages 25 to 28)

Telephone Contact with Nancy and Michelle

Simple Health Plans, Inc.

11/21/2017

---

29

1 always from 8:00 a.m. to 7:00 p.m. Eastern time.
2     MR. AL-NAJJAR: Okay.
3     NANCY: If you do want to do anything new to
4 the account --
5     MR. AL-NAJJAR: Yes.
6     NANCY: -- remember that in case you need
7 something, you can go ahead and call us instead of
8 calling the carrier, due to the fact that it will be
9 easier to contact us --
10     MR. AL-NAJJAR: Right.
11     NANCY: -- than them, okay? It will be
12 faster. So what we do here now is transfer your
13 application to our corporate verification department,
14 where a personal agent will do a brief recording for
15 you (inaudible) and they go offer the plan details
16 with you on the verification. They will give you also
17 the terms and the conditions.
18     MR. AL-NAJJAR: Yep.
19     NANCY: Okay? Some of the information will
20 say they will apply to you and some of which will not
21 apply to you. I just want you to know what parts
22 affect you and what don't.
23     MR. AL-NAJJAR: Okay.
24     NANCY: Because they read their script to
25 everyone.

---

30

1     MR. AL-NAJJAR: Right. Okay.
2     NANCY: Okay? So (inaudible) for you, they
3 just have (inaudible) issue of the insurance plan
4 because of the open enrollment in your state, you're
5 approved today regard any of your conditions. So on
6 the verification, they will state there is a
7 (inaudible) that applies to your hospital and surgical
8 benefits for any practice in diagnosis that you have
9 within the past 12 months.
10     MR. AL-NAJJAR: Yeah.
11     NANCY: Now, because of the open enrollment,
12 you're approved today, regardless of those conditions.
13 The only waiting period you will have is like cancer
14 and (inaudible) hospital for the preexisting
15 conditions, but you always going to have that network-
16 contracted rate, even for surgery or hospitalization
17 from day one. Okay --
18     MR. AL-NAJJAR: Okay.
19     NANCY: -- ███ --
20     MR. AL-NAJJAR: Yes.
21     NANCY: -- all that paragraph won't apply to
22 your daughter. Why? Because she has three years of
23 being diagnosed.
24     MR. AL-NAJJAR: Yeah.
25     NANCY: Okay? So she will receive the full

---

31

1 coverage as I explained it to you before.
2     MR. AL-NAJJAR: Great.
3     NANCY: Okay. So on the verification, they
4 will also tell you that this is not a major medical
5 plan or a discount plan --
6     MR. AL-NAJJAR: Yeah.
7     NANCY: -- (inaudible) an insurance, but
8 what happened is that a lot of people tend to think
9 that a major medical plan stands for coverage in an
10 event of a major hospital (inaudible) but it doesn't.
11 Okay? Major medical is a certain type of insurance,
12 just like any other HMO or PPO, but the difference is
13 that a major medical would have a deductible and a co-
14 insurance.
15     MR. AL-NAJJAR: Yeah.
16     NANCY: The beauty of your new plan is that
17 it has none of those. It has no deductible, no
18 annuals, no lifetime caps, and no medical
19 underwriting.
20     MR. AL-NAJJAR: Yeah.
21     NANCY: Therefore, it is called limited
22 medical indemnity insurance plan, not a major
23 (inaudible). Now, you're going to ask me, Nancy, why
24 it is limited. Okay, it is limited because it doesn't
25 cover any type of drug abuse rehab or alcohol rehab.

---

32

1     MR. AL-NAJJAR: Okay.
2     NANCY: Okay? That's the reason why it is
3 limited.
4     MR. AL-NAJJAR: It's limited, but it's still
5 health insurance?
6     NANCY: Sorry?
7     MR. AL-NAJJAR: It's limited, but it's still
8 health insurance?
9     NANCY: Yeah, it is limited because it
10 doesn't cover the rehab, the alcohol rehab and the
11 drug abuse rehab.
12     MR. AL-NAJJAR: Yeah.
13     NANCY: We cannot say that it's unlimited
14 because we don't cover that, so we need to say that
15 it's limited because --
16     MR. AL-NAJJAR: Okay.
17     NANCY: -- you know what I mean?
18     MR. AL-NAJJAR: Yes, yes, yes.
19     NANCY: That's the only thing that is not
20 going to be covered.
21     MR. AL-NAJJAR: Okay.
22     NANCY: So this plan has no deductibles and
23 is a two-sided plan.
24     MR. AL-NAJJAR: Yeah.
25     NANCY: First, all your medical bills will

---

8 (Pages 29 to 32)

MILLER ATTACHMENT E
Page 9 of 17

Telephone Contact with Nancy and Michelle

PX 23
Page 88 of 199

Simple Health Plans, Inc.

11/21/2017

---

33

1  be repriced down to its lowest form, and your
2  additional insurance cash benefit will apply toward
3  the remaining balance, so the whole idea of this plan
4  is to make your out-of-pocket expenses as low as
5  possible without you having to meet a deductible
6  first.
7       MR. AL-NAJJAR:  Yeah.
8       NANCY:  So when you receive your new
9  insurance cards in the mail, okay?
10      MR. AL-NAJJAR:  Yep.
11      NANCY:  You will see all your insured and
12  non-insured benefits outlined and in writing, and you
13  will see all the additional non-insurance benefits
14  which come included with your plan.  So --
15      MR. AL-NAJJAR:  Yeah.
16      NANCY:  -- all that information you will
17  receive it at the same time that you will be talking
18  to the verification agent.  They will send the
19  information to your email --
20      MR. AL-NAJJAR:  Yep.
21      NANCY:  -- so that way you can see it at the
22  same time that you are talking to them.
23      MR. AL-NAJJAR:  Great.
24      NANCY:  Okay?
25      MR. AL-NAJJAR:  Great.

---

34

1       NANCY:  Also, in the package that you're
2  going to receive in the next seven to ten business
3  days, you will see your two sets of ID cards for each
4  one of you.  So it will be eight sets of ID cards.
5  You need to save one.  Put it in your wallet, and the
6  other one, save it in case you lose the one in your
7  wallet.  Remember that your plan is scheduled to set
8  off -- to start on the 1st.  So for that, we'll need
9  you drop the (inaudible) on the 30th.
10      MR. AL-NAJJAR:  Yeah.
11      NANCY:  Okay?  So that way the plan coverage
12  start at midnight, it will be already kicking in on
13  the 1st.
14      MR. AL-NAJJAR:  Okay.
15      NANCY:  Okay?
16      MR. AL-NAJJAR:  Okay.
17      NANCY:  So remember that you need -- you
18  will have a 30-days waiting period for any doctor
19  visits, but you will have emergency and hospital,
20  surgical (inaudible) coverage right away.
21      MR. AL-NAJJAR:  Great.
22      NANCY:  So the only waiting period will be
23  for a doctor visit, okay --
24      MR. AL-NAJJAR:  Okay.
25      NANCY:  -- and it will be 30 days.

---

35

1       MR. AL-NAJJAR:  Okay.
2       NANCY:  So January the 1st, you will be able
3  to start doing the doctor visits for you and your
4  family.
5       MR. AL-NAJJAR:  Yes.
6       NANCY:  Remember that this is a group plan,
7  so in the verification, the agent will ask you to
8  reverify your preexisting conditions.  And they will
9  also ask you if you are (inaudible) this group because
10  you cannot afford traditional insurance or because you
11  (inaudible) health condition.  You must answer those
12  questions to get accepted into the group.
13      MR. AL-NAJJAR:  Okay.
14      NANCY:  They just want you -- to make sure
15  that certain people aren't taking advantage of this
16  price on this group plan.
17      MR. AL-NAJJAR:  Right.
18      NANCY:  Okay?
19      MR. AL-NAJJAR:  Okay.
20      NANCY:  So remember that your plan, you can
21  keep it as long as you want and your rates will never
22  increase.  Remember that your plan name is -- the
23  doctor network that you have, it's multi-plan.  That's
24  what you will let your doctor know you have, okay,
25  multi-plan.

---

36

1       MR. AL-NAJJAR:  Yeah.
2       NANCY:  Anyways, I'm going to be sending you
3  now to the verification department.  So if you have
4  any questions during the verification, please just
5  hold the questions until the end because they only
6  have a few minutes of daytime to record you.
7       MR. AL-NAJJAR:  I see.
8       NANCY:  It will be easiest if you just ask
9  no questions.
10      MR. AL-NAJJAR:  Okay.
11      NANCY:  So they are going to let you know
12  that they are going to start our recording, so in that
13  moment that they are doing the recording, don't ask
14  anything.
15      MR. AL-NAJJAR:  Okay.
16      NANCY:  Okay?  And that will (inaudible).
17      MR. AL-NAJJAR:  Okay.  Nancy --
18      NANCY:  Anyways, remember that everything is
19  done for your protection to ensure you understand
20  everything before you agree to set up these four
21  (inaudible) payments for November 30th.  Okay?
22      MR. AL-NAJJAR:  Great.
23      NANCY:  We need you to be clear.  Anyways,
24  if you have any question or you don't understand
25  something, you can also always request to talk to

---

9 (Pages 33 to 36)

MILLER ATTACHMENT E
Page 10 of 17

Telephone Contact with Nancy and Michelle

PX 23
Page 89 of 199

Simple Health Plans, Inc.

11/21/2017

---

**37**

```
1   (inaudible) again.  If I will be with another
2   customer, you can talk to my manager --
3        MR. AL-NAJJAR:  Okay.
4        NANCY:  -- okay?
5        MR. AL-NAJJAR:  Can I just -- can I just --
6        NANCY:  (Inaudible) will be available.
7   Okay?
8        MR. AL-NAJJAR:  One thing -- one thing on my
9   address, I forgot to say on my address, in addition to
10  Apartment Number     , you have to add     , that's my
11  mailbox number. So it's the letter -- it's the letter
12      and then    .  And then that will make sure --
13       NANCY:     .
14       MR. AL-NAJJAR:     .
15       NANCY:  Okay.
16       MR. AL-NAJJAR:  Yeah, thank you.
17       NANCY:  Does it have a dash or something?
18       MR. AL-NAJJAR:  Nope, no.  It's just
19  together.
20       NANCY:  No?     .
21       MR. AL-NAJJAR:  Yep.  Thank you.
22       NANCY:  Perfect.
23       MR. AL-NAJJAR:  Okay.
24       NANCY:  Okay.  Let me save that.  Okay.
25  perfect.  So what I'm going to do now is transfer you.
```

**38**

```
1        MR. AL-NAJJAR:  Okay, great.
2        NANCY:  (Inaudible) I'm going to be
3   transferring you to the verification department, so
4   just hold on tight.  Let me get somebody on the line
5   to -- to give you the information so that way you can
6   complete the process, okay?  And get the additional
7   information that you're still missing.  Okay, so, it
8   was a pleasure for me.  I hope you have a wonderful
9   night, okay?
10       MR. AL-NAJJAR:  Thank you.  Yes, you, too.
11       NANCY:  You're welcome.  Thank you.
12       (Call transferred.)
13       MICHELLE:  Thank you for choosing Simple
14  Health.  Can I please have your name and phone number
15  to pull up your application?
16       MR. AL-NAJJAR:  It's            at
17       .
18       MICHELLE:  Thank you.  Give me just a moment
19  while I search for your application.
20       MR. AL-NAJJAR:  Okay.
21       (Brief pause.)
22       MICHELLE:  Thank you so much for waiting.
23       MR. AL-NAJJAR:  Yes.
24       MICHELLE:  My name is Michelle, and I will
25  be doing your verification today.
```

**39**

```
1        MR. AL-NAJJAR:  Okay.
2        MICHELLE:  I am pulling your account, and I
3   see I have one verification to go through with you.
4        MR. AL-NAJJAR:  Okay.
5        MICHELLE:  Now, if you have any question
6   about the verification process, please hold off until
7   the very end, and I will transfer you back over to the
8   representative that help you.  I am not a licensed
9   agent, so I cannot answer any questions about the
10  specifics of your plan.  Okay?
11       MR. AL-NAJJAR:  Okay.  Okay.
12       MICHELLE:  If we do have to stop the
13  recording for any reason, we'll have to start the
14  verification from the very beginning.  So, again, if
15  you have any questions today, just write it down and I
16  will get you back in touch with the representative
17  when we are done, okay?
18       MR. AL-NAJJAR:  Okay.
19       MICHELLE:  Now, before we start, I just want
20  to quickly go over the price breakdown with you.
21       MR. AL-NAJJAR:  Okay.
22       MICHELLE:  I see that the monthly payment
23  for your plan will be 100 -- I'm sorry, $216.99, with
24  a one-time enrollment fee of $125; therefore, your
25  first month's total will be $341.99.  Is that correct?
```

**40**

```
1        MR. AL-NAJJAR:  Yes.
2        MICHELLE:  Perfect.  So, right now, we're
3   just going to start with a brief recording to get
4   contact (inaudible) to be able to contact you.  Okay?
5        MR. AL-NAJJAR:  Okay.
6        MICHELLE:  So here we go.  Today is November
7   21st, 2017.  I'm speaking with Mr.           .
8   This call may be recorded for compliant purposes.
9   This recording will authorize Simple Health to contact
10  you with information regarding your benefits via live,
11  pre-recorded or auto-dial calls, text messages, or
12  emails.  You also understand that consent is not a
13  condition of purchase.
14       Please state your full name and phone number
15  that you authorize the Simple Health to contact you
16  regarding your benefits.
17       MR. AL-NAJJAR:            ,
18       .  I authorize Simple Health to contact me.
19       MICHELLE:  Do you have an alternate phone
20  number?
21       MR. AL-NAJJAR:  No, this is my phone number.
22       MICHELLE:  Please state -- sorry, you don't
23  have one?
24       MR. AL-NAJJAR:  No.
25       MICHELLE:  No?
```

---

10 (Pages 37 to 40)

MILLER ATTACHMENT E
Page 11 of 17

Telephone Contact with Nancy and Michelle

PX 23
Page 90 of 199

Simple Health Plans, Inc.

11/21/2017

41

1      MR. AL-NAJJAR:  No. I -- I don't have one.
2      MICHELLE:  Okay.  Please state the last four
3   digits of your Social Security number to acknowledge
4   and accept these terms and conditions.
5      MR. AL-NAJJAR:  XXXX. and I acknowledge the
6   terms and conditions.
7      MICHELLE:  Thank you.  Now, before I start
8   the first verification, which will cover the health
9   portion of your plan, I have a quick question.  We
10   have a new program that allows to save you time in
11   verification.  Do you have the smartphone, tablet, or
12   computer that is nearby?
13      MR. AL-NAJJAR:  No, I don't, unfortunately.
14      MICHELLE:  You don't have a smartphone or --
15      MR. AL-NAJJAR:  No, I have an old phone, a
16   dumb phone.
17      MICHELLE:  Okay, not a problem.  Okay, so,
18   we can just then continue with the verification and do
19   it through a voice recording.
20      MR. AL-NAJJAR:  Great.
21      MICHELLE:  But before we start with the
22   recording. I just need to confirm some of the
23   informations that we have on your application.
24      MR. AL-NAJJAR:  Okay.
25      MICHELLE:  And I see that the monthly

42

1   payment for your -- sorry, the enrollment date for
2   your plan won't be until November 30th of 2017.  Then
3   the effective date will be December 1st, 2017.  Is
4   that correct?
5      MR. AL-NAJJAR:  Yes.
6      MICHELLE:  Okay.  We have a Visa card ending
7   in XXXX.  The card, it is under your name.  I have
8   first name,          and the last name. I have
9   ▮▮ as in ▮▮▮▮▮  Is that correct?
10      MR. AL-NAJJAR:  It's ▮▮ as ▮▮▮▮
11      MICHELLE:  Oh, it's ▮▮▮▮
12      MR. AL-NAJJAR:  Yes.
13      MICHELLE:  Okay.  All right.  Let me just go
14   ahead and make the correction here.  Okay.  The
15   expiration date on the card. I have November of XXXX.
16   And the address associated with the card. I have
17   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18      MR. AL-NAJJAR:  Yes.
19      MICHELLE:  Okay.  That's the same as your
20   residential and mailing address, right?
21      MR. AL-NAJJAR:  Yes.
22      MICHELLE:  All right, perfect.  Now. I see
23   that the plan is a family.  You have your spouse and
24   two children included on this plan, right?
25      MR. AL-NAJJAR:  Yes.

43

1      MICHELLE:  All right, perfect.  Now, I
2   notice that you mentioned to me you don't have an
3   alternate phone number.  Or is any chance that you may
4   have another number from a family member or relative
5   that we could have in case we're not able to reach you
6   at this number?
7      MR. AL-NAJJAR:  I guess I can give you my
8   wife's cell phone number.
9      MICHELLE:  Okay.  What will be that number?
10      MR. AL-NAJJAR:  ▮▮▮▮▮▮
11      MICHELLE:  Okay. I'm sorry, for some reason.
12   you were kind of breaking up.  So it's ▮▮▮▮ and
13   then the last four?
14      MR. AL-NAJJAR:  It's ▮▮ not ▮▮ --
15   ▮▮▮▮▮▮▮▮
16      MICHELLE:  Okay, thank you, got it.  All
17   right, perfect.  So we're just going to go ahead and
18   start with the recording for the verification.  Just
19   remember, as I mentioned to you before, in case if you
20   have any questions throughout the recording, just try
21   to write it down.  And at the end, we can get you back
22   in touch with your representative in case you did have
23   questions, okay?
24      MR. AL-NAJJAR:  Okay.
25      MICHELLE:  All right, so here we go.

44

1   Hello, my name is Michelle in the
2   verification department.  Your agent of record is
3   Michelle.  Today is November 21st, 2017.  The time is
4   6:00 p.m. Eastern time.  Your verification number,
5   NCE8C10252017.  The call is being recorded for
6   compliant purposes.  Okay?
7      MR. AL-NAJJAR:  Okay.
8      MICHELLE:  Please state your full name.
9      MR. AL-NAJJAR:  ▮▮▮▮▮▮
10      MICHELLE:  Please state your date of birth.
11      MR. AL-NAJJAR:  June 7, 1990.
12      MICHELLE:  Please state your gender.
13      MR. AL-NAJJAR:  Male.
14      MICHELLE:  Please state your address.
15      MR. AL-NAJJAR:  ▮▮▮▮▮▮▮▮▮
16   ▮▮▮▮▮▮▮▮▮ , Chicago, Illinois, ▮▮▮
17      MICHELLE:  Please state your phone number.
18      MR. AL-NAJJAR:  ▮▮▮▮▮▮
19      MICHELLE:  Please state your alternate phone
20   number.
21      MR. AL-NAJJAR:  ▮▮▮▮▮▮
22      MICHELLE:  Please state your email address.
23      MR. AL-NAJJAR:  ▮▮▮▮ , as in ▮▮ ▮▮
24   ▮▮▮▮▮▮▮▮▮
25      MICHELLE:  Thank you.  Please state the full

11 (Pages 41 to 44)

MILLER ATTACHMENT E
Page 12 of 17

Telephone Contact with Nancy and Michelle

Simple Health Plans, Inc.

11/21/2017

45

```
1    name, date of birth, and gender of each of your
2    dependents.
3         MR. AL-NAJJAR: Okay. My wife's name,
4    ████████ from February 26th, 1990.
5         My other daughter, ████████, who was
6    born on April 5th, 2014. And then my older daughter
7    is ████████, who was born August 24th, 2012.
8         MICHELLE: Sorry, what was the date of birth
9    of ████████?
10        MR. AL-NAJJAR: April 5th, 2014.
11        MICHELLE: Okay. And their genders?
12        MR. AL-NAJJAR: Oh, sorry, they're both
13   female.
14        MICHELLE: Okay, thank you. Do you
15   understand that you're joining NC Association? You
16   understand this, correct?
17        MR. AL-NAJJAR: Yes.
18        MICHELLE: And you understand that you have
19   selected a membership package that includes an
20   accident and sickness hospital indemnity insurance
21   Health Choice Plus plan, along with other benefits and
22   services associated with your NC membership? You
23   understand this, correct?
24        MR. AL-NAJJAR: Yes.
25        MICHELLE: Do you understand that as a
```

47

```
1    does not satisfy your obligations to secure minimum
2    essential coverage under the Affordable Care Act, also
3    known as Obamacare, and that you may be subject to a
4    tax penalty. You understand this, correct?
5         MR. AL-NAJJAR: Yeah.
6         MICHELLE: Do you acknowledge that your
7    agent has advised you that there is a specific time
8    frame for open enrollment in which you can enroll into
9    a qualified Obamacare plan, and there are also
10   specialized events, qualifying you to enroll outside
11   of open enrollment. For information regarding open
12   enrollment dates and life-qualifying events outside
13   open enrollment dates and life-qualifying events
14   outside of open enrollment, please visit
15   www.healthcare.gov.
16        Do you understand that if you have a
17   preexisting condition, the limited medical benefits
18   may not be immediately available for claims associated
19   with this condition? And specifically if you have
20   (inaudible) or prescribed to you by a physician within
21   the 12 months leading up to your effective date, you
22   will have a waiting period for 12 months before any
23   claims related to your condition will be covered. You
24   understand this, correct?
25        MR. AL-NAJJAR: Yeah.
```

46

```
1    member of NC Association you are entitled to many
2    valuable shopping and discount benefits, such as the
3    Aetna Dental Access Network, Multi-Plan PPO Network,
4    24/7 nurse help line, and laboratory savings program.
5    You understand this, correct?
6         MR. AL-NAJJAR: Yes.
7         MICHELLE: You understand that shopping and
8    health discount membership benefits are not insurance
9    and are not affiliated with or provided by the
10   accident and sickness hospital indemnity insurance
11   carrier, American Financial Security Life Insurance
12   Company. You understand this, correct?
13        MR. AL-NAJJAR: Yes.
14        MICHELLE: You understand that NCE Health
15   Choice Plus contains accident and sickness hospital
16   indemnity benefits. You understand this, correct?
17        MR. AL-NAJJAR: Yes.
18        MICHELLE: And you understand that you can
19   purchase an NC plan on its own if you wish. You
20   understand this, correct?
21        MR. AL-NAJJAR: Yeah.
22        MICHELLE: Do you understand that accident
23   and sickness hospital indemnity insurance does not
24   (inaudible) comprehensive health insurance coverage,
25   often referred to as a major medical coverage, and it
```

48

```
1         MICHELLE: Do you understand that even
2    though this health plan is guaranteed and you cannot
3    be turned down for coverage based on your health
4    status your application must first be processed and
5    membership payments received prior to your receiving
6    any benefits under the plan. You understand this,
7    correct?
8         MR. AL-NAJJAR: Yes.
9         MICHELLE: Any person who knowingly and with
10   intent to defraud any insurance company or the other
11   person files an application for insurance containing
12   any false information or concealed for the purpose of
13   misleading information concerning any material fact
14   they are to commit a fraudulent insurance act which is
15   a crime. Penalties include imprisonment and fines.
16        In addition, insurer may deny insurance
17   benefits if false information (inaudible) related to a
18   claim was provided by the applicant or insurance
19   person. You understand this, correct?
20        MR. AL-NAJJAR: Yes.
21        MICHELLE: You understand that the health
22   policy is an accident and sickness hospital indemnity
23   insurance Health Choice Plus plan, which provides
24   limited benefits. It's not a major medical plan nor
25   it should be considered as a replacement for a major
```

12 (Pages 45 to 48)

MILLER ATTACHMENT E
Page 13 of 17

Telephone Contact with Nancy and Michelle

**Simple Health Plans, Inc.**

**11/21/2017**

49

1  medical plan.
2      You understand this accident and sickness
3  hospital indemnity insurance Health Choice Plus plan
4  will not pay benefits for the following:  treatment or
5  supplies which are not medically necessary, are not
6  prescribed by a doctor as necessary to treat sickness
7  or injury, or experimental/investigational in nature
8  except as required by law, or received without charge
9  or a legal obligation to pay, or if provided by
10  immediate family member.  You understand this,
11  correct?
12      MR. AL-NAJJAR:  Yeah.  Yes.
13      MICHELLE:  In addition, except as
14  specifically provided for the policies or any attached
15  riders, the insurance will not pay for benefits for
16  sickness or injuries that -- that are caused by the
17  following:  dental procedures, elective procedures or
18  cosmetic surgery, felony, or illegal occupation,
19  manipulation of the musculoskeletal system, suicide or
20  injuries which any coveree intentionally does to
21  himself, war or act of war, or related injury or
22  sickness, pregnancy, preexisting condition for a
23  continued period of 12 months following the effective
24  date of coverage.
25      You understand that accident and sickness

50

1  hospital indemnity insurance Health Choice Plus plan
2  (inaudible) dollar a month for specifying any medical
3  expenses and will not cover all of your medical
4  expenses.  The price you'll pay the benefits amount
5  listed in the schedule of benefits, that will be
6  included in the membership materials sent to you open
7  enrollment.
8      You understand that most of the covered
9  benefits are subject to a maximum amount payable in
10  each policy year and a lifetime maximum amount
11  payable.  You understand that you will be responsible
12  for any charges that exceed the benefits as defined in
13  this plan.  You understand this, correct?
14      MR. AL-NAJJAR:  Yes.
15      MICHELLE:  The fixed benefits will be --
16  will pay according to the following schedules.
17  Hospital confinement benefit is $1,000 per day with a
18  maximum of 30 days.  Primary care doctor's office
19  visit benefit of $50 with maximum of three visits.
20  Specialty care doctor's office visit benefit of $50
21  per day with a maximum of three visits.  Emergency
22  room benefit of $50 per day with a maximum of one day.
23      Accident death benefit of $10,000.  Benefits
24  -- the benefits are based on an annual period per
25  insured from effective date.  There is a 30-day

51

1  waiting period immediately following the coverage
2  effective date (inaudible) to an injury.  There is no
3  coverage for preexisting condition for a continued
4  period of 12 month following the effective date of a
5  covered person coverage under the policy.
6      You understand that as a member of the NC
7  Association you are also entitled to repricing network
8  benefits and that the NC Association repricing network
9  benefits are not insurance and not affiliated with
10  American Financial Security Life Insurance Company.
11  You do understand this, correct?
12      MR. AL-NAJJAR:  Oh, yeah.
13      MICHELLE:  Sorry, is that a yes?
14      MR. AL-NAJJAR:  Yeah.
15      MICHELLE:  Thank you.  With your Careington
16  Dental savings, you save 20 to 50 percent most dental
17  procedures, including checkups, cleanings, fillings,
18  and root canals, orthodontic, teeth-whitening,
19  cosmetic dentistry, oral surgery and children,
20  especially, are also included.  This discount card
21  (inaudible) in the DenteMax Network.  Within the
22  DenteMax Network, you have access to over 156,000
23  credentialed dental access points.  Just to confirm
24  you understand that this dental savings card is not
25  insurance and is not intended to replace health

52

1  insurance.
2      Included in your cost is access to the Rx
3  Healthline Prescription Advocacy Program.  The
4  Healthline is staffed by a team of advocates who
5  specialize in finding the lowest cost alternative for
6  prescription medications.  Information about the Rx
7  Healthline can be located at www.therxhealthline.com.
8      Included in the market plan cost is the
9  Teladoc benefits.  With Teladoc, you have access to a
10  national network of board-certified physicians who
11  provide benefit consultations via telephone 24 hours a
12  day, 365 days a year.  There is a one-time
13  registration cost of $10 required before the first
14  consultation.  All (inaudible) calls are guaranteed
15  with one hour, and the consultation is at no cost to
16  you.  Every participant is given a user name and
17  access to the Teladoc fulfillment document online.
18      Prescriptions by phone call (inaudible) not
19  available in Idaho.  Teladoc is not a (inaudible)
20  insurance plan.  The plan also includes a benefit for PEP.
21  PEP is an online personal health and wellness program
22  designed to help members achieve goals regardless of
23  age, gender, or level of fitness.  PEP offers members
24  access to health calculators for easy tracking and

13 (Pages 49 to 52)

MILLER ATTACHMENT E
Page 14 of 17

Telephone Contact with Nancy and Michelle

Simple Health Plans, Inc.

11/21/2017

53

1 self-assessment, health information from a
2 professional staff, 14 daily health tips on nutrition,
3 weight loss, and exercise, and disease prevention, as
4 well as the ability to obtain the same core workouts
5 used by many professional athletes.
6     As part of your membership, you will also
7 receive a discount pharmacy and medical savings card.
8 And Script (inaudible) Rx will allow you to save an
9 average of 46 percent with potential savings of up to
10 75 percent at more than 60,000 pharmacies nationwide.
11 This card can be used for your entire family,
12 including pets, and it never expires. Discounts are
13 available exclusively through participating pharmacies
14 and providers. The range of discounts will vary
15 depending on the type of provider and services
16 rendered.
17     This program does not make payment directly
18 to providers. The members are required to pay for all
19 healthcare services. Pharmacy located and
20 prescription (inaudible) is available on
21 www.yourdiscountrx.com, slash (inaudible) slash.
22     Included in the monthly cost is a Rx
23 Healthline Prescription Advocacy Program. The Rx
24 Healthline is a prescription savings program that help
25 you save money on your prescription medications. In

54

1 addition, your insurance policy, you have access to
2 Gap Afford Plus Program at great rates for you and
3 your family to save money on out-of-pocket medical
4 expenses. Your savings start from the first dollar
5 with no limits. This cost-savings program gives
6 members access to prenegotiated lower rates with Gap
7 Afford Plus. There are no deductible, preexisting
8 condition limitations, medical exams, claims forms,
9 limitation on usage, age restrictions.
10     As a member of Gap Afford Plus, you and your
11 family will have access to discount programs such as
12 the Outlook Vision Network, the Aetna Dental Access
13 Network, prescriptions, discount benefits, (inaudible)
14 discounts on pets' medicine, medical supplies, and
15 access to 24/7 nurse help line, along with many other
16 savings programs. A complete listing of program
17 benefits is available at www.hiiquote.com.
18     Now, your total monthly retail cost is
19 $216.99. There is a one-time enrollment fee of $125.
20 Therefore, your first month total is $341.99. Your
21 membership will be effective on December 1st, 2017,
22 and all subsequent monthly plan costs and membership
23 dues will be $216.99. Do you understand?
24     MR. AL-NAJJAR: Yes.
25     MICHELLE: Your total plan cost and

55

1 membership dues will be billed to the Visa card ending
2 in XXXX. Do you understand?
3     MR. AL-NAJJAR: Yes. Yes.
4     MICHELLE: Sorry?
5     MR. AL-NAJJAR: Yes.
6     MICHELLE: Your first monthly costs and
7 membership dues will be billed on November 30th, 2017,
8 and your monthly recurring billing date will be the
9 1st of every month. Do you understand?
10     MR. AL-NAJJAR: Yes.
11     MICHELLE: Did you understand that if you
12 cancel your membership or if we're unable to collect
13 your payment on your bill date, your membership and
14 benefits will be canceled. You do understand this,
15 correct?
16     MR. AL-NAJJAR: Yes.
17     MICHELLE: You understand you're signing up
18 for an automated payment plan. Did you agree that the
19 HII Insurance Solutions or an authorized agent may
20 automatically debit your bank account or credit card
21 for the amount due on or around the payment due date?
22 You do understand this, correct?
23     MR. AL-NAJJAR: Yes.
24     MICHELLE: You do understand that this
25 authorization will remain in effect until you cancel

56

1 in writing and you (inaudible) HII or an authorized
2 agent in writing of any changes in your account
3 information or termination of this authorization,
4 which must be received by HII Insurance Solutions or
5 its agents at least seven days prior to the next
6 billing date.
7     If the (inaudible) payment date fall on a
8 weekend or holiday, you'll understand that the payment
9 may be executed on the next business day. You do
10 understand this, correct?
11     MR. AL-NAJJAR: Yes.
12     MICHELLE: The customer service number, it's
13 (877) 376-5831. You can call (877) 376-5831 to
14 discuss any billing, member benefits, customer
15 service, or cancellation. You understand that because
16 this is an electronic transaction, the funds may be
17 withdrawn from your account as soon as (inaudible)
18 transaction date.
19     You agree that HII or your financial
20 institution can cancel automatic payment for your
21 account for any reason at any time, with or without
22 prior notices to you. In the case of an ACH
23 transaction being rejected for nonsufficient funds,
24 you understand that HII or its agents may at its
25 discretion attempt to process the charge again within

14 (Pages 53 to 56)

MILLER ATTACHMENT E
Page 15 of 17

Telephone Contact with Nancy and Michelle

Simple Health Plans, Inc.

11/21/2017

57

1  30 days, and you agree to an additional $25 charge for
2  each attempt, which will be initiated as a separate
3  transaction from the authorized recurring payment.
4       Do you acknowledge that the origination of
5  this debit from the account must comply with U.S.
6  laws?  This payment authorization is for the type of
7  bill indicated above.  You certify that you are an
8  authorized user of this credit card or bank account.
9  You agree not to dispute this recurring billing with
10  your bank or card issuer, so long as the transactions
11  correspond to the terms indicated in this
12  authorization form.
13       You do understand this, correct?
14       MR. AL-NAJJAR:  Yes.
15       MICHELLE:  Now, after you are enrolled, you
16  will 30 days from the date you receive your
17  fulfillment material to cancel.  You will also receive
18  an email from support@hiiquote.com, allowing you to
19  log in using your email address to review your
20  membership benefits, including your limited-benefit
21  health insurance limitations and exclusions.  Please
22  make sure you do this.
23       To request a copy of your policy benefits
24  and limitations be mailed to you at no additional
25  cost, call HII customer support at (877) 376-5831.  If

58

1  you decide to cancel within 30 days billing period,
2  you will receive a refund of your first month's
3  membership only.  If you submit a claim for insurance,
4  your membership will be deemed accepted and you will
5  not be eligible for any refund.
6       I consent to use electronic signature for
7  documents which would otherwise only be valid if they
8  were in writing.  We want to confirm that you agree to
9  the completion of your application for the insurance
10  plan in any applicable benefit programs over the
11  telephone and that the plan benefits legal notices and
12  cost of the insurance were reviewed with you.
13       You agree that your voice consent will serve
14  as your signature.  I understand that HII on behalf of
15  its partners will rely on my signature as consent to
16  receive the documents electronically unless I revoke
17  this consent.  I can obtain my information and revoke
18  this consent at any time by calling HII at (877) 376-
19  5831 or emailing support at hiiquote.com.
20       If I decide to withdraw my consent, the
21  legal validity and enforceability of the electronic
22  transactions or signatures used prior to the
23  withdrawal will not be effective.  I may request a
24  specific document at no cost in paper form at any time
25  without revoking this consent.

59

1       I agree to review the application and use my
2  voice signature carefully to ensure my understanding
3  of all conditions of the coverage.  If you're in
4  agreement with this consent, please say yes.
5       MR. AL-NAJJAR:  Yes.
6       MICHELLE:  I'm going to provide you with
7  your case manager and customer service direct phone
8  number.  Go ahead and grab a pen and paper, and let me
9  know when you're ready for that number.
10       MR. AL-NAJJAR:  Okay, ready.
11       MICHELLE:  The number is (954) 606-9070.
12  And you can call us to discuss any billing, member
13  benefits, customer service, or cancellations.  Thank
14  you.  Your verification is now complete.
15       Okay, Mr. ████  I've just completed the
16  verification of the plan.  You will still be getting
17  this information with a confirmation email, and then
18  it takes seven to ten business days for the enrollment
19  for you to get this package with the membership
20  material --
21       MR. AL-NAJJAR:  Okay.
22       MICHELLE:  -- in the mail, okay?
23       MR. AL-NAJJAR:  Okay.
24       MICHELLE:  So we want to thank you for your
25  time and patience, and we hope you have an excellent

60

1  day, sir.
2       MR. AL-NAJJAR:  Okay, thank you.
3       MICHELLE:  Bye-bye.
4       MR. AL-NAJJAR:  Bye.
5       (The call was concluded.)
6       MR. AL-NAJJAR:  This is Nathaniel Al-Najjar.
7  I'm a paralegal in the Midwest Region of the Federal
8  Trade Commission, and I have just concluded my call
9  with Simple Health.
10       (The recording was concluded.)

15 (Pages 57 to 60)

MILLER ATTACHMENT E
Page 16 of 17

Telephone Contact with Nancy and Michelle

Simple Health Plans, Inc.

**11/21/2017**



61

CERTIFICATE OF TRANSCRIPTIONIST

1
2
3
4      I, Sara J. Vance, do hereby certify that the
5  foregoing proceedings and/or conversations were
6  transcribed by me via CD, videotape, audiotape or
7  digital recording, and reduced to typewriting under my
8  supervision; that I had no role in the recording of
9  this material; and that it has been transcribed to the
10  best of my ability given the quality and clarity of
11  the recording media.
12      I further certify that I am neither counsel
13  for, related to, nor employed by any of the parties to
14  the action in which these proceedings were
15  transcribed; and further, that I am not a relative or
16  employee of any attorney or counsel employed by the
17  parties hereto, nor financially or otherwise
18  interested in the outcome of the action.
19
20
21  DATE:  12/5/17
22          SARA J. VANCE, CERT
23
24
25

16 (Page 61)

PX 23
Page 96 of 199

# Miller Attachment F

PX 23
Page 97 of 199

# In the Matter of:

## Simple Health Plans

*December 5, 2016*
*Telephone Conversation between Trudy Slawson and Nelly*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Telephone Conversation between Trudy Slawson and Nelly

Simple Health Plans

12/5/2016

---

**3**

OFFICIAL TRANSCRIPT PROCEEDING

FEDERAL TRADE COMMISSION

MATTER NO.        1723148

TITLE             SIMPLE HEALTH PLANS

DATE              RECORDED:   DECEMBER 5, 2016
                  TRANSCRIBED: APRIL 12, 2018
                  REVISED:    MAY 2, 2018

PAGES             1 THROUGH 38

TELEPHONE CONVERSATION BETWEEN TRUDY SLAWSON
(CUSTOMER) AND NELLY (COMPANY REP)
20161205-1021155_4033317839-all

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

1    FEDERAL TRADE COMMISSION
2
3    In the Matter of:                )
4    Simple Health Plans              )  Matter No. 1723148
5                                     )
6    -------------------------------)
7                                          December 5, 2016
8
9
10
11
12        The following transcript was produced from a
13   digital file provided to For The Record, Inc. on April
14   6, 2018.

---

**2**

1    FEDERAL TRADE COMMISSION
2              I N D E X
3
4    RECORDING:                                    PAGE:
5    Conversation between Trudy and Nelly            4

**4**

1
2          P R O C E E D I N G S
3
4    TELEPHONE CONVERSATION BETWEEN TRUDY AND NELLY
5         ANNETTE:  Hello.
6         NELLY:  Hello, this is Nelly.
7         ANNETTE:  Hi, Nelly, this is Annette from
8    Health Insurance Services.  I have Trudy Slawson on
9    the line.  She's looking to buy the $30, for her and
10   her husband.
11        NELLY:  Okay.
12        ANNETTE:  She's from Arizona.  Let me know
13   when you're ready.
14        NELLY:  I am, thank you.
15        ANNETTE:  Thank you.
16        Trudy, thank you for holding.  I already
17   have the enrollment representative on the line for
18   you, okay?  Have a great day.
19        NELLY:  Thank you.
20        TRUDY SLAWSON:  Thank you.
21        NELLY:  Good morning.
22        TRUDY SLAWSON:  Hi.
23        NELLY:  How are you?
24        TRUDY SLAWSON:  I'm good.
25        NELLY:  My name is Nelly.  I'm going to help

1 (Pages 1 to 4)

MILLER ATTACHMENT F
Page 2 of 11

Telephone Conversation between Trudy Slawson and Nelly

## Simple Health Plans

12/5/2016

---

**5**

1  you with your affordable health insurance quote. Just
2  to let you know that your -- this call may be recorded
3  for quality assurance. Just let me verify your
4  information. You first name is T-R-U-D-Y.
5      TRUDY SLAWSON: That's correct.
6      NELLY: And your last name is S like Sam, L
7  like Luis, A-W-S-O-N.
8      TRUDY SLAWSON: That's correct.
9      NELLY: Date of birth, ████.
10     TRUDY SLAWSON: That's correct.
11     NELLY: And then you're looking for you and
12 your husband.
13     TRUDY SLAWSON: That's correct.
14     NELLY: Perfect. And you're calling from
15 Arizona.
16     We are Simple Health. We represent most of
17 the major A-rate carriers. That's why we're going to
18 be able to help you to get the best plan at the best
19 price. Do you have insurance right now?
20     TRUDY SLAWSON: Alberta Health Care, yes.
21     NELLY: And why are you looking for other
22 options, ma'am?
23     TRUDY SLAWSON: Well, I'm looking --
24     UNIDENTIFIED MALE: (Inaudible).
25     TRUDY SLAWSON: Okay. What are we looking

---

**7**

1      NELLY: The -- the last name, the letter is
2  C? Sorry, I didn't hear you.
3      TRUDY SLAWSON: Okay. The first letter is C
4  like in Charlie.
5      NELLY: Mm-hmm.
6      TRUDY SLAWSON: Right?
7      NELLY: Mm-hmm.
8      TRUDY SLAWSON: R as in Romeo.
9      NELLY: Mm-hmm.
10     TRUDY SLAWSON: A as in alpha.
11     NELLY: Mm-hmm.
12     TRUDY SLAWSON: I as in India, G as in
13 George.
14     NELLY: Got it. Thank you very much. And
15 his last name?
16     TRUDY SLAWSON: Same as mine.
17     NELLY: Perfect. And his date of birth?
18     TRUDY SLAWSON: It is ██████████ --
19     NELLY: Mm-hmm.
20     TRUDY SLAWSON: -- ██.
21     NELLY: And his height and weight?
22     TRUDY SLAWSON: His height is ███.
23     NELLY: Mm-hmm.
24     TRUDY SLAWSON: And his weight is ██.
25     NELLY: Perfect, thank you very much. And

---

**6**

1  for? What are we looking for? Is that what you're
2  asking me?
3      NELLY: Yes. what -- if you have insurance.
4  what is the reason that you're looking around?
5      TRUDY SLAWSON: Oh, because we're in Canada
6  and we're moving to Arizona. So when we get to
7  Arizona, we need insurance.
8      NELLY: Oh. okay. The one that you have is
9  not going to cover you anymore, got it.
10     TRUDY SLAWSON: That's right. So that's why
11 we have to.
12     NELLY: And you're not in Arizona yet. When
13 are you going to be in Arizona?
14     TRUDY SLAWSON: No. We're going to be in
15 Arizona January 1.
16     NELLY: Okay, got it. May I have, please,
17 your height and weight?
18     TRUDY SLAWSON: My height is ██ and my
19 weight is ██.
20     NELLY: Perfect. And then what is the name
21 of your husband?
22     TRUDY SLAWSON: Craig.
23     NELLY: Greg?
24     TRUDY SLAWSON: Craig. C as in Charlie, R-A-
25 I-G.

---

**8**

1  what is your occupation, ma'am?
2      TRUDY SLAWSON: My occupation is optician.
3      NELLY: Optician, okay. And, right now, how
4  much are you paying monthly pay -- monthly base -- how
5  much is your monthly payment for your insurance?
6      TRUDY SLAWSON: It's about $220.
7      NELLY: For both?
8      TRUDY SLAWSON: Yep.
9      NELLY: That is with dental and vision or
10 without dental and vision?
11     TRUDY SLAWSON: That's with dental and
12 vision.
13     NELLY: Okay, then let's see if I can find
14 you something similar. 220, you say?
15     TRUDY SLAWSON: Yep.
16     NELLY: Let me write it down to see what can
17 I do for you. Hopefully, I can find you something,
18 okay? What I going to look --
19     TRUDY SLAWSON: Okay.
20     NELLY: -- is for a PPO and that way you can
21 look any -- for any doctor. It's easier for you guys.
22 I know that you're moving and a PPO allows you to
23 choose any doctor. And the other thing that I'm going
24 to look for you --
25     TRUDY SLAWSON: Okay.

---

2 (Pages 5 to 8)

MILLER ATTACHMENT F
Page 3 of 11

Telephone Conversation between Trudy Slawson and Nelly

Simple Health Plans

12/5/2016

**9**

1      NELLY: -- is very low out of your pocket
2  expenses, okay?
3      TRUDY SLAWSON: Okay, that would be good.
4  Thank you.
5      NELLY: So let me place you on hold for
6  around one minute, please, to see what can I get for
7  you guys, okay? Don't hang up.
8      TRUDY SLAWSON: Okay, sounds -- okay, sounds
9  good.
10      NELLY: Thank you, thank you.
11      TRUDY SLAWSON: Thank you.
12      (On hold.)
13      NELLY: Hello.
14      TRUDY SLAWSON: Hello.
15      NELLY: Hi, sorry for the wait, but I have
16  very good news for you and your husband. And based
17  off your application, I was able to get you approved
18  into a PPO A-rate carrier. You know exactly what PPO
19  means, right?
20      TRUDY SLAWSON: No.
21      NELLY: PPO is preferred provider
22  organization, which means that you can choose any
23  doctor and you don't need a referral to see any
24  specialist. This program is normally for --
25      TRUDY SLAWSON: Okay.

**10**

1      NELLY: -- a large group (inaudible) but
2  because we are brokers, that's why you can be part of
3  this group. Do you have a pen to write down the
4  information that I'm going to give you?
5      TRUDY SLAWSON: Yes, I do, yes.
6      NELLY: The insurance that you've been
7  approved is First Health. First Health, nationwide
8  PPO network.
9      TRUDY SLAWSON: Okay.
10      NELLY: First Health belongs to --
11      TRUDY SLAWSON: Okay, just a -- nation?
12      NELLY: Nationwide PPO network. First
13  Health belongs to Coventry Insurance. If you Google
14  it, you're going to write down First Health and when
15  you see the options that it says First Health dot
16  Coventry Health, that's the one. You can log in and
17  you can write down your --
18      TRUDY SLAWSON: Okay.
19      NELLY: -- zip code and see all of the
20  providers that you're going to have close to you,
21  okay? This is --
22      TRUDY SLAWSON: Okay.
23      NELLY: This is one of the largest PPO
24  network in the country with more than a million health
25  care providers on the contract. You and your husband

**11**

1  are going to receive doctor visits, diagnostic testing
2  for blood and lab. three different options for
3  medication, medical, surgical, hospital coverage, and
4  something that is very important is that this plan
5  have no deductible, this plan have no period for
6  accidental benefits, no claims form to file and no
7  limit on the plan usage within the First Health and,
8  again, zero deductible.
9      Let me ask you, are you taking any
10  medications right now?
11      TRUDY SLAWSON: Right now, ████████
12  ███████████████████████
13      NELLY: That is for what?
14      TRUDY SLAWSON: That's for ████████.
15      NELLY: Oh, okay. Only one -- each one of
16  you? That's it? Only one medication?
17      TRUDY SLAWSON: Yep.
18      NELLY: Okay.
19      TRUDY SLAWSON: Yeah.
20      NELLY: And that medication is generic or it
21  is name brand?
22      TRUDY SLAWSON: It's -- I think it's a name
23  brand.
24      NELLY: Okay.
25      TRUDY SLAWSON: That's a brand name, but,

**12**

1  you know, I think it's available in a generic.
2      NELLY: Okay.
3      TRUDY SLAWSON: But I'm not sure.
4      NELLY: Don't worry.
5      TRUDY SLAWSON: But I don't care. I would
6  take the generic for (inaudible).
7      NELLY: Okay. And have --
8      TRUDY SLAWSON: It doesn't matter to me.
9      NELLY: Have been you been denied for any
10  health insurance?
11      TRUDY SLAWSON: No.
12      NELLY: Do you smoke?
13      TRUDY SLAWSON: No.
14      NELLY: Okay. And you're moving. And how
15  many times average do you visit the doctor in a year,
16  more or less?
17      TRUDY SLAWSON: I don't know. Three.
18      NELLY: Three? Okay, no problem. Okay.
19  Let me tell you the -- the premium that I got for you
20  and your husband is only 238 with 71 cents. This is
21  with dental and vision included, 238 with 71 cents
22  with dental and vision included. This is a nationwide
23  insurance which means that if you move inside the
24  United States territories you still covered. You
25  don't need to cancel your insurance, okay?

3 (Pages 9 to 12)

MILLER ATTACHMENT F
Page 4 of 11

PX 23
Page 101 of 199

**Telephone Conversation between Trudy Slawson and Nelly**

Simple Health Plans

12/5/2016

---

13

1     TRUDY SLAWSON: Okay, good.
2     NELLY: There's one enrollment fee that is
3 only 155. This enrollment fee ensures that your
4 premium is not going to increase. For example, in
5 your case, I already have ██, right? That's your age,
6 right?
7     TRUDY SLAWSON: ██████, yep.
8     NELLY: You only need ████ years' coverage
9 because at ██ you are already covered by Medicaid.
10 That means that --
11     TRUDY SLAWSON: Right.
12     NELLY: -- within those ██ years, if you
13 keep your insurance, they not going to increase your
14 premium if you decide to stay with it, okay?
15     TRUDY SLAWSON: Okay. All right.
16     NELLY: And another thing is that this is
17 multi-base insurance. What this means is that if at
18 any point of your -- you decide that you want to
19 cancel, you can cancel it without any penalty. Let me
20 explain you --
21     TRUDY SLAWSON: Okay.
22     NELLY: -- how this insurance work. And
23 when you visit a doctor, you choose anybody that is
24 under the PPO network. Believe me, there is a
25 thousand of places that you can go and you're going to

---

14

1 be paying --
2     TRUDY SLAWSON: Okay.
3     NELLY: -- from zero up to 50. You will
4 never pay more than $50 to see a doctor, okay?
5     TRUDY SLAWSON: Okay.
6     NELLY: Let's suppose you need to go to the
7 hospital. I told you that this plan have no
8 deductible. When a plan have deductible, what that
9 means is that you have to pay thousand of dollars from
10 your pocket before start receiving benefits from the
11 insurance. In this case, those don't work in that
12 way. This is for -- called first dollar coverage
13 plan, which means that the plan cover you from the
14 moment you enter in the hospital. The PPO network
15 take care of the entire bill. They reprice that and
16 then they send you what they call the cash benefit to
17 cover the rest. At the end, what you pay is less than
18 if you have a very high deductible. You never pay
19 anything --
20     TRUDY SLAWSON: Okay.
21     NELLY: -- up-front. You can use this
22 insurance --
23     TRUDY SLAWSON: Okay.
24     NELLY: -- inpatient and outpatient facility
25 and, again, nationwide.

---

15

1 Prescriptions --
2     TRUDY SLAWSON: Okay.
3     NELLY: -- if you buy name brand
4 prescriptions, there's a copayment that it can be up
5 to $35. If you decide to buy generic, it going to run
6 from $4 up to $12. For example, in my case that I
7 have high blood pressure, I buy my generic and I only
8 pay $10 for a three-month supplement.
9     TRUDY SLAWSON: Okay.
10     NELLY: You can go to Walmart, CVS and also
11 request it by mail. Then the --
12     TRUDY SLAWSON: Oh, okay.
13     NELLY: Mm-hmm. Dental, dental is with
14 Dentemax. Write it down. D like David, E like
15 Edward, N like Nancy, T like Thomas, E like Edward,
16 Max. M-A-X. Dentemax. Very easy. You write down
17 Dentemax in Google, providers, and with your zip code,
18 you can see all of the places that you can go and use
19 your insurance.
20     And vision is with Eyemed, eye like Eye. E-
21 Y-E-M-E-D, the same thing. With the zip code, it
22 allows you to see all of the places that you can use
23 your insurance.
24     Another thing that is important to you know
25 -- to know is that after you make your payment, you

---

16

1 receive by email the policy. Now, you have ten days
2 to go over the policy, review your policy. If at the
3 end of ten days it's not the right insurance for you,
4 they refund 100 percent of your money. You have ten
5 days to do that, okay?
6     TRUDY SLAWSON: Okay.
7     NELLY: Do you have any questions?
8     TRUDY SLAWSON: So ten days to review it?
9     NELLY: Mm-hmm, ten days to review, and if
10 you decide to cancel, they refund your money. If
11 after that --
12     TRUDY SLAWSON: Okay. So --
13     NELLY: -- like I said (inaudible) if you
14 decide to cancel, you can do it. There's no penalty.
15 But in order to get your money back, it has to be in
16 that period of ten days, okay?
17     TRUDY SLAWSON: Okay. I see. Okay. So then
18 -- okay, so now you are aware that we don't need it
19 until January the 1st, though, is that right?
20     NELLY: We can --
21     TRUDY SLAWSON: You know that?
22     NELLY: -- yes, we can postdate it. What we
23 do is we make the effective date for January 1st. But
24 let's suppose you want to review the policy before.
25 You can make the payment before, you can review the

---

4 (Pages 13 to 16)

MILLER ATTACHMENT F
PAGE 5 of 11

Telephone Conversation between Trudy Slawson and Nelly

Simple Health Plans

12/5/2016

### 17

1  policy. If you decide to keep it, great, by January
2  1st, you're going to be covered. If you decide to
3  cancel, then you have time enough to cancel and find
4  another insurance.
5      TRUDY SLAWSON: Okay. Okay. Can I just get
6  you to hold on for a minute?
7      NELLY: Yes. Why not.
8      TRUDY SLAWSON: And I'm going to just -- I'm
9  just going to ask -- I'm just going to run this by my
10 husband real quick.
11     NELLY: No problem. I will (inaudible) --
12     TRUDY SLAWSON: How would you -- how would
13 you want -- and the payment would be made how? Just
14 by credit card?
15     NELLY: Okay. The first --
16     TRUDY SLAWSON: Can I put it on --
17     NELLY: Yes. The first payment has to be
18 done with credit card. If after that you would like
19 to pay with check, you just have to call them and let
20 them know that you want to pay with your -- with your
21 checking account. It's done automatic. They're going
22 to charge you from the same credit card.
23     TRUDY SLAWSON: Okay. So -- okay, just hold
24 on one second, okay?
25     NELLY: Yes, ma'am. No problem. I will.

### 18

1      (Pause.)
2      TRUDY SLAWSON: So I'm just telling my
3  husband that the premium is going to be 238.71.
4      NELLY: That is correct.
5      TRUDY SLAWSON: And that's a month.
6      NELLY: Mm-hmm.
7      TRUDY SLAWSON: And that -- it includes
8  dental and vision.
9      NELLY: And vision, mm-hmm.
10     TRUDY SLAWSON: And it costs $155 to enroll.
11     NELLY: That is correct.
12     TRUDY SLAWSON: And then you can cancel it
13 without penalty.
14     NELLY: Mm-hmm.
15     TRUDY SLAWSON: And it is -- there's no
16 extra charge for -- like we might have to pay --
17     UNIDENTIFIED MALE: No copayment.
18     TRUDY SLAWSON: -- there's no copay. We pay
19 $30 for the doctor. Was that right? Anywhere from 30
20 to 50 for the doctor's visits?
21     NELLY: From zero up to 50. It can be zero,
22 it can be 50 -- it can be zero, 10, 20, up to 50, no
23 more than $50.
24     TRUDY SLAWSON: Right. Okay. And then --
25     UNIDENTIFIED MALE: So that's dental,

### 19

1  medical or --
2      TRUDY SLAWSON: Yes, dental and medical.
3  And then it covers all the lab work that we need to
4  have done.
5      NELLY: Yeah, that is preventing here.
6      TRUDY SLAWSON: And it covers --
7      NELLY: Mm-hmm.
8      TRUDY SLAWSON: Yes. And the medical
9  surgeries, there's no deductible.
10     NELLY: There's no deductible.
11     TRUDY SLAWSON: And no -- I can't read my
12 writing here. No --
13     NELLY: (Laughter.) I can't read my
14 writing.
15     TRUDY SLAWSON: Son of a gun, I can't read
16 it here.
17     NELLY: (Laughter.)
18     TRUDY SLAWSON: What were the other things?
19     NELLY: (Laughter.)
20     TRUDY SLAWSON: There's no -- no claim and
21 no --
22     NELLY: That's funny.
23     TRUDY SLAWSON: Sorry, okay. And then so
24 what we can do is we can choose a doctor.
25     UNIDENTIFIED MALE: A doctor.

### 20

1      TRUDY SLAWSON: And then if we have to go to
2  the hospital, it's from the first dollar of coverage.
3  So that means that we don't pay anything extra.
4      UNIDENTIFIED MALE: What about
5  prescriptions?
6      TRUDY SLAWSON: Prescriptions, we get -- the
7  generic ones are like $4 up to $10 per prescription.
8  And so -- so I think we should do this.
9      UNIDENTIFIED MALE: Sure, yeah.
10     TRUDY SLAWSON: Okay, yeah.
11     UNIDENTIFIED MALE: Do we need a U.S.
12 account?
13     TRUDY SLAWSON: Well, no, because I can -- I
14 can pay it with my credit card, right?
15     NELLY: Yes, that is correct.
16     TRUDY SLAWSON: And it will be billed in
17 American dollars.
18     NELLY: That is correct.
19     TRUDY SLAWSON: Yeah.
20     NELLY: Mm-hmm.
21     TRUDY SLAWSON: And then -- okay. And then
22 just to verify --
23     NELLY: Mm-hmm.
24     TRUDY SLAWSON: -- once we get there -- so
25 we're going to be covered and once we get there, then

5 (Pages 17 to 20)

MILLER ATTACHMENT F
Page 6 of 11

Telephone Conversation between Trudy Slawson and Nelly

Simple Health Plans

12/5/2016

21

1   we have to notify -- we'll get a -- well, first of
2   all, we'll get an email to outline the policy.
3        NELLY: That is correct.
4        TRUDY SLAWSON: Then once -- okay. And then
5   we have ten days to review it.
6        NELLY: That is correct.
7        TRUDY SLAWSON: And if we're not happy with
8   it, then we can cancel it.
9        NELLY: That is completely right.
10        TRUDY SLAWSON: Now, can I cancel it just --
11   okay, so if I -- I just don't want to get caught
12   saying, oh, well, now I have to cancel it, that means
13   I have to, you know, jump through 15 hoops to cancel
14   something. I want to be able to just send an email to
15   cancel it. Is that okay if I do --
16        NELLY: Yes.
17        TRUDY SLAWSON: -- want to cancel it?
18        NELLY: That is correct.
19        TRUDY SLAWSON: Okay, good.
20        NELLY: They're going to -- they're going to
21   send you the information. It can be by phone, it can
22   be by email or if you don't submit the payment
23   automatic, they -- they cancel your insurance.
24   Remember that health insurance basically if you don't
25   make the payment in the month, they cancel it.

22

1        TRUDY SLAWSON: Okay. And then -- so if I
2   wanted to pay it by credit card every month, I could?
3        NELLY: That is correct.
4        TRUDY SLAWSON: Is that right?
5        NELLY: For example, if you submit now a
6   credit card number and you don't make any change,
7   they're going to charge from the same credit card all
8   of the time. If you don't want them to --
9        TRUDY SLAWSON: Oh.
10        NELLY: -- charge from this credit card,
11   then you have to let them know, change the account or
12   whatever you decide to do. It's done automatic.
13   They're going to charge from the same credit card.
14        TRUDY SLAWSON: Okay, okay. No, that's okay
15   because that means that I don't have to rush and
16   change anything.
17        NELLY: No.
18        TRUDY SLAWSON: I can take a couple of
19   months even to change it if I need to. Okay.
20        NELLY: That is correct.
21        TRUDY SLAWSON: All right, so we'll do this.
22        TRUDY SLAWSON: What would be the email address that
23   you want to use in order to receive the policy?
24        TRUDY SLAWSON: It's going to be
25   ▮▮▮▮▮▮@gmail.com.

23

1        NELLY: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
2   ▮▮▮▮▮▮▮▮▮?
3        TRUDY SLAWSON: Yes. ▮▮▮▮▮▮▮▮▮▮
4   ▮▮▮
5        NELLY: Mm-hmm.
6        TRUDY SLAWSON: -- ▮▮▮▮▮▮▮▮▮▮
7   @gmail.com.
8        NELLY: Gmail.com. Do you already have an
9   address in Arizona or you don't?
10        TRUDY SLAWSON: Yes.
11        NELLY: You do? Okay.
12        TRUDY SLAWSON: Yes, we do.
13        NELLY: Perfect.
14        TRUDY SLAWSON: It's -- do you want it?
15        NELLY: Okay, because when you're going to
16   make the payment in order to review the policy,
17   remember that you can make the payment today if you
18   want and it's going to be effective, your insurance,
19   for January. That payment that you submit today is
20   going to be from January 1st to February 1st. The
21   next payment will be in February. But if you submit
22   the payment --
23        TRUDY SLAWSON: Right.
24        NELLY: -- today, today they send you the
25   policy.

24

1        TRUDY SLAWSON: Yeah, I'll pay today.
2        NELLY: Okay, let me -- what is your mailing
3   address because they send you by mail everything in
4   around seven days, okay?
5        TRUDY SLAWSON: Okay. It's ▮▮▮▮ --
6        NELLY: Mm-hmm.
7        TRUDY SLAWSON: -- ▮▮▮▮▮▮▮▮▮▮▮
8        NELLY: How you spell that?
9        TRUDY SLAWSON: ▮▮▮▮▮▮▮▮▮▮▮
10        NELLY: Mm-hmm.
11        TRUDY SLAWSON: Second word is ▮▮▮▮▮▮
12   ▮▮▮▮
13        NELLY: Perfect.
14        TRUDY SLAWSON: Way.
15        NELLY: Mm-hmm.
16        TRUDY SLAWSON: Oro Valley, Arizona.
17        NELLY: And the zip code?
18        TRUDY SLAWSON: 85755.
19        NELLY: Got it. Okay, because here it was
20   saying Tucson, Arizona. Then it's not Tucson then?
21   It's Oro Valley? Okay.
22        TRUDY SLAWSON: Well, it's -- yeah, it's
23   just a sub -- subsidy of -- a suburb of Tucson.
24        NELLY: Okay, no problem, ma'am.
25        TRUDY SLAWSON: It's kind of all in that

6 (Pages 21 to 24)

MILLER ATTACHMENT F
Page 7 of 11

Telephone Conversation between Trudy Slawson and Nelly

Simple Health Plans                                              12/5/2016

25

1  same area.
2        NELLY:  And the residential address is the
3  same?
4        TRUDY SLAWSON:  Yes.
5        NELLY:  Okay.  And let me check -- okay.
6  What is the credit card that you're going to use to
7  make this payment?
8        TRUDY SLAWSON:  It's a Visa card.
9        NELLY:  Mm-hmm.
10       TRUDY SLAWSON:  And the -- you want the
11 number?
12       NELLY:  Please.
13       TRUDY SLAWSON:  Okay.  It's XXXX.
14       NELLY:  Mm-hmm.
15       TRUDY SLAWSON:  XXXX.
16       NELLY:  Mm-hmm.
17       TRUDY SLAWSON:  XXXX.
18       NELLY:  Mm-hmm.
19       TRUDY SLAWSON:  XXXX.
20       NELLY:  Let me repeat it for you.  XXXX XXXX
21 XXXX XXXX.
22       TRUDY SLAWSON:  Correct.
23       NELLY:  And the expiration date?
24       TRUDY SLAWSON:  It's -- is XXXX.
25       NELLY:  XXXX.  And the three on the back?

27

1        NELLY:  Mm-hmm.
2        TRUDY SLAWSON:  Zero, V as in Victor, zero.
3        NELLY:  Wow, very interesting.
4        TRUDY SLAWSON:  I know it looks weird.
5        NELLY:  This is the first time.
6        TRUDY SLAWSON:  Very (inaudible).  Yeah,
7  yeah.
8        NELLY:  I went once to Canada because my
9  brother used to live in Massena, New York, and it was
10 very in the north.
11       TRUDY SLAWSON:  Oh, yeah, yeah.
12       NELLY:  I went with my mom.  It was
13 beautiful, but it was cold for us that are not used
14 for the cold.  It was cold.
15       TRUDY SLAWSON:  Oh, yeah, yeah.  Well, it's
16 really cold here today, so, yeah.
17       NELLY:  All right, let me -- let me check
18 one second the address because the system is not
19 allowing me.  Give me just one second.  Don't hang up,
20 please.
21       TRUDY SLAWSON:  Okay, yeah, no.
22       (On hold.)
23       NELLY:  Hello.
24       TRUDY SLAWSON:  Hi.
25       NELLY:  Okay.  After me, the next step is

26

1        TRUDY SLAWSON:  XXX.
2        NELLY:  And the address that is in your
3  credit card?
4        TRUDY SLAWSON:  It's              ,
5  Coalhurst, Alberta.
6        NELLY:  How you spell that?
7        TRUDY SLAWSON:  Coalhurst, C-O-A-L-H-U-R-S-
8  T.
9        NELLY:  Mm-hmm.
10       TRUDY SLAWSON:  Alberta, Canada.
11       NELLY:  And the zip code?
12       TRUDY SLAWSON:  T0L --
13       NELLY:  Aye, it's with letters?
14       TRUDY SLAWSON:  Yeah, yeah.
15       NELLY:  (Laughter.)  I said, something is
16 wrong.  Our zip codes are all --
17       TRUDY SLAWSON:  Yeah, no, it's --
18       NELLY:  (Laughter.)
19       TRUDY SLAWSON:  I know, your zip -- yeah,
20 the zip codes are all numbers.  Here it's a mixture of
21 numbers and letters, so it's T0 --
22       NELLY:  Okay.
23       TRUDY SLAWSON:  Tango, zero --
24       NELLY:  Mm-hmm.
25       TRUDY SLAWSON:  L as in Lima.

28

1  that I have to transfer your call to verification.  In
2  my system, the system didn't allow me to write down
3  the address from Canada.  What we going to do is when
4  I transfer your call to verification, you're going to
5  let them know that the credit card that you have have
6  a mailing address from Canada and that way they can
7  swipe it and write down the right address, okay?
8  Because in my case --
9        TRUDY SLAWSON:  Okay.
10       NELLY:  -- the system didn't allow me to
11 write it down.
12       TRUDY SLAWSON:  Oh, okay.
13       NELLY:  Do you have a middle initial?
14       TRUDY SLAWSON:  I'm sorry, what was -- T.
15       NELLY:  Okay.
16       TRUDY SLAWSON:  T as in tango.
17       NELLY:  Okay.
18       TRUDY SLAWSON:  Or T for Theresa.
19       NELLY:  You want me to write it down with
20 the --
21       TRUDY SLAWSON:  Hey, I --
22       NELLY:  Yes, ma'am.
23       TRUDY SLAWSON:  No, it's okay.  What -- what
24 is your name again?  I'm sorry.
25       NELLY:  My name is Nelly, N-E-L-L-Y.  And my

7 (Pages 25 to 28)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Telephone Conversation between Trudy Slawson and Nelly

Simple Health Plans

12/5/2016

---

### 29

1  direct phone number is 1-800 --
2  TRUDY SLAWSON: 1-800.
3  NELLY: -- 594 --
4  TRUDY SLAWSON: 594.
5  NELLY: -- 4046. And my extension is 1738.
6  We are Simple Health. We are the brokers.
7  TRUDY SLAWSON: Okay, you're the brokers.
8  Okay.
9  NELLY: Mm-hmm. Let me tell you why this
10  insurance is so affordable. It's very important for
11  you to know because, believe me, it's not easy to get
12  an affordable insurance. This insurance is affordable
13  because we don't cover three things. Let me tell you
14  what. We don't cover maternity.
15  TRUDY SLAWSON: Okay.
16  NELLY: If that's important to you guys --
17  TRUDY SLAWSON: No, no.
18  NELLY: (Laughter.) No, right?
19  TRUDY SLAWSON: I think we're -- we're past
20  that, thank goodness.
21  NELLY: Okay. That means that you don't
22  need to pay something that you're not going to use.
23  The other thing that the insurance doesn't cover is
24  mental health. If you have to stay overnight in a
25  mental health clinic, they don't pay for the clinic.

---

### 30

1  If you need to go to a psychologist, psychiatric,
2  that's not a problem. The only thing that they don't
3  pay --
4  TRUDY SLAWSON: Okay.
5  NELLY: -- is if you have to -- overnight in
6  a mental health clinic. And the same thing with
7  rehab. If you're having problems with alcohol and
8  drugs, you can go to a clinic day time. But if you
9  have to stay in a rehab clinic, they don't pay for
10  that overnight. Those are three things that this
11  insurance doesn't cover. That's why it's so
12  affordable.
13  TRUDY SLAWSON: Okay.
14  NELLY: It's not a major insurance because
15  of those three reasons, okay?
16  TRUDY SLAWSON: Okay. No, that's good.
17  Yeah, that's fine.
18  NELLY: Okay. And what else? This is not
19  Obamacare. This is not -- this is a private
20  insurance. It's a health insurance. It's not a
21  discount plan, okay?
22  TRUDY SLAWSON: Okay.
23  NELLY: Let's see what else I need from you.
24  I think I have everything. Okay, you want me to set
25  up this for January 1st.

---

### 31

1  TRUDY SLAWSON: Yes.
2  NELLY: Give me just one second. Remember
3  that the second payment is going to be for February
4  1st, okay?
5  TRUDY SLAWSON: Right.
6  NELLY: It's important to you to know that
7  as soon as you receive your package by email, you
8  print out your ID card. If, God forbid, something
9  happens to you or your husband on January 1st, you can
10  go to an urgent care, an emergency room. The only
11  thing that you have to wait 30 days --
12  TRUDY SLAWSON: Okay.
13  NELLY: -- is just for a regular
14  appointment. Let's suppose you just said, okay, I
15  want to go to a doctor just to get prescriptions or
16  just to make a regular checkup. For that, you need to
17  wait 30 days. That means that you can go on February
18  1st.
19  TRUDY SLAWSON: Okay.
20  NELLY: But if you have an emergency of an
21  accident, it's immediately available. By January 1st,
22  you can use that, okay? The same thing with --
23  TRUDY SLAWSON: Okay.
24  NELLY: -- dental and vision. Dental and
25  vision are immediately available. The only thing that

---

### 32

1  you have to wait is just for the regular -- for a
2  regular checkup.
3  TRUDY SLAWSON: Okay.
4  NELLY: Okay, let me --
5  TRUDY SLAWSON: Well, we don't -- yeah, we
6  just had checkups here and --
7  NELLY: Perfect.
8  TRUDY SLAWSON: Yeah, everything is great.
9  NELLY: Perfect. 2017. Let's see. Okay,
10  this is all set already. First of all,
11  congratulations. You got a good PPO insurance.
12  They're going to help you during these two years.
13  That's if you only need an insurance for two years.
14  The next --
15  TRUDY SLAWSON: Yeah.
16  NELLY: -- thing will be to transfer your
17  call to verification. They are going to read a
18  script. What this means is that certain things are
19  going to apply for you guys. For example, you don't
20  have any preexisting conditions, but they have to go
21  over that because it's a script. They have to read
22  the same thing to everybody, okay? They're going to
23  let you know --
24  TRUDY SLAWSON: Okay.
25  NELLY: -- that this is not a major

---

8 (Pages 29 to 32)

MILLER ATTACHMENT F
Page 9 of 11

Telephone Conversation between Trudy Slawson and Nelly

## Simple Health Plans

12/5/2016

---

33

1  insurance because the three reason that I gave you.
2      TRUDY SLAWSON: Right.
3      NELLY: This is not an ACA, it's not
4  Obamacare. They going to go over the payments. When
5  you see your statement, you're going to see two
6  amounts. You're going to see the amount that belongs
7  to the health insurance and the amount that belongs to
8  the dental and health. But at the end, it's only 238
9  with 71 cents, okay?
10     TRUDY SLAWSON: Okay.
11     NELLY: They're going to let you know that
12  you're going to receive by email the information, but
13  in seven to ten days, you will receive the package
14  with everything, okay? Also, okay, this is not a
15  discount plan. It's a health insurance and it's a PPO
16  that you can choose any doctor. You don't need any
17  referrals to visit a specialist. And if you have any
18  question, at the end, let them know to transfer your
19  call back to us. They are not insurance agents. They
20  just read a script. If at the end of the verification
21  you have any question about anything that they tell
22  you that you don't understand, tell them, could you
23  please transfer your call back to the agent and they
24  transfer your call back to us and it's going to be a
25  pleasure to help you, okay?

---

34

1      TRUDY SLAWSON: Okay.
2      NELLY: Do you have any question before I
3  transfer your call to verification? They are the one
4  that go over -- please let them know about the address
5  of the credit card, okay? Let them know that I --
6      TRUDY SLAWSON: Yes. Now, you --
7      NELLY: -- I couldn't write down the address
8  from Canada, that they have to do it, okay?
9      TRUDY SLAWSON: Okay. Now, you mentioned
10  that they are -- they are working off a script. Is
11  that right?
12     NELLY: Yes, they're going to read a script.
13  the phone script.
14     TRUDY SLAWSON: Okay.
15     NELLY: They're going to read exactly the
16  same to you that they read to everybody. But if
17  there's something that they mention --
18     TRUDY SLAWSON: Okay.
19     NELLY: -- that you said, okay, what is
20  this, at the end, let them know, could you please
21  transfer your call back and then we go over, okay?
22     TRUDY SLAWSON: Okay. Nelly, another thing,
23  too.
24     NELLY: Yes.
25     TRUDY SLAWSON: I was just wondering, you

---

35

1  were saying something about a -- if they mention a pre
2  -- a preexisting condition. Is that what -- is that
3  what you were saying?
4      NELLY: Yes, they -- yes, they going to read
5  something that is called (inaudible) preexisting
6  clause. This is just for people that have preexisting
7  condition. What you have ███████████, that is
8  only ████████████. They -- the preexisting
9  condition are things that have happened in the last 12
10  months. For example, if you had an accident within
11  the last three months, that is a preexisting thing.
12  If you had a heart attack, if you've been diagnosed
13  with thyroid or asthma during the last 12 months.
14     TRUDY SLAWSON: Oh, okay. I see what you're
15  -- okay.
16     NELLY: Mm-hmm.
17     TRUDY SLAWSON: So I just say no because --
18  okay.
19     NELLY: No, what they're going to explain
20  to you is the preexisting clause that they going
21  to said that, for example, if a person have a
22  preexisting condition, you can be covered because it's
23  (inaudible) --
24     TRUDY SLAWSON: Oh, a persistent condition?
25     NELLY: Preexisting.

---

36

1      TRUDY SLAWSON: Okay.
2      NELLY: What they going to say that is they
3  hold the benefit for 12 months. The person have the
4  right to use the insurance, but the benefit that they
5  receive for that preexisting condition are not 100
6  percent until a year. But in your case, those don't
7  apply because you don't have any.
8      TRUDY SLAWSON: Okay.
9      NELLY: But they have to go over, okay?
10     TRUDY SLAWSON: Right. Okay, okay.
11     NELLY: Like I said, if at the end you have
12  a question, let them know to transfer your call back
13  to us and -- it was a pleasure. If you have any
14  person that need any insurance, feel free to let them
15  know about us and --
16     TRUDY SLAWSON: Okay.
17     NELLY: -- happy holidays.
18     TRUDY SLAWSON: Thank you. You, too.
19     NELLY: It was a pleasure assisting you.
20  Let me transfer your call to them.
21     TRUDY SLAWSON: Thank you.
22     NELLY: And like I said --
23     TRUDY SLAWSON: Okay.
24     NELLY: -- feel free to let them know to
25  transfer your call back to us if you're still having

---

9 (Pages 33 to 36)

MILLER ATTACHMENT F
Page 10 of 11

Telephone Conversation between Trudy Slawson and Nelly

## Simple Health Plans

12/5/2016

---

37

1  any question at the end, okay?
2       TRUDY SLAWSON:  Okay.  Thank you so much,
3  Nelly.
4       NELLY:  Have a great day.  It was a
5  pleasure.  Let me transfer your call.
6       TRUDY SLAWSON:  Thank you.  Bye-bye.
7       (The call was concluded.)
8       (The recording was concluded.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

38

1            CERTIFICATE OF TRANSCRIPTIONIST
2
3
4       I, Elizabeth M. Farrell, do hereby certify
5  that the foregoing proceedings and/or conversations
6  were transcribed by me via CD, videotape, audiotape or
7  digital recording, and reduced to typewriting under my
8  supervision; that I had no role in the recording of
9  this material; and that it has been transcribed to the
10  best of my ability given the quality and clarity of
11  the recording media.
12       I further certify that I am neither counsel
13  for, related to, nor employed by any of the parties to
14  the action in which these proceedings were
15  transcribed; and further, that I am not a relative or
16  employee of any attorney or counsel employed by the
17  parties hereto, nor financially or otherwise
18  interested in the outcome of the action.
19
20
21  DATE:  5/2/2018
22            ELIZABETH M. FARRELL, CERT
23
24
25

---

10 (Pages 37 to 38)

MILLER ATTACHMENT F
Page 11 of 11

PX 23
Page 108 of 199

# Miller Attachment G

PX 23
Page 109 of 199

# In the Matter of:

## Simple Health Plans

*April 24, 2018*
*WS330372*

### Condensed Transcript with Word Index



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**3**

FEDERAL TRADE COMMISSION

OFFICIAL TRANSCRIPT PROCEEDING

FEDERAL TRADE COMMISSION

MATTER NO.      1723148

TITLE          SIMPLE HEALTH PLANS

DATE           RECORDED:   APRIL 24, 2018
               TRANSCRIBED:  MAY 2, 2018

PAGES          1 THROUGH 99

WS330372

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

---

1   FEDERAL TRADE COMMISSION
2
3   In the Matter of:              )
4   Simple Health Plans           )  Matter No. 1723148
5                                  )
6   ------------------------------)
7                                  April 24, 2018
8
9
10
11
12       The following transcript was produced from a
13  digital file provided to For The Record, Inc. on April
14  25, 2018.
15
16
17
18
19
20
21
22
23
24
25

---

**2**

1   FEDERAL TRADE COMMISSION
2              I N D E X
3
4   RECORDING:                            PAGE:
5   WS330372                                 4
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

**4**

1           P R O C E E D I N G S
2               -  -  -
3              WS330372
4       MR. MENJIVAR:  This is Roberto Menjivar.  I
5   am an investigator at the Federal Trade Commission
6   Midwest Region in Chicago, Illinois, and this is a
7   recording session.  Today is Tuesday, April 24, 2018,
8   and the time is approximately 2:43 p.m. Central time.
9   I will be calling Simple Health Plans.  The telephone
10  number is 1-888-883-1831.  I will be using the name
11  ██████████  ████████  and posing
12  as a potential customer.
13
14       UNIDENTIFIED MALE:  Thank you for calling
15  PremiumHealthQuote.com.  Are you looking for an
16  individual or a family plan today?
17       MR. MENJIVAR:  Yes, I'm looking for an
18  individual plan.
19       UNIDENTIFIED MALE:  Okay.  Can you budget
20  $150 a month for your health insurance?
21       MR. MENJIVAR:  Yes, I can.
22       UNIDENTIFIED MALE:  Are you looking to begin
23  your coverage in the next 30 days?
24       MR. MENJIVAR:  Yes.
25       UNIDENTIFIED MALE:  May I please have your

---

1 (Pages 1 to 4)

MILLER ATTACHMENT G
Page 2 of 26

WS330372

⁻imple Health Plans

**5**

1  first and last name?
2  MR. MENJIVAR: Yes, my name is ▮▮▮
3  ▮▮▮
4  UNIDENTIFIED MALE: The name of the city and
5  the state that you reside in?
6  MR. MENJIVAR: I live in ▮▮▮,
7  ▮▮▮
8  UNIDENTIFIED MALE: And your zip code?
9  MR. MENJIVAR: ▮▮▮
10  UNIDENTIFIED MALE: Thank you. Also your
11  date of birth?
12  MR. MENJIVAR: My date of birth is March
13  3rd, 1968.
14  UNIDENTIFIED MALE: Thank you. I'm going to
15  place you on a brief hold while I get the health
16  insurance agent on the line for you, okay ▮▮▮?
17  MR. MENJIVAR: Okay.
18  UNIDENTIFIED MALE: Please hold.
19  MR. MENJIVAR: Thank you.
20  UNIDENTIFIED MALE: You're very welcome.
21  (On hold.)
22  UNIDENTIFIED MALE: Thank you so much for
23  the holding time, ▮▮▮ I have Peter on the line
24  and he's going to assist you from now on. Have a good
25  rest of the day (inaudible). Bye-bye.

**6**

1  MR. MENJIVAR: Okay, thank you.
2  UNIDENTIFIED MALE: You're very welcome.
3  Bye-bye.
4  PETER: Hi, this is Peter with Simple
5  Health. How are you doing today?
6  MR. MENJIVAR: I'm well. I'm sorry, what
7  was your name again?
8  PETER: My name is Peter, sir.
9  MR. MENJIVAR: Judith?
10  PETER: Yes, my name is Peter and I'm your
11  licensed representative. I'm going to be helping you
12  with your application today.
13  MR. MENJIVAR: Oh, okay. Junior? You mean
14  Junior? Junior? Okay, gotcha, sorry.
15  PETER: (Inaudible) so are you currently
16  insured?
17  MR. MENJIVAR: I am not.
18  PETER: And do you have any preexisting
19  medical conditions?
20  MR. MENJIVAR: I got -- yes, I do. I have
21  some -- I have high cholesterol, I have type 2
22  diabetes and high blood pressure, man. You know, I'm
23  a bit of a mess here.
24  PETER: Oh, I'm sorry to hear about that,
25  sir. And how many medications are you taking, generic

**7**

1  or name brand?
2  MR. MENJIVAR: I'm taking about three
3  medications. One of them is Victoza, which is for my
4  type 2 diabetes. The other one is the Atorvastatin or
5  -- you know, these prescriptions have weird names,
6  man. It's for high cholesterol. And then the other
7  one is Li -- Lisinopril, which is for high blood
8  pressure.
9  PETER: All right. And are you a smoker or
10  tobacco user?
11  MR. MENJIVAR: I'm sorry, I didn't hear you.
12  PETER: Are you a smoker or tobacco user?
13  MR. MENJIVAR: No, no, I'm not.
14  PETER: Have you ever been denied for health
15  insurance?
16  MR. MENJIVAR: No.
17  PETER: And what aspects of your health
18  insurance are most important to you?
19  MR. MENJIVAR: Well, you know, I'm looking
20  for something that's going to help me with these three
21  -- these three prescriptions. They're pretty --
22  they're pretty expensive. And I'm also -- I want
23  something that -- that, you know, the premiums aren't
24  too high, that are affordable and that the deductibles
25  are -- you know, they're not too high. I've been

**8**

1  looking around at some of these health insurance
2  programs and, you know, it just seems really expensive
3  and it's just complicated. But I need something that
4  I could go see my doctor, you know, routinely that
5  covers my -- my medication and, you know, my annual
6  physical, and that's pretty much it.
7  PETER: Okay, sir. So I think I know
8  exactly what you're looking for then. We are going to
9  find you a PPO. That way, you can keep your own
10  doctors and hospitals
11  MR. MENJIVAR: Now, I had -- so -- so I had
12  Blue Cross Blue Shield and that was like a PPO. So
13  I'm not sure -- I don't know what that -- what that
14  was, but I know when I had Blue Cross Blue Shield, you
15  know, I could visit my doctor and had to pay like a
16  small copay of $30 and then my prescriptions all were,
17  you know, under $20. So is that -- is that -- is that
18  something -- you said like you could find an insurance
19  that's a PPO insurance. Is that the -- what does that
20  mean, I guess?
21  PETER: Well, PPO, that stands for preferred
22  provider organization, sir. That means you can choose
23  your own doctors and hospitals without a referral to
24  see a specialist.
25  MR. MENJIVAR: Okay. Is that the same thing

2 (Pages 5 to 8)

WS330372

Simple Health Plans

4/24/2018

---

**9**

1  like the Blue Cross Blue Shield?
2      PETER: Yes, sir, I believe Blue Cross does
3  offer PPOs as well. But just to give you an idea,
4  sir, do you know what's affordable for you on a
5  monthly basis?
6      MR. MENJIVAR: I'm sorry, can you repeat
7  that?
8      PETER: Do you know what's affordable for
9  you, sir, on a monthly basis?
10     MR. MENJIVAR: Yeah, man, I'm looking for
11 something that's like $300 or less with a low
12 deductible. So I've been unemployed for about -- I
13 guess I'm approaching six weeks now, five to six
14 weeks. So I've been unemployed for two months. I
15 don't have health insurance. So I'm looking for
16 something that's under $300 with a -- with, you know,
17 a low copay or a low deductible.
18     PETER: All righty, sir. And if I'm able to
19 find you a plan that meets your needs and budget, when
20 do you want your plan to start?
21     MR. MENJIVAR: Today. I mean, if I can
22 enroll today --
23     PETER: All righty.
24     MR. MENJIVAR: -- that would be great.
25 Because, like I said, these pills -- so the type 2

---

**11**

1      MR. MENJIVAR: Hello?
2      PETER: Yes, sir. Thank you for holding.
3      MR. MENJIVAR: Yeah.
4      PETER: All righty. So I have some great
5  news for you. It looks like based upon your
6  application, I was able to get you approved with a
7  health insurance plan in the state.
8      MR. MENJIVAR: In the state of Georgia,
9  right?
10     PETER: Yes, sir.
11     MR. MENJIVAR: Okay.
12     PETER: So this is an A-rated carrier and a
13 PPO. So like I said, a PPO means like you choose your
14 own doctors and hospitals and you don't need a
15 referral to see a specialist.
16     MR. MENJIVAR: Okay.
17     PETER: So this pro -- this program is
18 normally a large group association plan. It's
19 typically for large groups of businesses. However,
20 individuals like you can join this plan and still
21 qualify for paying this low rate. So joining this
22 group work similar as if you're getting insurance
23 through an employer. They don't discriminate any of
24 your preexisting conditions, sir. So if you can go
25 ahead and write this down. If I go too fast, just

---

**10**

1  diabetes, it's an injectable prescription. That is
2  literally like $5- to $800 without insurance. And,
3  right now, I need these things.
4      PETER: Oh, I hear you, sir. Well, just so
5  you know, sir, I do work with many of the A-rated
6  carriers in the state. Most insurance plans these
7  days do have high deductibles and high premiums, so I
8  may not be able to find what you're looking for within
9  your budget. What I'm going to do, sir, is place you
10 on a very brief hold. I'm going to submit your
11 application (inaudible) search in the state. When I
12 come back, we're going to go over all the options, if
13 there are any. I just want to make sure we find you
14 the best plan for the best price, okay?
15     MR. MENJIVAR: Okay, I really appreciate
16 that, Junior.
17     PETER: Not a problem, sir. Give me just
18 one moment while I go searching. Grab a pen and some
19 paper and I'm going to go ahead and search for you,
20 okay?
21     MR. MENJIVAR: Okay.
22     PETER: Give me one moment. I'll place you
23 on a brief hold.
24     (On hold.)
25     PETER: Thank you for holding, sir.

---

**12**

1  slow me down. I just want to make sure you get all
2  the information.
3      MR. MENJIVAR: Okay, hold on, hold on,
4  Junior. Let me get a pen and paper here. Okay, so --
5  okay, all right.
6      PETER: Hold on a sec.
7      MR. MENJIVAR: Hello?
8      PETER: I'm sorry, sir, I forgot to -- my
9  name is Peter, sir, not Junior.
10     MR. MENJIVAR: Oh, I'm sorry, Peter. I
11 thought you said Junior.
12     PETER: That's okay, sir.
13     MR. MENJIVAR: Okay, all right. You're not
14 a junior, are you?
15     PETER: No.
16     MR. MENJIVAR: Okay, Peter.
17     PETER: All right. So -- so this program
18 utilizes a multi-plan network, sir. Multi-plan is one
19 of the largest PPO networks in the country with about
20 900,000 health care providers under contract.
21     MR. MENJIVAR: Okay.
22     PETER: So you're going to receive the
23 following: You're going to have doctor office visits,
24 diagnostic testing for blood and lab, three options on
25 your medications, medical, surgical and hospital

---

3 (Pages 9 to 12)

WS330372

Simple Health Plans

4/24/2018

**13**

1  coverage with no deductible.
2      MR. MENJIVAR:  Wait, wait.  Peter, you're
3  going a little too fast.  You said -- you said
4  doctor's office visits, diagnostics.  Does that mean
5  like bloodwork?  So usually I get like an annual -- an
6  annual physical where they draw blood to see how my
7  cholesterol, my blood sugar, my blood pressure.  I
8  also get like STD testing and then like EKG stuff.  Is
9  that -- is that what you mean?
10      PETER:  Yes, sir, that would be the blood
11  and lab work.
12      MR. MENJIVAR:  Okay.  Okay.
13      PETER:  And you also have your prescription
14  medications.
15      MR. MENJIVAR:  Okay.
16      PETER:  You have medical, surgical and
17  hospital coverage with no deductible.
18      MR. MENJIVAR:  Okay.
19      PETER:  (Inaudible)
20      MR. MENJIVAR:  I mean, this sounds really
21  good so far.
22      PETER:  I'm sorry?
23      MR. MENJIVAR:  I said, this sounds really
24  good so far.  I can't wait to hear the price.
25      PETER:  All righty, sir, yes.  So the

**14**

1  monthly premium for this kind of plan, it's $263.81 a
2  month.
3      MR. MENJIVAR:  So like two -- so about $264?
4      PETER:  Yes, sir.  That includes your dental
5  and vision.
6      MR. MENJIVAR:  Okay.  And that's a month,
7  not like every two weeks?
8      PETER:  Correct, sir, that's a month.
9      MR. MENJIVAR:  Okay.
10      PETER:  And there is also a one-time
11  enrollment fee of 155 just like every insurance
12  carrier charges.
13      MR. MENJIVAR:  Hold on for a second.  So you
14  said the monthly premium is 264.  That includes dental
15  and -- and vision?
16      PETER:  Yes, sir.
17      MR. MENJIVAR:  Okay.  And then you said
18  there's an enrollment fee of -- how much is the --
19      PETER:  155.
20      MR. MENJIVAR:  155, okay.
21      PETER:  All right?  And I can -- this plan
22  is nationwide, sir.  So if you move or travel, you're
23  covered in every state.  And you can cancel at any
24  time because the plan is month-to-month with no
25  contracts and there's no penalty, and I can make this

**15**

1  plan effective as soon as midnight tonight.  Did you
2  want to go ahead and continue with this?
3      MR. MENJIVAR:  I mean, this sounds really
4  great.  So I can -- I can enroll tonight and I would
5  be covered -- essentially by tomorrow, I would have
6  medical -- like this is major medical health insurance
7  and I would have this by tomorrow.
8      PETER:  Well, it wouldn't be considered
9  major med, sir, because of the fact that it does not
10  cover alcohol, drug and rehab, mental institutions and
11  maternity.  That's why it's not considered.  But it
12  still has all the same benefits as -- as still private
13  medical insurance.
14      MR. MENJIVAR:  Umm, but it -- okay.
15      PETER:  And that's what makes -- that's --
16  well, that's what makes it a lot more affordable for
17  you, sir -- I forgot to mention -- since it does not
18  cover those three things.
19      MR. MENJIVAR:  Okay.  So alcohol, rehab and
20  -- what did you -- what was the other one?
21      PETER:  Maternity and mental institutions.
22      MR. MENJIVAR:  Okay.
23      PETER:  But if it's for counseling and stuff
24  like that, that would still be covered.  I'm talking
25  about institutionalized.

**16**

1      MR. MENJIVAR:  I see, okay.  But rehab, does
2  that mean like physical therapy?  Because I'm a pretty
3  active guy and, you know, I've had some bumps and
4  bruises.  So sometimes I go to physical therapy.  Does
5  that -- is that what rehab means?
6      PETER:  No, no, alcohol and drug rehab.  So
7  that's -- that's more like if you're an alcoholic or
8  something like that.
9      MR. MENJIVAR:  Okay, okay.  I mean, well,
10  those three things don't -- I mean, I'm not an
11  alcoholic.  I don't take any -- any drugs except for
12  my prescriptions, but -- and, you know, I'm not
13  getting pregnant any time soon.
14      PETER:  Oh, yes, exactly, sir.  So why even
15  pay for it?  That's what makes this plan even more
16  convenient for individuals like yourself.  So we can
17  go ahead and get you enrolled in this plan today, sir,
18  and make it effective midnight tonight.
19      MR. MENJIVAR:  But this is --
20      PETER:  I think this is the best plan for
21  you.
22      MR. MENJIVAR:  Okay.  But this is like
23  health insurance?  Like I said, like, Peter, like I
24  had Blue Cross Blue Shield.  This is health insurance
25  where I could go see my own doctor, pay like a copay,

4 (Pages 13 to 16)

MILLER ATTACHMENT G
Page 5 of 26

WS330372

Simple Health Plans

4/24/2018

17

1  and if I have -- if I'm like -- something happens and
2  I have to go to the hospital, this -- this plan will
3  cover that?
4      PETER: Correct, sir. And this is a PPO,
5  just like what Blue Cross offers their PPOs. You can
6  choose your own doctors and hospitals and you don't
7  need a referral to see a specialist.
8      MR. MENJIVAR: Okay. And then the -- the
9  one-time fee, that's -- I'm just going to pay that
10  today, and then after today, it's just my monthly
11  premium of 244 -- or 264, I'm sorry.
12      PETER: Well, the enrollment fee would have
13  to be paid with your first month, sir. But it's only
14  a one-time payment. And then after that, it's going
15  to be 263 a month.
16      MR. MENJIVAR: Okay, okay. And then what is
17  the -- so what -- you said there's no deductible at
18  all.
19      PETER: Correct, sir. This is considered a
20  first dollar coverage plan, so this covers you the
21  moment you go to the hospital. Basically, the way
22  that it works, sir, every time that you go to the
23  doctor within the network, you're going to receive the
24  contracted rate off your bill. On top of that, you're
25  going to receive an additional $50 off the remaining

18

1  balance. So let's say your doctor charges you $200
2  for that visit, then you would receive the contracted
3  rate of $75. You don't have to pay that. Again, for
4  that doctor visit, you're going to receive an
5  additional $50 off the remaining balance. So in that
6  situation, you end up spending $25 on that $200 visit.
7      MR. MENJIVAR: And that -- so is that --
8  that's for like my doctor's visit, like my primary
9  care physician. Is that what you're talking about?
10      PETER: Yes. Yes, sir. And this also
11  applies to hospitals as well.
12      MR. MENJIVAR: So does that mean -- so you
13  said I would get -- let's say my doctor charges $200.
14  You guys get a contract of -- I don't know what you
15  said -- but $75, but then I get a $50 credit and then
16  I only have to pay $25.
17      PETER: Correct, sir.
18      MR. MENJIVAR: Okay. So is that -- is that
19  -- is that like a copay for my doctor's visit?
20      PETER: Yes, sir, that would be basically
21  the same thing.
22      MR. MENJIVAR: Okay. And is there a -- is
23  there a certain number of times I can see my doctor?
24  Because, typically, I see my doctor maybe about three
25  or four times because of my -- my blood pressure, my

19

1  cholesterol, you know -- and, you know, just regular
2  aches and pains.
3      PETER: Oh, no, sir, there's no limits on
4  the plan's usage.
5      MR. MENJIVAR: Okay. And that $25, that
6  would cover like -- you mentioned we had bloodwork.
7  That would cover the bloodwork or is that like another
8  cost? Is that another like fee?
9      PETER: Yes, sir, that would cover the
10  bloodwork as well.
11      MR. MENJIVAR: Okay. I mean, this sounds
12  really great. I mean, can we -- can we check to make
13  sure -- to make sure that my doctors are covered by
14  this plan, that they're in your network? I know you
15  said you have like the largest network. I just want
16  to make sure my doctor is part of your network.
17      PETER: Oh, sure thing, sir. I can look
18  that up for you. Do you have the name of the doctor?
19      MR. MENJIVAR: I do. I have two doctors.
20  So I have like my primary care and then I have a
21  cardiologist.
22      PETER: So what's the primary's name?
23      MR. MENJIVAR: His name is Dr. Stephen
24  Clements. His last name is spelled C-L-E-M-E-N-T-S.
25  And he's in Atlanta, Georgia.

20

1      PETER: Stefan Clements?
2      MR. MENJIVAR: Yeah, Stephen, Stephen
3  Clements, S-T-E-P-H-E-N.
4      PETER: He's at 1365 Clifton Road, N.E.,
5  Atlanta?
6      MR. MENJIVAR: Yeah, 1365 Clifton Road,
7  yeah. He's part of the Emory Clinic.
8      PETER: Okay, yes, I'm seeing it right here.
9  That Multiplan is accepted.
10      MR. MENJIVAR: So he does accept this plan,
11  so that would be covered. He would -- right?
12      PETER: Yes, sir.
13      MR. MENJIVAR: Okay. Well, that's good.
14  Can you check one more doctor for me?
15      PETER: Sure. What's the name?
16      MR. MENJIVAR: So this is my cardiologist.
17  His name is Douglas -- Dr. Douglas Morris. Last name
18  is spelled M-O-R-R-I-S. He's also part of the Emory
19  Clinic. I think they're affiliated with the Emory
20  Hospital.
21      PETER: Is it 1365 Clifton Road?
22      MR. MENJIVAR: Yep, yep, they're right next
23  to each other. You know, every time I visit them,
24  they always say, you know, we hope to see less of you,
25  sir.

5 (Pages 17 to 20)

MILLER ATTACHMENT G
Page 6 of 26

WS330372

PX 23
Page 115 of 199

imple Health Plans

4/24/2018

---

**21**

1      PETER:  Oh, yeah.  Okay, so, yes, I'm seeing
2  it right here that the Multiplan is accepted.
3      MR. MENJIVAR:  Excellent, okay.  So -- so
4  this means that like if I go -- if I enroll now and I
5  go see my doctor -- both of my doctors, they would
6  accept this plan and I would just have to pay like the
7  $25 copay?
8      PETER:  Correct.
9      MR. MENJIVAR:  This is great.
10     PETER:  Honestly, yes, this is a great plan
11  for you.  So we can go ahead and lock this in for you
12  today, I would just need to get some more information
13  from you, okay?
14     MR. MENJIVAR:  Okay.  One more thing, Peter.
15  So does -- so like my prescription, like does -- like
16  how does that work?  Because, right now, I go to like
17  the -- like my neighborhood Walgreen's or my CVS or
18  like a Walmart to fulfill -- to fill my prescription.
19  Does that change?  Do I have to go through like a mail
20  order or --
21     PETER:  Oh, no, sir.  You can go to any
22  pharmacy that you want, and included is going to be a
23  prescription drug plan for all the prescription needs
24  and you can still use your same pharmacy.
25     MR. MENJIVAR:  Okay.  And this is going to

**23**

1  have a middle initial or a middle name.
2      PETER:  Oh, I'm sorry to hear about that.
3  All right.  So your date of birth is 3/3/1968?
4      MR. MENJIVAR:  Yes, sir.  I just turned
5  five-oh, man, five-oh.
6      PETER:  (Inaudible).  And to the best of
7  your knowledge, everything you have told me today is
8  true?
9      MR. MENJIVAR:  Yes.
10     PETER:  All right, great, sir.  Now, you can
11  always change the method of payment later.  For the
12  first payment, will you be using a debit or credit
13  card?
14     MR. MENJIVAR:  I got to use a credit card
15  for now.
16     PETER:  May I have your mailing address?
17     MR. MENJIVAR:  Sure.  But, Peter, if -- if
18  like later if I want to change the credit card or, you
19  know, have it paid by using my checking account, can I
20  do that later?
21     PETER:  Yeah, you can do that, sir.  You can
22  change the method of payment later.
23     MR. MENJIVAR:  Okay, okay.  My mailing
24  address is -- my home address is -- are you ready?
25     PETER:  Yes.

---

**22**

1  cover my three prescriptions, the Victoza, the
2  Atorvastatin and the Lisinopril -- Lisinopril, right?
3      PETER:  Yes, sir.
4      MR. MENJIVAR:  Okay.  And what would be like
5  the -- do you know the cost of like what my savings
6  would be?  Because I know when I was with Blue Cross
7  Blue Shield, I think I paid maybe -- maybe $10 for
8  each one of these prescriptions.  And now that I don't
9  have insurance, they're -- you know, like I told you,
10  the type 2 diabetes is about $500, $800.
11     PETER:  Well, the cost would run from $4 to
12  $12, sir.
13     MR. MENJIVAR:  Did you just say $4 to $12
14  for each one?
15     PETER:  Yes, sir.
16     MR. MENJIVAR:  All right.  This -- this --
17  this sounds great.  So what -- what -- what would be
18  the next step?
19     PETER:  All right.  Well, I'm just going to
20  ask you a few more things.  Did you want your middle
21  initial on your ID card?
22     MR. MENJIVAR:  I don't have a middle
23  initial.  My parents didn't think it was --
24     PETER:  Your date of birth --
25     MR. MENJIVAR:  -- it was important enough to

**24**

1      MR. MENJIVAR:  Okay.  My home address is ███
2  ████████████, ████ is spelled ████████.
3      PETER:  And the zip code?
4      MR. MENJIVAR:  That's a condo, so I'm going
5  to give you the unit number.  It's Unit ████.
6      PETER:  ███ dash?
7      MR. MENJIVAR:  ██.
8      PETER:  ██ got it.  And what's the zip
9  code, sir?
10     MR. MENJIVAR:  ██████████.
11     PETER:  And may I have the city?
12     MR. MENJIVAR:  It's ████████ spelled ██
13  ███████████.  That's in ████████.
14     PETER:  Got it, sir.  I understand.  Would
15  you be paying with a Mastercard or a Visa?
16     MR. MENJIVAR:  It's a Visa card.  Wait, do I
17  have to pay now or are you going to send me like some
18  -- some of the information and I submit a form and --
19  and, you know, put -- do you guys --
20     PETER:  Well, yes, sir, I would need to
21  submit the application.  I would send a text over to
22  you.  You would click on the text with the link on it
23  and then you would review it and sign for the policy.
24  So in order for me to do that, I need to have the card
25  on file to send it to you.

---

6 (Pages 21 to 24)

WS330372

Simple Health Plans

4/24/2018

---

25

1   MR. MENJIVAR: Okay. We might have a
2   problem, Peter. I don't have a smartphone. I'm --
3   you know, I've got a flip phone. I'm kind of cheap on
4   this thing. You know, you got a smartphone, you got
5   to have a data plan. And you know what, I pay like 50
6   bucks for my plan right now. I'm not trying to pay
7   $150 and pay like $600 for an iPhone 40. So I got --
8   I got a -- I have a flip phone. So I could get text
9   messages --
10   PETER: Do you have a --
11   MR. MENJIVAR: -- I could get text messages,
12   but I don't think I can click on the link.
13   PETER: Well, do you have an email, sir,
14   that you can access right now?
15   MR. MENJIVAR: 1 -- I don't know. I mean, I
16   could probably -- I'm at home right now, but I could
17   probably run up to my -- my living room and get the
18   computer. I have a computer.
19   PETER: Oh, yes, because what I can do is I
20   can send it -- we could do the verification through
21   the email.
22   MR. MENJIVAR: Okay.
23   PETER: But if anything, sir, we could
24   always do the voice verification, which it takes a
25   little bit longer, but we can always -- we always have

---

26

1   that option just in case.
2   MR. MENJIVAR: Yeah, could we just do the
3   voice verification? I mean, I just don't want to --
4   I'm not really tech savvy. Like I said, I got a flip
5   phone. I'd have to run and get my computer and -- I
6   don't know, man, I --
7   PETER: So, yeah. It's just that it would
8   take -- it would take a lot longer to do the voice
9   verification and the email it would just -- it would
10   just be an email and you just do a few signatures and
11   we're done. It's -- it's up to you, though.
12   MR. MENJIVAR: Yeah. Yeah, why don't we --
13   since I got you on the phone, right, we could just
14   do the -- the verification. I mean, I'm -- are you
15   going to email me this stuff later or mail it to me?
16   Am I --
17   PETER: Oh, yes, sir. You're going to
18   receive an email in the next hour. It will have all
19   the policy information. I can't do the verification
20   personally. I would have to transfer you over to the
21   verification department where they read like a
22   general script to you. But it's -- it's a lot easier
23   if you -- if we do it electronically because that way,
24   I can be on the phone with you still and then, you
25   know, if you have any questions.

---

27

1   MR. MENJIVAR: Okay, I mean, we could -- we
2   could -- we could -- yeah, we could -- are you going
3   to be on the phone while you email it to me and just
4   walk me through?
5   PETER: Yeah, yeah, I can do that for you,
6   sir.
7   MR. MENJIVAR: Okay.
8   PETER: But I do need to submit the
9   application first before I can send that to email. So
10   I do need to have some sort of payment on file
11   already. So I do need to have the card number, sir.
12   MR. MENJIVAR: Okay. Umm, all right. And
13   this is like -- this is health insurance and not some
14   sort of like CVS loyalty card, medical discount card
15   thing like that, right? This is like -- right?
16   PETER: Oh, of course, sir. This is -- this
17   is health insurance. I'm a licensed agent. I
18   wouldn't be risking my license just to make a couple
19   extra bucks. I'm licensed by the state to sell you
20   this insurance.
21   MR. MENJIVAR: Okay. Okay. All right.
22   I'll give you -- yeah, okay, let's -- yeah, let's just
23   do this. I mean, I -- you know, I --
24   PETER: All righty, sir, I'm ready.
25   MR. MENJIVAR: Okay. My card is a Visa.

---

28

1   It's XXXX.
2   PETER: Mm-hmm.
3   MR. MENJIVAR: XXXX XXXX XXXX.
4   PETER: And the full name on the card?
5   MR. MENJIVAR: It's ████ --
6   PETER: Sorry, sir, I think -- I think I
7   might have missed a digit. Can you -- can you repeat
8   the number for me?
9   MR. MENJIVAR: Yeah. XXXX.
10   PETER: XXXX.
11   MR. MENJIVAR: XXXX.
12   PETER: XXXX.
13   MR. MENJIVAR: XXXX.
14   PETER: XXXX.
15   MR. MENJIVAR: XXXX.
16   PETER: XXXX. All righty. (Inaudible) --
17   MR. MENJIVAR: And, Peter, this --
18   PETER: -- (inaudible).
19   MR. MENJIVAR: -- this coverage -- Peter,
20   this coverage is going to start tom -- essentially at
21   midnight, right?
22   PETER: Yes, sir.
23   MR. MENJIVAR: Okay. And then what if --
24   and you said -- I think you said it's -- it's month-
25   to-month. So if I get a new job and they're offering

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555



WS330372

Simple Health Plans

4/24/2018

**29**

1  a better insurance, you know, as far as payment goes,
2  like premiums, I -- would I be able to cancel this?
3      PETER: Oh, yes, sir. It's -- you can
4  cancel within the first 30 days, though, and it's 100
5  percent refundable with no penalty. And you can
6  always cancel even after that. There's no penalty at
7  all.
8      MR. MENJIVAR: Okay. So let's say in six
9  months I find a great job and, you know, they have
10  great benefits, you know, 401k and health insurance, I
11  can call and just cancel this health insurance and
12  switch over to my employer's health insurance?
13      PETER: Yes, sir.
14      MR. MENJIVAR: Okay, okay. And there's like
15  -- there's like -- there's like no --
16      PETER: (Inaudible) expiration.
17      MR. MENJIVAR: -- there's no penalty for
18  that, right? Like I'm not -- the Government's not
19  going to try to tax me or you guys aren't going to try
20  to -- like there's no cancellation fee?
21      PETER: Oh, no, sir, there's no penalty at
22  all because there's no contract.
23      MR. MENJIVAR: Okay, great.
24      PETER: All right. So may I -- may I have
25  the expiration, sir?

**30**

1      MR. MENJIVAR: Yes, sir. It's ▮▮▮.
2      PETER: ▮▮. And the last three on the
3  back?
4      MR. MENJIVAR: XXX.
5      PETER: XXX.
6      MR. MENJIVAR: Yep. Peter, now my name
7  is -- my name is spelled a little unique. It's
8  unique. So it's spelled ▮▮▮▮▮.
9      PETER: Can you spell that for me one more
10  time? M-Y?
11      MR. MENJIVAR: Yeah, ▮ as ▮▮▮▮-
12  ▮.
13      PETER: Uh-huh. So it's ▮ as in ▮▮ as
14  in ▮▮▮▮ as in ▮▮ as in ▮▮▮
15  ▮ as in ▮
16      MR. MENJIVAR: No. So ▮ as in ▮ as in
17  ▮ as in ▮ as in ▮▮ as in ▮
18  ▮ as in ▮ or ▮▮
19      PETER: Okay, so it's -- so it's ▮ as in
20  ▮▮▮
21      MR. MENJIVAR: ▮ as in ▮▮▮ Yeah, ▮ as
22  in ▮
23      PETER: Okay. Okay, got it. And the ▮▮
24  -- is ▮▮ -- it's spelled the same way, like a
25  ▮ in chess?

**31**

1      MR. MENJIVAR: Yeah, yeah, that's good. Do
2  you play chess?
3      PETER: Oh, yeah, I love it.
4      MR. MENJIVAR: Now there's one catch, the
5  ▮▮ -- the ▮▮▮ -- there's an ▮ at the end of
6  ▮▮ You can blame my parents for this.
7      PETER: Okay. So it's ▮▮▮ with an ▮ at
8  the end?
9      MR. MENJIVAR: That's right.
10      PETER: Got it. And this is the same as the
11  billing address on the card? ▮▮▮▮▮▮?
12      MR. MENJIVAR: Yes.
13      PETER: And it's Unit ▮▮▮?
14      MR. MENJIVAR: Yes, that's correct.
15      PETER: All right. And that just goes all
16  together on the street address, right?
17      MR. MENJIVAR: I think so.
18      PETER: All right, not a problem. And what
19  do you do for a living, sir?
20      MR. MENJIVAR: I work in construction. You
21  know, right now, I'm kind of between jobs, so, you
22  know, whatever work I can find.
23      PETER: Oh, I hear you, sir. And do you
24  have an alternate phone number?
25      MR. MENJIVAR: No, this is my only number.

**32**

1  ▮▮▮▮.
2      PETER: And the contact email?
3      MR. MENJIVAR: It's ▮▮▮▮▮,
4  ▮▮▮▮▮▮
5      PETER: All right. So that's ▮▮▮
6  without the ▮, right?
7      MR. MENJIVAR: No, that is with a ▮,
8  ▮▮▮▮.
9      PETER: Okay, got it. And may I have your
10  height and weight, sir?
11      MR. MENJIVAR: Yeah, I'm -- I'm about 5'8".
12      PETER: And weight?
13      MR. MENJIVAR: 210, a little on the hefty
14  side there.
15      PETER: Oh, no, sir, believe me -- okay. So
16  for security purposes, sir, may I have the last four
17  of your Social?
18      MR. MENJIVAR: What do you need my Social
19  for?
20      PETER: Well, sir, this is for
21  identification purposes. I just need it just for your
22  protection, just to make sure that we are speaking
23  with Mr. ▮▮▮ So just in case somebody else calls
24  in for you, they don't call in your name with -- you
25  know, just for your protection.

8 (Pages 29 to 32)

WS330372

Simple Health Plans

4/24/2018

---

33

1        MR. MENJIVAR: Okay. I mean, you're --
2   okay. It's XXXX.
3        PETER: All right, sir, I really appreciate
4   that. So the next step I have to do, sir, is the
5   verification where I'm going to send you an email.
6   Can you get to your computer and see if you can open
7   up your email now?
8        MR. MENJIVAR: Yeah, you're going to have to
9   give me a minute. I'm upstairs, so I'm going to have
10  to go downstairs and turn on the computer. So just
11  give me -- do you want me to do that now?
12       PETER: Oh, yes, sir, if you can, please,
13  because that's the next step that I have to do. It
14  will only take a moment. I just need to -- I need to
15  get to your email.
16       MR. MENJIVAR: Okay. Okay. Well, you send
17  me the email, I'll go downstairs and I'll -- I'll fire
18  up the computer here.
19       PETER: First, while you're doing that, if
20  you don't mind, I just need to read a quick disclosure
21  to you.
22       MR. MENJIVAR: Hello?
23       PETER: Yes, sir, I'm here.
24       MR. MENJIVAR: Yeah, okay.
25       PETER: All right, so I just need to read a

---

34

1   quick disclosure to you. So today is 4/24/2018. I'm
2   speaking with Mr. ███████  This call may be recorded
3   for compliance purposes. This recording will
4   authorize Simple Health to contact you with
5   information regarding your benefits via live,
6   prerecorded or auto-dialed calls, text messages or
7   email. You also understand that consent is not a
8   condition of purchase. Can you please state your full
9   name and phone number, sir? That you authorize Simple
10  Health to contact you regarding your benefits.
11       MR. MENJIVAR: Wait. Is Simple Health my
12  insurance or --
13       PETER: Oh, no, sir, that's the enrollment
14  center that I'm with.
15       MR. MENJIVAR: Oh, so you're with Simple
16  Health?
17       PETER: Yes, sir. I'm your licensed agent.
18       MR. MENJIVAR: Okay. So I guess I don't --
19  I didn't quite understand what -- is this part of the
20  verification?
21       PETER: Yes, sir, this is for the recording.
22  I need to save this for the -- this is the -- sir,
23  this is the disclosure that I have to do for the
24  recording.
25       MR. MENJIVAR: Okay. So do I still need to

---

35

1   go through the email?
2        PETER: Yes, sir. You still need to --
3        MR. MENJIVAR: Okay. Okay. Yes.
4        PETER: Can you please state your full name
5   and phone number that you authorize Simple Health to
6   contact you regarding your benefits?
7        MR. MENJIVAR: It's ████████████
8        PETER: And phone number, sir?
9        MR. MENJIVAR: Oh, ████████████
10       PETER: Thank you, sir. And can you please
11  state the last four digits of your Social Security
12  number to acknowledge and accept these terms and
13  conditions?
14       MR. MENJIVAR: Yeah, it's XXXX.
15       PETER: All righty, thank you, sir. So now
16  -- now, the next step that I'm going to do (inaudible)
17  can get your email, sir, I just want to confirm this
18  is your email. It's █ as in █ as in █
19  as in █ as in █ █ as in █ █ as in █
20  █ dot █ as in █ █ as in █ █ as in █
21  as in █ █ as in █ █ as in █ █ as in █
22  █████████
23       MR. MENJIVAR: Yes, that's my email, yes.
24       PETER: All righty, sir. So I'm going to go
25  ahead and send it to your email now. If you can,

---

36

1   please get to your computer so you can access your
2   email.
3        MR. MENJIVAR: Okay, yeah, okay. Hold on
4   for a second, Peter, okay? I'll go get my computer.
5        PETER: All righty, sir, I'll hold here.
6   Just make sure you don't hang up.
7        (Pause.)
8        MR. MENJIVAR: Hello, Peter?
9        PETER: Yes, sir. I'm here.
10       MR. MENJIVAR: All right, okay, okay. I got
11  -- okay, I'm logged on.
12       PETER: So I -- so I sent the email, sir.
13  You ought to get it in about 15 seconds. Just re --
14  keep refreshing your page. It's going to say
15  something about HH quote to (inaudible) and sign your
16  policy.
17       MR. MENJIVAR: Hold on. My internet is a
18  little slow. The circle thing is spinning.
19       PETER: Yes, sir, just refresh your page.
20  You should see a new email come in right now because I
21  see that it went through.
22       (Pause.)
23       PETER: All right, sir, do you see the
24  email?
25       MR. MENJIVAR: No, Peter, I got like an

---

WS330372

Simple Health Plans

4/24/2018

---

**37**

1 error saying that my internet could not connect to the
2 page.
3 　　PETER:  But are you -- are you still able to
4 connect to the internet?
5 　　MR. MENJIVAR:  No, I -- I'm like at -- I'm
6 on Google, but it doesn't show up.  Do you know what I
7 mean?  Like I'm on Google.com, but it's not showing
8 up.  It just says that my internet connection -- to
9 check my internet connection.
10 　　PETER:  Okay, sir, is it a wireless
11 connection or --
12 　　MR. MENJIVAR:  Yeah, it's wireless.  Yeah, I
13 got --
14 　　PETER:  Do you have a desktop?
15 　　MR. MENJIVAR:  I don't have a desktop.  It
16 says -- it says timed out.
17 　　PETER:  Yeah, that means that you're not
18 able to connect to the internet.  But are you able to
19 get a connection somehow on your phone or --
20 　　MR. MENJIVAR:  No, I only got a flip phone.
21 I'm not --
22 　　PETER:  Oh, that's right.
23 　　MR. MENJIVAR:  I pay like $19 for internet.
24 Man, I told you I'm not a -- I'm not willing to pay,
25 you know, $100 for internet here.  Yeah, I -- it's not

---

**38**

1 -- I'm trying to hit the refresh button and it just --
2 it just -- it does nothing.
3 　　PETER:  On the bottom right corner, sir, can
4 you scroll over to the network and see if it's
5 connected to the internet?
6 　　MR. MENJIVAR:  There's like a -- like a
7 yellow exclamation point on it.
8 　　PETER:  Oh.  All right, so can you right
9 click that and then troubleshoot the -- troubleshoot
10 problems?
11 　　MR. MENJIVAR:  Umm, how do you do that?
12 　　PETER:  If you can scroll over -- over the
13 network thing on the bottom right and then on the
14 exclamation point, just right click it and then click
15 troubleshoot problems if you can do that.
16 　　MR. MENJIVAR:  Okay.
17 　　PETER:  But you do have a connection with
18 that computer, right?  It is connected?
19 　　MR. MENJIVAR:  I think so.
20 　　PETER:  Do you have Comcast or something
21 like that?
22 　　MR. MENJIVAR:  No, I have like RCN.
23 　　PETER:  RCN?
24 　　MR. MENJIVAR:  Yeah.  It's the cheapest
25 thing out here.  Okay, this thing is saying that I

---

**39**

1 need to contact my provider.
2 　　PETER:  Okay, sir, well, do you know if --
3 do you see the ethernet on the back of your computer?
4 Do you know what an ethernet is?
5 　　MR. MENJIVAR:  There are no wires on the
6 back of this.  It's a laptop.
7 　　PETER:  Oh, it's a laptop, okay.
8 　　MR. MENJIVAR:  Yeah, the -- I just -- it
9 says to contact provider.
10 　　PETER:  Okay, sir, yeah, then in that case,
11 it looks like we're going to need to do the voice
12 verification.
13 　　MR. MENJIVAR:  Ah, okay.
14 　　PETER:  All right.  All right, so if you
15 can, just go ahead and write down my phone number and
16 extension, sir.
17 　　MR. MENJIVAR:  Okay, hold on.  All right,
18 Peter, okay.  What's your last name, Peter?
19 　　PETER:  Rodriguez.
20 　　MR. MENJIVAR:  Okay.
21 　　PETER:  All right, sir, and my phone number
22 is 1-800 --
23 　　MR. MENJIVAR:  Okay.
24 　　PETER:  -- 594 --
25 　　MR. MENJIVAR:  Okay.

---

**40**

1 　　PETER:  -- 4046.
2 　　MR. MENJIVAR:  4046, okay.
3 　　PETER:  And my extension is 11453.
4 　　MR. MENJIVAR:  Extension 11453.
5 　　PETER:  Yes, sir.
6 　　MR. MENJIVAR:  Okay.
7 　　PETER:  All right, sir, so what we're going
8 to do here, we're going to transfer your application
9 to the verification department where they're going to
10 do a brief recording for your protection.  All right?
11 　　MR. MENJIVAR:  Okay.
12 　　PETER:  They just need it -- they need it to
13 -- for the recording, sir, if you can go ahead and get
14 through it.  And if you have any questions, sir, it
15 will be a huge help to me -- because if you interrupt
16 them, they would have to transfer you back to me and
17 then I will have to answer your question and then you
18 would have to be transferred back and then start the
19 verification from the beginning, sir.
20 　　So if you can, if you can write down any
21 questions that you have, get through the verification
22 and then give me a call back once you're done, that
23 would be the easiest way so you don't have to keep
24 restarting the verification from the beginning.
25 　　MR. MENJIVAR:  Okay.  So what's the --

---

10 (Pages 37 to 40)

WS330372

Simple Health Plans

4/24/2018

**41**

1  what's the telephone number for the verification?  Is
2  that that 1-800-593-4046?
3      PETER:  Yes, sir.  That's to get back to me
4  if you have any questions.
5      MR. MENJIVAR:  Okay.
6      PETER:  If you do have any questions during
7  the verification, just write them down so you don't
8  have to interrupt them because then they would have to
9  transfer you back to me and then you would have to
10  start the verification from the beginning.
11      MR. MENJIVAR:  Okay.
12      PETER:  It's going to take about 10 -- it
13  does take about 10 to 15 minutes.  But I do have to
14  say, sir, that since the plan does not have a
15  deductible, it's not considered a major med.  I think
16  I also said that already.  And on the verification,
17  they're also going to state that there is a
18  (inaudible) preexisting clause that applies to your
19  hospital and surgical benefits for any preexisting
20  illnesses that you have had within the past 12 months.
21  But, now, because of this open enrollment, you're
22  approved today regardless of those conditions.
23      MR. MENJIVAR:  What?  I didn't understand.
24  You said preexisting cause.  I've got diabetes.
25      PETER:  Yes, sir.  So it's -- so it's

**42**

1  regardless of your preexisting conditions.  It's a
2  guaranteed issue so you're approved today.
3      MR. MENJIVAR:  Oh, okay.
4      PETER:  Regardless of that.
5      MR. MENJIVAR:  Okay.
6      PETER:  All right, sir, so on the
7  verification, there are also going to be two separate
8  parts.  There's going to be one for your health and
9  then there's going to be one for your dental and AD&D,
10  okay?  And prescriptions.
11      MR. MENJIVAR:  Okay.
12      PETER:  So you're going to see -- so you're
13  going to see them up here as two separate charges.
14  All right?  Just making sure I go through everything
15  with you, sir.  And you're also going to receive your
16  cards in the mail within seven to ten business days
17  and an email within the next 24 hours that's going to
18  have all your policy provisions and coverage for you,
19  okay?
20      MR. MENJIVAR:  Okay.
21      PETER:  All righty, sir, so -- all right,
22  sir, again, you can begin utilizing all of your
23  benefits 30 days after your effective date.  There is
24  a 30-day waiting period for doctor visits, sir.
25  That's with every insurance carrier.  But if you have

**43**

1  an accident or anything like that, you're immediately
2  covered.
3      MR. MENJIVAR:  Umm --
4      PETER:  All right, sir, so I'm going to go
5  ahead --
6      MR. MENJIVAR:  Okay.
7      PETER:  All right, sir, so I work mostly off
8  of a referral basis.  So once you use this plan and
9  see the true value of the benefits, if you can give my
10  name and number to some of your friends and family,
11  I'd really appreciate it.  About 60 percent of my
12  business is based off referrals and that is the
13  absolute best compliment I can get.
14      MR. MENJIVAR:  Ahh --
15      PETER:  All right, sir, so I'm going to go
16  ahead and transfer you now for the verification.  Just
17  hold them all the way to the end if you have any
18  questions.  Again, just write them down so you don't
19  have to interrupt them.  And then just give me a call
20  back with any questions that you have, once you're
21      MR. MENJIVAR:  Ah, okay.  Are they going to
22  transfer me back to you once it's done?
23      PETER:  No, sir.  Once you're done, you're
24  done.  But if you can, you can just ask for -- to get
25  transferred back to me if you like, if you have any

**44**

1  questions.
2      MR. MENJIVAR:  Okay.
3      PETER:  Just make sure that you don't
4  interrupt them, sir -- sir, because then you have to
5  get transferred back to me and then you have to start
6  over from the beginning, okay?  I just want to make
7  sure we -- that we're clear on that.
8      MR. MENJIVAR:  Okay.
9      PETER:  All righty, sir, so I'm going to go
10  ahead and transfer you now.  Have yourself a great day
11  and congratulations on your new policy.
12      MR. MENJIVAR:  Okay, thanks, Peter.
13      PETER:  All right, sir, have a good -- have
14  a great day.
15      (On hold.)
16      FREDDY:  Thank you for choosing Simple
17  Health.  Can I please have your name and phone number
18  to pull up your application?
19      MR. MENJIVAR:  My name is █████████.
20  I'm sorry, and what's your name?
21      FREDDY:  Freddy.
22      MR. MENJIVAR:  Hey, Freddy.  And you're --
23  are you with Simple Health?
24      FREDDY:  Yes, sir.  Actually, I'm an agent
25  from the verification department.  So --

11 (Pages 41 to 44)

WS330372

`imple Health Plans

4/24/2018

---

**45**

1    MR. MENJIVAR:  Okay.
2    FREDDY:  So we're going to verify the
3    application now.  So -- and what is your phone number,
4    sir?
5    MR. MENJIVAR:  My phone number is ██████-
6    ██████
7    FREDDY:  Thank you.  All right.  This is
8    ██████.  Is it ██████ or ██████  Is that ██████
9
10   MR. MENJIVAR:  Yep, ██████.
11   FREDDY:  Ah, thank you.  And the phone
12   number is ██████.
13   MR. MENJIVAR:  That's correct.
14   FREDDY:  Thank you.  Well, my name is Freddy
15   and I will be doing your verification today.  I'm
16   pulling up your account and I see I have one
17   verification to go through with you.  If you have any
18   questions throughout the verification process, please
19   hold off until the very end and I will transfer you
20   back over to the representative that helped you.  I am
21   not a licensing agent, so I cannot answer any
22   questions about the specifics of your plan, okay?
23   MR. MENJIVAR:  Okay.
24   FREDDY:  Now, if we do have to stop the
25   recording for any reason, I will have to start from

---

**46**

1    the beginning.  So, again, if you have any questions,
2    just write them down and I will get you back with the
3    representative when we're done, okay?
4    MR. MENJIVAR:  Okay.  But this is -- this is
5    to verify the plan that I -- that Peter -- Peter gave
6    me, right?  That's --
7    FREDDY:  Yes, the plan that they provided --
8    provided to you.  Because I think -- basically, this
9    is the last step, but we have to, you know, making
10   sure that everything on the application is correct,
11   your name, your address, phone number and everything.
12   and also, you know, read the terms and conditions to
13   you so you can approve it.  So --
14   MR. MENJIVAR:  Okay.
15   FREDDY:  All right?
16   MR. MENJIVAR:  Okay.
17   FREDDY:  So let me go ahead and verify the
18   information about the -- I mean, give you the prices
19   breakdown.  Let's see.  The monthly payment for your
20   plan will be $263.81.  There's going to be a one-time
21   enrollment fee of $155.  Therefore, your first month
22   total would be $418.81.  Is this correct, sir?
23   MR. MENJIVAR:  Yes, that's -- that's right.
24   So $263 --
25   FREDDY:  Okay.

---

**47**

1    MR. MENJIVAR:  -- .81 for the monthly -- the
2    monthly insurance premium, and then the one-time
3    enrollment fee of 150 -- $155.
4    FREDDY:  That is correct.  And the total
5    amount for the one-time payment is going to be
6    $418.81.  That's going to be only the first month.
7    MR. MENJIVAR:  Right.  And then the next
8    month, I'm only going to have to pay the $263.81?
9    FREDDY:  $263.81, that's correct.
10   MR. MENJIVAR:  Okay.
11   FREDDY:  All right.
12   MR. MENJIVAR:  And this is for the PPO plan
13   that Rodriguez -- that Peter -- Peter told me about,
14   right?  That's -- that's what I'm -- I'm purchasing
15   today.
16   FREDDY:  Yes, the plan that you have, that
17   is correct.
18   MR. MENJIVAR:  Okay.
19   FREDDY:  You have the dental portion and
20   also the health portion -- health insurance portion.
21   MR. MENJIVAR:  Okay.
22   FREDDY:  All right.  Now, sir, now we
23   have -- you know, we have to make a recording now.
24   This is basically to ask you for authorization to
25   contact you regarding your benefits.  Now, in these

---

**48**

1    recordings, I'm going to ask you for your full name,
2    phone number, your alternate phone number if it's
3    possible, and the last four digits of your Social
4    Security number.  So let me know when you're ready.
5    MR. MENJIVAR:  Do I give you that now?
6    FREDDY:  No, I'm going to make a recording
7    with that information.  So just let me know if you're
8    ready and I'm going to ask you those information.
9    MR. MENJIVAR:  Okay.
10   FREDDY:  Today is April 24th, 2018, and I'm
11   speaking with Mr. ██████.  This call may be
12   recorded for compliance purposes.  This recording will
13   authorize Simple Health to contact you with
14   information regarding your benefits via live,
15   prerecorded or auto-dialed call, text messages or
16   email.  You also understand that consent is not a
17   condition of purchase.
18   Please state your full name and phone number
19   that you authorize Simple Health to contact you
20   regarding your benefits.
21   MR. MENJIVAR:  Is there more or is that it?
22   FREDDY:  Just please state your full name
23   and phone number that you authorize Simple Health to
24   contact you regarding your benefits.
25   MR. MENJIVAR:  Okay.

---

12 (Pages 45 to 48)



WS330372

Simple Health Plans

4/24/2018

49

1   FREDDY: All right, sir, in this case,
2   I'm -- you know, what I'm doing is just prompting you
3   to mention your -- to say your name and the phone
4   number, sir.
5        MR. MENJIVAR: Oh, I -- oh, okay. So I'm
6   supposed to -- okay, so I'm supposed to give you my
7   name.
8        FREDDY: Yes.
9        MR. MENJIVAR: How many times do I do that?
10       FREDDY: At the moment -- I'm sorry?
11       MR. MENJIVAR: Do I have to do that -- how
12   many times do I have to do that?
13       FREDDY: Well, this -- this specific
14   recording that we're doing is basically to ask you for
15   authorization to contact you, all right?
16       MR. MENJIVAR: Okay.
17       FREDDY: But the -- it is another -- it is
18   another recording that we got to make. I'm not sure
19   if you have internet connection --
20       MR. MENJIVAR: No, we just -- we just went
21   through that.
22       FREDDY: (Inaudible).
23       MR. MENJIVAR: I just went through that with
24   Peter. My -- I guess my internet is down and it says
25   contact the provider. But I get it now. So you tell

51

1        MR. MENJIVAR: XXXX.
2        FREDDY: Thank you. All right. Okay, so
3   basically, in this case, sir, since you don't have the
4   -- the internet connection, we hope -- we have to read
5   the terms and conditions. But before I do that, sir,
6   I got to make sure that every -- everything on the
7   application is correct. So on your primary
8   occupation, it says that you work on construction. Is
9   this correct?
10       MR. MENJIVAR: Yes.
11       FREDDY: Okay. Let me spell your full name
12   that is on the application. It is ████████. Is
13   that the same way? There isn't --
14       MR. MENJIVAR: Yes, that's my name.
15       FREDDY: Is that correct?
16       MR. MENJIVAR: Yes, that's spelled
17   correctly.
18       FREDDY: Okay. And last name is ████ █
19   ████. Do you have a middle initial?
20       MR. MENJIVAR: I do not.
21       FREDDY: All right. Your date of birth is
22   March 3rd, 1968. Is this correct?
23       MR. MENJIVAR: That is correct.
24       FREDDY: Your weight is 210 pounds. Contact
25   phone number is ████████ and no alternate phone

50

1   me -- when you say give me your name, I'll give you my
2   name.
3        FREDDY: That's correct. I'm going to
4   prompt you for the information and then you're going
5   to -- to mention the name and the -- and the -- all
6   the other details. Let me start again.
7        Today is April 24th, 2018, and I'm speaking
8   with Mr. ████████. This call may be recorded
9   for compliance purposes. This recording will
10   authorize Simple Health to contact you with
11   information regarding your benefits via live,
12   prerecorded or auto-dialed call, text messages or
13   email. You also understand that consent is not a
14   condition of purchase.
15       Please state your full name and phone number
16   that you authorize Simple Health to contact you
17   regarding your benefits.
18       MR. MENJIVAR: ████████. My telephone
19   number is ████.
20       FREDDY: Do you have any alternate phone
21   number?
22       MR. MENJIVAR: Just my ████████.
23       FREDDY: Thank you. Please state the last
24   four digits of your Social Security number to
25   acknowledge and accept these terms and conditions.

52

1   number, correct?
2        MR. MENJIVAR: That is correct.
3        FREDDY: The email address is ████████
4   ████████. Let me spell it.
5   This is ████████
6   ████ correct?
7        MR. MENJIVAR: Yes, that's correct.
8        FREDDY: Your age is 50. (Inaudible) yes,
9   you are a male, and your height is 5'10" -- I'm sorry,
10  5'8".
11       MR. MENJIVAR: Yes, that's right.
12       FREDDY: It is an individual policy, so that
13  means that it's only for yourself. There is not
14  dependents on this policy, correct?
15       MR. MENJIVAR: No dependents, just me, man.
16       FREDDY: Okay, all right. Now, the -- the
17  mailing address is ████████, Unit
18  ████. That's in ████ -- I'm sorry, what -- how do
19  you spell that?
20       MR. MENJIVAR: It's ████ -- it's
21  ████████████
22  ████████████,
23       FREDDY: Thank you. ████ thank you.
24  And the zip code is ████ correct?
25       MR. MENJIVAR: Yes, that's correct.

13 (Pages 49 to 52)

MILLER ATTACHMENT G
Page 14 of 26

WS330372

53

1  FREDDY: All right. Now, let me ask you, so
2  the mailing address, the residential address and the
3  billing address, are they the same?
4  MR. MENJIVAR: Yes.
5  FREDDY: Okay. All right. Now, the payment
6  method is going to be a Visa card ending in XXXX,
7  correct?
8  MR. MENJIVAR: XXXX, that's correct.
9  FREDDY: The name on the card is ▮▮▮▮▮
10 ▮▮▮▮▮ and the expiration date is ▮▮▮, correct?
11 MR. MENJIVAR: That is correct.
12 FREDDY: And it has the same address as the
13 mailing address. Now, the enrollment date for this
14 application is going to be April 24th, 2018, and the
15 effective date is going to be April 25th, 2018. All
16 right?
17 MR. MENJIVAR: Okay.
18 FREDDY: Okay. Now, sir, I have to read the
19 foll -- the terms and conditions now. I got to first
20 tell you that, again, I'm not a licensed agent. If we
21 have to stop the recording, we have to start from the
22 beginning. So any questions, just write them down and
23 I will get you back in touch with the representative
24 when we're done, okay?
25 Now, this is a legal document that we're

54

1  going to record. On the recording, sometimes I'm
2  going to ask you if you understand. You know, it's
3  just for security reasons. So please just say -- it
4  would be a yes -- just yes or no if you -- if you
5  don't mind.
6  MR. MENJIVAR: Okay.
7  FREDDY: So --
8  MR. MENJIVAR: As long -- you know, you're
9  going a little fast. Are you going to go -- I want to
10 make sure, you know, you go at a good pace.
11 FREDDY: Oh, no, I'm going to read the terms
12 and conditions now. I'm going to, you know -- but
13 you're going to understand. It's just that in this
14 case, sir, any questions that you have, remember that
15 you can just write them down and I will get you back
16 in touch with the sales agent again, another a
17 licensed agent to answer, you know -- we don't have
18 the information or the -- specifically for the policy
19 that you are going to sign. So --
20 MR. MENJIVAR: Okay. But are you going to
21 transfer --
22 FREDDY: So (inaudible).
23 MR. MENJIVAR: -- are you going to transfer
24 -- at the end, are you going to transfer my call back
25 to Peter? He said to -- he said I can -- I could talk

55

1  to Peter afterwards.
2  FREDDY: Yeah, if you want -- if you have
3  any questions to ask him, yes, I can connect the call
4  to him again.
5  MR. MENJIVAR: Okay.
6  FREDDY: So --
7  MR. MENJIVAR: Okay.
8  FREDDY: Let me go ahead and -- and start
9  the recording. So are you ready?
10 MR. MENJIVAR: Yeah.
11 FREDDY: Hello, my name is Freddy in the
12 verification department. Your agent of record is
13 Sergei. Today is April 24th, 2018. The time is 4:47
14 p.m. Eastern time. Your verification number is LCE-
15 AC-10252017. This call is being recorded for
16 compliance purposes, okay?
17 MR. MENJIVAR: Okay.
18 FREDDY: All right. Please state your full
19 name.
20 MR. MENJIVAR: ▮▮▮▮▮▮▮▮▮▮,
21 FREDDY: Please state your date of birth.
22 MR. MENJIVAR: 3/3/1968.
23 FREDDY: Please state your gender.
24 MR. MENJIVAR: I am a male.
25 FREDDY: Please state your address.

56

1  MR. MENJIVAR: ▮▮▮▮▮▮▮▮▮▮, Unit
2  ▮. That's in ▮▮▮▮▮▮▮
3  FREDDY: Please state your phone number.
4  MR. MENJIVAR: ▮▮▮▮▮▮.
5  FREDDY: Please state your alternate phone
6  number.
7  MR. MENJIVAR: ▮▮▮▮▮▮.
8  FREDDY: Please state your email address.
9  MR. MENJIVAR: That's ▮▮▮▮▮▮ --
10 ▮▮▮▮▮▮
11 FREDDY: Thank you. Let me just confirm.
12 It's ▮▮▮▮▮▮. ▮▮▮▮▮▮ Is
13 this correct?
14 MR. MENJIVAR: Yes.
15 FREDDY: This plan is individual, no
16 dependents. Is this correct?
17 MR. MENJIVAR: Yes, it's just for me.
18 FREDDY: Thank you, sir. Now, do you
19 understand that you are joining the NCE Association?
20 You understand this, correct?
21 MR. MENJIVAR: I don't know what NCE is.
22 FREDDY: Yes, sir. The NCE is basically the
23 National Congress of Employers.
24 MR. MENJIVAR: Uhh...
25 FREDDY: Do you understand that?

14 (Pages 53 to 56)

57

1        MR. MENJIVAR: Okay.
2        FREDDY: Okay.
3        MR. MENJIVAR: Is that the health insurance
4    that I'm getting?
5        FREDDY: Right. Okay. Okay, I have to stop
6    the recording, sir, but, you know, I got to give you
7    this information about the NCE. The -- basically, the
8    -- when the agent discussed the plan with you, they --
9    you know, they told you that the plan had two parts,
10   right? There were pricing network benefits and the
11   cash benefits. So there were pricing network benefits
12   like, you know, health discounts and even Office Depot
13   discounts and UPS discounts. They are provided
14   through your membership in the NCE Association, which
15   is the National Congress of Employees.
16       Now, the cash benefits for after the
17   benefits is like doctor's visit, emergency room, et
18   cetera, are through the insurance carrier, all right?
19       MR. MENJIVAR: Umm...
20       FREDDY: So there's basically two portions.
21   This is -- this is part of the benefit that you have.
22       MR. MENJIVAR: Okay, but I -- you know, I
23   don't want like a Home Depot card or like a
24   rewards card. That's not what I'm asking for.
25       FREDDY: No. No, no, no. Basically, this

58

1    is -- this is one of the benefits that you get. It is
2    not the -- that is not the part of the insurance. In
3    fact, on the script that we're reading, it's going to
4    tell you that this is not the insurance. This is only
5    the benefits that you get for having the insurance
6    that you're applying for. All right?
7        MR. MENJIVAR: Okay. But it's not like --
8    you just mentioned Home Depot or something else like
9    that. Like I don't want -- I don't want a Home Depot
10   --
11       FREDDY: (Inaudible) the -- no, it's not
12   that you're going to get a card for Home Depot; it's
13   just that you're going to get insurance, but the Home
14   Depot discount that you get is basically part of the
15   benefits that you get because -- because of having the
16   insurance that you're going to have.
17       MR. MENJIVAR: Okay.
18       FREDDY: You know?
19       MR. MENJIVAR: Okay. So it's just like an
20   added thing for the health insurance that I'm getting?
21       FREDDY: It's a (inaudible) added. It's one
22   of the portion that you're getting, yes. This is
23   basically something added that you have. And on the
24   recording, on the script, I'm going to tell you that
25   this is not insurance. I'm going to qualify that

59

1    later on. But the only thing, sir, is that basically
2    -- let me tell you what. If -- if you don't
3    understand it, we have to stop the recording and we're
4    going to start from the beginning. Now, this is what
5    you can do in this case.
6        MR. MENJIVAR: Okay.
7        FREDDY: You can say yes to what you -- what
8    we're reading, but remember that you still have a 30-
9    day free look period in which you can -- you know, if
10   you disagree with everything on the policy, all you
11   have to do is contact customer service, all right, if
12   you have any disagreement.
13       But in this case, since you were talking to
14   the agent and the agent -- you know, you were supposed
15   to have information with the agent and everything, so
16   in this case, all -- the only thing that you're
17   supposed to do is just making the recording so that
18   way, you know, we finish the verification. And even
19   though you say yes to everything, remember that you're
20   going to the sales agent and you can talk to the sales
21   agent. And if you have any disagreement, all you have
22   to do is just, you know, continue.
23       But --
24       MR. MENJIVAR: Okay, I mean, I'm -- you
25   know, Freddy, I'm -- you know, I don't mean to be a

60

1    pain, you know what I mean. I just -- you said NCE,
2    Home Depot and, you know, I'm -- I just didn't --
3        FREDDY: Right.
4        MR. MENJIVAR: -- you know, it was -- it was
5    confusing.
6        FREDDY: No, no.
7        MR. MENJIVAR: You know what I mean? Like
8    Peter didn't mention I was going to get like a Home
9    Depot card.
10       FREDDY: Oh, okay. No, no, you're not going
11   to get a Home Depot card. This is basically one of
12   the benefits that you get. It's like some kind of
13   add-on that you get, you know. You have in the health
14   -- the health insurance, but you have this add-on. So
15   basically it's just in case -- it's some kind of
16   discount that you get for having the insurance, you
17   know.
18       MR. MENJIVAR: Okay. Do I have to --
19       FREDDY: (Inaudible).
20       MR. MENJIVAR: Okay. Do I have to use it?
21   I mean, I just really want the health insurance, you
22   know, with the PPO plan and --
23       FREDDY: (Inaudible) no, no, you don't have
24   to use it. It's just basically something that -- it's
25   like some kind of promotion that you get, you know.

15 (Pages 57 to 60)

WS330372

imple Health Plans

4/24/2018

---

**61**

1   MR. MENJIVAR: Okay.
2   FREDDY: You don't have to use it, of
3   course.
4   MR. MENJIVAR: Okay. And that's not an
5   extra charge, right? That's just a free thing that I
6   get with the health insurance.
7   FREDDY: (Inaudible). You're not going to
8   get any extra charge. The price that you see over
9   there is basically all the prices you're going to
10  have. I mean, the one that (inaudible) told you.
11  MR. MENJIVAR: Okay, all right. So it's
12  like getting a free toothbrush.
13  FREDDY: I'm sorry?
14  MR. MENJIVAR: So it's like getting a free
15  toothbrush.
16  FREDDY: That is correct.
17  MR. MENJIVAR: Okay.
18  FREDDY: So you're going to be paying --
19  you're going to be paying $263.81 and so you're going
20  to get the insurance. Everything like, you know,
21  medical visit and also you also -- I see that you have
22  the dental -- prescription dental savings portion and
23  that's what you're going to have. Now, if for some
24  reason if you buy something at Home Depot, you can
25  probably get a discount for anything that you buy.

---

**63**

1   number.
2   MR. MENJIVAR: ███████████.
3   FREDDY: Please state your email address.
4   MR. MENJIVAR: That is ███████████
5   ███████████.
6   FREDDY: Thank you. Let me just confirm.
7   It's ███████████ ███████████. Is
8   this correct?
9   MR. MENJIVAR: Yes.
10  FREDDY: This plan is individual, no
11  dependents. Is this correct?
12  MR. MENJIVAR: That is correct.
13  FREDDY: Please state yes if it is correct,
14  sir.
15  MR. MENJIVAR: Yes.
16  FREDDY: Do you understand that you are
17  joining the NCE Association? You understand this,
18  correct?
19  MR. MENJIVAR: Yes.
20  FREDDY: Do you understand that you have
21  selected a membership package that includes an
22  accident and sickness hospital indemnity insurance,
23  health choice plus plan, along with other benefits or
24  services associated with your NCE membership? You
25  understand this, correct?

---

**62**

1   But if you don't want to use it, it's just
2   (inaudible). All right?
3   MR. MENJIVAR: Okay, okay.
4   FREDDY: Okay, so let me start the
5   recording. Again, remember that we can connect the
6   call to the sales agent whenever you want, okay? So I
7   -- all right, so let me start.
8   Hello, my name is Freddy in the verification
9   department. Your agent of record is Sergei. Today is
10  April 24th, 2018. The time is 4:54 p.m. Eastern time.
11  Your verification number is LCE-AC-10252017. This
12  call is being recorded for compliance purposes, okay?
13  MR. MENJIVAR: Okay.
14  FREDDY: Please state your full name.
15  MR. MENJIVAR: ███████████.
16  FREDDY: Please state your date of birth.
17  MR. MENJIVAR: 3/3/1968.
18  FREDDY: Please state your gender.
19  MR. MENJIVAR: I am a male.
20  FREDDY: Please state your address.
21  MR. MENJIVAR: ███████████, Unit
22  ███. That's in ███████████
23  FREDDY: Please state your phone number.
24  MR. MENJIVAR: ███████████
25  FREDDY: Please state your alternate phone

---

**64**

1   MR. MENJIVAR: Yes.
2   FREDDY: Do you understand that as a member
3   of NCE Association you are entitled to many valuable
4   shopping and discount benefits such as the Aetna
5   Dental Access Network, Multiplan PPO network, 24/7
6   nurse helpline and laboratory savings program? You
7   understand this, correct?
8   MR. MENJIVAR: Yes.
9   FREDDY: Do you understand that shopping and
10  health discount membership benefits are not insurance
11  and are not affiliated with or provided by the
12  accident and sickness hospital indemnity insurance
13  carrier, American Financial Security Life Insurance
14  Company? You understand this, correct?
15  Hello?
16  MR. MENJIVAR: I didn't quite understand
17  that.
18  FREDDY: Okay. Let me repeat that back,
19  sir. Do you understand that shopping and health
20  discount membership benefits are not insurance and are
21  not affiliated with or provided by the accident and
22  sickness hospital indemnity insurance carrier,
23  American Financial Security Life Insurance Company?
24  You understand this, correct?
25  MR. MENJIVAR: Yes.

---

16 (Pages 61 to 64)

WS330372

Simple Health Plans

4/24/2018

65

1  FREDDY: All right. Do you understand that
2  NCE Health Choice Plus contains accident and sickness
3  hospital indemnity benefits? You understand this,
4  correct?
5  MR. MENJIVAR: Yes.
6  FREDDY: Do you understand that you can
7  purchase an NCE plan on its own if you wish? You
8  understand this, correct?
9  Yes, hello?
10  MR. MENJIVAR: I didn't -- I didn't quite
11  understand you.
12  FREDDY: Do you understand that you can
13  purchase an NCE plan on its own if you wish? You
14  understand this, correct?
15  MR. MENJIVAR: But I'm not by -- I'm not --
16  I don't want to buy it.
17  FREDDY: Okay. Now, sir, the question says,
18  do you understand that you can purchase -- you can
19  purchase -- I'm not saying that you have to purchase
20  or you -- I mean, or asking you if you would like to
21  purchase, it's just that you can purchase. It's
22  something that you can do or something that you -- I
23  mean, just in case if you want it. I mean, if you
24  don't want it, you don't have to. But the -- this
25  portion is just telling you that you can also do it

66

1  that way, all right? But in this case, you already
2  have the portion.
3  Now, sir, let me ask you this because, you
4  know, you have many doubts about the -- about what I'm
5  reading. So it would be a good idea if I connect the
6  call to the sales agent so he can explain to you in
7  more details what I'm reading right now.
8  MR. MENJIVAR: Okay.
9  FREDDY: So is it okay for you if I connect
10  the call to the sales agent?
11  MR. MENJIVAR: Yeah, I'm sorry, Freddy, it's
12  just -- you know, I am just trying to get health
13  insurance, man. Not -- you know, I don't want, you
14  know --
15  FREDDY: I understand. But in this case, we
16  have to do it that way because it's a legal document
17  that we have to read. So let me -- so every time we
18  stop the recording, I have to start from the
19  beginning. So let me just connect the call so that
20  way if you talk to them, they explain to you in
21  detail, you know, everything that you want to know and
22  then when you -- when we have to do the verification,
23  so we can do it fast.
24  MR. MENJIVAR: Okay.
25  FREDDY: So --

67

1  MR. MENJIVAR: Okay.
2  FREDDY: All right, so let --
3  MR. MENJIVAR: Okay.
4  FREDDY: Okay, let me just have a few -- a
5  few moments.
6  (On hold.)
7  KURT: Hello, am I speaking with ████████
8  MR. MENJIVAR: Yeah, this is ████. Is
9  this Peter?
10  KIRSCH: No, ████ this is Kirsch. I'm
11  one of the managers here at Simple Health. Peter's
12  actually on another call at this time, but I heard
13  you had some questions and I am a licensed agent. I
14  can -- I can definitely answer those questions for
15  you.
16  MR. MENJIVAR: Yeah. Your name is Kirsch?
17  KIRSCH: Kirsch, yes.
18  MR. MENJIVAR: Oh, okay.
19  KIRSCH: K-I-R-S-C-H.
20  MR. MENJIVAR: Okay. Yeah, so -- so, you
21  know, Peter's been really helpful. So I just want to
22  make sure, you know, you understand. Peter's been
23  great. But he was telling me -- so I got transferred
24  over to the verification part because my internet is
25  done or, you know, something's wrong with my service.

68

1  And -- and in the verification, they were saying
2  something that -- that was different than what Peter
3  was telling me. Like Peter was saying that I was
4  going to get health insurance that would cover -- that
5  would -- like a PPO health insurance. My doctor was
6  in the network --
7  KIRSCH: Yes, it's a PPO through Multiplan.
8  MR. MENJIVAR: Yeah, yeah, the PPO through
9  Multiplan. My doctor's in the network. He checked
10  that. But -- and that's really what I'm looking for
11  is health insurance that's going to cover my
12  prescription, my doctor's visits, any -- any sort
13  of -- you know, if I get into an accident and go to
14  the hospital. But like on the -- Freddy, I think -- I
15  think that's his name. Freddy in the verification
16  part --
17  KIRSCH: Verification?
18  MR. MENJIVAR: Yeah, yeah. He was telling
19  me something about NCE and a Home Depot rewards card
20  and discount card. I mean -- I mean --
21  KIRSCH: Oh, okay. So he was -- he was
22  telling you about the non-insured benefits that's
23  already grouped into your plan. That's additional
24  benefits on top of your health insurance plan. The
25  plan that you have is the health choice plan that has

17 (Pages 65 to 68)

WS330372

Simple Health Plans

4/24/2018

---

**69**

1 the Multiplan PPO. It's one of the largest networks
2 in the country. It does have that, but it also has
3 additional noninsured benefits. So that's the portion
4 that he was explaining to you. None of that is
5 actually health insurance; it's just additional
6 benefits that you're not charged extra for.
7 　　MR. MENJIVAR: Okay. Because he was saying
8 something like in the -- in the -- when he was reading
9 whatever the terms, he was saying something, that I
10 can purchase this -- this -- I don't know -- discount
11 card or whatever it was, but I don't want to purchase
12 anything. I just want the health insurance.
13 　　KIRSCH: No, no, no, no, no, yeah. Yes.
14 Remember, the plan that you're getting set up on is
15 usually meant for large group associations and so it
16 has additional benefits that's already grouped into
17 it. So you're not -- you're not going to be paying
18 anything extra than what Peter already quoted to you.
19 　　MR. MENJIVAR: Okay. And I want to make
20 sure that this is like -- this is health insurance,
21 not -- not --
22 　　KIRSCH: Yes, it is.
23 　　MR. MENJIVAR: -- not like a -- not like
24 a -- not like a loyalty rewards, Walgreen's discount
25 plan.

**70**

1 　　KIRSCH: No, no, not at all. If -- if that
2 was the case, it would not have its own ID card that
3 you're going to get as soon as the -- because the
4 enrollment date is today, so you will get your ID
5 cards as soon as you go through verification and
6 everything is processed.
7 　　MR. MENJIVAR: Okay. And this is going to
8 cover like my doctor's visits, my prescriptions,
9 right, and then --
10 　　KIRSCH: Yes, everything.
11 　　MR. MENJIVAR: Okay.
12 　　KIRSCH: Yep.
13 　　MR. MENJIVAR: All right. And this is
14 like --
15 　　KIRSCH: Okay?
16 　　MR. MENJIVAR: -- like I was telling -- I
17 was telling Peter, so right now I'm between jobs, but
18 I had -- I had -- through my former employer, I had
19 Blue Cross Blue Shield. So that's -- you know, that's
20 what I'm looking for, making sure that it's health
21 insurance like Blue Cross Blue Shield and that my
22 doctor is in the network and that it's not --
23 　　KIRSCH: Yes, this is --
24 　　MR. MENJIVAR: -- and that it's not HMO.
25 　　KIRSCH: -- definitely health insurance.

**71**

1 Now -- now, you will hear that it's not a major
2 medical. It's not considered a major medical because
3 it does not cover maternity, mental health or
4 substance abuse. Now, if you require anything for
5 that, then it would not be covered. Outside of that,
6 it will be covered 100 percent for any other issues.
7 This is a health insurance plan.
8 　　MR. MENJIVAR: Okay. And this is -- this is
9 going to be -- the other thing I'm worried about is
10 this is going to be covered under the Obamacare,
11 right? I'm not going to get -- like, you know -- you
12 know, you hear you get like a fine or something like
13 that, right? This is -- this is part of that?
14 　　KIRSCH: No, no, no, you don't have to worry
15 about being penalized or anything like that.
16 　　MR. MENJIVAR: Okay, all right. I just want
17 to make sure that --
18 　　KIRSCH: Okay.
19 　　MR. MENJIVAR: Because the guy, Freddy, you
20 know --
21 　　KIRSCH: Yeah, now --
22 　　MR. MENJIVAR: -- he was reading all
23 about --
24 　　FREDDY: -- it is -- it is not -- it is not
25 considered an Affordable Care Act plan because it does

**72**

1 not cover maternity, mental health or substance abuse.
2 That I do want to make clear to you.
3 　　MR. MENJIVAR: Okay. But it will cover my
4 doctor's visits, any sort of diagnostic --
5 　　KIRSCH: Yes, it will. Yes, it will.
6 　　MR. MENJIVAR: Okay.
7 　　KIRSCH: Absolutely.
8 　　MR. MENJIVAR: All right. And this --
9 　　KIRSCH: Okay?
10 　　MR. MENJIVAR: Okay.
11 　　KIRSCH: All right. So what I'm going to do
12 is I'm going to get you back over to verification so
13 they can complete that. Please hold all your
14 questions until the end so that way you can speak to a
15 licensed agent if you have any other questions. That
16 way you don't have to go through the whole thing
17 again, okay?
18 　　MR. MENJIVAR: Okay. Thank you, Kirsch.
19 　　KIRSCH: No problem. They'll be on the line
20 for you shortly. Hold on.
21 　　(On hold.)
22 　　RICHARD: Thank you for choosing Simple
23 Health. Can I please have your name and phone number
24 to pull up your application?
25 　　MR. MENJIVAR: This is ████████ghts. Is

---

18 (Pages 69 to 72)

MILLER ATTACHMENT G
Page 19 of 26

WS330372

PX 23
Page 128 of 199

Simple Health Plans

4/24/2018



73

1　this Freddy?
2　　　　RICHARD: No, sir, this is Richard.
3　　　　MR. MENJIVAR: Oh.
4　　　　RICHARD: Can you please provide me with
5　your full name and phone number, please?
6　　　　MR. MENJIVAR: Yes, it's ███████. My
7　phone number is ███████.
8　　　　RICHARD: Can you please repeat the number
9　once again, sir?
10　　　　MR. MENJIVAR: Yes. ███████.
11　　　　RICHARD: Thank you.
12　　　　(Pause.)
13　　　　RICHARD: So that would be ███████.
14　　　　MR. MENJIVAR: It's ███████.
15　　　　RICHARD: And your telephone number --
16　　　　MR. MENJIVAR: It's ███████,
17　███████.
18　　　　RICHARD: Oh, ███████ ███████ Let me fix
19　it here.
20　　　　MR. MENJIVAR: But it's spelled differently,
21　███████.
22　　　　RICHARD: Oh, with a ██?
23　　　　MR. MENJIVAR: Yes.
24　　　　RICHARD: And ███████?
25　　　　MR. MENJIVAR: That's correct.

74

1　　　　RICHARD: Thank you, sir. Just a moment,
2　please.
3　　　　(Pause.)
4　　　　RICHARD: All right, Mr. ███████ thank you
5　very much for your patience, sir. My name is Richard.
6　And I will be doing your verification today. I'm
7　pulling up your account and I see here that we have
8　one verification to go through with you. If you have
9　any questions throughout the verification process,
10　please hold off until the very end and I will transfer
11　you back over to the representative that helped you.
12　I'm not a licensed agent, so I can't answer any
13　questions about the specifics of your plan, okay?
14　　　　MR. MENJIVAR: Okay.
15　　　　RICHARD: Now, before we start, I want to
16　quickly go over the price breakdowns with you. And I
17　see here, sir, that the monthly payment for your plan
18　is $263.81 with a one-time enrollment fee of $155.
19　Therefore, your first month total is $418.81. Is that
20　correct, sir?
21　　　　MR. MENJIVAR: Yes.
22　　　　RICHARD: Very good, sir. Now, Mr. ███████
23　before I start the first verification, do you have any
24　smartphone, tablet or computer that is nearby that we
25　can use a new program that we have so that we can save

75

1　some time on the phone?
2　　　　MR. MENJIVAR: I don't.
3　　　　RICHARD: So you don't have access to your
4　email address?
5　　　　MR. MENJIVAR: No, we -- I was talking to
6　Peter and I don't have -- my internet is down. I have
7　a computer, I have a laptop, but it's not -- the
8　internet is not working.
9　　　　RICHARD: Okay. That's okay. We'll do this
10　verbally. Not a problem, sir. So you had stated, Mr.
11　███████ that the -- your first name is ███████ with a
12　███████.
13　　　　MR. MENJIVAR: That's correct.
14　　　　RICHARD: Okay, that's your first name. No
15　middle initial in your name. sir?
16　　　　MR. MENJIVAR: No, no middle initial.
17　　　　RICHARD: No middle initial. So your last
18　name is ███████ as in ███████.
19　　　　MR. MENJIVAR: That's correct.
20　　　　RICHARD: Okay. So your occupation is that
21　construction, correct, sir?
22　　　　MR. MENJIVAR: Yes, that's correct.
23　　　　RICHARD: Your height is 5'8" and you weigh
24　approximately 210 pounds.
25　　　　MR. MENJIVAR: 210 pounds, yes.

76

1　　　　RICHARD: Okay. So then we have your date
2　of birth as March 3rd, 1968, correct, sir?
3　　　　MR. MENJIVAR: Yes, that's correct.
4　　　　RICHARD: Then we have your email address as
5　███████
6　███████
7　　　　MR. MENJIVAR: That's correct.
8　　　　RICHARD: Correct?
9　　　　MR. MENJIVAR: Yes.
10　　　　RICHARD: Your residential address is ███████
11　███████, correct?
12　　　　MR. MENJIVAR: Yes, in
13　███████
14　　　　RICHARD: ███████ -- ███████
15　　　　MR. MENJIVAR: ███████
16　　　　RICHARD: ███████
17　███████
18　　　　MR. MENJIVAR: Yes, that's --
19　　　　RICHARD: ███████
20　　　　MR. MENJIVAR: Yes, that's correct.
21　　　　RICHARD: Okay. And this address is the
22　same as the mailing and billing address, also,
23　correct, ███████?
24　　　　MR. MENJIVAR: Yes, that's correct.
25　　　　RICHARD: The method of payment is a Visa

19 (Pages 73 to 76)

MILLER ATTACHMENT G
Page 20 of 26

WS330372

`imple Health Plans

4/24/2018

**77**

1  card and last four digits XXXX, correct, sir?
2      MR. MENJIVAR: Yes, that's correct.
3      RICHARD: And that is under your name,
4  ████████████, and the expiration date is ████████,
5  correct, sir?
6      MR. MENJIVAR: Yes, that's correct.
7      RICHARD: And then we have the enrollment
8  date is April 24th, 2018, and the effective date will
9  be on April the 25th, 2018, which is tomorrow, after
10  midnight tonight, correct, sir?
11      MR. MENJIVAR: Yes, that's correct.
12      RICHARD: Very good, sir. Now, we're
13  proceeding with the verbal verification. Remember,
14  ████████ that I'm not a licensed agent, so if you
15  have any questions, please write them down and I will
16  transfer you back over to the representative if it's
17  needed, okay?
18      MR. MENJIVAR: Okay.
19      RICHARD: So now, these questions for this
20  verification needs to have a specific yes as an answer
21  when I ask you if you understand or if this is correct
22  if you're in agreement, okay?
23      MR. MENJIVAR: Okay.
24      RICHARD: Here we go. Hello, my name is
25  Richard in the verification department. Your agent of

**78**

1  record is Sergei. Today is April 24th, 2018. The
2  time is 5:14 p.m. Eastern time. Your verification
3  number NCE-AC-10252017. This call is being recorded
4  for compliance purposes, okay?
5      MR. MENJIVAR: Okay.
6      RICHARD: Please state your full name.
7      MR. MENJIVAR: ████████████.
8      RICHARD: Please state your date of birth.
9      MR. MENJIVAR: 3/3/1968.
10      RICHARD: Please state your gender.
11      MR. MENJIVAR: Male.
12      RICHARD: Please state your address.
13      MR. MENJIVAR: ████████████, Unit
14  ████████████.
15      RICHARD: Please state your phone number.
16      MR. MENJIVAR: Phone number is ████████
17  ████.
18      RICHARD: Please state your alternate phone
19  number.
20      MR. MENJIVAR: ████████████
21      RICHARD: Please state your email address.
22  Spell it, please.
23      MR. MENJIVAR: ████████████
24  ████ as in ████████████
25      RICHARD: And this is an individual account?

**79**

1  It's for yourself only, correct, sir?
2      MR. MENJIVAR: Yes, that's correct.
3      RICHARD: Do you understand that you're
4  joining the NCE Association? You understand this,
5  correct?
6      MR. MENJIVAR: Yes.
7      RICHARD: Do you understand that you have
8  selected a membership package that includes accident
9  and sickness hospital indemnity insurance, health
10  choice plus plan, along with all the benefits and
11  services associated with your NCE membership? You
12  understand this, correct?
13      MR. MENJIVAR: Yes.
14      RICHARD: Do you understand that as a member
15  of NCE Association, you're entitled to many valuable
16  shopping discounts and benefits, such as the Aetna
17  Dental Access Network, Multiplan PPO network, 24/7
18  nurse help line and laboratory savings program? You
19  understand this, correct?
20      MR. MENJIVAR: Yes.
21      RICHARD: Do you understand that shopping
22  and health discount membership benefits are not
23  insurance and are not activated with or provided by
24  the accident and sickness hospital indemnity insurance
25  carrier, American Financial Security Life Insurance

**80**

1  Company? You understand this, correct?
2      MR. MENJIVAR: Yes.
3      RICHARD: Do you understand that NCE Health
4  Choice Plus contains accident and sickness hospital
5  indemnity benefits? You understand this, correct?
6      MR. MENJIVAR: Yes.
7      RICHARD: Do you understand that you can
8  purchase an NCE plan on its own if you wish? You
9  understand this, correct?
10      MR. MENJIVAR: Yes.
11      RICHARD: Do you understand that accident
12  and sickness hospital indemnity insurance does not
13  constitute comprehensive health insurance coverage
14  often referred to as major medical coverage and does
15  not satisfy your obligation to secure minimal
16  essential coverage under the Affordable -- under the
17  Affordable Care Act, also known as Obamacare, and that
18  you may be subject to a tax penalty? You understand
19  this, correct?
20      MR. MENJIVAR: Yes.
21      RICHARD: Mr. ████████
22      MR. MENJIVAR: Yes.
23      RICHARD: Do you understand that accident
24  and sickness hospital indemnity insurance does not
25  constitute comprehensive health insurance coverage

20 (Pages 77 to 80)

Case 0:18-cv-62593-DPG   Document 12-10   Entered on FLSD Docket 10/29/2018   Page 126 of 130

PX 23
Page 130 of 199

WS330372

Simple Health Plans

4/24/2018

### 81

1 often referred to as major medical coverage and does
2 not satisfy your obligation to secure minimal
3 essential coverage under the Affordable Care Act, also
4 known as Obamacare, and that you may be subject to a
5 tax penalty? You understand this, correct?
6 　　　MR. MENJIVAR:  Yes.
7 　　　RICHARD:  Do you acknowledge that your agent
8 has advised you that this is a specific time frame for
9 open enrollment in which you can enroll into a
10 qualified Obamacare plan?  There are also special life
11 events qualifying you to enroll outside of open
12 enrollment.  For information regarding open enrollment
13 dates and life qualifying events outside of open
14 enrollment, please visit www.healthcare.gov.
15 　　　Do you understand that if you have a
16 preexisting condition that limited medical benefits
17 may not be immediately available for claims associated
18 with this condition?
19 　　　MR. MENJIVAR:  Yes.
20 　　　RICHARD:  And specifically if you have had
21 (inaudible) prescribed to you by a physician within
22 the 12 months leading up to your effective date, you
23 will have a waiting period for 12 months before any
24 claims related to your condition will be covered.  You
25 understand this, correct?

### 82

1 　　　MR. MENJIVAR:  Yes.
2 　　　RICHARD:  Do you understand that even though
3 this health plan is guaranteed and you cannot be
4 turned down for coverage based on your health status,
5 your application must first be processed and
6 membership payments received prior to you receiving
7 any benefits under the plan?  You understand this,
8 correct?
9 　　　MR. MENJIVAR:  Yes.
10 　　　RICHARD:  Any person who knowingly and with
11 intent to defraud the insurance company or other
12 person filing an application for insurance containing
13 any false information or conceals for the purpose of
14 misleading information concerning any material fact or
15 to commit a fraudulent insurance act, which is a
16 crime, penalties, including imprisonment and/or fines.
17 In addition, an insurer may deny insurance benefits if
18 false information materially related to a claim was
19 provided by the applicant or insured person.  You
20 understand this, correct?
21 　　　MR. MENJIVAR:  Yes.
22 　　　RICHARD:  Do you understand that a health
23 policy is an accident and sickness hospital indemnity
24 insurance, health choice plus plan, which provides
25 unlimited benefits?

### 83

1 　　　MR. MENJIVAR:  Yes.
2 　　　RICHARD:  It is not a major medical plan and
3 shouldn't be considered as a replacement for a major
4 medical plan.  Do you understand that accident and
5 sickness hospital indemnity insurance, health choice
6 plus plan, will not pay benefits for the following:
7 Treatment or supplies which are not medically
8 necessary or not prescribed by a doctor as necessary
9 to treat sickness or injuries; are experimental or
10 investigational in nature, except as required by law;
11 are received without charge or legal obligation to
12 pay; or is provided by an immediate family member.
13 You understand this, correct?
14 　　　MR. MENJIVAR:  Yes.
15 　　　RICHARD:  In addition, except as
16 specifically provided for in the policy or any
17 attached riders, insurance will not pay for benefits
18 for sickness or injuries that are caused by the
19 following:  Dental procedures; elective procedures or
20 cosmetic procedures; felony or illegal occupation;
21 manipulations of the musculoskeletal system; suicide
22 or injuries which any covered intentionally does to
23 himself; war or acts of war; work-related injury or
24 sickness; pregnancy; preexisting conditions for a
25 continuous period of 12 months following the effective

### 84

1 date of coverage.
2 　　　Do you understand that accident and sickness
3 hospital indemnity insurance, health choice plus plan,
4 pays a fixed dollar amount for specified named medical
5 expenses and will not cover all of your medical
6 expenses?  The plan should pay the benefits amount
7 listed in the schedule of benefits that will be
8 included in the membership materials sent to you in
9 open enrollment.
10 　　　Do you understand that most of the covered
11 benefits are subject to a maximum amount payable in
12 each policy year and/or a lifetime maximum amount
13 payable?  Do you understand that you will be
14 responsible for any charges that exceed the benefits
15 as defined in this plan?  You understand this,
16 correct?
17 　　　MR. MENJIVAR:  Yes.
18 　　　RICHARD:  The fixed benefits will pay
19 according to the following schedule:  Hospital
20 confinement benefits of $100 per day within a maximum
21 of 30 days; primary care doctor's office visit benefit
22 of $50 with maximum of three visits; a speciality care
23 doctor's office visit benefit of $50 per day with a
24 maximum of three visits; emergency room benefits of
25 $50 per day with a maximum of one day; accidental

21 (Pages 81 to 84)

WS330372

`imple Health Plans

4/24/2018

---

85

1   death benefits of $10,000.  Benefits are paid on an
2   annual period for insurance -- for insured from
3   effective date.  There is a 30-day waiting period
4   immediately following the coverage effective date.  It
5   does not apply to an injury.  There is no coverage for
6   preexisting conditions for a continuous period of 12
7   months following the effective date of a covered
8   person's coverage under the policy.
9       Do you understand that as a member of the
10  NCE Association you are also entitled to repricing
11  network benefits and that the NCE Association
12  repricing network benefits are not insurance and are
13  not associated with American Financial Security Life
14  Insurance Company?  You do understand this, correct?
15      MR. MENJIVAR:  Yes.
16      RICHARD:  As part of your plan, you have
17  also agreed to purchase the Freedom Spirit Plus
18  accidental death and dismemberment insurance plan
19  underwritten by a (inaudible) insurance company.  It
20  is included in your monthly rate.  You do understand
21  this, correct?
22      MR. MENJIVAR:  Yes.
23      RICHARD:  Do you understand that the Freedom
24  Spirit AD&D benefits do not provide major medical or
25  catastrophic insurance benefits?  These benefits and

---

87

1   in military service, illegal acts, use of narcotics,
2   suicide or intentional injury, war?  You do understand
3   this, correct?
4       MR. MENJIVAR:  Yes.
5       RICHARD:  You understand that these benefits
6   (inaudible) covers action only and does not pay
7   coverage for sickness or losses due to sickness?  You
8   do understand this, correct?
9       MR. MENJIVAR:  Yes.
10      RICHARD:  Please make sure to review your
11  description of coverage for complete terms and
12  conditions or coverage.  With your current (inaudible)
13  dental savings, you save 20 to 50 percent on most
14  dental procedures, including check-ups, cleanings,
15  fillings and root canals.  Orthodontics, teeth
16  whitening, cosmetic dentistry, oral surgery and
17  children's specialists are also included.
18      This discount card utilizes the DenteMax
19  Network.  Within the DenteMax Network, you have access
20  to over 156,000 credentialed dental access points.
21  (Inaudible) you understand that this dental savings
22  card is not insurance and is not intended to replace
23  health insurance.
24      Included in your cost is access to the RX
25  Helpline Prescription Advocacy Program.  The RX

---

86

1   limitations have been explained to you in detail by
2   your agent.  You do understand this, correct?
3       MR. MENJIVAR:  Yes.
4       RICHARD:  Do you understand the insurance
5   portion of your membership will continue after age 70?
6   However, the benefits will decrease to 65 percent of
7   the principal sum at age 70; 45 percent of the
8   principal sum at age 75; 30 percent of the principal
9   sum at age 80; and 15 percent of the principal sum at
10  age 85.  You do understand this, correct?
11      MR. MENJIVAR:  Yes.
12      RICHARD:  Do you understand that the
13  accidental death and dismemberment insurance benefit
14  is $200,000 a month (inaudible) benefits pay in full
15  or in part to the member or beneficiary of the
16  member's choice if written proof is received that the
17  loss occurred while the insurance is in force, the
18  loss occurs within 365 days of the date of the
19  accident and the cause of the loss is not excluded?
20  You do understand this, correct?
21      MR. MENJIVAR:  Yes.
22      RICHARD:  You do understand that benefits
23  will not be paid for losses caused by the following:
24  Physical or mental illness, disease, pregnancy,
25  emotional trauma, intoxication, injury -- injury while

---

88

1   Helpline Prescription Advocacy Program is staffed by a
2   team of advocates who specialize in finding the lowest
3   cost alternatives for prescription medications.
4   Information about the RX Helpline can be located at
5   www.theRXHelpline.com.
6       Included in the monthly plan cost is the
7   Teladoc benefits.  With Teladoc, you have access to a
8   national network of board certified physicians who
9   provide diagnostic consultations via telephone 24
10  hours a day, 365 days a year.  There is a one-time
11  registration cost of $10 required before the first
12  consultation.  All future calls are guaranteed within
13  one hour and the consultation is at no cost to you.
14  Every participant is given (inaudible) access to the
15  Teladoc fulfillment document online.  Prescriptions by
16  phone consult are not available in Idaho.  Teladoc is
17  not a part of the insurance plan, nor is it affiliated
18  with the insurance company.
19      This plan also includes benefits for PEP.
20  PEP is an online personal health and wellness program
21  designed to help members achieve goals regardless of
22  age, gender or level of fitness.  PEP offers members
23  access to health calculators for easy tracking and
24  self-assessment, health information by a professional
25  staff, 14 daily health tips on nutrition, weight loss

---

22 (Pages 85 to 88)

**89**

1  and exercise and disease prevention, as well as the
2  ability to obtain the same core workouts used by many
3  professional athletes.
4      As part of your membership, you will also
5  receive a discount pharmacy and medical savings card.
6  (Inaudible) RX will allow you to save an average of 46
7  percent with potential savings of up to 75 percent at
8  more than 60,000 pharmacies nationwide.  This card can
9  be used for your entire family, including pets, and it
10 never expires.  Discounts are available exclusively
11 through participating pharmacies and providers.  The
12 range of discounts will vary depending on the type of
13 providers and services rendered.
14      This program does not make payment directly
15 to providers.  Members are required to pay for all
16 health care services.
17      Pharmacy locator and prescription drop
18 lookup is available at www.yourdiscountRX.com
19 (inaudible) R/.
20      Included in the monthly cost is the RX
21 Helpline Prescription and Advocacy Program.  The RX
22 Helpline is a prescription savings program that helps
23 you save money on your prescription medications in
24 addition to your insurance policy.  You have access to
25 the GapAfford Plus program, a great way for you and

**90**

1  your family to save money on out-of-pocket medical
2  expenses.  Your savings starts from the first dollar
3  with no limits.
4      Discount savings program gives members
5  access to prenegotiated lower rates.  With GapAfford
6  Plus, there are no deductibles, preexisting conditions
7  limitations, medical exams, claims form, limitation on
8  usage, age restrictions.  As a member of GapAfford
9  Plus, you and your family will have access to a
10 discount program such as the (inaudible) network, the
11 Aetna Dental Access Network, prescription discount
12 benefits, chiropractic care, discounts on pet medicine
13 and medical supplies and access to a 24/7 nurse
14 helpline, along with many other savings programs.  A
15 complete listing of program benefits is available at
16 www.hiiquote.com.
17      Your total monthly retail cost is $263 with
18 81 cents.  There is a one-time enrollment fee of $155.
19 Therefore, your first month total is $418 with 81
20 cents.  Your membership will be effective on April the
21 25th, 2018, and all subsequent monthly plan costs and
22 membership dues will be $263 with 81 cents.  Do you
23 understand?
24      MR. MENJIVAR:  Yes.
25      RICHARD:  Your total plan cost and

**91**

1  membership dues will be billed to the Visa card ending
2  last four digits XXXX.  Do you understand?
3      MR. MENJIVAR:  Yes.
4      RICHARD:  Your first monthly cost and
5  membership dues will be billed on April 24th, 2018,
6  and your monthly recurring date -- recurring billing
7  date will be the 25th of every month.  Do you
8  understand?
9      MR. MENJIVAR:  Yes.
10      RICHARD:  Do you understand that if you
11 cancel your membership or if we're unable to collect
12 your payment on your bill date, your membership and
13 benefits will be canceled?  You do understand this,
14 correct?
15      MR. MENJIVAR:  Yes.
16      RICHARD:  You understand you are signing up
17 for an automatic payment plan and you agree that HII
18 Insurance Solutions or its authorized agents may
19 (inaudible) a monthly debit to your bank account or
20 credit card for the amount due on or around the plan
21 due date?  You do understand this, correct?
22      MR. MENJIVAR:  Yes.
23      RICHARD:  Do you understand that this
24 authorization will remain in effect until you cancel
25 it in writing and you agree to notify HII or its

**92**

1  authorized agent in writing of any changes in your
2  account information or termination of this
3  authorization which must be received by HII Insurance
4  Solutions or its agent at least seven days prior to
5  the next billing date?
6      MR. MENJIVAR:  Yes.
7      RICHARD:  If the (inaudible) payment date
8  fall on a weekend or holiday, do you understand that
9  the payment may be executed on the next business days?
10 You do understand this, correct?
11      MR. MENJIVAR:  Yes.
12      RICHARD:  The customer service number is
13 877-376-5831.  You can call 877-376-5831 to discuss
14 any billing, member benefits, customer service or
15 cancellation.  Do you understand that because this is
16 not a (inaudible) transaction, these funds may be
17 withdrawn from your account as soon as (inaudible)
18 transaction date?  You agree that HII or your
19 financial institution can cancel automatic payment
20 from your account for any reason at any time with or
21 without prior knowledge to you.
22      In the case of an ACH transaction being
23 rejected for nonsufficient funds, do you understand
24 that HII or its agent may, at its discretion, attempt
25 to process the charge again within 30 days and you

WS330372

mple Health Plans

4/24/2018

---

93

1 agree to an additional $25 charge for each attempt,
2 which would be initiated as a separate transaction
3 from the authorized --
4      (Beeping interruption.)
5      RICHARD: You acknowledge that the
6 origination of these debits to my account must comply
7 with U.S. law. This payment authorization (inaudible)
8 as indicated above. You certify that you are an
9 authorized user of this credit card or bank account
10 and that you agree not to dispute this recurring
11 billing with your bank or card issuer so long as the
12 transactions correspond to the terms indicated in this
13 authorization form. You do understand this correct?
14      MR. MENJIVAR: Yes.
15      RICHARD: Now, after you are enrolled, you
16 will have 30 days from the date that you receive your
17 fulfillment material to cancel. You will also --
18      (Beeping interruption.)
19      RICHARD: -- an email from support@
20 HIIquote.com allowing you to log in using your email
21 address to review your membership benefits, including
22 your --
23      (Beeping interruption.)
24      RICHARD: -- health insurance limitations
25 and exclusions. Please make sure you do this. To

---

94

1 request a copy of your policy benefit and limitations
2 (inaudible) call HII customer support at 877-376-5831.
3 If you decide to cancel within the 30-day free look
4 period, you will receive every --
5      (Beeping interruption.)
6      RICHARD: -- month membership only. If you
7 submit a claim for insurance, your membership will be
8 deemed (inaudible) and you would not be eligible for
9 any refund. I consent to --
10      (Beeping interruption.)
11      RICHARD: -- electronic signatures of
12 documents which will otherwise only be valid if they
13 were in writing. We want to confirm that you agree to
14 the completion of your application for the insurance
15 plan and many applicable benefit programs over the
16 telephone and that the plan benefits, legal notice and
17 cost of insurance were reviewed with you.
18      You agree that your voice consent will serve
19 as your signature. I understand that HII, on behalf
20 of its partners, will (inaudible) my signature as
21 consent to receive the documents electronically unless
22 I revoke this consent. I can update my information or
23 revoke this consent at any time by calling HII at 877-
24 376-5831 or emailing support@HIIquote.com.
25      If I decide to withdraw my consent, the

---

95

1 legal validity and enforceability of electronic
2 transactions and signatures used prior to the
3 withdrawal will not be affected. I may request a
4 specific document and (inaudible) in paper form at any
5 time without revoking this consent. I agree to review
6 the application produced by this voice signature
7 carefully to ensure my understanding of all provisions
8 of the coverage. If you are in agreement with this
9 consent, please say yes.
10      MR. MENJIVAR: Yes.
11      RICHARD: I am going to provide you with
12 your case manager customer service direct phone
13 number. Go ahead and grab a pen and paper. That
14 number is 954-606-9070. You can call us to discuss
15 any (inaudible) member benefits, customer service or
16 cancellations.
17      Thank you. Your verification is now
18 complete. Thank you. Your verification is now
19 complete.
20      So, now, Mr. ████ it's been completed
21 successfully. Keep in mind that you will be receiving
22 a welcome package email with a temporary printed ID
23 card. And within seven to ten business days, you will
24 receive the actual plastic card by mail. Okay, sir?
25      MR. MENJIVAR: Okay. What is this -- can I

---

96

1 talk now?
2      RICHARD: Yes, of course.
3      MR. MENJIVAR: Okay. This 954-606-9070,
4 what -- what number is that?
5      RICHARD: This is the customer service
6 direct phone number. In case you have any questions
7 while you're reviewing your policy, you can contact
8 them directly.
9      MR. MENJIVAR: Okay. And there was another
10 number you gave. It was like an 877 --
11      RICHARD: This is the -- yes, 877-376-5831.
12      MR. MENJIVAR: Okay. What's that number
13 for?
14      RICHARD: That's a customer service number
15 for the plan, also. You can contact them if you have
16 any questions also as well.
17      MR. MENJIVAR: Okay. So both numbers are to
18 the -- they're the same number?
19      RICHARD: Customer service, yes. No, not
20 the same number. They are pretty much different
21 numbers, but different departments.
22      MR. MENJIVAR: Okay.
23      RICHARD: It depends. If you have an
24 inconvenience, Mr. ████ and you call the 9 -- the
25 94 -- the 954-606-9070 and they will be assisting with

---

24 (Pages 93 to 96)

MILLER ATTACHMENT G
Page 25 of 26

WS330372

PX 23
Page 134 of 199

Simple Health Plans

4/24/2018

97

1 any additional questions you may have.
2 　　　MR. MENJIVAR:  Okay, okay.
3 　　　RICHARD:  You wrote down the number, that
4 877-376-5831?
5 　　　MR. MENJIVAR:  Yes, I got that number, yes.
6 　　　RICHARD:  Okay, okay.  So remember that you
7 will receive the email --
8 　　　MR. MENJIVAR:  Okay.
9 　　　RICHARD:  -- the welcome package email with
10 a temporary printed ID card, and within seven to ten
11 business days, you will receive the actual plastic
12 card by mail.  Okay?
13 　　　MR. MENJIVAR:  Okay.
14 　　　RICHARD:  Thank you so much for your time
15 and your patience, Mr. ▮▮▮▮▮  Have a wonderful and
16 healthy rest of the day, you and your family members.
17 　　　MR. MENJIVAR:  Okay, thank you, thank you.
18 　　　RICHARD:  You're very welcome, sir.  Bye-
19 bye.
20 　　　MR. MENJIVAR:  Bye-bye.
21 　　　(The call was concluded.)
22 　　　MR. MENJIVAR:  This is Roberto Menjivar.  I
23 am an investigator with the Federal Trade Commission
24 Midwest Region in Chicago, Illinois.  Today's date is
25 Tuesday, April 24th, 2018, and the time is

98

1 approximately 4:37 p.m. Central time.  This concludes
2 the recording session.
3 　　　(The recording was concluded.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

99

1 　　　CERTIFICATE OF TRANSCRIPTIONIST
2
3
4 　　　I, Elizabeth M. Farrell, do hereby certify
5 that the foregoing proceedings and/or conversations
6 were transcribed by me via CD, videotape, audiotape or
7 digital recording, and reduced to typewriting under my
8 supervision; that I had no role in the recording of
9 this material; and that it has been transcribed to the
10 best of my ability given the quality and clarity of
11 the recording media.
12 　　　I further certify that I am neither counsel
13 for, related to, nor employed by any of the parties to
14 the action in which these proceedings were
15 transcribed; and further, that I am not a relative or
16 employee of any attorney or counsel employed by the
17 parties hereto, nor financially or otherwise
18 interested in the outcome of the action.
19
20
21 DATE:  5/2/2018
22 　　　ELIZABETH M. FARRELL, CERT
23
24
25

25 (Pages 97 to 99)

MILLER ATTACHMENT G