PX 23
Page 135 of 199

# Miller Attachment H

Page 136 of 199



HEALTH
INSURANCE
INNOVATIONS

# Dental Savings
## Membership Fulfillment Kit

MILLER ATTACHMENT H
Page 1 of 5



**Careington**
Promoting Health and Well-Being

## Disclosure

**THIS PLAN IS NOT INSURANCE and is not intended to replace health insurance.** This plan does not meet the minimum creditable coverage requirements under M.G.L. c.111M and 956 CMR 5.00. This plan is not a Qualified Health Plan under the Affordable Care Act. This is not a Medicare prescription drug plan. The range of discounts will vary depending on the type of provider and service. The plan does not pay providers directly. Plan members must pay for all services but will receive a discount from participating providers. The list of participating providers is at **hiiquotecustomers.com**. A written list of participating providers is available upon request. You may cancel within the first 30 days after receipt of membership materials and receive a full refund, less a nominal processing fee (nominal fee for MD residents is $5, AR and TN residents will be refunded processing fee). Discount Medical Plan Organization and administrator: **Care**ington International Corporation, 7400 Gaylord Parkway, Frisco, TX 75034; phone 800-441-0380. This plan is not available in Vermont or Washington.

PX 23
Page 138 of 199

# Dental Savings

## The DenteMax® Network

This discount card utilizes the DenteMax Network. With the DenteMax network of dentists, members can enjoy saving from 20% to 50% on most dental procedures with access to a national network of general and specialty dentists. DenteMax has been proudly delivering a quality dental network for over 29 years.

## Network Features

- Save 20% to 50% on most dental care procedures: check-ups, cleanings, fillings, root canals and more
- Orthodontics, Teeth Whitening, Cosmetic Dentistry, Oral Surgery and Children's Specialists included
- High-quality, credentialed dentists

## Sample Savings

| Procedure Description | * Regular Cost | ** Plan Cost | $ Savings | % Savings |
|---|---|---|---|---|
| Adult Cleaning | $118 | $54 | $65 | 55% |
| Child Cleaning | $83 | $39 | $44 | 53% |
| Routine Checkup | $69 | $27 | $42 | 61% |
| Four Bitewing X-Rays | $80 | $36 | $44 | 55% |
| Composite (White) Filling | $188 | $87 | $101 | 54% |
| Crown (Porcelain Fused to Noble Metal) | $1332 | $679 | $653 | 49% |
| Complete Upper Denture | $1911 | $810 | $1102 | 58% |
| Molar Root Canal | $1299 | $674 | $625 | 48% |
| Extraction (Single Tooth) | $221 | $85 | $136 | 62% |

* Regular cost is based on the national average of the 80th percentile usual and customary rates as detailed in the 2014 FairHealth Report in the Los Angeles, Orlando, Chicago and New York City metropolitan statistical areas.
** These fees represent the average of the assigned DenteMax fees in the Los Angeles, Orlando, Chicago and New York City metropolitan statistical areas.
Prices subject to change

## Get started

When making an appointment with your dentist, make sure you mention you're a Dental Savings member. Present your ID card at the time of your appointment. The dentist will verify your participation with Dental Savings, which uses the DenteMax networks. Payment is due at the time of service.

## Locate a Provider

To locate a provider online, please visit **www.careington.com**
or call **800-290-0523** to find a provider near you or over the phone.

PX 23
Page 140 of 199

## Description of Services

Please see the enclosed materials for a specific description of the programs that you have purchased.

## Limitations, Exclusions & Exceptions

This program is a discount membership program offered by **Care**ington. **Care**ington is not a licensed insurer, health maintenance organization, or other underwriter of health care services. No portion of any provider's fees will be reimbursed or otherwise paid by **Care**ington. **Care**ington is not licensed to provide and does not provide medical services or items to individuals. You will receive discounts for medical services at certain health care providers who have contracted with the plan. You are obligated to pay for all health care services at the time of your appointment. Savings are based upon the provider's normal fees. Actual savings will vary depending upon location and specific services or products purchased. Please verify such services with each individual provider. The discounts contained herein may not be used in conjunction with any other discount plan or program. All listed or quoted prices are current prices by participating providers and subject to change without notice. Any procedures performed by a non-participating provider are not discounted. From time to time, certain providers may offer products or services to the general public at prices lower than the discounted prices available through this program. In such event, members will be charged the lowest price. Discounts on professional services are not available where prohibited by law. This plan does not discount all procedures. Providers are subject to change without notice and services may vary in some states. It is the member's responsibility to verify that the provider is a participant in the plan. At any time **Care**ington may substitute a provider network at its sole discretion. **Care**ington cannot guarantee the continued participation of any provider. If the provider leaves the plan, you will need to select another provider. Providers contracted by **Care**ington are solely responsible for the professional advice and treatment rendered to members and **Care**ington disclaims any liability with respect to such matters.

## Complaint Procedure

If you would like to file a complaint or grievance regarding your plan membership, you must submit your grievance in writing to: **Care**ington International Corporation, P.O. Box 2568, Frisco, TX 75034. You have the right to request an appeal if you are dissatisfied with the complaint resolution. After completing the complaint resolution process and you remain dissatisfied, you may contact your state insurance department.

PX 23
Page 141 of 199

# Miller Attachment I

PX 23
Page 142 of 199





# Discount Benefit Program
# Member Handbook

**In addition to your Limited Medical benefits, NCE Membership contains value discount benefits.**

MILLER ATTACHMENT I
Page 1 of 16

31815

THIS PROGRAM IS NOT INSURANCE.
IT IS A DISCOUNT PROGRAM.

# Table of Contents

# Contents

Welcome ................................................................................ 3

Dental ................................................................................... 4

Vision .................................................................................... 5

Pharmacy .............................................................................. 6

Pet Rx ................................................................................... 7

Alternative Medicine .............................................................. 8

Chiropractic Savings Plan ..................................................... 8

Hearing Savings Program ...................................................... 8

Imaging Savings Program ...................................................... 9

Laboratory Savings Program ................................................. 9

Medical Bill Negotiations ..................................................... 10

Medical Supplies & Equipment ........................................... 10

Physical Therapy & Rehabilitation ...................................... 11

Vitamins & Supplements ...................................................... 11

24/7 Health Information Line ................................................ 12

24/7 Nurse Help Line ........................................................... 12

Health Discount Program Member Agreement ................... 13

Notes ............................................................................... 14-15

THIS PROGRAM IS NOT INSURANCE.
IT IS A DISCOUNT PROGRAM.



# Welcome!
## Your Partners for health care savings

NCE's GapAfford Plus program is a great way for individuals and families to save money on out-of-pocket medical expenses, whether or not they have health insurance.

Your savings start from the first dollar, with no limits. Our cost savings program gives employees/members access to the same pre-negotiated lowered rates similar to what insurance companies receive.



### The GapAfford Program is ideal for people:

- With High Deductible health insurance plans
- With no health insurance
- Who are under-insured
- Who cannot get  health insurance due to pre-existing conditions
- Whose plans don't cover, or cap benefits on, certain procedures
- Who are in their eligibility waiting period
- Who are on COBRA

Everyone is approved! No medical exam required!

Customer Service: **877-376-5831**

To access your program and to locate providers, go to: **www.NceGapAfford.com**

**There are no:**
- Deductibles
- Pre-existing condition limitations
- Medical exams
- Claim forms
- Limitation on usage
- Age restrictions

### Commonly Asked Questions

**Who is included under a household program?**
All members of the household are included, regardless of age, including students away at college.

**Is this an insurance plan?**
No. The program is a reduced fee-for-service program. It is not insurance.

**I have insurance; can I still enroll in the program?**
Yes. You may enroll in the program as long as the provider will accept both. You should consult your participating provider prior to beginning the treatment in order to verify that they can coordinate the two and provide you with additional savings.

This is not insurance. This program does not meet the requirements of the PPACA. You must pay for services at the time they are rendered. If you use a participating dentist, you will receive a discount. Neither GapAfford Plus, Aetna, NBBI or the DMPO will pay for any services received. You may contact the Discount Medical Plan Organization at AccessOne Consumer Health, Inc. 84 Villa Rd. Greenville SC 29615 www.accessonedmpo.com. This program is not available in Alaska, Connecticut, Delaware, Montana, Rhode Island, Utah, Vermont and Washington.

MILLER ATTACHMENT 1
Page 3 of 16

THIS PROGRAM IS NOT INSURANCE.
IT IS A DISCOUNT PROGRAM.



# Dental

This program is not available in Alaska, Connecticut, Delaware, Montana, Rhode Island, Utah, Vermont and Washington



Customer Service: **877-376-5831**

To access your program and to locate providers, go to: **www.NceGapAfford.com**

## Utilizing The Aetna Dental Access® Network

As a member of the GapAfford Plus program, you and your family have access to a national network of over 132,000 available dental practice locations through one of the largest dental discount networks in America, the Aetna Dental Access® Network. Participating dental locations provide savings that range from 15-50% per visit, on average, on dental services including cleanings, x-rays, fillings, root canals, crowns, bridges and orthodontia.

## Advantages of this discount program:

- No waiting periods and no age restrictions
- No pre-existing condition exclusions [1]
- No benefit maximum
- No paperwork hassles or claim forms to file
- Cosmetic dentistry included
- Orthodontia always included
- Can be use in addition to dental insurance or enhance existing dental insurance
- Vision discounts included

[1] Except work already in progress

## Sample dental care savings

| Procedure | Select regional average cost by Aetna® [2] | Average cost with Dentachoice | Your total savings |
|---|---|---|---|
| Adult Cleaning | $107 | $59 | $48 |
| Child Cleaning | $77 | $42 | $35 |
| Periodic Oral Exam | $56 | $30 | $26 |
| Four Bitewing X-rays | $68 | $36 | $32 |
| Composite White Filling Single Surface | $170 | $90 | $80 |
| Crown Porcelain Fused to High Noble Metal | $1,167 | $757 | $410 |
| Complete Upper Denture | $1,190 | $901 | $289 |
| Molar Root Canal Excluding Final Restoration | $1,085 | $746 | $339 |
| Extraction Single Tooth | $184 | $83 | $101 |
| Comprehensive Ortho Treatment - Adolescent | $5,546 | $3,508 | $2,038 |

Disclaimer: Prices can change without notice.  [2] Actual costs and savings vary by provider and geographic area.

The Dentachoice Dental and Vision Program provides access to the Aetna Dental Access® network. This network is offered by Aetna Life Insurance Company (ALIC). Neither ALIC nor any of its affiliates offers or administers the Dentachoice Dental and Vision Program. Neither ALIC nor any of its affiliates is an affiliate, agent, representative or employee of National Benefit Builders, Inc. (NBBI). Dental providers are independent contractors and not employees or agents of ALIC or its affiliates. ALIC does not provide dental care or treatment and is not responsible for outcomes.

MILLER ATTACHMENT I
Page 4 of 16

**THIS PROGRAM IS NOT INSURANCE.
IT IS A DISCOUNT PROGRAM.**



This program is not available in Alaska, Connecticut, Delaware, Montana, Rhode Island, Utah, Vermont and Washington.

# Vision

The OUTLOOK Vision network has contracted with over 10,000 eye care locations nationwide. The OUTLOOK Vision provider panel includes ophthalmologists, optometrists, independent optical centers and national chain locations.



## The vision program provides:

- Savings of 10% to 50% on most prescription eyeglasses, frames, and lenses, through a national network of over 10,000 independent and chain vision optical centers.

- Savings on contact lenses (excluding disposibles) at participating retail locations.

- 10% to 30% discounts on medical eye exams and surgical procedures, such as PRK and LASIK (where available and approved).

Customer Service: **877-376-5831**

To access your program and to locate providers, go to: **www.NceGapAfford.com**

## Sample vision care savings

| Location | Item | Retail ⁵ | Member price ⁵ | Savings - % |
|---|---|---|---|---|
| Exact Eye Care Kearney, NE | Frame Single Vision w/ Polycarbonate | $129.00 $297.00 | $90.30 $207.90 | $38.70 – 30% $89.10 – 30% |
| LensCrafters Mesa, AZ | Frame Single Vision w/ Photo Flextint | $149.95 $225.00 | $104.96 $157.58 | $44.99 – 30% $67.50 – 30% |
| JC Penney Michigan | Frame Single Vision w/ Polycarbonate & AR Contact Lenses | $229.95 $208.00 $90.00 | $149.47 $100.00 $72.00 | $79.98 – 35% $108.00 – 52% $18.00 – 20% |
| Pearle Vision National City, CA | Frame Single Vision w/ Scratch Coat | $59.95 $109.00 | $30.00 $55.00 | $29.95 – 50% $54.00 – 50% |
| EyeMaster Henderson, NV | Frame Single Vision w/ Polycarbonate | $99.95 $149.98 | $69.96 $104.99 | $29.99 – 30% $44.99 – 30% |

Disclaimer: Prices can change without notice.  ⁵ Actual costs and savings vary by provider and geographic area.

## Some participating vision care providers

| | | | |
|---|---|---|---|
| Pearle Vision | TLC Laser Vision Centers | Empire Vision | Site for Sore Eyes |
| Sears Optical | Visionworks | Eye DRX | Stein's Optical |
| J.C. Penney Optical | Bard Optical | Eyes First Vision Center | Texas State Optical |
| Target Optical | Budget Opticals of America | EyeMasters | Thomas Opticians |
| Lenscrafters | Cohen's Fashion Optical | H. Rubin | Uhlemann Optical |
| Sterling Optical | Clear Vision Laser Centers | Hour Eyes | Vision World |
| Vista Optical | Doctors Valuvision | Ideal Optical Shopko | |
| Eyeglasses.com | Duling Optical | Nationwide Vision Center | |

In addition to these chains, there are thousands of vision centers that participate in our program.

**THIS PROGRAM IS NOT INSURANCE. IT IS A DISCOUNT PROGRAM.**

# Pharmacy



Customer Service: **877-376-5831**

To access your program and to locate providers, go to: **www.NceGapAfford.com**

**Highlights**
- Card is pre-activated and never expires. Use the card immediately.
- Covers entire household, with no exclusions.
- Personal information is never collected from the card user.

Save an average of 55% on generic drugs and 15% on brand-name drugs at over 80% of pharmacies in the country.

- Use our *free* ADC discount Rx card and save an average of 15% on brand-name and 55% on generic medications at participating pharmacies.
- All FDA approved drugs are discounted with the card. Even lifestyle drugs can be obtained at greatly reduced rates.
- The pharmacy network is national in scope.
- Cards can be used for all family members. There is no limit on the number of prescriptions filled.
- No forms to fill out. You do not have to activate the card.
- The card can be used over and over.

Simply present your member ID card to the pharmacist, along with your prescription to receive the discounts.

For information on how to access the discount prescription mail-order program, please call: 855-287-2728.

**Over 80% of all pharmacies in the US and its territories accept the free ADC discount prescription card, including:**

  COSTCO WHOLESALE  Stop&Shop

Wegmans   WAL★MART   ⊙ TARGET

Walgreens   CVS/pharmacy   

and many more!

**THIS PROGRAM IS NOT INSURANCE. IT IS A DISCOUNT PROGRAM.**

# Pet Rx

## USA Pet Meds

About 50% of the medications prescribed by your vet are actually the same medications prescribed to people, only in different dosages. You can fill these prescriptions at your neighborhood pharmacy.

## How It Works

Present the *free* USA Pet Meds discount drug card along with your pet's prescription to receive a discount.

- The card is pre-activated and never expires.
- Use it over and over.
- The card can be used for all household pets and livestock animals.

We have even made arrangements with a US FDA-approved specialty, mail-order pharmacy to fill those special medications and compounds not available at your local pharmacy. Ask your vet for a written prescription when drugs for your pet are required. Call **1-855-MY-PET-RX (855-697-3879)** and mention the ID number listed on the card.



Customer Service: **877-376-5831**

To access your program and to locate providers, go to: **www.NceGapAfford.com**

### Highlights

- No waiting periods
- Every pet qualifies
- Card is pre-activated
- No sign-up or personal info required
- Card never expires
- Average prescription savings:
  **55% on Generic**
  **15% on Brand-Name**

## USA Pet Meds discount drug cards are accepted at over 80% of pharmacies nationwide!











and many more!



**USAPetMeds** Save an average of 15% on brand-name and 55% on generic pet drugs.

To price all pet medications and to find local pharmacies, visit:
**www.USAPetMeds.com/pet**

ID: 820195151
Rx Bin: 610709
Rx Grp: USAP250
Rx Pcn: 7777

**This Is Not Insurance.** Pharmacist help desk: 844-728-3791

**THIS PROGRAM IS NOT INSURANCE.
IT IS A DISCOUNT PROGRAM.**

# Alternative Medicine



Save an average of 25% at over 8,000 trained, qualified, and fully credentialed providers nationwide including acupuncture, massage and other integrated wellness therapies.

Customer Service: **877-376-5831**

To access your program and to locate providers, go to: **www.NceGapAfford.com**

# Physical Therapy & Rehabilitation



Save an average of 20% at over 1,200 offices with 4,000 rehabilitation and physical therapy providers in 23 states.

Customer Service: **877-376-5831**

To access your program and to locate providers, go to: **www.NceGapAfford.com**

# Hearing Savings Program



Save 20% to 50% off Manufacturers Suggested Retail Pricing.

Receive customized care and, if needed, purchase brand-name hearing aids at substantial savings.

A referral will be coordinated with a provider best suited to your needs including assistance to schedule an appointment or provide all the information you will need to call at your convenience.

Customer Service: **877-376-5831**

To access your program and to locate providers, go to: **www.NceGapAfford.com**

**THIS PROGRAM IS NOT INSURANCE.
IT IS A DISCOUNT PROGRAM.**

# Imaging Savings Program

Our network providers can save members an average of 60% off of the usual cost for advanced radiology testing, such as Magnetic Resonance Imaging (MRI) and Computed Tomography (CT) scans.

- Priority appointment scheduling
- Unique scheduling services to assist members with selection and scheduling of appointments
- Coast-to-coast call centers operating 8:00am-8:30pm EST, with multilingual staff
- Significant savings compared to traditional PPO fee schedules (an average of 60% savings)
- Quality care and service at no additional costs



Customer Service: **877-376-5831**

To access your program and to locate providers, go to: **www.NceGapAfford.com**

---

This program is not provided by AccessOne DMPO.

# Laboratory Savings Program

The Laboratory Savings Program offers services offer an efficient, affordable, and confidential solution to medical laboratory testing. Members are able to browse a wide array of medical laboratory tests, become informed on both the tests and diseases, and have the ability to purchase the medical lab test directly on the website. MyMedLab's online solution is centralized around the PHR (Personal Health Record) system and allows the member to see specific test results and monitor their overall health.

*Not available in NY, NJ or RI.*



Customer Service: **877-376-5831**

To access your program and to locate providers, go to: **www.NceGapAfford.com**

**THIS PROGRAM IS NOT INSURANCE.
IT IS A DISCOUNT PROGRAM.**

# Medical Bill Negotiations

This program is not provided by AccessOne DMPO.



Members can save on their existing medical bills. Patient advocates work on your behalf to protect your interests and save you money. No minimum bill requirement. However, there is a percentage of savings fee to negotiate your claim.

Customer Service: **877-376-5831**

To access your program and to locate providers, go to: **www.NceGapAfford.com**

# Medical Supplies & Equipment



Save from 20% to 50% off your medical supply needs. Items include a broad selection of ambulatory aids and bathroom safety items such as wheelchairs, scooters, hospital beds, and much more.

Customer Service: **877-376-5831**

To access your program and to locate providers, go to: **www.NceGapAfford.com**

THIS PROGRAM IS NOT INSURANCE.
IT IS A DISCOUNT PROGRAM.

# Chiropractic Savings Program

This program offers a free initial consultation, up to 50% savings on diagnostic services and x-rays (if necessary), and unlimited treatments at up to 30% savings from a national network of over 12,000 chiropractors.



Customer Service: **877-376-5831**

To access your program and to locate providers, go to: **www.NceGapAfford.com**

This program is not provided by AccessOne DMPO.

# Vitamins & Supplements

Members can save up to 75% off retail pricing on a huge selection of natural products including vitamins, supplements, and more.



Customer Service: **877-376-5831**

To access your program and to locate providers, go to: **www.NceGapAfford.com**

**THIS PROGRAM IS NOT INSURANCE.
IT IS A DISCOUNT PROGRAM.**

# 24/7 Health Information Line

This program is not provided by AccessOne DMPO.



The Health Information Line provides you with access to a comprehensive library of health information that is available to you over the phone or online.

Customer Service: **877-376-5831**

To access your program and to locate providers, go to: **www.NceGapAfford.com**

# 24/7 Nurse Help Line

This program is not provided by AccessOne DMPO.



Have 24/7 access to a registered nurse (RN) to answer questions on family health issues. Services in over 100 languages are included with medical information assistance.

Customer Service: **877-376-5831**

To access your program and to locate providers, go to: **www.NceGapAfford.com**

THIS PROGRAM IS NOT INSURANCE.
IT IS A DISCOUNT PROGRAM.

# Health Discount Program Member Agreement

As a member of GapAfford Plus you are a participant in a Discount Medical Plan Organization provided by AccessOne Consumer Health, Inc. Below are the terms and conditions of your participation. This agreement is between you and AccessOne.

The effective date of your enrollment is shown on the Member ID and shall continue from month to month until AccessOne is notified of your cancellation.

## DISCLOSURES:

- The plan is not insurance;
- The plan provides discounts at certain healthcare providers for medical services;
- The plan does not make payments directly to the providers of medical services;
- The plan member is obligated to pay for all healthcare services but will receive a discount from healthcare providers who have contracted with the discount plan organization;
- The name and address of the licensed discount medical plan organization: AccessOne Consumer Health, Inc., 84 Villa Road, Greenville, SC 29615; 800-896-1962; www.accessonedmpo.com. You may find a list of participating providers at: www.NceGapAfford.com or you may call: 877-376-5831. You will be able to apply plan discounts to all participating providers of each participating network.

You will receive discounts at participating chiropractors, medical equipment & supplies, rehabilitation services & diagnostic imaging centers ranging from 5% to 40%, prepaid Labs discounts of 5% to 70%, hearing services discounts of 5% to 20% and participating pharmacies provide discounts of 5% to 40%.

The discounts for participating dentists range from 5-50% off standard billed charges and average 20%. The vision services (including lenses and frames) are available at participating providers at discounts of 5% to 50% with an average of 25%.

The Member Agreement (GAPMPA-P/0211), Member Guide (GAPGUIDE-P/0612x) and Member ID Card (GAPID-P/0211) represent the entire Agreement between you and GapAfford and AccessOne Consumer Health, Inc.

You will be billed at the time services are provided by the participating provider who will apply the applicable discounts to that bill. In no instance can GapAfford or AccessOne make payments directly to a provider on your behalf.

Your participation in the plan will continue from month to month upon payment of your monthly dues and shall cease upon (i) your failure to make the monthly payment; or (ii) notification in writing (USPS, email or facsimile) of your desire to cancel.

You may cancel your membership in the discount medical plan organization within thirty (30) days after the effective date of your participation or receipt of your ID card, whichever is later, and receive a full refund less a minimal processing fee if applicable. After the first thirty (30) days, you may cancel participation at any time and if you have pre-paid any membership fees, the prepayment will be refunded on a pro-rata basis for the unused months. Notification must be received at least five (5) business days in advance of the next billing cycle for you not to be charged for that billing cycle.

Participation in the program may be terminated if you fail to make a payment when due.

This plan includes you and your dependent children at no charge. You are not required to list your dependents to participate in the plan. You may add children by calling AccessOne at 800-896-1962

If you have a complaint regarding the plan you may go to:
www.accessonedmpo.com or call 800-896-1962. You may also write to AccessOne Consumer Health, Inc. 84 Villa Rd. Greenville, SC 29615. The complaint will be addressed and you will receive a response within 15 days.

THIS PLAN IS NOT INSURANCE and is not intended to replace health insurance. This plan does not meet the minimum creditable coverage requirements under M.G.L. c.111M and 956 CMR 5.00. This plan is not a Qualified Health Plan under the Affordable Care Act. This is not a Medicare prescription drug plan.

This Agreement and its Benefit Descriptions represent the entire agreement between you, GapAfford and AccessOne Consumer Health, Inc. and supersedes all other prior representations, statements, or written agreements between you and GapAfford or AccessOne. Neither GapAfford nor AccessOne Consumer Health, Inc. has liability for providing or guaranteeing service or any liability for the quality of services rendered.

**Note:** Keep a copy of the Member Agreement for your records.

**THIS PROGRAM IS NOT INSURANCE.
IT IS A DISCOUNT PROGRAM.**

# Notes

**THIS PROGRAM IS NOT INSURANCE.
IT IS A DISCOUNT PROGRAM.**

# Notes

**THIS PROGRAM IS NOT INSURANCE.**

**For questions or comments:**

**NCE**

100 Garden City Plaza, Suite 102

Garden City, NY 11530

T: 888-886-1796

THIS PROGRAM IS NOT INSURANCE.
IT IS A DISCOUNT PROGRAM.





© 2014 National Benefit Builders, Inc.

PX 23
Page 158 of 199

# Miller Attachment J

PX 23
Page 159 of 199

# In the Matter of:

## Simple Health Plans

*April 10, 2018*
*Telephone Conversation between* ▌▌▌▌▌ *& Frank*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Telephone Conversation between ▮▮▮▮ & Frank

PX 23
Page 160 of 199

Simple Health Plans

4/10/2018

---

**Page 1**

OFFICIAL TRANSCRIPT PROCEEDING

FEDERAL TRADE COMMISSION

MATTER NO.       1723148

TITLE            SIMPLE HEALTH PLANS

DATE             RECORDED:  APRIL 10, 2018
                 TRANSCRIBED:  APRIL 13, 2018
                 REVISED:  APRIL 24, 2018

PAGES            1 THROUGH 29

TELEPHONE CONVERSATION BETWEEN
▮▮▮▮▮ (CUSTOMER) AND FRANK (COMPANY REP)
WS330369

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

---

**Page 2**

```
 1                   FEDERAL TRADE COMMISSION
 2                        I N D E X
 3
 4    RECORDING:                                  PAGE:
 5    Conversation between ▮▮▮▮▮
 6         Simple Health Plans                      4
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

**Page 3**

```
 1                   FEDERAL TRADE COMMISSION
 2
 3    In the Matter of:             )
 4    Simple Health Plans          )  Matter No. 1723148
 5                                  )
 6    -----------------------------)
 7                              April 10, 2018
 8
 9
10
11
12          The following transcript was produced from a
13    digital file provided to For The Record, Inc. on April
14    11, 2018.
15
16
17
18
19
20
21
22
23
24
25
```

---

**Page 4**

```
 1                   P R O C E E D I N G S
 2                   -  -  -  -  -  -
 3          MR. HAWKINS:  My name is Kenneth Hawkins,
 4    and I'm an investigator with the Federal Trade
 5    Commission in the Midwest Region in Chicago, Illinois.
 6    Today's date is April 10th, 2018, and the time is
 7    approximately 11:38 a.m.
 8          I'm going to be calling Simple Health Plans.
 9    The number is (888) 883-1831.  And I will be
10    attempting to speak with a representative from Simple
11    Health.  I will be using the undercover profile of
12    ▮▮▮▮▮.
13
14              TELEPHONE CONTACT
15          FABIO:  Good afternoon.  This is Fabio from
16    PremiumHealthQuote.com.  I'm going to ask you a few
17    quick questions and we'll get you over to one of our
18    licensed insurance agents, who will find the best plan
19    for you.  Are you looking -- are you looking to
20    purchase a new healthcare plan, or are you currently
21    insured?
22          MR. HAWKINS:  I'm looking for -- to -- to
23    purchase a health plan.
24          FABIO:  Just to confirm, it's for two
25    people, correct?
```

---

1 (Pages 1 to 4)

Telephone Conversation between ██████████ & Frank

PX 23
Page 161 of 199

~Simple Health Plans

4/10/2018

---

**5**

1    MR. HAWKINS:  That's correct.
2    FABIO:  Your state is Texas?
3    MR. HAWKINS:  Yes.
4    FABIO:  And I'm guessing the budget is $200,
5  correct?
6    MR. HAWKINS:  Yes.
7    FABIO:  Okay.  May I have your -- okay, just
8  one moment.  May I have your first and last name?  Can
9  you --
10    MR. HAWKINS:  Yes.  It's ███████
11    FABIO:  The name of the city and zip code in
12  Texas?
13    MR. HAWKINS:  It's ████████ Texas, and
14  the zip code is 75052.
15    FABIO:  Okay, and your date of birth?
16    MR. HAWKINS:  July 15th, 1980.
17    FABIO:  19?
18    MR. HAWKINS:  80.  1980, 1 9 8 0.
19    FABIO:  Okay.  Thank you.  I'm going to
20  place you on a brief hold --
21    MR. HAWKINS:  Thank you.
22    FABIO:  -- while I -- okay, while I connect
23  with you a licensed insurance agent.  Okay?
24    MR. HAWKINS:  Okay, thank you.
25    FABIO:  You're very welcome.

---

**6**

1    (On-hold music.)
2    FABIO:  Thank you so much for the holding
3  time.  I got Frank on the line, and he's going to
4  assist you from now on.  Have a good rest of the day,
5  and thank you for calling PremiumHealthQuote.com.
6  Bye-bye.
7    MR. HAWKINS:  Okay, thank you.
8    FRANK:  Hi, ██████ how you doing today?
9    MR. HAWKINS:  Hello?
10    FRANK:  Hey, ██████ could you hear me?
11    MR. HAWKINS:  I can hear you.
12    FRANK:  All right.  How you doing,
13  ██████
14    MR. HAWKINS:  My name's --
15    FRANK:  They -- they -- they told me here
16  that you're -- that it was ████████ I'm sorry.
17  So it's ██████
18    MR. HAWKINS:  Yes.
19    FRANK:  Okay.  You have no relation to
20  █████████ correct?
21    MR. HAWKINS:  No.
22    FRANK:  Okay.  And your call-back number is
23  ██████████
24    MR. HAWKINS:  Yeah.
25    FRANK:  All right.  And your date of birth

---

**7**

1  is 7/15 of 1970.
2    MR. HAWKINS:  No.  My -- my birth date --
3    FRANK:  Okay.
4    MR. HAWKINS:  -- I just gave him my
5  information.  My birth date is July 15th, 1980.
6    FRANK:  All right.  Just give me one second.
7  Give me -- I'm going to put you on a brief -- a brief
8  hold, okay, ██████
9    MR. HAWKINS:  Okay, thank you.
10    (On-hold music.)
11    FRANK:  All right, ██████ so how can I help
12  you today?
13    MR. HAWKINS:  Okay, I'm looking for an
14  insurance policy.
15    FRANK:  Okay.  You're looking for health,
16  dental, and vision, or just health?
17    MR. HAWKINS:  For full medical health
18  insurance policy for my wife and I.
19    FRANK:  Your wife and yourself, okay.  So
20  let me have one more time just to verify your date of
21  birth.  Could I have it one more time, please, ██████
22    MR. HAWKINS:  Yeah.  It's July 15th, 1980.
23    FRANK:  Okay, and let me have your wife's
24  first name and her date of birth.
25    MR. HAWKINS:  Yeah, her name is ██████

---

**8**

1  Same last name.  And she was -- and her birth date is
2  June 17th, 1990.
3    FRANK:  June 25th, 1990?
4    MR. HAWKINS:  June 17th, 1990.
5    FRANK:  17th, 19 -- okay, got it.  In the
6  past --
7    MR. HAWKINS:  And --
8    FRANK:  -- ██████ In the --
9    MR. HAWKINS:  I'm sorry --
10    FRANK:  7/15/1980.
11    MR. HAWKINS:  Hello?
12    FRANK:  Yeah.
13    MR. HAWKINS:  Hello.  Who am I speaking
14  with?
15    FRANK:  My name is Frank.
16    MR. HAWKINS:  Oh, Frank, okay.  And which
17  health -- which insurance company are you with?
18    FRANK:  The name of our company is Simple
19  Health.
20    MR. HAWKINS:  Oh, okay.
21    FRANK:  We represent A-plus-rated carriers
22  in your state, so I'm going to be able to give you
23  your best option today, okay?
24    MR. HAWKINS:  Okay, great.
25    FRANK:  All right.  Do you have an alternate

---

2 (Pages 5 to 8)

Telephone Conversation between ▮▮▮▮▮ & Frank

Simple Health Plans

4/10/2018

## 9

1   phone number besides ▮▮▮▮▮
2         MR. HAWKINS: No, that's just my only
3   number.
4         FRANK: All right. Could we have another
5   number like, say, your wife's?
6         MR. HAWKINS: She doesn't -- no, I don't --
7   no. This number is fine for right now.
8         FRANK: She has no other phone number? All
9   right. Do you have doctors you want to stay with?
10        MR. HAWKINS: Yes.
11        FRANK: Let me have the same -- let me have
12  the doctor's name.
13        MR. HAWKINS: Okay, his name is Michael
14  Simms.
15        FRANK: How long have you been without
16  health coverage?
17        MR. HAWKINS: About five months.
18        FRANK: Five months? All right. Is he in
19  Gram -- Grapevine, Texas?
20        MR. HAWKINS: He's in ▮▮▮▮▮
21        FRANK: ▮▮▮▮▮ by any chance, did you --
22  did you used to live in -- in Illinois?
23        MR. HAWKINS: I have an Illinois phone
24  number, but I've not lived there for about ten years.
25        FRANK: Okay. All right, yeah, because I

## 10

1   was kind -- I just -- I was kind of confused and I
2   wanted to make sure that we're looking for the right
3   state. But you are located in Texas, correct?
4         MR. HAWKINS: That's correct.
5         FRANK: All right. And the doctor, Michael
6   Simms, is he out of 4116 South Carry -- Carrier
7   Parkway?
8         MR. HAWKINS: Actually, I don't know the
9   exact number address, but I -- I just know the -- I --
10  I know his hospital. He's with Methodist -- Methodist
11  Family Health Center. If you want, I could look it
12  up.
13        FRANK: Yeah, that's -- yeah, that's it. I
14  got him.
15        MR. HAWKINS: Okay.
16        FRANK: Yep. Yes, sir, that's him at the
17  University of North Texas in the Methodist Health
18  System. All right. You looking for dental and vision
19  also, or you just needed health?
20        MR. HAWKINS: I really just need -- I just
21  really need health, but I -- I don't think I really
22  need all the -- other stuff.
23        FRANK: Okay. What's your household income
24  between you and your wife?
25        MR. HAWKINS: It's about 50,000, between the

## 11

1   two of us.
2         FRANK: All right. Well, so, what I'm going
3   to try to help you find is a PPO. A PPO is going to
4   allow you to keep your doctors, go to any hospitals
5   you want, and so you won't be referred or see a
6   specialist. You get a plan that has prescriptions and
7   lab coverage (inaudible) maintenance, and we can get
8   you also a policy with low out-of-pocket expense, that
9   will be a plus.
10        MR. HAWKINS: That sounds good.
11        FRANK: All right. ▮▮▮▮▮ we're able to
12  find a policy that meets your needs. When do you need
13  the plan to start?
14        MR. HAWKINS: Well, I need it start as soon
15  as possible because right now I'm -- I'm uninsured.
16        FRANK: You got it. Give me one minute,
17  okay?
18        MR. HAWKINS: Okay, thanks.
19        (On-hold music.)
20        FRANK: All right. ▮▮▮▮▮
21        MR. HAWKINS: Hey.
22        FRANK: I've got good news here. We got you
23  approved as a PPO with an A-plus-rated carrier, which
24  is going to be through First Health. It's a
25  nationwide PPO, so you can virtually use it at any

## 12

1   inpatient or outpatient facilities nationwide.
2         MR. HAWKINS: Okay.
3         FRANK: What -- what you receive with the
4   policy is going to be doctor visits, diagnostic
5   testing, so blood and lab work. Medications will be
6   covered, medical, surgical, and hospital coverage.
7   The good thing with this PPO is that it has a zero
8   deductible, so you don't have to come out of pocket
9   before your plan kicks in. It's a first-dollar
10  coverage plan.
11        MR. HAWKINS: Okay, do I have copays?
12        FRANK: Yeah. For your primary care, which
13  Michael Simms is in -- in network as well, so you
14  don't have nothing to worry about there. Doc -- PCP,
15  which is your primary care physician, is going to be
16  $10. Specialists are 25.
17        MR. HAWKINS: Okay. And, so --
18        FRANK: Yeah, your --
19        MR. HAWKINS: -- oh, go -- I'm sorry.
20        FRANK: It's okay. Your premium monthly
21  would be 313.63. It has a one-time enrollment fee of
22  $125 to join the group for you and your wife. The
23  first initial payment to get your policy started would
24  be $438 with 63 cents, which takes care of your first
25  month and the enrollment fee. And then after that

3 (Pages 9 to 12)

Telephone Conversation between ██████████ & Frank

Simple Health Plans

**4/10/2018**

---

**13**

1  your month-to-month payments will be 313 with 63 cents
2  for both of you.
3      MR. HAWKINS:  Okay.  So, what — what
4  exactly does the enrollment fee cover?
5      FRANK:  The enrollment fee is to keep your
6  rate locked in at 313.63 so it doesn't go up
7  throughout the year.
8      MR. HAWKINS:  Okay.  How does this plan
9  compare to, like, other options?
10     FRANK:  Well, I'm here — I'm — I'm trying
11  to work here with the fact that the price that they
12  gave me of what you want to spend monthly, you know,
13  to try to get something relatively close to that.
14     MR. HAWKINS:  Yes.
15     FRANK:  But it's probably the best policy
16  that's available now.  Since we're a brokerage
17  company, we have access to every policy here, and for
18  the price and for the coverage you're getting, this is
19  the route that you want to go.
20     MR. HAWKINS:  Okay.  So I just want to make
21  sure, so this would cover my doctors visits and my
22  wife's doctor visits, like yearly checkups.  And would
23  it cover, like, hospitalization if — if — if we get
24  sick or if we broke a bone?
25     FRANK:  Yeah, absolutely.  So, remember, it

---

**14**

1  covers your prescriptions; it covers your lab work; so
2  anything you have to do as far as lab works, it's all
3  covered.  It's going to cover your medications, your
4  medical, surgical, and hospital coverage.
5      You're going to do a new one?
6      MR. HAWKINS:  Hello?
7      FRANK:  Yeah, I'm right here.
8      MR. HAWKINS:  So, okay.  So they didn't ask
9  me before, but I have a preexisting condition for a
10  little bit of hypertension.  And I take a —
11     FRANK:  That's fine.
12     MR. HAWKINS:  — I take a medication for
13  that.
14     FRANK:  As long as it's not — yeah, that —
15  that's fine.  As long as — I'm looking more that it
16  won't cover which if you were to get right now — if
17  you were to have within the past 12 months cancer,
18  lupus, multiple sclerosis, kidney dialysis, or HIV,
19  any of those five things right now won't be covered.
20  God forbid you were to get that, ████ in the
21  future, you would be covered for it.
22     MR. HAWKINS:  Okay.  So I usually fill my
23  prescriptions at the local Walgreens or like a CVS.
24  So will I —
25     FRANK:  What are you taking, Xenipro

---

**15**

1  (phonetic)?
2      MR. HAWKINS:  Lozol.
3      FRANK:  Okay, that's fine.  That — that —
4  you're looking at $3.
5      MR. HAWKINS:  Okay.  So —
6      FRANK:  All right.
7      MR. HAWKINS:  — okay.  I mean, that's
8  pretty good.  Why is this — why is this so
9  inexpensive?
10     FRANK:  There's five things — there's three
11  things that it doesn't cover, and I'm going to be very
12  frank with you.  It doesn't cover maternity.  So if
13  you're thinking of having kids right now, maternity is
14  not going to cover this.
15     MR. HAWKINS:  Okay.
16     FRANK:  If you were — needed to go to a
17  drug and alcohol substance abuse, so inpatient,
18  outpatient facilities, it won't cover.  And it's not
19  going to cover mental illness hospitalization, simply
20  stating if somebody were to go cuckoo, that they, you
21  know, had to go to a — to the psychiatric ward for
22  psychiatric evaluation, that's not going to cover.  It
23  is going to cover your psychologist, and it will cover
24  your psychiatrist.
25     MR. HAWKINS:  Okay.  How — how would I —

---

**16**

1  what's the process for submitting a claim?
2      FRANK:  A claim with what?
3      MR. HAWKINS:  Well, like, so, if I — if
4  I go — like when I go to see my doctor, like how do
5  I submit the — how do I submit a claim?  Or if I
6  were —
7      MR. HAWKINS:  Yeah —
8      MR. HAWKINS:  — if, for example, if I had
9  to go to the ER or something like that?
10     FRANK:  — no, you're — you're going to
11  receive your cards.  You're going to have your member
12  IDs.  You're going to receive your cards.  The
13  provisional cards are going to be emailed to you.
14  Your hard cards are going to be mailed to you within
15  seven to ten business days.
16     MR. HAWKINS:  Oh, okay.  All right.  Okay.
17     FRANK:  All right?
18     MR. HAWKINS:  That sounds pretty good.
19     FRANK:  Now, when we — ████ when we send
20  you your — your cards in the mail, do you or wife, do
21  you guys want to have a middle initial on your card?
22     MR. HAWKINS:  No.
23     FRANK:  None of you have middle initials?
24     MR. HAWKINS:  No.
25     FRANK:  Okay.  What's your primary

---

4 (Pages 13 to 16)



PX 23
Page 164 of 199

Telephone Conversation between ▮▮▮▮▮▮ & Frank

Simple Health Plans

4/10/2018

**17**

1  occupation?
2      MR. HAWKINS: I'm a -- I'm in retail sports.
3      FRANK: Retail sports, okay. Do you have --
4  oh, you told me you don't have an alternate number
5  besides ▮▮▮▮ correct?
6      MR. HAWKINS: Yes.
7      FRANK: Your email address, letter for
8  letter?
9      MR. HAWKINS: It's ▮▮▮ my first name,
10  and then dot.
11      FRANK: One ▮ or two ▮?
12      MR. HAWKINS: It's two ▮ And then my
13  last name, ▮▮▮▮ So ▮▮▮ The last name
14  is --
15      FRANK: ▮▮▮▮▮▮?
16      MR. HAWKINS: Yes. And that's -- that's ▮
17  ▮▮▮▮▮▮
18      FRANK: Yeah, got it.
19      MR. HAWKINS: Yeah.
20      FRANK: What else?
21      MR. HAWKINS: And then 1980. That's my
22  birth -- birth year.
23      FRANK: Okay.
24      MR. HAWKINS: So ▮▮▮ --
25  ▮▮▮▮▮▮▮

**18**

1      FRANK: At gmail or Yahoo?
2      MR. HAWKINS: At gmail.
3      FRANK: Your height and weight?
4      MR. HAWKINS: Six-foot; 210.
5      FRANK: What is your address, residential or
6  mailing, either/or?
7      MR. HAWKINS: My residence.
8  ▮▮▮▮▮▮▮▮▮▮
9      FRANK: So it's ▮▮▮▮ ▮▮▮▮
10  ▮▮▮, and then ▮▮▮▮▮▮ Road?
11      MR. HAWKINS: Yes, exactly.
12      FRANK: And -- and what city?
13      MR. HAWKINS: ▮▮▮▮▮ But I have an
14  apartment number.
15      FRANK: What is it?
16      MR. HAWKINS: It's ▮▮▮
17      FRANK: All right. ▮▮▮▮ Texas.
18  75052?
19      MR. HAWKINS: Yes.
20      FRANK: Your billing address is going to be
21  the same as your home address?
22      MR. HAWKINS: Exactly.
23      FRANK: Let me just confirm, ▮▮▮ your
24  date of birth is 7/15 of 19-8-0, and your wife,
25  ▮▮▮▮▮▮ is 6/17 of 1990.

**19**

1      MR. HAWKINS: Yes.
2      FRANK: All right. Now, you could always
3  change your method of payment later. For the first
4  payment, we'll be using a debit card or a credit card,
5  whichever one you'd like to proceed with.
6      MR. HAWKINS: I can use a credit card.
7      FRANK: All right. You're also going to
8  have an effective date as of midnight tonight.
9      MR. HAWKINS: Okay, great. Thank you.
10      FRANK: Yep. All right, whenever you're
11  ready with the card number, go ahead.
12      MR. HAWKINS: Okay. It's XXXX XXXX XXXX
13  XXXX.
14      FRANK: Expiration?
15      MR. HAWKINS: X of XX.
16      FRANK: And the three numbers on the back?
17      MR. HAWKINS: XXX.
18      FRANK: All right, we're going to do a -- an
19  opt-in voice recording right now for compliance
20  purposes. Bear with me one second.
21      (Talking in Spanish aside.)
22      FRANK: All right, so today is 4 -- 4/10 of
23  2018, and I'm speaking with ▮▮▮▮▮ This call
24  may be recorded for compliance purposes. This
25  recording will authorize Simple Health to contact you

**20**

1  with information regarding your benefits via live pre-
2  recorded or auto-dialed calls, text messages, or
3  email. Excuse me.
4      You also understand that consent is not a
5  condition of purchase. Please give your full name and
6  phone number that you authorize Simple Health to
7  contact you regarding your benefits.
8      MR. HAWKINS: ▮▮▮▮▮ Phone number
9  is ▮▮▮▮▮
10      FRANK: Please state the last four digits of
11  your Social Security number to acknowledge and accept
12  these terms and conditions.
13      MR. HAWKINS: Do I have to give it right
14  now?
15      FRANK: Just the last four. That's all I
16  need.
17      MR. HAWKINS: Do I -- do I have to? I mean,
18  I can, but --
19      FRANK: Yeah.
20      MR. HAWKINS: Okay, XXXX.
21      FRANK: Thank you. Okay, what I'm going to
22  do now is I'm going to go ahead and send you a text
23  message. It's going to have a -- a hyperlink to it.
24  And once you have that hyperlink -- your phone is an
25  Android or an iPhone, correct? It's a smart phone?

5 (Pages 17 to 20)

MILLER ATTACHMENT J
Page 6 of 9

Telephone Conversation between ▓▓▓▓▓▓ & Frank

Simple Health Plans

4/10/2018

---

**21**

1   MR. HAWKINS: It's a smart phone. Yeah,
2   it's an -- it's an iPhone.
3   FRANK: Okay. Okay, I'm going to send you
4   the text message. Once you receive the text message,
5   keep your phone horizontally. It takes you to an
6   (inaudible) put me on speaker. Press the start
7   button, and then there's going to be an authorization
8   signature box. Type your name there, hit apply, and
9   then I'm going to walk you through the steps. It's
10   pretty simple.
11   MR. HAWKINS: Okay, one -- give me one
12   second.
13   FRANK: All right, you got --
14   MR. HAWKINS: Oh, I just --
15   FRANK: -- the text message right now.
16   MR. HAWKINS: Yep.
17   FRANK: So once you open the box, you're
18   going to go on the top right where it says start,
19   click the start button, and you're going to see a box
20   that says authorization signature. You want to go
21   ahead and type or sign your name there and hit apply.
22   And once you hit apply, let me know that you hit
23   apply.
24   MR. HAWKINS: Okay, I'm clicking on it.
25   Okay, it came up.

---

**22**

1   FRANK: Do you see the -- the box that says
2   authorization and signature? Go ahead and type your
3   name there and hit apply or sign it and hit apply,
4   either/or.
5   MR. HAWKINS: I see application for start.
6   FRANK: It says application signature or
7   authorization signature?
8   MR. HAWKINS: Oh, okay.
9   FRANK: Type your name there or sign it,
10   either/or, then hit apply. Let me know after you hit
11   apply.
12   MR. HAWKINS: Sorry, I'm -- my -- I have low
13   bars right now.
14   FRANK: As far as your what, your reception?
15   MR. HAWKINS: Okay. I clicked on it.
16   FRANK: Are you ready to hit apply? Where
17   you want --
18   MR. HAWKINS: Do I -- so do I just hit
19   apply, or do I enter in my name?
20   FRANK: Yeah, hit -- hit apply after you
21   signed it or typed it.
22   MR. HAWKINS: Okay.
23   FRANK: Let me know once you hit apply.
24   MR. HAWKINS: Okay.
25   FRANK: You already typed your name or

---

**23**

1   signed it?
2   (No response.)
3   FRANK: ▓▓▓▓ are you there?
4   MR. HAWKINS: Yeah, I'm here. I'm just,
5   like, I -- I'm kind of confused. So I think I -- I
6   think I -- I -- I think I -- I think I did it.
7   FRANK: Did you hit the apply button?
8   MR. HAWKINS: Yeah, I did it. And then it
9   says application for --
10   FRANK: Okay, now --
11   MR. HAWKINS: -- next.
12   FRANK: -- yeah, no, you're going to get now
13   -- you're going to get about four to five more boxes
14   where it says authorization signature again. All you
15   need to do now is press -- with your finger press that
16   box, and your name's going to auto-populate it and
17   then hit next.
18   MR. HAWKINS: Oh, I see.
19   FRANK: Once it auto-populates, hit next.
20   MR. HAWKINS: I see.
21   FRANK: Make sure your name is coming out
22   as it's auto-populated, and then hit next. Do that
23   sequence about four to five times.
24   MR. HAWKINS: Okay.
25   FRANK: And then the -- you're going to --

---

**24**

1   we'll see a blue box that says "click to sign," and
2   that's going to be the end of the signature.
3   MR. HAWKINS: Okay. So I see the next box.
4   So --
5   FRANK: (Inaudible). So make sure that your
6   name is in it and hit next. The next authorization
7   box, press it again. Your name's going to auto-
8   populate in this until you get to click to sign, a
9   blue box where it says "click to sign," then you're
10   done.
11   MR. HAWKINS: Oh, so I have to -- I had to
12   tap on all of the boxes and then hit next?
13   FRANK: It -- yeah, in each of the boxes,
14   make sure that your name auto-populates and hit next.
15   MR. HAWKINS: Okay.
16   FRANK: And then you're going to get to that
17   blue box where it says "click to sign." You're going
18   to do this about five to six times at least.
19   Each box, just press -- press your finger,
20   and hit next; in each box press your finger and next;
21   and then let me know --
22   MR. HAWKINS: Oh --
23   FRANK: -- when you're at "click to sign."
24   MR. HAWKINS: -- I'm sorry, I scrolled down
25   and then just hit the boxes. Do I have to just hit --

---

6 (Pages 21 to 24)

MILLER ATTACHMENT J
Page 7 of 9

Telephone Conversation between ████████████ & Frank

Simple Health Plans

4/10/2018

25

1   FRANK: Oh, you have to hit the box and then
2   press next. Hit the box and press next. If you're
3   not doing that, it's not going to hold the signature
4   down.
5   MR. HAWKINS: Okay.
6   FRANK: Yeah, because if not, it's going to
7   keep on repeating and you're never going to finish.
8   MR. HAWKINS: I see, okay.
9   FRANK: So --
10  MR. HAWKINS: Yeah, I got -- I got mixed up.
11  Sorry. I thought I just went through and --
12  FRANK: That's fine.
13  MR. HAWKINS: -- and tapped --
14  FRANK: That's cool.
15  MR. HAWKINS: -- all of them.
16  FRANK: Not a -- not a problem. Yeah, just
17  go ahead and press -- you know, press your finger on
18  that box, and then hit next. Press your finger in the
19  box and hit next. And then you will -- you will know
20  when you're done because it says "click to sign" in
21  the next blue box. It will come on and it says "click
22  to sign."
23  MR. HAWKINS: Okay, now I have a -- now I
24  have a little blue bubble that says "click to sign."
25  FRANK: Press that.

26

1   MR. HAWKINS: So it says I have success --
2   successfully signed the agreement. And then download
3   a copy.
4   FRANK: All right. So you don't have to
5   download the copy. We're going to go ahead and send
6   you the email within one to two hours, where you're
7   going to receive your policy.
8   MR. HAWKINS: Okay.
9   FRANK: Okay? All right. If you have any
10  questions or concerns, please feel free to give me a
11  call. You have my number?
12  MR. HAWKINS: No. Can I get it?
13  FRANK: 1-800.
14  MR. HAWKINS: Okay.
15  FRANK: 594.
16  MR. HAWKINS: 594.
17  FRANK: 4046.
18  MR. HAWKINS: 4046? Do you have an
19  extension?
20  FRANK: Extension 11430.
21  MR. HAWKINS: 11430. And last question. So
22  if I'm not -- if I'm not completely satisfied, how do
23  I -- how do I cancel?
24  FRANK: You -- you have my phone number,
25  just give me a call.

27

1   MR. HAWKINS: So I would just -- but would I
2   be able to -- would I be able to cancel and, like --
3   FRANK: Absolutely.
4   MR. HAWKINS: -- from a -- from a -- okay.
5   FRANK: Yeah.
6   MR. HAWKINS: One second here.
7   FRANK: All righty.
8   MR. HAWKINS: So, okay, is there -- is
9   there -- is there, like, a -- a refund that you can
10  get or a penalty for cancellation, like early
11  cancellation?
12  FRANK: Yeah, you're -- you're going to
13  be -- you're -- you're going to be receiving your
14  policy within one to two hours through your email.
15  Your hard cards are going to come in the mail within
16  seven to ten business days.
17  MR. HAWKINS: Okay.
18  FRANK: All righty?
19  MR. HAWKINS: All right, sounds great.
20  FRANK: All right. Thanks a lot, ████
21  MR. HAWKINS: All right. Thank you.
22  FRANK: Take care.
23  (The call was concluded.)
24
25  UNKNOWN: Don't -- don't stop it.

28

1   (Brief pause.)
2   MR. HAWKINS: My name is Kenneth Hawkins,
3   investigator with the Federal Trade Commission in
4   Chicago, and this concludes the call with Simple
5   Health Plans.
6   (The recording was concluded.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

7 (Pages 25 to 28)

Telephone Conversation between ████████ & Frank

Simple Health Plans

4/10/2018

29

```
 1              CERTIFICATE OF TRANSCRIPTIONIST
 2
 3
 4          I, Sara J. Vance, do hereby certify that the
 5      foregoing proceedings and/or conversations were
 6      transcribed by me via CD, videotape, audiotape or
 7      digital recording, and reduced to typewriting under my
 8      supervision; that I had no role in the recording of
 9      this material; and that it has been transcribed to the
10      best of my ability given the quality and clarity of
11      the recording media.
12          I further certify that I am neither counsel
13      for, related to, nor employed by any of the parties to
14      the action in which these proceedings were
15      transcribed; and further, that I am not a relative or
16      employee of any attorney or counsel employed by the
17      parties hereto, nor financially or otherwise
18      interested in the outcome of the action.
19
20
21      DATE: 4/24/2018
22              SARA J. VANCE, CERT
23
24
25
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

MILLER ATTACHMENT J
Page 9 of 9

PX 23
Page 168 of 199

# Miller Attachment K

PX 23
Page 169 of 199

# AMERICAN FINANCIAL SECURITY LIFE INSURANCE COMPANY
## (CLAYTON, MISSOURI)

Please print clearly illegible enrollment forms will not be processed

| Member's Last Name | First Name | Middle Initial | Sex (✓) M   ( ) F |
|---|---|---|---|
| ███ | ███ | | |

| Street Address: | Apt. | City  Chicago | State  IL | Zip ███ |
|---|---|---|---|---|

Date of Birth: Month/Day/Year: 06-07-1990   Telephone: ███   Work: ███   Social Security Number

Are you covered by any other Health Insurance?
( ) No   ( ) Yes
Insurance company name: _____
Policy/Cert # _____
Effective Date: _____ End Date: _____
Address: _____

Marital Status:
( ) Single    ( ) Married    ( ) Divorced    ( ) Widowed

Dependents to be covered

| Last Name | First Name | SS# | Date of Birth: Month/Day/Year |
|---|---|---|---|
| Spouse/Domestic Partner | ███ | | 02-26-1990 |
| Child | ███ | | 08-24-2012 |
| Child | ███ | | 04-05-2014 |
| Child | | | |
| Child | | | |
| Child | | | |

Plan Option:  1          2          3

| ACCIDENTAL DEATH INSURANCE Amount Requested: | ☐ Member  $ | ☐ Spouse  $ | ☐ Dependent  $ |
|---|---|---|---|

ACCIDENTAL DEATH INSURANCE BENEFICIARY DESIGNATION
Primary:          Name: _____          Relationship: _____
                         (Last)          (First)          (Middle Initial)

Contingent:     Name: _____          Relationship: _____
                         (Last)          (First)          (Middle Initial)

IMPORTANT: I understand these benefits are provided under a group insurance policy underwritten by American Financial Security Life Insurance Company and are subject to exclusions, limitations and conditions of coverage which include, but are not limited to, an exclusion for pre-existing conditions. I certify that I have read or had read to me the completed enrollment form and the answers given are complete and true to the best of my knowledge and belief.

By signing below I indicate my desire to enroll in a plan of limited medical benefits issued by American Financial Security Life Insurance Company.

## THIS IS A SUPPLEMENT TO HEALTH INSURANCE AND IS NOT A SUBSTITUTE FOR

PX 23
Page 170 of 199

## MAJOR MEDICAL COVERAGE. LACK OF MAJOR MEDICAL COVERAGE (OR OTHER MINIMUM ESSENTIAL COVERAGE) MAY RESULT IN AN ADDITIONAL PAYMENT WITH YOUR TAXES.

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit, or knowingly presents false information in an application for insurance may be guilty of a crime and subject to fines, confinement in prison and/or denial of insurance benefits.

Fraud Warning for Alabama: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and maybe subject to restitution fines or confinement in prison or any combination thereof.

Fraud Warning for Arkansas: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application is guilty of a crime and may be subject to fines and confinement in prison.

Fraud Warning for Kentucky: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purposes of misleading, information concerning any fact material thereto commits a fraudulent insurance act which is a crime.

FRAUD WARNING FOR NEW MEXICO: ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT OR KNOWINGLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE IS GUILTY OF A CRIME AND MAY BE SUBJECT TO CIVIL FINES AND CRIMINAL PENALTIES.

FRAUD WARNING FOR OKLAHOMA:  Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claims for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

Member must sign
here █████████ _____

Date: 11-24-2017

To be completed by Group:

| Name of Group:<br>National Congress of Employers | Group Number: | Effective Date: 12/01/2017 |
|---|---|---|
| Date Submitted: 11-24-2017 | Approved By: | Processed Date: |

PX 23
Page 171 of 199

# Miller Attachment L



HEALTH
INSURANCE
INNOVATIONS



## Dear ██████████

Thank you for requesting membership in National Congress of Employers and applying for Health Choice +. Once your application is approved and payment is processed, your policy will go into effect 12:01 am on 04/25/2018.

You will be charged $358.81 immediately for your first month of insurance coverage. Future charges to your account will be $233.81 and will be made on the 25th of each month starting 05/25/2018.

25

Health Choice +
American Financial Security Life Insurance Company
$49.82

Teladoc 24/7 doctor visits by telephone
$29.99

Association dues
$12.50

Rx Helpline
$10.00

Health Education program (PEP)
Online health education & fitness training
$125.00

Freedom Spirit Plus Cost, inclusive of monthly Med-Sense Dues & Plan Cost
Federal Insurance Company,
$131.50 per month

Total
$358.81

By signing, you acknowledge you have reviewed and understand the details of your purchase and the charges related to your purchase.

Applicant Signature: _____     Date: _____

Health Insurance Innovations
238 E Bearss Ave, Ste 326
Tampa, Florida
www.hiquote.com
877-376-5831

# AMERICAN FINANCIAL SECURITY LIFE INSURANCE COMPANY
## (CLAYTON, MISSOURI)

Please print clearly illegible enrollment forms will not be processed

| Member's Last Name | First Name | Middle Initial | Sex |
|---|---|---|---|

| Street Address: | Apt. | City | State | Zip |
|---|---|---|---|---|

| Date of Birth:  Month/Day/Year | Telephone: | Work | Social Security Number |
|---|---|---|---|

Are you covered by any other Health Insurance?
( ) No  ( ) Yes
Insurance company name: _____
Policy/Cert # _____
Effective Date: _____     End Date: _____
Address: _____

Marital Status:
( ) Single    ( )Married    ( )Divorced    ( )Widowed

Dependents to be covered

| Last Name | First Name | SS# | Date of Birth:  Month/Day/Year |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Plan Option:  1 _____  2 _____  3 _____

| ACCIDENTAL DEATH INSURANCE Amount Requested: | ☐ Member | ☐ Spouse | ☐ Dependent |
|---|---|---|---|
|  | $ | $ | $ |

ACCIDENTAL DEATH INSURANCE BENEFICIARY DESIGNATION
Primary:        Name:                                              Relationship:
                      (Last)              (First)        (Middle Initial)

Contingent:    Name:                                              Relationship:
                       (Last)              (First)       (Middle Initial)

IMPORTANT:  I understand these benefits are provided under a group insurance policy underwritten by American Financial Security Life Insurance Company and are subject to exclusions, limitations and conditions of coverage which include, but are not limited to, an exclusion for pre-existing conditions.  I certify that I have read or had read to me the completed enrollment form and the answers given are complete and true to the best of my knowledge and belief.

By signing below I indicate my desire to enroll in a plan of limited medical benefits issued by American Financial Security Life Insurance Company.

## THIS IS A SUPPLEMENT TO HEALTH INSURANCE AND IS NOT A SUBSTITUTE FOR

AF GRP FI ENR 217

PX 23
Page 174 of 199

## MAJOR MEDICAL COVERAGE. LACK OF MAJOR MEDICAL COVERAGE (OR OTHER MINIMUM ESSENTIAL COVERAGE) MAY RESULT IN AN ADDITIONAL PAYMENT WITH YOUR TAXES.

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit, or knowingly presents false information in an application for insurance may be guilty of a crime and subject to fines, confinement in prison and/or denial of insurance benefits.

Fraud Warning for Alabama: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and maybe subject to restitution fines or confinement in prison or any combination thereof.

Fraud Warning for Arkansas: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application is guilty of a crime and may be subject to fines and confinement in prison.

Fraud Warning for Kentucky:  Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purposes of misleading, information concerning any fact material thereto commits a fraudulent insurance act which is a crime.

FRAUD WARNING FOR NEW MEXICO: ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT OR KNOWINGLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE IS GUILTY OF A CRIME AND MAY BE SUBJECT TO CIVIL FINES AND CRIMINAL PENALTIES.

FRAUD WARNING FOR OKLAHOMA:  Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claims for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

Member must sign here: _____  Date: _____

To be completed by Group:

| Name of Group: National Congress of Employers | Group Number: | Effective Date: 04/25/2018 |
|---|---|---|
| Date Submitted: 04-24-2018 | Approved By: | Processed Date: |

AF GRP FI ENR 217

PX 23
Page 175 of 199



# FEDERAL INSURANCE COMPANY

202 Hall's Mill Road, P.O. Box 1600, Whitehouse Station, New Jersey 08889

## Enrollment Form – Voluntary Accident Insurance

**POLICYHOLDER:** Med-Sense Guaranteed Association      **POLICY NUMBER:**    9907-71-53

| Enrollee Full Name: | ███████████ |
|---|---|

| Address | ████████████████ |
|---|---|

**Plan Option:**        ☒ Enrollee only

**Coverage Description:**

<u>Accidental Death & Dismemberment ("AD&D") Plan Option:</u>

**Premium Information:**

| Election Option | Monthly Rate per $1,000 of Insurance elected |
|---|---|
| Enrollee Only | $0.03 |

### Monthly Rate

| If you elect a benefit amount of: | 200,000 |
|---|---|
| ☐ | 6.00 |

Example

| Benefit Amount: | $50,000 | $100,000 | $110,000 | $250,000 |
|---|---|---|---|---|
| | $1.50 | $3.00 | $3.30 | $7.50 |

| Beneficiary : | ESTATE |
|---|---|
| Relationship: | ESTATE |

| Contingent Beneficiary : | ESTATE |
|---|---|
| Relationship: | ESTATE |

GCA-7153-EN

1

PX 23
Page 176 of 199

Names of Person to be covered:

| Enrollee: | ███████ | | Date of Birth: | ████████ | |

# THIS IS A SUPPLEMENT TO HEALTH INSURANCE AND IS NOT A SUBSTITUTE FOR MAJOR MEDICAL COVERAGE.  LACK OF MAJOR MEDICAL COVERAGE (OR OTHER MINIMUM ESSENTIAL COVERAGE) MAY RESULT IN AN ADDITIONAL PAYMENT WITH YOUR TAXES.

**Insurance Acceptance:**

The undersigned represents to the best of his or her knowledge and belief that all information provided in this enrollment and any attachments hereto is true and correct. The undersigned understands that all information provided in this enrollment form and any attachments hereto is material to the Company's decision to provide this insurance, and that insurance will be provided in reliance upon the truth of such information. It is hereby agreed and understood this insurance is provided by the Company in consideration of payment of the required premium.  The insurance begins on the later of: 1) on the date the policy is effective which is June 1, 2015; or 2) when We accept the eligible person's enrollment form.

**THE POLICY PROVIDES LIMITED BENEFITS.  REVIEW THE POLICY AND YOUR DESCRIPTION OF COVERAGE CAREFULLY.**

_____          _____
Date                                 Enrollee's Signature

**Fraud Warning Notices:** Any person who, knowingly and with intent to defraud any insurance company or other person, files an application for insurance containing any false information, or conceals for the purpose of misleading, information concerning any material fact thereto, commits a fraudulent insurance act, which is a crime. Penalties include imprisonment and/or fines.  In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the enrollee or Insured Person.

**Notice to Arkansas, Louisiana Minnesota, New Mexico and Ohio Applicants:** Any person who, with intent to defraud or knowing that he/she is facilitating a fraud against an insurer, submits an application or files a claim containing a false, fraudulent or deceptive statement is, or may be found to be, guilty of insurance fraud, which is a crime, and may be subject to civil fines and criminal penalties.

**Notice to Maryland and Rhode Island Applicants:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Notice to Colorado Applicants:** It is unlawful to knowingly provide false, incomplete or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company.  Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or

2

GCA-7153-EN

PX 23
Page 177 of 199

misleading facts or information to a policy holder or claimant for the purpose of defrauding or attempting to defraud the policy holder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory agencies.

**Notice to Maine, Tennessee and Virginia Applicants:**  It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company.  Penalties may include imprisonment, fines or a denial of insurance benefits.

**Notice to District of Columbia Applicants:**  WARNING: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant."

**Notice to Florida and Oklahoma Applicants:**  Any person who, knowingly and with intent to injure, defraud or deceive any employer or employee, insurance company, or self-insured program, files a statement of claim containing any false or misleading information is guilty of: a felony (in Oklahoma) or a felony of the third degree (in Florida).

**Notice to Kentucky Applicants:**  Any person who, knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any false information, or conceals for the purpose of misleading, information concerning any material fact thereto, commits a fraudulent insurance act which is a crime.

**Notice to New Jersey Applicants:**  Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties.

**Notice to Oregon and Texas Applicants:**  Any person who makes an intentional misstatement that is material to the risk may be found guilty of insurance fraud by a court of law.

**Notice to New York and Pennsylvania Applicants:**  Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and shall also be subject to: a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation (in New York) or criminal and civil penalties (in Pennsylvania).

**Notice to Washington Applicants:**  It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the Company.  Penalties include imprisonment, fines and denial of insurance benefits.

GCA-7153-EN

MILLER ATTACHMENT L
Page 6 of 23

PX 23
Page 178 of 199

 

ADVOCACY, EDUCATION & FORTUNE 500
BENEFITS FOR THE SOLE PROPRIETOR
& SMALL BUSINESS

# NCE Membership Application

## Tell us about yourself... * REQUIRED FIELD

* First name ▮▮▮▮▮

* Last name ▮▮▮▮▮

Street address ▮▮▮▮▮▮▮▮

Address line 2 ( Apt # )

City ▮▮▮▮▮      State ▮▮▮      Zip ▮▮▮▮

* Email address ▮▮▮▮▮▮▮

* Daytime phone number ▮▮▮▮▮▮      **AREA CODE FIRST**

Industry _____

Occupation _Construction_

Please accept my application for membership in the National Congress of Employers (NCE). I agree to adhere to the principles and standards of the association as set forth in the **Constitution and By-Laws.** I understand that my membership fee is inclusive of dues, administrative and marketing fees and the cost of any benefit programs you elect to purchase.. All fees will be apportioned between the NCE and its benefit and service providers. I understand benefits are offered at the sole discretion of the NCE and availability of specific benefits may vary by provider and by my state of residence. I understand that the NCE is committed to providing the maximum value for my membership and therefore, specific benefits are subject to change or cancel without notice. I also understand that I can cancel my membership in the NCE at any time by calling or writing to the address below. I understand and agree that my membership in the NCE will not become effective until payment in full has been received by the NCE, that my member benefits are only available to members in good standing. In the event that my membership lapses do to a failure to pay dues will terminate and void my membership in the NCE.

Signature of Member

The National Congress of Employers
1000 N West Street
Ste 1200
Wilmington DE 19801
Tel 302-295-4903 Fax: 302-295-4801
Toll Free: 1-888-886-1796

PX 23
Page 179 of 199

## Med-Sense Guaranteed Association

- Please verify your understanding that you are purchasing a membership in the Med-Sense Guaranteed Association. As a member of this association, you are entitled to many benefits such as Sprint, ID resolution, floral discounts, gym America, vitamin discounts, car rental, and car perks.

- You understand that you are not required to purchase Freedom Spirit Plus and there are MSGA plan memberships available that do not include Freedom Spirit Plus. Please email info@medsensemembers.com to inquire about purchasing a stand-alone membership.

- **NOTICE OF CONSENT TO ELECTRONIC TRANSACTIONS, SIGNATURES AND DOCUMENTS** I **consent to use of electronic signatures of documents, which would otherwise only be valid if they were in writing.** I understand that Health Insurance Innovations will rely on my signature as consent to receive the documents electronically unless I revoke this consent. I can update my information or revoke this consent at any time by calling Health Insurance Innovations Customer Service Center at 1-877-376-5831 or emailing to: support@hiiquote.com. If you decide to withdraw your consent, the legal validity and enforceability of electronic transactions and signatures used prior to the withdrawal will not be affected. I may request specific documents at no cost in paper form at any time without revoking this consent. I agree to review the application produced by this voice signature carefully to ensure my understanding of all provisions of the coverage.

**Applicant Signature:**                                                   **Date:**

PX 23
Page 180 of 199

## ScripPal

- This program provides DISCOUNTS ONLY and is NOT INSURANCE. Discounts are available only through participating pharmacies and providers. This program does not make payments directly to providers. Members are required to pay for all health care services. You may cancel your registration at any time or file a complaint by contacting Customer Care at 1-866-788-6846. All prescription drugs are eligible for discount.

- **NOTICE OF CONSENT TO ELECTRONIC TRANSACTIONS, SIGNATURES AND DOCUMENTS** I consent to use of electronic signatures of documents that would otherwise only be valid if **they were in writing.** I understand that Health Insurance Innovations will rely on my signature as consent to receive the documents electronically unless I revoke this consent. I can update my information or revoke this consent at any time by calling Health Insurance Innovations Customer Service Center at 1-877-376-5831 or emailing to: support@hiiquote.com. If you decide to withdraw your consent, the legal validity and enforceability of electronic transactions and signatures used prior to the withdrawal will not be affected. I may request specific documents at no cost in paper form at any time without revoking this consent. I agree to review the application produced by this voice signature carefully to ensure my understanding of all provisions of the coverage.

**Applicant Signature:**                                                          **Date:**

PX 23
Page 181 of 199

# RxHelpline Terms and Conditions

The RxHelpline is a prescription savings program that helps you save money on your prescription medications.

RxHelpline is NOT insurance and this program does not make payments directly to providers. Members are required to pay for all health care services.

**RxHelpline** does not make nor is authorized to make decisions about acceptance, denial or the management of any individual manufacturers program. **RxHelpline** does not act as a dispensing pharmacy and is not responsible for prescription information contained in any application as provided by the patient or their prescribing physician.

**NOTICE OF CONSENT TO ELECTRONIC TRANSACTIONS, SIGNATURES AND DOCUMENTS** I consent to use of electronic signatures of documents that would otherwise only be valid if they were in writing. I understand that Health Insurance Innovations will rely on my signature as consent to receive the documents electronically unless I revoke this consent. I can update my information or revoke this consent at any time by calling Health Insurance Innovations Customer Service Center at 1-877-376-5831 or emailing to: support@hiiquote.com. If you decide to withdraw your consent, the legal validity and enforceability of electronic transactions and signatures used prior to the withdrawal will not be affected. I may request specific documents at no cost in paper form at any time without revoking this consent. I agree to review the application produced by this voice signature carefully to ensure my understanding of all provisions of the coverage.

_____
Applicant Signature                                Date

MILLER ATTACHMENT L
Page 10 of 23

# Teladoc Terms & Conditions

Teladoc is NOT insurance and this program does not make payments directly to providers. Members are required to pay for all health care services.

TelaDoc does not replace the primary care physician. TelaDoc does not guarantee that a prescription will be written. TelaDoc operates subject to state regulation and may not be available in certain states. TelaDoc does not prescribe DEA controlled substances, non-therapeutic drugs and certain other drugs which may be harmful because of their potential for abuse. TelaDoc physicians reserve the right to deny care for potential misuse of services.

**NOTICE OF CONSENT TO ELECTRONIC TRANSACTIONS, SIGNATURES AND DOCUMENTS** I consent to use of electronic signatures of documents that would otherwise only be valid if they were in writing. I understand that Health Insurance Innovations will rely on my signature as consent to receive the documents electronically unless I revoke this consent. I can update my information or revoke this consent at any time by calling Health Insurance Innovations Customer Service Center at 1-877-376-5831 or emailing to: support@hiiquote.com. If you decide to withdraw your consent, the legal validity and enforceability of electronic transactions and signatures used prior to the withdrawal will not be affected. I may request specific documents at no cost in paper form at any time without revoking this consent. I agree to review the application produced by this voice signature carefully to ensure my understanding of all provisions of the coverage.

Applicant Signature                                      Date

PX 23
Page 183 of 199

## E Terms & Conditions Acknowledgement

I understand and authorize my next month's payment and re-occurring monthly payments thereafter will be automatically processed from my account each month until I request termination of the coverage or the coverage reaches its natural termination date. I understand that if I cancel my insurance or if HII is unable to collect my payment on my bill date my insurance and benefits will be cancelled. I agree to review my policy and certificate for a list of any exclusions, limitations and acknowledgements specific to my state. I may request a full refund of my policy within my **free look** period as described in my plan documentation. I understand that my plan documentation will be available electronically and that I may request to have physical documents mailed to me at no cost by contacting Health Insurance Innovations. I will also receive a copy of the welcome letter and ID cards in the mail within 7 to 10 business days of my policy effective date. No representation by an agent or any other person shall be binding on Health Insurance Innovations or the Insurance carrier.

I authorize Health Insurance Innovations, Inc. and its agents or independent contractors to contact me at my current landline and/or cellular number and any future cellular phone number, email address, or wireless device with information related to my account, my policies, or to receive general information from HII. I also authorize HII and its agents and independent contractors to use automated telephone dialing equipment, artificial or pre-recorded voice or text messages, and emails in their efforts to contact me. Furthermore, I understand that this consent is not a condition for the purchase of my insurance policies, and I may withdraw this consent at any time by submitting my request in writing to HII.

**Applicant Signature:**                                           **Date:**

**You understand that short term medical insurance is not considered "minimum essential coverage" under the affordable care act, also known as "Obamacare," and that you may be subject to a tax penalty.**

You acknowledge that your agent has advised you that there is a specific timeframe for Open Enrollment in which you can enroll into a qualified Obamacare Plan and there are also special life events qualifying you to enroll OUTSIDE of open enrollment.  For information regarding Open Enrollment dates and life qualifying events outside Open Enrollment, please visit www.healthcare.gov.

**Applicant Signature:**                                           **Date:**

**SPOUSE'S ACKNOWLEDGEMENT** (*if applying for coverage*) I confirm that I have permission to answer health questions on behalf of my spouse and that I have full knowledge of my spouse's health history. Realize that coverage is provided based on statements and answers given on the application. Any incorrect or incomplete information regarding their medical history may result in loss of coverage or claim denial.

PX 23
Page 184 of 199

### NOTICE OF CONSENT TO ELECTRONIC TRANSACTIONS, SIGNATURES AND DOCUMENTS

**I consent to use of electronic signatures of documents which would otherwise only be valid if they were in writing.** I understand that Health Insurance Innovations will rely on my signature as consent to receive the documents electronically unless I revoke this consent. I can update my information or revoke this consent at any time by calling Health Insurance Innovations Customer Service Center at 1-877-376-5831 or emailing to: support@hiiquote.com. If I decide to withdraw my consent, the legal validity and enforceability of electronic transactions and signatures used prior to the withdrawal will not be affected. I may request specific documents at no cost in paper form at any time without revoking this consent. I agree to review the application carefully to ensure my understanding of all provisions of the coverage.

**YOU ACKNOWLEDGE AND AGREE THAT, BY SIGNING, YOU ARE INDICATING THAT YOU HAVE READ, AND THAT YOU UNDERSTAND AND AGREE TO BE BOUND BY THESE TERMS, WHETHER OR NOT YOU HAVE ACCESSED YOUR POLICY DOCUMENTS.**

If you accept or agree to these Terms on behalf of another person, you represent and warrant that you have the authority to bind that person to these Terms and, in such event, "you" and "your" will refer and apply to all persons listed on the policy.

I understand Short-Term medical insurance is intended for temporary gaps in health insurance. It is not compliant with the federal Affordable Care Act and does not cover expenses related to pre-existing conditions.

**Applicant Signature:**                                                **Date:**

PX 23
Page 185 of 199



https://outlook.live.com/mail/#/inbox/id/AQQkADAwATY3ZmYAZS

PX 23
Page 186 of 199

**Please sign Application Form of Health Choice +**

Health Insurance Innovations <echosign@echosign.com>
**Tue 4/24/2018, 4:23 PM**
To: ████████████  ████████████████





# Health Insurance Innovations Has Sent You **Application Form of Health Choice + to Sign**

After you sign Application Form of Health Choice +, all parties will receive a final PDF copy by email.

This document is available for signing until April 26, 2018 and will expire thereafter.

© HiiQuote.com
To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

https://outlook.live.com/mail/#/inbox/id/AQQkADAwATY3ZmYAZS

**Please sign Application Form of Health Choice +**

Health Insurance Innovations <echosign@echosign.com>

**Tue 4/24/2018, 4:25 PM**

To: ██████████████████████████████████





# Health Insurance Innovations Has Sent You **Application Form of Health Choice + to Sign**

After you sign Application Form of Health Choice +, all parties will receive a final PDF copy by email.

This document is available for signing until April 26, 2018 and will expire thereafter.

© HiiQuote.com

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

https://outlook.live.com/mail/#/inbox/id/AQQkADAwATY3ZmYAZS

PX 23
Page 188 of 199

**Payment Receipt** ███████████████████

noreply@hiiquote.com

**Tue 4/24/2018, 6:54 PM**

To: ███████████████████████

# Receipt

███████████ thank you for your purchase. Your payment has been processed, and you will receive an email with details about your purchase shortly.

## Member Name
████████████

## Member ID
██████████

## Total Payment
$60.00

## Payment Method
VISA

··········· ████

## Billed To
████████████████████████████

Health Insurance Innovations
218 E Bearss Ave, Ste 325
Tampa, Florida
www.hiiquote.com
877-376-5831

https://outlook.live.com/mail/#/inbox/id/AQQkADAwATY3ZmYAZS

PX 23
Page 189 of 199

**Payment Receipt** ███████████ HCP1481300
noreply@hiiquote.com
Tue 4/24/2018, 6:55 PM
To: ████████████████████████

# Receipt

███████████ thank you for your purchase. Your payment has been processed, and you will receive an email with details about your purchase shortly.

**Member Name**
████████████

**Member ID**
HCP1481300
INA36533200

**Total Payment**
$358.81

**Payment Method**
VISA
············ ████

**Billed To**
████████████████████

Health Insurance Innovations
218 E Bearss Ave, Ste 325
Tampa, Florida
www.hiiquote.com
877-376-5831

https://outlook.live.com/mail/#/inbox/id/AQQkADAwATY3ZmYAZS

 - **Your Application for Dental Savings**

support@hiiquote.com
Tue 4/24/2018, 6:54 PM
To
Cc:licensing@hbcinsure.com <licensing@hbcinsure.com>;

HEALTH
INSURANCE
INNOVATIONS



# Dear ▮▮▮▮▮▮▮,

Thank you for applying. We received your request for membership under the **Dental Savings** plan. Once your application and your initial payment of **$60.00** is processed, your effective date will be **04/25/2018**.

### View and Download Your Benefits

All of your important discount information is available for you to view, download and print at **HIIQuoteCustomers.com**.

We have created a user ID and password for you, so you can login immediately, print your ID cards and view details about your membership.

**User ID:** ▮▮▮▮▮▮▮
**Password:** ▮▮▮▮

For your security, please update your password after logging in.

### 30-day Free Look

We want you to be happy with your membership. If you are not satisfied for any reason and no claims have been filed, you may cancel your plan within 30 calendar days of receipt of membership materials to receive a full refund. The refund will include your first payment.

When making an appointment with your dentist, make sure you mention you're a Dental Savings member. Present your ID card at the time of your appointment. The dentist will verify your participation with the DenteMax Network, and you'll receive your discount off the cost of dental services. Payment is due at the time of service.

### Questions?

https://outlook.live.com/mail/#/inbox/id/AQQkADAwATY3ZmYAZS

**Billing Questions**
1.877.376.5831
Monday - Friday 8:30am to 7:00pm EST
support@hiiquote.com

**Locate a Provider**
Careington
1.800.290.0523
Monday - Friday 7:00am to 7:00pm CST
careington.com

https://outlook.live.com/mail/#/inbox/id/AQQkADAwATY3ZmYAZS

PX 23
Page 192 of 199

 - **Your Application for Health Choice +**

support@hiiquote.com
Tue 4/24/2018, 6:55 PM
To
Cc:licensing@hbcinsure.com <licensing@hbcinsure.com>;



# Dear _____,

Thank you for applying for the Accident and Sickness Hospital Indemnity insurance plan, underwritten by American Financial Security Life Insurance CO.

Thank you for applying. We received your request for coverage under the following plans:



**Health Choice +** with an effective date of **04/25/2018.**
**Freedom Spirit Plus** with an effective date of **04/25/2018.**

All of the details about your coverage are available for you online at **HIIQuoteCustomers.com**.

Please read the details carefully. We've created a user ID and password for you, so you can:
- Log in immediately
- View and download the details about your coverage
- Print duplicate ID cards if you need them

https://outlook.live.com/mail/#/inbox/id/AQQkADAwATY3ZmYAZS

PX 23
Page 193 of 199

You will also receive a welcome letter in 7-10 business days that includes your ID card. You also have the right at any time to receive a hard copy of your certificate at no additional cost to you. If you choose this option, please call **877-376-5831**.

**User ID:** 

**Password:**

For your security, please update your password after logging in.

---



We know things can get complicated when it comes to insurance. That's why we're committed to helping you understand your plan and how to use it.

Accident and Sickness Hospital Indemnity insurance plans pay a fixed benefit amount when you receive a covered service. In the case of injury or medical illness, these plans can help deal with the financial exposure that you may incur.

We want your Health Choice + plan to work for you. Here are a few benefits your plan provides:
- Next day coverage
- No waiting period for accidental injuries
- Freedom to choose any provider or hospital

You understand that the accident & sickness hospital indemnity plan is not major medical and does not satisfy your obligation to secure the requirement of minimum essential coverage under the Affordable Care Act (ACA). Lack of major medical coverage (or other minimum essential coverage) may result in an additional payment with your taxes.

This insurance does not pay any benefits for Sickness caused by or resulting from a Covered Person's Pre-existing Condition if the Sickness occurs during the first 12 months that a Covered Person is insured under this policy.

*Pre-existing condition* means a condition (whether physical or mental), regardless of the cause of the condition, for which medical advice, diagnosis, care or treatment was recommended or received from a physician within a 12 month period preceding the effective date of coverage of the Covered Person.

---



International Benefits Administrators
PO BOX 9306
Garden City, NY 11530-9306
**866-258-4019**

Health Insurance Innovations
1.877.376.5831
Monday - Friday 8:30am to 7:00pm EST
HIIQuoteCustomers.com

https://outlook.live.com/mail/#/inbox/id/AQQkADAwATY3ZmYAZS

PX 23
Page 194 of 199



We want you to be happy with your coverage. If you find that you've purchased your plan in error or it's just not the right plan for you, you can cancel your plan, as long as no claims have been filed, within 10 business days of receipt and you'll get all your money back—guaranteed.

Health Insurance Innovations
15438 N Florida Ave Ste 225
Tampa, FL
www.hiiquote.com
877-376-5831

PX 23
Page 195 of 199

# Miller Attachment M

PX 23
Page 196 of 199

# In the Matter of:

# Simple Health Plans, Inc.

*November 21, 2017*
*Telephone Contact with Nancy*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Telephone Contact with Nancy

Simple Health Plans, Inc.

11/21/2017

---

3

```
         OFFICIAL TRANSCRIPT PROCEEDING

            FEDERAL TRADE COMMISSION



 MATTER NO.     1723148

 TITLE          SIMPLE HEALTH PLANS

 DATE           RECORDED:  NOVEMBER 21, 2017
                TRANSCRIBED:  DECEMBER 5, 2017
 PAGES          1 THROUGH 12



        TELEPHONE CONTACT WITH NANCY
```

```
1              FEDERAL TRADE COMMISSION
2
3   In the Matter of:          )
4   Simple Health Plans        )  Matter No. 1723148
5                              )
6   ---------------------------)
7                               November 21, 2017
8
9
10
11
12        The following transcript was produced from a
13   digital file provided to For The Record, Inc. on
14   November 27, 2017.
15
16
17
18
19
20
21
22
23
24
25
```

---

2

```
1              FEDERAL TRADE COMMISSION
2                   I N D E X
3
4   RECORDING:                              PAGE:
5   Conversation with Nancy                    4
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

4

```
1
2            P R O C E E D I N G S
3            -   -   -   -   -
4        MR. AL-NAJJAR:  My name is Nathanial Al-
5   Najjar, and I'm a paralegal with the Federal Trade
6   Commission in the Midwest Region in Chicago, Illinois.
7   The time is November 21st, 2017, and the time is
8   approximately 4:00 p.m.  I'm going to be calling
9   Simple Health Plans.  This phone number is (561) 945-
10  8895.  I will be using the undercover profile of
11  ███████████.
12        TELEPHONE CONTACT WITH NANCY
13        NANCY:  Hello?
14        MR. AL-NAJJAR:  Hello?  Is this Simple --
15        NANCY:  Hi, this is Nancy.
16        MR. AL-NAJJAR:  Hi, is this Simple Health
17  Plans?
18        NANCY:  Hello?
19        MR. AL-NAJJAR:  Hello.  Can you hear me?
20  Hi, I was --
21        NANCY:  Umm...
22        MR. AL-NAJJAR:  I was --
23        NANCY:  I hear you, like, far away.
24        MR. AL-NAJJAR:  Oh.
25        NANCY:  Uh-huh.
```

1 (Pages 1 to 4)

MILLER ATTACHMENT M
Page 2 of 4

Telephone Contact with Nancy

Simple Health Plans, Inc.

11/21/2017

---

**5**

1    MR. AL-NAJJAR: I'm sorry.
2    NANCY: Uh-huh. Okay so --
3    MR. AL-NAJJAR: I was -- is this Simple
4  Health Plans?
5    NANCY: I'm not able to hear you.
6    MR. AL-NAJJAR: You're not able to hear me.
7    NANCY: Hello?
8    MR. AL-NAJJAR: Okay, I'm sorry. Can you
9  hear me now?
10   NANCY: (Inaudible) it's my phone. Just
11 hold on a minute.
12   MR. AL-NAJJAR: Okay.
13   NANCY: Talk.
14   MR. AL-NAJJAR: I can -- okay, can you hear
15 me now?
16   NANCY: Okay. Is your phone number ███
17 █████?
18   MR. AL-NAJJAR: Yes, that's it.
19   NANCY: Okay, perfect. It's -- now I do
20 hear you better. You said your name is?
21   MR. AL-NAJJAR: My name is █████████.
22 Is this Simple Health Plans?
23   NANCY: Date of birth?
24   MR. AL-NAJJAR: My date of birth is June --
25   NANCY: ███?

---

**6**

1    MR. AL-NAJJAR: Yes, ███. My date of
2  birth is June 7th, 1990.
3    NANCY: Nine -- can you repeat that?
4    MR. AL-NAJJAR: June 7, 1990.
5    NANCY: Okay, from the 1990s?
6    MR. AL-NAJJAR: Yeah.
7    NANCY: But I couldn't get which date and
8  which month.
9    MR. AL-NAJJAR: Okay. June 7, 1990.
10   NANCY: Okay. June 7th, 1990.
11   MR. AL-NAJJAR: Yes.
12   NANCY: In which state are you located?
13   MR. AL-NAJJAR: Illinois.
14   NANCY: You said?
15   MR. AL-NAJJAR: Illinois.
16   NANCY: Illinois?
17   MR. AL-NAJJAR: Yes. I'm in Chicago.
18   NANCY: Okay. Perfect. Okay. So you're
19 looking for an individual plan to start it today?
20   MR. AL-NAJJAR: I was looking for a family
21 plan if you have that for my --
22   NANCY: (Inaudible) plan?
23   MR. AL-NAJJAR: For my family. Family plan.
24   NANCY: Okay, how many people?
25   MR. AL-NAJJAR: Four. Four people.

---

**7**

1    NANCY: Two adults and two kids?
2    MR. AL-NAJJAR: Yes. Two adults, two kids.
3    NANCY: Okay.
4    MR. AL-NAJJAR: And this is for -- this is
5  for family health insurance?
6    NANCY: Yep.
7    MR. AL-NAJJAR: Yes, okay, great.
8    NANCY: Okay, yes. Let's see. Let me see.
9  Okay, so, the name of my company is Simple Health.
10   MR. AL-NAJJAR: Yes.
11   NANCY: And we represent most of the major
12 A-rated carriers in the state, so I'm able to give you
13 all the options --
14   MR. AL-NAJJAR: Oh.
15   NANCY: -- and find the best plans for the
16 best pricing, okay?
17   MR. AL-NAJJAR: Oh, great.
18   NANCY: So, okay, can you provide me your
19 height and weight?
20   MR. AL-NAJJAR: My height is five feet, ten
21 inches. And I'm 175 pounds.
22   NANCY: Okay. Okay, do you smoke or chew
23 tobacco?
24   MR. AL-NAJJAR: No. No smoking, no tobacco.
25   NANCY: Are you currently insured?

---

**8**

1    MR. AL-NAJJAR: I'm losing my health
2  insurance at the end of November, so only -- I'm only
3  -- my family's only insured for like another week.
4    NANCY: Okay.
5    MR. AL-NAJJAR: I -- I need health insurance
6  --
7    NANCY: So it's going to expire.
8    MR. AL-NAJJAR: -- starting in December.
9  Yes, it's going to expire.
10   NANCY: Okay. Do you -- do you have any
11 practice in medical condition?
12   MR. AL-NAJJAR: I don't have a medical
13 condition. My daughter has Type 1 diabetes.
14   NANCY: Does she take shots or --
15   MR. AL-NAJJAR: Yes.
16   NANCY: -- or medicine?
17   MR. AL-NAJJAR: She takes shots, and --
18   NANCY: How many?
19   MR. AL-NAJJAR: She -- she has a -- we need
20 to make sure that preexisting conditions are covered
21 with the plan. This is a preexisting, you know.
22   NANCY: Hello? I'm losing you again.
23   MR. AL-NAJJAR: Oh, I'm sorry. Yes, she has
24 a preexisting condition that needs to be covered.
25   Can you hear me?

---

2 (Pages 5 to 8)

MILLER ATTACHMENT M
Page 3 of 4

Telephone Contact with Nancy

Simple Health Plans, Inc.

11/21/2017

---

**9**

1    NANCY: No.
2    MR. AL-NAJJAR: Okay, can you hear me now?
3    NANCY: I hear you far away. You're saying
4 that she has a preexisting condition, you don't --
5    MR. AL-NAJJAR: She -- she has a preexisting
6 condition of Type 1 diabetes.
7    NANCY: Okay.
8    MR. AL-NAJJAR: Is that better? Can you
9 hear me now?
10    NANCY: Okay.
11    MR. AL-NAJJAR: She has a special doctor
12 that she goes to. I don't know if we can -- if we can
13 keep that special doctor.
14    NANCY: Hello?
15    MR. AL-NAJJAR: Hello. Hi. Yes, I can hear
16 you.
17    NANCY: Okay. (Inaudible) just a minute.
18 Stay on the line, please.
19    MR. AL-NAJJAR: Okay.
20    NANCY: Stay on the line. Let me try to fix
21 my phone.
22    MR. AL-NAJJAR: Okay.
23    NANCY: Okay?
24    MR. AL-NAJJAR: All right. I'm here.
25    NANCY: Please, be here with me. Don't hang

---

**11**

1 now. I can hear you now. You don't need to call --
2 like, can you hear me? Can you hear me?
3    NANCY: ███.
4    MR. AL-NAJJAR: Yes.
5    NANCY: I'm -- okay, I think I hear you.
6    MR. AL-NAJJAR: Okay.
7    NANCY: Okay. ███, I'm going to try to
8 change my phone.
9    MR. AL-NAJJAR: Okay.
10    NANCY: Okay? So I'm going to call you in
11 ten minutes, okay? Or less.
12    MR. AL-NAJJAR: Okay. All right.
13    NANCY: As soon as I got a new phone, I'm
14 going to call you back, okay? Please --
15    MR. AL-NAJJAR: Okay.
16    NANCY: -- just hold for my call, okay?
17    MR. AL-NAJJAR: All right. Thank you.
18    NANCY: Thank you.
19    MR. AL-NAJJAR: Thank you.
20    NANCY: Bye. Thank you.
21    (The call was concluded.)
22    (The recording was concluded.)
23
24
25

---

**10**

1 up, okay? Let me try to find --
2    MR. AL-NAJJAR: I'm not going to hang up.
3    NANCY: -- fix my phone.
4    MR. AL-NAJJAR: I'm not going to hang up.
5    NANCY: I'm going to place you on hold.
6    MR. AL-NAJJAR: Okay.
7    NANCY: Hold on.
8    MR. AL-NAJJAR: Okay.
9    NANCY: Thank you.
10    (On-hold music.)
11    NANCY: ███?
12    MR. AL-NAJJAR: Hi, yes.
13    NANCY: ███?
14    MR. AL-NAJJAR: Yes, hello. Can you hear
15 me?
16    NANCY: ███?
17    MR. AL-NAJJAR: Yes.
18    NANCY: Okay. Look, I'm going to be calling
19 you in around ten minutes.
20    MR. AL-NAJJAR: Okay. Why --
21    NANCY: Okay? Just bear with me, okay?
22 Wait for my call. I'm going to return your call as
23 soon as I change my phone, okay? Like ten minutes or
24 less. Okay?
25    MR. AL-NAJJAR: Okay, I mean, I can hear you

---

**12**

1    CERTIFICATE OF TRANSCRIPTIONIST
2
3
4    I, Sara J. Vance, do hereby certify that the
5 foregoing proceedings and/or conversations were
6 transcribed by me via CD, videotape, audiotape or
7 digital recording, and reduced to typewriting under my
8 supervision; that I had no role in the recording of
9 this material; and that it has been transcribed to the
10 best of my ability given the quality and clarity of
11 the recording media.
12    I further certify that I am neither counsel
13 for, related to, nor employed by any of the parties to
14 the action in which these proceedings were
15 transcribed; and further, that I am not a relative or
16 employee of any attorney or counsel employed by the
17 parties hereto, nor financially or otherwise
18 interested in the outcome of the action.
19
20
21    DATE: 12/5/17
22        SARA J. VANCE, CERT
23
24
25

---

3 (Pages 9 to 12)

MILLER ATTACHMENT M
Page 4 of 4

PX 24
Page 1 of 10

## DECLARATION OF MICHAEL FISSEL
### PURSUANT TO 28 U.S.C. § 1746

I, Michael Fissel, hereby declare as follows:

1.     My name is Michael Fissel. I live in Pennsylvania and am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2.     I am a special investigator supervisor with the Pennsylvania Insurance Department in the Bureau of Licensing and Enforcement, a position that I have held since June 2015. I investigate individuals, agencies, and companies suspected of violating laws and regulations enforced by the Department.

3.     In or around June 2017, my office began investigating a high volume of complaints filed by Pennsylvania consumers who had purchased what they had been led to believe by telemarketers were Affordable Care Act compliant health insurance policies. According to these consumers, they eventually realized that, instead of health insurance, they were enrolled in medical discount memberships, indemnity policies, short term medical, and similar products. My office determined that most of these products were administered by Health Insurance Innovations ("HII"), which is headquartered in Tampa, Florida.

4.     My office contacted representatives with the Florida Department of Financial Services ("DFS"), the state agency that regulates insurers in Florida, and arranged to visit third party call centers that sell products on behalf of HII, many of which are located in south Florida. My colleague and I traveled to south Florida in June 2017.

5.     While in Florida, accompanied by DFS representatives, my colleague and I visited four call centers that sold HII products, including a company that does business as Simple Health Plans ("Simple Health").

1

6.      On June 21 and June 27, 2017, we visited a Simple Health call center located at 200 South Park Road in Hollywood, Florida that employed approximately 30-50 sales agents.

7.      We interviewed Simple Health's compliance officer, Candida Girouard.  Ms. Girouard claimed that Simple Health did not record the sales portion of calls with consumers, only the so-called "verification" process that occurred after a consumer had agreed to purchase a policy.  She claimed that the company's servers did not have enough space to record an entire call.  Adding the necessary server capacity would be too expensive, she explained.  She said that Simple Health was working on a system that would enable it to record the entire call and hoped to implement this system in 2018.  HII was working on a similar system to record and store sales calls, she claimed.

8.      Girouard claimed that she had reprimanded three agents for not being forthcoming during sales calls.  She said that she immediately terminated an agent after learning that the agent sold a policy to a consumer diagnosed with cancer.  Agents are trained not to sell to consumers with cancer because, she explained, the plans sold by Simple Health do not provide benefits to consumers with cancer.

9.      According to Girouard, floor managers roam the sales floor and attempt to observe agents' behavior during sales calls.  She said that the quality assurance team will listen to live sales calls if they have reason to believe there are issues with a specific agent.

10.      Girouard explained that consumers pay a non-refundable enrollment fee of $125 to $155, depending on the type of products purchased.  The entire fee is paid initially to HII, which keeps $25-$55 and pays $100 to Simple Health.

11.      While at Simple Health's call center, we obtained a copy of the company's sales script.  A true and correct copy of this script is attached hereto as **Fissel Attachment A**.  Ms.

2

Girouard said that agents are not required to adhere strictly to scripts because agents are independent contractors.  She said that agents are permitted to deviate from scripts in order to answer questions from prospective clients.

12.     Ms. Girouard stated that Simple Health sells a lot of limited medical plans because such plans have no preexisting condition restrictions.

13.     While in Florida, my colleague and I interviewed a former employee of Simple Health.  A true and correct copy of my notes of this interview are attached hereto as **Fissel Attachment B**.  Personally identifiable information has been redacted from this document.

I state under penalty of perjury that the foregoing statement is true and correct.

Executed on the first day of July 2018.

Michael Fissel

3

PX 24
Page 4 of 10

# Fissel Attachment A

PX 24
Page 5 of 10

Hello (FIRST NAME) my name is _____, and I am a licensed agent in your state of _____. I'm going to be helping you with your application for an affordable health insurance quote. I am to inform you this call may be recorded for quality assurance. Are you looking for an individual or family plan?

Great! The name of my company is Simple Health, and we represent many of the MAJOR "A Rated" CARRIERS in the state of _____... So I'm able to give all of your options, and find you the BEST PLAN out there for the BEST PRICE!

Are you currently insured?

(If YES) What insurance company are you currently with? What's making you shop around?

How much are you spending?

(If NO) Have you been without coverage for more than 63 days?

Pre-Qualification Questions

Please verify any pre-existing medical conditions.

2. How many medications are you taking? (Generic or Name Brand?)

3. How many times do you go visit the DR each year?

4. And I see that you put here your approx. height and weight is_____correct?

5. Are you a smoker?

6. Have you ever been denied for health insurance?

7. (There Name) what aspects of your insurance are most important to you?

(BUILD RAPPORT WITH YOUR CLIENT!)

"OK, I know exactly what you're looking for; we want to find you a PPO, that way you can keep your own doctors and hospitals. I want to get you prescription and lab benefits for your preventative care and maintenance... and MOST IMPORTANTLY, you want a plan that will have very low out of pocket expenses, right?"

joining ACUSA (Alliance for Consumers USA) you are able to access and join this plan. This will save you hundreds on your monthly premium, but obviously price is not the only important part of your insurance. Since you're healthy and don't need benefits like maternity and mental health, this plan makes sense because by excluding those benefits that you don't need you save a lot of money on the premium. What's the point of paying all that money every month if it's not going to cover the most important things, right??? Exactly!!! This plan covers you from day 1 on any new injuries or illnesses with NO waiting periods on accidents!

Now, this program utilizes the First Health Nationwide PPO network, which is one of the largest PPO networks in the country... First Health is one of the largest networks in the nation! With more than 1,000,000 facility and healthcare providers under contract.

You will receive unlimited access to doctor consultations, diagnostic testing for blood & lab work, prescription, medical, surgical, hospital assistance, dental, vision, and hearing which are all included into your monthly rate. You'll even have access to our CUSTOMER SERVICE CASE MANAGERS, who specialize in all your prescription needs.

The monthly premium is (amount per month) and for your first month, there is also a one-time fee of (enrollment $$). Also, your rate will never increase because you use the plan and your plan is month is month with no contracts. Lastly your plan is Nationwide! So if you move or travel you have benefits in every state.

This plan becomes effective as of midnight tonight. Again the first month will be: (newly revised rate), and every month after that it is only (monthly rate). Is that affordable for you TODAY before I go over all the benefits with you? (MAKE THEM ANSWER YES OR DON'T PITCH THEM!!!)

Let me start with your doctor visits. Now, you can go to any doctor in the country. Every time you go to the doctor within the First Health network you will receive the contracted rate off your bill. On top of that, you will receive an additional $50 / $100 off of the remaining balance up to 3/5 times per person per year and $50 one time per year for wellness.  For example, (First Name) let's say your doctor charges you $200 for that visit and you were to receive the contracted rate of $100...YOU DON'T HAVE TO PAY THAT, again for that doctor visit you will receive an additional $50 / $100 off the remaining balance. So in this exact situation, you end up spending $50 / $0 on that $200 visit... do you understand?

Now as you know, MOST PLANS come with high deductibles that will have you paying THOUSANDS out of pocket BEFORE your insurance will pay for ANYTHING!! This plan does not work that way. This plan provides first dollar benefits for inpatient hospitalization. This is a FIRST DOLLAR COVERAGE PLAN, which means THIS PLAN covers you from the MOMENT you enter the hospital. So again, first the PPO network

Great news! I was able to get your prescriptions for you at ($$$) and you can choose to fill them at a 3 month supply if you wish and receive these right to your home through pharmacychecker.

(with Dental Card)

Now, for your benefit I have included an additional separate dental plan along with your policy which is separate from your health insurance. This additional card gives you a dental and vision savings benefit which gives you more coverage than any other traditional insurance plan, and with this card, you also receive additional benefits which give you access to the most affordable mail order pharmacies in the nation such as www.pharmacychecker.com...It's very similar to MedCo!

Now, I have your full name as (state there first and last name). Do you want your middle initial printed on your ID cards as well?

And your date of birth is (MM/DD/YYYY), is that correct?

And to the best of your knowledge, everything you have told me today is true?

OK GREAT! Now you can always change the method of payment later. For the first payment, will you be using a debit or credit card?

(REMAIN SILENT- 1st person to talk loses!!!)

PX 24
Page 8 of 10

COMPLETELY separate neither has ANYTHING to do with the other. The first month comes out to be $125/$155 more, simply because of the enrollment fees. $125 is for your health enrollment fee, and $30 is for your dental enrollment fee. I made these charges separate for you, so THIS WAY you can ALWAYS upgrade or downgrade either one without it EVER compromising the other, Okay??

REMEMBER TO VISIT THE MAIL-ORDER PHARMACY AT: WWW.PHARMACYCHECKER.COM TO CHECK THE PRICES ON ALL OF YOUR MEDICATIONS! (make sure they write it down!)

This plan does not meet the definition of minimal essential coverage therefore, you could be subject to a tax penalty depending on your personal situation, but like we discussed earlier a) those plans would have coverage you don't need like maternity and mental health coverage making the premiums much higher even with the penalty! or b) you wouldn't be able to buy one of those plans now because it's not open enrollment or c) you aren't interested in those plans/those plans aren't affordable.

It's really just insurance terms, but let me go over them with you again just to MAKE SURE you understand everything correctly. For Insurance to be DEFINED as a Major Medical, it MUST HAVE a deductible and co-insurance.

The BEAUTY of your NEW PLAN is that it has NONE of those. It has, NO DEDUCTABLES, NO annual or lifetime caps, and No medical underwriting. . . therefore it's called a Limited Medical INDEMNITY Insurance Plan, not a Major Med.

Remember, your plan has no deductible and is a 2-sided plan. FIRST, ALL of your medical bills will be re-priced down to their lowest form, THEN, your ADDITIONAL INSURED CASH benefits will apply towards the remaining balance. Remember, the whole idea of this plan is to make your out of pocket expense AS LOW AS POSSIBLE, without you having to meet ANY deductibles first.

When you receive your NEW INSURANCE CARDS in your email, you will see all of your insured and non-insured benefits outlined in writing. You will also see all the additional noninsured benefits which come included with your plan! Now remember (First Name), ALL YOUR MEDICAL BILLS WILL BE REDUCED DOWN TO ITS LOWEST FORM before any of those cash benefits are applied!

On the verification they will also let you know the details of the INSURANCE PORTION of your plan, and then let you know the details of the discount part of your plan. Remember, when you get your packing in the email, you will see your ID cards. One card does it all and has your name and policy and member ID number on it and it works for all of your benefits included in the plan! No separate card to carry around for each product. That is the one that you need to put in your wallet right away.

PX 24
Page 9 of 10

# Fissel Attachment B


**pennsylvania**
INSURANCE DEPARTMENT

**MEMO**

| | |
|---|---|
| **TO** | Joe Yatsko |
| **COPY** | File |
| **FROM** | Michael Fissel, Special Investigator |
| **DATE** | 06/27/17 |
| **RE** | ██████ R████ interview |

**Message:** 06/19/17 1620hrs

██████ R████ was interviewed at her new place of employment notes of that interview follow:

- Previously employed by Simple Health
  - Was provided a script by the team leaders (Brad, John, Chad)
    - Believed they were made by management
  - R████ said the script was "Sketchy"
    - Not clear
    - Many people make up their own words for the sales pitch
    - Originally the script did not say that it was not ACA compliant it was updated later
    - Script did not state that it was not Major Medical coverage
  - Left because she was not happy with the product they were selling
  - Simple Health had a brief training to explain products
  - Agents would tell perspective insureds that the product covered everything
  - Agents would say no copays which was true but that is because it is only a discount plan
  - Agents would say that the policy was associated with Etna which was not true.
  - Agents would dance around the question if asked if the plan was ACA compliant
    - R████ said that she would not be surprised if someone complained about not knowing the plan was not ACA complaint.
- R████ provided updated contact information:
  - ████████████████████████ FI██████ ████████████

## DECLARATION OF GUY MILLER
### PURSUANT TO 28 U.S.C. § 1746

I, Guy Miller, hereby declare as follows:

1. My name is Guy Miller. I live in Florida and am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

### The Better Business Bureau and My Role

2. The Better Business Bureau ("BBB") is a not-for-profit organization focused on advancing marketplace trust by providing information and services to both consumers and businesses. The BBB consists of independently incorporated local BBB organizations in North America, coordinated under the Council of Better Business Bureaus ("CBBB"). The Better Business Bureau of Palm Beach County, Inc., ("Southeast Florida BBB") is an independently incorporated local BBB organization covering southeast Florida and the Caribbean.

3. I am the Vice President of Operations of the Southeast Florida BBB. I oversee divisions that review and attempt to resolve complaints submitted to the BBB about local businesses or businesses that consumers mistakenly believe are located in the area served by the Southeast Florida BBB.

4. I am also a custodian of records for the Southeast Florida BBB. I am therefore familiar with the recordkeeping practices of the Southeast Florida BBB and attest that all of the documents referenced in, or attached to, this declaration were prepared and kept in the ordinary course of business.

PX 25
Page 2 of 9

## BBB Complaints and Inquiries

5.     During the normal course of business, the Southeast Florida BBB regularly receives complaints and inquiries from the public about local businesses or businesses that are mistakenly thought to be located in southeast Florida and the Caribbean.

6.     The BBB does not act as an advocate for consumers or businesses, but instead serves a mutually trusted intermediary to resolve complaints, facilitate communication, and provide information on ethical business practices.  The BBB remains impartial and does not take sides in disputes between businesses and their customers.

7.     The Southeast Florida BBB generally receives complaints from consumers through its website, by facsimile, by email, or by mail.  Complaints filed with BBB are housed in an internal BBB database.  The complaints filed via the BBB website input directly into a file for each company selected by the consumer within this database.  Paper complaints are first transcribed and then entered in this same database.

8.     It is the policy and practice of the Southeast Florida BBB to forward each complaint it receives to the business that is the subject of the complaint.  If no response is received, the Southeast Florida BBB forwards the complaint a second time.  Responses that are received from the company are maintained in the BBB database, as are any replies to those responses submitted by the consumer.

9.     At the completion of the complaint process, the Southeast Florida BBB formally "closes" a complaint and classifies it as answered, unanswered, unresolved, resolved, or out of purview.  The term "unanswered" refers to when the business fails to respond, whereas "unresolved" refers to when the business responds to the dispute but fails to fully address the complaint issues.  The term "answered" means that the business has made a prompt, good faith

effort to address the concern or concerns raised in the complaint.  The term "resolved" refers to when a consumer has directly informed BBB that their complaint has been satisfied by the company.

10.    The Southeast Florida BBB retains all consumer and company correspondence as part of its regularly conducted business activities.

## BBB Business Rating

11.    Like other independent BBB organizations, the Southeast Florida BBB rates certain businesses, assigning letter grades from "A+" (highest) to "F" (lowest).  Many elements factor into the BBB's rating system.  Factors that can lower a rating include the volume of complaints filed against a business, unanswered complaints, unresolved complaints, and failure to address the causes leading to a pattern of complaints represents some of the elements.  Once the BBB receives information indicating that a business is no longer in operation, the BBB changes the business's rating to "OOB" (Out of Business).

## Simple Health Plans and Related Entities

12.    Since August 2016, the Southeast Florida BBB has received numerous complaints against Simple Health Plans LLC ("Simple Health").  Our records show that Steven Dorfman is the CEO of this business and that it is located at the following addresses:

      a)  2 Oakwood Boulevard, Suite 100, Hollywood, Florida 33020; and

      b)  1722 Sheridan Street, Suite 628, Hollywood, Florida 33020.

13.    Our records also indicate that Simple Health is associated with two other businesses, HBC Insure and Health Benefits Center.  The Southeast Florida BBB opened files on these businesses in October 2013 and August 2016, respectively.  Each has multiple addresses, including the Oakwood Boulevard location noted above in paragraph 12 as well as 200 S. Park

Road, Suite 465, Hollywood, Florida 33021.  Steven Dorfman is listed as a manager of Health

Benefits Center.

### Simple Health Complaints

14.     The Southeast Florida BBB began receiving complaints against Simple Health in

August 2016.  In total, the Southeast Florida BBB has processed 31 complaints against Simple

Health.  My independent review of these complaints indicates that consumers generally allege

that they paid hundreds of dollars per month for what Simple Health telemarketers led them to

believe would be a major medical health insurance policy but instead turned out to be a medical

discount membership, indemnity policy, or similar product that did not provide the promised

benefits or coverage.

15.     Based on the nature and volume of complaints filed against Simple Health, on

05/14/17, the Southeast Florida BBB added the following alert to Simple Health's online

business profile:  "BBB has received a pattern of complaints alleging that consumers provided

the company with personal information in order to obtain what they believed would be a health

insurance plan, however they have not received the expected product."

16.     Based on the number of complaints against Simple Health, it has a current BBB

rating of "NR", due to previously closed unresolved complaints being re-opened.

### Simple Health Online Reviews

17.     In addition to receiving complaints, the BBB also permits consumers to post

reviews about businesses that appear in the business's online profile.  Consumers can rate

businesses between one through five stars and include a statement accompanying their rating.

When submitting a review, consumers are prompted to provide their first and last name, email

address, zip code, and phone number.  A representative of the business subsequently has the opportunity to post a response immediately below the consumer's statement.

18.     There are currently 40 reviews of Simple Health posted on the business's profile. Of these 40 reviews, there are 25 one-star reviews, one three star review, four four-star reviews, and 10 five-star reviews.

19.     Eight of the 10 five-star reviews for Simple Health were submitted between May 15, 2018 and June 6, 2018.  BBB policy recommends staff take additional steps to verify the authenticity of reviews.  Although online reviews are not factored into a business's BBB rating, BBB has witnessed businesses seeking to submit positive reviews to improve or offset its negative rating.  Staff therefore attempted to authenticate the five-star reviews by contacting the individuals who submitted them using the email addresses provided.  In six cases, no one responded.  BBB policy directs staff to remove reviews not verified, therefore the six reviews were removed.  An additional two reviews were removed because they were found to be duplicates.

**Unauthorized Use of BBB Logo and BBB Accreditation**

20.     Businesses can apply for BBB accreditation with their local BBB organization. Accreditation means that the BBB organization has determined the applicant meets the BBB's accreditation standards, which include building trust in the marketplace, advertising honestly, telling the truth about their products and services, transparency, honoring promises, responsiveness to consumer complaints, safeguarding privacy, and embodying integrity. Accredited businesses are permitted to display the Better Business Bureau torch logo and seal on their website and other promotional materials.  The seal and logo are trademarked by the CBBB.

21.     It is not uncommon for unaccredited businesses to display the BBB seal and logo. Thus, to protect consumers as well as the BBB's intellectual property, BBB staff regularly conduct internet searches for businesses displaying BBB trademarks without authorization. During such a routine search, the Southeast Florida BBB discovered that the website www.hbcinsure.com displayed the BBB accreditation seal and logo. Staff captured and saved a copy of the homepage of this site. A true and correct copy of this page is attached hereto as **Miller Attachment A**.

22.     At the time the Southeast Florida BBB found the BBB seal on www.hbcinsure.com, there was no record of this business either being accredited or having applied for BBB accreditation. On or around October 24, 2013, therefore, the Southeast Florida BBB notified HBC Insure that its website improperly displayed the BBB logo and seal, falsely implying that it was a BBB-accredited business. As stated in a demand letter sent by the Southeast Florida BBB to HBC Insure:

> Your business's use of the BBB Accredited Business seal, BBB torch or logo and/or "BBB"/"Better Business Bureau" verbiage without permission constitutes trademark infringement and is a violation of CBBB's trademark rights. Moreover, this use may constitute false and deceptive advertising in violation of state or federal statutes because it falsely implies BBB endorsement or affiliation.
>
> Accordingly, we must demand that you immediately remove the infringing trademark where it is displayed and any other places where you may be using it. We request that you provide us with assurances that you have done so. Please indicate your agreement by responding within seven days.

23.     HBC Insure did not immediately comply with this request. In fact, the Southeast Florida BBB was not able to verify that the BBB logo and seal had been removed from the business's website until July 2014.

24.     Neither Simple Health nor any business associated with it has ever been accredited by the BBB or applied for accreditation. However, in December 2017, Simple

Health's Chief Compliance Officer, Candida Girouard, contacted the Southeast Florida BBB

about applying for accreditation.  Ms. Girouard requested a meeting with Southeast Florida BBB

staff to discuss accreditation.  In an email responding to this request, staff informed Ms. Girouard

that "[a]fter reviewing your complaint history, it has been determined that a meeting would not

be practical at this time."

      I declare under penalty of perjury under the laws of the United States of America that the

following is true and correct.

Executed on ___Sept. 28___, 2018.                              _____

                                                    Guy Miller

PX 25
Page 8 of 9

# Miller Attachment A



### DECLARATION OF ANDREW ROWLES
### PURSUANT TO 28 U.S.C. § 1746

I, Andrew Rowles, hereby declare as follows:

1.      My name is Andrew Rowles. I live in Georgia and am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2.      I am employed by Emory Healthcare as a Director, Patient Accounts. In my capacity as Director, Patient Accounts, I am knowledgeable about the processing of insurance claims for physicians affiliated with The Emory Clinic, an outpatient practice that is part of the Emory Healthcare system.

3.      The Emory Clinic does not have a contract with either the American Financial Security Life Insurance Company ("AFSLIC") or Health Insurance Innovations ("HII"). Therefore, plans administered or underwritten by AFSLIC or HII, including their Accident & Sickness Hospital Indemnity Plan, would not cover any costs incurred by a patient for treatment by an Emory Clinic physician.

4.      Douglas C. Morris and Stephen Clement are medical doctors affiliated with The Emory Clinic. An uninsured existing patient of doctors Morris or Clement would be billed $232 for an office visit for treatment of a condition of low/moderate severity (medical billing code 99213), $341 for an office visit for treatment of a condition of moderate/high severity (medical billing code 99214), and $458 for an office visit for treatment of a more highly complex condition of moderate/high severity (medical billing code 99215).

I state under penalty of perjury that the foregoing statement is true and correct.

1

Executed on __6/5/2018_____, 2018.

_____
Andrew Rowles

2

## DECLARATION OF LESLIE NETTLEFORD
### Pursuant to 28 U.S.C. §1746

I, Leslie Nettleford, hereby declare as follows:

1. My name is Leslie Nettleford.  I am a United States citizen.  I am employed by AARP and hold the position of Associate General Counsel.

2. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3. AARP licenses its intellectual property to certain carefully selected companies.  These companies make various products and services available to AARP members under the AARP brand.  The companies pay a royalty to AARP for the right to use AARP's intellectual property.  These companies are listed on http://discounts.aarp.org/.

4. AARP does not license its intellectual property to Health Benefits One, LLC in connection with any products or services provided by Health Benefits One, LLC.

5. In April 2018, AARP's Office of General Counsel requested that Health Benefits One, LLC cease the unauthorized use of the AARP trademark on https://usamedsupp.org. To date, Health Benefits One, LLC has not removed the AARP trademark from the website.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _June   11_, 2018

Leslie Nettleford

Initials _____

## DECLARATION OF JOHN CLABAUGH
### PURSUANT TO 28 U.S.C. § 1746

I, John Clabaugh, hereby declare as follows:

1.     My name is John Clabaugh.  I live in Nebraska and am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2.     I am employed by Blue Cross and Blue Shield of Nebraska ("BCBSNE") as a Senior Security Cyber Threat Analyst.  One of my responsibilities in this role is to investigate the online misuse or misappropriation of BCBSNE's trade name or trademarks.  To conduct these investigations, my colleagues in BCBSNE's Cyber Threat Intelligence ("CTI") program and I regularly conduct Internet searches for the BCBSNE name and related terms.

3.     In June 2017, the CTI program discovered a business listing within Google Maps for "Blue Cross & Blue Shield of NE" that had a location pin set in the middle of a residential neighborhood in Omaha. This listing was discovered when CTI conducted a Google map search for BCBS of Nebraska. The business listing provided a website (bluecross.com – which is the official Blue Cross Blue Shield Association-owned page), a phone number that was not actually associated with BCBSNE, and business hours.

4.     After discovering this listing, I called the phone number and the individual who answered claimed that he was a representative of BCBSNE and asked if I wanted a health plan.  I did not engage with the person who answered the phone, but simply hung up.

5.     I conducted additional Internet searches on the phone number listed in the Google Maps entry and discovered a Manta page for BCBSNE that was not owned or controlled by BCBSNE. Manta is a service for smaller business helping with search optimization and business listings.  While the phone number on this site is the same as the Google Maps listing, it had a

different physical address.  It listed 8313 Spring St Omaha, NE 68124 as its address; however, that location is a strip mall containing a Douglas County Probation office.  The URL for the website was: http://www.manta.com/c/mh1cbk9/blue-cross-blue-shield.  The website, which is no longer active, had been created in March 2017.

6.      My colleague and I then called the phone number again. My colleague pretended to be a consumer interested in purchasing health insurance and I listened to the call.  The person who answered identified himself as Michael.  Michael sounded like the same person who had answered my previous call.   My colleague informed Michael that he was looking for health insurance.   Michael asked for personal information, (name, date of birth, address), and asked how much my colleague wanted to pay for coverage.   My colleague answered Michael's questions using information we fabricated for purposes of this call.  Michael said that he was transferring us to speak to another representative.  When my colleague asked him whom he would be speaking with,  Michael said "Simple Health."

7.      The individual with whom my colleague spoke with next introduced himself as Saul.  Saul asked the same basic questions that Michael had asked, including whom we were looking to insure.  My colleague told Saul that he needed to insure himself and his fiancé.  My colleague further explained that his fiancé was pregnant, so he would soon need to insure the baby as well.  He indicated that he was seeking a full health plan with a premium between $250 and $300 per month.  Saul was typing as my colleague was talking.  Saul then offered a few health plans with a couple of different insurance companies, claiming that each could meet our needs.  One of the insurance companies that Saul named was "BCBS," which I understood to mean Blue Cross Blue Shield.

8.    Ultimately, Saul told my colleague that he had found a health insurance plan that cost only $150/month.  I know from my employment with BCBSNE that is would be impossible to provide major medical health insurance for a family of two or three at a cost of $150 a month. At this point, my colleague told Saul that he would have to think about the options offered, and would call back at a later time.

9.    After the phone call, I conducted online research regarding Simple Health, and discovered dozens of negative online reviews and a very poor rating from the Better Business Bureau.

10.    I shared the findings of this investigation with others at BCBSNE.  BCBSNE reported the fake internet listings to the Nebraska Department of Insurance and Nebraska Attorney General's Office.  On July 10, 2017, the Nebraska Attorney General's Office published an online consumer alert warning consumers "scam artists based in Florida are posing as Blue Cross and Blue Shield of Nebraska ('BCBSNE').  The scam artists are using fake Google and Manta listings bearing Blue Cross's logo and web address, along with bogus physical addresses in Omaha."

11.    BCBSNE also contacted Simple Health directly about the fake Internet listings. In July 2017, through its counsel, Simple Health sent to BCBSNE a summary of its investigation of the listings.  According to Simple Health, the telephone number from these listings connected to Health Insurance Services, a d/b/a of Simple Insurance Leads, through an affiliate advertiser identified simply as "Jenya" located in Gujarat, India.  Simple Insurance Leads paid Jenya to direct calls to Simple Health.

12.    In its response to BCBSNE, Simple Health indicated that the fake listings violated its agreement with Jenya, and prompted the issuance of a cease and desist letter instructing Jenya

3

to take down the listings.  Simple Health attached a copy of the July 18, 2017 cease and desist letter to the correspondence from its counsel.  The cease and desist letter was sent on behalf of both Simple Health Plans, LLC and Simple Insurance Leads, LLC.  The letter was signed by "C. Girouard," with the title of Chief Compliance Officer.

13.     In its response to BCBSNE, Simple Health also indicated that from January 1, 2017 through the time of their response in July 2017, Simple Insurance Leads had received over 1,000,000 calls generated by its "partners and internal marketing teams."


I state under penalty of perjury that the foregoing statement is true and correct.


Executed on   _November 2_____, 2017.

John Clabaugh

PX 29
Page 1 of 3

## DECLARATION OF JEFFREY RYAN HINSHAW
### PURSUANT TO 28 U.S.C. § 1746

I, Jeffrey Ryan Hinshaw, hereby declare as follows:

1.     My name is Jeffrey Ryan Hinshaw. I live in Illinois and am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2.     I am employed by Blue Cross and Blue Shield Association ("BCBSA") as Associate General Counsel, Brand. In my capacity as Associate General Counsel, Brand, I am knowledgeable about the licensing and enforcement of BCBSA's intellectual property.

3.     BCBSA is an Illinois not-for-profit corporation and the owner of the famous BLUE CROSS® and BLUE SHIELD® word and design marks, and an entire family of BLUE-formative marks ("Blue Marks"). For over 80 years, BCBSA (including through its predecessors in interest and licensees) has continuously provided tens of millions of families with top-quality, affordable health insurance and related healthcare services. The BLUE CROSS® and BLUE SHIELD® brands are among the most recognized in the health and insurance industries in the United States—and among the most recognized in any industry.

4.     BCBSA enjoys strong common law rights in its Blue Marks and owns numerous incontestable U.S. federal registrations for the Blue Marks and variations thereof. These registrations cover a broad range of goods and services for healthcare, health insurance, workers compensation insurance, life insurance, disability insurance, delivery of healthcare, financing access to healthcare, and charitable services, among other related goods and services. BCBSA's trademarks are strongly associated by the public with BCBSA and its independent licensees. Indeed, BCBSA's trademarks have been recognized as famous in published decisions by courts and other tribunals.

PX 29
Page 2 of 3

5.      BCBSA does not license the Blue Marks or any other intellectual property to Health

Benefits One LLC or Simple Insurance Leads LLC, d/b/a Health Insurance Services, in connection

with any products or services offered by these entities. Neither of these entities are "carriers" or

"partners" of BCBSA.

6.      From May – September 2018, BCBSA was made aware that its intellectual property

was being used on the following websites ("Websites"):

- americanhealthinsure.com

- freedomcarequotes.com

- hbcquotes.direct

- medigapquote.org

- myobamacareapplication.com

- premiumhealthquotes.com

- trumpcarequotes.com

- usahealthinsure.net

- usamedsupp.org

- supremehealthplans.com

- healthinsurance4me.com

7.      BCBSA has not licensed its intellectual property for use on any of the Websites

listed in Paragraph 6 above.

8.      On September 24, 2018, BCBSA contacted the entities identified at each of the

Websites listed in Paragraph 6 above to have BCBSA's intellectual property removed from the

Websites.

9.      Recently, BCBSA identified significant numbers of Google Map Business listings that purport to be BCBSA-affiliated, but are not. As part of its investigation, BCBSA or its representatives called the telephone numbers associated with many of these unauthorized listings. In some instances, these calls led to a recorded message asking the caller to choose "option 1" if the caller is looking to obtain new health insurance. After choosing option 1, BCBSA's representatives were connected with sales agents claiming to offer health insurance. In multiple instances, BCBSA's representatives were connected to a company called Simple Health Plans. Simple Health Plans is not authorized by BCBSA to use its intellectual property.

I state under penalty of perjury that the foregoing statement is true and correct.

Executed on October 23, 2018.

J. Ryan Hinshaw
Associate General Counsel, Brand
Blue Cross and Blue Shield Association
225 N. Michigan Avenue
Chicago, IL 60601

PX 30
Page 1 of 13

## DECLARATION OF TERENA BAKER
### PURSUANT TO 28 U.S.C. § 1746

I, Terena Baker, hereby declare as follows:

1.      My name is Terena Baker.  I live in Florida and am over eighteen years of age.  I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2.      I am licensed to sell insurance in Florida and about 22 other states.  From February 2016 to March 10, 2017, I sold medical discount plans, limited benefit plans, and similar products for Simple Health Plans, which formerly did business as Health Benefits One and Health Benefits Center.  I worked the day shift from 9:00 am to 5:00 pm at the company's Hollywood call center located in suite 100 at 2 Oakwood Plaza.

3.      Simple Health employed about 50 other agents at the Hollywood location during my shift as well as a number of other employees in different departments.  There was an evening shift consisting of about 25 agents.  It is my understanding that the company also maintains additional offices in Doral and Boca Raton as well as offshore call centers in Panama and the Dominican Republic.  Doral and Boca employees would sometimes work from the Hollywood office on Saturdays.

4.      During my employment with Simple Health, I periodically saw the owner, Steven Dorfman, but I never spoke to him.  The manager during my shift was John.  I think that John's last name was Snow.  John oversaw the three team leads, or "TLs," who would keep agents in line and help them when needed.  One of my TLs was Adam Bercowitz.  I cannot recall the names of other two TLs.

5.      Security at Simple Health was like Fort Knox.  The employee and reception areas were separated by a locked door with a keycard.  This door was occasionally guarded by a

1

private security officer.  All employees were required to store their phones and personal

belongings in lockers.  We were prohibited from bringing anything to our desks or from leaving

the office with any work-related items.  Agents all worked in a large open area that was also

shared by the customer service department.  The administrative offices were located in a separate

area of the building to which agents did not have access.

6.     My job consisted of enrolling consumers in medical discount plans, limited

benefit plans, and a type of life insurance known as accidental death and dismemberment or

"AD&D."

7.     Like all agents, I sat at a desk with a computer and a telephone.  Throughout my

shift, I received a steady stream of leads consisting of people who had already been interviewed

by other Simple Health employees at one of the company's offshore call centers.  When a call

transferred to my extension, information about the caller would appear on my computer screen.  I

was only supposed to receive calls from people in states where I was licensed.

8.     Simple Health agents work solely on commission, earning between $90 to $150

for each sale.  Three sales in a single day would be considered a successful shift.  During open

enrollment for the Affordable Care Act ("ACA"), an agent could easily make six sales in a day.

A large flat-screen television on the sales floor tracked the top sellers.  The company also paid

cash bonuses (or "spiffs") approximately four times a week to agents with the highest conversion

rates, most sales, and other benchmarks.

9.     All agents were required to follow a sales script that appeared on our computer

when incoming calls connected to our line.  Attached to this declaration as **Baker Attachment A**

is a true and correct copy of a document provide to me by FTC staff.  This document looks

virtually identical to the script that I used while employed by Simple Health.  I read this script

hundreds – if not thousands of times – and clearly recall several passages from it, which I marked with my initials.

10.     Virtually every consumer I spoke to while employed at Simple Health was in search of a major medical insurance policy as well as some assurance that the policy would cover various pre-existing conditions and medications.  Many of these consumers did not have health insurance either because they had lost their jobs or could not afford insurance.  Consumers often were under the mistaken belief that they could obtain ACA-qualified insurance from Simple Health, especially during open enrollment when interest in obtaining health insurance spiked.  As far as I knew, Simple Health did not offer ACA-qualified plans.  Although Simple Health did sell traditional major medical health insurance, agents earned a much lower commission on these policies compared to the limited benefit plans.  Moreover, most consumers I spoke to would not be able to afford a major medical insurance policy or qualify for one.

11.     Despite callers' overwhelming interest in obtaining major medical insurance, Simple Health designed its sales script to sell limited benefit plans.  Although Simple Health often bundled medical discount memberships and AD&D insurance with its limited benefit plans, the script provided very little information about these products.

12.     In my opinion, the script finessed the truth in a way that led many consumers to believe either that they would receive major medical, its equivalent, or something even better.  As every agent knew, however, the limited benefit plans sold by Simple Health lack most of the fundamental benefits and protections of major medical insurance.  Nevertheless, the script repeatedly referred to limited benefit plans as "insurance" and used terms commonly associated with major medical, such as "PPO" and "deductible."

3

13.     The script did explain certain differences between limited benefit plans and major medical insurance.  It also noted that limited plans did not meet the ACA's minimum essential coverage requirements.  However, agents often skipped these disclosures or emphasized other sections of the script that portrayed the coverage provided by limited benefit plans as equal to, or better than, major medical.  For example, consumers frequently asked at some point during the call whether they would receive major medical insurance.  The scripted response to this question was evasive and confusing.  Many agents ignored the script altogether and simply claimed that consumers would receive major medical insurance.

14.     I am one of the few agents who did not use outright lies and deception to close deals.  Many agents not only lied regularly to consumers, but bragged to each other about it.  Management tolerated this conduct and rarely, if ever, disciplined employees for engaging in it.  This practice was especially widespread during open enrollment, when Simple Health and many of its agents seemed to deliberately exploit confusion regarding the difference between ACA-qualified health insurance and the products sold by Simple Health.  The company and its agents all seemed to understand that there was a lot of money to be made from this confusion.

15.     Managers and team leaders knew about deceptive practices.  On occasion, agents would be reprimanded for lying but never fired.  The emphasis was completely on sales.

16.     During the sales pitch, agents would gather "pre-qualification" information from prospective clients, such as their age, marital status, number of dependents, whether they or their dependents had any pre-existing medical conditions, how much they wanted to spend each month, whether they were currently insured, and, if so, how much they spent on such insurance.  As instructed by our sales script, we claimed to input this information into a system that supposedly searched thousands of plans to find the best match for each client.  In reality, the only

4

PX 30
Page 5 of 13

options were a handful of limited benefit plans. Agents would nevertheless often pause for dramatic effect and announce the results of this "search" as if there was ever any doubt about the outcome.

17.     Most consumers were offered a combination of three different products: a limited benefit plan, a medical discount membership, and an AD&D policy. As I noted above, the script focused almost exclusively on the limited benefit plan. Most of the products sold by Simple Health were administered by a separate company, Health Insurance Innovations or HII. HII seemed to have a close relationship with Simple Health and its owners.

18.     In addition to a monthly premium, consumers who enrolled in Simple Health's plans also paid a sign-up fee of $125. Agents completed sales by gathering additional information about clients and their dependents as well as a credit card number for payment. The final step in the sales process was verification. After processing a consumer's payment, agents would transfer their clients to the verification department. I do not know where this department was located.

19.     Simple Health recorded and saved all sales calls. I know this because I heard my own calls on several occasions for training and customer service matters.

20.     I quit my job with Simple Health on March 10, 2017 because I could no longer tolerate the company's unethical practices. After leaving Simple Health, I was contacted by Raphael Montero, an investigator with the Florida Department of Financial Services. Mr. Montero asked about a limited benefit policy sold by Simple Health to a consumer named Trudy Slawson. According to Simple Health, I was the agent of record for this policy, meaning that I sold it to Ms. Slawson. Mr. Montero explained that Ms. Slawson had filed a complaint with his agency alleging that she had been misled into believing that she would receive major medical

*18*

PX 30
Page 6 of 13

insurance with no co-pay or deductible that would provide coverage if either she or her husband were hospitalized.  As anyone employed by Simple Health knew, the company's limited benefit plans did not provide this type of coverage.

21.     I told Mr. Montero that I had no interaction with Ms. Slawson and no idea why my name or license was associated with her policy.  It upset me tremendously to learn that Simple Health claimed otherwise.  At Mr. Montero's request, I provided an affidavit addressing my employment with Simple Health and lack of knowledge regarding the policy sold to Ms. Slawson.  A true and correct copy of this affidavit is attached hereto as **Baker Attachment B**.

22.     I became an insurance agent to help consumers, not to trick them into buying products that they do not want or need.  The way that Simple Health lied to Ms. Slawson and the Florida insurance regulators is disgraceful.  I was so distraught by this episode that I considered suing Simple Health for emotional distress.  I am relieved that I was able to clear my name.


I state under penalty of perjury that the foregoing statement is true and correct.

Executed on April 14 , 2018.

Terena Baker

6

PX 30
Page 7 of 13

# Baker Attachment A

PX 30
Page 8 of 13

Hello (FIRST NAME) my name is _____, and I am a licensed agent in your state of _____. I'm going to be helping you with your application for an affordable health insurance quote. I am to inform you this call may be recorded for quality assurance. Are you looking for an individual or family plan?

Great! The name of my company is Simple Health, and we represent many of the MAJOR "A Rated" CARRIERS in the state of _____... So I'm able to give all of your options, and find you the BEST PLAN out there for the BEST PRICE!

Are you currently insured?

(If YES) What insurance company are you currently with? What's making you shop around?

How much are you spending?

(If NO) Have you been without coverage for more than 63 days?

Pre-Qualification Questions

Please verify any pre-existing medical conditions.

2. How many medications are you taking? (Generic or Name Brand?)

3. How many times do you go visit the DR each year?

4. And I see that you put here your approx. height and weight is_____correct?

5. Are you a smoker?

6. Have you ever been denied for health insurance?

7. (There Name) what aspects of your insurance are most important to you?

(BUILD RAPPORT WITH YOUR CLIENT!)

"OK, I know exactly what you're looking for; we want to find you a PPO, that way you can keep your own doctors and hospitals. I want to get you prescription and lab benefits for your preventative care and maintenance... and MOST IMPORTANTLY, you want a plan that will have very low out of pocket expenses, right?"

joining ACUSA (Alliance for Consumers USA) you are able to access and join this plan. This will save you hundreds on your monthly premium, but obviously price is not the only important part of your insurance. Since you're healthy and don't need benefits like maternity and mental health, this plan makes sense because by excluding those benefits that you don't need you save a lot of money on the premium. What's the point of paying all that money every month if it's not going to cover the most important things, right??? Exactly!!! This plan covers you from day 1 on any new injuries or illnesses with NO waiting periods on accidents!

 Now, this program utilizes the First Health Nationwide PPO network, which is one of the largest PPO networks in the country... First Health is one of the largest networks in the nation! With more than 1,000,000 facility and healthcare providers under contract.

 You will receive unlimited access to doctor consultations, diagnostic testing for blood & lab work, prescription, medical, surgical, hospital assistance, dental, vision, and hearing which are all included into your monthly rate. You'll even have access to our CUSTOMER SERVICE CASE MANAGERS, who specialize in all your prescription needs.

 The monthly premium is (amount per month) and for your first month, there is also a one-time fee of (enrollment $$). Also, your rate will never increase because you use the plan and your plan is month is month with no contracts. Lastly your plan is Nationwide! So if you move or travel you have benefits in every state.

 This plan becomes effective as of midnight tonight. Again the first month will be: (newly revised rate), and every month after that it is only (monthly rate). Is that affordable for you TODAY before I go over all the benefits with you? (MAKE THEM ANSWER YES OR DON'T PITCH THEM!!!)

 Let me start with your doctor visits. Now, you can go to any doctor in the country. Every time you go to the doctor within the First Health network you will receive the contracted rate off your bill. On top of that, you will receive an additional $50 / $100 off of the remaining balance up to 3/5 times per person per year and $50 one time per year for wellness. For example, (First Name) let's say your doctor charges you $200 for that visit and you were to receive the contracted rate of $100...YOU DON'T HAVE TO PAY THAT, again for that doctor visit you will receive an additional $50 / $100 off the remaining balance. So in this exact situation, you end up spending $50 / $0 on that $200 visit... do you understand?

 Now as you know, MOST PLANS come with high deductibles that will have you paying THOUSANDS out of pocket BEFORE your insurance will pay for ANYTHING!! This plan does not work that way. This plan provides first dollar benefits for inpatient hospitalization. This is a FIRST DOLLAR COVERAGE PLAN, which means THIS PLAN covers you from the MOMENT you enter the hospital. So again, first the PPO network

PX 30
Page 10 of 13

COMPLETELY separate neither has ANYTHING to do with the other. The first month comes out to be $125/$155 more, simply because of the enrollment fees. $125 is for your health enrollment fee, and $30 is for your dental enrollment fee. I made these charges separate for you, so THIS WAY you can ALWAYS upgrade or downgrade either one without it EVER compromising the other, Okay??



REMEMBER TO VISIT THE MAIL-ORDER PHARMACY AT: WWW.PHARMACYCHECKER.COM TO CHECK THE PRICES ON ALL OF YOUR MEDICATIONS! (make sure they write it down!)

This plan does not meet the definition of minimal essential coverage therefore, you could be subject to a tax penalty depending on your personal situation, but like we discussed earlier a) those plans would have coverage you don't need like maternity and mental health coverage making the premiums much higher even with the penalty! or b) you wouldn't be able to buy one of those plans now because it's not open enrollment or c) you aren't interested in those plans/those plans aren't affordable.

It's really just insurance terms, but let me go over them with you again just to MAKE SURE you understand everything correctly. For insurance to be DEFINED as a Major Medical, it MUST HAVE a deductible and co-insurance.

The BEAUTY of your NEW PLAN is that it has NONE of those. It has, NO DEDUCTABLES, NO annual or lifetime caps, and No medical underwriting. . . therefore it's called a Limited Medical INDEMNITY Insurance Plan, not a Major Med.

Remember, your plan has no deductible and is a 2-sided plan. FIRST, ALL of your medical bills will be re-priced down to their lowest form, THEN, your ADDITIONAL INSURED CASH benefits will apply towards the remaining balance. Remember, the whole idea of this plan is to make your out of pocket expense AS LOW AS POSSIBLE, without you having to meet ANY deductibles first.

When you receive your NEW INSURANCE CARDS in your email, you will see all of your insured and non-insured benefits outlined in writing. You will also see all the additional noninsured benefits which come included with your plan! Now remember (First Name), ALL YOUR MEDICAL BILLS WILL BE REDUCED DOWN TO ITS LOWEST FORM before any of those cash benefits are applied!

On the verification they will also let you know the details of the INSURANCE PORTION of your plan, and then let you know the details of the discount part of your plan. Remember, when you get your packing in the email, you will see your ID cards. One card does it all and has your name and policy and member ID number on it and it works for all of your benefits included in the plan! No separate card to carry around for each product. That is the one that you need to put in your wallet right away.

PX 30
Page 11 of 13

# Baker Attachment B

# AFFIDAVIT

**STATE OF FLORIDA**        *AFFIDAVIT*            COUNTY OF _Broward_

**NAME:**  Terena Baker                 **I AM A:** Female

**DOB:** ▮▮▮▮▮▮    **DRIVER'S LICENSE #:** ▮▮▮▮▮▮▮▮▮▮

**RESIDENCE ADDRESS:** ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

**EMPLOYER'S NAME:** ▮▮▮▮▮▮▮

**OCCUPATION:** _Sales_

**BUSINESS ADDRESS:** ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

**RESIDENCE PHONE:** ▮▮▮▮▮▮    **BUS. PHONE:** ▮▮▮▮▮▮▮▮

Page   of

**My name is Terena Baker and I started my employment with Simple Health (Health Benefits One) on February 20th 2016 and left the company on March 10th 2017 . I was hired by a woman named Julie I do not remember her last name. I remember after open enrollment she was no longer with the company. I worked in and only in the Hollywood office from 9am to 5pm week days and some weekends. My job duties were to enroll and educate clients into health policies that the company offered. I only worked on the sales floor with no back end access to clients once enrolled. To my knowledge the only leads that were coming through to my phone was only from states that I was licensed to sell in. I was in a total of about 22 states.**
**I sold health policies to the public honorably and with integrity. Finding out about this investigation under my license has brought me a great deal of anxiety and has affected me tremendously. I wish to clear this matter up as soon as possible.**

**Investigator Raphael Montero asked me if I placed a health policy for consumer Trudy Slawson while being employed by Health Benefits Once. I have never met or spoken with Ms. Slawson: I did not place any health policy for her.**
**I was not the agent that sold the policy in question: I wish to clear my name. Health Benefits One used my name as an AOR for their own benefit and these practices must stop.**

PEOPLE WHO SHOULD ALWAYS KNOW HOW TO CONTACT ME IF MY ADDRESS
OR PHONE NUMBER SHOULD CHANGE:

I,

HAVE READ THE ABOVE STATEMENT CONSISTING OF __1__ PAGE(S) AND
DECLARES AT THIS TIME THE EVENTS AS STATED ARE CLEAR IN MY MIND AND
THAT THE STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY
KNOWLEDGE AND BELIEF. I AM WILLING OR NOT WILLING TO APPEAR AT A
HEARING.

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS _November_
DAY OF _28_ _2017_ BY _____✓_____ WHO PRODUCED _A Florida_
_Drivers License_ FOR IDENTIFICATION PURPOSES AND WHO DID TAKE AN OATH.

_____
(AFFIANT'S SIGNATURE)

Subscribed and sworn to before
me this __28th__ day of __November__ 2017

_____
Notary Public, State of Florida at Large
My Commission expires: 10/19/2021

Notary Public State of Florida
Stelian Gergovski
My Commission GG 183160
Expires 10/19/2021

PX 31
Page 1 of 24

## DECLARATION OF LOVELY SERAPHIN
### PURSUANT TO 28 U.S.C. § 1746

I, Lovely Seraphin, hereby declare as follows:

1.     My name is Lovely Seraphin. I live in Florida and am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

### Locations, Management, and Ownership

2.     I worked for Simple Health Plans ("Simple Health") from January 2015 through May 2017. At the time I started, the company did business as Health Benefits Center and was based at 200 South Park Road, Suite 465, in Hollywood, Florida. I worked at this location for approximately a year and a half.

3.     In or around September 2016, on the day Hurricane Matthew hit south Florida, Simple Health moved to a new location at 2 Oakwood Boulevard, Suite 100 in Hollywood, Florida. The company employed approximately 40 to 50 sales agents at this location and 8 to 10 customer service representatives. Around August 2016, Simple Health grew its workforce, and the number of customer service representatives at the Oakwood location expanded significantly to between 32 to 38. This increase in employees was in anticipation of open enrollment for the Affordable Care Act ("ACA").

4.     The Oakwood location is highly secure. There are cameras everywhere and many of the doors require an employee badge to open.

5.     Simple Health also maintains call centers in Doral and Boca Raton, Florida. While I never visited these locations, I regularly spoke to employees who worked at them in my capacity as a customer service agent. I also listened to sales calls made by agents from these locations. Each of Simple Health's Florida call centers has its own IT department.

1

PX 31
Page 2 of 24

6.      Most employees have their own company email accounts that are the first letter of their first name plus their last name followed by @simplehealthplans.com.  For example, my email address was lseraphin@simplehealthplans.com.  Prior to receiving this account, I sent and received company email using the account lseraphin@hbcinsure.com, which we accessed through Google and Gmail.  Simple Health set up these accounts for me.  I believe that the hbcinsure.com account is still active, although I have removed access to it from my phone.  The company was migrating these email accounts to Outlook, and apparently did not deactivate the hbcinsure.com account.

7.      In addition to its Florida locations, Simple Health runs offshore call centers in the Dominican Republic and Panama.  It is my understanding that the Dominican Republic location handles customer service and Panama does verification and sales pre-qualification.

8.      During my employment, upper management at Simple Health consisted primarily of the following three individuals: Steve Dorfman, Matthew Spiewak, and Candida Girouard.  Employees were told that Dorfman was the owner and CEO of Simple Health and I recall seeing him identified on company documents as such.  He had a large, glass-walled office in the administrative section of the Oakwood location.  Although I regularly saw Dorfman, Girouard instructed employees not to speak to him.

9.      Spiewak was a vice president of the company and part of the executive team, working right under Dorfman until Spiewak either left voluntarily or was fired sometime in late 2016 or early 2017 while I was on medical leave.  I had been told that for some period of time, Spiewak was the only person at Simple Health who had an insurance license, so until the company started hiring licensed agents, he was the agent of record for all of the company sales.

2

PX 31
Page 3 of 24

10. Steve Dorfman's brother Richard was also involved in Simple Health. Richard was once the manager of the customer service department. At one point in my employment, Simple Health created a new company for which Richard Dorfman was the CEO. Although things did not change in practice, this new company was supposedly in charge of customer service, and at one point I was forced to sign a contract indicating that I worked for that company rather than Simple Health. For a period of time, my paychecks came from that company.

11. Candida Girourad, also known as "Cam," is involved in most aspects of customer service, compliance, hiring, and sales. She drafts scripts, hires new employees, interacts with Steve Dorfman and other managers, and generally is responsible for ensuring that the business operates smoothly and efficiently. For example, I recall an occasion when a representative from a government agency showed up at the office with questions about Simple Health. Cam was the one who met with this person.

12. Other senior management at Simple Health include David Caldes, the operations manager, and the heads of customer service, Ava Stringfellow and Kirschner Alteme. The top sales person during my employment was Steven Grant. He earned over $100,000 per year.

### Hiring, Positions, and Responsibilities

#### Hiring

13. I heard about Simple Health sometime in January 2015 through word of mouth. I called a number, explained that I was licensed to sell insurance in Florida, and was asked to come in for an interview.

14. My interview took place at the company's office on South Park Road in Hollywood and was conducted by Cam, who explained that Simple Health sells health insurance coverage to consumers throughout the United States. At the end of the interview, Cam offered

me a position in the customer service department. I accepted her offer and agreed to start two weeks later.

*Customer Service Representative*

15.    I started at Simple Health in January 2015 as a customer service representative. I wanted to quit after my first month because there did not appear to be any opportunities for advancement and because the job made me uncomfortable. I often overheard other employees describing the business as a fraud due to its use of bait and switch tactics with consumers. As I soon learned, this referred to Simple Health's practice of leading people to believe that they would receive major medical insurance only to provide them instead with a combination of relatively worthless products that typically consisted of a limited benefit plan, a medical discount membership, and accidental death and dismemberment insurance.

16.    While I held many different positions at Simple Health, all of these positions were within the customer service department, all involved regular contact with clients, and all involved dealing in some way or another to the torrent of complaints received by Simple Health.

17.    Each customer service representative handled 30 to 60 calls per day. The department as a whole received between two-to-three-thousand calls per day. Virtually every one of these calls –I would estimate 95%–were complaints from consumers who had been misled about the benefits they would receive, typically people who were under the impression that they had purchased major medical insurance.

18.    These complaints generally fell into a few broad categories. First, many complained about bills or expenses they had incurred that their policies did not cover. Clients often reported incurring thousands or even tens of thousands of dollars in unreimbursed expenses, especially for emergency room visits or hospital stays involving surgical procedures.

PX 31
Page 5 of 24

Despite what the company's script led clients to believe, these types of expenses were not covered by the limited benefits plans sold by Simple Health.

19.     Second, consumers often complained about prescription benefits. A standard part of the Simple Health sales pitch involves claiming that the plan includes pharmacy coverage, asking what medications the consumer takes, and then providing a price for these medications. In reality, there are no pharmacy benefits provided under the limited benefit plans sold by Simple Health, only discounts and coupons. The prices quoted by agents to consumers are from a publicly available website accessible to anyone.

20.     Third, clients also frequently complained that doctors, hospitals, and other providers refused to accept their policies, and would often advise them to cancel the Simple Health coverage and obtain real insurance.

21.     Finally, many clients also called to complain after learning that Simple Health had enrolled them in an accidental death and dismemberment insurance policy. I cannot recall a single client who contacted Simple Health in search of such a policy. The sales script makes only a vague mention of these policies and does not make clear that this is an additional plan with its own cost. Their sale seemed to only benefit the company and its agents by generating additional commissions.

*Saves Team Supervisor*

22.     Cam talked me out of quitting by assuring me that there would be advancement opportunities. Shortly thereafter, she asked me to supervise a new group within the customer service department known as the "saves team." The purpose of the saves team, as explained by Cam, was to lower the number of cancellations. In practice, this meant that when an existing

client called to cancel their policy, the call would be transferred to a member of the saves team, who would attempt to convince the client to keep their policy.

23.     Most clients transferred to the saves team wanted to cancel because their Simple Health salesperson had led them to believe that they would receive major medical insurance. Using a variety of scripted "rebuttals," we tried to persuade clients that their limited benefit plans were actually better than they seemed.  In my opinion, these rebuttals were misleading. Nevertheless, we felt pressured to save as many deals as possible.  Cam told us that we had to fight for agents, otherwise they would lose their commissions.

24.     As the saves team supervisor, my job included composing a daily email addressed to upper management including Steve Dorfman, Spiewak, and Cam.  Other recipients included David Caldes, the operations manager, and Ava Stringfellow, the customer service manager. These emails detailed the number of new clients, renewals, cancellations and the reasons for cancellations.  By far the most common reasons for cancellation identified in my emails were related to clients who complained that they had been misled into believing that they would receive major medical health insurance.

25.     Cam would periodically convene all-hands meetings with the sales and customer service teams to address high cancellation and chargeback rates.  These meetings took place about once a month.  Everyone was required to pause their phones and listen as Cam lectured us about how we needed to fight to keep clients active during their first 30 days of enrollment.

26.     Both the company and agents would lose commissions if clients cancelled within the first month.  Chargebacks are even more problematic because they jeopardize Simple Health's merchant processing relationships and its ability to accept credit card payments.  Clients generally canceled or initiated chargebacks for the same reasons they complained to customer

6

service – because they thought that they had purchased major medical health insurance and were upset when they discovered that their actual benefits under the products sold to them were significantly more limited. While Cam never explicitly told us to lie in order to preserve deals, this is definitely how staff interpreted these talks.

*Quality Assurance Manager*

27.     Shortly after the move to the Oakwood location, in or around November or December 2016, Cam promoted me to quality assurance ("QA") manager. As the QA manager, I oversaw a team that fluctuated in size from three to twelve employees. Our primary responsibility as a group, was customer service, but from time-to-time, Cam tasked me with reviewing sales calls to insure that they complied with the policies of Health Insurance Innovations ("HII"), which was the administrator for the plans.

28.     Simple Health recorded and stored every sales call from start to finish. These recordings were accessible through the company's automated dialing platform, known as "Vicidial." As far as I could tell, Simple Health never deleted these recordings. I could access calls as far back to the start of the company. Recordings could be downloaded and emailed. In fact, I regularly sent problematic recordings to Cam by email until she asked me one day to stop doing so. She was concerned that such emails would create an incriminating "paper trail."

29.     QA employees were required to listen to a certain number of recordings every day and "violate" representatives who did not follow company policy. Common violations included hang-ups, the use of unprofessional language and tone, and not explaining the plans and policies according the company guidelines.

30.     At some point during my employment, I cannot recall exactly when, Simple Health began using a service known as CallMiner for training, monitoring and quality assurance.

CallMiner tracks cancellations, saves, and other sales metrics.  It also automatically transcribes calls for every department and stores these transcripts.

31.     During the course of my employment, I listened to hundreds – if not thousands – of sales call recordings.  While the vast majority of consumers who called Simple Health did so in search of major medical health insurance, management crafted its sales script to sell limited benefit plans.  I know this not only because of the number of clients I spoke to as well as the number of sales calls I listened to, but also because, under Cam's supervision, I drafted several versions of the customer service scripts.  I also helped draft the rebuttals that the customer service team used in response to questions or objections posed by consumers.  These documents, in my opinion, were deliberately designed to give consumers the impression that the coverage provided by Simple Health's limited benefit plans was equal to, if not better than, major medical insurance.  As everyone at Simple Health knows, however, the company's limited benefit plans are significantly inferior to traditional health insurance.  One of the ways Simple Health did this was to claim that its "insurance" plans were so inexpensive because they did not include coverage for expenses such as maternity care and substance abuse.

32.     Despite the widespread use of lies and deception in the sale of Simple Health's products to consumers, I am not aware of the company ever firing an agent for this conduct.  In fact, I recall management reprimanding one agent for attempting to sell cleanly.  Simple Health only cared about money.  If agents did not produce, they would be let go.  Everyone understood that most consumers would have little interest in purchasing Simple Health's limited benefit plans and medical discount memberships if they knew that they were not real health insurance.

PX 31
Page 9 of 24

### Health Insurance Innovations

33.     Most of the policies sold by Simple Health are administered by HII.  Because of the volume of business transacted between Simple Health and HII, and the highly regulated nature of this business, HII would occasionally send representatives to Florida for compliance monitoring and to provide training.  We also shared certain information with HII.  Simple Health always presented a sugar-coated image of its business to HII.

34.     I can recall three occasions when HII representatives visited the Oakwood location.   Prior to these visits, Simple Health management instructed staff not to discuss consumer complaints or other sensitive topics with the HII representatives.

35.     At one point, HII directed Simple Health to stop claiming in its sales script that its limited benefit plans would cover up to 70% of consumers' medical costs because this is misleading, and clients often understood that to mean they had a traditional 70/30 insurance plan. Simple Health removed this line from the official script but Cam made it clear to agents that they could continue using it.

36.     In addition to scripts, Simple Health periodically provided HII with recordings of sales calls.  Cam and another employee, Melissa Melendez, first edited these recordings to remove certain prohibited and misleading statements made by agents.  Cam and Melissa then forwarded the edited recordings to HII.  I learned about this practice in November 2016 when I began working in quality assurance.  I personally witnessed Melissa train another employee how to edit recordings for HII.

### Unauthorized Use of My Insurance License and Termination

37.     During my first few months of employment with Simple Health as a customer service representative in late 2015 and early 2016, I answered several calls from consumers who

9

requested to speak with their sales agent, Lovely. This seemed odd for many reasons -- I was not in sales, and I doubted that the company employed anyone else with such a distinctive and uncommon first name. Moreover, I had heard rumors that the company sold policies under the licenses of employees who had no involvement in the underlying sales. All of this caused me to suspect that the company was using my license in this manner, which would be illegal. When I confronted my supervisor about these suspicions, she told me not to worry, and claimed that Simple Health would never engage in such conduct. I chose not to pursue the matter further at that time.

38.     I took a medical leave of absence from February 2017 to April 2017. Shortly after returning, on Monday, April 17, 2017, I met with the customer service managers, Ava Stringfellow and Kirschner Alteme. I felt that they treated me disrespectfully during this meeting and complained to Cam. The following day, I was reprimanded for insubordination and asked to sign a document that inaccurately described what happened during my meeting with Ava and Kirschner.

39.     This incident made me think about many of the questionable practices I witnessed during my employment with Simple Health, including my suspicion about the misuse of my license. The next day, therefore, I logged into HII's customer relationship management tool, Hiiquote.com. This system is a comprehensive database of every policy sold by Simple Health on behalf of HII. It identifies the customer's name and email address, the type of policy and date sold, the monthly payment amount, and the name of the agent who supposedly sold the policy.

40.     When I searched for the policies associated with my license, I was horrified to find dozens and dozens of pages of results going to back to when I first began working for Simple Health. These results represent hundreds, if not thousands, of policies for which I am the

PX 31
Page 11 of 24

agent of record. I printed a single page that shows what appear to be dozens of policies sold while I was on medical leave. The bottom of this page indicates that it is the first of at least 42 pages. Attached hereto as **Seraphin Attachment A** is a true and correct copy of this document. Personally identifiable information has been redacted.

41. . During my employment with Simple Health, I only sold policies to clients for about a one-week period while I worked on the saves team. These transactions, which numbered approximately ten, involved clients who thought that they had purchased a major medical policy and insisted on obtaining one. In these rare circumstances, Simple Health was capable of obtaining policies with deductibles, co-pays, prescription benefits, and the other trappings of major medical insurance. These policies were not ACA-compliant -- they did not, for example, include maternity coverage. Agents did not write many of these policies because the commissions associated with them were low relative to the limited benefit plans pushed by Simple Health. In addition, most consumers who contacted Simple Health either could not afford major medical insurance or could not qualify for it.

42. I had nothing to do with the sale of any of the policies in Attachment A or the hundreds of others associated with my license in the Hiiquote system. I never permitted Simple Health or its management to issue policies under my license. As I am sure Simple Health management knows, doing so would be illegal and would also jeopardize my license.

43. I believe that Simple Health used my license in this manner because it enabled the company to write policies for clients in more states. At some point during my employment, I learned that Simple Health had used my licenses in multiple states to obtain an agent code under my name. I had previously heard that the company used agents licensed in some states but not others in this manner as a way of not losing sales.

44.    Shortly after confronting Cam and other senior management about the misuse of my license, I was fired.  They claimed that my firing was part of a round of company-wide layoffs, but this seemed like a transparent lie.

45.    I filed a lawsuit under Florida's whistleblower statute that was ultimately dismissed due to a compelled arbitration clause in my employment agreement with Simple Health.  Attached hereto as **Seraphin Attachment B** is a true and correct copy of my complaint.

I state under penalty of perjury that the foregoing statement is true and correct.

Executed on Oct. 24, 2018.

Lovely Seraphin

PX 31
Page 13 of 24

Seraphin Attachment A
Page 1 of 4

# iiQuote.com

Registration | All Business From Web | Setup | Tools / Commissions | Reports | Sales Materials | My Alerts | Logout

ed Agent List | Agent Recruitment

## Search

st Name

All ▼   Like ▼   [Search]

t Agents
o Gary
ely Seraphin
rew E. Spiewak
non Miller
y Thomas
n Santa
ael Ginsburg
nald Brown
e Demoura

## Approved Agent List

From Create Date: [____] 📅   To Create Date: [____] 📅

Agent Type: All ▼   Status: All ▼

Resel
Exp

| Type | Agent Class | No. | Name | Email | Phone | State | Referred By | Agent Code | User Name | Create Date | Stat |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AGN | Sub-Agent | 1. | Lovely Seraphin | licensing@hbcinsure.com | 800-492-1834 | FL | LMK-Sub Agents DD | E702400275 | E702400275 | 11-11-2016 | Inacti |
| AGN | Sub-Agent | 2. | Lovely Seraphin | licensing@hbcinsure.com | 800-492-1834 | FL | LMK-Sub Agents DD | F710000275 | F710000275 | 10-19-2016 | Inacti |
| AGN | Sub-Agent | 3. | Lovely Seraphin | licensing@hbcinsure.com | 800-492-1834 | FL | LMK-Sub Agents DD | E702300255 | E702300255 | 10-17-2016 | Inacti |
| AGN | Sub-Agent | 4. | Lovely Seraphin | licensing@hbcinsure.com | 800-492-1834 | FL | RBH-sub agent | F708000021 | lovelyseraphin7708 | 05-02-2016 | Inacti |
| AGN | Sub-Agent | 5. | Lovely Seraphin | licensing@hbcinsure.com | 800-492-1834 | FL | EAM-Sub Agent | E789000275 | lovelyseraphinE789 | 04-29-2016 | Inacti |
| AGN | Sub-Agent | 6. | Lovely Seraphin | licensing@hbcinsure.com | 800-492-1834 | FL | EAM-Sub Agent* | E780000342 | lovelyseraphin | 04-29-2016 | Inacti |

*EN - Email No

Notice and State Licensing

©2011-17. HIIQUOTE.COM | PRIVACY POLICY

Seraphin Attachment A
Page 2 of 4

| Email | State | Zip | Application Date | Agent Name | Agent Code | Member ID | IC* | Monthly Plan Cost | Effective Date | Termination Date | RC* | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TN | 38358 | 02-20-2017 | Lovely Seraphin | F708000021 | | | 79.26 | 02-21-2017 | | | Payment Error 04-21-2017 Prin Adv |
| | FL | 33147 | 02-20-2017 | Lovely Seraphin | F708000021 | | | 49.22 | 03-01-2017 | 03-01-2017 | | Canceled 02-27-2017 Fou Der |
| | SC | 29445 | 02-17-2017 | Lovely Seraphin | F708000021 | | | 70.90 | 02-25-2017 | | | Payment Error 04-25-2017 Free Spir |
| | SC | 29445 | 02-17-2017 | Lovely Seraphin | F708000021 | | | 79.26 | 02-25-2017 | | | Payment Error 04-25-2017 Prin Adv |
| | VA | 23454 | 02-17-2017 | Lovely Seraphin | F708000021 | | | 70.90 | 02-18-2017 | 02-18-2017 | | Canceled 03-02-2017 Free Spir |
| | VA | 23454 | 02-17-2017 | Lovely Seraphin | F708000021 | | | 30.00 | 02-18-2017 | 02-18-2017 | | Canceled 03-02-2017 Der Sav Plu |
| | VA | 23454 | 02-17-2017 | Lovely Seraphin | F708000021 | | | 83.08 | 02-18-2017 | 02-18-2017 | | Canceled 03-01-2017 Leg Limi Mec |
| | AL | 35760 | 02-17-2017 | Lovely Seraphin | F708000021 | | | 130.45 | 02-18-2017 | 02-18-2017 | | Canceled 03-20-2017 Free Spir |
| | AL | 35760 | 02-17-2017 | Lovely Seraphin | F708000021 | | | 67.40 | 02-18-2017 | 02-18-2017 | | Canceled 03-20-2017 Sen Acc Plar |
| | AL | 35760 | 02-17-2017 | Lovely Seraphin | F708000021 | | | 289.38 | 02-18-2017 | 02-18-2017 | | Canceled 03-20-2017 Leg Limi Mec |
| | AZ | 86436 | 02-17-2017 | Lovely Seraphin | F708000021 | | | 100.45 | 02-18-2017 | | | Paid 04-18-2017 Free Spir |
| | AZ | 86436 | 02-17-2017 | Lovely Seraphin | F708000021 | | | 79.26 | 02-18-2017 | | | Paid 04-18-2017 Prin Adv |
| | FL | 34950 | 02-17-2017 | Lovely Seraphin | F708000021 | | | 135.73 | 02-18-2017 | | | Paid 04-18-2017 Prin Adv |
| | AZ | 85323 | 02-17-2017 | Lovely Seraphin | F708000021 | | | 120.96 | 03-03-2017 | 09-02-2017 | | Paid 04-03-2017 1st STA |

| State | No. | Date | Account | Amount | Date | Date | Status | Product | O/S |
|---|---|---|---|---|---|---|---|---|---|
| FL | 33146 | 02-17-2017 | Lovely Seraphin F708000021 | 100.45 | 02-18-2017 | 04-17-2017 | Charge Back 04-24-2017 | Freedom Spirit Plus | O |
| FL | 33146 | 02-17-2017 | Lovely Seraphin F708000021 | 79.26 | 02-18-2017 | 04-17-2017 | Charge Back 04-24-2017 | Principle Advantage | S |
| AL | 36545 | 02-17-2017 | Lovely Seraphin F708000021 | 30.00 | 03-20-2017 | | Paid 04-28-2017 | Dental Savings Plus | O |
| AL | 36545 | 02-17-2017 | Lovely Seraphin F708000021 | 83.08 | 03-20-2017 | | Payment Error 04-20-2017 | Legion Limited Medical | S |
| NV | 89141 | 02-17-2017 | Lovely Seraphin F708000021 | 167.13 | 03-01-2017 | | Paid 05-01-2017 | Unified Health One | S |
| TX | 77091 | 02-17-2017 | Lovely Seraphin F708000021 | 40.00 | 03-06-2017 | | Paid 04-20-2017 | Dental Savings | S |
| TX | 77091 | 02-17-2017 | Lovely Seraphin F708000021 | 120.33 | 03-06-2017 | | Paid 04-20-2017 | Principle Advantage | O |
| VA | 23457 | 02-17-2017 | Lovely Seraphin F708000021 | 30.00 | 02-18-2017 | | Paid 04-18-2017 | Dental Savings Plus | S |
| VA | 23457 | 02-17-2017 | Lovely Seraphin F708000021 | 127.81 | 02-18-2017 | | Paid 04-18-2017 | Legion Limited Medical | S |
| GA | 30060 | 02-17-2017 | Lovely Seraphin F708000021 | 100.45 | 02-18-2017 | | Paid 04-28-2017 | Freedom Spirit Plus | O |
| GA | 30060 | 02-17-2017 | Lovely Seraphin F708000021 | 49.00 | 02-18-2017 | | Paid 04-28-2017 | USA+ Dental | O |
| GA | 30060 | 02-17-2017 | Lovely Seraphin F708000021 | 135.73 | 02-18-2017 | | Payment Error 04-18-2017 | Principle Advantage | S |
| IL | 61377 | 02-17-2017 | Lovely Seraphin F708000021 | 181.92 | 02-18-2017 | | Paid 04-18-2017 | Principle Advantage | S |
| AL | 36643 | 02-16-2017 | Lovely Seraphin F708000021 | 70.90 | 02-17-2017 | | Paid 04-18-2017 | Freedom Spirit Plus | O |
| AL | 35643 | 02-16-2017 | Lovely Seraphin F708000021 | 83.08 | 02-17-2017 | | Paid 04-18-2017 | Legion Limited Medical | S |
| FL | 30060 | 02-16-2017 | Lovely Seraphin F708000021 | 59.00 | 03-01-2017 | | Paid 05-01-2017 | USA+ Dental | S |
| FL | 33852 | 02-16-2017 | Lovely Seraphin F708000021 | 155.25 | 02-17-2017 | 12-16-2017 | Paid 04-17-2017 | 1st Med STM | S |
| VA | 20231 | 02-16-2017 | Lovely Seraphin F708000021 | 30.00 | 02-24-2017 | | Paid 04-24-2017 | Dental Savings Plus | S |
| TX | 77084 | 02-16-2017 | Lovely Seraphin F708000021 | 69.00 | 02-17-2017 | | Paid 04-17-2017 | USA+ Dental | S |
| TX | 77084 | 02-16-2017 | Lovely Seraphin F708000021 | 70.90 | 02-17-2017 | | Paid 04-17-2017 | Freedom Spirit Plus | S |
| GA | 30228 | 02-16-2017 | Lovely Seraphin F708000021 | 30.00 | 03-01-2017 | | Paid | Dental | S |

Seraphin Attachment A
Page 4 of 4

| State | ZIP | Date | Name | ID | Amount | Date | Date | Status | Plan |
|---|---|---|---|---|---|---|---|---|---|
| IL | 60061 | 08-22-2016 | Lovely Seraphin | F708000021 | 79.22 | 08-23-2016 | 08-23-2016 | Refunded 09-08-2016 | Principle Advantage |
| CA | 94030 | 08-22-2016 | Lovely Seraphin | F708000021 | 32.82 | 09-01-2016 | | Paid 04-28-2017 | Foundation Dental |
| CA | 94030 | 08-22-2016 | Lovely Seraphin | F708000021 | 36.95 | 09-18-2016 | 09-18-2016 | Cancelled 10-01-2016 | Sentry Accident Plan |
| CA | 94030 | 08-22-2016 | Lovely Seraphin | F708000021 | 22.13 | 09-18-2016 | | Paid 04-18-2017 | Ally Rx |
| CA | 94030 | 08-22-2016 | Lovely Seraphin | F708000021 | 94.77 | 09-18-2016 | | Paid 04-18-2017 | Unified Health One |
| VA | 24201 | 05-25-2016 | Lovely Seraphin | F708000021 | 66.95 | 05-26-2016 | | Paid 04-26-2017 | Sentry Accident Plan |
| VA | 24201 | 05-25-2016 | Lovely Seraphin | F708000021 | 70.45 | 05-27-2016 | | Paid 04-26-2017 | Freedom Spirit Plus |
| VA | 24201 | 05-25-2016 | Lovely Seraphin | F708000021 | 30.00 | 05-26-2016 | | Paid 04-26-2017 | Dental Savings Plus |
| VA | 24201 | 05-25-2016 | Lovely Seraphin | F708000021 | 172.60 | 05-26-2016 | | Paid 04-26-2017 | Principle Advantage |
| NM | 87507 | 05-23-2016 | Lovely Seraphin | F708000021 | 130.00 | 05-25-2016 | 10-24-2016 | Cancelled 10-28-2016 | Freedom Spirit Plus |
| NM | 87507 | 05-23-2016 | Lovely Seraphin | F708000021 | 89.77 | 05-24-2016 | 10-23-2016 | Cancelled 10-28-2016 | Unified Health One |
| TX | 79772 | 05-06-2016 | Lovely Seraphin | F708000021 | 49.00 | 05-07-2016 | 01-06-2017 | Cancelled 01-06-2017 | USA+ Dental |

*PX
*RC
*EN – En
*IC – Insur

*VM – Veri
1 – Enrollee Sig
2 – Agent Signed/V(

37 | 38 | 39 | 40 | 41 | 42

Filing # 57465795 E-Filed 06/07/2017 08:21:46 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT OF
FLORIDA IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO. 17-            (CA    )

LOVELY SERAPHIN,

           Plaintiff,

    v.

INNOVATIVE CUSTOMER CARE,
LLC, a Florida limited liability
company, and HEALTH BENEFITS ONE,
LLC, a Florida limited liability company,

           Defendants.

_____/

## VERIFIED COMPLAINT/JURY TRIAL DEMANDED
### (Fla. Bar No. 133162)

Plaintiff Lovely Seraphin ("Seraphin"), by her undersigned attorneys, sues Defendants

Innovative Customer Care, LLC ("ICC"), and Health Benefits One, LLC ("HBO"), and

alleges:

### SUBJECT-MATTER JURISDICTION

1. This is a civil action under the Florida Private Whistleblower Act, §§ 448.101-

448.105, Florida Statutes, for compensatory damages which exceed $15,000.00, exclusive

of interest and costs. In addition, this is a civil action under § 540.08, Florida Statutes, for

compensatory damages which exceed $15,000.00, exclusive of interest and costs.

PX 31
Page 18 of 24

## THE PARTIES

2.  Seraphin is a citizen and resident of Miami-Dade County, Florida.  She is not subject to any legal disabilities.  At all times pertinent to this complaint, Seraphin has held 2-40 Health Agent License Number W216412, which was issued to her by the State of Florida Department of Financial Services on September 26, 2014.

3.  ICC is a Florida limited liability company.  Its principal place of business is located in Broward County, Florida.  It has designated Mr. Richard Dorfman as its Registered Agent.  His address is: 3389 Sheridan Street, Suite 632, Hollywood, FL 33021.

4.  HBO is a Florida limited liability company.  Its principal place of business is located in Broward County, Florida.  HBO does business under the fictitious names of "Simple Health" and "Simple Health Plans".  It has designated Mr. Matthew E. Spiewak as its Registered Agent.  His address is: 2 Oakwood Boulevard, Suite 100, Hollywood, FL 33020.

## CONDITIONS PRECEDENT

5.  All conditions precedent to the commencement and prosecution to final judgment of this civil action have taken place, have been performed or have been waived or excused by ICC and HBO.

## VENUE

6.  The venue of this civil action is properly laid in Miami-Dade County, Florida, because Seraphin is a citizen and resident of Miami-Dade County, Florida..

2

PX 31
Page 19 of 24

## ENGAGEMENT OF COUNSEL

7.  Seraphin has been compelled to engage the professional services of Metschlaw, P.A., for the purpose of preparing, commencing and prosecuting to final judgment this civil action.  In that regard, Seraphin has obligated herself to pay that law firm a reasonable attorney's fee and to reimburse that law firm's necessary, non-overhead, out-of-pocket expenditures. *See,* § 448.104, Florida Statutes.

## THE RELEVANT DOCUMENT

8.  Attached hereto as Exhibit "A" is a copy of an involuntary termination of employment letter, dated May 9, 2017, from ICC to Seraphin, the contents of which are incorporated herein by reference.

## THE FACTS

9.  ICC was formed on November 3, 2016.  At all times pertinent to this complaint, ICC has employed more than ten (10) people.  Consequently, for the purposes of Count I of this complaint, ICC is an "employer" within the scope of § 448.101(3), Florida Statutes.

10.  HBO was formed on May 4, 2012.  At all times pertinent to this complaint, HBO has employed more than ten (10) people.  Consequently, for the purposes of Count I of this complaint, HBO is an "employer" within the scope of § 448.101(3), Florida Statutes.

11.  Prior to May 9, 2017, Seraphin was jointly employed by ICC and HBO as a Quality Assurance Supervisor.  Consequently, for the purposes of Count I of this complaint, Seraphin qualifies as an "employee" within the scope of § 448.101(2), Florida Statutes.

Seraphin Attachment B
Page 3 of 9

PX 31
Page 20 of 24

12. In 2017, Seraphin learned that ICC and HBO were (a) unlawfully using unlicensed personnel to make telephone sales calls to members of the public and (b) fraudulently identifying Seraphin as the licensed sales agent of record for the health care insurance plans which they were selling to members of the public.   Seraphin complained to the senior management of ICC and HBO that the practices described in the previous sentence of this paragraph were illegal and exposed Seraphin to the revocation of her foregoing health agent license.  ICC and HBO thereafter fired Seraphin for the pretextual reason that ICC and HBO were reducing their work force.

## CLAIMS FOR RELIEF

### *COUNT I- FLORIDA WHISTLEBLOWER ACT*

13. Seraphin realleges the matters set forth in ¶¶ 1 through 12 of this complaint.

14. ICC and HBO involuntarily terminated Seraphin's employment because Seraphin objected to, or refused to participate in, activities which were in violation of laws, rules, or regulations, including § 626.342, Florida Statutes. That involuntary termination of Seraphin's employment violated § 448.102(3), Florida Statutes.

15. As the proximate result of the foregoing violation of § 448.102(3), Florida Statutes, by ICC and HBO, Seraphin has sustained economic injuries and losses for which she is entitled by § 448.103(2)(d), Florida Statutes, to recover compensatory damages from ICC and HBO, jointly and severally.

4

PX 31
Page 21 of 24

16.  As the proximate result of the foregoing violation of § 448.102(3), Florida Statutes, by ICC and HBO, Seraphin has suffered mental anguish and loss of capacity for the enjoyment of life for which she is entitled by § 448.103(2)(e), Florida Statutes, to recover compensatory damages from ICC and HBO, jointly and severally.

Wherefore, Seraphin demands judgment for damages against ICC and HBO, jointly and severally, plus pre-judgment interest and the costs of this civil action, including a reasonable attorney's fee.

### COUNT II- § 540.08, FLORIDA STATUTES

17.  Seraphin realleges the matters set forth in ¶¶ 1 through 12 of this complaint.

18.  In violation of § 540.08, Florida Statutes, ICC and HBO published, printed, displayed, or otherwise publicly used for purposes of trade or for a commercial purpose the name of Seraphin without the express written or oral consent of Seraphin.

19.  As the proximate result of the foregoing violation of § 540.08, Florida Statutes, by ICC and HBO, Seraphin has sustained economic injuries and losses for which she is entitled to recover compensatory damages from ICC and HBO, jointly and severally.

20.  As the proximate result of the foregoing violation of § 540.08, Florida Statutes, by ICC and HBO, Seraphin has suffered mental anguish and loss of capacity for the enjoyment of life for which she is entitled to recover compensatory damages from ICC and HBO, jointly and severally.

PX 31
Page 22 of 24

Wherefore, Seraphin demands judgment for damages against ICC and HBO, jointly and severally, plus pre-judgment interest and the costs of this civil action, including a reasonable attorney's fee.

### RESERVATION OF RIGHT TO SEEK PUNITIVE DAMAGES

21.  Seraphin reserves the right to move for leave to amend this complaint to pray for an award of punitive damages against ICC and HBO.

### DEMAND FOR JURY TRIAL

22.  Seraphin demands trial by jury of all issues and claims so triable.

### DEMAND FOR JUDGMENT

Wherefore, Seraphin demands judgment for compensatory damages against ICC and HBO, jointly and severally, pre-judgment interest, the costs of which civil action (including a reasonable attorney's fee) and appropriate equitable relief.

METSCHLAW, P.A.
Attorneys for Seraphin
20801 Biscayne Blvd., Ste. 300
Aventura, FL 33180-1423
Telephone: (305) 792-2540
Telecopier: (305) 792-2541
E-Mail: Lmetsch@metsch.com

by

LAWRENCE R. METSCH
FBN 133162

6

## VERIFICATION

I, Lovely Seraphin, declare that:

1. I am the Plaintiff identified in the foregoing complaint.

2. I make this verification on personal knowledge.

3. Under penalties of perjury, I declare that I have read the foregoing complaint and that the facts stated in it are true.

LOVELY SERAPHIN

Dated: June 7, 2017

7



... today, ... The reason for your termination is ...

Your final paycheck, representing all wages and other funds due, as a result of your employment with Innovative Customer Care, shall be mailed to you on the following pay period.

We wish you all the best going forward. Please do not hesitate to contact us should you have any questions or concerns. Thank you again for all your hard work.

Sincerely,

Kirschner Alteme
Customer Service Manager