AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| Federal Trade Commission | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 0:18-cv-62593-DPG |
| Simple Health Plans, LLC et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amandra Hicks.

Date:   04/04/2019

/s/ Janelle A. Weber
*Attorney's signature*

Janelle A. Weber, FL Bar No. 17630
*Printed name and bar number*

Law Office of Janelle A. Weber
1520 W. Cleveland St., Ste. A
Tampa, FL 33606
*Address*

jweber@janelleweberlaw.com
*E-mail address*

(813) 982-3363
*Telephone number*

(813) 982-3810
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2019, a true and correct copy of the foregoing Notice of Appearance of Counsel was served electronically via Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                   */s/ Janelle A. Weber*
                                                   Janelle A. Weber