**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Case Number: 0:18-cv-62593-DPG**

|  |  |
|---|---|
| Federal Trade Commission, | : |
|  | : |
| Plaintiff, | : |
| vs. | : |
|  | : |
| Simple Health Plans, LLC et al., | : |
|  | : |
| Defendant. | : |
|  | : |

**AMANDRA HICKS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Amandra Hicks, by and through the undersigned counsel, respectfully requests an extension of time through and including April 19, 2019, within which she may respond to the Motion for Order Directing Homer Bonner Jacobs, P.A., to Turn Over Settlement Funds to Receiver ("Motion to Turn Over Settlement Funds") (Doc. No. 90). In support, Hicks states as follows:

1. On March 29, 2019, three weeks after it was filed, the Receiver served on counsel for Hicks a copy of its Motion to Turn Over Settlement Funds.

2. The Settlement Funds at issue arise from a Settlement Agreement between Hicks and Simple Health Plans, LLC. Before the receivership commenced, the Settlement Funds became the lawful possession of Hicks. Hicks seeks to oppose the Receiver's motion and to submit such pleading by April 19, 2019.

3. Pursuant to Local Rule 7.1(a)(3), counsel for Hicks has conferred with counsel for the Receiver, who consents to the response date of April 19, 2019.

WHEREFORE, Hicks respectfully requests that the Court permit an extension of time for Hicks to file a response to the Motion to Turn Over Settlement Funds (Doc. No. 90), up to and including April 19, 2019.

Dated: April 9, 2019

                Respectfully submitted,

                By: */s/ Janelle A. Weber*
                Janelle A. Weber
                Florida Bar No. 17630
                Law Office of Janelle A. Weber, P.A.
                1520 W. Cleveland St., Ste. A
                Tampa, FL 33606
                Telephone: (813) 982-3663
                Facsimile: (813) 982-3810
                E-mail: jweber@janelleweberlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2019, a true and correct copy of the foregoing Motion was served electronically on counsel of record via Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                */s/ Janelle A. Weber*
                Janelle A. Weber