| | |
|---|---|
| **From:** | Gershoni, Elan |
| **To:** | Davis, James; Wei, Joannie; Scott, Elizabeth C. |
| **Cc:** | O"Quinn, Ryan; Rodriguez, Javier |
| **Subject:** | FTC v. Simple Health; Relief Related to PI Hearing |
| **Date:** | Tuesday, April 02, 2019 7:16:56 AM |

Team FTC,

We intend to timely seek the following relief from the Court:

1. Exclusion of all testimonial evidence not subject to cross-examination, including the declarations and exhibits submitted in support of the FTC's request for injunctive relief, from consideration in connection with any further injunctive relief;
2. Requiring the FTC to make all witnesses who submitted declarations in support of the FTC's request for injunctive relief available for cross-examination at the preliminary injunction hearing;
3. Allowing evidence to be admitted at the preliminary injunction hearing, including live testimony from Mr. Dorfman and his experts (whose CVs and contact information we will email to the FTC concurrently with seeking that relief so as to avoid unnecessarily publishing that information);
4. Allowing Mr. Dorfman's professionals, i.e., DLA Piper and its attorneys and staff, to bring laptops into the preliminary injunction hearing and use the Court's IT systems, including A/V display systems.

Please advise by 3 P.M. EST today as to whether the FTC consents to, opposes, or takes no position regarding any of foregoing relief.

Thank you.

**Elan A. Gershoni**

**T** +1 305.423.8567
**F** +1 305.675.0527
**E** elan.gershoni@dlapiper.com



DLA Piper LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131-5341
United States
www.dlapiper.com

Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.