UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**FEDERAL TRADE COMMISSION,**

Plaintiff,

v.

**SIMPLE HEALTH PLANS LLC, et al.,**

Defendants.

**Case No.: 18-cv-62593-DPG**

### NOTICE OF APPEAL

Notice is hereby given that Defendant, Steven Dorfman, appeals to the United States Court of Appeals for the Eleventh Circuit from the Court's Preliminary Injunction [DE 139]. Mr. Dorfman may appeal the Preliminary Injunction as of right. 28 U.S.C. § 1292(a)(1) and (2); *see also, El Paso Natural Gas Co. v. Nezsosie,* 526 U.S. 473, 482 (1999).

Dated: May 14, 2019

**DLA Piper LLP (US)**

*/s/ Ryan O'Quinn*
Ryan D. O'Quinn (FBN 0513857)
*ryan.oquinn@dlapiper.com*
Elan A. Gershoni (FBN 95969)
*elan.gershoni@dlapiper.com*
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131
Telephone:  305.423.8553
Facsimile:   305.675.7885

*Counsel for Defendant
Steven Dorfman*

## CERTIFICATE OF SERVICE

      The undersigned certifies that he filed this pleading through the court's electronic filing system on this 14th day of May 2019 and that all parties requesting electronic notice of pleadings have been served with the pleading.

                                            */s/ Ryan O'Quinn*
                                            Ryan D. O'Quinn