**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 18-cv-62593-DPG**

FEDERAL TRADE COMMISSION,

        Plaintiff,

vs.

SIMPLE HEALTH PLANS, LLC, et al.,

        Defendants.

_____/

**JOINDER IN RECEIVER'S MOTION FOR AUTHORITY TO**
**CANCEL CERTAIN NON-RESIDENTIAL REAL PROPERTY LEASES**

American First Finance, Inc. ("AFFI"), by and through undersigned counsel, notifies the Court of its joinder in the *Motion for Authority to Cancel Certain Non-Residential Real Property Leases* (the "Motion") [D.E. 143][1] filed by Michael I Goldberg, as Receiver, as it relates to AFFI's interest in certain non-residential real property, the LBJ Freeway office.

Additionally, AFFI requests turnover of said premises as soon as possible. As disclosed in the Motion, AFFI recently secured a letter of intent to re-let the premises to a third party. Under the terms of the letter of intent, the outside date for the new tenant to take possession of the premises is July 1, 2019. Thus, there is exigency to the relief requested in the Motion as it relates to AFFI. Of course, securing this new tenant for the LBJ Freeway office also benefits the estate, as it mitigates AFFI's damages resulting from the termination.

Accordingly, AFFI supports the expeditious disposition of the Motion, and reserves the right to assert a claim in the receivership for the collateral damage to AFFI resulting from the receivership.

---

[1] All other capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

Dated: May 23, 2019.

Respectfully submitted,

*/s/  Eric J. Silver*
ERIC J. SILVER, ESQ.
Florida Bar No. 057262
esilver@stearnsweaver.com
MATTHEW C. DATES, ESQ.
Florida Bar No. 90094
mdates@stearnsweaver.com
**S**TEARNS **W**EAVER **M**ILLER
 **W**EISSLER **A**LHADEFF **& S**ITTERSON**, P.A.**
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida   33130
Telephone:  (305) 789-3200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this May 23, 2019, via the Court's notice of electronic filing on all CM/ECF registered users entitled to notice in this case.

By: */s/ Eric J. Silver*
      ERIC J. SILVER, ESQ.

2