UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-cv-62593-DPG

FEDERAL TRADE COMMISSION,

    Plaintiff,

vs.

SIMPLE HEALTH PLANS, LLC, et al.,

    Defendants.
_____/

**RESPONSE IN OPPOSITION TO DEFENDANT STEVEN DORFMAN'S EXPEDITED MOTION TO STAY PENDING FINAL RESOLUTION OF APPEAL**

American First Finance, Inc. ("AFFI"), by and through undersigned counsel, hereby files this response in opposition to *Defendant Steven Dorfman's Expedited Motion to Stay Proceeding Pending Final Resolution of Appel* [D.E. 145], and states as follows:

On the same day that Mr. Dorfman requested an expedited stay of this entire proceeding, landlord and creditor, AFFI, filed its notice of joinder [D.E. 148] in the Receiver's motion to terminate [D.E. 143] certain non-residential leases. In its joinder, AFFI requested an expeditious disposition on the motion to terminate given (a) the outstanding defaults under AFFI's lease with one of the entity defendants, and (b) the terms of AFFI's letter of intent with a prospective new tenant for the premises. For the reasons stated in its notice of joinder, [D.E. 148], a stay of this entire proceeding, if granted, would unnecessarily prejudice AFFI's efforts to regain possession of the premises.

Accordingly, AFFI opposes the relief requested by Mr. Dorfman solely to the extent it impairs AFFI's efforts to regain possession of its premises and requests that the Court specifically exempt AFFI from any stay.

1

Dated: May 30, 2019.

                                    Respectfully submitted,

                                    */s/ Eric J. Silver*
                                   ERIC J. SILVER, ESQ.
                                   Florida Bar No. 057262
                                   esilver@stearnsweaver.com
                                   MATTHEW C. DATES, ESQ.
                                   Florida Bar No. 90094
                                   mdates@stearnsweaver.com
                                   **STEARNS WEAVER MILLER**
                                     **WEISSLER ALHADEFF & SITTERSON, P.A.**
                                   Museum Tower, Suite 2200
                                   150 West Flagler Street
                                   Miami, Florida   33130
                                   Telephone:  (305) 789-3200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this May 30, 2019, via the Court's notice of electronic filing on all CM/ECF registered users entitled to notice in this case.

                                By: */s/ Eric J. Silver*
                                      ERIC J. SILVER, ESQ.

#7440521 v1