UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>        Plaintiff,<br><br>   v.<br><br>**SIMPLE HEALTH PLANS LLC, et al.,**<br><br>        Defendants. | **Case No.: 18-cv-62593-DPG** |

**DEFENDANT STEVEN DORFMAN'S REQUEST FOR HEARING
ON DEFENDANT STEVEN DORFMAN'S MOTION TO
STAY PROCEEDING PENDING FINAL RESOLUTION OF APPEAL**

Defendant, Steven Dorfman ("**Dorfman**"), through undersigned counsel, pursuant to Local Rule 7.1(B), requests that the Court set a hearing on Mr. Dorfman's motion to stay proceeding pending final resolution of appeal [DE 145] and states:

Oral argument will assist the Court in understanding how allowing this matter to proceed while the appeal remains pending will alter the status quo by allowing the FTC and Receiver to take actions that diminish the value of the Defendants and their assets and estates. These harmful actions will not be possible if the United States Court of Appeals for the Eleventh Circuit or United States Supreme Court determine that the FTC is not authorized to obtain the legal remedies it seeks in this proceeding or an injunction, including an asset freeze or receivership, to restrain or dispose of the Defendants' assets, for the benefit of the FTC's sought legal remedies. If the Court authorizes the FTC and Receiver to engage in these *ultra vires* actions pending final resolution of the appeal, Mr. Dorfman and his co-Defendants will be permanently prejudiced.

**WHEREFORE**, Defendant, Steven J. Dorfman, respectfully requests that the Court set this matter for hearing and oral argument.

Dated:  June 4, 2019

Respectfully submitted,

**DLA Piper LLP (US)**

By: */s/ Ryan O'Quinn*
Ryan D. O'Quinn (FBN 513857)
*ryan.oquinn@dlapiper.com*
Elan A. Gershoni (FBN 95969)
*elan.gershoni@dlapiper.com*
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131
Telephone:  305.423.8553
Facsimile:   305.675.7885

*Counsel for Defendant
Steven Dorfman*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF filing system. I also certify that the foregoing is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Ryan O'Quinn*
Ryan D. O'Quinn