UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**FEDERAL TRADE COMMISSION,**

      Plaintiff,

v.

**SIMPLE HEALTH PLANS LLC, et al.,**

      Defendants.

**Case No.: 18-cv-62593-DPG**

**DEFENDANT STEVEN DORFMAN'S NOTICE OF WIRHDRAWING REQUEST FOR HEARING ON DEFENDANT STEVEN DORFMAN'S MOTION TO STAY PROCEEDING PENDING FINAL RESOLUTION OF APPEAL**

Defendant, Steven Dorfman ("**Dorfman**"), by and through his undersigned counsel, hereby gives notice of withdrawal of his Request for Hearing on Defendant's Motion to Stay Proceeding Pending Final Resolution of Appeal [D.E. 154] filed with this Court on June 4, 2019.

Dated:  June 4, 2019

Respectfully submitted,

**DLA Piper LLP (US)**

By: */s/ Ryan O'Quinn*
    Ryan D. O'Quinn (FBN 513857)
    *ryan.oquinn@dlapiper.com*
    Elan A. Gershoni (FBN 95969)
    *elan.gershoni@dlapiper.com*
    200 South Biscayne Boulevard
    Suite 2500
    Miami, Florida 33131
    Telephone:  305.423.8554
    Facsimile:   305.675.7885

    *Counsel for Defendant*
    *Steven Dorfman*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF filing system. I also certify that the foregoing is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Ryan O'Quinn*
Ryan D. O'Quinn
