**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 18-cv-62593-DPG**

FEDERAL TRADE COMMISSION,

    Plaintiff,

vs.

SIMPLE HEALTH PLANS, LLC, et al.,

    Defendants.

_____/

**ORDER GRANTING RECEIVER'S MOTION FOR AUTHORITY TO**
**CANCEL CERTAIN NON-RESIDENTIAL REAL PROPERTY LEASES**

THIS cause comes before the Court on the Receiver's Motion for Authority to Cancel Certain Non-Residential Real Property Leases ("Motion") [ECF No. 143]. The Court has reviewed the Motion and the record and is otherwise fully advised. Based thereon, it is

**ORDERED and ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. The Receiver is authorized to cancel the lease agreement entered into by receivership entity Senior Benefits One, LLC, dated July 26, 2017, for the premises located on the sixth floor of the Midtown Office Center at 5720 LBJ Freeway, Dallas, Texas 75240.

3. The Receiver is authorized to cancel the lease agreement entered into by receivership entity Health Benefits One, LLC, dated July 1, 2018, for Suites 800 and 810 of the Northpointe Center located at 12005 Ford Road, Dallas, Texas 75234.

4. The Receiver is authorized to cancel the lease agreement entered into by receivership entity Health Benefits One, LLC, dated September 3, 2015, located at 8400 N.W. 36th St., Miami, Florida 33166.

5. The Receiver is authorized to cancel the lease agreement entered into by receivership entity Simple Health Plans, LLC and non-party Matthew Spiewak, dated July 2, 2018, for Unit 109 of the warehouse located at 1769 Blount Road, Pompano Beach, Florida 33069.

6. These leases are cancelled without prejudice to any rights the landlords may have to seek recovery against any non-receivership entity.[1]

7. These leases are cancelled without prejudice to any rights the landlords may have to file a claim in the receivership case (subject to any claims/objection process).

8. The Receiver is further authorized to execute any documents and take any actions reasonably necessary to consummate the transactions contemplated herein, including abandonment of any personal property remaining at the premises.

**DONE AND ORDERED in Chambers at Miami, Florida, this Tuesday, June 11, 2019.**

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

---

[1] The "Receivership Entities" are Simple Health Plans LLC, Health Benefits One LLC, Health Center Management LLC, Innovative Customer Care LLC, Simple Insurance Leads LLC, Senior Benefits One LLC, and their subsidiaries, affiliates, successors and assigns.