**COMPOSITE EXHIBIT A**

 **UBS**

UBS Financial Services Inc.
Private Wealth Management
18851 NE 29th Avenue
11th Floor
Aventura FL 33180-2808

# Business Services Account

June 2019

**Your Financial Advisor:**
BOYCE/SADOWSKY/FIERMAN/BOYCE
Phone: 305-933-9987

**Questions about your statement?**
Call your Financial Advisor or the
ResourceLine at 800-762-1000,
account ▮▮▮▮▮

**Visit our website:**
www.ubs.com/financialservices

**Account name:** HEALTH BENEFITS ONE LLC
　　　　　　　　Pleg'd Coll Acct-FBO UBS Bank USA
**Friendly account name:** ▮▮▮▮▮
**Account number:** ▮▮▮▮▮

**Your investment objectives:**
You have identified the following
investment objectives for this account. If
you have questions about these
objectives, disagree with them, or wish to
change them, please contact your
Financial Advisor or Branch Manager. You
can find a full description of the
alternative investment objectives in
*Important information about your
statement* at the end of this document.

**Your return objective:**
Current income & capital appreciation
**Your risk profile:**
Primary - Moderate
Investment eligibility consideration - None
selected

**Your account instructions**
- This account has been pledged to secure an obligation or is guaranteeing the obligations of another account.
- Your account cost basis default closing method is FIFO, First In, First Out.

## Value of your account

|  | on May 31 ($) | on June 28 ($) |
|---|---|---|
| Your assets | 2,256,476.04 | 2,387,277.63 |
| Your liabilities | 0.00 | 0.00 |
| **Value of your account** | **$2,256,476.04** | **$2,387,277.63** |

## Change in the value of your account

|  | June 2019 ($) | Year to date ($) |
|---|---|---|
| **Opening account value** | **$2,256,476.04** | **$2,009,569.73** |
| Withdrawals and fees, including investments transferred out | -168.48 | -1,271.88 |
| Dividend and interest income | 8,055.76 | 26,907.83 |
| Change in market value | 122,914.31 | 352,071.95 |
| **Closing account value** | **$2,387,277.63** | **$2,387,277.63** |

 **UBS**

**Business Services Account**
June 2019

| | |
|---|---|
| **Account name:** | HEALTH BENEFITS ONE LLC |
| **Friendly account name:** | ▮▮▮▮ |
| **Account number:** | |

**Your Financial Advisor:**
BOYCE/SADOWSKY/FIERMAN/BOYCE
305-933-9987

## Cash activity summary

See *Account activity this month* for details. Balances in your Sweep Options are included in the opening and closing balances value. FDIC insurance applies to deposits at UBS Bank USA and all banks participating in the UBS FDIC Insured Deposit Program. It does not apply to deposits at UBS AG, Stamford Branch. SIPC protection applies to money market sweep fund holdings but not bank deposits. See *Important information about your statement* on the last two pages of this document for details.

| | June 2019 ($) | Year to date ($) |
|---|---|---|
| **Opening balances** | **$160,943.10** | **$143,168.75** |
| *Additions* | | |
| Dividend and interest income | 8,055.76 | 26,907.83 |
| Proceeds from investment transactions | 0.00 | 25.68 |
| *Total additions* | **$8,055.76** | **$26,933.51** |
| *Subtractions* | | |
| Fees | 0.00 | -5.49 |
| Other funds debited | -168.48 | -1,266.39 |
| *Total subtractions* | **-$168.48** | **-$1,271.88** |
| **Net cash flow** | **$7,887.28** | **$25,661.63** |
| **Closing balances** | **$168,830.38** | **$168,830.38** |

## Dividend and interest income earned

For purposes of this statement, taxability of interest and dividend income has been determined from a US tax reporting perspective. Based upon the residence of the account holder, account type, or product type, some interest and/or dividend payments may not be subject to United States (US) and/or Puerto Rico (PR) income taxes. The client monthly statement is not intended to be used and cannot be relied upon for tax purposes. Clients should refer to the applicable tax reporting forms they receive from UBS annually, such as the Forms 1099 and the Forms 480, for tax reporting information. It is the practice of UBS to file the applicable tax reporting forms with the US Internal Revenue Service and PR Treasury Department, and in such forms accurately classify dividends and/or interest as tax exempt or taxable income. Please consult your individual tax preparer.

| | June 2019 ($) | Year to date ($) |
|---|---|---|
| Taxable dividends | 8,019.98 | 26,661.47 |
| Taxable interest | 35.78 | 215.39 |
| **Total current year** | **$8,055.76** | **$26,876.86** |
| Prior year adjustment | 0.00 | 30.97 |
| **Total dividend & interest** | **$8,055.76** | **$26,907.83** |

## Summary of gains and losses

Values reported below exclude products for which gains and losses are not classified.

| | Realized gains and losses | | Unrealized |
|---|---|---|---|
| | June 2019 ($) | Year to date ($) | gains and losses ($) |
| Long term | 0.00 | 2.51 | 253,154.14 |

## Withholdings and tax summary

| | June 2019 ($) | Year to date ($) |
|---|---|---|
| Foreign taxes paid | -168.48 | -1,266.39 |

 **UBS**

Business Services Account
June 2019

**Account name:** HEALTH BENEFITS ONE LLC
**Friendly account name:**
**Account number:**

**Your Financial Advisor:**
BOYCE/SADOWSKY/FIERMAN/BOYCE
305-933-9987

## UBS Bank USA Business Account APY

*Interest period May 7 - Jun 6*

| | |
|---|---|
| Opening UBS Bank USA Business balance May 7 | $158,811.16 |
| Closing UBS Bank USA Business balance Jun 6 | $161,431.85 |
| Number of days in interest period | 31 |
| Average daily balance | $160,273.43 |
| Interest earned | $35.78 |
| Annual percentage yield earned | 0.26% |



## Your notes



**Business Services Account**

June 2019

| | |
|---|---|
| **Account name:** | HEALTH BENEFITS ONE LLC |
| **Friendly account name:** | |
| **Account number:** | |

**Your Financial Advisor:**
BOYCE/SADOWSKY/FIERMAN/BOYCE
305-933-9987

# Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

## Cash

### Cash and money balances

*Cash and money balances* may include available cash balances, UBS Bank USA deposit account balances, UBS FDIC Insured Program Bank Balances, UBS AG Stamford Branch deposit account balances and money market mutual fund sweep balances.

See the *Important information about your statement* at the end of this document for details about those balances.

UBS Bank USA and all UBS FDIC Insured Program Bank deposit account balances are insured by the FDIC within applicable limits, but are not protected by SIPC. UBS AG Stamford Branch deposit account balances are not insured by FDIC and are not protected by SIPC. Money market sweep balances are protected by SIPC but are not insured by the FDIC.

| Holding | Opening balance on Jun 1 ($) | Closing balance on Jun 28 ($) | Price per share on Jun 28 ($) | Average rate | Dividend/Interest period | Days in period | Cap amount ($) |
|---|---|---|---|---|---|---|---|
| UBS BANK USA BUS ACCT | 160,943.10 | 168,830.38 | | | | | 250,000.00 |

## Equities

### Common stock

| Holding | Trade date | Number of shares | Purchase price/ Average price per share ($) | Cost basis ($) | Price per share on Jun 28 ($) | Value on Jun 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| ACCENTURE PLC IRELAND CL A Symbol: ACN  Exchange: NYSE | | | | | | | | |
| EAI: $1,425 Current yield: 1.58% | Mar 22, 18 | 170.000 | 153.912 | 26,165.13 | 184.770 | 31,410.90 | 5,245.77 | LT |
| | Mar 26, 18 | 175.000 | 150.211 | 26,287.00 | 184.770 | 32,334.75 | 6,047.75 | LT |
| | Apr 23, 18 | 83.000 | 152.809 | 12,683.15 | 184.770 | 15,335.91 | 2,652.76 | LT |
| | May 23, 18 | 60.000 | 154.449 | 9,266.97 | 184.770 | 11,086.20 | 1,819.23 | LT |
| Security total | | 488.000 | 152.464 | 74,402.25 | | 90,167.76 | 15,765.51 | |
| ALCON INC CHF Symbol: ALC  Exchange: NYSE | | | | | | | | |
| CHF Exchange rate: 0.97500 | Mar 22, 18 | 64.800 | 49.484 | 3,206.62 | 62.050 | 4,020.84 | 814.22 | LT |
| | Mar 26, 18 | 66.600 | 48.182 | 3,208.95 | 62.050 | 4,132.53 | 923.58 | LT |
| | Apr 23, 18 | 32.600 | 47.595 | 1,551.61 | 62.050 | 2,022.83 | 471.22 | LT |
| | May 23, 18 | 24.000 | 46.967 | 1,127.21 | 62.050 | 1,489.20 | 361.99 | LT |
| Security total | | 188.000 | 48.374 | 9,094.39 | | 11,665.40 | 2,571.01 | |

*continued next page*



**UBS** Business Services Account
June 2019

Account name: HEALTH BENEFITS ONE LLC
Friendly account name:
Account number:

Your Financial Advisor:
BOYCE/SADOWSKY/FIERMAN/BOYCE
305-933-9987

Your assets › **Equities** › **Common stock** (continued)

| Holding | Trade date | Number of shares | Purchase price/ Average price per share ($) | Cost basis ($) | Price per share on Jun 28 ($) | Value on Jun 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| BLACKROCK INC Symbol: BLK Exchange: NYSE | | | | | | | | |
| EAI: $1,808 Current yield: 2.81% | Mar 22, 18 | 47.000 | 555.290 | 26,098.63 | 469.300 | 22,057.10 | -4,041.53 | LT |
| | Mar 26, 18 | 49.000 | 531.358 | 26,036.59 | 469.300 | 22,995.70 | -3,040.89 | LT |
| | Apr 23, 18 | 24.000 | 524.610 | 12,590.64 | 469.300 | 11,263.20 | -1,327.44 | LT |
| | May 23, 18 | 17.000 | 538.418 | 9,153.12 | 469.300 | 7,978.10 | -1,175.02 | LT |
| Security total | | 137.000 | 539.263 | 73,878.98 | | 64,294.10 | -9,584.88 | |
| CHEVRON CORP Symbol: CVX Exchange: NYSE | | | | | | | | |
| EAI: $3,023 Current yield: 3.83% | Mar 22, 18 | 227.000 | 115.452 | 26,207.69 | 124.440 | 28,247.88 | 2,040.19 | LT |
| | Mar 26, 18 | 231.000 | 113.816 | 26,291.54 | 124.440 | 28,745.64 | 2,454.10 | LT |
| | Apr 23, 18 | 104.000 | 122.889 | 12,780.49 | 124.440 | 12,941.76 | 161.27 | LT |
| | May 23, 18 | 73.000 | 127.339 | 9,295.75 | 124.440 | 9,084.12 | -211.63 | LT |
| Security total | | 635.000 | 117.442 | 74,575.47 | | 79,019.40 | 4,443.93 | |
| CHUBB LTD CHF Symbol: CB Exchange: NYSE EAI: $1,629 Current yield: 2.04% | | | | | | | | |
| CHF Exchange rate: 0.97500 | Mar 22, 18 | 188.000 | 139.414 | 26,209.98 | 147.290 | 27,690.52 | 1,480.54 | LT |
| | Mar 26, 18 | 194.000 | 135.699 | 26,325.61 | 147.290 | 28,574.26 | 2,248.65 | LT |
| | Apr 23, 18 | 92.000 | 137.869 | 12,684.03 | 147.290 | 13,550.68 | 866.65 | LT |
| | May 23, 18 | 69.000 | 134.510 | 9,281.19 | 147.290 | 10,163.01 | 881.82 | LT |
| Security total | | 543.000 | 137.202 | 74,500.81 | | 79,978.47 | 5,477.66 | |
| COCA COLA CO COM Symbol: KO Exchange: NYSE | | | | | | | | |
| EAI: $2,784 Current yield: 3.14% | Mar 22, 18 | 610.000 | 43.029 | 26,248.24 | 50.920 | 31,061.20 | 4,812.96 | LT |
| | Mar 26, 18 | 620.000 | 42.340 | 26,250.80 | 50.920 | 31,570.40 | 5,319.60 | LT |
| | Apr 23, 18 | 290.000 | 43.806 | 12,703.77 | 50.920 | 14,766.80 | 2,063.03 | LT |
| | May 23, 18 | 220.000 | 42.176 | 9,278.74 | 50.920 | 11,202.40 | 1,923.66 | LT |
| Security total | | 1,740.000 | 42.805 | 74,481.55 | | 88,600.80 | 14,119.25 | |
| COLGATE PALMOLIVE CO Symbol: CL Exchange: NYSE | | | | | | | | |
| EAI: $1,897 Current yield: 2.40% | Mar 22, 18 | 380.000 | 69.006 | 26,222.36 | 71.670 | 27,234.60 | 1,012.24 | LT |
| | Mar 26, 18 | 385.000 | 68.196 | 26,255.54 | 71.670 | 27,592.95 | 1,337.41 | LT |

continued next page



**Business Services Account**

June 2019

| Account name: | HEALTH BENEFITS ONE LLC |
| Friendly account name: | |
| Account number: | ▓▓▓▓▓▓ |

**Your Financial Advisor:**
BOYCE/SADOWSKY/FIERMAN/BOYCE
305-933-9987

## Your assets › **Equities** › **Common stock** (continued)

| Holding | Trade date | Number of shares | Purchase price/ Average price per share ($) | Cost basis ($) | Price per share on Jun 28 ($) | Value on Jun 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| | Apr 23, 18 | 191.000 | 66.496 | 12,700.76 | 71.670 | 13,688.97 | 988.21 | LT |
| | May 23, 18 | 147.000 | 62.809 | 9,233.06 | 71.670 | 10,535.49 | 1,302.43 | LT |
| Security total | | 1,103.000 | 67.463 | 74,411.72 | | 79,052.01 | 4,640.29 | |
| COMCAST CORP NEW CL A Symbol: CMCSA Exchange: OTC | | | | | | | | |
| EAI: $560 Current yield: 1.99% | Apr 23, 18 | 377.000 | 33.777 | 12,733.94 | 42.280 | 15,939.56 | 3,205.62 | LT |
| | May 23, 18 | 290.000 | 31.956 | 9,267.27 | 42.280 | 12,261.20 | 2,993.93 | LT |
| Security total | | 667.000 | 32.985 | 22,001.21 | | 28,200.76 | 6,199.55 | |
| CRANE CO Symbol: CR Exchange: NYSE | | | | | | | | |
| EAI: $1,250 Current yield: 1.87% | Mar 22, 18 | 276.000 | 95.249 | 26,288.97 | 83.440 | 23,029.44 | -3,259.53 | LT |
| | Mar 26, 18 | 285.000 | 92.261 | 26,294.64 | 83.440 | 23,780.40 | -2,514.24 | LT |
| | Apr 23, 18 | 133.000 | 95.407 | 12,689.14 | 83.440 | 11,097.52 | -1,591.62 | LT |
| | May 23, 18 | 107.000 | 86.488 | 9,254.24 | 83.440 | 8,928.08 | -326.16 | LT |
| Security total | | 801.000 | 93.042 | 74,526.99 | | 66,835.44 | -7,691.55 | |
| DIAGEO PLC NEW GB SPON ADR Symbol: DEO Exchange: NYSE | | | | | | | | |
| EAI: $1,891 Current yield: 2.00% | Mar 22, 18 | 196.000 | 133.612 | 26,188.01 | 172.320 | 33,774.72 | 7,586.71 | LT |
| | Mar 26, 18 | 196.000 | 133.788 | 26,222.64 | 172.320 | 33,774.72 | 7,552.08 | LT |
| | Apr 23, 18 | 93.000 | 136.939 | 12,735.41 | 172.320 | 16,025.76 | 3,290.35 | LT |
| | May 23, 18 | 64.000 | 145.119 | 9,287.62 | 172.320 | 11,028.48 | 1,740.86 | LT |
| Security total | | 549.000 | 135.580 | 74,433.68 | | 94,603.68 | 20,170.00 | |
| HOME DEPOT INC Symbol: HD Exchange: NYSE | | | | | | | | |
| EAI: $2,285 Current yield: 2.62% | Mar 22, 18 | 147.000 | 177.960 | 26,160.12 | 207.970 | 30,571.59 | 4,411.47 | LT |
| | Mar 26, 18 | 151.000 | 174.250 | 26,311.75 | 207.970 | 31,403.47 | 5,091.72 | LT |
| | Apr 23, 18 | 72.000 | 177.100 | 12,751.20 | 207.970 | 14,973.84 | 2,222.64 | LT |
| | May 23, 18 | 50.000 | 186.539 | 9,326.95 | 207.970 | 10,398.50 | 1,071.55 | LT |
| Security total | | 420.000 | 177.500 | 74,550.02 | | 87,347.40 | 12,797.38 | |
| INTEL CORP Symbol: INTC Exchange: OTC | | | | | | | | |
| EAI: $1,812 Current yield: 2.63% | Mar 22, 18 | 507.000 | 51.816 | 26,271.02 | 47.870 | 24,270.09 | -2,000.93 | LT |

continued next page

 **UBS**

**Business Services Account**
June 2019

| Account name: | HEALTH BENEFITS ONE LLC |
| Friendly account name: | ███████████ |
| Account number: | ███████████ |

**Your Financial Advisor:**
BOYCE/SADOWSKY/FIERMAN/BOYCE
305-933-9987

## Your assets › Equities › Common stock (continued)

| Holding | Trade date | Number of shares | Purchase price/ Average price per share ($) | Cost basis ($) | Price per share on Jun 28 ($) | Value on Jun 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| | Mar 26, 18 | 513.000 | 51.176 | 26,253.65 | 47.870 | 24,557.31 | -1,696.34 | LT |
| | Apr 23, 18 | 248.000 | 51.386 | 12,743.83 | 47.870 | 11,871.76 | -872.07 | LT |
| | May 23, 18 | 170.000 | 54.478 | 9,261.29 | 47.870 | 8,137.90 | -1,123.39 | LT |
| Security total | | 1,438.000 | 51.829 | 74,529.79 | | 68,837.06 | -5,692.73 | |
| JOHNSON & JOHNSON COM Symbol: JNJ  Exchange: NYSE EAI: $2,223 Current yield: 2.73% | Mar 22, 18 | 201.000 | 130.338 | 26,198.06 | 139.280 | 27,995.28 | 1,797.22 | LT |
| | Mar 26, 18 | 209.000 | 125.608 | 26,252.20 | 139.280 | 29,109.52 | 2,857.32 | LT |
| | Apr 23, 18 | 100.000 | 127.196 | 12,719.61 | 139.280 | 13,928.00 | 1,208.39 | LT |
| | May 23, 18 | 75.000 | 123.329 | 9,249.74 | 139.280 | 10,446.00 | 1,196.26 | LT |
| Security total | | 585.000 | 127.213 | 74,419.61 | | 81,478.80 | 7,059.19 | |
| JPMORGAN CHASE & CO Symbol: JPM  Exchange: NYSE EAI: $2,134 Current yield: 2.86% | Mar 22, 18 | 232.000 | 113.200 | 26,262.40 | 111.800 | 25,937.60 | -324.80 | LT |
| | Mar 26, 18 | 239.000 | 109.780 | 26,237.42 | 111.800 | 26,720.20 | 482.78 | LT |
| | Apr 23, 18 | 114.000 | 111.456 | 12,706.00 | 111.800 | 12,745.20 | 39.20 | LT |
| | May 23, 18 | 82.000 | 112.370 | 9,214.34 | 111.800 | 9,167.60 | -46.74 | LT |
| Security total | | 667.000 | 111.574 | 74,420.16 | | 74,570.60 | 150.44 | |
| KONTOOR BRANDS INC Symbol: KTB  Exchange: NYSE | Mar 22, 18 | 49.857 | 32.438 | 1,617.30 | 28.020 | 1,397.00 | -220.30 | LT |
| | Mar 26, 18 | 50.572 | 32.393 | 1,638.19 | 28.020 | 1,417.01 | -221.18 | LT |
| | Apr 23, 18 | 23.286 | 34.165 | 795.56 | 28.020 | 652.47 | -143.09 | LT |
| | May 23, 18 | 16.286 | 35.510 | 578.31 | 28.020 | 456.33 | -121.98 | LT |
| Security total | | 140.000 | 33.067 | 4,629.36 | | 3,922.80 | -706.55 | |
| LINDE PLC EUR Symbol: LIN  Exchange: NYSE EAI: $1,754 Current yield: 1.74% EUR Exchange rate: 0.87811 | Mar 22, 18 | 175.000 | 163.455 | 28,604.63 | 200.800 | 35,140.00 | 6,535.37 | LT |
| | Mar 26, 18 | 182.000 | 163.455 | 29,748.81 | 200.800 | 36,545.60 | 6,796.79 | LT |
| | Apr 23, 18 | 85.000 | 163.454 | 13,893.67 | 200.800 | 17,068.00 | 3,174.33 | LT |
| | May 23, 18 | 59.000 | 163.455 | 9,643.85 | 200.800 | 11,847.20 | 2,203.35 | LT |
| Security total | | 501.000 | 163.455 | 81,890.96 | | 100,600.80 | 18,709.84 | |

continued next page



**Business Services Account**

June 2019

| Account name: | HEALTH BENEFITS ONE LLC |
|---|---|
| Friendly account name: | |
| Account number: | ▮▮▮▮▮ |

**Your Financial Advisor:**
BOYCE/SADOWSKY/FIERMAN/BOYCE
305-933-9987

Your assets ▸ **Equities** ▸ **Common stock** (continued)

| Holding | Trade date | Number of shares | Purchase price/ Average price per share ($) | Cost basis ($) | Price per share on Jun 28 ($) | Value on Jun 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| **LOCKHEED MARTIN CORP** | | | | | | | | |
| Symbol: LMT  Exchange: NYSE | | | | | | | | |
| EAI: $1,936 Current yield: 2.42% | Mar 22, 18 | 78.000 | 335.090 | 26,137.02 | 363.540 | 28,356.12 | 2,219.10 | LT |
| | Mar 26, 18 | 77.000 | 342.698 | 26,387.82 | 363.540 | 27,992.58 | 1,604.76 | LT |
| | Apr 23, 18 | 36.000 | 357.918 | 12,885.05 | 363.540 | 13,087.44 | 202.39 | LT |
| | May 23, 18 | 29.000 | 318.727 | 9,243.09 | 363.540 | 10,542.66 | 1,299.57 | LT |
| Security total | | 220.000 | 339.332 | 74,652.98 | | 79,978.80 | 5,325.82 | |
| **MARSH & MCLENNAN COS INC** | | | | | | | | |
| Symbol: MMC  Exchange: NYSE | | | | | | | | |
| EAI: $1,642 Current yield: 1.82% | Mar 22, 18 | 312.000 | 84.058 | 26,226.28 | 99.750 | 31,122.00 | 4,895.72 | LT |
| | Mar 26, 18 | 323.000 | 81.310 | 26,263.13 | 99.750 | 32,219.25 | 5,956.12 | LT |
| | Apr 23, 18 | 153.000 | 83.396 | 12,759.60 | 99.750 | 15,261.75 | 2,502.15 | LT |
| | May 23, 18 | 114.000 | 81.535 | 9,294.99 | 99.750 | 11,371.50 | 2,076.51 | LT |
| Security total | | 902.000 | 82.643 | 74,544.00 | | 89,974.50 | 15,430.50 | |
| **MCDONALDS CORP** | | | | | | | | |
| Symbol: MCD  Exchange: NYSE | | | | | | | | |
| EAI: $2,185 Current yield: 2.23% | Mar 22, 18 | 166.000 | 158.567 | 26,322.16 | 207.660 | 34,471.56 | 8,149.40 | LT |
| | Mar 26, 18 | 167.000 | 156.910 | 26,203.97 | 207.660 | 34,679.22 | 8,475.25 | LT |
| | Apr 23, 18 | 80.000 | 159.339 | 12,747.12 | 207.660 | 16,612.80 | 3,865.68 | LT |
| | May 23, 18 | 58.000 | 159.788 | 9,267.76 | 207.660 | 12,044.28 | 2,776.52 | LT |
| Security total | | 471.000 | 158.261 | 74,541.01 | | 97,807.86 | 23,266.85 | |
| **MEDTRONIC PLC** | | | | | | | | |
| Symbol: MDT  Exchange: NYSE | | | | | | | | |
| EAI: $2,026 Current yield: 2.22% | Mar 22, 18 | 330.000 | 79.599 | 26,267.93 | 97.390 | 32,138.70 | 5,870.77 | LT |
| | Mar 26, 18 | 342.000 | 76.815 | 26,270.73 | 97.390 | 33,307.38 | 7,036.65 | LT |
| | Apr 23, 18 | 158.000 | 80.242 | 12,678.27 | 97.390 | 15,387.62 | 2,709.35 | LT |
| | May 23, 18 | 108.000 | 85.408 | 9,224.10 | 97.390 | 10,518.12 | 1,294.02 | LT |
| Security total | | 938.000 | 79.361 | 74,441.03 | | 91,351.82 | 16,910.79 | |
| **MICROSOFT CORP** | | | | | | | | |
| Symbol: MSFT  Exchange: OTC | | | | | | | | |
| EAI: $1,472 Current yield: 1.37% | Mar 22, 18 | 286.000 | 91.615 | 26,201.89 | 133.960 | 38,312.56 | 12,110.67 | LT |
| | Mar 26, 18 | 286.000 | 91.796 | 26,253.71 | 133.960 | 38,312.56 | 12,058.85 | LT |

continued next page

 **UBS**

Business Services Account
June 2019

| Account name: | HEALTH BENEFITS ONE LLC |
| Friendly account name: | |
| Account number: | |

**Your Financial Advisor:**
BOYCE/SADOWSKY/FIERMAN/BOYCE
305-933-9987

## Your assets › Equities › Common stock (continued)

| Holding | Trade date | Number of shares | Purchase price/ Average price per share ($) | Cost basis ($) | Price per share on Jun 28 ($) | Value on Jun 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| | Apr 23, 18 | 133.000 | 95.426 | 12,691.67 | 133.960 | 17,816.68 | 5,125.01 | LT |
| | May 23, 18 | 95.000 | 97.329 | 9,246.26 | 133.960 | 12,726.20 | 3,479.94 | LT |
| Security total | | 800.000 | 92.992 | 74,393.53 | | 107,168.00 | 32,774.47 | |
| NEXTERA ENERGY INC COM Symbol: NEE Exchange: NYSE EAI: $2,315 Current yield: 2.44% | Mar 22, 18 | 163.000 | 161.272 | 26,287.34 | 204.860 | 33,392.18 | 7,104.84 | LT |
| | Mar 26, 18 | 163.000 | 160.559 | 26,171.12 | 204.860 | 33,392.18 | 7,221.06 | LT |
| | Apr 23, 18 | 79.000 | 160.718 | 12,696.80 | 204.860 | 16,183.94 | 3,487.14 | LT |
| | May 23, 18 | 58.000 | 159.698 | 9,262.50 | 204.860 | 11,881.88 | 2,619.38 | LT |
| Security total | | 463.000 | 160.730 | 74,417.76 | | 94,850.18 | 20,432.42 | |
| NOVARTIS AG SPON ADR Symbol: NVS Exchange: NYSE EAI: $1,731 Current yield: 2.02% | Mar 22, 18 | 324.000 | 71.115 | 23,041.40 | 91.310 | 29,584.44 | 6,543.04 | LT |
| | Mar 26, 18 | 333.000 | 69.243 | 23,058.09 | 91.310 | 30,406.23 | 7,348.14 | LT |
| | Apr 23, 18 | 163.000 | 68.399 | 11,149.19 | 91.310 | 14,883.53 | 3,734.34 | LT |
| | May 23, 18 | 120.000 | 67.496 | 8,099.58 | 91.310 | 10,957.20 | 2,857.62 | LT |
| Security total | | 940.000 | 69.519 | 65,348.26 | | 85,831.40 | 20,483.14 | |
| ROCKWELL AUTOMATION INC NEW Symbol: ROK Exchange: NYSE EAI: $1,637 Current yield: 2.37% | Mar 22, 18 | 145.000 | 180.749 | 26,208.74 | 163.830 | 23,755.35 | -2,453.39 | LT |
| | Mar 26, 18 | 151.000 | 174.560 | 26,358.56 | 163.830 | 24,738.33 | -1,620.23 | LT |
| | Apr 23, 18 | 74.000 | 171.139 | 12,664.29 | 163.830 | 12,123.42 | -540.87 | LT |
| | May 23, 18 | 52.000 | 179.779 | 9,348.51 | 163.830 | 8,519.16 | -829.35 | LT |
| Security total | | 422.000 | 176.730 | 74,580.10 | | 69,136.26 | -5,443.84 | |
| SUNCOR ENERGY INC NEW CAD Symbol: SU Exchange: NYSE EAI: $2,695 Current yield: 4.09% CAD Exchange rate: 1.30675 | Mar 22, 18 | 781.000 | 33.609 | 26,249.33 | 31.160 | 24,335.96 | -1,913.37 | LT |
| | Mar 26, 18 | 772.000 | 34.019 | 26,263.36 | 31.160 | 24,055.52 | -2,207.84 | LT |
| | Apr 23, 18 | 334.000 | 38.066 | 12,714.08 | 31.160 | 10,407.44 | -2,306.64 | LT |
| | May 23, 18 | 227.000 | 40.746 | 9,249.36 | 31.160 | 7,073.32 | -2,176.04 | LT |
| Security total | | 2,114.000 | 35.230 | 74,476.13 | | 65,872.24 | -8,603.89 | |

continued next page

 **UBS**

**Business Services Account**

June 2019

| Account name: | HEALTH BENEFITS ONE LLC |
|---|---|
| **Friendly account name:** | |
| **Account number:** | |

**Your Financial Advisor:**
BOYCE/SADOWSKY/FIERMAN/BOYCE
305-933-9987

## Your assets › **Equities** › **Common stock** (continued)

| Holding | Trade date | Number of shares | Purchase price/ Average price per share ($) | Cost basis ($) | Price per share on Jun 28 ($) | Value on Jun 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| TEXAS INSTRUMENTS | | | | | | | | |
| Symbol: TXN  Exchange: OTC | | | | | | | | |
| EAI: $2,181 Current yield: 2.68% | Mar 22, 18 | 244.000 | 107.387 | 26,202.65 | 114.760 | 28,001.44 | 1,798.79 | LT |
| | Mar 26, 18 | 252.000 | 104.160 | 26,248.32 | 114.760 | 28,919.52 | 2,671.20 | LT |
| | Apr 23, 18 | 128.000 | 99.002 | 12,672.36 | 114.760 | 14,689.28 | 2,016.92 | LT |
| | May 23, 18 | 84.000 | 109.999 | 9,239.96 | 114.760 | 9,639.84 | 399.88 | LT |
| Security total | | 708.000 | 105.033 | 74,363.29 | | 81,250.08 | 6,886.79 | |
| UNION PACIFIC CORP | | | | | | | | |
| Symbol: UNP  Exchange: NYSE | | | | | | | | |
| EAI: $1,929 Current yield: 2.08% | Mar 22, 18 | 191.000 | 137.293 | 26,223.12 | 169.110 | 32,300.01 | 6,076.89 | LT |
| | Mar 26, 18 | 199.000 | 131.990 | 26,266.01 | 169.110 | 33,652.89 | 7,386.88 | LT |
| | Apr 23, 18 | 93.000 | 136.069 | 12,654.42 | 169.110 | 15,727.23 | 3,072.81 | LT |
| | May 23, 18 | 65.000 | 142.119 | 9,237.79 | 169.110 | 10,992.15 | 1,754.36 | LT |
| Security total | | 548.000 | 135.732 | 74,381.34 | | 92,672.28 | 18,290.94 | |
| UNTD TECHNOLOGIES CORP | | | | | | | | |
| Symbol: UTX  Exchange: NYSE | | | | | | | | |
| EAI: $1,746 Current yield: 2.26% | Mar 22, 18 | 208.000 | 126.461 | 26,304.05 | 130.200 | 27,081.60 | 777.55 | LT |
| | Mar 26, 18 | 210.000 | 125.110 | 26,273.10 | 130.200 | 27,342.00 | 1,068.90 | LT |
| | Apr 23, 18 | 103.000 | 123.154 | 12,684.90 | 130.200 | 13,410.60 | 725.70 | LT |
| | May 23, 18 | 73.000 | 127.069 | 9,276.04 | 130.200 | 9,504.60 | 228.56 | LT |
| Security total | | 594.000 | 125.485 | 74,538.09 | | 77,338.80 | 2,800.71 | |
| VF CORP | | | | | | | | |
| Symbol: VFC  Exchange: NYSE | | | | | | | | |
| EAI: $2,009 Current yield: 2.33% | Mar 22, 18 | 354.000 | 69.591 | 24,635.53 | 87.350 | 30,921.90 | 6,286.37 | LT |
| | Mar 26, 18 | 354.000 | 69.494 | 24,601.22 | 87.350 | 30,921.90 | 6,320.68 | LT |
| | Apr 23, 18 | 163.000 | 73.295 | 11,947.18 | 87.350 | 14,238.05 | 2,290.87 | LT |
| | May 23, 18 | 114.000 | 76.181 | 8,684.72 | 87.350 | 9,957.90 | 1,273.18 | LT |
| Security total | | 985.000 | 70.933 | 69,868.65 | | 86,039.75 | 16,171.10 | |
| **Total** | | | | **$1,965,293.12** | | **$2,218,447.25** | **$253,154.14** | |

**Total estimated annual income: $51,979**



**Business Services Account**
June 2019

| | |
|---|---|
| Account name: | HEALTH BENEFITS ONE LLC |
| Friendly account name: | |
| Account number: | |

**Your Financial Advisor:**
BOYCE/SADOWSKY/FIERMAN/BOYCE
305-933-9987

## Your assets (continued)

### Your total assets

| | | Value on Jun 28 ($) | Percentage of your account | Cost basis ($) | Estimated annual income ($) | Unrealized gain or loss ($) |
|---|---|---|---|---|---|---|
| Cash | Cash and money balances | 168,830.38 | 7.07% | 168,830.38 | | |
| Equities | Common stock | 2,218,447.25 | 92.93% | 1,965,293.12 | 51,979.00 | 253,154.14 |
| **Total** | | **$2,387,277.63** | **100.00%** | **$2,134,123.50** | **$51,979.00** | **$253,154.14** |

# Account activity this month

For more information about the price/value shown for restricted securities, see *Important information about your statement* at the end of this document.

| Date | Activity | Description | Your expense code | Quantity/ Face value | Price/Value ($) | Cash amount ($) | Cash and money balance ($) |
|---|---|---|---|---|---|---|---|
| **May 31** | | **Cash and money balance** | | | | | **$160,943.10** |
| Jun 3 | Dividend | INTEL CORP PAID ON 1438 AS OF 06/01/19 SYMBOL: INTC | | | | 452.97 | 161,396.07 |
| Jun 7 | Interest | UBS BANK USA BUSINESS ACCOUNT AS OF 06/06/19 | | | | 35.78 | 161,431.85 |
| Jun 10 | Dividend | CHEVRON CORP PAID ON 635 SYMBOL: CVX | | | | 755.65 | |
| Jun 10 | Dividend | CRANE CO PAID ON 801 SYMBOL: CR | | | | 312.39 | |
| Jun 10 | Dividend | ROCKWELL AUTOMATION INC NEW PAID ON 422 SYMBOL: ROK | | | | 409.34 | |
| Jun 10 | Dividend | UNTD TECHNOLOGIES CORP PAID ON 594 SYMBOL: UTX | | | | 436.59 | 163,345.82 |
| Jun 11 | Dividend | JOHNSON & JOHNSON COM PAID ON 585 SYMBOL: JNJ | | | | 555.75 | 163,901.57 |
| Jun 13 | Dividend | MICROSOFT CORP PAID ON 800 SYMBOL: MSFT | | | | 368.00 | 164,269.57 |
| Jun 17 | Foreign Dividend | LINDE PLC EUR PAID ON 501 SYMBOL: LIN | | | | 438.38 | |
| Jun 17 | Dividend | MCDONALDS CORP PAID ON 471 SYMBOL: MCD | | | | 546.36 | |
| Jun 17 | Dividend | NEXTERA ENERGY INC COM PAID ON 463 SYMBOL: NEE | | | | 578.75 | 165,833.06 |

*continued next page*



**Business Services Account**

June 2019

| | |
|---|---|
| **Account name:** | HEALTH BENEFITS ONE LLC |
| **Friendly account name:** | |
| **Account number:** | ▮▮▮▮▮▮▮ |

**Your Financial Advisor:**
BOYCE/SADOWSKY/FIERMAN/BOYCE
305-933-9987

## Account activity this month (continued)

| Date | Activity | Description | Your expense code | Quantity/ Face value | Price/Value ($) | Cash amount ($) | Cash and money balance ($) |
|---|---|---|---|---|---|---|---|
| Jun 20 | Dividend | BLACKROCK INC PAID ON          137 SYMBOL: BLK | | | | 452.10 | |
| Jun 20 | Dividend | HOME DEPOT INC PAID ON          420 SYMBOL: HD | | | | 571.20 | |
| Jun 20 | Dividend | VF CORP PAID ON          985 SYMBOL: VFC | | | | 502.35 | 167,358.71 |
| Jun 25 | Foreign Dividend | SUNCOR ENERGY INC NEW CAD PAID ON          2114 SYMBOL: SU | | | | 673.91 | |
| Jun 25 | Foreign Tax Withheld | SUNCOR ENERGY INC NEW CAD SYMBOL: SU | | | | -168.48 | 167,864.14 |
| Jun 27 | Dividend | LOCKHEED MARTIN CORP PAID ON          220 SYMBOL: LMT | | | | 484.00 | |
| Jun 27 | Dividend | UNION PACIFIC CORP PAID ON          548 SYMBOL: UNP | | | | 482.24 | 168,830.38 |
| **Jun 28** | | **Closing cash and money balance** | | | | | **$168,830.38** |

| | Date | Activity | Description | Amount ($) |
|---|---|---|---|---|
| **Money balance activities** | **May 31** | **Balance forward** | | **$160,943.10** |
| | Jun 4 | Deposit | UBS BANK USA BUSINESS ACCOUNT | 452.97 |
| | Jun 7 | Deposit | UBS BANK USA BUSINESS ACCOUNT AS OF 06/06/19 | 35.78 |
| | Jun 11 | Deposit | UBS BANK USA BUSINESS ACCOUNT | 1,913.97 |
| | Jun 12 | Deposit | UBS BANK USA BUSINESS ACCOUNT | 555.75 |
| | Jun 14 | Deposit | UBS BANK USA BUSINESS ACCOUNT | 368.00 |
| | Jun 18 | Deposit | UBS BANK USA BUSINESS ACCOUNT | 1,563.49 |
| | Jun 21 | Deposit | UBS BANK USA BUSINESS ACCOUNT | 1,525.65 |
| | Jun 26 | Deposit | UBS BANK USA BUSINESS ACCOUNT | 505.43 |
| | Jun 28 | Deposit | UBS BANK USA BUSINESS ACCOUNT | 966.24 |
| | **Jun 28** | **Closing UBS Bank USA Business Account** | | **$168,830.38** |

The UBS Bank USA Business Account is your primary sweep option.

 UBS

## Your notes

# Important information about your statement

UBS Financial Services Inc. (the Firm or UBS Financial Services), is a member of all principal security, commodity and options exchanges. UBS Financial Services and UBS Bank USA are indirect subsidiaries of UBS AG and affiliates of UBS Securities LLC. The Firm's financial statement is available upon request. The Firm's executive offices are at:

UBS Financial Services Inc.
1200 Harbor Boulevard
Weehawken, NJ 07086

This statement represents the only official record of your UBS Financial Services account. Other records, except official tax documents, containing conflicting data should not be relied upon. If you believe there is an error or omission, please report it immediately in writing to the Branch Manager of the office serving your account.

Although all figures shown are intended to be accurate, statement data should not be used for tax purposes. Rely solely on year-end tax forms, (i.e., Form 1099, 5498, 1042S, etc.) when preparing your tax return. The Firm is required by law to report to the IRS all taxable dividends, reportable non-taxable dividends and taxable interest earned on securities held in your account, net proceeds on sale transactions, and cost basis on certain covered securities.

## Communications with the Firm

- Please re-confirm any oral communications in writing to further protect your rights, including your rights under the Securities Investor Protection Act (SIPA).
- If the financial institution on the top left of the front of this statement is not UBS Financial Services, UBS Financial Services carries your account as clearing broker by arrangement with the indicated institution. We informed you of this relationship when you opened this account. In this case, your funds and securities are located at UBS Financial Services and not the introducing broker, and you must make a report of any error or omission to **both** firms.
- As described in the account agreements, you must notify us of any errors or fraud involving checks reflected on your statement within 30 days after it was mailed or made available.
- Please direct customer complaints or inquiries to the Firm's Client Relations Department at 201-352-1699 or toll-free at 800-354-9103, 8:00 A.M. to 6:00 P.M. ET Monday through Friday, or in writing to UBS Financial Services Inc., Client Relations Department, P.O. Box 766 Union City, NJ 07087.
- All statements shall be deemed complete and accurate if not objected to in writing within 60 days.
- For TTY services: Call 844-612-0986 or from outside the U.S.: Call 201-352-1495
- In case of errors or questions about an electronic funds transfer (EFT), bill payment or UBS Visa® debit card transactions, call 800-762-1000, or write to UBS Financial Services Inc., 1000 Harbor Blvd., 6th floor, Weehawken, NJ 07086, Attn: RMA/BSA Services.

Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The Firm or Card Issuer (as applicable) must

hear from you no later than 60 days after the Firm sent you the first statement on which the error or problem appeared.
- Provide your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Provide the dollar amount of the suspected error.

The Firm or Card Issuer will investigate your complaint and will correct any error promptly. For alleged errors involving UBS Visa® debit card transactions, if we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Please make all checks payable to the Firm or the financial institution indicated on the front of this statement. In addition to regular account fees, accounts may be subject to maintenance fees, charges for late payment for securities purchases and charges for unpaid amounts in cash accounts. Accounts that are transferred to other institutions may be subject to a transfer fee.

## UBS Sweep Options

UBS offers options for sweeping cash balances to bank deposit accounts at non-affiliated banks and affiliated banks and money market mutual funds (Money Funds). Deposit accounts at UBS Bank USA and non-affiliated banks participating in the UBS FDIC-Insured Deposit Program are FDIC-insured in accordance with FDIC rules. For more information, please visit www.fdic.gov. Deposit accounts at UBS AG Stamford Branch and shares of Money Funds are not insured by the FDIC.

Bank deposits are not protected by SIPC.  Money Fund shares are protected by SIPC. See "UBS Financial Services Account Protection" below.

Upon your request, balances in the bank deposits may be withdrawn, and shares of a Money Fund may be liquidated, and the proceeds returned to you or your securities account.

Further information about available sweep options, including current interest rates and yields, is available at www.ubs.com/sweepyields, from your Financial Advisor or by calling 800-762-1000.

## UBS Financial Services account protection

The Firm is a member of the Securities Investor Protection Corporation (SIPC), which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org. The SIPC asset protection limits apply to all accounts that you hold in a particular capacity.
The Firm, together with certain affiliates, has also purchased supplemental insurance. The maximum amount payable to all eligible clients, collectively under this protection is $500 million as of December 10, 2016. Subject to the policy conditions and limitations, cash at the Firm is further protected for up to $1.9 million in the aggregate for all your accounts held in a particular

capacity.  A full copy of the policy wording is available upon request.

Neither the SIPC protection nor the supplemental protection apply to:
- Certain financial assets controlled by (and included in your account value) but held away from UBS Financial Services. For example certain (i) insurance products, including variable annuities, and (ii) shares of mutual funds registered in the name of the account holder on the books of the issuer or transfer agent);
- Investment contracts or investment interests (e.g., limited partnerships and private placements) that are not registered under the Securities Act of 1933;
- Commodities contracts (e.g., foreign exchange and precious metal contracts), including futures contracts and commodity option contracts; and
- Deposit accounts (except certificates of deposit) at UBS Bank USA, UBS AG U.S. branches and banks in the FDIC Insured Deposit Program.
The SIPC protection and the supplemental protection do not apply to these assets even if they otherwise appear on your statements.  The SIPC protection and the supplemental protection do not protect against changes in the market value of your investments (whether as a result of market movement, issuer bankruptcy or otherwise).

## Dividend Reinvestment Program (DRIP)

The price reflected is an average price. You may obtain the actual price from your Financial Advisor. Only whole shares are purchased under DRIP; partial shares will be sold and the cash will be deposited in your account. The dividend reinvestment price supplied by the issuer may differ from the market price at which the partial shares are sold.

## Cash-in-lieu

Only whole units may be held in your account.  If you are entitled to a partial unit as a result of a dividend payment or otherwise, the Firm will either sell partial units at market price or accept an amount determined by a registered clearing agency, and credit your account.

## Investment objectives

The investment objectives and risk profile are specific to each account and may vary between your accounts. Please advise the Firm promptly in writing of any significant change in your financial situation or investment objectives.  For each account held, you choose one of the following investment objectives:
- Produce Current Income: Investments seeking the generation of income only.
- Achieve Capital Appreciation: Investments seeking growth of principal rather than the generation of income.
- Produce Combination of Income and Capital Appreciation: Investments seeking both the generation of income and growth of principal.

## Overall risk profiles

- Conservative: Seeks to maintain initial principal, with low risk and volatility to the account overall, even if that means the account does not generate significant

income or returns and may not keep pace with inflation.
- Moderate: Willing to accept some risk to principal and tolerate some volatility to seek higher returns.
- Aggressive: Willing to accept high risk to principal and high volatility to seek high returns over time.
- Investment Eligibility Consideration: If selected, a portion of the portfolio for that account may include complex strategies, limited liquidity and greater volatility.

## Statement "householding"

We may consolidate all related account statements with the same address in the same envelope, e.g. because they have owners who also maintain joint account relationships with other clients at the same address. If you prefer to receive individual statements mailed in separate envelopes, you may decline householding by calling your Financial Advisor.

## Friendly account name

The Friendly account name is a customizable "nickname" chosen by you to assist you with your recordkeeping. It has no legal effect on your account, is not intended to reflect any strategy, product, recommendation, investment objective or risk profile associated with your accounts, and is not a promise or guarantee that wealth, or any financial results, can or will be achieved. All investments involve the risk of loss, including the risk of loss of the entire investment.  You can change your Friendly account names through Online Services or by contacting your Financial Advisor.

## Account overview

- Value of your account/portfolio. Net of assets and liabilities.
- Assets. Includes available cash balances, values for restricted security (est.), and Global Time Deposits, unrealized marks to market, and certain assets not held by the Firm.  Does not include unpriced securities/assets at the end of the prior and current statement periods, or private investments, unvested stock options and exercisable stock options.
- Liabilities. Includes debit balances, outstanding margin loans, credit line, short account balances.
- Cash/money balances. Total of uninvested available cash balances, plus deposit balances at affiliated and non-affiliated banks, and money market mutual fund sweep balances, at the close of the statement period. Non-commodity free credit balances in your account are not segregated from other balances and the Firm may use any of these funds in the ordinary course of its business. These funds are payable upon your demand. This total is included in the current period closing value.

## Lending information

For detailed information on the Firm's lending practices and disclosures, refer to your Client Relationship Agreement or Account Agreement and the General Terms and Conditions. UBS Statement of Credit Practices available in Agreements and Disclosures at www.ubs.com/accountdisclosures.

## Important information about your statement (continued)

**Your assets**

Your statement itemizes securities and other assets held in the account at the end of the statement period. You may ask for delivery of fully paid securities at any time. You may receive securities used as loan collateral after paying any balance due on them. Any securities transferred to the Firm during the statement period are listed at market value as of the end of the statement period.

- **Cost basis.** In determining the cost basis of the securities included in this statement, where indicated with the number "1," UBS Financial Services has relied on information obtained from sources other than UBS Financial Services, including information from another firm or that you may have provided to your Financial Advisor. The Firm does not independently verify or guarantee the accuracy or validity of any information provided by sources other than UBS Financial Services. In addition, although UBS Financial Services generally updates this information as it is received, the Firm does not provide any assurances that the information under "Cost basis" and "Unrealized gain/loss" is accurate as of the date of this statement. As such, please do not rely on this information to make purchase or sale decisions, for tax purposes or otherwise. Accounts transferred to the Firm may reflect gain/loss information only for the period of time they are held at the Firm. More historical information can be added by your Financial Advisor.
- **Unrealized gains/losses.** When data is available, estimated unrealized gains/losses are calculated for individual security lots. The transaction data for individual lots may or may not reflect commissions, charges and/or security reorganization events. Dividend and other reinvestment lots and systematic purchase lots are each combined to display one averaged lot. The "Trade date" column presents the original transaction trade date.
- **Callable securities.** Bonds and preferred stock that the issuer calls for early redemption will be selected impartially by lot from among all securities of that issue held in our name or in nominee name for our clients. Call feature information is obtained from third parties and its accuracy is not guaranteed. Other call features may exist which could affect yield; complete information will be provided upon request.
- **Price/value.** Prices displayed for securities and other products may be higher or lower than the price that you would actually receive in the market. Prices are obtained from various third party sources which we believe to be reliable, but we do not guarantee their accuracy.
  - We generally use the closing price when available or the mean of the bid and ask prices for listed securities and options or only bid prices for OTC securities.
  - Less actively traded securities may be priced using a valuation model or the most recent price we obtained and may not reflect an actual market price or value.
  - Certain positions may appear without a price and will show as "price was not available" if we are unable to obtain a price for a security.
  - Deposits or securities denominated in currencies other than U.S. dollars are reflected at the exchange rate as of the statement date.

- For certain securities trading in non-conforming denominations, price and quantity (face value) may have been adjusted to facilitate proper valuation. To obtain current quotations, when available, contact your Financial Advisor.

- **Private investments and structured products.** Private investment securities (including direct participation program and real estate investment trust securities) and structured products are generally highly illiquid. Certain structured products have not been registered with the Securities and Exchange Commission or under any state securities laws. We provide estimated values for private investment securities and structured products for informational purposes only. Accuracy is not guaranteed.
  - These values may differ substantially from prices, if any, at which a private investment security or structured product may be bought or sold and do not necessarily represent the value you may receive upon liquidation.
  - Third party estimates of value are as of a certain date and are supplied to UBS Financial Services on a regular basis by an independent valuation firm.
  - Issuer, general partner or sponsor estimated values, if any, are supplied to the Firm by the issuer, general partner or sponsor and may be calculated based on different information from that used by third parties to derive their estimated values.
  - You can obtain additional information regarding the methodology used to determine the estimate of value and the date of the information that is the basis for the estimate by contacting your Financial Advisor.
  - Third party estimated values may be reflected as "Not priced" in several situations: when an independent valuation firm has not supplied or is unable to assign a value, when we become aware that a material event has occurred that may call a previously reported value into question, or when a value would be highly speculative due to the nature of the security.
  - When neither an issuer, general partner or sponsor estimated value nor a third-party estimated value is provided, the value of the security will be different from its purchase price.
  - "Distributions to date" may include return of capital, income or both.
  - "Original unit size" represents the initial offering price per unit and may not reflect your cost basis.
  - DPP and unlisted REIT securities are not listed on a national securities exchange, and are generally illiquid and even if they can be sold, the price received may be less than the per share estimated value provided in the account statement.

- **Restricted securities.** Restricted securities generally are not currently eligible for public sale. UBS Financial Services uses the market price of the unrestricted stock of the same issuer as an imputed value for the restricted stock *for purposes of this statement only.* To the extent that restricted securities are eligible for sale, the value received may be substantially less than the imputed value shown.

- **Est. (estimated) income, current yields and rates.** An estimate of annual income is based on current dividend and interest rates, assuming the securities will be held for one year from statement date or until maturity. This estimate is only a guideline; accuracy and continued income are not guaranteed.
  - Estimated annual income and current yield for certain types of securities could include a return of principal or capital gains in which case the est. income (and current yield) would be overstated.
  - Estimated annual income and current yield and the actual income and yield might be lower or higher than the estimated amounts.
  - An estimate of annualized income (dividend and/or interest) divided by the current market value/average balance is based on the last dividend or interest payment made by the issuer and assumes the securities/deposits will be held for one year from the statement date or until maturity. Accuracy and continued yield are not guaranteed.

- **Assets not held by UBS Financial Services.** Certain assets are not held by the Firm and not within the Firm's possession or control. These assets are displayed on your statement for informational purposes only. Positions and values presented are provided by the issuing firm. UBS Financial Services is not responsible for this information and does not guarantee its accuracy. These assets are not protected by SIPC or the Firm's supplemental SIPC coverage.

- **Revenue sharing and additional compensation.**
  - In addition to commissions on sales and 12b-1 fees received in connection with the distribution of mutual funds to our clients we and/or our affiliate receive revenue sharing payments from distributors and/or advisors of the mutual funds that we sell. These amounts are based on two different components: (i) the amount of sales by UBS of a particular mutual fund family to our clients; and (ii) the asset value of a particular mutual fund family's shares held at the firm.
  - We and our affiliate also receive networking and omnibus processing fees in consideration for transfer agent services that we provide to the mutual funds. These fees generally are paid from investor assets in the mutual fund and are a fixed dollar amount based on the number of accounts at the broker-dealer holding mutual funds of that fund family.
  - In addition to commissions received in connection with the sale or distribution of annuity contracts and unit investment trust units to our clients, we and/or our affiliate receive revenue sharing compensation from many of the insurance companies underwriting the annuity contracts, affiliates of the insurance companies or sponsors of the unit investment trusts we distribute.
  - In addition to commissions received from the purchase and sale of NextShares funds, we and/or our affiliate receive an asset-based revenue sharing payment from NextShares distributors, as well as funding for technology development, training and education.
  - Our affiliates also receive trading commissions and other compensation from mutual funds and insurance companies whose products we distribute.

- We receive compensation from UBS Bank USA, UBS AG Stamford Branch and non-affiliated banks through our cash sweep programs. This compensation may be a monthly per account fee or may be a percentage of average daily deposit balances.

**Activity**

Information regarding commissions and other charges incurred in connection with the execution of trades, including option transactions has been included on confirmations previously furnished to you, and will be provided to you promptly on request.

**Short selling**

If you are engaged in short selling a security, you may incur a charge due to certain borrowing costs for that particular security.

**Open orders**

Regarding open or "good-till-cancelled" orders that were not executed by the statement date, open buy and sell stop orders are reduced by the amount of dividends or rights on an ex-dividends or ex-rights date unless instructed otherwise by you. You are responsible for orders that are executed due to your failure to cancel existing open orders.

**Privacy**

To obtain a copy of our current Client Privacy Notice, please contact your Financial Advisor or visit our website at *www.ubs.com/privacypolicy*.

- UBS Financial Services is not a bank. The RMA, Business Services Account BSA and IRMA are brokerage accounts which provide access to banking services and products through arrangements with affiliated banks and other third-party banks, and provides access to insurance and annuity products issued by unaffiliated third-party insurance companies through insurance agency subsidiaries of UBS Financial Services Inc.
- Investment, insurance, and annuity products:
- Not FDIC insured ● No bank guarantee● May lose value
- RMA, Resource Management Account, Business Services Account BSA, IRMA and international Resource Management Account are registered service marks of UBS Financial Services Inc.
- VISA is a registered trademark owned by Visa International Service Association and used under license. The UBS Visa credit cards and the UBS Visa debit cards are issued by UBS Bank USA with permission from Visa U.S.A. Incorporated. All other trademarks, registered trademarks, service marks and registered service marks are of their respective companies.

**UBS Financial Services Inc.**                    Rev. 201810

**SEPARATOR SHEET**

 **UBS**

UBS Financial Services Inc.
Private Wealth Management
18851 NE 29th Avenue
11th Floor
Aventura FL 33180-2808

███████████████

# Business Services Account

June 2019

**Your Financial Advisor:**
BOYCE/SADOWSKY/FIERMAN/BOYCE
Phone: 305-933-9987

**Questions about your statement?**
Call your Financial Advisor or the
ResourceLine at 800-762-1000,
account ██████████

**Visit our website:**
www.ubs.com/financialservices

**Account name:** HEALTH BENEFITS ONE LLC
Pleg'd Coll Acct-FBO UBS Bank USA
**Friendly account name:** ████████████
**Account number:** ████████████

**Your investment objectives:**
You have identified the following
investment objectives for this account. If
you have questions about these
objectives, disagree with them, or wish to
change them, please contact your
Financial Advisor or Branch Manager. You
can find a full description of the
alternative investment objectives in
*Important information about your
statement* at the end of this document.

**Your return objective:**
Current income & capital appreciation
**Your risk profile:**
Primary - Moderate
Investment eligibility consideration - None
selected

**Your account instructions**
- This account has been pledged to
  secure an obligation or is guaranteeing
  the obligations of another account.
- Your account cost basis default closing
  method is FIFO, First In, First Out.

## Value of your account

|  | on May 31 ($) | on June 28 ($) |
|---|---|---|
| Your assets | 2,530,593.06 | 2,682,873.53 |
| Your liabilities | 0.00 | 0.00 |
| **Value of your account** | **$2,530,593.06** | **$2,682,873.53** |

## Change in the value of your account

|  | June 2019 ($) | Year to date ($) |
|---|---|---|
| **Opening account value** | **$2,530,593.06** | **$2,265,743.96** |
| Dividend and interest income | 6,195.85 | 13,514.27 |
| Change in market value | 146,084.62 | 403,615.30 |
| **Closing account value** | **$2,682,873.53** | **$2,682,873.53** |

Member SIPC
████████████████████████

 **UBS**

**Business Services Account**
June 2019

| | |
|---|---|
| **Account name:** | HEALTH BENEFITS ONE LLC |
| **Friendly account name:** |  |
| **Account number:** | |

**Your Financial Advisor:**
BOYCE/SADOWSKY/FIERMAN/BOYCE
305-933-9987

## Cash activity summary

See *Account activity this month* for details. Balances in your Sweep Options are included in the opening and closing balances value. FDIC insurance applies to deposits at UBS Bank USA and all banks participating in the UBS FDIC Insured Deposit Program. It does not apply to deposits at UBS AG, Stamford Branch. SIPC protection applies to money market sweep fund holdings but not bank deposits. See *Important information about your statement* on the last two pages of this document for details.

| | June 2019 ($) | Year to date ($) |
|---|---|---|
| **Opening balances** | **$19,389.62** | **$12,071.20** |
| *Additions* | | |
| Dividend and interest income | 6,195.85 | 13,514.27 |
| *Total additions* | **$6,195.85** | **$13,514.27** |
| **Net cash flow** | **$6,195.85** | **$13,514.27** |
| **Closing balances** | **$25,585.47** | **$25,585.47** |

## Dividend and interest income earned

For purposes of this statement, taxability of interest and dividend income has been determined from a US tax reporting perspective. Based upon the residence of the account holder, account type, or product type, some interest and/or dividend payments may not be subject to United States (US) and/or Puerto Rico (PR) income taxes. The client monthly statement is not intended to be used and cannot be relied upon for tax purposes. Clients should refer to the applicable tax reporting forms they receive from UBS annually, such as the Forms 1099 and the Forms 480, for tax reporting information. It is the practice of UBS to file the applicable tax reporting forms with the US Internal Revenue Service and PR Treasury Department, and in such forms accurately classify dividends and/or interest as tax exempt or taxable income. Please consult your individual tax preparer.

| | June 2019 ($) | Year to date ($) |
|---|---|---|
| Taxable dividends | 6,191.66 | 13,490.85 |
| Taxable interest | 4.19 | 21.37 |
| **Total current year** | **$6,195.85** | **$13,512.22** |
| Prior year adjustment | 0.00 | 2.05 |
| **Total dividend & interest** | **$6,195.85** | **$13,514.27** |

## Summary of gains and losses

Values reported below exclude products for which gains and losses are not classified.

| | Realized gains and losses | | Unrealized |
|---|---|---|---|
| | June 2019 ($) | Year to date ($) | gains and losses ($) |
| Short term | 0.00 | 0.00 | 2,362.24 |
| Long term | 0.00 | 0.00 | 184,452.31 |
| **Total** | **$0.00** | **$0.00** | **$186,814.55** |

## UBS Bank USA Business Account APY

*Interest period May 7 - Jun 6*

| | |
|---|---|
| Opening UBS Bank USA Business balance May 7 | $18,268.79 |
| Closing UBS Bank USA Business balance Jun 6 | $19,393.81 |
| Number of days in interest period | 31 |
| Average daily balance | $18,919.59 |
| Interest earned | $4.19 |
| Annual percentage yield earned | 0.26% |

 **UBS**

**Business Services Account**

June 2019

| | |
|---|---|
| **Account name:** | HEALTH BENEFITS ONE LLC |
| **Friendly account name:** | |
| **Account number:** | ■■■■■■ |

**Your Financial Advisor:**
BOYCE/SADOWSKY/FIERMAN/BOYCE
305-933-9987

# Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

## Cash

### Cash and money balances

*Cash and money balances* may include available cash balances, UBS Bank USA deposit account balances, UBS FDIC Insured Program Bank Balances, UBS AG Stamford Branch deposit account balances and money market mutual fund sweep balances.

See the *Important information about your statement* at the end of this document for details about those balances.

UBS Bank USA and all UBS FDIC Insured Program Bank deposit account balances are insured by the FDIC within applicable limits, but are not protected by SIPC. UBS AG Stamford Branch deposit account balances are not insured by FDIC and are not protected by SIPC. Money market sweep balances are protected by SIPC but are not insured by the FDIC.

| Holding | Opening balance on Jun 1 ($) | Closing balance on Jun 28 ($) | Price per share on Jun 28 ($) | Average rate | Dividend/Interest period | Days in period | Cap amount ($) |
|---|---|---|---|---|---|---|---|
| UBS BANK USA BUS ACCT | 19,389.62 | 25,585.47 | | | | | 250,000.00 |

## Equities

### Common stock

| Holding | Trade date | Number of shares | Purchase price/ Average price per share ($) | Cost basis ($) | Price per share on Jun 28 ($) | Value on Jun 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| NETFLIX INC Symbol: NFLX  Exchange: OTC | Oct 13, 17 | 1,400.000 | 199.534 | 279,348.95 | 367.320 | 514,248.00 | 234,899.05 | LT |

### Closed end funds & Exchange traded products

*Total reinvested* is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

*Cost basis* is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

*Unrealized (tax) gain or loss* is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

*Investment return* is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Jun 28 ($) | Value on Jun 28 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| FIRST TRUST DORSEY WRIGHT FOCUS 5 ETF Symbol: FV | | | | | | | | | |

*continued next page*

 **UBS**

Business Services Account
June 2019

| Account name: | HEALTH BENEFITS ONE LLC |
| Friendly account name: | |
| Account number: | ▉▉▉▉ |

Your Financial Advisor:
BOYCE/SADOWSKY/FIERMAN/BOYCE
305-933-9987

Your assets › **Equities** › **Closed end funds & Exchange traded products** (continued)

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Jun 28 ($) | Value on Jun 28 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| Trade date: Mar 22, 18 | 4,517.000 | 29.889 | 135,009.56 | 135,009.56 | 30.410 | 137,361.97 | 2,352.41 | | LT |
| Trade date: Mar 26, 18 | 1,558.000 | 28.879 | 44,994.73 | 44,994.73 | 30.410 | 47,378.78 | 2,384.05 | | LT |
| Trade date: Mar 27, 18 | 5,822.000 | 29.374 | 171,015.43 | 171,015.43 | 30.410 | 177,047.02 | 6,031.59 | | LT |
| Trade date: May 23, 18 | 1,844.000 | 29.758 | 54,874.19 | 54,874.19 | 30.410 | 56,076.04 | 1,201.85 | | LT |
| EAI: $618 Current yield: 0.15% | | | | | | | | | |
| Security total | 13,741.000 | 29.539 | 405,893.91 | 405,893.91 | | 417,863.81 | 11,969.90 | 11,969.90 | |
| FIRST TRUST DORSEY WRIGHT INTL | | | | | | | | | |
| FOCUS 5 ETF | | | | | | | | | |
| Symbol: IFV | | | | | | | | | |
| Trade date: Mar 22, 18 | 3,354.000 | 22.358 | 74,988.83 | 74,988.83 | 19.790 | 66,375.66 | -8,613.17 | | LT |
| Trade date: Mar 26, 18 | 1,132.000 | 22.089 | 25,005.65 | 25,005.65 | 19.790 | 22,402.28 | -2,603.37 | | LT |
| Trade date: Mar 27, 18 | 4,276.000 | 22.231 | 95,063.60 | 95,063.60 | 19.790 | 84,622.04 | -10,441.56 | | LT |
| Trade date: May 23, 18 | 1,382.000 | 22.091 | 30,531.14 | 30,531.14 | 19.790 | 27,349.78 | -3,181.36 | | LT |
| EAI: $3,875 Current yield: 1.93% | | | | | | | | | |
| Security total | 10,144.000 | 22.239 | 225,589.22 | 225,589.22 | | 200,749.76 | -24,839.46 | -24,839.46 | |
| FIRST TRUST CAPITAL STRENGTH | | | | | | | | | |
| ETF | | | | | | | | | |
| Symbol: FTCS | | | | | | | | | |
| Trade date: Oct 3, 18 | 1,962.000 | 55.820 | 109,518.84 | 109,518.84 | 56.460 | 110,774.52 | 1,255.68 | | ST |
| Trade date: Oct 3, 18 | 1,729.000 | 55.820 | 96,512.78 | 96,512.78 | 56.460 | 97,619.34 | 1,106.56 | | ST |
| EAI: $2,407 Current yield: 1.16% | | | | | | | | | |
| Security total | 3,691.000 | 55.820 | 206,031.62 | 206,031.62 | | 208,393.86 | 2,362.24 | 2,362.24 | |
| THE FIRST TRUST DORSEY WRIGHT | | | | | | | | | |
| DYNAMIC FOCUS 5 ETF | | | | | | | | | |
| Symbol: FVC | | | | | | | | | |
| Trade date: Mar 22, 18 | 8,081.000 | 27.857 | 225,117.44 | 225,117.44 | 26.860 | 217,055.66 | -8,061.78 | | LT |
| Trade date: Mar 26, 18 | 2,787.000 | 26.907 | 74,990.09 | 74,990.09 | 26.860 | 74,858.82 | -131.27 | | LT |
| Trade date: Mar 27, 18 | 10,431.000 | 27.356 | 285,359.19 | 285,359.19 | 26.860 | 280,176.66 | -5,182.53 | | LT |
| Trade date: May 23, 18 | 3,303.000 | 27.710 | 91,526.13 | 91,526.13 | 26.860 | 88,718.58 | -2,807.55 | | LT |
| EAI: $3,321 Current yield: 0.50% | | | | | | | | | |
| Security total | 24,602.000 | 27.518 | 676,992.85 | 676,992.85 | | 660,809.72 | -16,183.13 | -16,183.13 | |

*continued next page*

 **UBS**

**Business Services Account**

June 2019

| Account name: | HEALTH BENEFITS ONE LLC |
| Friendly account name: | |
| Account number: | ████████ |

**Your Financial Advisor:**
BOYCE/SADOWSKY/FIERMAN/BOYCE
305-933-9987

**Your assets ▸ Equities ▸ Closed end funds & Exchange traded products** (continued)

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Jun 28 ($) | Value on Jun 28 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| VICTORYSHARES US 500 ENHANCED VOLATILITY WTD ETF | | | | | | | | | |
| Symbol: CFO | | | | | | | | | |
| Trade date: Mar 22, 18 | 3,023.000 | 49.603 | 149,952.33 | 149,952.33 | 48.890 | 147,794.47 | -2,157.86 | | LT |
| Trade date: Mar 26, 18 | 1,034.000 | 48.357 | 50,002.12 | 50,002.12 | 48.890 | 50,552.26 | 550.14 | | LT |
| Trade date: Mar 27, 18 | 3,887.000 | 48.881 | 190,000.84 | 190,000.84 | 48.890 | 190,035.43 | 34.59 | | LT |
| Trade date: May 23, 18 | 1,229.000 | 49.602 | 60,960.86 | 60,960.86 | 48.890 | 60,085.81 | -875.05 | | LT |
| EAI: $6,568 Current yield: 1.46% | | | | | | | | | |
| Security total | 9,173.000 | 49.157 | 450,916.15 | 450,916.15 | | 448,467.97 | -2,448.18 | -2,448.18 | |
| VICTORYSHARES DEVELOPED ENHANCED VOLATILITY WTD ETF | | | | | | | | | |
| Symbol: CIZ | | | | | | | | | |
| Trade date: Mar 22, 18 | 2,151.000 | 34.903 | 75,076.64 | 75,076.64 | 32.060 | 68,961.06 | -6,115.58 | | LT |
| Trade date: Mar 26, 18 | 719.000 | 34.800 | 25,021.20 | 25,021.20 | 32.060 | 23,051.14 | -1,970.06 | | LT |
| Trade date: Mar 27, 18 | 2,712.000 | 35.064 | 95,095.84 | 95,095.84 | 32.060 | 86,946.72 | -8,149.12 | | LT |
| Trade date: May 23, 18 | 867.000 | 35.187 | 30,507.13 | 30,507.13 | 32.060 | 27,796.02 | -2,711.11 | | LT |
| EAI: $6,114 Current yield: 2.96% | | | | | | | | | |
| Security total | 6,449.000 | 34.998 | 225,700.81 | 225,700.81 | | 206,754.94 | -18,945.87 | -18,945.87 | |
| **Total** | | | **$2,191,124.56** | **$2,191,124.56** | | **$2,143,040.06** | **-$48,084.50** | **-$48,084.50** | |

**Total estimated annual income: $22,903**

### Your total assets

| | | Value on Jun 28 ($) | Percentage of your account | Cost basis ($) | Estimated annual income ($) | Unrealized gain or loss ($) |
|---|---|---|---|---|---|---|
| **Cash** | **Cash and money balances** | 25,585.47 | 0.95% | 25,585.47 | | |
| **Equities** | Common stock | 514,248.00 | | 279,348.95 | | 234,899.05 |
| | Closed end funds & Exchange traded products | 2,143,040.06 | | 2,191,124.56 | 22,903.00 | -48,084.50 |
| | **Total equities** | **2,657,288.06** | **99.05%** | **2,470,473.51** | **22,903.00** | **186,814.55** |
| **Total** | | **$2,682,873.53** | **100.00%** | **$2,496,058.98** | **$22,903.00** | **$186,814.55** |

 **UBS**

Business Services Account
June 2019

| Account name: | HEALTH BENEFITS ONE LLC |
| Friendly account name: | ▇▇▇▇ |
| Account number: | ▇ |

Your Financial Advisor:
BOYCE/SADOWSKY/FIERMAN/BOYCE
305-933-9987

# Account activity this month

For more information about the price/value shown for restricted securities, see *Important information about your statement* at the end of this document.

| Date | Activity | Description | Your expense code | Quantity/ Face value | Price/Value ($) | Cash amount ($) | Cash and money balance ($) |
|------|----------|-------------|-------------------|---------------------|-----------------|-----------------|----------------------------|
| **May 31** | | **Cash and money balance** | | | | | **$19,389.62** |
| Jun 7 | Interest | UBS BANK USA BUSINESS ACCOUNT AS OF 06/06/19 | | | | 4.19 | 19,393.81 |
| Jun 10 | Dividend Repayment | VICTORYSHARES US 500 ENHANCED VOLATILITY WTD ETF AS OF 05/17/19 SYMBOL: CFO | | | | 171.98 | |
| Jun 10 | Cancel Of Dividend | VICTORYSHARES US 500 ENHANCED VOLATILITY WTD ETF AS OF 05/17/19 SYMBOL: CFO | | | | -171.54 | 19,394.25 |
| Jun 17 | Dividend | VICTORYSHARES US 500 ENHANCED VOLATILITY WTD ETF PAID ON      9173 SYMBOL: CFO | | | | 729.87 | |
| Jun 17 | Dividend | VICTORYSHARES DEVELOPED ENHANCED VOLATILITY WTD ETF PAID ON      6449 SYMBOL: CIZ | | | | 1,059.62 | 21,183.74 |
| Jun 27 | Dividend | FIRST TRUST DORSEY WRIGHT FOCUS 5 ETF PAID ON 13741 SYMBOL: FV | | | | 120.92 | |
| Jun 27 | Dividend | FIRST TRUST DORSEY WRIGHT INTL FOCUS 5 ETF PAID ON      10144 SYMBOL: IFV | | | | 2,130.24 | |
| Jun 27 | Dividend | THE FIRST TRUST DORSEY WRIGHT DYNAMIC FOCUS 5 ETF PAID ON      24602 SYMBOL: FVC | | | | 1,576.99 | |
| Jun 27 | Dividend | FIRST TRUST CAPITAL STRENGTH ETF PAID ON 3691 SYMBOL: FTCS | | | | 573.58 | 25,585.47 |
| **Jun 28** | | **Closing cash and money balance** | | | | | **$25,585.47** |

| | Date | Activity | Description | Amount ($) |
|--|------|----------|-------------|------------|
| **Money balance activities** | **May 31** | **Balance forward** | | **$19,389.62** |
| | Jun 7 | Deposit | UBS BANK USA BUSINESS ACCOUNT AS OF 06/06/19 | 4.19 |
| | Jun 18 | Deposit | UBS BANK USA BUSINESS ACCOUNT | 1,789.93 |

*continued next page*

 **UBS**

Business Services Account
June 2019

**Account name:** HEALTH BENEFITS ONE LLC
**Friendly account name:** ████████
**Account number:** ████████

**Your Financial Advisor:**
BOYCE/SADOWSKY/FIERMAN/BOYCE
305-933-9987

## Account activity this month (continued)

| | Date | Activity | Description | Amount ($) |
|---|---|---|---|---|
| **Money balance activities** (continued) | Jun 28 | Deposit | UBS BANK USA BUSINESS ACCOUNT | 4,401.73 |
| | **Jun 28** | **Closing UBS Bank USA Business Account** | | **$25,585.47** |

The UBS Bank USA Business Account is your primary sweep option.

 UBS

## Your notes

# Important information about your statement

UBS Financial Services Inc. (the Firm or UBS Financial Services), is a member of all principal security, commodity and options exchanges. UBS Financial Services and UBS Bank USA are indirect subsidiaries of UBS AG and affiliates of UBS Securities LLC. The Firm's financial statement is available upon request. The Firm's executive offices are at:

UBS Financial Services Inc.
1200 Harbor Boulevard
Weehawken, NJ 07086

This statement represents the only official record of your UBS Financial Services account. Other records, except official tax documents, containing conflicting data should not be relied upon. If you believe there is an error or omission, please report it immediately in writing to the Branch Manager of the office serving your account.

Although all figures shown are intended to be accurate, statement data should not be used for tax purposes. Rely solely on year-end tax forms, (i.e., Form 1099, 5498, 1042S, etc.) when preparing your tax return. The Firm is required by law to report to the IRS all taxable dividends, reportable non-taxable dividends and taxable interest earned on securities held in your account, net proceeds on sale transactions, and cost basis on certain covered securities.

**Communications with the Firm**
- Please re-confirm any oral communications in writing to further protect your rights, including your rights under the Securities Investor Protection Act (SIPA).
- If the financial institution on the top left of the front of this statement is not UBS Financial Services, UBS Financial Services carries your account as clearing broker by arrangement with the indicated institution. We informed you of this relationship when you opened this account. In this case, your funds and securities are located at UBS Financial Services and not the introducing broker, and you must make a report of any error or omission to **both** firms.
- As described in the account agreements, you must notify us of any errors or fraud involving checks reflected on your statement within 30 days after it was mailed or made available.
- Please direct customer complaints or inquiries to the Firm's Client Relations Department at 201-352-1699 or toll-free at 800-354-9103, 8:00 A.M. to 6:00 P.M. ET Monday through Friday, or in writing to UBS Financial Services Inc., Client Relations Department, P.O. Box 766 Union City, NJ 07087.
- All statements shall be deemed complete and accurate if not objected to in writing within 60 days.
- For TTY services: Call 844-612-0986 or from outside the U.S.: Call 201-352-1495
- In case of errors or questions about an electronic funds transfer (EFT), bill payment or UBS Visa® debit card transactions, call 800-762-1000, or write to UBS Financial Services Inc., 1000 Harbor Blvd., 6th floor, Weehawken, NJ 07086, Attn: RMA/BSA Services.

Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The Firm or Card Issuer (as applicable) must

hear from you no later than 60 days after the Firm sent you the first statement on which the error or problem appeared.
– Provide your name and account number (if any).
– Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
– Provide the dollar amount of the suspected error.

The Firm or Card Issuer will investigate your complaint and will correct any error promptly. For alleged errors involving UBS Visa® debit card transactions, if we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Please make all checks payable to the Firm or the financial institution indicated on the front of this statement. In addition to regular account fees, accounts may be subject to maintenance fees, charges for late payment for securities purchases and charges for unpaid amounts in cash accounts. Accounts that are transferred to other institutions may be subject to a transfer fee.

**UBS Sweep Options**
UBS offers options for sweeping cash balances to bank deposit accounts at non-affiliated banks and affiliated banks and money market mutual funds (Money Funds). Deposit accounts at UBS Bank USA and non-affiliated banks participating in the UBS FDIC-Insured Deposit Program are FDIC-insured in accordance with FDIC rules. For more information, please visit www.fdic.gov. Deposit accounts at UBS AG Stamford Branch and shares of Money Funds are not insured by the FDIC.

Bank deposits are not protected by SIPC. Money Fund shares are protected by SIPC. See "UBS Financial Services Account Protection" below.

Upon your request, balances in the bank deposits may be withdrawn, and shares of a Money Fund may be liquidated, and the proceeds returned to you or your securities account.

Further information about available sweep options, including current interest rates and yields, is available at www.ubs.com/sweepyields, from your Financial Advisor or by calling 800-762-1000.

**UBS Financial Services account protection**
The Firm is a member of the Securities Investor Protection Corporation (SIPC), which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org. The SIPC asset protection limits apply to all accounts that you hold in a particular capacity.
The Firm, together with certain affiliates, has also purchased supplemental insurance. The maximum amount payable to all eligible clients, collectively under this protection is $500 million as of December 10, 2016. Subject to the policy conditions and limitations, cash at the Firm is further protected for up to $1.9 million in the aggregate for all your accounts held in a particular

capacity.  A full copy of the policy wording is available upon request.

Neither the SIPC protection nor the supplemental protection apply to:
- Certain financial assets controlled by (and included in your account value) but held away from UBS Financial Services. For example certain (i) insurance products, including variable annuities, and (ii) shares of mutual funds registered in the name of the account holder on the books of the issuer or transfer agent);
- Investment contracts or investment interests (e.g., limited partnerships and private placements) that are not registered under the Securities Act of 1933;
- Commodities contracts (e.g., foreign exchange and precious metal contracts), including futures contracts and commodity option contracts; and
- Deposit accounts (except certificates of deposit) at UBS Bank USA, UBS AG U.S. branches and banks in the FDIC Insured Deposit Program.
The SIPC protection and the supplemental protection do not apply to these assets even if they otherwise appear on your statements. The SIPC protection and the supplemental protection do not protect against changes in the market value of your investments (whether as a result of market movement, issuer bankruptcy or otherwise).

**Dividend Reinvestment Program (DRIP)**
The price reflected is an average price. You may obtain the actual price from your Financial Advisor. Only whole shares are purchased under DRIP; partial shares will be sold and the cash will be deposited in your account. The dividend reinvestment price supplied by the issuer may differ from the market price at which the partial shares are sold.

**Cash-in-lieu**
Only whole units may be held in your account. If you are entitled to a partial unit as a result of a dividend payment or otherwise, the Firm will either sell partial units at market price or accept an amount determined by a registered clearing agency, and credit your account.

**Investment objectives**
The investment objectives and risk profile are specific to each account and may vary between your accounts. Please advise the Firm promptly in writing of any significant change in your financial situation or investment objectives. For each account held, you choose one of the following investment objectives:
- *Produce Current Income*: Investments seeking the generation of income only.
- *Achieve Capital Appreciation*: Investments seeking growth of principal rather than the generation of income.
- *Produce Combination of Income and Capital Appreciation*: Investments seeking both the generation of income and growth of principal.

**Overall risk profiles**
- *Conservative*: Seeks to maintain initial principal, with low risk and volatility to the account overall, even if that means the account does not generate significant

income or returns and may not keep pace with inflation.
- *Moderate*: Willing to accept some risk to principal and tolerate some volatility to seek higher returns.
- *Aggressive*: Willing to accept high risk to principal and high volatility to seek high returns over time.
- *Investment Eligibility Consideration*: If selected, a portion of the portfolio for that account may include complex strategies, limited liquidity and greater volatility.

**Statement "householding"**
We may consolidate all related account statements with the same address in the same envelope, e.g. because they have owners who also maintain joint account relationships with other clients at the same address. If you prefer to receive individual statements mailed in separate envelopes, you may decline householding by calling your Financial Advisor.

**Friendly account name**
The Friendly account name is a customizable "nickname" chosen by you to assist you with your recordkeeping. It has no legal effect on your account, is not intended to reflect any strategy, product, recommendation, investment objective or risk profile associated with your accounts, and is not a promise or guarantee that wealth, or any financial results, can or will be achieved. All investments involve the risk of loss, including the risk of loss of the entire investment.  You can change your Friendly account names through Online Services or by contacting your Financial Advisor.

**Account overview**
- *Value of your account/portfolio*. Net of assets and liabilities.
- *Assets*. Includes available cash balances, values for restricted security (est.), and Global Time Deposits, unrealized marks to market, and certain assets not held by the Firm. Does not include unpriced securities/assets at the end of the prior and current statement periods, or private investments, unvested stock options and exercisable stock options.
- *Liabilities*. Includes debit balances, outstanding margin loans, credit line, short account balances.
- *Cash/money balances*. Total of uninvested available cash balances, plus deposit balances at affiliated and non-affiliated banks, and money market mutual fund sweep balances, at the close of the statement period. Non-commodity free credit balances in your account are not segregated from other balances and the Firm may use any of these funds in the ordinary course of its business. These funds are payable upon your demand. This total is included in the current period closing value.

**Lending information**
For detailed information on the Firm's lending practices and disclosures, refer to your Client Relationship Agreement or Account Agreement and the General Terms and Conditions. UBS Statement of Credit Practices available in *Agreements and Disclosures* at www.ubs.com/accountdisclosures.

## Important information about your statement (continued)

**Your assets**

Your statement itemizes securities and other assets held in the account at the end of the statement period. You may ask for delivery of fully paid securities at any time. You may receive securities used as loan collateral after paying any balance due on them. Any securities transferred to the Firm during the statement period are listed at market value as of the end of the statement period.

- **Cost basis.** In determining the cost basis of the securities included in this statement, where indicated with the number "1," UBS Financial Services has relied on information obtained from sources other than UBS Financial Services, including information from another firm or that you may have provided to your Financial Advisor. The Firm does not independently verify or guarantee the accuracy or validity of any information provided by sources other than UBS Financial Services. In addition, although UBS Financial Services generally updates this information as it is received, the Firm does not provide any assurances that the information under "Cost basis" and "Unrealized gain/loss" is accurate as of the date of this statement. As such, please do not rely on this information to make purchase or sale decisions, for tax purposes or otherwise. Accounts transferred to the Firm may reflect gain/loss information only for the period of time they are held at the Firm. More historical information can be added by your Financial Advisor.
- **Unrealized gains/losses.** When data is available, estimated unrealized gains/losses are calculated for individual security lots. The transaction data for individual lots may or may not reflect commissions, charges and/or security reorganization events. Dividend and other reinvestment lots and systematic purchase lots are each combined to display one averaged lot. The "Trade date" column presents the original transaction trade date.
- **Callable securities.** Bonds and preferred stock that the issuer calls for early redemption will be selected impartially by lot from among all securities of that issue held in our name or in nominee name for our clients. Call feature information is obtained from third parties and its accuracy is not guaranteed. Other call features may exist which could affect yield; complete information will be provided upon request.
- **Price/value.** Prices displayed for securities and other products may be higher or lower than the price that you would actually receive in the market. Prices are obtained from various third party sources which we believe to be reliable, but we do not guarantee their accuracy.
  - We generally use the closing price when available or the mean of the bid and ask prices for listed securities and options or only bid prices for OTC securities.
  - Less actively traded securities may be priced using a valuation model or the most recent price we obtained and may not reflect an actual market price or value.
  - Certain positions may appear without a price and will show as "price was not available" if we are unable to obtain a price for a security.
  - Deposits or securities denominated in currencies other than U.S. dollars are reflected at the exchange rate as of the statement date.

- For certain securities trading in non-conforming denominations, price and quantity (face value) may have been adjusted to facilitate proper valuation. To obtain current quotations, when available, contact your Financial Advisor.
- **Private investments and structured products.** Private investment securities (including direct participation program and real estate investment trust securities) and structured products are generally highly illiquid. Certain structured products have not been registered with the Securities and Exchange Commission or under any state securities laws. We provide estimated values for private investment securities and structured products for informational purposes only. Accuracy is not guaranteed.
  - These values may differ substantially from prices, if any, at which a private investment security or structured product may be bought or sold and do not necessarily represent the value you may receive upon liquidation.
  - Third party estimates of value are as of a certain date and are supplied to UBS Financial Services on a regular basis by an independent valuation firm.
  - Issuer, general partner or sponsor estimated values, if any, are supplied to the Firm by the issuer, general partner or sponsor and may be calculated based on different information from that used by third parties to derive their estimated values.
  - You can obtain additional information regarding the methodology used to determine the estimate of value and the date of the information that is the basis for the estimate by contacting your Financial Advisor.
  - Third party estimated values may be reflected as "Not priced" in several situations: when an independent valuation firm has not supplied or is unable to assign a value, when we become aware that a material event has occurred that may call a previously reported value into question, or when a value would be highly speculative due to the nature of the security.
  - When neither an issuer, general partner or sponsor estimated value nor a third-party estimated value is provided, the value of the security will be different from its purchase price.
  - "Distributions to date" may include return of capital, income or both.
  - "Original unit size" represents the initial offering price per unit and may not reflect your cost basis.
  - DPP and unlisted REIT securities are not listed on a national securities exchange, and are generally illiquid and even if they can be sold, the price received may be less than the per share estimated value provided in the account statement.
- **Restricted securities.** Restricted securities generally are not currently eligible for public sale. UBS Financial Services uses the market price of the unrestricted stock of the same issuer as an imputed value for the restricted stock *for purposes of this statement only.* To the extent that restricted securities are eligible for sale, the value received may be substantially less than the imputed value shown.

- **Est. (estimated) income, current yields and rates.** An estimate of annual income is based on current dividend and interest rates, assuming the securities will be held for one year from statement date or until maturity. This estimate is only a guideline; accuracy and continued income are not guaranteed.
  - Estimated annual income and current yield for certain types of securities could include a return of principal or capital gains in which case the est. income (and current yield) would be overstated.
  - Estimated annual income and current yield and the actual income and yield might be lower or higher than the estimated amounts.
  - An estimate of annualized income (dividend and/or interest) divided by the current market value/average balance is based on the last dividend or interest payment made by the issuer and assumes the securities/deposits will be held for one year from the statement date or until maturity. Accuracy and continued yield are not guaranteed.
- **Assets not held by UBS Financial Services.** Certain assets are not held by the Firm and are not within the Firm's possession or control. These assets are displayed on your statement for informational purposes only. Positions and values presented are provided by the issuing firm. UBS Financial Services is not responsible for this information and does not guarantee its accuracy. These assets are not protected by SIPC or the Firm's supplemental SIPC coverage.
- **Revenue sharing and additional compensation.**
  - In addition to commissions on sales and 12b-1 fees received in connection with the distribution of mutual funds to our clients we and/or our affiliate receive revenue sharing payments from distributors and/or advisors of the mutual funds that we sell. These amounts are based on two different components: (i) the amount of sales by UBS of a particular mutual fund family to our clients; and (ii) the asset value of a particular mutual fund family's shares held at the firm.
  - We and our affiliate also receive networking and omnibus processing fees in consideration for transfer agent services that we provide to the mutual funds. These fees generally are paid from investor assets in the mutual fund and are a fixed dollar amount based on the number of accounts at the broker-dealer holding mutual funds of that fund family.
  - In addition to commissions received in connection with the sale or distribution of annuity contracts and unit investment trust units to our clients, we and/or our affiliate receive revenue sharing compensation from many of the insurance companies underwriting the annuity contracts, affiliates of the insurance companies or sponsors of the unit investment trusts we distribute.
  - In addition to commissions received from the purchase and sale of NextShares funds, we and/or our affiliate receive an asset-based revenue sharing payment from NextShares distributors, as well as funding for technology development, training and education.
  - Our affiliates also receive trading commissions and other compensation from mutual funds and insurance companies whose products we distribute.

- We receive compensation from UBS Bank USA, UBS AG Stamford Branch and non-affiliated banks through our cash sweep programs. This compensation may be a monthly per account fee or may be a percentage of average daily deposit balances.

**Activity**

Information regarding commissions and other charges incurred in connection with the execution of trades, including option transactions has been included on confirmations previously furnished to you, and will be provided to you promptly on request.

**Short selling**

If you are engaged in short selling a security, you may incur a charge due to certain borrowing costs for that particular security.

**Open orders**

Regarding open or "good-till-cancelled" orders that were not executed by the statement date, open buy and sell stop orders are reduced by the amount of dividends or rights on an ex-dividends or ex-rights date unless instructed otherwise by you. You are responsible for orders that are executed due to your failure to cancel existing open orders.

**Privacy**

To obtain a copy of our current Client Privacy Notice, please contact your Financial Advisor or visit our website at *www.ubs.com/privacypolicy*.

- UBS Financial Services is not a bank. The RMA, Business Services Account BSA and IRMA are brokerage accounts which provide access to banking services and products through arrangements with affiliated banks and other third-party banks, and provides access to insurance and annuity products issued by unaffiliated third-party insurance companies through insurance agency subsidiaries of UBS Financial Services Inc.
- Investment, insurance, and annuity products:
- Not FDIC insured • No bank guarantee• May lose value
- RMA. Resource Management Account, Business Services Account BSA, IRMA and International Resource Management Account are registered service marks of UBS Financial Services Inc.
- VISA is a registered trademark owned by Visa International Service Association and used under license. The UBS Visa credit cards and the UBS Visa debit cards are issued by UBS Bank USA with permission from Visa U.S.A. Incorporated. All other trademarks, registered trademarks, service marks and registered service marks are of their respective companies.

**UBS Financial Services Inc.**                    Rev. 201810

**SEPARATOR SHEET**

**UBS**

UBS Bank USA
C/O UBS Financial Services Inc.
315 Deaderick Street
5th Floor
Nashville TN 37238

**Visit our website:**
www.ubs.com/financialservices

UBS Bank USA

# Premier Credit Line

June 2019

**Account name:** HEALTH BENEFITS ONE LLC
**Account number:**

## Loan balance

|  | on May 31 ($) | on June 28 ($) |
|---|---|---|
| Variable rate loan ( 5V Q3110 ) | 2,947,817.71 | 2,959,864.57 |

## Available Credit

|  | on May 31 ($) | on June 28 ($) |
|---|---|---|
| Available credit[2] | 552,182.29 | 540,135.43 |

Current variable interest rate
**4.898%**[1]



Available credit[2]
**$540,135.43**

Closing loan balance
**$2,959,864.57**

**Your account instructions**
- UBS BANK USA is an affiliate of UBS Financial Services Inc. and a member of the Federal Deposit Insurance Corporation.

[1,2] See information about your loan account section for details.

 **UBS**

Premier Credit Line
June 2019

| | |
|---|---|
| **Account name:** | HEALTH BENEFITS ONE LLC |
| **Account type:** | Premier Variable Credit Line |
| **Account number:** | ▮▮▮▮▮▮▮ |

## Loan activity summary

| | June 2019 ($) | Year to date($) |
|---|---|---|
| **Opening balances** | **$2,947,817.71** | **$2,886,965.75** |
| Repayments/credits | 0.00 | 0.00 |
| *Total credits* | **$0.00** | **$0.00** |
| Withdrawals | 0.00 | 0.00 |
| Interest | 12,046.86 | 72,898.82 |
| *Total debits* | **$12,046.86** | **$72,898.82** |
| **Closing balances** | **$2,959,864.57** | **$2,959,864.57** |

> **Need advice on using your credit line strategically?**
>
> Your UBS Financial Advisor has a clear view of both sides of your balance sheet-assets and liabilities. With that perspective and insight, your Financial Advisor could help you use your UBS Premier Credit Line to pursue your goals and your long term investment strategy. Have questions? Speak to your Financial Advisor today.

## Loan activity this month

Payments are reflected through the last business day of the month, and recurring monthly interest payments on subsequent non-business days. Other payments made after the last business day of the month will reflect on the statement for the following month.

| | Date | Activity | Description | Amount ($) |
|---|---|---|---|---|
| **Interest** | Jun 28 | VARIABLE INT. | LOAN INTEREST CHARGED FROM 06/01/2019 TO 06/30/2019 RATE 4.904% DAYS 30 OPENING BAL 2,947,817.71 CLOSING BAL 2,947,817.71 AVERAGE BAL 2,947,817.71 | 12,046.86 |
| | | **Total interest** | | **$12,046.86** |

## Interest and fees charged

| | Date | Number of days | Balance subject to interest rate | Rate | Annual percentage rate(APR) | Amount ($) |
|---|---|---|---|---|---|---|
| **Variable interest charged** | Jun 1 | 2 | 2,947,817.71 | 4.931% | 4.999% | 807.46 |
| | Jun 3 | 1 | 2,947,817.71 | 4.930% | 4.998% | 403.68 |
| | Jun 4 | 1 | 2,947,817.71 | 4.921% | 4.989% | 402.94 |
| | Jun 5 | 1 | 2,947,817.71 | 4.919% | 4.987% | 402.75 |
| | Jun 6 | 1 | 2,947,817.71 | 4.912% | 4.980% | 402.18 |
| | Jun 7 | 3 | 2,947,817.71 | 4.912% | 4.980% | 1,206.66 |
| | Jun 10 | 1 | 2,947,817.71 | 4.913% | 4.982% | 402.33 |
| | Jun 11 | 1 | 2,947,817.71 | 4.911% | 4.979% | 402.10 |

*continued next page*

 **UBS**

**Premier Credit Line**

June 2019

**Account name:** HEALTH BENEFITS ONE LLC
**Account type:** Premier Variable Credit Line
**Account number:** ██████

## Interest and fees charged (continued)

| | Date | Number of days | Balance subject to interest rate | Rate | Annual percentage rate(APR) | Amount ($) |
|---|---|---|---|---|---|---|
| **Variable interest charged** (continued) | Jun 12 | 1 | 2,947,817.71 | 4.901% | 4.969% | 401.32 |
| | Jun 13 | 1 | 2,947,817.71 | 4.894% | 4.962% | 400.76 |
| | Jun 14 | 3 | 2,947,817.71 | 4.882% | 4.950% | 1,199.22 |
| | Jun 17 | 1 | 2,947,817.71 | 4.890% | 4.958% | 400.44 |
| | Jun 18 | 1 | 2,947,817.71 | 4.883% | 4.951% | 399.83 |
| | Jun 19 | 1 | 2,947,817.71 | 4.883% | 4.951% | 399.87 |
| | Jun 20 | 1 | 2,947,817.71 | 4.904% | 4.972% | 401.53 |
| | Jun 21 | 3 | 2,947,817.71 | 4.904% | 4.973% | 1,204.77 |
| | Jun 24 | 1 | 2,947,817.71 | 4.902% | 4.970% | 401.38 |
| | Jun 25 | 1 | 2,947,817.71 | 4.904% | 4.972% | 401.57 |
| | Jun 26 | 2 | 2,947,817.71 | 4.902% | 4.970% | 802.86 |
| | Jun 28 | 3 | 2,947,817.71 | 4.898% | 4.966% | 1,203.21 |
| | **Total variable interest charged** | | | | | **$12,046.86** |
| | **Total interest charged this period** | | | | | **$12,046.86** |

**2019 totals year-to-date ($)**

| | |
|---|---|
| **Interest:** Total charged in 2019 | **$72,898.82** |

This year-to-date summary reflects the fees and interest charged on billing statements with closing dates in 2019. It does not reflect any fee or interest adjustments and/or credits that have been made.

# Variable rate changes

| | Date | Description |
|---|---|---|
| **Variable rate loan** | Jun 3 | RATE CHANGE FROM 4.93050% TO 4.92990% |
| | Jun 4 | RATE CHANGE FROM 4.92990% TO 4.92090% |
| | Jun 5 | RATE CHANGE FROM 4.92090% TO 4.91850% |
| | Jun 6 | RATE CHANGE FROM 4.91850% TO 4.91160% |
| | Jun 7 | RATE CHANGE FROM 4.91160% TO 4.91210% |
| | Jun 10 | RATE CHANGE FROM 4.91210% TO 4.91340% |
| | Jun 11 | RATE CHANGE FROM 4.91340% TO 4.91060% |
| | Jun 12 | RATE CHANGE FROM 4.91060% TO 4.90110% |
| | Jun 13 | RATE CHANGE FROM 4.90110% TO 4.89430% |

*continued next page*

 **UBS**

Premier Credit Line
June 2019

| Account name: | HEALTH BENEFITS ONE LLC |
| Account type: | Premier Variable Credit Line |
| Account number: | ████████ |

## Variable rate changes (continued)

| | Date | Description |
|---|---|---|
| **Variable rate loan** (continue) | Jun 14 | RATE CHANGE FROM 4.89430% TO 4.88180% |
| | Jun 17 | RATE CHANGE FROM 4.88180% TO 4.89030% |
| | Jun 18 | RATE CHANGE FROM 4.89030% TO 4.88290% |
| | Jun 19 | RATE CHANGE FROM 4.88290% TO 4.88340% |
| | Jun 20 | RATE CHANGE FROM 4.88340% TO 4.90360% |
| | Jun 21 | RATE CHANGE FROM 4.90360% TO 4.90440% |
| | Jun 24 | RATE CHANGE FROM 4.90440% TO 4.90180% |
| | Jun 25 | RATE CHANGE FROM 4.90180% TO 4.90410% |
| | Jun 26 | RATE CHANGE FROM 4.90410% TO 4.90240% |
| | Jun 28 | RATE CHANGE FROM 4.90240% TO 4.89800% |

# Upcoming interest, fees and principal due

With sufficient collateral, interest and principal may be capitalized in the variable account.

| | Contract no. | Principal | Interest | Fees | Amount due* |
|---|---|---|---|---|---|
| **Variable rate loan** | • | Not available** | Not available** | 0.00 | Not available** |
| | Total due on July 1, 2019 | | | | **Not available** |

*   Total interest and principal may be capitalized in the variable account as per your loan agreement.  See "Method of Payment" for details on how to make a payment.
** The amount due on your Variable Loan will be calculated on the last day of the month based on the APRs in effect.



**UBS**

Premier Credit Line

June 2019

| | |
|---|---|
| **Account name:** | HEALTH BENEFITS ONE LLC |
| **Account type:** | Premier Variable Credit Line |
| **Account number:** | ███████ |

## Information about your loan account

**Notes from first page of loan statement:**

[1] **Variable Interest Rate:** Variable rate as of June 28, 2019 based on 30-day LIBOR at 2.398%, a spread of 2.500% and a loan approval amount of $3,500,000. Corresponding annual percentage rate (APR) is 4.966%. Rates may vary and are subject to change as provided in your Credit Line Agreement.

[2] **Available Credit:** The Available Credit number is the amount you could potentially borrow based on the lending value of the collateral and the Credit Line approval amount. This is not a committed loan facility and the Bank is not obligated to you or any third party to satisfy your borrowing requests. Loans made through a Credit Line are extended solely at the discretion of the Bank under the terms of your Credit Line Agreement. Available Credit is subject to change at any time in the sole discretion of the Bank. An Available Credit of $0 does not automatically mean that your account requires additional collateral. Please contact your Financial Advisor to discuss the details of your Credit Line account.

**Available Rates.** The chart below provides a summary of the APRs available on your Credit Line Account, based on interest rates effective as of the date of the statement.

| Variable Rate Advances | APR |
|---|---|
| Approved Amount: | |
| $3,500,000 | 4.966% |
| Fixed Rate Advances | APR |
| Up to 3 Months | 4.887% |
| Up to 6 Months | 4.766% |
| Up to 1 Year | 4.743% |
| Up to 2 Years | 4.762% |
| Up to 3 Years | 4.700% |
| Up to 4 Years | 4.694% |
| Up to 5 Years | 4.773% |
| Up to 6 Years | 4.865% |
| Up to 7 Years | 4.953% |
| Up to 8 Years | 5.039% |
| Up to 9 Years | 5.134% |
| Up to 10 Years | 5.230% |

All rates may vary and are subject to change as provided in your Credit Line Agreement. For more information, please contact your Financial Advisor.

**Calculation of the Balance Subject to Interest Rate for Variable Rate Advances.** We use the daily balance (including new transactions) method. The daily balance of each Advance is determined each day by: (i) taking the beginning balance for that day; (ii) adding any new withdrawals applicable to that Advance on the date of the withdrawal; (iii) adding to the Variable Rate Balance, at the beginning of a billing cycle, the interest charges and any fees attributable to all Advances for the prior billing cycle that were not paid; and (iv) subtracting any payments credited as of that day. A credit balance on any Advance is treated as a balance of zero. To calculate the total interest charge on an Advance for a billing period, the applicable daily interest rate is

multiplied by the applicable daily balance for that Advance for each day in the billing period, and then those totals are added together to determine the total interest charge.

**Calculation of the Balance Subject to Interest Rate for Fixed Rate Advances.** We use the same formula as we use for Variable Rate Advances, however the daily balance of each Fixed Rate Advance is determined on the date the Fixed Rate Advance is booked.

**Method of payment.** The following payment options are available to you.
We will credit as of the same business day: (a) a check received by your Financial Advisor by 5:00 pm Local Time on a business day, (b) a payment made by asking your Financial Advisor to move proceeds from another UBS account received by 5:00 pm Local Time on a business day, (c) a payment made by Federal Funds Wire that we receive by 5:00 pm [Eastern] Time on a business day, and (d) a payment that your make on our online account center by 5:00 pm [Eastern] Time on a business day. If we receive any of these types of payments after the designated time, then it will be credited as of the next business day. If you send us a payment in any other manner and we chose to accept the payment, crediting may be delayed for up to 5 days.
The Federal Fund Wire instructions are:
    Bank Name: UBS AG
    ABA Number: 026007993
    For Further Credit to the Account of: UBS Bank USA
    Account Number: 101-WA-792479-000
    For the Benefit of: Full Name
    Account Number: XX 00000

**Billing Rights Summary.** *What To Do If You Think You Find A Mistake On Your Statement.*
If you think there is an error on your statement, write to us at:
    UBS Financial Services Inc.
    1200 Harbor Boulevard, 5th Floor Weehawken, NJ 07086-6762
    In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statements, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

The borrower agrees not to use the proceeds of any advance either to purchase, carry or trade in securities or to repay any debt (I) used to purchase, carry or trade in securities or (II) to any affiliate of UBS Bank USA.

 **UBS**

## Your notes

End of statement for account number ▮▮▮▮▮▮