UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 18-CV-62593-GAYLES/SELTZER

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

SIMPLE HEALTH PLANS, et al.,

    Defendants.
_____/

### SCHEDULING ORDER SETTING CIVIL TRIAL DATE AND PRETRIAL SCHEDULE, REQUIRING MEDIATION, AND REFERRING CERTAIN MOTIONS TO MAGISTRATE JUDGE

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **Tuesday, October 13, 2020**. The **Calendar Call** will be held at **9:30 a.m. on Thursday, October 08, 2020**. A **Status Conference** will be held at **10:00 a.m. on Wednesday, July 08, 2020**. The parties shall adhere to the following schedule:

| # | Task | Date |
|---|------|------|
| 1. | Joinder of any additional parties and filing of motions to amend the complaint by | **9/30/2019** |
| 2. | Written lists containing the names and addresses of all witnesses intended to be called at trial by | **4/1/2020** |
| 3. | Plaintiff(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **12/6/2019** |
| 4. | Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **12/6/2019** |
| 5. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **1/31/2020** |
| 6. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **1/31/2020** |
| 7. | Fact discovery shall be completed by | **5/1/2020** |
| 8. | Expert discovery shall be completed by | **5/1/2020** |

| | | |
|---|---|---|
| 9. | Dispositive motions, including those regarding summary judgment and *Daubert*, shall be filed by | **6/19/2020** |
| 10. | Mediation shall be completed by | **5/15/2020** |
| 11. | All pretrial motions and memoranda of law, including motions in limine, shall be filed by | **8/5/2020** |
| 12. | Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by | **9/18/2020** |
| 13. | Electronic versions of documentary exhibits and Certificates of Compliance re Admitted Evidence shall be filed on CM/ECF by | **10/10/2020** |

**Motions.** Every motion filed in this case shall be accompanied by **one proposed original order granting** the motion. Each party shall be limited to filing one (1) motion in limine. Unless otherwise specified by the Court, every motion shall be double-spaced in Times New Roman 12 point typeface. **Multiple Plaintiffs or Defendants shall file joint motions with co-parties unless there are clear conflicts of position**.

**Referral to Magistrate Judge.** Pursuant to 28 U.S.C. § 636, all discovery matters are referred to Magistrate Judge Barry S. Seltzer to take all appropriate action. Furthermore, pursuant to 28 U.S.C. § 636(c)(1), the parties may consent to trial and final disposition by Magistrate Judge Seltzer.

**Discovery**. The parties may stipulate to extend the time to answer interrogatories, produce documents, and answer requests for admissions. The parties shall not file with the Court notices or motions memorializing any such stipulation unless the stipulation interferes with the deadlines set forth above. Stipulations that would so interfere may be made only with the Court's approval. *See* FED. R. CIV. P. 29. In addition to the documents enumerated in Local Rule 26.1(b), the parties shall not file notices of deposition with the Court. Strict compliance with the Local Rules is expected, particularly with regard to motion practice. *See* S.D. FLA. L.R. 7.1.

**Discovery Disputes**. Magistrate Judge Seltzer holds a regular discovery calendar.  **No written discovery motions, including motions to compel, for protective order, or related motions for sanctions shall be filed unless the Magistrate Judge so directs at his discovery calendar.**  The parties shall contact Magistrate Judge Seltzer's chambers directly to resolve any discovery disputes.

**DONE AND ORDERED** in Chambers at Miami, Florida, this **Monday, July 22, 2019.**

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:   Magistrate Judge Seltzer
      All Counsel of Record