UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**FEDERAL TRADE COMMISSION,**

Plaintiff,

v.

**SIMPLE HEALTH PLANS LLC, et al.,**

Defendants.

**Case No.: 18-cv-62593-DPG**

## NOTICE OF APPEAL

Notice is hereby given that Defendant, Steven Dorfman, appeals to the United States Court of Appeals for the Eleventh Circuit from the Court's Order Denying Dorfman's Motion to Dissolve the Preliminary Injunction [DE 183]. Mr. Dorfman may appeal the Preliminary Injunction as of right. 28 U.S.C. § 1292(a)(1) and (2); *see also, El Paso Natural Gas Co. v. Nezsosie,* 526 U.S. 473, 482 (1999).

Dated: August 22, 2019

**DLA Piper LLP (US)**

*/s/ Ryan O'Quinn*
Ryan D. O'Quinn (FBN 0513857)
*ryan.oquinn@dlapiper.com*
Elan A. Gershoni (FBN 95969)
*elan.gershoni@dlapiper.com*
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131
Telephone:  305.423.8553
Facsimile:   305.675.7885

*Counsel for Defendant
Steven Dorfman*

## CERTIFICATE OF SERVICE

  The undersigned certifies that he filed this pleading through the court's electronic filing system and that all parties requesting electronic notice of pleadings have been served with the pleading.

                */s/ Ryan O'Quinn*
                Ryan D. O'Quinn