# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 18-CV-62593-GAYLES

FEDERAL TRADE COMMISSION,

    Plaintiff,

vs.

SIMPLE HEALTH PLANS LLC, et al.,

    Defendants.

_____/

## ORDER

**THIS MATTER** came before the Court upon the Receiver's Motion for Authorization to Enter into and For Approval of Confidential Settlement Agreement with Flexential Corporation (the "Motion") [ECF No. 192]. The Court has reviewed the Motion and the record and otherwise fully advised. Based thereon, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Receiver is authorized to enter into the Confidential Settlement, attached as Exhibit A to the Motion, pursuant to the terms set forth in the agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida this 23rd day of August, 2019.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE