UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SIMPLE HEALTH PLANS LLC, a Florida limited liability company, et al.,<br><br>　　　　　Defendants. | **Case No.: 18-cv-62593-DPG** |

**PLAINTIFF FEDERAL TRADE COMMISSION'S LIMITED RULE 60(a) MOTION TO CORRECT AN ERROR IN THE AMENDED SCHEDULING ORDER**

Plaintiff Federal Trade Commission ("FTC"), pursuant to Federal Rule of Civil Procedure 60(a), respectfully requests that the Court reconsider its Amended Scheduling Order (DE 264) to correct an error and conform it to the relief requested by Defendant Steven Dorfman. In support of this Motion, the FTC states as follows:

1.　On January 2, 2020, Dorfman filed an Expedited Motion to Extend All Parties' Deadlines In Scheduling Order ("Motion to Extend") seeking an extension of "all current deadlines in the Scheduling Order by 90 days …" (D.E. 258, p. 4.)

2.　Dorfman submitted a proposed order to the Court with his Motion to Extend in which all of the deadlines in the scheduling order were extended by the requested 90 days except for two—the dates for the close of expert and fact discovery, which were inexplicably extended by 139 days, from May 1 to September 17, 2020. Dorfman did not address or acknowledge this discrepancy in his Motion to Extend.

1

3. In Dorfman's proposed order, only the discovery cutoff dates depart from the 90 days requested in the motion. This inconsistency between the relief Dorfman requested and the dates he included in his proposed order, which the Court largely adopted as the Amended Scheduling Order, now puts the close of all discovery just one week prior to the deadline for dispositive motions, which was extended to September 24, 2020. In the previously agreed-to scheduling order, the parties allowed six weeks between the close of discovery and the filing of dispositive motions. That six-week period is important to the FTC, as it allows an appropriate amount of time for the preparation of a motion for summary judgment once discovery has closed.

4. Upon discovering the error, the FTC sought agreement with counsel for Dorfman to contact the Court and request that the Amended Scheduling Order be adjusted to correct the discrepancy between the requested relief and the Order, but counsel declined to do so.

5. Rule 60(a) allows the Court to "correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." Under Rule 60(a), "the district court may correct clerical errors to reflect what was intended at the time of ruling." *Weeks v. Jones*, 100 F.3d 124, 128 (11th Cir. 1996).

6. Because the Court intended to grant Dorfman the relief he sought in his motion, which was a 90-day extension of all dates in the scheduling order, a correction pursuant to Rule 60(a) is appropriate.

**WHEREFORE**, Plaintiff FTC respectfully requests an Order of the Court correcting, pursuant to Fed. R. Civ. P. 60(a), the Amended Scheduling Order (DE 258) to extend all dates by the 90 days requested in Dorfman's Motion. Specifically, the date for the close of fact and expert discovery should be corrected to July 30, 2020.

## **FED. R. CIV. P. 26(C)(1) AND LOCAL RULE 7.1(a)(3) CERTIFICATION**

Counsel for Plaintiff Federal Trade Commission certifies that they conferred with all parties affected by the relief sought in this motion in a good faith effort to resolve the issues raised in the motion. The Temporary Receiver does not oppose the FTC's motion. Despite reasonable, good faith efforts by the FTC to secure agreement, Defendants Steven Dorfman and Candida Girouard oppose this Motion.

Dated: January 14, 2020            Respectfully submitted,

ALDEN F. ABBOTT
General Counsel

*/s/ Elizabeth C. Scott*
ELIZABETH C. SCOTT, Special Bar No. A5501502
escott@ftc.gov; (312) 960-5609
JOANNIE WEI, Special Bar No. A5502492
jwei@ftc.gov; (312) 960-5607
MATTHEW SCHILTZ, Special Bar No. A5502617
mschiltz@ftc.gov; (312) 960-5619

Federal Trade Commission
230 S. Dearborn Street, Suite 3030
Chicago, Illinois  60604
Telephone:  (312) 960-5634
Facsimile: (312) 960-5600
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on January 14, 2020, by the Notice of Electronic Filing, and was electronically filed with the Court via the CM/ECF system, which generates a notice of filing to all counsel of record.

*/s/ Elizabeth C. Scott*
ELIZABETH C. SCOTT
Special Bar No. A5501502