UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.   18-cv-62593-DPG

FEDERAL TRADE COMMISSION,

        Plaintiff,

v.

SIMPLE HEALTH PLANS, LLC, a Florida limited liability company, et al.,

        Defendants.
_____/

## MEDIATION REPORT AND NOTICE OF ADJOURNMENT AND PARTIAL IMPASSE

Pursuant to Southern District of Florida Local Rule 16.2(f), Pamela I. Perry, the mediator in this case, hereby submits the following Mediation Report and Notice of Adjournment and Partial Impasse, stating as follows:

1. On August 5, 2020, all parties and counsel in the above-referenced case convened for a mediation conference via Zoom videoconference.

2. As to Defendant Steven Dorfman, the parties did not reach a resolution and the undersigned mediator declared an impasse.

3. As to Defendant Candida Giourard, the mediation has been adjourned pending further mediation communications and a second mediation session scheduled for September 2, 2020. Additionally, due to unforeseen medical circumstances, Defendant Candida Giourard was unable to attend the Zoom videoconference but was available telephonically.

1

Given the medical circumstances, Plaintiff Federal Trade Commission did not object to Ms. Giourard's inability to attend the Zoom video- conference.

DATED this 10th day of August, 2020.

/s/ *Pamela I. Perry*
Pamela I. Perry, Esq.
Fla. Bar No. 455271
PAMELA I. PERRY, P.A.
1501 Venera Avenue, Suite 300
Coral Gables, FL 33134
P: 305-670-9800
F: 305-670-9933

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of August, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to:

Elizabeth C. Scott, Esq.
Joannie Wei, Esq.
ALDEN F. ABBOTT, General Counsel
Federal Trade Commission
230 S. Dearborn St., Ste. 3030
Chicago, IL   60604
E:  escott@ftc.gov
E:  jwei@ftc.gov
*Attorneys for Plaintiff Federal Trade Commission*

Brian Hobbs Mallonee, Esq.
LAW OFFICE OF BRIAN H. MALLONEE
Renaissance on the River
130 S Indian River Dr., Ste. 302
Fort Pierce, FL   34950
E:  bmallonee@stluciecriminallaw.com
E:  legalassistant@stluciecriminallaw.com
*Attorneys for Defendant Candida Giourard*

Ryan D. O'Quinn, Esq.
Elan A. Gershoni, Esq.
DLA PIPER LLP (US)
200 S. Biscayne Blvd., Ste. 2500
Miami, FL   33131
E:  ryan.oquinn@dlapiper.com
E:  elan.gershoni@dlapiper.com
*Attorneys for Defendant Steven Dorfman*

By: /s/ *Pamela I. Perry*