# Exhibit A

| | |
|---|---|
| **From:** | David Schnobrick |
| **To:** | Wei, Joannie; Scott, Elizabeth C.; Davis, James; michael.goldberg@akerman.com; naim.surgeon@akerman.com |
| **Cc:** | Robby Birnbaum; Mildred Feliz |
| **Subject:** | Update on Simple Health notice process [IWOV-Active.FID12411323] |
| **Date:** | Friday, October 25, 2019 2:44:48 PM |
| **Attachments:** | image001.png |
| | image002.jpg |

Dear Joannie,

In response to your data requests #1 and #2, please see below chart that provides a detailed explanation of the statistics relative to the notice period and process and the previous difference between the number of Simple Health customers that received the notice, the number of cancellations (before, during, and after the notice process), and the number of remaining active Simple Health customers and associated premium amounts.

1) Can you explain why the totals do not add up? Is it because there individuals who cancelled outside of the notice period? If so, can you provide those numbers?
2) When you finish the refund process, please provide a final update.

The numerical differences tracked back, in large part, to the fact that the initial summary list of Simple Health customers to whom the notice process was sent – produced on 6/14 after the court's order issued – had changed by the time the notice process actually began on 7/1. Over 1,000 Simple Health customers had cancelled or otherwise terminated naturally in the period between 6/14 and 7/1 when the notice process formally began. This phenomenon is summarized and broken out more fully below, as is a detailed explanation of the numbers pre-notice process, during the process, and after the notice process completed. A current reporting of the present active Simple Health customers' data is also included. If you have any questions on this, please let me know. Otherwise have a good weekend.

**Simple Health Active Policy Progression**

**Policy / Member Summary**

| | Policies | Members | Premium |
|---|---|---|---|
| 6/14/2019 - Original Dataset | 37,018 | 20,348 | $ 3,354,113 |
| 7/1/2019 - Beginning of Notice Period | 36,001 | 19,750 | $ 3,262,280 |
| 8/4/2019 - End of Notice Period | 23,776 | 13,126 | $ 2,145,126 |
| 10/19/2019 - Current Status | 18,144 | 10,055 | $ 1,628,400 |

**Drop Off Progression**

| 6/14-6/30/2019 Drop Off | Policies | Members | Refund Amount |
|---|---|---|---|
| Cancelled | 984 | 582 | $ 14,031 |
| Chargeback | 10 | 7 | $ 359 |
| Terminated | 23 | 9 | $ - |
| **Total** | **1,017** | **598** | **$ 14,390** |

| 7/1-8/4/2019 Drop Off | Policies | Members | Refund Amount |
|---|---|---|---|
| Cancelled | 11,932 | 6,437 | $ 1,006,625 |
| Chargebacks | 103 | 47 | $ 7,616 |
| Refunded | 4 | 1 | $ 401 |
| Terminated | 186 | 139 | $ 39,745 |
| **Total** | **12,225** | **6,624** | **1,054,387** |

| 8/5-10/21/2019 Drop Off | Policies | Members | Refund Amount |
|---|---|---|---|
| Cancelled | 5,347 | 2,905 | $ 113,376 |
| Chargebacks | 157 | 84 | $ 21,794 |
| Refunded | 1 | 1 | $ 3,120 |
| Rescinded | 1 | 1 | |
| Terminated | 126 | 80 | $ 140 |
| **Total** | **5,632** | **3,071** | **138,430** |

| Total | Policies | Members | Refund Amount |
|---|---|---|---|
| Cancelled | 18,263 | 9,924 | 1,134,032 |
| Chargebacks | 270 | 138 | 29,769 |
| Refunded | 5 | 2 | 3,521 |
| Rescinded | 1 | 1 | - |
| Terminated | 335 | 228 | 39,885 |
| **Total** | **18,874** | **10,293** | **1,207,207** |

Best,
David



**D**AVID **A. S**CHNOBRICK, **E**SQ.

Greenspoon Marder LLP
One Boca Place
2255 Glades Road, Suite 400-E
Boca Raton, FL  33431
Main Telephone: (954) 491-1120
Direct Telephone: (561) 322-2987
Direct Facsimile: (954) 962-6987
Email:  David.Schnobrick@gmlaw.com
Website: www.gmlaw.com

GREENSPOON MARDER LLP LEGAL NOTICE
The information contained in this transmission may be attorney/client privileged and
confidential. It is intended only for the use of the individual or entity named above. If the
reader of this message is not the intended recipient, you are hereby notified that any
dissemination, distribution or copying of this communication is strictly prohibited. If you have
received this communication in error, please notify us immediately by reply e-mail.

Unless specifically indicated otherwise, any discussion of tax issues contained in this e-mail,
including any attachments, is not, and is not intended to be, "written advice" as defined in
Section 10.37 of Treasury Department Circular 230.

A portion of our practice involves the collection of debt and any information you provide will
be used for that purpose if we are attempting to collect a debt from you.