UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FEDERAL TRADE COMMISSION,

        Plaintiff,

v.

SIMPLE HEALTH PLANS LLC, a Florida limited liability company, et al.,

        Defendants.

Case No.: 18-cv-62593-DPG

## JOINT STATUS REPORT PURSUANT TO ECF NO. 461

Plaintiff Federal Trade Commission ("FTC"), Defendant Steven Dorfman ("Dorfman"), and Michael I. Goldberg, the Court-appointed Receiver ("Receiver") submit this joint status report as required by the Court's October 29, 2021 order, which stayed "this matter pending Defendant Steven Dorfman's interlocutory appeal" of the Court's denial of his motion to dissolve its preliminary injunction. (ECF No. 461.)

As a result of the Court's indefinite stay order, this matter is not currently set for trial. The following motions are fully briefed and awaiting decision:

- The FTC's Motion in Limine (ECF No. 438, fully briefed as of August 26, 2021.)

- The FTC's Motion for Judgment on the Pleadings (ECF No. 378, fully briefed as of February 26, 2021.)

- The FTC's Motion for Summary Judgment (ECF No. 374, fully briefed as of February 26, 2021.)

- FTC's Motion to Strike Jury Demand (ECF No 408, fully briefed as of April 9, 2021.)

- Dorfman's Motion for Summary Judgment (ECF No. 379, fully briefed as of February 26, 2021.)

- Dorfman's Motion to Strike Evidence (ECF No 402, fully briefed as of March 23, 2021.)

In the appellate proceedings, Dorfman has filed his opening brief and the FTC has filed its response brief. On February 1, 2022, Dorfman was granted a 30-day extension to file his reply brief, which is now due on March 18, 2022. The FTC and Dorfman have both requested oral argument before the Eleventh Circuit, but the court has not yet indicated whether it will grant the parties' requests. The Receiver is not participating in the Eleventh Circuit proceedings.

Dated: February 11, 2022          Respectfully submitted,

/s/ Elizabeth C. Scott
ELIZABETH C. SCOTT, Special Bar No. A5501502
escott@ftc.gov; (312) 960-5609
JOANNIE WEI, Special Bar No. A5502492
jwei@ftc.gov; (312) 960-5607
PURBA MUKERJEE, Special Bar No. A5502694
pmukerjee@ftc.gov; (312) 960-5611

Federal Trade Commission
230 S. Dearborn Street, Suite 3030
Chicago, Illinois  60604
Telephone:  (312) 960-5634
Facsimile: (312) 960-5600

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

DLA Piper LLP (US)

/s/ Ryan D. O'Quinn
Ryan D. O'Quinn (FBN 0513857)
*ryan.oquinn@dlapiper.com*
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131
Telephone:  305.423.8554
Facsimile:   305.675.7885

*Counsel for Defendant
Steven J. Dorfman*

AKERMAN LLP
201 E. Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301-2999
Phone: (954) 463-2700
Fax: (954) 463-2224

 */s/ Christopher S. Carver*
Christopher S. Carver, Esq. (FBN 993580)
Email: christopher.carver@akerman.com

*Counsel for Receiver*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on February 11, 2022, by the Notice of Electronic Filing, and was electronically filed with the Court via the CM/ECF system, which generates a notice of filing to all counsel of record.

                               */s/ Elizabeth C. Scott*
                               ELIZABETH C. SCOTT
                               Special Bar No. A5501502