UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-62593-GAYLES

FEDERAL TRADE COMMISSION,

    Plaintiff,

vs.

SIMPLE HEALTH PLANS LLC, et al,,

    Defendants.

_____/

### ORDER GRANTING RECEIVER'S FIFTH MOTION FOR AWARD OF PROFESSIONAL FEES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF AUGUST 1, 2021 – AUGUST 31, 2022

**THIS MATTER** came before the Court without hearing upon the Fifth Motion for Award of Professional Fees and Reimbursement of Expenses for the Period of August 1, 2021 – August 31, 2022 (the "Motion") [ECF No. 465][1] filed by Michael I. Goldberg, the Court-appointed receiver (the "Receiver")[2], pursuant of Section XVIII of the Preliminary Injunction [ECF No. 139]. The Court, having reviewed the Motion, being advised that counsel for the Plaintiff Federal Trade Commission has no objection to the relief requested in the Motion, and that counsel for Defendant Steven Dorfman has not commented on the Motion, and finding that the Receiver has made a sufficient and proper showing in support of the relief requested,

**IT IS ORDERED AND ADJUDGED** as follows:

1.    The Motion is **GRANTED**.

---

[1] Defined terms from the Motion are incorporated by reference herein.
[2] The Court-appointed Receiver over Defendants Simple Health Plans LLC, Health Benefits One LLC, Health Center Management LLC, Innovative Customer Care LLC, Simple Insurance Lead LLC, Senior Benefits One LLC, and each of their subsidiaries, affiliates, and successors (collectively, the "Receivership Entities").

2. The Receiver and his professionals are awarded their interim fees and reimbursement of costs for the period of August 1, 2021 – August 31, 2022, in the amounts set forth in the Motion.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of November, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE