IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED BY ___ MC ___

MAR 17 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

FEDERAL TRADE COMMISSION,          )
                                   )
        Plaintiff,                 )
                                   )
vs.                                )  No.   0:18-CV-62593-DPG
                                   )
                                   )
STEVEN DORFMAN                     )
        Defendant.                 )
                                   )
                                   )

## DEFENDANT STEVEN DORFMAN'S MOTION TO STAY

Defendant Steven Dorfman (Dorfman), hereby moves this Court for an order staying this case pending the resolution of an active, parallel criminal case in which Dorfman has been indicted by a federal grand jury sitting in the Southern District of Illinois. See *United States v. Dorfman*, et al., 3:22-cr-30024-SPM-1.

As analyzed the factors applicable to motions to stay in this District overwhelmingly favor a stay in the interests of justice. Specifically, the substantial overlap between this matter and Dorfman's criminal case, Dorfman's post-indictment status in the criminal case, the strong public interest, the balance of Plaintiff's interests versus Dorfman's interests, and this Court's interest in the efficient resolution of the two proceedings all weigh in favor of a stay of this matter.

WHEREFORE, for these reasons, Dorfman respectfully request that the Court enter an order

staying this proceeding until the resolution of his criminal case in the Southern District of Illinois.

Dated: March 13, 2023

Respectfully submitted,

/s/ Steven Dorfman

Pro-Se

## CERTIFICATE OF SERVICE

The undersigned, Defendant Steven Dorfman, hereby certifies that on 3/13/23, he caused a true and accurate copy of the Defendant Steven Dorfman's Motion to Stay to be served on the following, including all non CM/ECF participants via U.S. Mail as shown below.

U.S. POSTAGE PAID
FCM LETTER
PEMBROKE PINES, FL
33027
MAR 14, 23
AMOUNT

**$4.70**

R2303S102308-90

33128

USPS
ADC 20

7022 2410 0002 1660 1822

Judge Darrin P. Gayles
Wilkie D. Ferguson, Jr United States Courthouse
400 North Miami Avenue
Room 11-1
Miami, FL 33128

33128-181037

Steven DuFresne
11600 Conway Point Cir
# 3-323
Pembroke Pines, FL 33026