IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FEDERAL TRADE COMMISSION, )
)
Plaintiff, )
)
vs. ) No. 0:18-CV-62593-DPG
)
)
STEVEN DORFMAN )
Defendant. )
)
)

**DEFENDANT STEVEN DORFMAN'S OPPOSITION TO RECEIVER'S MOTION FOR AUTHORIZATION TO ENTER INTO AN EXCLUSIVE LISTING AGREEMENT FOR THE SALE OF 1709 ENCLAVE COURT, LAS VEGAS, NEVADA, 89134**

Defendant Steven Dorfman, hereby moves this Court to oppose the Receivers Motion for Authorization to enter into an exclusive listing agreement, filed on October 2nd, 2023, for the sale of my personal real estate, specifically located at 1709 Enclave Court, Las Vegas, Nevada 89134. As a pro se defendant in the ongoing civil case of Federal Trade Commission v Simple Health Plans, LLC, et al, I believe that granting the receiver this authority is not legally justified for the follow reasons:

I. Lack of Legal Authority:

   A. The receiver appointed in this case was specifically tasked with overseeing the affairs of the company, named in the lawsuit, Simple Health Plans. The receiver does not have legal authority over my personal assets, including the real estate property held in a Revocable Trust in question.

   B. Case law and established legal precedent support the principle that a receiver's authority is limited to the assets and interests specifically under receivership. The

personal trusts of the defendant pending the outcome of the civil trial.

II. Potential Irreparable Harm

    A. Granting the receiver authority to enter into an exclusive real estate listing agreement for the sale of my personal property without court oversight poses a risk of irreparable harm. Such a sale is not in my best interest and could negatively impact my financial well-being.

III. Due Process Concerns:

    A. The purposed sale of my personal property without proper judicial oversight raises significant due process concerns. I have a constitutionally protected property interest in my real estate, and any deprivation of this interest must comply with the principles of due process.

In light of the above considerations. I respectfully request that the court DENY the receiver's motion for authorization to enter into an exclusive real estate listing agreement for the sale of my constitutionally protected personal property. The receiver lacks the legal authority to take such action, and doing so would infringe upon my property rights without proper due process, and surely leave the receiver LIABLE for all damages that potentially arise from the sale of my personal property and infringement of my constitutional rights to due process.

I look forward to addressing these issues further in court and not having my constitutionally given legal rights infringed upon.

Dated: October 9, 2023

                                              Respectfully submitted,
                                              /s/ Steven Dorfman
                                              Pro-Se

## CERTIFICATE OF SERVICE

The undersigned, Defendant Steven Dorfman, hereby certifies that on 10/9/23, he caused a true and accurate copy of the Defendant Steven Dorfman's Opposition to Receiver's Motion for Authorization to Enter Into An Exclusive Listing Agreement for The Sale Of 1709 Enclave Court, Las Vegas, Nevada 89134 to be served on the following, including all non CM/ECF participants via U.S. Mail as shown below.