UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-62593-GAYLES

FEDERAL TRADE COMMISSION,

     Plaintiff,

vs.

SIMPLE HEALTH PLANS LLC, et al.,

     Defendants.

_____/

## ORDER AUTHORIZING RECEIVER TO ENTER INTO LISTING AGREEMENT

**THIS MATTER** came before the Court upon the Motion for Authorization to Enter into an Exclusive Listing Agreement for the Sale of 1709 Enclave Court, Las Vegas, Nevada, 89134 and Incorporated Memorandum of Law (the "Motion") filed by Michael I. Goldberg, the Court-appointed receiver (the "Receiver"). [ECF No. 482]. The Court has reviewed the Motion and the record and is otherwise fully advised. The Court finds that the Receiver has made a sufficient and proper showing in support of the relief requested. Based thereon, it is

**ORDERED AND ADJUDGED** as follows:

1.    The Motion is **GRANTED**.

2.    The Receiver is authorized to enter into the Exclusive Listing Agreement with Laura E. Harbison of Realty Executives Southern Nevada Properties, for the listing, marketing, and sale of 1709 Enclave Court, Las Vegas, Nevada 89134. A copy of the listing agreement is attached as Exhibit B to the Motion.

3.      This Court shall retain jurisdiction of this matter for all purposes.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of November, 2023.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE