# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 09, 2024

Steven J. Dorfman
1100 COLONY POINT CIR APT 323
COOPER CITY, FL 33026



Appeal Number: 24-11063-G
Case Style: Federal Trade Commission v. Steven Dorfman
District Court Docket No: 0:18-cv-62593-DPG

## CIVIL DOCKETING NOTICE

The above-referenced appeal has been docketed in this Court. All documents filed in this appeal must include the Case Style and Appeal Number shown above.

Appellant Requirements
Unless the following requirements have already been satisfied, **within 14 days of the date of this notice the appellant MUST:**

1. Pay to the **District Court** the Filing Fee **OR** File a Motion to Proceed In Forma Pauperis (IFP) in the district court. See FRAP 3(e), FRAP 24.

   *If the filing fee is not paid and a motion to proceed IFP has not been filed in the district court within 14 days of the date of this notice, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-1(b).*

   *If the district court has denied the appellant IFP status on appeal, the appellant has 30 days from the date of the district court's order to file an IFP motion in this Court. See FRAP 24(a)(5).*

2. File in this Court **AND** in the district court a Transcript Order Form **OR** file a certificate in this Court stating no transcripts will be ordered. See FRAP 10(b)(1), 11th Cir. R. 10-1. (Not applicable in certain bankruptcy appeals. See FRAP 6(b)).

   *If no transcripts are ordered, appellant's brief is due 40 days after **04/05/2024**, except as otherwise provided by the rules. See 11th Cir. Rules 12-1 and 31-1.*

3. File a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). See 11th Cir. R. 26-1(a)(1).

4. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

5. File a Civil Appeal Statement (attorneys only). See 11th Cir. R. 33-1(a)(3).

Mediation
If a Civil Appeal Statement is required to be filed and the appeal is fully counseled on all sides, your appeal will be reviewed and considered for mediation. Mediation services are at no cost to the parties. If no Civil Appeal Statement is required or you or any party to the appeal is self-represented or *pro se* then the appeal is not eligible for mediation. See 11th Cir. R. 33-1.

Appellee Requirements
Unless the following requirements have already been satisfied, **within 28 days of the date of this notice, all appellees participating in this appeal MUST:**

1. File a CIP or a notice. See 11th Cir. R. 26.1-1(a)(3).

2. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

Attorney Participation
All attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an Appearance of Counsel Form within 14 days of the date of this notice. See 11th Cir. R. 46-6(b). Please also see FRAP 46 and the corresponding circuit rules.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Additional Information
Rules, forms, and additional information, including a handbook for pro se litigants, can be found at www.ca11.uscourts.gov.

Clerk's Office Phone Numbers
General Information:   404-335-6100   Attorney Admissions:         404-335-6122
Case Administration:   404-335-6135   Capital Cases:               404-335-6200
CM/ECF Help Desk:      404-335-6125   Cases Set for Oral Argument: 404-335-6141

CIVIL - Notice of Docketing

FILING FEE PAID _6085._
In Forma Pauperis _____
Angela E. Noble, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FEDERAL TRADE COMMISSION,
    *Plaintiff,*

v.

SIMPLE HEALTH PLANS, LLC, *et al.*
    *Defendants.*

**Case No. 18-cv-62593**

FILED BY _____ D.C.
APR 04 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### STEVEN DORFMAN'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Steven Dorfman, Defendant, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the following orders:

- Dkt. 15 – Order Granting Motion for Temporary Restraining Order with Asset Freeze, Appointment of A Temporary Receiver, and Other Equitable Relief, and Order to Show Cause Why A Preliminary Injunction Should Not Issue. October 31, 2018.

- Dkt. 61 – Order Denying without prejudice Defendant Steven Dorman's Emergency Motion to (I) Partially Reconsider Staying Proceeding and (II) Dissolve Temporary Restraining Order and Asset Freeze. January 7, 2019.

- Dkt. 139 – Preliminary Injunction. May 14, 2019.

- Dkt. 495 – Order granting 374 Plaintiff Federal Trade Commission's Motion for Summary Judgment and denying 379 Defendant Steven Dorfman's Motion for Summary Judgment. February 7, 2024.

- Dkt. 496 – Order for Permanent Injunction and Monetary Relief as to Defendants Steven Dorfman, Simple Health Plans, LLC, Health Benefits One, LLC, Health Center Management, LLC, Innovative Customer Care, LLC, Simple Insurance Leads, LLC and Senior Benefits One, LLC. February 8, 2024.

Dated: ~~March~~ April 4, 2024.

_____
Steven Dorfman
*Pro se* Defendant.